AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:20-mj-00200 |
| v. | ) | Assigned to: Judge G. Michael Harvey |
| | ) | Assign Date: 10/08/2020 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| BRIAN JEFFREY RAYMOND | ) | |
| ▇▇▇▇▇▇▇▇▇▇ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 1, 2017 – May 31, 2017** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2422(a) | Knowingly induced an individual to travel for the purpose of engaging in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

*Complainant's signature*

Erin Sheridan, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 8th day of October 2020.

Date: 10/08/2020        2020.10.08 20:20:38 -04'00'
*Judge's signature*

City and state: Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*