AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
|  | ) Case No. 20-mj-200 (ZMF) |
|  | ) |
| BRIAN JEFFREY RAYMOND | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRIAN JEFFREY RAYMOND

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

induced an individual to travel for the purpose of engaging in any sexual activity for which any person can be charged with a criminal offense., in violation of 18 U.S.C § 2422(a)

Date: 10/08/2020

2020.10.08
20:21:42 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G.Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/8/20, and the person was arrested on *(date)* 10/9/20
at *(city and state)* La Mesa, CA

Date: 10/13/20

*Arresting officer's signature*

Jesse M. Stoda, Special Agent FBI
*Printed name and title*