**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO.:** |
| **Plaintiff,** | |
| | **MAG NOs.:** 1:20-mj-00261-ZMF |
| **v.** | 1:20-mj-00200-GMH |
| **BRIAN JEFFREY RAYMOND,** | **VIOLATIONS:** |
| | 18 U.S.C. § 2242 |
| | 18 U.S.C. § 1462 |
| | 18 U.S.C. § 2428 |
| **Defendant.** | |

_____/

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## GENERAL ALLEGATIONS

1.      Defendant BRIAN JEFFREY RAYMOND is a United States citizen.  From on or about August 21, 2018 until on or about June 1, 2020, RAYMOND was a United States government employee, working at the United States Embassy in Mexico City, Mexico.  During that time, RAYMOND resided in an apartment in Mexico City, Mexico assigned to him by the United States government.   RAYMOND's residence in Mexico City, Mexico is leased by the United States government for use by Embassy personnel assigned to diplomatic, consular, military, and other United States missions in Mexico City, Mexico.  This residence falls within the Special Maritime and Territorial Jurisdiction of the United States, pursuant to Title 18, United States Code, Section 7(9).

1

2.      From 2006 to May 31, 2020, RAYMOND went on dates with numerous adult women who he then recorded videos and photographed while they were unconscious and nude or partially nude without their consent, including Victim 2 through Victim 25.  Most of these video recordings and photographs focused on the breast and genital area of these women, and the women were photographed and recorded while in a bed, on a couch, or on the floor.  In many of the recordings and photographs, RAYMOND's hand can be seen touching the buttocks, breasts, and/or genital area of the women.  RAYMOND engaged in this conduct in several different countries (including the United States) and did so at embassy-leased housing in multiple countries.

**COUNT ONE**
*Sexual Abuse* – 18 U.S.C. §§ 2242(2), 7(9)

The general allegations are incorporated herein by reference.

In or about May 2020, in Mexico City, Mexico, within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, BRIAN JEFFREY RAYMOND, knowingly engaged in a sexual act with another person, Victim 7, who was, as the defendant well knew, at the time incapable of appraising the nature of the conduct, or physically incapable of declining participation in, and communicating unwillingness to engage in, the sexual act.  The sexual act involved: (1) contact between RAYMOND's penis and Victim 7's vulva; all in violation of Title 18, United States Code, Sections 2242(2), 7(9).

**COUNT TWO**
*Sexual Abuse* – 18 U.S.C. §§ 2242(2), 7(9)

The general allegations are incorporated herein by reference.

In or about March 2020, in Mexico City, Mexico, within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, BRIAN JEFFREY RAYMOND, knowingly engaged in a sexual act with another person, Victim 9, who was, as the defendant well

knew, at the time incapable of appraising the nature of the conduct, or physically incapable of

declining participation in, and communicating unwillingness to engage in, the sexual act.  The

sexual act involved: (1) contact between RAYMOND's penis and Victim 9's vulva; all in violation

of Title 18, United States Code, Sections 2242(2), 7(9).

## COUNT THREE
*Transportation of Obscene Material* – 18 U.S.C. § 1462

The general allegations are incorporated herein by reference.

From 2006 to June 1, 2020, in the District of Columbia, the Special Maritime and

Territorial Jurisdiction of the United States, and elsewhere, the defendant, BRIAN JEFFREY

RAYMOND, brought into the United States and into any place subject to the jurisdiction thereof

and knowingly used a common carrier and interactive computer service, for carriage in interstate

and foreign commerce, obscene matters, that is, the depictions as described in the following chart:

| Victim | Number of Photos and/or Videos | Location | Date Created | Description of Obscene Depiction |
|--------|-------------------------------|----------|--------------|-------------------------------|
| AV-2 | 33 photographs and 1 video<br><br>44 photographs and 7 videos | California<br><br>Mexico | February 2, 2018<br><br>November 23, 2018 | Close-up of breast with shirt pulled down by adult male hand<br><br>Close-up of genitalia |
| AV-3 | 16 Photos and 3 Videos | Country 5[1] | December 1, 2017 | Close-up of bare breasts and genitalia |
| AV-4 | 8 Photos and 2 Videos | Virginia | May 14, 2017 | Close-up of breasts with bra pulled down |
| AV-5 | 25 Photos and 10 Videos | Mexico | May 17, 2019 | Close-up of adult male grabbing bare breast |
| AV-6 | 29 Photos and 6 Videos<br><br>35 Photos | Mexico<br><br>Mexico | June 23, 2019<br><br>December 21, 2019 | Close-up of bare breasts and genitalia, places her hand on her own breast and genitalia |

---

[1] Countries 3, 4, 5, and 6 are known to the government and to the defendant.

| AV-7 | 77 Photos and 4 Videos | Mexico | May 30, 2020 | Close-up of genitalia, adult male straddling |
|---|---|---|---|---|
| AV-8 | 13 Photos and 1 Video | Mexico | March 27, 2020 | Close-up of bare breast |
| AV-9 | 20 Photos and 15 Videos | Mexico | March 26, 2020 | Close-up of adult male touching bare breast |
| AV-11 | 3 Videos | Mexico | May 11, 2019 | Depicts her nude body with her leg draped over adult male whose penis is visible |
| AV-12 | 10 Photos | Mexico | September 15, 2018 | Close-ups of bare breasts |
| AV-13 | 9 Photos | Country 5 | November 28, 2017 | Depicts close-up side view of bare breast |
| AV-15 | 4 Photos | Maryland | April 9, 2017 | Depicts fully nude body and buttocks |
| AV-16 | 2 Photos | Virginia | November 5, 2016 | Depicts bra pulled down exposing bare breasts |
| AV-17 | 6 Photos | Virginia | November 6, 2015 | Close-up of male hand pulling down underwear to expose genitalia |
| AV-18 | 9 Photos | Virginia | November 1, 2015 | Depicts bare breasts |
| AV-20 | 7 Photos | Country 6 | November 2007 | Depicts close-up of bare breasts |
| AV-22 | 7 Photos | Country 3 | April 21, 2006 | Depicts close ups of bare breasts and bare genitalia |
| AV-23 | 40 Photos | Country 6 | December 2013 | Depicts bare breasts and genitalia, body stretched and leg to one side; depicts close-up of genitalia |
| AV-24 | 27 Photos | Country 6 | October 11-12, 2013 | Depicts close-up of bare breasts and of bare genitalia |
| AV-25 | 6 Photos | Washington D.C. | December 25, 2015 | Depicts bare genitalia and breasts |

; all in violation of Title 18, United States Code, Section 1462.

## FORFEITURE ALLEGATIONS

*Criminal Forfeiture* –18 U.S.C. § 2428; 18 U.S.C. § 2253(a)

As a result of the violation of 18 U.S.C. § 2242, as set forth in Counts One and Two of this Information, upon conviction the defendant shall forfeit to the United States: (1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation(s), and any property traceable to such property, pursuant to 18 U.S.C. § 2428; and (2) any property, real or personal, constituting or derived from, any proceeds that he obtained, directly or indirectly, as a result of such violation(s), or any property traceable to such property, pursuant to 18 U.S.C. § 2428.

As a result of the violation of 18 U.S.C. § 1462, as set forth in Count Three of this Information, upon conviction the defendant shall forfeit to the United States: (1) any visual depiction described in 18 U.S.C. § 1462, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 1462, pursuant to 18 U.S.C. § 2428; shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, pursuant to 18 U.S.C. § 2428.

Such property includes, but is not limited to, a money judgment equal to an amount as proved in this matter, representing the total value of property subject to forfeiture from the defendant for his violation(s) of 18 U.S.C. § 2242 and/or 18 U.S.C. § 1462 as alleged in this Information.  If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

5

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

(3)     has been placed beyond the jurisdiction of the Court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 2428 and/or 18 U.S.C. § 2461(c), to seek to forfeit any other property of the defendant up to the listed value.


CHANNING PHILLIPS                           NICHOLAS L. MCQUAID
ACTING UNITED STATES ATTORNEY               ACTING ASST. ATTORNEY GENERAL
District of Columbia                        U.S. Department of Justice
                                            Criminal Division


_/s//April N. Russo_____           _/s// Jamie B. Perry_____
April N. Russo                              Jamie B. Perry, Trial Attorney
PA Bar Number 313475                        MD Bar Number 1012160031
Assistant United States Attorney            U.S. Department of Justice, Criminal Division
555 4th Street, N.W.                         Human Rights and Special Prosecutions
Washington, D.C. 20530                      1301 New York Avenue, N.W.
                                            Washington, D.C. 20530


Date: May 28, 2021