## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN RAYMOND,<br><br>Defendant. | Criminal No. 21-380 (CKK) |

## ORDER
(July 21, 2021)

A plea hearing in this case is scheduled to begin at 1:30 p.m. on July 23, 2021.  The hearing will take place in Courtroom 28A.  The Court hereby notifies the parties that the following procedures and restrictions will govern the proceeding, consistent with the practices outlined in Appendices 7 and 8 of the Continuity of Operations Plan During the COVID-19 Pandemic.  *See* Continuity of Operations Plan During the Covid-19 Pandemic (July 15, 2020), available at: https://www.dcd.uscourts.gov/coronavirus-covid-19-response-information-and-announcements;  *id.*, Appendix 7 ("COOP Appendix 7") (updated Oct. 27, 2020); *id.*, Appendix 8 ("COOP Appendix 8") (updated Mar. 4, 2021).

1.       All participants must wear face masks covering the mouth and nose throughout the entire proceeding, except as directed by the Court.  The Court may provide hearing participants with a clear protective facial mask.  *See* Appendix 7 ¶ 4; Appendix 8 ¶ 2(c)(iv).  Participants are reminded that pursuant to Standing Order No. 21-42, all persons visiting the courthouse must wear a face mask covering their nose and mouth while in public areas of the courthouse.  *In re: Updated Access Restrictions and Masking Restrictions During the COVID-19 Pandemic*, Standing Order No. 21-42 (BAH) (July 15, 2021), at 4–5, available at: https://www.dcd.uscourts.gov/coronavirus-covid-19-response-information-and-announcements.

1

2.      The number of individuals in the courtroom will be limited to the minimum necessary. Each side may have a maximum of three individuals seated at counsel table.  Counsel should notify the Court via email to the courtroom deputy clerk if they need for any individual other than counsel and the defendant to attend the proceeding.  *See* Appendix 7 ¶¶ 5(b), 5(d)-(e).  Any additional attendees may watch the proceeding in an overflow courtroom, which shall be designated in advance of the hearing; they may not sit in the courtroom in which the proceeding is taking place.  In addition, the Court will have a public telephone line open during the hearing.

3.      All participants must remain at or near their assigned places throughout the proceeding, except as directed by the Court.  *See* Appendix 8 ¶ 2(c)(v).  Attorneys shall use the microphones at counsel table or at the podium adjacent to each counsel table when speaking and shall not move away from their assigned places unless the Court authorizes them to do so.  If the Court recesses for a break, all participants must return to the seat they occupied prior to the break.

4.      Any individual who has tested positive for COVID-19, is experiencing symptoms consistent with COVID-19, or learns of exposure to an individual who has tested positive for the COVID-19, should not come to the courthouse and should contact the courtroom deputy clerk for further instructions. If during the proceeding any participant experiences symptoms consistent with COVID-19 or learns of exposure to an individual who has tested positive for COVID-19, that person should notify the courtroom deputy clerk immediately.  *See* Appendix 7 ¶ 6; Appendix 8 ¶ 2(c)(i)-(iii).

**SO ORDERED.**

  /s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Date: July 21, 2021