AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21cr380  (CKK) |
| Brian Raymond | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/23/2021

*Defendant's signature*

*Signature of defendant's attorney*

Courtney Forrest
*Printed name of defendant's attorney*

*Judge's signature*

Colleen Kollar-Kotelly
*Judge's printed name and title*