## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 1:21-cr-380 (CKK) |
| BRIAN JEFFREY RAYMOND,    ) | |
| ) | |
| Defendant    ) | |

### **ORDER**

This matter having come before the Court pursuant to the Government's Motion to Vacate Filing Deadlines and Sentencing Dates, upon consent, it is hereby

ORDERED that all existing filing deadlines and the dates for the evidentiary and sentencing hearings are vacated. It is

FURTHER ORDERED that the parties shall appear remotely for a status hearing on _____ to address the defendant's decision relating to the attorney conflict issue and to discuss new deadlines for preliminary sentencing matters.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Entered: _____