UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BRIAN JEFFREY RAYMOND, <br><br> Defendant | Case No. 1:21-cr-00380-CKK |

## STATUS REPORT REGARDING DEFENDANT'S LEGAL REPRESENTATION

Pursuant to the Court's Order on November 16, 2021, undersigned counsel hereby provides this Status Report regarding Defendant Brian Raymond's legal representation in this matter.

As indicated in a letter to the Court by conflict counsel, Mr. Raymond has decided not to waive the conflict of interest that has arisen with respect to his counsel at KaiserDillon PLLC, Jonathan Jeffress, Courtney Forrest, and Emily Voshell.  Accordingly, Mr. Jeffress, Ms. Forrest, and Ms. Voshell, with Mr. Raymond's consent, will withdraw from their representation of Mr. Raymond in this case.  If the Court requires a formal motion seeking such withdrawal, counsel will file such motion as soon as practicable.

Going forward, Mr. Raymond intends to continue with undersigned counsel, Mr. Marston, and in addition has retained Joseph Jay and Denise Giraudo of Sheppard, Mullin, Richter & Hampton LLP.  Mr. Jay and Ms. Giraudo will soon enter their appearances in this matter.  As the government recently indicated to the Court in its Consent Motion to Vacate Filings Deadlines and Sentencing Date ("Motion to Vacate," ECF Doc. No. 81), Mr. Marston, Mr. Jay, and Ms. Giraudo do not have security clearances, which are necessary for the effective

FH10424548.1

representation of Mr. Raymond in this matter.  Mr. Marston, Mr. Jay, and Ms. Giraudo have already begun to coordinate with the government on starting the clearance process.  The defense anticipates that significant work and preparation will be required in this case after counsel has obtained clearances.  While neither Mr. Raymond nor the government desires to significantly delay sentencing in this case, based on the current expectation of clearance timing, it is highly unlikely defense counsel will be ready to proceed to sentencing in this matter before March 2022, and it is possible that more time may be necessary.

The government suggested in its recent Motion to Vacate that the Court schedule a status conference during the week of November 29.  The defense also desires such status conference.  In addition to the government's suggestions that the Court hear from the parties on scheduling issues and Mr. Raymond's decision not to waive conflicts, the defense would also like to discuss with the Court the need to keep Mr. Raymond at the Central Treatment Facility in the District to facilitate preparation of this matter for sentencing (for example, in person meetings, including at the SCIF, will be critical in this case), and also the immediate entry of a restitution order to help reduce the impact of the delay in this case on the victims.

DATED:  November 22, 2021                    Respectfully submitted,


                                                       */s/ John Marston*_____
                                                       John Marston (DC Bar Number 493012)
Foley Hoag LLP
1717 K Street, NW
Washington, DC 20006
jmarston@foleyhoag.com
Telephone: (202) 261-7321
Facsimile: (202) 785-6687

Jonathan Jeffress (DC Bar Number 479074)
Courtney R. Forrest (DC Bar Number 996740)
Emily Voshell (DC Bar Number 1029403)
KaiserDillon PLLC
1099 14th St. NW, 8th Floor West
Washington, DC 20005
cforrest@kaiserdillon.com
evoshell@kaiserdillon.com
Telephone: (202) 640-2850
Facsimile: (202) 640-1034


*Counsel for Defendant Brian Jeffrey Raymond*

3

FH10424548.1

## CERTIFICATE OF SERVICE

I certify that on November 22, 2021, I filed via the Court's CM/ECF system the foregoing Status Report Regarding Defendant's Legal Representation, and I understand that that system caused service of the same on all registered parties.

/s/ John Marston

John Marston

FH10424548.1