IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| BRIAN JEFFREY RAYMOND | : | Criminal No. 1:21-cr-00380-CKK |
| | : | |
| Defendant. | : | |

## DEFENDANT'S NOTICE OF INTENT TO WITHDRAW PLEA AND REQUEST FOR BRIEFING SCHEDULE

Defendant Brian Jeffrey Raymond, through undersigned counsel, hereby submits this Notice of Intent to Withdraw Plea and Request for Briefing Schedule, and states as follows:

After February 17, 2022, Mr. Raymond's current defense team began reviewing the voluminous discovery in this case in earnest. Based on that review and consultations with Mr. Raymond, by around mid-March 2022, counsel began to have concerns that the plea lacked factual support in significant areas. In addition, counsel began to have concerns that Mr. Raymond has substantial claims with regard to constitutional violations by the government in executing the critical search and seizure warrant in this case, and Mr. Raymond had not been apprised of those claims or violations at the time he entered his guilty plea.

In defense counsel's next meeting with the government, on March 28, 2022, defense counsel discussed with the government at length the significant 4th and 5th Amendment violations present in the seizure and search of Mr. Raymond's cell phones. Defense counsel also mentioned that it appeared there is a lack of factual support for the plea. Defense counsel asked

the government to agree to delay the submission of a proposed sentencing schedule to the Court in hopes of discussing and perhaps resolving these issues. The government refused. On April 5, 2022, the defense filed a status report which noted the significant search and seizure issues and other open discovery matters, and asked the Court for additional time to review and potentially address these issues. On that same date, the government filed a proposed schedule for sentencing. After additional filings addressing the search and seizure and discovery issues, the Court issued a Scheduling Order on April 7, 2022, largely adopting the government's proposed schedule. In that order, the Court stated that "unless and until the Defendant takes any of the actions threatened in its Reply, ECF No. 112, at 5, [such as filing a motion to withdraw his plea,] the parties are expected to comply with these deadlines." ECF No. 113, at 3. On April 8, 2022, after meeting with Mr. Raymond and discussing the Court's Scheduling Order, defense counsel emailed government counsel to ascertain whether the government would oppose a motion by Mr. Raymond to withdraw his guilty plea. Government counsel wrote back to say the government would oppose such a motion.

    In light of the above, and to avoid any prejudice to the parties' sentencing preparation, Mr. Raymond hereby provides notice to the Court and the government that he will file a motion to withdraw his guilty plea. Mr. Raymond asks that the Court set April 29, 2022 as the due date for such motion, May 6, 2022 as the due date for the government's opposition, and May 11, 2022 for Mr. Raymond's reply, if any.

Dated: April 12, 2022                Respectfully submitted,

                                                s/John Marston
John Peter Marston
**FOLEY HOAG LLP**
1717 K Street, NW
Washington, DC 20006
(202) 261-7321
Fax: (202) 785-6687
jmarston@foleyhoag.com

s/A. Joseph Jay III
A. Joseph Jay III (D.C. No. 501646)
Denise Giraudo (D.C. No. 499348)
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 747-1900
JJay@sheppardmullin.com;
DGiraudo@sheppardmullin.com

*Counsel for Brian Jeffrey Raymond*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **12th** day of **April**, 2022, I filed the foregoing using the Court's CM/ECF system which gave notice to all counsel of record.

/s/ John P. Marston

**John P. Marston**