**Exhibit B**

7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To: SA Erin Sheridan
Washington Field Office

Date: November 10, 2020

Case ID No.: WF-3295963

Lab No.: 2020-01520-3

Communication(s):   July 30, 2020; September 15, 2020
Agency Reference(s):  WF-3295963
Subject(s):   Brian Jeffrey Raymond
Victim(s):   AV-1
Discipline(s):   Chemistry - Toxicology

FBI Laboratory Evidence Designator(s):

| | | |
|---|---|---|
| Item 1 | Liquid blood sample from AV-1 | (DOS Item #B1) |
| Item 2 | Urine sample from AV-1 | (DOS Item #C1) |
| Item 3 | Urine sample from AV-1 | (DOS Item #C1) |
| Item 33 | Urine sample from AV-1 | (Fiscalia General de Justicia Laboratorio Químico Forense, Item 1) |

This report contains the results of the toxicology examinations.

**Results of Examinations:**

Page 1 of 4

UNCLASSIFIED

UNCLASSIFIED

| Analyte | Result | Note(s) |
|---|---|---|
| GHB (gamma-hydroxybutyrate) | Item 33: not detected | 1 |
| Benzodiazepines | Item 3: not detected<br>Item 33: not detected | 2 |
| Antihistamines | Item 3: not detected<br>Item 33: not detected | 2 |
| Opioids | Item 3: not detected<br>Item 33: not detected | 2, 3, 5 |
| Cocaine and Metabolites | Item 3: not detected<br>Item 33: cocaine, benzoylecgonine identified | 2, 3, 5 |
| Over-the-counter, prescription and illicit drugs | Item 3: naproxen, theophylline detected<br>Item 33: naproxen, theophylline, acetaminophen detected. | 3, 4 |
| Stimulants | Item 3: not detected<br>Item 33: methamphetamine identified. | 3, 5 |
| Cannabis/THC metabolite | Item 3: not detected<br>Item 33: not detected | 6 |

**Notes:**

1   This analysis was performed using headspace gas chromatography/mass spectrometry (HS-GC/MS).

2   This analysis was performed by supported liquid extraction (SLE) with ultraperformance liquid chromatography/high resolution mass spectrometry (UPLC/HRMS). Sample was enzymatically hydrolyzed.

3   This screen targeted alkaline drugs such as antihistamines, antidepressants, opioid analgesics, methamphetamine and other stimulants. Analysis was performed using solid phase extraction (SPE) followed by liquid chromatography/mass spectrometry (LC/MS).

4   The second screen targeted acidic and neutral drugs such as barbiturates, seizure medications and some non-steroidal anti-inflammatory drugs. Analysis was performed using liquid/liquid extraction (LLE) followed by gas chromatography/mass spectrometry (GC/MS).

5   Confirmation analysis performed by SPE followed by LC/MS

6   Analysis performed by SPE followed by LC/MS. Sample was chemically hydrolyzed.

**Limitations:**

Page 2 of 4

2020-01520-3

UNCLASSIFIED

UNCLASSIFIED

The FBI Laboratory has performed screening in this case for numerous drugs, some of which are only indicated by a general drug class above.  Drug dosages, drug metabolism rates, and laboratory detection limits for drugs and metabolites vary.  For questions about whether or not a specific drug or drug metabolite would have been detected in this analysis, please contact the examiner issuing this report.

The Item 2 urine was not analyzed due to the limited volume and since testing was performed on the Item 3 urine. (Both the Item 2 and Item 3 urine samples were collected within a similar period of time representing more than 48 hours elapsed since the incident.)

The Item 1 blood was not tested due to the lack of significant toxicological findings from the Item 3 urine testing; the Item 1 blood was represented as being collected within a similar timeframe to the Item 2 and Item 3 urine samples.

Due to limited sample volume, further testing was not performed on the Item 33 urine sample.

The FBI Laboratory does not routinely differentiate the d- and l-isomers of methamphetamine and amphetamine.

**Remarks:**

Cocaine is a Federal Schedule II controlled substance frequently abused for its strong stimulant effects.  Cocaine is approved for use as a topical anesthetic for eye surgery and some ear-nose-and-throat surgery. Benzoylecgonine is an inactive metabolite of cocaine.

Methamphetamine is a Federal Schedule II controlled substance commonly abused for its stimulant properties.  It is available by prescription under the brand name Desoxyn®, as well as in generic formulations, for the treatment of attention deficit hyperactivity disorder (ADHD) and severe obesity.

Naproxen is a non-steroidal anti-inflammatory drug available over-the-counter under numerous brand names, including Aleve®, as well as in generic formulations.  It is used for treatment of mild to moderate pain, arthritis, and gout.

Acetaminophen is an over-the-counter analgesic available under numerous brand names, including Tylenol®, as well as in generic formulations.  It is used for the treatment of fevers and minor pain.  It is often found formulated, under various brand names and as generics, with a wide variety of antihistamines, decongestants, and cough suppressants.

Theophylline is naturally found in tea leaves and cocoa beans. It is also a bronchiodilator, often used in therapy for respiratory diseases such as chronic obstructive pulmonary disease (COPD) and asthma under a variety of brand names.

UNCLASSIFIED

Drugs reported as "detected" were identified in a single aliquot of the listed specimen(s). Further examinations were not performed due to case scenario and/or limited volume of specimen.

For questions about the content of this report, please contact Forensic Examiner Roman P. Karas at ▮▮▮▮▮▮▮▮ or ▮▮▮▮▮

For questions about the status of your submission, including any remaining forensic examinations, please contact Request Coordinator Erin Farais at ▮▮▮▮▮▮▮▮

The evidence will be returned under separate cover.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI Laboratory files. Please allow a minimum of thirty days from the date of a discovery request for the FBI Laboratory to provide the related materials. The FBI cannot ensure timely delivery of discovery requests received in less time.

The work described in this report was conducted at the Quantico Laboratory.

Roman P. Karas
Chemistry Unit

Page 4 of 4

2020-01520-3

UNCLASSIFIED