**Exhibit E**

DEPARTMENT OF JUSTICE
HUMAN RIGHTS AND SPECIAL PROSECUTIONS


AUDIO TRANSCRIPTION


```
x - - - - - - - - - - - - - x
:                           :
:                           :
:         INTERVIEW OF       :
:                           :
:        BRIAN RAYMOND       :
:                           :
:                           :
x - - - - - - - - - - - - - x
```


Saturday, June 6, 2020




FOR OFFICIAL USE ONLY


Diversified Reporting Services, Inc.
(202) 467-9200

2

1                    P R O C E E D I N G S

2            MS. GAJKOWSKI:  Okay.  Just briefly, so we

3     know where we're at, so this is Mikel Gajkowski.  I'm

4     here with?

5            MR. NELSON:  Ted Nelson.

6            MR. RAYMOND:  Brian Raymond.

7            MS. GAJKOWSKI:  Great.  The date is Saturday,

8     June 6th.  The time is 10:12, and we are at Jimmy

9     John's off of Elden Street.  Cool.  And --

10           MR. NELSON:  I'm just going to make sure I

11    shut my phone down, turn my -- you got phones on you?

12    Just turn them on vibrate if you can.

13           MR. RAYMOND:  Yeah.

14           MS. GAJKOWSKI:  Okay.  I also want to be clear

15    that, like before, and we already talked about this,

16    but, like, you're free to go at any time.  This is

17    totally voluntary.  Again, this has -- your refusal to

18    talk with us has no bearing with your employment or

19    anything, so we're good there.

20           MR. RAYMOND:  I understand.

21           MS. GAJKOWSKI:  So, okay, cool.  And we'll try

22    to make this quick, so --

1                MR. RAYMOND:  Okay.

2                MR. NELSON:  And, hey, Brian, what we always

3     do, we always tell people, you're not recording

4     anything, right?

5                MR. RAYMOND:  No.  I'm actually --

6                MR. NELSON:  We can give you -- you get a copy

7     of this if you want.  All right?

8                MR. RAYMOND:  That's -- yes.  Thank you.

9                MR. NELSON:  -- yeah.

10               MR. RAYMOND:  I'm actually trying to --

11               MR. NELSON:  Don't worry.  As long as --

12               MR. RAYMOND:  -- turn this --

13               MR. NELSON:  -- listen, in good faith,

14    whatever you can do.

15               MR. RAYMOND:  Turn this phone off.

16               MR. NELSON:  All right?  If it rings, we'll

17    understand, and we'll get through it.  All right?

18               MR. RAYMOND:  Okay.

19               MR. NELSON:  So I'm kind of -- I work with

20    Mike.  I'm just kind of helping her out.  I've been --

21    I was in the area, so I figured I'd give her a hand

22    today, but --

1            MR. RAYMOND:  Absolutely.

2            MS. GAJKOWSKI:  Thank you so much.  I have

3    like -- I'm the worst.  This is, like, Saturday and I'm

4    F-ing up everybody's day, so -- okay.  So I just had a

5    couple things that I want to circle back with you on.

6            MR. RAYMOND:  Sure.

7            MS. GAJKOWSKI:  Post just has kind of been

8    just doing what they need to do, as far as checking

9    with, like, residents, et cetera.  We haven't -- just

10   so you know, your residence is untouched.  We haven't

11   had any reason to go in.

12           MR. RAYMOND:  Okay.

13           MS. GAJKOWSKI:  We did change the locks, as

14   you know.

15           MR. RAYMOND:  Yep.

16           MS. GAJKOWSKI:  So that's where we're at.  So,

17   something that I forgot to -- give me one sec.  Sorry.

18   So BF is at the protests today and I'm F-ed.  So, okay.

19   I didn't ask for an ID.  Do you have just driver's

20   license or anything --

21           MR. RAYMOND:  Sure.

22           MS. GAJKOWSKI:  -- that you could show me, and

1    if you don't mind, I'll ask to take a picture of it as

2    well?  Cool.  All right.  There you go.

3             MR. RAYMOND:  Thanks.

4             MS. GAJKOWSKI:  Okay.  All right.  So I have

5    your ID.  I do need to note last known address.  So I

6    know that you've been overseas a bunch.  Tell me, like,

7    what's your --

8             MR. RAYMOND:  Before Mexico, I was actually

9    living in this area.

10            MS. GAJKOWSKI:  Oh, okay.  Cool.

11            MR. RAYMOND:  In, like, Tyson's Corner.

12            MS. GAJKOWSKI:  Okay.

13            MR. RAYMOND:  And so I can give you the street

14   address.

15            MS. GAJKOWSKI:  If you don't mind, that would

16   be helpful.

17            MR. RAYMOND:  Yeah.

18            MS. GAJKOWSKI:  Just so I've got it.

19            MR. RAYMOND:  You want to take it down?

20            MS. GAJKOWSKI:  Yeah, that's fine, mm-hmm.

21            MR. RAYMOND:  1550.

22            MS. GAJKOWSKI:  Mm-hmm.

 1            MR. RAYMOND:  Spring Gate Drive.

 2            MS. GAJKOWSKI:  Okay.  Is that an apartment?

 3            MR. RAYMOND:  It's an apartment.

 4            MS. GAJKOWSKI:  Okay.  Is there an apartment

 5    number?

 6            MR. RAYMOND:  Yeah.  I have to send it to you.

 7            MS. GAJKOWSKI:  That's okay.

 8            MR. RAYMOND:  Let me doublecheck.

 9            MS. GAJKOWSKI:  Yeah.  You can just send it

10    whenever.

11            MR. RAYMOND:  Apartment -- it's, like, one of

12    those weird, like, depending on your address it has --

13            MS. GAJKOWSKI:  Okay.

14            MR. RAYMOND:  -- and it's -- I think the zip

15    was 22102.

16            MS. GAJKOWSKI:  That's fine.

17            MR. RAYMOND:  But I can send you the full

18    address a little later.

19            MS. GAJKOWSKI:  Okay, great.  City?

20            MR. RAYMOND:  I think --

21            MS. GAJKOWSKI:  Oh.

22            MR. RAYMOND:  -- McLean.

1          MS. GAJKOWSKI:  Okay, cool.

2          MR. NELSON:  So Fairfax, yeah.

3          MR. RAYMOND:  Yeah, Fairfax County.

4          MS. GAJKOWSKI:  Okay, great.  Okay.  The other

5     thing that I just wanted to know -- so I was reviewing

6     your EOPS.  It does show you have a spouse, so I just

7     want to be clear on what that situation --

8          MR. RAYMOND:  Ex, ex-spouse.

9          MS. GAJKOWSKI:  Okay, ex-spouse.

10         MR. RAYMOND:  Well, I'm divorced.

11         MS. GAJKOWSKI:  Oh, okay.  Congratulations, as

12    it were, right?

13         MR. RAYMOND:  It's been several years since

14    we've been divorced.

15         MS. GAJKOWSKI:  Okay.  All right.

16         MR. RAYMOND:  So I'm not sure why it --

17         MS. GAJKOWSKI:  When were you divorced?

18         MR. RAYMOND:  We were divorced in 2006.

19         MS. GAJKOWSKI:  Okay.

20         MR. RAYMOND:  So I don't know why --

21         MS. GAJKOWSKI:  Oh.  So that was a while back.

22         MR. RAYMOND:  I'm not sure why it shows that

1    I'm still married.

2              MS. GAJKOWSKI:   Okay.   And just to confirm the

3    name?

4              MR. RAYMOND:   Adrienne Yee (phonetic).

5              MS. GAJKOWSKI:   Okay.   Where did you guys

6    meet?

7              MR. RAYMOND:   We met actually at a language

8    school before one of my assignments.

9              MS. GAJKOWSKI:   Oh, nice.   Okay.

10             MR. RAYMOND:   Yeah.

11             MS. GAJKOWSKI:   Cool.

12             MR. RAYMOND:   And at ████████████████

13   ████ .

14             MS. GAJKOWSKI:   Okay.

15             MR. RAYMOND:   I was doing a language immersion

16   before I went to ██████   for one of my jobs.

17             MS. GAJKOWSKI:   Okay.   Awesome.   How was

18   ████ ?

19             MR. RAYMOND:   Cool.   I liked it.   I did -- we

20   were long distance for the first year that I was there.

21             MS. GAJKOWSKI:   Uh-huh.

22             MR. RAYMOND:   So that put a damper on things.

1          MS. GAJKOWSKI:  Okay.  That's hard.  Okay.

2   Are you guys still in touch?  Are you, like --

3          MR. RAYMOND:  We are.  Yeah.  We're on good

4   terms.

5          MS. GAJKOWSKI:  That's awesome.

6          MR. RAYMOND:  We're not best friends, but --

7          MS. GAJKOWSKI:  That doesn't happen with

8   everybody, right, like?

9          MR. RAYMOND:  -- we're -- you know, we're in

10  touch every sporadic -- sporadically.

11         MS. GAJKOWSKI:  Okay.

12         MR. RAYMOND:  Not very, not very frequently.

13         MS. GAJKOWSKI:  Okay.  Cool, like, forgot to

14  write all this stuff on my notes.  Okay.  So a couple

15  of things, definitely with, like, AV-1     (phonetic).

16  So she was at your residence.  Do you have a rough idea

17  of post policy on visitors, like, in general,

18  especially during the quarantine?  Did they issue

19  anything about letting people come over?

20         MR. RAYMOND:  No.  I think there was nothing

21  that I saw, a formal policy in writing.

22         MS. GAJKOWSKI:  Okay.  So there was no

1    formal --

2              MR. RAYMOND:  That I, that I was aware of.

3    I'm not in, I'm not in the actual government complex.

4    Now, it is --

5              MS. GAJKOWSKI:  Mm-hmm.

6              MR. RAYMOND:  It's a private residence, even

7    though it's occupied by embassy employees.

8              MS. GAJKOWSKI:  Mm-hmm.

9              MR. RAYMOND:  It's a Mexican who owns the

10   residence.

11             MS. GAJKOWSKI:  And it's your house, right,

12   like?

13             MR. RAYMOND:  Yeah.  We're assigned the

14   housing, so obviously I don't own it or anything like

15   that.

16             MS. GAJKOWSKI:  Mm-hmm, yeah.

17             MR. RAYMOND:  But that -- it's part of the

18   embassy housing pool.  However, there is also a USG

19   owned facility, where it's like a, a large -- I don't,

20   I don't want to call it, like, a dorm, but there's

21   several apartments and there's more amenities.  There's

22   a pool.  There's a gym.

11

 1              MS. GAJKOWSKI:  Where is that at, like,

 2    relative to your place?

 3              MR. RAYMOND:  Probably a 20-minute walk away.

 4              MS. GAJKOWSKI:  Okay.  Okay.  So it's --

 5              MR. RAYMOND:  We're all in, like, the same

 6    neighborhood called Palonko (phonetic).

 7              MS. GAJKOWSKI:  Okay.

 8              MR. RAYMOND:  And what that is is that

 9    actually is staffed by embassy guards.

10              MS. GAJKOWSKI:  Okay.

11              MR. RAYMOND:  And visitors have to show an ID.

12              MS. GAJKOWSKI:  Okay.

13              MR. RAYMOND:  And they have to be granted

14    access.  It's, it's, it's fully owned and controlled by

15    the USG.

16              MS. GAJKOWSKI:  Okay.

17              MR. RAYMOND:  And so USG does the maintenance.

18    They essentially manage it.  I'm in more of the

19    traditional.  We have a landlord and, and --

20              MS. GAJKOWSKI:  Okay.

21              MR. RAYMOND:  -- everything like that.  But

22    the embassy still facilitates the rent and everything

1    like that.

2           MS. GAJKOWSKI:  Okay.

3           MR. RAYMOND:  But I was not aware of any

4    restrictions with visitors.

5           MS. GAJKOWSKI:  So they didn't -- no e-mail,

6    nothing about, like, you can't, like --

7           MR. RAYMOND:  No.  Now, there may have been

8    something sent to what's called ████████ (phonetic).

9           MS. GAJKOWSKI:  Okay.

10          MR. RAYMOND:  That's, that's the complex.

11          MS. GAJKOWSKI:  Okay.

12          MR. RAYMOND:  But since I'm on the local

13   economy, the USG doesn't have jurisdiction over that.

14          MS. GAJKOWSKI:  Okay, cool.  All right.  The

15   other thing that I wanted to check on, do you know post

16   policy when it comes to ████████████████?  And

17   I know you may also have your --

18          MR. RAYMOND:  Absolutely.

19          MS. GAJKOWSKI:  Okay.  So what do they got for

20   that, like?

21          MR. RAYMOND:  Once you have what's called a

22   ████████████████ --

13

```
 1          MS. GAJKOWSKI:  Mm-hmm.
 2          MR. RAYMOND:  -- ██████████████████
 3    ████████████████.
 4          MS. GAJKOWSKI:  Did you feel like you met
 5    anyone, like, ▐AV-1▌ included, that you felt might have
 6    ██████████████████████?
 7          MR. RAYMOND:  No.  She hasn't in my view ███
 8    ████████████    yet.
 9          MS. GAJKOWSKI:  Okay.
10          MR. RAYMOND:  I hadn't even met her yet, and
11    then depending on how things went over a period of --
12    ████████████████████████████████████████████
13    ████████████████████████████.
14          MS. GAJKOWSKI:  Okay.
15          MR. RAYMOND:  But I am thorough with my
16    ████████.
17          MS. GAJKOWSKI:  That's awesome.  That's great.
18    Okay.  So, I want to step back just a little bit.  In
19    terms of, like, everything you're dealing with, are you
20    -- you know, so I asked last time.  Are you good with
21    a, like, support network?  Do you have friends?  Do you
22    have colleagues?  Like --
```

14

1        MR. RAYMOND:  Yeah.  I have a couple

2   colleagues.

3        MS. GAJKOWSKI:  Okay.

4        MR. RAYMOND:  One of my neighbors back at

5   post.

6        MS. GAJKOWSKI:  Okay.

7        MR. RAYMOND:  A DOJ guy who helped me out.  He

8   checked in on me.

9        MS. GAJKOWSKI:  Good.

10       MR. RAYMOND:  And I have a good friend who's -

11  - her family.  They're posted in Guatemala, and we

12  talk.

13       MS. GAJKOWSKI:  Uh-huh.

14       MR. RAYMOND:  So, but, I'm very -- I realize

15  this is a sensitive situation, so I haven't discussed

16  the incident at length.

17       MS. GAJKOWSKI:  Okay.

18       MR. RAYMOND:  A couple of people are aware of

19  it, like, the DOJ guy and my really good friend.

20       MS. GAJKOWSKI:  DOJ guy, remind me.  He --

21  because he was one of the first responders, right?

22       MR. RAYMOND:  Yeah.  He lives below.

1           MS. GAJKOWSKI:  Okay.

2           MR. RAYMOND:  He lives below me.

3           MS. GAJKOWSKI:  Okay.

4           MR. RAYMOND:  So he, he was aware of what's

5    going on.

6           MS. GAJKOWSKI:  Okay.

7           MR. RAYMOND:  Just because he, he was there.

8           MS. GAJKOWSKI:  It's, like, good to have

9    someone --

10           MR. RAYMOND:  Yeah.  And he's -- and, you

11    know, we, we would always talk when we saw each other.

12           MS. GAJKOWSKI:  Okay.

13           MR. RAYMOND:  So he's, he's been helping me

14    out, which I appreciate.

15           MS. GAJKOWSKI:  That's awesome.

16           MR. RAYMOND:  And then my other really good

17    friend, she, she's just more of a -- you know, a really

18    -- I've known her for, like, 25 years.

19           MS. GAJKOWSKI:  Okay.

20           MR. RAYMOND:  So she's like a, a really -- we

21    pretty much talk about everything.

22           MS. GAJKOWSKI:  Okay.

1          MR. RAYMOND:  So she's aware of it.

2          MS. GAJKOWSKI:  And I just need to ask, like,

3    have you had any thoughts of suicide, like, depression,

4    anything where we need to be worried about --

5          MR. RAYMOND:  No, no.  You don't have -- I'm,

6    I'm obviously --

7          MS. GAJKOWSKI:  Okay.

8          MR. RAYMOND:  -- been in better -- I've had

9    better days, but I'm not going to do anything like

10   that.

11         MS. GAJKOWSKI:  Okay.  That's good.  All

12   right.  Okay.  I had just also a couple things that I

13   need to check on.  And bear in mind, I know that it's

14   hard to kind of recollect details, especially when I'm,

15   like, this much in the weeds about some of this.

16         MR. RAYMOND:  I understand.

17         MS. GAJKOWSKI:  But, like, really do try your

18   best.  And it's better to tell me, like, if you don't

19   know or you don't remember something than not be

20   forthcoming.

21         MR. RAYMOND:  Make, make it up, right?

22         MS. GAJKOWSKI:  Right?  Yeah, totally.  And

17

1   you've been really great so far.  Like, the, the

2   screenshots, everything.  Give me two seconds.  Okay.

3   Two seconds.  Do you mind?  I've just got --

4               MR. RAYMOND:  Yeah.  No worries.

5               MS. GAJKOWSKI:  Sorry.  Hey.

6               MR. NELSON:  Brian, in your position, are you

7   ██████████?

8               MR. RAYMOND:  Yes.

9               MR. NELSON:  Okay.  That makes it easier.

10              MR. RAYMOND:  Yeah.  I, ███████████████

11  ████████████████████████████.

12              MR. NELSON:  No worries.  Yeah.  So -- all

13  right.  I've been doing this for about 20 years now.

14  This is, this is all that --

15              MR. RAYMOND:  So you, so you've seen it all.

16              MR. NELSON:  This is all -- listen, dude, I've

17  seen it all, and this is all I do is violent crimes.

18  So, I -- yeah.  Anyways, so I'll let, I'll let Mikel do

19  what she's doing, but if you got any, if you got any --

20  I'll just tell people to scramble if they get in the

21  way.  But, yeah, so, like I told Mikel, if you got any

22  questions, like, the process, how these work, how these

```
 1    cases are worked --

 2              MR. RAYMOND:  Okay.

 3              MR. NELSON:  I've been doing it for, like, 20

 4    years.  I can answer questions for you.

 5              MR. RAYMOND:  That would be great.

 6              MR. NELSON:  I'm not read in on specific all

 7    details of this, to be honest with you.

 8              MR. RAYMOND:  Yeah.

 9              MR. NELSON:  I got, like, a five-minute brief,

10    about, hey, this --

11              MS. GAJKOWSKI:  Dude, I'm so sorry.

12              MR. RAYMOND:  Oh, no --

13              MR. NELSON:  So, yeah.  I'm kind of, like,

14    coming in at the end.  But by all means, like, whatever

15    questions I can answer that you might have, but I --

16              MS. GAJKOWSKI:  Okay.  Sorry.  All right.  So

17    here is where I just need to verify a couple things.

18    So you guys went out earlier, right, and you were at

19    outdoor park, right?

20              MR. RAYMOND:  Yeah.  Well, it was, like, it's

21    like a mall, but an outdoor mall.

22              MS. GAJKOWSKI:  Okay.  All right.  And you
```

1    said it was kind of, like, by your house, right?

2            MR. RAYMOND:  Yeah.  It was like a --

3            MS. GAJKOWSKI:  Okay.

4            MR. RAYMOND:  I don't know exactly where she

5    lives, but when we were chatting she picked the

6    location.  So I didn't, I didn't even know anything

7    about it, so I Googled, I Googled it, and I was like,

8    oh, like, it's close.

9            MS. GAJKOWSKI:  That helps.

10           MR. RAYMOND:  I can walk.

11           MS. GAJKOWSKI:  That's good.  Okay.  So she

12   gave you the location.

13           MR. RAYMOND:  Correct.

14           MS. GAJKOWSKI:  Like, this is where we're

15   meeting.

16           MR. RAYMOND:  Yeah.

17           MS. GAJKOWSKI:  Okay.

18           MR. RAYMOND:  And the texts will indicate

19   that.

20           MS. GAJKOWSKI:  That's right, yeah.

21           MR. RAYMOND:  Because I had said, hey, we can

22   meet wherever you want.

```
 1              MS. GAJKOWSKI:  Okay.
 2              MR. RAYMOND:  I let -- I don't -- I let her
 3    make the decision on that.
 4              MS. GAJKOWSKI:  That's good.
 5              MR. RAYMOND:  Because it's better for her to
 6    meet --
 7              MS. GAJKOWSKI:  That's super smart, because
 8    it's in --
 9              MR. RAYMOND:  -- in a safe place where she
10    feels comfortable.
11              MS. GAJKOWSKI:  Okay.
12              MR. RAYMOND:  And she said this place called
13    Parces Palonko (phonetic), which, funny, it's, like,
14    close to my house, but I had never been there nor heard
15    of it.
16              MS. GAJKOWSKI:  Interesting.
17              MR. RAYMOND:  So --
18              MS. GAJKOWSKI:  Okay.
19              MR. RAYMOND:  Shows you I don't get out
20    enough.
21              MS. GAJKOWSKI:  And you were just in the
22    public area?  Like, you didn't go to any restaurants?
```

1  You didn't, like, stop anywhere?  You just kind of sat

2  outdoors.

3          MR. RAYMOND:  Yeah, because -- it's like here.

4  You could probably -- you can do grab and go.

5          MS. GAJKOWSKI:  Okay.

6          MR. RAYMOND:  But you can't --

7          MS. GAJKOWSKI:  That's good to know.  Okay.

8          MR. RAYMOND:  You can't really go in anywhere.

9          MS. GAJKOWSKI:  Okay.  And then nothing to eat

10  or drink before.

11          MR. RAYMOND:  So -- before?  I had, like, like

12  a -- we had, like, like, a coffee mug.

13          MS. GAJKOWSKI:  Okay.

14          MR. RAYMOND:  So -- like --

15          MS. GAJKOWSKI:  So you had coffee?

16          MR. RAYMOND:  Yeah, a coffee mug.

17          MS. GAJKOWSKI:  Okay.

18          MR. RAYMOND:  And then --

19          MS. GAJKOWSKI:  So I just want to be clear.

20  Like, she brought her coffee?  Did you bring coffee?

21  What did you --

22          MR. RAYMOND:  Oh, no, no, no.

1          MS. GAJKOWSKI:  Okay.

2          MR. RAYMOND:  Oh, no.  What we had done is --

3          MS. GAJKOWSKI:  Because -- sorry.  And I'll

4    just kind of explain.  So we just need to -- I just

5    need to be able to prove, like, look, she came there,

6    she was sound of mind, she went to your residence,

7    right?

8          MR. RAYMOND:  Yeah.

9          MS. GAJKOWSKI:  So it helps me document that

10   by saying, like, she ate a Big Mac before, or, you know

11   what I mean?  Like, anything like that, where we can

12   justify, like, hey, she was fine, she was able to make

13   this decision to go your -- you know, to your

14   residence, and go from there.

15         MR. RAYMOND:  Oh, absolutely.

16         MS. GAJKOWSKI:  So, anything like that will

17   help.

18         MR. RAYMOND:  Yeah, absolutely.

19         MS. GAJKOWSKI:  Okay.

20         MR. RAYMOND:  No, no.  What we'd had is we'd

21   had one glass of wine, and that was it.

22         MS. GAJKOWSKI:  Okay.  And that was at your

1  apartment.

2          MR. RAYMOND:  That was right before my

3  apartment, because you can do a takeaway.

4          MS. GAJKOWSKI:  Okay.

5          MR. RAYMOND:  In the, in the area, and we just

6  did a takeaway, so --

7          MS. GAJKOWSKI:  Okay.  Where did you -- do you

8  remember where you got the takeaway?

9          MR. RAYMOND:  No.

10          MS. GAJKOWSKI:  Okay.  And it was coffee,

11  like, to go from this place?

12          MR. RAYMOND:  So it was a glass, it was a

13  glass of wine.

14          MS. GAJKOWSKI:  Okay.

15          MR. RAYMOND:  In the coffee cup.

16          MS. GAJKOWSKI:  Okay.

17          MR. RAYMOND:  So --

18          MS. GAJKOWSKI:  I just want to -- okay.  Do

19  you remember where you got that from?  Like, who sold

20  it to you, or like how?  I just want to be --

21          MR. RAYMOND:  Oh, no, no.  I, I had it.  It

22  was in the coffee cup.  I'm sorry.  I misunderstood the

1    question.

2            MS. GAJKOWSKI:  No.  No, that's okay.  That's

3    fine.

4            MR. RAYMOND:  Yeah.  I had it in the cup.

5            MS. GAJKOWSKI:  Okay.  So you brought --

6            MR. RAYMOND:  Yeah, yeah, yeah.

7            MS. GAJKOWSKI:  Okay.

8            MR. RAYMOND:  Because we had talked about

9    having some wine.

10           MS. GAJKOWSKI:  Okay.  That makes sense.

11           MR. RAYMOND:  But it literally was one glass.

12           MS. GAJKOWSKI:  Okay.

13           MR. RAYMOND:  One glass each.

14           MS. GAJKOWSKI:  Cool.  All right.  So show me

15   the size of the coffee cup, roughly.  Okay.  So like

16   standard mug size.

17           MR. RAYMOND:  It was -- no.  It literally is,

18   like -- it literally would hold, like, like one cup.

19           MS. GAJKOWSKI:  Okay.

20           MR. RAYMOND:  And that was it.

21           MS. GAJKOWSKI:  Do you know if you brought the

22   same wine there that you guys had later at home, or was

1    it different?

2           MR. RAYMOND:  No.  It was different.  It was,

3    you know those half bottles of wine?  They're, like,

4    375 milliliters or 350?  They're not --

5           MS. GAJKOWSKI:  Okay.

6           MR. RAYMOND:  They're really tiny.

7           MS. GAJKOWSKI:  That's actually really

8    romantic.

9           MR. RAYMOND:  So --

10          MS. GAJKOWSKI:  So you, like, bring, like, the

11   little mini bottle.

12          MR. RAYMOND:  It was tiny.

13          MS. GAJKOWSKI:  You've got -- okay.

14          MR. RAYMOND:  Yeah.  And that was -- it was

15   just to, to break the ice.

16          MS. GAJKOWSKI:  I love that.

17          MR. RAYMOND:  You know, because she said she

18   likes wine.

19          MS. GAJKOWSKI:  That's really smart.  Do they

20   have any laws against, like, open carry or anything in

21   Mexico, with like --

22          MR. RAYMOND:  I don't know, to be honest,

1   since I've never --

2           MS. GAJKOWSKI:  Smart.

3           MR. RAYMOND:  -- they never hassle foreigners.

4           MS. GAJKOWSKI:  Okay.

5           MR. RAYMOND:  So I never have had a problem

6   with it.

7           MS. GAJKOWSKI:  Smart.  Okay.  So just the one

8   cup.

9           MR. RAYMOND:  Yeah.

10          MS. GAJKOWSKI:  No refills, nothing.  She just

11  had the one.  Okay.  And you brought that.  Do you

12  remember what you did with the remainder of that

13  bottle?

14          MR. RAYMOND:  Just tossed it in the trash.

15          MS. GAJKOWSKI:  Okay.  So that was it.  So

16  there was enough for, like, you and her?

17          MR. RAYMOND:  Just one each, yeah.

18          MS. GAJKOWSKI:  Okay.  Cool.

19          MR. RAYMOND:  And that's why it was, like,

20  hey, let's continue the conversation.

21          MS. GAJKOWSKI:  I love that.  Okay.

22          MR. RAYMOND:  Had more wine.

27

1          MS. GAJKOWSKI:  And you finished yours, right?

2          MR. RAYMOND:  She did too, yeah.

3          MS. GAJKOWSKI:  Okay.  So you both -- you're,

4    like, both on equal playing fields, like.

5          MR. RAYMOND:  As far as, as far as I know,

6    yeah, I mean.

7          MS. GAJKOWSKI:  Okay.

8          MR. RAYMOND:  There may have been, like, a

9    little bit left at the bottom, you know, like, a couple

10   sips.

11         MS. GAJKOWSKI:  Okay.  So not even the full

12   glass.

13         MR. RAYMOND:  Yeah.

14         MS. GAJKOWSKI:  Okay.

15         MR. RAYMOND:  It was over a couple of hours.

16         MS. GAJKOWSKI:  And you've told me already,

17   like, she was totally with it, right?  Like, no signs

18   of inebriation.

19         MR. RAYMOND:  Oh, yeah, yeah.

20         MS. GAJKOWSKI:  No signs of anything.

21         MR. RAYMOND:  We just walked over there.

22         MS. GAJKOWSKI:  Okay.

 1              MR. RAYMOND:  Completely.

 2              MS. GAJKOWSKI:  Okay, cool.  And then I know

 3    I've already asked you this, but you get back to the

 4    residence and you gave her wine, right?

 5              MR. RAYMOND:  Yeah.  That was --

 6              MS. GAJKOWSKI:  Okay.

 7              MR. RAYMOND:  That was what we talked about.

 8              MS. GAJKOWSKI:  Okay.  And was it still in the

 9    coffee mug or was it in --

10              MR. RAYMOND:  No.  It was regular glasses

11    and --

12              MS. GAJKOWSKI:  Okay.  Like, regular wine

13    glasses, or, like, regular -- sorry.  I just -- I --

14              MR. RAYMOND:  Yeah, yeah.  I'm --

15              MS. GAJKOWSKI:  I'm supposed to really, like,

16    document, okay, she had this much, she's, you know,

17    like --

18              MR. RAYMOND:  Yeah, yeah, right?

19              MS. GAJKOWSKI:  She had this much to eat.  She

20    should have been fine.

21              MR. RAYMOND:  Regular wine -- regular --

22    sorry.  Regular wine glasses.

1          MS. GAJKOWSKI:  Okay, cool.  So regular, like,

2    show me just -- are they, like, the big stem kind or

3    just --

4          MR. RAYMOND:  No, just --

5          MS. GAJKOWSKI:  -- like little champagne or --

6          MR. RAYMOND:  No, no, the small, the small

7    stem.

8          MS. GAJKOWSKI:  Okay.  So, like, this big.

9          MR. RAYMOND:  Like, for white wine, like, a

10   smaller.

11         MS. GAJKOWSKI:  Okay.  I'm, like, such an --

12         MR. NELSON:  Tell you what.  Let's do it --

13   we're -- yeah.  Listen, just flip a page.  Just draw

14   it.  Draw the size so we know.

15         MS. GAJKOWSKI:  Okay.  Yeah, that works.

16         MR. NELSON:  That way it's easy and, you

17   know --

18         MR. RAYMOND:  It would hold, it would --

19         MS. GAJKOWSKI:  Sorry.  That way I could

20   show --

21         MR. RAYMOND:  It would hold four to five

22   ounces of wine.

1           MR. NELSON:  Just draw it.

2           MS. GAJKOWSKI:  Okay.

3           MR. NELSON:  And if you could, just show us

4   how filled up it was.

5           MS. GAJKOWSKI:  Like, that's -- size.

6           MR. NELSON:  That way it's, it's, it's easy.

7           MS. GAJKOWSKI:  That's smart, yeah.  That way

8   we got it.

9           MR. RAYMOND:  Like, when you go to a

10  restaurant, it's, like -- I'm not a very good --

11          MS. GAJKOWSKI:  That's okay.

12          MR. RAYMOND:  This gets rounded, though.

13          MS. GAJKOWSKI:  And it's about that size?

14          MR. RAYMOND:  No, it's --

15          MS. GAJKOWSKI:  Oh, sorry.  I was like --

16          MR. RAYMOND:  Sorry.  I don't --

17          MS. GAJKOWSKI:  This is a --

18          MR. RAYMOND:  I'm not a very good artist.

19          MS. GAJKOWSKI:  No.  Don't worry about it.

20  Like, roughly, like, size would be great.  I'm sorry.

21  That way, can just be, like, look, it was this big,

22  this is how much, like.  That's great.

```
 1                MR. RAYMOND:  Something like that.

 2                MS. GAJKOWSKI:  Okay.  And it did have a stem,

 3      right?

 4                MR. RAYMOND:  Yeah.

 5                MS. GAJKOWSKI:  Okay.  All right.  Just so

 6      that if we need to later, like, we know --

 7                MR. RAYMOND:  Absolutely.  In fact, those

 8      glasses are sitting in my sink right now.

 9                MS. GAJKOWSKI:  Okay, good.

10                MR. RAYMOND:  I mean, there's a lot of dishes

11      in there.

12                MS. GAJKOWSKI:  Okay.

13                MR. RAYMOND:  Because I wait till I have quite

14      a few.

15                MS. GAJKOWSKI:  Yeah.

16                MR. RAYMOND:  And so you're going to find all

17      sorts of glasses.

18                MS. GAJKOWSKI:  Okay.

19                MR. RAYMOND:  You'll find different wine

20      glasses, different -- because I, I do drink wine.

21                MS. GAJKOWSKI:  Yeah, that's awesome.

22                MR. RAYMOND:  On a regular basis.
```

1              MS. GAJKOWSKI:  Okay.

2              MR. RAYMOND:  And so --

3              MS. GAJKOWSKI:  Sorry.

4              MR. RAYMOND:  But you'll find all variety of

5    glasses in there.

6              MS. GAJKOWSKI:  Okay.  Did you get a chance --

7    this is the other thing I just wanted to wrap up with.

8              MR. RAYMOND:  And the coffee mugs might be in

9    there too.

10             MS. GAJKOWSKI:  Okay.

11             MR. RAYMOND:  And you can see how small they

12   are.

13             MS. GAJKOWSKI:  Did you clean anything?

14             MR. RAYMOND:  Some parts of my apartment, I

15   did, because I was told --

16             MS. GAJKOWSKI:  Yeah, you mentioned that.

17             MR. RAYMOND:  -- might be -- might not be

18   coming back.

19             MS. GAJKOWSKI:  Okay.  So, like, regarding the

20   glasses --

21             MR. RAYMOND:  But the glasses and stuff, no.

22             MS. GAJKOWSKI:  So they're untouched.  You

1    didn't rinse them, you didn't anything.

2          MR. RAYMOND:  I don't -- no.  I didn't clean

3    them.

4          MS. GAJKOWSKI:  Okay.  So everything --

5          MR. RAYMOND:  They could be rinsed, but I

6    didn't soap and water them or anything.

7          MS. GAJKOWSKI:  Okay.  Did you rinse them?  Do

8    you remember?

9          MR. RAYMOND:  Generally -- I didn't -- maybe

10   not all of them, but generally, I don't like to leave

11   the wine to dry in there.

12         MS. GAJKOWSKI:  Okay.

13         MR. RAYMOND:  So I just put a little water

14   in --

15         MS. GAJKOWSKI:  Okay.  So you do know that you

16   rinsed, like, maybe both the coffee, both the coffee

17   cups.

18         MR. RAYMOND:  Not necessarily the coffee.  I

19   honestly don't -- I can't recall what I rinsed --

20         MS. GAJKOWSKI:  Okay.  Okay.

21         MR. RAYMOND:  -- and didn't rinse.

22         MS. GAJKOWSKI:  And I get that.  Like, you

34

1    had, like, no time.  You were --

2            MR. RAYMOND:  And it was the middle of the

3    night when I was running through everything.

4            MS. GAJKOWSKI:  So sorry, Brian.

5            MR. RAYMOND:  And there was all the food and

6    stuff left out.

7            MS. GAJKOWSKI:  Mm-hmm.  Yep.

8            MR. RAYMOND:  Because I did put snacks.

9            MS. GAJKOWSKI:  Okay.

10           MR. RAYMOND:  And I just dumped the food in

11   the trash.

12           MS. GAJKOWSKI:  Uh-huh.

13           MR. RAYMOND:  I also started cleaning up my

14   place, because I was thinking, well, I can't leave it

15   like this for whoever -- my --

16           MS. GAJKOWSKI:  Okay.

17           MR. RAYMOND:  -- packs my stuff for me.  And

18   so I had lots of empty wine bottles, so I just threw

19   them all in the trash.

20           MS. GAJKOWSKI:  Okay.  And like you said,

21   everything should still be there.  You didn't get rid

22   of anything, right?  Like, nothing was taken out.

1          MR. RAYMOND:  No, no.  Nothing's taken out of

2     the apartment.

3          MS. GAJKOWSKI:  Okay.  That's so helpful.

4     Thank you.

5          MR. RAYMOND:  So --

6          MS. GAJKOWSKI:  I just want to be sure.  Okay.

7     The other thing that I wanted to check is I want to,

8     again, just verify.  So you said you guys are sharing a

9     glass of wine, you know, sharing a bottle.

10          MR. RAYMOND:  Okay.  Yeah.  So then we shared

11     a bottle.

12          MS. GAJKOWSKI:  Uh-huh, yeah.

13          MR. RAYMOND:  And I'm the type of person who

14     it's, like, one person isn't going to necessarily drink

15     faster than the other, because I consider it to be, you

16     know, like, hey, well, let's -- we'll drink at whatever

17     the pace is that that person wants to drink, because

18     it's no fun sitting there with a full glass and someone

19     has an empty glass and vice versa.

20          MS. GAJKOWSKI:  Yeah, yeah.

21          MR. RAYMOND:  So I, I would estimate that we

22     both had the same amount at that point.

1        MS. GAJKOWSKI:  Okay.  That makes sense.  And

2   so, at that point, you mean, like, by the time you guys

3   were -- you started making out.

4        MR. RAYMOND:  Yeah.  No, absolutely.

5        MS. GAJKOWSKI:  Okay.

6        MR. RAYMOND:  Absolutely.

7        MS. GAJKOWSKI:  Got you.  Okay.

8        MR. RAYMOND:  Yeah.  And that was over a

9   period of several hours.

10        MS. GAJKOWSKI:  Okay.  So, again, you said

11   it's a standard wine bottle, right?  You started with a

12   bottle of -- totally.

13        MR. RAYMOND:  Yeah, yeah.  It wasn't one of

14   the big ones or anything like that.

15        MS. GAJKOWSKI:  Okay.  And then she -- how

16   much was she eating?  Like, I know you said she was

17   kind of nibbling.  She's obviously really thin.

18        MR. RAYMOND:  She was nibbling, yeah.

19        MS. GAJKOWSKI:  Any, like, anything you can

20   give me, like, like, I remember she had a cracker, she

21   had half a cracker, she had cheese.

22        MR. RAYMOND:  Yeah.  No.  I -- she definitely

1    had some strawberries.  She definitely had some

2    crackers, some cheese and some, some meat, but not a

3    lot.  She didn't eat, like, I'm going to eat the whole

4    plate, type of thing.

5            MS. GAJKOWSKI:  Okay.  So, like, if you were

6    to guess, like, plateful of food.  I'm going to just

7    also draw --

8            MR. RAYMOND:  A small, a small plate.  You

9    know, like there is a --

10           MS. GAJKOWSKI:  Like, this big.  Is that

11   approximate size?

12           MR. RAYMOND:  Yeah, yeah.  That's --

13           MS. GAJKOWSKI:  Okay.  And then, like, would

14   you say -- like, draw a circle, like, roughly how much

15   food.  I just want to, like, show, like, hey, she had

16   food, she should have been okay.

17           MR. RAYMOND:  A few strawberries.

18           MS. GAJKOWSKI:  Okay.

19           MR. RAYMOND:  Like, strawberries.

20           MS. GAJKOWSKI:  Uh-huh.

21           MR. RAYMOND:  Cheese.

22           MS. GAJKOWSKI:  Okay.

1          MR. RAYMOND:  Cracker, salami.

2          MS. GAJKOWSKI:  Okay.

3          MR. RAYMOND:  -- about that much.

4          MS. GAJKOWSKI:  So just a little bit of

5     everything.

6          MR. RAYMOND:  Yeah, but not much.

7          MS. GAJKOWSKI:  Okay.

8          MR. RAYMOND:  I mean, I'll be completely

9     honest.  She didn't eat that much.  I didn't have

10    anything.  I wasn't hungry.

11         MS. GAJKOWSKI:  When did you eat last?

12         MR. RAYMOND:  Right before I met.

13         MS. GAJKOWSKI:  Okay.

14         MR. RAYMOND:  Yeah.

15         (The audio was interrupted.)

16         MR. RAYMOND:  -- and I -- by the time it

17    was --

18         MS. GAJKOWSKI:  I'm the kind of date where I'm

19    like, oh, yeah, I'll just have a couple bowls full of

20    all of this and I'm -- yeah.

21         MR. RAYMOND:  And we hadn't --

22         MS. GAJKOWSKI:  I'm not like that petite

1    little --

2         MR. RAYMOND:  I really hadn't -- we hadn't

3    really planned to have any food, because it was just --

4    initially, it was just meet outside and --

5         MS. GAJKOWSKI:  Mm-hmm.  So you had, like,

6    everything just ready to go in your fridge.

7         MR. RAYMOND:  Well, it was --

8         MS. GAJKOWSKI:  You kind of put it together.

9         MR. RAYMOND:  It wasn't ready, like, expecting

10   her to come back.

11        MS. GAJKOWSKI:  Totally.

12        MR. RAYMOND:  I mean, I would have probably

13   had something more substantive.

14        MS. GAJKOWSKI:  Mm-hmm.

15        MR. RAYMOND:  It was just that was in my

16   fridge.

17        MS. GAJKOWSKI:  Yeah.  That's awesome.

18        MR. RAYMOND:  So have some fruit and then

19   stuff like that.

20        MS. GAJKOWSKI:  Okay.  Cool.  The other thing

21   that I just want to make sure, if you could close the

22   loop on, you said that she had her phone out quite a

40

1   bit, right?

2          MR. RAYMOND:  Yeah, she did, but I think

3   that's normal.

4          MS. GAJKOWSKI:  Okay.  So, I mean, did she say

5   who she was talking to?  Did she say --

6          MR. RAYMOND:  I didn't even ask.

7          MS. GAJKOWSKI:  Okay.

8          MR. RAYMOND:  It doesn't -- I mean --

9          MS. GAJKOWSKI:  How often -- like, how many

10  times was she on her phone, and, like, for how long?

11         MR. RAYMOND:  It was, like, whenever I needed

12  to leave to go to the restroom or something.

13         MS. GAJKOWSKI:  Okay.  And so, like, let's

14  just briefly, like, how many times did you leave?  How

15  many times did she leave?

16         MR. RAYMOND:  I went -- I left once when we

17  were first outside at the --

18         MS. GAJKOWSKI:  Okay.

19         MR. RAYMOND:  -- commercial area.

20         MS. GAJKOWSKI:  -- whatever, uh-huh.

21         MR. RAYMOND:  Because I went to throw away the

22  bottle.

1          MS. GAJKOWSKI:  Okay.

2          MR. RAYMOND:  So, and that was a, a walk of,

3    like, from here to that red minivan.

4          MS. GAJKOWSKI:  Okay.

5          MR. RAYMOND:  So, and then she pulled out her

6    phone and, you know.  But I think that's, that's sort

7    of the habit of today.

8          MS. GAJKOWSKI:  Yeah.

9          MR. RAYMOND:  I mean, I really do think that

10   that's how people are.  We're addicted to our phones.

11   And then at my residence, probably used the restroom

12   right when we -- when I got back.

13         MS. GAJKOWSKI:  Mm-hmm.

14         MR. RAYMOND:  And then probably once or twice

15   more over the next couple hours.

16         MS. GAJKOWSKI:  Do you remember, like, how far

17   in, like, she went to the bathroom, or, like, how far

18   in, like, you went to the bathroom?

19         MR. RAYMOND:  You mean, like, distancing

20   myself from her?

21         MS. GAJKOWSKI:  Yeah.  No, no.  I just mean,

22   like, more, like, you got there, like, let's say,

1   whatever time.

2           MR. RAYMOND:  Oh.  I see what you're -- I --

3           MS. GAJKOWSKI:  And then, like, she went right

4   away, or she went, you know.

5           MR. RAYMOND:  Well, also the first thing was

6   show her the restroom so we could wash our hands.

7           MS. GAJKOWSKI:  That's awesome.  Yeah.

8           MR. RAYMOND:  Just from being outside.  So she

9   knew right where it was.  And then I'm pretty sure --

10           MS. GAJKOWSKI:  Also, do you want to move, so

11   that you're not getting -- I just don't want to --

12   sorry.  I know this is --

13           MR. RAYMOND:  Thanks.  I'm pretty sure that

14   she used the restroom or was doing whatever, looking at

15   the apartment while I was in the kitchen grabbing the

16   stuff, like the wine and the snacks.

17           MS. GAJKOWSKI:  Okay.

18           MR. RAYMOND:  And that took probably four to

19   five minutes.

20           MS. GAJKOWSKI:  Okay.

21           MR. RAYMOND:  And I'm pretty sure she went to

22   the restroom or --

43

```
 1            MS. GAJKOWSKI:  Okay.

 2            MR. RAYMOND:  -- was checking out the

 3    apartment at that point.

 4            MS. GAJKOWSKI:  Okay.

 5            MR. RAYMOND:  But I wasn't out, so I can't

 6    tell you what she was doing.

 7            MS. GAJKOWSKI:  Yeah.  You don't know what she

 8    was doing, right?  Okay.

 9            MR. RAYMOND:  And then I used the restroom

10    after that point as well.

11            MS. GAJKOWSKI:  And was she on her phone when

12    you came back --

13            MR. RAYMOND:  Yeah.  I'm pretty sure she was.

14            MS. GAJKOWSKI:  That's interesting to me.

15            MR. RAYMOND:  But again, I don't -- honestly,

16    I don't --

17            MS. GAJKOWSKI:  Okay.

18            MR. RAYMOND:  Think that's just --

19            MS. GAJKOWSKI:  But she was polite, right?

20    Like, she put it back down --

21            MR. RAYMOND:  Yeah, yeah.  She didn't --

22            MS. GAJKOWSKI:  -- nothing.
```

1          MR. RAYMOND:  She wasn't the type who always

2     had it out sitting, or was, like, constantly getting

3     texts.

4          MS. GAJKOWSKI:  Okay.

5          MR. RAYMOND:  She did tell me -- I think she

6     told me in a text, if I'm not mistaken, that she didn't

7     have to work on Sunday, but she'd have to be available

8     on her phone.

9          MS. GAJKOWSKI:  Okay.

10          MR. RAYMOND:  You know what I mean?  Like, I'm

11     pretty much on call, she said.

12          MS. GAJKOWSKI:  Yeah.  Okay.

13          MR. RAYMOND:  And I'm like, that's cool, no

14     worries.

15          MS. GAJKOWSKI:  Interesting.  Okay.  And

16     then --

17          MR. RAYMOND:  It was, like, setting up the

18     possible need to get a phone call or --

19          MS. GAJKOWSKI:  Okay.  And when was the last

20     time that -- sorry.  When was the last time that she

21     used the bathroom, as far as you remember?

22          MR. RAYMOND:  I don't, I don't know for sure.

```
 1              MS. GAJKOWSKI:  Okay.

 2              MR. RAYMOND:  I can only speculate that it

 3    could have been half -- maybe 5:30-ish.

 4              MS. GAJKOWSKI:  Okay.

 5              MR. RAYMOND:  But I don't know, to be honest

 6    with you.

 7              MS. GAJKOWSKI:  All right.

 8              MR. RAYMOND:  She used it at least a couple of

 9    times.

10              MS. GAJKOWSKI:  Okay.  Did she have any

11    trouble, like, standing, walking?

12              MR. RAYMOND:  No, not at all.

13              MS. GAJKOWSKI:  Didn't seem like she was

14    slurring or --

15              MR. RAYMOND:  No.  She did not seem

16    intoxicated at all.

17              MS. GAJKOWSKI:  Okay.  That's -- okay.

18              MR. RAYMOND:  But we -- you know, overall, it

19    was a course of several hours.  We probably --

20              MS. GAJKOWSKI:  Yeah.

21              MR. RAYMOND:  -- had a bottle, bottle and a

22    half.
```

1            MS. GAJKOWSKI:  So I, I have two questions I

2    need to ask you, and please don't take offense.

3            MR. RAYMOND:  Sure.

4            MS. GAJKOWSKI:  Like, I, I just -- I need to

5    ask and --

6            MR. RAYMOND:  Sure, sure, sure.

7            MS. GAJKOWSKI:  My boss is, like, did you ask?

8    I was, like, I didn't.  Any recreational drug use

9    between the two of you?

10           MR. RAYMOND:  No.

11           MS. GAJKOWSKI:  Okay.  So there was nothing --

12   no marijuana, nothing.

13           MR. RAYMOND:  No, no, no, no.  That would,

14   that would basically end my --

15           MS. GAJKOWSKI:  Okay.

16           MR. RAYMOND:  -- chances of employment.

17           MS. GAJKOWSKI:  Okay.

18           MR. RAYMOND:  So I'm not really interested in

19   that.

20           MS. GAJKOWSKI:  That's -- okay.  And so you

21   are not currently taking any prescription drugs, you

22   don't have any of that lying around that she might have

1  gotten from your bathroom cabinet or --

2          MR. RAYMOND:  No, no.  There's nothing in the

3  -- there's nothing at all.  There's like -- even in my,

4  my bathroom down, down the hall, like where my bedroom

5  is --

6          MS. GAJKOWSKI:  Uh-huh.

7          MR. RAYMOND:  -- there's nothing in there.

8          MS. GAJKOWSKI:  Okay.

9          MR. RAYMOND:  And in the guest bedroom there's

10 absolutely -- bathroom, there's absolutely nothing.

11         MS. GAJKOWSKI:  Okay.  All right.  And then --

12         MR. RAYMOND:  Some toilet paper, maybe.

13         MS. GAJKOWSKI:  -- I also need to ask this,

14 and I did not get this at all from the texts, but any

15 chance that there was any sort of, like, transactional

16 thing.

17         MR. RAYMOND:  Nope.

18         MS. GAJKOWSKI:  With this relationship, where,

19 like, you were --

20         MR. RAYMOND:  Hundred percent, no.

21         MS. GAJKOWSKI:  Okay.  So no, no discussion of

22 money or a quid pro quo or anything like that.

1          MR. RAYMOND:  No.  And she -- I, I have sort

2     of -- I mean, I have a radar for these types of things,

3     because if someone starts talking about financial

4     hardship --

5          MS. GAJKOWSKI:  Mm-hmm.

6          MR. RAYMOND:  -- or --

7          MS. GAJKOWSKI:  Yep.

8          MR. RAYMOND:  -- oh, I just lost my job or,

9     oh, I'm on half-salary, or, oh, you know, if we meet

10    here, can you pay for my taxi, all that kind of --

11    that's immediately, like --

12         MS. GAJKOWSKI:  Mm-hmm.

13         MR. RAYMOND:  -- deal breaker, red flag for

14    me.

15         MS. GAJKOWSKI:  Okay.

16         MR. RAYMOND:  Because you -- it's just --

17         MS. GAJKOWSKI:  Yeah.

18         MR. RAYMOND:  -- that's not what I'm about.  I

19    don't need to do that.  And I just -- there's plenty of

20    women who are independent and can pay for their own

21    taxi.

22         MS. GAJKOWSKI:  Yeah.

49

1          MR. RAYMOND:  You know what I mean?

2          MS. GAJKOWSKI:  Yeah.

3          MR. RAYMOND:  It's just not my thing.  But no,

4    none of that.  She didn't talk about anything like

5    that.  She said she was still employed and everything

6    like that.

7          MS. GAJKOWSKI:  And then just -- I think we're

8    -- I'm just about done.  I did want to check and, sorry

9    -- all these, like -- I'm just going nuts here.  I --

10   you talked about the sex, and you were really patient

11   with me, and, like, kind of describing, like, how it

12   went down.  You said it was, it was, like, right before

13   she snapped, right?  So it was towards the end of this

14   date that was -- that ended the way it did, right?

15         MR. RAYMOND:  Correct.

16         MS. GAJKOWSKI:  Okay.  So it was, like, maybe

17   you said, like, before the cops came, you guys were

18   engaging in sex maybe, like, 10 minutes before all of

19   this went down, or 5 minutes before?

20         MR. RAYMOND:  It was, it was immediate.  We

21   were having sex and then she snapped, and then she ran

22   out to the balcony, and that's when people started

1    responding.

2          MS. GAJKOWSKI:  And the reason why I ask is I

3    also just want to be able to give a rough timeline.

4    So, like, you came to the apartment for, like, two

5    hours you said, probably, you guys talked?

6          MR. RAYMOND:  Yep, at least, yeah.

7          MS. GAJKOWSKI:  She was talking and -- okay.

8          MR. RAYMOND:  May have been, like, two and a

9    half hours.

10         MS. GAJKOWSKI:  Okay.

11         MR. RAYMOND:  But I'd say we got to the

12   apartment --

13         MS. GAJKOWSKI:  It's good to, like, warm up.

14         MR. RAYMOND:  -- right before 4, maybe 5 or 10

15   minutes before 4.

16         MS. GAJKOWSKI:  Okay.

17         MR. RAYMOND:  And then --

18         MS. GAJKOWSKI:  And then just, again, briefly

19   talk me through, like, how it happened, right?  Like,

20   so you started by saying you were sitting on the couch,

21   and then --

22         MR. RAYMOND:  Yeah.  Initially, we, we started

1   at the table where the snacks were.

2          MS. GAJKOWSKI:  Yep.

3          MR. RAYMOND:  It was -- I don't -- like I said

4   before, I don't push people to the couch.  That's just

5   not my way I do things.  I, I let them do things at

6   their own comfort level.

7          MS. GAJKOWSKI:  Mm-hmm.

8          MR. RAYMOND:  And so eventually we, we moved

9   to the couch.

10          MS. GAJKOWSKI:  Okay.

11          MR. RAYMOND:  And, and then eventually I think

12   we were a little closer, and then she actually kissed

13   me first.

14          MS. GAJKOWSKI:  Okay.  And --

15          MR. RAYMOND:  So we had moved closer, but I, I

16   think I was within reach at that point.

17          MS. GAJKOWSKI:  Okay.

18          MR. RAYMOND:  But she did kiss me first, and I

19   reciprocated, and then from there it was definitely --

20          MS. GAJKOWSKI:  Okay.

21          MR. RAYMOND:  It was -- both of us

22   reciprocated.

1          MS. GAJKOWSKI:  Okay.  And this where I sound

2    like a total perv, and I'm so sorry, but I, I need to

3    ask.  Like, give me the play by play, right?  And I

4    know it's awkward.  It's just hard to talk about your

5    last, like, sexual encounter.  But just like --

6          MR. RAYMOND:  It's okay.

7          MS. GAJKOWSKI:  So, she goes to kiss me, and

8    then I do this, and then she does this.  So just talk

9    me through everything.

10          MR. RAYMOND:  Yeah.  I -- it's not a hundred

11    percent.

12          MS. GAJKOWSKI:  Uh-huh.

13          MR. RAYMOND:  You know, I can't remember every

14    detail, but I can tell you the general way things went

15    down.

16          MS. GAJKOWSKI:  Okay.

17          MR. RAYMOND:  Which was --

18          MS. GAJKOWSKI:  Yeah.

19          MR. RAYMOND:  She kissed me, and I kissed her

20    back.

21          MS. GAJKOWSKI:  Uh-huh.

22          MR. RAYMOND:  And then you start kissing more

1    passionately.

2            MS. GAJKOWSKI:  Mm-hmm.

3            MR. RAYMOND:  And then there's more, I guess

4    you could call it hands action, and you're touching

5    each other more.

6            MS. GAJKOWSKI:  Do you remember where she

7    touched you first, or, like, where she was --

8            MR. RAYMOND:  I think it was just a standard -

9    - you know, a standard embracing, and then, and then it

10   went to, you know, her, her breasts area, and then she

11   took, she took off her -- well, after we took off our

12   shirts, that's the next step.

13           MS. GAJKOWSKI:  Mm-hmm, yeah.

14           MR. RAYMOND:  And she wasn't wearing a

15   traditional shirt.  It was, like, a dress-type thing.

16           MS. GAJKOWSKI:  Okay.

17           MR. RAYMOND:  She -- and then, you know, I was

18   touching her, her breast area.

19           MS. GAJKOWSKI:  Okay.  I need to ask, like,

20   did you --

21           MR. RAYMOND:  And she took, she took of the

22   bra.  I did not --

1           MS. GAJKOWSKI:  Any breast play?  Like, did

2   you --

3           MR. RAYMOND:  I did, after she --

4           MS. GAJKOWSKI:  -- suck nipples, anything like

5   that?

6           MR. RAYMOND:  -- unclasped the bra.

7           MS. GAJKOWSKI:  Okay.

8           MR. RAYMOND:  I didn't do anything --

9           MS. GAJKOWSKI:  Did she have any difficulty

10  unclasping the bra?

11          MR. RAYMOND:  I don't recall --

12          MS. GAJKOWSKI:  Like, did she struggle?

13          MR. RAYMOND:  Oh, no, no, no.

14          MS. GAJKOWSKI:  Okay.

15          MR. RAYMOND:  Nothing like that.

16          MS. GAJKOWSKI:  Did she just, like, pull it

17  over her head or did she full on, like do one of

18  these --

19          MR. RAYMOND:  I don't remember that aspect of

20  it.

21          MS. GAJKOWSKI:  Okay.

22          MR. RAYMOND:  If it was a pull off, or if was

55

1    a clasp, but she --

2              MS. GAJKOWSKI:  Okay.

3              MR. RAYMOND:  I did not do that.

4              MS. GAJKOWSKI:  Okay, great..

5              MR. RAYMOND:  -- assure you.  I did not remove

6    the bra.

7              MS. GAJKOWSKI:  Do you remember how long after

8    you removed her pants?  Like, after the bra?

9              MR. RAYMOND:  I'd say a few minutes.  It

10   wasn't a rush.  At that time, I specifically recall her

11   lifting up her hips to --

12             MS. GAJKOWSKI:  Okay.  That's really good

13   detail.

14             MR. RAYMOND:  -- to pull it down.

15             MS. GAJKOWSKI:  Uh-huh.

16             MR. RAYMOND:  Because as you know, you'd have

17   to really -- if you're sitting and you have pressure on

18   your, your underwear, you have to --

19             MS. GAJKOWSKI:  Okay.

20             MR. RAYMOND:  Someone would have to really

21   yank it.  But I specifically -- I can, I can see it

22   right now.

56

1           MS. GAJKOWSKI:  Uh-huh.

2           MR. RAYMOND:  Specifically remember her doing,

3    like, a --

4           MS. GAJKOWSKI:  She thrusts her hips up, yeah.

5           MR. RAYMOND:  Yeah, hip, hip thrust.

6           MS. GAJKOWSKI:  Uh-huh.

7           MR. RAYMOND:  You know, like, you're at the

8    gym and you lift it up.

9           MS. GAJKOWSKI:  Yep.

10           MR. RAYMOND:  And she, and she -- I mean, my

11    hands were else -- I mean, she started it, and I helped

12    her along at that point.

13           MS. GAJKOWSKI:  Okay.  Were they hard to

14    remove?  They looked like they were really tight pants.

15    I have, like, video when she was leaving and it's,

16    like, skintight.

17           MR. RAYMOND:  Yeah.  It was hard.  That's why

18    I think she had to do this.

19           MS. GAJKOWSKI:  Okay.

20           MR. RAYMOND:  To lift to pull down, whatever.

21           MS. GAJKOWSKI:  And then you just kind of

22    helped, like, pull them off or like --

 1            MR. RAYMOND:  Well, I, I didn't pull them off.

 2    I think it was just they were down, you know, at her,

 3    her ankles, and I just -- at least so they wouldn't get

 4    caught or anything.

 5            MS. GAJKOWSKI:  Okay.

 6            MR. RAYMOND:  And then everything was right in

 7    a pile.

 8            MS. GAJKOWSKI:  Okay.

 9            MR. RAYMOND:  It was like step by step, one

10    article of clothing would come off.

11            MS. GAJKOWSKI:  That's --

12            MR. RAYMOND:  And then the next one would come

13    off, and then the next one, and it was all right there.

14    It wasn't like somebody was trying to run away and --

15            MS. GAJKOWSKI:  Yeah, totally.

16            MR. RAYMOND:  Or throw clothes around.  It

17    was, like, the pile was, was right there.

18            MS. GAJKOWSKI:  And what kind of underwear was

19    she wearing?  I didn't ask you that.

20            MR. RAYMOND:  No idea.  I want to say they

21    were black, but I can't be sure.

22            MS. GAJKOWSKI:  Okay.  Like, was it, like, a -

1     - full panty number, or, like, thong, G-string?

2          MR. RAYMOND:  It was definitely closer to --

3     it wasn't like granny panties-type thing.  It was

4     definitely more of what you call modern, more sexy

5     underwear-type of thing.

6          MS. GAJKOWSKI:  Okay.  All right.

7          MR. RAYMOND:  I mean, I don't -- it looked

8     dark, but didn't seem very big.  It seemed small.

9          MS. GAJKOWSKI:  Now, this is also really

10    important for me.  Like, tell me what she was saying or

11    doing during the sex.  Like, tell me, like --

12         MR. RAYMOND:  We weren't really communicating.

13    There weren't a lot of words.

14         MS. GAJKOWSKI:  So it was silent sex, like.

15         MR. RAYMOND:  Well, it was just -- you know, I

16    think there were some sounds of you're, you're aroused

17    type of --

18         MS. GAJKOWSKI:  Because I know, like,

19    sometimes there are these, like, awkward moments,

20    right, like, I don't -- like, you know --

21         MR. RAYMOND:  Sure, I --

22         MS. GAJKOWSKI:  -- when you're with someone

1   and maybe one is, like, way more vocal than the other.

2           MR. RAYMOND:  Correct, Correct.

3           MS. GAJKOWSKI:  Tell me, like --

4           MR. RAYMOND:  This one I didn't -- I don't

5   have any -- wasn't either way.  It wasn't like, whoa,

6   that was weird.

7           MS. GAJKOWSKI:  Okay.  All right.

8           MR. RAYMOND:  Or it wasn't like, why isn't she

9   saying -- I think it was just what you'd -- it wasn't

10  anything --

11          MS. GAJKOWSKI:  So you said just heavy

12  breathing, right, like, kind of thing.

13          MR. RAYMOND:  Yeah, max.  There wasn't --

14          MS. GAJKOWSKI:  Okay.

15          MR. RAYMOND:  -- a lot of -- there wasn't

16  anything like, hey, I'm not comfortable with this.

17          MS. GAJKOWSKI:  Totally.

18          MR. RAYMOND:  I'm not feeling it.

19          MS. GAJKOWSKI:  And did she have her eyes

20  closed?  Were they open?  Was she looking at you, like,

21  kissing, like?

22          MR. RAYMOND:  Yeah, we, we, we were kissing.

1          MS. GAJKOWSKI:  Okay.

2          MR. RAYMOND:  I remember that.

3          MS. GAJKOWSKI:  What about, like, was she

4   watching you the whole time?  Did her -- were her eyes

5   closed?

6          MR. RAYMOND:  When we were, when we were on

7   the bed?

8          MS. GAJKOWSKI:  Yeah, yeah.  Like, I know this

9   is a relatively --

10          MR. RAYMOND:  I don't know if she was watching

11   me the whole time.  I honestly don't know what --

12          MS. GAJKOWSKI:  Okay.  Maybe, like, because

13   you were, you were leaning over her, right, you said?

14   And, like, doing your thing.

15          MR. RAYMOND:  Yeah, but I, I mean, I don't

16   really, like -- I don't know how to explain it, but I'm

17   not, like, doing a full analysis.

18          MS. GAJKOWSKI:  Okay.

19          MR. RAYMOND:  And I, and I know that it's

20   just --

21          MS. GAJKOWSKI:  Did she -- and I am so sorry.

22          MR. RAYMOND:  Don't worry.  It's fine.

61

1          MS. GAJKOWSKI:  I know I sound like a perv,

2     but, like, did she, like, say anything hot or, like, do

3     anything sexy, or anything that could --

4          MR. RAYMOND:  We --

5          MS. GAJKOWSKI:  -- show me that she, you know,

6     was, like, into this, or, you know, like --

7          MR. RAYMOND:  Well, we, we didn't get to that

8     point yet, honestly.

9          MS. GAJKOWSKI:  Okay.

10          MR. RAYMOND:  It was in the early stages, but

11     she was definitely a hundred percent wet, I can assure

12     you of that.

13          MS. GAJKOWSKI:  Okay.

14          MR. RAYMOND:  Hundred percent.  Otherwise I

15     wouldn't even have --

16          MS. GAJKOWSKI:  Uh-huh.

17          MR. RAYMOND:  We wouldn't even have tried to

18     have sex.

19          MS. GAJKOWSKI:  Yeah, okay.

20          MR. RAYMOND:  To be honest with you.

21          MS. GAJKOWSKI:  Okay.  All right.  Ted, what

22     do you got?  I think that's like -- I'm just, like,

1   not --

2           MR. NELSON:  What -- so, listen, I kind of, I

3   kind of heard what happened.  Like I said, I've seen

4   hundreds of these.  What happened, man?  Like, what,

5   what ended with you -- how did this whole thing end?

6           MR. RAYMOND:  So the whole thing ended where

7   she just -- it was like a, a switch flipped.  It was

8   the weirdest thing I've ever seen, and this goes back

9   to my -- I, I think she'd had a reaction to the alcohol

10  or had a flashback of some bad experience, something.

11  Maybe she had had a negative experience, because she

12  literally --

13          MS. GAJKOWSKI:  Sorry.

14          MR. RAYMOND:  It was like she was in a trance.

15  She just flipped and ran down the hall from my bedroom

16  straight out to the balcony, like she was being chased,

17  and I wasn't chasing her.  And she started screaming,

18  "Help me, help me", at the top of her lungs.

19          MS. GAJKOWSKI:  Yeah.

20          Sorry.  Are you, I guess at the nail salon?

21          FEMALE SPEAKER:  Yeah.

22          MS. GAJKOWSKI:  I'm so sorry.  Would you mind

1   either stepping inside or just -- we, we need to have a

2   private conversation.

3           MR. NELSON:  Yeah.  We're doing an interview.

4   We just need some privacy.

5           FEMALE SPEAKER:  Oh.

6           MS. GAJKOWSKI:  I'm so sorry.

7           MR. NELSON:  Thank you.

8           MS. GAJKOWSKI:  Thank you.

9           MR. NELSON:  We just want to protect --

10          MR. RAYMOND:  Yeah, yeah.  I appreciate that.

11          MS. GAJKOWSKI:  Yeah, that's awkward.

12          MR. RAYMOND:  I don't want the cops showing up

13   here.

14          MS. GAJKOWSKI:  No.  Yeah.  That would be

15   like --

16          MR. NELSON:  No, listen, listen, you're good.

17   So, all right.

18          MR. RAYMOND:  Well, and, and just to continue.

19   It just wasn't rational behavior.  I mean, who -- she

20   starts screaming and she's naked out there and --

21          MR. NELSON:  What did she do after she started

22   screaming?  Was there anything physical she did?

1   Describe.

2            MR. RAYMOND:  She -- I have two chairs out

3   there on the balcony, like, a little -- I don't know,

4   like you're sitting out here.  There's a couple chairs

5   like this.  And she was sitting in one of the chairs

6   and just screaming, "Help me, help me."  And I, I -- at

7   that point I said, you know, "Is everything okay, come

8   back inside", and she wasn't even responding, wasn't

9   even looking at me.  So I, I backed off.  And then the

10  neighbors started to respond.

11           MR. NELSON:  Yeah.

12           MR. RAYMOND:  One brought a blanket and

13  covered her.  The cops showed up very quickly, and she

14  was -- she -- for, like, 20 minutes she was hysterical,

15  even when the cops were there, and she was covered.

16           MR. NELSON:  Yeah.

17           MR. RAYMOND:  She kept saying the same thing

18  over and over again.  It was just -- it was very

19  bizarre behavior.

20           MS. GAJKOWSKI:  I forgot to ask you this.

21  While -- you know, you said there were -- you guys

22  were, like, talking separately.  By the way, did you

1   need water?  Like, are you good?

2            MR. RAYMOND:  Oh, I'm good.

3            MS. GAJKOWSKI:  Okay.

4            MR. RAYMOND:  I got my water.  Thanks.

5            MS. GAJKOWSKI:  All right.  That's why I like

6   indoors.  It would be so much nicer.

7            MR. RAYMOND:  I know.  I'm sorry about that.

8            MS. GAJKOWSKI:  So, no, it's not your fault,

9   like, right?  We did what we had to do.

10            MR. RAYMOND:  We're under the pandemic rules.

11            MS. GAJKOWSKI:  Do you remember her saying

12   anything, like, to the cops, or like, you know, while

13   you're in --

14            MR. RAYMOND:  They separated us very quickly.

15            MS. GAJKOWSKI:  Okay.  So you didn't hear

16   anything about what she was saying.

17            MR. RAYMOND:  I have no idea.

18            MS. GAJKOWSKI:  Or what she was telling them.

19            MR. RAYMOND:  That's -- I have no idea what

20   she -- what was said.

21            MS. GAJKOWSKI:  Okay.

22            MR. RAYMOND:  What the cops said.  I know the

1    cops pulled me -- and I wasn't near her.

2          MS. GAJKOWSKI:  Yeah.

3          MR. RAYMOND:  But I think they -- there was a

4    lot of cops.

5          MS. GAJKOWSKI:  Okay, cool.

6          MR. RAYMOND:  They took my ID.

7          MS. GAJKOWSKI:  Yep.

8          MR. RAYMOND:  They kept asking me what

9    happened, explained I had just met her and that I don't

10   know what happened, to be honest with you.

11         MS. GAJKOWSKI:  Okay.

12         MR. RAYMOND:  And then -- I will say the one

13   thing is that we had our pile of clothes, that when I

14   finally came back to my apartment, they had removed all

15   of her clothes.

16         MS. GAJKOWSKI:  Mm-hmm.

17         MR. RAYMOND:  And so I felt like --

18         MS. GAJKOWSKI:  Yeah.

19         MR. RAYMOND:  I don't know if anyone took

20   pictures of --

21         MS. GAJKOWSKI:  Yeah.

22         MR. RAYMOND:  Of the scene.

1           MS. GAJKOWSKI:  Yep.

2           MR. RAYMOND:  But it was definitely tampered

3    with.  And then when it was just myself and one cop, AR

4    (phonetic) so another neighbor of mine --

5           MS. GAJKOWSKI:  Mm-hmm.

6           MR. RAYMOND:  -- the cop went over to the

7    clothes and above the clothes was, like, a little table

8    I have in -- above the sofa, and there -- her glasses

9    were there, and he said, "Are those your glasses?"  And

10   I said, "No."  And he goes, "They must be hers.  Do you

11   have a plastic bag?"

12          MS. GAJKOWSKI:  That's crazy.

13          MR. RAYMOND:  Gave him a plastic bag.  He took

14   the glasses, put them in the plastic bag, gave them to

15   me, and said, "Get rid of these".  And he said, "Take

16   your clothes away from there and take them to your

17   room."  And I, and I said, "Okay, why", in Spanish.

18   And he said, "That's evidence."

19          MS. GAJKOWSKI:  Did you get the guy's name?

20   Like, the officer that did this, or get a description,

21   like?

22          MR. RAYMOND:  No idea, but I have witnesses,

1   because there were two Americans there.

2       MS. GAJKOWSKI:  Yeah, yeah.  No.  And Cody

3   (phonetic) said the same, so I don't doubt that.

4       MR. RAYMOND:  So, it was bizarre.  And I'm --

5   and he just told me, "Get rid of your clothes and get

6   rid of these glasses."  And Cody took -- and her belt

7   was still there, and Cody took the, the belt and the

8   glasses.

9       MS. GAJKOWSKI:  Yeah.  That's what he said.

10       MR. RAYMOND:  It was just bizarre.

11       MS. GAJKOWSKI:  So weird.

12       MR. RAYMOND:  So I, I don't know why they --

13   maybe they took pictures of the scene beforehand.  I

14   wasn't there, but I don't know what she said to them.

15       MS. GAJKOWSKI:  Yeah.

16       MR. RAYMOND:  Or anything.  And I just feel

17   like it's Mexico, and anything could happen.

18       MS. GAJKOWSKI:  Yep.  Okay.

19       MR. RAYMOND:  And I don't know.  My neighbor

20   told me that he was talking to one of the cops, because

21   they kept --

22       MS. GAJKOWSKI:  Which neighbor was this?

1          MR. RAYMOND:  Ray, and --

2          MS. GAJKOWSKI:  Okay.  And he's DOJ, right?

3          MR. RAYMOND:  He's DOJ and --

4          MS. GAJKOWSKI:  Okay.  Right?

5          MR. RAYMOND:  And he told me that -- his

6   Spanish is very good.

7          MS. GAJKOWSKI:  Good.

8          MR. RAYMOND:  And he said -- we all were under

9   the impression that they were taking her to a hospital

10   to get checked.  But somebody told him, may have been

11   the doorman, I don't know who, said that, no, no, her

12   mom just came and picked her up and drove her home.  So

13   I don't even know if there was any medical report done.

14          MS. GAJKOWSKI:  Wow.  Okay.

15          MR. RAYMOND:  That's just -- that's, that's

16   hearsay.

17          MS. GAJKOWSKI:  And, like, the, the doorman

18   would be able to speak to that, right?

19          MR. RAYMOND:  If it was him.  I don't know.

20          MS. GAJKOWSKI:  Okay.  Okay, awesome.  That's

21   very helpful.

22          MR. RAYMOND:  If that needs to be checked.

1           MS. GAJKOWSKI:  How long, do you remember how

2    long, like, you guys were in the apartment with the

3    police, right?  Like, you're separated.  Do you

4    remember how long the police were there?

5           MR. RAYMOND:  Well, they took me.

6           MS. GAJKOWSKI:  And I can also check --

7           MR. RAYMOND:  They tried to arrest me.  They

8    took me to a car.

9           MS. GAJKOWSKI:  So crazy.

10          MR. RAYMOND:  And, and I, and I said, "Well,

11   what about my apartment?  You know, I'm not going to

12   leave you guys in here to do what you want."

13          MS. GAJKOWSKI:  Mm-hmm.

14          MR. RAYMOND:  And that was -- that fell on

15   deaf ears.  And so I don't know how long they were up

16   there.  I sat in the car for quite a while.

17          MS. GAJKOWSKI:  Okay.  Like, maybe ten?

18          MR. RAYMOND:  Oh, no --

19          MS. GAJKOWSKI:  I know moments like that can

20   feel forever, but --

21          MR. RAYMOND:  Longer than that.

22          MS. GAJKOWSKI:  Okay, great.

1           MR. RAYMOND:  At least 20, 30 minutes.

2           MS. GAJKOWSKI:  Okay.  That's really helpful.

3    Okay.

4           MR. RAYMOND:  Because it was -- I swear, it

5    was light when all this was happening, and then when I

6    was back in my apartment with the cop and the two

7    Americans it was, like, dark.

8           MS. GAJKOWSKI:  Mm-hmm.

9           MR. RAYMOND:  So a lot of time had passed.

10          MS. GAJKOWSKI:  Geez.  Okay.  All right.

11          MR. RAYMOND:  And then they were all saying,

12   "Why are there so many cop cars in the street still?"

13   It's like nobody would leave the scene.

14          MS. GAJKOWSKI:  Yeah.  Oh.  Okay.

15          MR. RAYMOND:  I mean, I realize that doesn't

16   really impact the actual event itself, but --

17          MS. GAJKOWSKI:  And has Ray told you anything

18   else that might help us?  Like, anything that he's

19   tracking, anything like --

20          MR. RAYMOND:  No.  I don't -- he was just --

21   he's just a concerned neighbor.

22          MS. GAJKOWSKI:  Yeah.

1          MR. RAYMOND:  You know, he's --

2          MS. GAJKOWSKI:  Okay.

3          MR. RAYMOND:  He, he kept them from taking me

4    downtown for the most part.

5          MS. GAJKOWSKI:  Which is so great.  And -- to

6    have him believe him.

7          MR. NELSON:  So Brian, what questions,

8    questions do you have I can answer for you, man, like

9    the process?

10         MR. RAYMOND:  Yeah, I guess.

11         MR. NELSON:  How this works.  Let's -- let

12   me --

13         MR. RAYMOND:  I guess --

14         MR. NELSON:  I can help you navigate some of

15   this, but I --

16         MR. RAYMOND:  Is it a long process or can -- I

17   guess it depends on the situation.

18         MS. GAJKOWSKI:  Ted's a pro.  Ted's really

19   good with this.

20         MR. NELSON:  So listen, you got some things to

21   worry -- do me a favor.  Take the glasses off so I can

22   look at you.  I like to look at people when I talk to

1  them.  All right?

2        MR. RAYMOND:  Sure.

3        MR. NELSON:  It's important to me.  Listen.

4  Here's the situation.  You have an employment.  You got

5  security clearance.  You, you're in a position, U.S.

6  embassy.  You represent the U.S. government, right?  So

7  logistically, the powers to be above you and I, right,

8  whether we prove something happened, we prove something

9  didn't happen, we have an obligation to do both.

10  You're in a position right now where your credibility

11  is at risk.  Okay?

12        MR. RAYMOND:  Yeah.

13        MR. NELSON:  Whether this girl tried to burn

14  you from a hook-up or whether you had sex with a drunk

15  girl and this is the outcome of it, that's fine.  But

16  the facts are I can't control what they do overseas.

17  You feel me?

18        MR. RAYMOND:  Yeah.

19        MR. NELSON:  So we got a level.  We got to get

20  a reasonable outcome that night of what occurred, so

21  you can move forward.  Okay?  We got to give a, a

22  reasonable explanation to the powers that be that,

1    like, this is what happened, we feel comfortable about

2    this, and we're going to move on.  I'm going to tell

3    you, in my experience working these, don't take this

4    personally, usually it's a give and take.  Okay?

5         Do I think you violently went in and you raped

6    this young girl in, in your house and you were

7    aggressive with her and you banged her up?  I don't

8    think that.  I think the truth lies somewhere in the

9    middle.  Okay?  I honestly do.  And in my experience,

10   it always does.

11        So we got to find out where the middle ground

12   is.  And right now, I know where you're at.  You're in

13   a position where you're a little defensive, you're a

14   little concerned.  You want to be cautious in what you

15   say, because you don't want to get your ass hemmed up.

16   I understand that.  But you got to balance the truth

17   and what occurred with your credibility being able to

18   maintain a security clearance.

19        MR. RAYMOND:  Yeah.

20        MR. NELSON:  Your ability not to get a, a red

21   pole notice from the locals and go.  And, like, we're

22   going to discuss -- I'll discuss a few things with you

1    and answer any questions.  I'm going to be as honest as

2    I can with you.  So my role was to build some rapport

3    with you, and you got to build a little bit of trust in

4    me, and the only way I can do that is by speaking my

5    heart and telling you the truth.  Okay?

6              MR. RAYMOND:  I appreciate that.

7              MR. NELSON:  So we're going to -- if you want,

8    I'll go as deep as you want with you, okay, but I want

9    you to have a little bit of authority.  I mean, this is

10   you, this is your future, this is your story.  Okay?

11   My role is not to force you to make any statements,

12   coerce you to make any statements or threaten you to

13   make any statements.  Okay?  As you said, voluntary,

14   chill.  Fair enough?

15             MR. RAYMOND:  Yeah.

16             MR. NELSON:  But you're in a bind, because you

17   guys were drinking that night.

18             MR. RAYMOND:  Yep.

19             MR. NELSON:  You don't remember all the

20   specifics of what happens, but she's got a story and

21   you've got a story.  So the question is, where's the

22   middle ground?  Is she right and you're wrong, or are

76

1    you wrong and she's right?  So we got to figure out

2    what that is, as investigators.  And right now, we're

3    in a time where people are questioning the integrity of

4    the entire process.

5              So, I don't want you to question the integrity

6    of what we're doing here as law enforcement officers.

7    Okay?

8              MR. RAYMOND:  Okay.

9              MR. NELSON:  Is that fair enough?

10             MR. RAYMOND:  Yeah, absolutely.

11             MR. NELSON:  You got a friend at DOJ.  You get

12   it.  I'll speak the truth to you and I'll speak

13   directly at you, and tell you this is what you're up

14   to.  Listen.

15             So what does this process entail?  Well, it

16   entails a lot of things.  It entails us having to find

17   out who you are, what's your sexual preference, like

18   what are you into, right?  Because she's got a story.

19   So we want to either validate it or show that it's not

20   true, because she's given a statement about what

21   happened in bed and what your style is, right?

22             MR. RAYMOND:  Mm-hmm.

1          MR. NELSON:  Some people like to have oral

2     sex, some people like, you know, doggy sex, some people

3     -- so what is your style?  And then we try to match it

4     up with all the people you've had sex with in your

5     house.  So we may go through your visitor logs.  We

6     might talk to local law enforcement.  I'm a pro in

7     Mexico.  I've been down there a lot.

8          MR. RAYMOND:  Okay.

9          MR. NELSON:  I've worked a lot of cases.  So

10    we may go investigate, whether it's electronic data

11    mining.  You know as well as I know, everything that

12    you do overseas electronically is stored.

13         MR. RAYMOND:  Sure.

14         MR. NELSON:  We don't control that data.  That

15    is run through foreign services, or foreign sites, and

16    we know are very heavy down there and they're data

17    mining everything you do, personal cell phone.  Okay?

18         MR. RAYMOND:  Sure.

19         MR. NELSON:  So we'll probably get hold of

20    that information and we'll look at it.  We'll figure

21    out who you're dating.  We'll go back and interview all

22    the girls you've been dating and one of the other girls

1    you were slaying at your place, right?  Fair enough?

2           MR. RAYMOND:  Yeah.

3           MR. NELSON:  And then we'll say, hey, what's

4    his style?  What is this guy -- and if four out of

5    twenty of those girls, or how many there are, tell me -

6    - I mean, I got a DCM right now that's got over 300

7    girls.  So a lot of time, right?  But what are you

8    looking for?  You're looking for a pattern of behavior.

9    You're trained in this, right?  You're looking for a

10   pattern of behavior, and that gives us preponderance of

11   the evidence.  And that either builds to your

12   credibility or it doesn't.

13          If 10 of these girls tell us, hey, this guy

14   brings us to the house, gets us heavily intoxicated, we

15   have sex, but whatever, maybe that lends to this girl

16   just at the end decided -- freaked out and was like,

17   oh, my God, I think he just drugged me, right, and

18   that's what we're dealing with.

19          But I got to know that.  And I got to know,

20   was she compliant in the sexual activity, or was she

21   kind of drunk and just kind of, like, fucking out of

22   it, and then when she came to and she's like, whoa,

79

1    what happened, and you just didn't identify it.

2             So, then we come to the other question as

3    investigators.  Are we dealing with you in a criminal,

4    in a criminal act with intention to rape this woman?

5    Or are we dealing with a little bit of alcohol and a

6    bad decision because you had a hard-on and you wanted

7    to have some sex and she seemed compliant, right?

8    That's what I'm dealing with.  That's as honest as I

9    can be with you.

10            MR. RAYMOND:  Yeah.

11            MR. NELSON:  So we probably going to have to

12   go down Mexico.  We'll talk to some of your exes,

13   unless we can get to the bottom of this really quick

14   and we can just figure out, hey, listen.  But listen,

15   if you fucked up a little bit that night and it was a

16   little -- and it came on kind of heavy, which is

17   probably what ended up happening, and then in the end

18   the communication broke, that's fine.  We just need to

19   get to the bottom of it to get you back to work.  I got

20   to get a solid answers to power to be.  What I don't

21   want to have happen is for this to be vague and the

22   facts not to be there.

1          MR. RAYMOND:  Right.

2          MR. NELSON:  And next thing you know, your

3    clearance is at risk, you got a red pole notice so can

4    never leave the country again because Mexico is pissed

5    off at you.

6          MR. RAYMOND:  Right.

7          MR. NELSON:  And they issue a warrant for you,

8    right?

9          MR. RAYMOND:  Yeah.

10          MR. NELSON:  And now -- because I see it with

11    your people all the time.  I work with your people all

12    the time.  I fight with your general counsel all the

13    time.  So then what?  So then you can never leave the

14    U.S. again, because there's a red pole notice and

15    you'll get hooked and sent to jail.  Then what?  But

16    see, I get to hunt real pedophile -- I go after

17    pedophiles.  So this is pretty standard to me.  I get

18    it.

19          MR. RAYMOND:  Right.

20          MR. NELSON:  I was a guy.  I used to play the

21    field as well.  I get it.  But, dude, you're going to

22    have to, you're going to have to meet, meet a little

1    bit halfway in the facts of what happened that night.

2    I know -- I don't -- listen, I don't think you're

3    intentionally hiding stuff.  I just think you're a

4    little scared and little spooked, and I don't blame

5    you.  And I'm going to assume a guy in your position --

6    see, here's the position you're in.

7           If we go forward and say you don't recall the

8    specifics and that, that you really don't know, because

9    of your position you hold, it begs the question, can

10   this guy maintain a security question -- a security

11   questionnaire, security background clearance?  If he

12   can't remember the basic night of having a one-night

13   stand, how can we trust him with national security?

14          And I'm telling you, that's what they're going

15   to hear upstairs.  That's exactly what they're going

16   hear, versus, I made a mistake, I got a little tipsy,

17   she was a little drunk, I should have walked away but I

18   didn't, I engaged and I rolled the dice, and she went

19   psycho on me.  Okay?  That's the odds you're playing.

20   Roll the dice.  I can't be any more honest with you.

21          And I tell everybody that's involved in this,

22   we need to know, because not only are you talking about

1    what happened that night, it's memory recall, it's use

2    of alcohol.  I don't need to tell you how sensitive

3    that is in, in positions that we work in the

4    government.

5              MR. RAYMOND:  Absolutely.

6              MR. NELSON:  Don't pin yourself and your

7    credibility against one mistake that happened that

8    night.

9              MR. RAYMOND:  Absolutely.

10             MR. NELSON:  That's probably more

11   straightforward that everybody's been with you, but I

12   have to be that way.

13             MR. RAYMOND:  No, no.  I appreciate the

14   honesty.  I, I feel like I've been -- I mean, in our

15   previous conversation I really went down into the weeds

16   and --

17             MR. NELSON:  Yeah.

18             MR. RAYMOND:  -- we went over everything step

19   by step.  And I don't, I don't think I acted

20   inappropriately that night.

21             MR. NELSON:  Okay.

22             MR. RAYMOND:  That's, that's my personal

1   belief.

2           MR. NELSON:  Yeah.

3           MR. RAYMOND:  I'm a single guy.  I date girls.

4   This has never happened to me before, and I'm a very

5   chill individual.  I'm not aggressive.

6           MR. NELSON:  Yeah.

7           MR. RAYMOND:  And that's why we met in a

8   public place.  I let her choose.  We did have things to

9   drink that night, but I never got the impression that

10  she was not of sound mind or anything like that.

11          MR. NELSON:  Okay.  Well, let me ask you, you

12  think she set you up?  Do you think you were burned?

13  Someone want you out of the country?

14          MR. RAYMOND:  I, I really don't know.

15          MR. NELSON:  I'm not going to go conspiracy

16  here, but --

17          MR. RAYMOND:  No.  I -- it's possible, but I

18  doubt it.  I feel like she would have asked for money

19  or something at this point if that was the case.

20          MR. NELSON:  Okay.  Okay.

21          MR. RAYMOND:  I -- as weird as it sounds, I

22  just think it was just really bad luck.  I think she

1    may have had some type of traumatic experience before,

2    and maybe she had a bad reaction to the wine.  I don't

3    know.

4          MR. NELSON:  Okay.  All right.  So let me ask

5    you this.  Let's talk about -- can I ask you a few

6    questions in the weeds?  Because this is what I do.

7          MR. RAYMOND:  Of course.

8          MR. NELSON:  Okay.  This is all I do.  So let

9    me -- and forgive me if I ask additional questions.

10   I'm not trying to catch you slipping.

11         MR. RAYMOND:  No, don't worry.

12         MR. NELSON:  I'm just trying to really get a

13   feel, and memory recall is going to be important.

14   Okay?

15         MR. RAYMOND:  Okay.

16         MR. NELSON:  So you met her at a place, right?

17   How did you guys -- how did you meet her?

18         MR. RAYMOND:  It was meet at this open-air

19   place, and then we texted, hey, I'm here, where are

20   you, okay.  And she, she obviously knows this place and

21   she knew right where it was.

22         MR. NELSON:  What time did you meet her at?

1           MR. RAYMOND:  2:00.

2           MR. NELSON:  2:00.  Okay.  And you brought

3   wine with you.

4           MR. RAYMOND:  Little bit, yeah.

5           MR. NELSON:  Okay.  Describe a little bit.

6   What are we talking?

7           MR. RAYMOND:  A little bit, that -- it was

8   little half bottle.  It's, like, 375 milliliters.

9           MR. NELSON:  375.  That's the size of the

10  bottle.  It was full or it was half?

11          MR. RAYMOND:  Well, a full bottle of wine is

12  750, so it's, like, one of those mini bottles you see

13  in the minibar or something like that.

14          MR. NELSON:  So it was full, but it was a

15  smaller bottle.

16          MR. RAYMOND:  Correct.  It was --

17          MR. NELSON:  It was a half-bottle.

18          MR. RAYMOND:  It's essentially two glasses of

19  wine in a whole bottle.

20          MR. NELSON:  Okay.  When --

21          MR. RAYMOND:  One for --

22          MR. NELSON:  How did you bring in there?

1              MR. RAYMOND:  Just brought it with me in a, in

2    a bag.

3              MR. NELSON:  Describe the bag, because we got

4    to, we got to validate.

5              MR. RAYMOND:  It's, like, a small gray

6    backpack.

7              MR. NELSON:  Okay.  And then you meet the --

8    you meet her there.

9              MR. RAYMOND:  Yeah, with the, the small little

10   coffee mug.

11             MR. NELSON:  Was she with anybody else?

12             MR. RAYMOND:  No.

13             MR. NELSON:  Just you and her.

14             MR. RAYMOND:  Correct.

15             MR. NELSON:  Okay.  So she had a coffee mug.

16   You guys get to drinking.  Who's pouring the drinks?

17             MR. RAYMOND:  Well, it was really only one

18   pour, since it only fits -- you know, it was just

19   literally from the beginning you pour it, it's one

20   glass.  Pour it, one glass.  That's it.  Bottle's done.

21             MR. NELSON:  That's all you had.

22             MR. RAYMOND:  Yeah.

1          MR. NELSON:  Okay.

2          MR. RAYMOND:  Till we, till we got back.

3          MS. GAJKOWSKI:  Did you pour it, like, out in

4     the open or, like?

5          MR. RAYMOND:  Well, there's nobody around, so

6     it was -- I mean, I mean, you try to be -- we found a

7     place that was discreet to sit.

8          MS. GAJKOWSKI:  Okay.

9          MR. RAYMOND:  Just, you know, quiet, like, not

10    out, not, like, completely --

11         MS. GAJKOWSKI:  It's, like, where you were

12    sitting, you were pouring kind of discreetly, right?

13         MR. RAYMOND:  Yeah.

14         MS. GAJKOWSKI:  Okay.  Okay.

15         MR. RAYMOND:  Absolutely.

16         MR. NELSON:  All right.  So --

17         MR. RAYMOND:  I just don't know how things are

18    with Mexico.

19         MS. GAJKOWSKI:  Yeah, yeah.

20         MR. RAYMOND:  So I wanted to be discreet.

21         MR. NELSON:  Yeah.  Well, listen, so and the

22    reason why I'm asking you is we got to pull the

1    surveillance from the bar and go interview the

2    bartender.  Did you guys order any drinks while you

3    were there?

4            MR. RAYMOND:  No.  We didn't go in any bar or

5    anything.

6            MS. GAJKOWSKI:  Yeah.

7            MR. NELSON:  It was outside?

8            MR. RAYMOND:  It was all -- because nothing is

9    open right now.

10           MR. NELSON:  Okay.  All right.  So you pour --

11   you just pour her one drink.

12           MR. RAYMOND:  So, yeah, when we go -- yeah.

13   You just pour the drinks, and that was that.

14           MR. NELSON:  Is -- okay.  Would there be any

15   reason why she would say you poured her more than one

16   drink at the -- when you guys met outside?

17           MR. RAYMOND:  No, unless it was, like,

18   confusion over how much is in this bottle, you know

19   what I'm saying?

20           MR. NELSON:  Well, listen, I'm not -- listen,

21   like I'm saying, I'm just trying to get to the bottom

22   of it.

1          MR. RAYMOND:  Yeah.

2          MR. NELSON:  I'm -- I know what she said.  I'm

3    just trying to validate whose -- where we're at here.

4    So do you think you poured more than one drink, or do

5    you think it was just one drink?

6          MR. RAYMOND:  No, no, no.  It was, it was

7    whatever was in that bottle.

8          MR. NELSON:  Okay.  All right.  Did you guys

9    get another bottle at any time?

10         MR. RAYMOND:  Back at my place we did.

11         MR. NELSON:  Back at your place.  So you

12   arrive at 2 at the dating place.  What time did you

13   depart the place you guys met?

14         MR. RAYMOND:  I'd say about 3:45.

15         MR. NELSON:  3:45.  Okay.  And she had her

16   phone the whole time.  She was texting while she was

17   there?

18         MR. RAYMOND:  At my place?

19         MR. NELSON:  No, when you guys were outside.

20         MR. RAYMOND:  Not the whole time.  Just, just

21   when I had thrown away some trash.

22         MR. NELSON:  Okay.  So what time you get back

90

1    to your place?

2         MR. RAYMOND:  Took about 10 minutes, probably

3    right before 4:00.

4         MR. NELSON:  Okay.  So ballpark 4:00, you're

5    back to your place.

6         MR. RAYMOND:  Yeah.

7         MR. NELSON:  All right.  So listen, you come

8    onto your property.  How did you guys get back to your

9    place?

10        MR. RAYMOND:  Just walked.

11        MR. NELSON:  She walked, so she went with you

12   voluntarily?

13        MR. RAYMOND:  Absolutely.

14        MR. NELSON:  You guys went back to your place?

15   Okay.

16        MR. RAYMOND:  Yeah, and the doorman saw us

17   come in.

18        MR. NELSON:  Okay.

19        MR. NELSON:  What did -- describe what the

20   doorman saw when he saw you?

21        MR. RAYMOND:  It's a small lobby, so I did the

22   building code to walk in.  I think we were probably

1    carrying those little coffee cups.

2           MS. GAJKOWSKI:   Mm-hmm.

3           MR. RAYMOND:   And I probably had the bag.   I

4    did have the bag.   And, you know, you just say a

5    greeting, good afternoon.

6           MR. NELSON:   Yeah.

7           MR. RAYMOND:   And I let her go, go in first.

8           MR. NELSON:   Okay.

9           MR. RAYMOND:   Ladies first.

10          MR. NELSON:   All right.   And where -- describe

11   your apartment to me.   Like, where is your house?   How

12   is -- describe it to me.

13          MR. RAYMOND:   So it's a private elevator,

14   actually, so when you, when you go in, it opens on the

15   other side when you enter your -- so the door behind

16   you opens and there is your apartment, and there's a

17   long hallway in the beginning, in the front there.   And

18   then to the left is the main dining room, and it's a

19   big space.   It's a big living area, and there's the

20   kitchen through another door.   So you have to make an

21   immediate left to go into the apartment.

22          MR. NELSON:   Okay.   So you guys get there.

1    What happens when you guys get there?  Describe the

2    conversation.

3              MR. RAYMOND:  You know, welcome, make yourself

4    at home.  It's -- we start -- It's a big apartment,

5    but, you now, this is -- it was assigned to me, so I'm,

6    I'm happy here.  It's a quiet neighborhood.  And I

7    said, okay, well, let me, let me get you some wine and

8    let's get some snacks.  Here is the bathroom since we

9    should wash our hands, you know, the social distancing

10   being outside thing.  And then she was walking around

11   the apartment a little bit, checking things out, which

12   is normal.  You know, I'm happy to, to do that.

13             MR. NELSON:  Yeah.

14             MR. RAYMOND:  And so while she was checking

15   out the apartment, maybe in the bathroom, I went and

16   got the, the bottle of wine, white wine, and then I got

17   some snacks and things.

18             MR. NELSON:  Yeah.

19             MR. RAYMOND:  Put it all out there.  And then

20   we were looking in the hallway, but I have some photo -

21   - not photos, yeah, pictures and the photos in the

22   hallway, and we were just talking a little bit about

1   that.

2           MR. NELSON:  Okay.

3           MR. RAYMOND:  So, and I set everything out.

4   And then we went to the table.

5           MR. NELSON:  Okay.

6           MR. RAYMOND:  And we were just talking there

7   for a while.

8           MR. NELSON:  All right.  Give me a timeframe.

9   Like, how long did you guys chat up in the, in the

10  room?

11          MR. RAYMOND:  On the table?

12          MR. NELSON:  Just chat in general, before you

13  sat down and had more wine.  How long, how long you

14  guys hanging out for?

15          MR. RAYMOND:  Well, we got to the place, like,

16  at 4.

17          MR. NELSON:  Yeah.

18          MR. RAYMOND:  And the episode itself -- I

19  think we started getting physical around 6, so it was a

20  couple hours.

21          MR. NELSON:  Okay.  So about two hours?

22          MR. RAYMOND:  Yeah.

1            MR. NELSON:  Ballpark?  Okay.  So for two

2    hours what were you guys chatting it up, talking, were

3    you watching TV?  Like --

4            MR. RAYMOND:  No.  We were, we were just

5    sitting there -- well, first it was at the table.

6            MR. NELSON:  All right.

7            MR. RAYMOND:  And we were just talking about

8    general stuff, our job, not really much about my job.

9    I don't, I don't really like to talk about that,

10   obviously.

11           MR. NELSON:  Yeah, yeah.

12           MR. RAYMOND:  And just, you know, my

13   experiences in Mexico, things of that nature.

14           MR. NELSON:  Okay.

15           MR. RAYMOND:  And then at some point, I think

16   it was probably a little over an hour or so --

17           MR. NELSON:  Yeah.

18           MR. RAYMOND:  -- we went over to the couch.

19           MR. NELSON:  Okay.

20           MR. RAYMOND:  It was after, after we -- well,

21   after she had gone to the restroom.  It was, come out,

22   and, you know, let's go sit at the couch.

1            MS. GAJKOWSKI:  Mm-hmm.

2            MR. NELSON:  Okay.

3            MR. RAYMOND:  And again, it wasn't like right

4    at the couch.  It was still quite a while of us sitting

5    on the couch before we started getting physical.

6            MR. NELSON:  Did you guys talk about sex?

7            MR. RAYMOND:  No.

8            MR. NELSON:  No.  Did you guys talk about

9    hooking up?

10            MR. RAYMOND:  No.  I don't, I don't have any

11    expectations in these types of situations.

12            MR. NELSON:  Okay.  All right.

13            MR. RAYMOND:  I -- it's just -- it's not one

14    of those things that, you know, you can really plan for

15    or not plan for, because I've found when you meet

16    someone for the first time, you just don't have any

17    idea what's going to happen.

18            MR. NELSON:  Absolutely.

19            MR. RAYMOND:  And there's, and there's no --

20    there's -- it's better just to let things go as they're

21    going to go.

22            MR. NELSON:  Okay.  So you guys -- so you're

1    sitting on the couch.  Describe what happens next.

2            MR. RAYMOND:  When things got physical?

3            MR. NELSON:  Yeah.

4            MR. RAYMOND:  So before we finished that

5    bottle of wine, and I remember specifically I opened up

6    a bottle of, of rose.

7            MR. NELSON:  So you had one full bottle again.

8    Was it a 750 milliliter?

9            MR. RAYMOND:  That was a regular one, yep.

10           MR. NELSON:  And it was full.  You opened it

11   fresh.

12           MR. RAYMOND:  Yeah.

13           MR. NELSON:  And, and how much did you each

14   have out of that bottle?

15           MR. RAYMOND:  We shared it, so I, I think --

16   and this was over a period of a couple hours.

17           MR. NELSON:  Was she pouring it?  Were you

18   pouring it?  How was that going, like?

19           MR. RAYMOND:  I was pouring it since she was

20   my guest at my house.

21           MR. NELSON:  Okay.  Now, when you were filling

22   her glass up, was she aware of it?  Was she watching it

1    fill it or were you filling it --

2             MR. RAYMOND:  Oh, absolutely.

3             MR. NELSON:  Okay.

4             MR. RAYMOND:  It was like, do you want another

5    one?  I would always ask the question --

6             MR. NELSON:  Okay.

7             MR. RAYMOND:  -- do you want a refill?

8             MR. NELSON:  Okay.

9             MR. RAYMOND:  And there was never any, no, I

10   don't -- we're going too fast or --

11            MR. NELSON:  Okay.

12            MR. RAYMOND:  You know what I mean?  I'm very

13   -- I'm not an asshole.  I'm, I'm aware of those things.

14            MR. NELSON:  Okay.

15            MR. RAYMOND:  I'm not going to be a prick

16   about that kind of stuff.

17            MR. NELSON:  Okay.

18            MR. RAYMOND:  Because there's just no, there's

19   no value in it.

20            MR. NELSON:  Yeah.

21            MR. RAYMOND:  You want the person to be

22   comfortable in your residence.

1          MR. NELSON:  Okay.

2          MR. RAYMOND:  And so -- but this is where we

3     barely -- I don't even think we finished the glass.

4     We, we poured this new one, two glasses, and then

5     shortly after that is where things started to get

6     physical.

7          MR. NELSON:  Now, where, where was -- where --

8     you -- describe her level of intoxication at that

9     point.  Was --

10         MR. RAYMOND:  I wouldn't describe her as

11    intoxicated as it had been since 2:00 in the afternoon.

12    It had been four hours at that point.  So, and I -- and

13    she had water and some snacks.  My -- unless she really

14    holds her alcohol well --

15         MR. NELSON:  Yeah.

16         MR. RAYMOND:  -- I was not aware of her being

17    intoxicated.

18         MR. NELSON:  How many glasses of water did she

19    have in that two hours at your house?

20         MR. RAYMOND:  At least two, at least two.

21         MR. NELSON:  Least two?  What size glasses?

22         MR. RAYMOND:  I'd say medium glasses, about

1  like that.

2            MR. NELSON:  So you're showing me about, what,

3  six inches, tall glasses?

4            MR. RAYMOND:  But --

5            MR. NELSON:  Half a water bottle?

6            MR. RAYMOND:  Yeah.

7            MR. NELSON:  And what size is that water

8  bottle?

9            MR. RAYMOND:  This is a 16-ouncer.

10            MR. NELSON:  All right.  So two eight-ounce

11  glasses would be a fair assessment?

12            MR. RAYMOND:  Yeah.  I mean, yeah, that's

13  fair.

14            MS. GAJKOWSKI:  What kind of cups did she

15  drink out of?  Was it the same cup?  Can you describe

16  the cup for the water?

17            MR. RAYMOND:  It was glass, and it was --

18            MS. GAJKOWSKI:  Can you draw it for me?

19            MR. RAYMOND:  I'm such a bad artist.

20            MS. GAJKOWSKI:  No, that's okay.  No one is

21  going to be like, oh, look at the, look at the artistry

22  on that glass.

100

1            MR. RAYMOND:  Maybe about that size.

2            MS. GAJKOWSKI:  Okay.  Is it kind of rounded

3     then?

4            MR. RAYMOND:  Yeah, it's rounded.

5            MS. GAJKOWSKI:  Okay, great.  And color,

6     clear?

7            MR. RAYMOND:  Clear.

8            MS. GAJKOWSKI:  Just a glass?  Okay.

9            MR. RAYMOND:  Yeah.

10           MS. GAJKOWSKI:  Okay.

11           MR. RAYMOND:  I think they are total wine, but

12    I use them for water too.

13           MS. GAJKOWSKI:  Okay.

14           MR. NELSON:  So, all right.  So you guys

15    balancing.  How were you feeling at that point?

16           MR. RAYMOND:  I feel fine, honestly.

17           MR. NELSON:  Okay.

18           MR. RAYMOND:  I mean, sure, after you've had

19    some wine, you might feel slightly, slightly buzzed,

20    but I, I wasn't feeling out of the ordinary.

21           MR. NELSON:  Would you have driven a car at

22    that point?

1           MR. RAYMOND:  No.  You shouldn't drive at all

2    when you, when you're drinking.

3           MR. NELSON:  Okay.

4           MR. RAYMOND:  I mean, that's just -- I don't

5    even have a car, so --

6           MR. NELSON:  Okay.  But from a universal

7    standpoint, if you're --

8           MR. RAYMOND:  No.

9           MR. NELSON:  Okay, fair enough.

10          MR. RAYMOND:  You should not.

11          MR. NELSON:  All right.  So, good.  So you

12   weren't in a condition to drive a car at that point.

13          MR. RAYMOND:  No, but I think after one glass

14   you're not in a condition to drive.

15          MR. NELSON:  Fair enough.  Okay.  Fair enough.

16   Just trying to get a feel for what, what your tolerance

17   level is.

18          MR. RAYMOND:  Sure.

19          MR. NELSON:  Okay.  So describe what happened

20   from there in as much detail as you can.

21          MR. RAYMOND:  So at that point, we had moved

22   in a little closer.  We had, we had poured the new, the

1  new bottle, new glasses, and we were, we were inching

2  closer.  And she, she kissed me first.  I specifically

3  remember that, because it's -- it was like a, oh.  It

4  was just -- you know, it was like a surprise.

5            MR. NELSON:  Describe moving closer.

6            MR. RAYMOND:  Well, I think what we were doing

7  is as we're feeling more comfortable with the

8  conversation, was just an -- it was a more -- it was a

9  natural inclination to, to move to that, to that

10  physical level.

11            MR. NELSON:  Okay.  So she kissed you.

12            MR. RAYMOND:  She did, yeah, and I

13  reciprocated.  I kissed her back.

14            MR. NELSON:  Okay.  And then what happens?

15            MR. RAYMOND:  Well, we then started kissing

16  more, more passionately, and I think you would call it

17  a, a make-out session, I guess, you know, the usual, so

18  we started touching each other, things of that nature.

19  And at -- the next step, the next step in the process

20  was touching her breasts.

21            MR. NELSON:  Okay.

22            MR. RAYMOND:  And again, I believe my shirt

1    came off.

2            MR. NELSON:  Yeah.

3            MR. RAYMOND:  Then her shirt came off.  And

4    then she had her bra on, and I definitely did not take

5    that off.

6            MR. NELSON:  Okay.  So let me ask you this.

7    In sexual activity, how would you describe yourself?

8    Are you a passionate, aggressive guy?  Are you a very

9    passive guy?

10           MR. RAYMOND:  I'm pretty passive, especially

11   compared to, like, Latin guys.  I'm very, I'm very

12   passive, to be honest with you.  I let them take the

13   lead, just because I don't want something like this to

14   happen.

15           MR. NELSON:  Okay.  Do you forcefully grab

16   their arms in passion or anywhere on their body that

17   would result in bruises or marks?

18           MR. RAYMOND:  No, no, absolutely not,

19   absolutely not.  There, there should not be a mark on

20   her body unless it happened after or before.

21           MR. NELSON:  Okay.

22           MR. RAYMOND:  Although I know it takes a day

1   or two for bruises to show.

2           MR. NELSON:  Okay.  Well, it depends on what

3   it is.  So let me, let me ask you this.  So you guys

4   start engaging in heavy petting, right?

5           MR. RAYMOND:  Yeah, yeah.  That's a good way

6   to describe it.

7           MR. NELSON:  Okay.  All right.  Yeah.  I mean,

8   let's -- from there, what happens?  Does she mount you

9   on the couch?  Do you mount her on the couch?

10          MR. RAYMOND:  No, no, nothing like that.  Like

11  I said, her top came off, and, and then there was a

12  little bit more petting and fondling, kissing.

13          MR. NELSON:  Uh-huh.

14          MR. RAYMOND:  And then I specifically recall,

15  so -- that she did the, the hip thrust.

16          MR. NELSON:  Okay.

17          MR. RAYMOND:  And so she could move them down.

18          MR. NELSON:  On the couch?

19          MR. RAYMOND:  Yes, on the -- sitting normally.

20          MR. NELSON:  Okay.  Yeah, yeah.

21          MR. RAYMOND:  Yeah.  And then the, the pile of

22  clothes, it was all right there.

1          MR. NELSON:  Okay.  So at that point --

2          MR. RAYMOND:  At that point, the decision was

3   made to move to the bedroom.

4          MR. NELSON:  Okay.  Now, at that point was

5   there any oral sex involved, her on you, you on her?

6          MR. RAYMOND:  No, nothing like that at all.

7          MR. NELSON:  Nothing?

8          MR. RAYMOND:  No.

9          MR. NELSON:  Okay.  So she's got --

10          MR. RAYMOND:  It was pretty mundane, honestly,

11   in terms of hookups.

12          MR. NELSON:  Okay.  And then where -- then you

13   guys were off to the --

14          MR. RAYMOND:  Yeah, but it wasn't a rush.  It

15   was, it was, let's go to the bedroom now.  I will say -

16   - this is what I mentioned before.  The bedroom is a

17   long way off.  It's a really, really big apartment and

18   you've got to go all the way down this hallway.

19          MR. NELSON:  Okay.

20          MR. RAYMOND:  To get to the bedroom.  Like,

21   and you got to go through another room, through an

22   office to get to the bedroom.  It's actually quite a

1  trek.

2        MR. NELSON:  Okay.  So what happened during

3  that trek?

4        MR. RAYMOND:  Just walking hand in hand, as,

5  as I remember correctly, or my hand was around her,

6  her, her shoulder just, like, you know, being

7  caressive.

8        MR. NELSON:  Okay.

9        MR. RAYMOND:  But it wasn't forcing her to

10  walk to the bedroom, that's for sure.

11        MR. NELSON:  Okay.

12        MR. RAYMOND:  So you get in the bedroom.  You

13  guys enter the bedroom.

14        MR. RAYMOND:  Yeah.  It's a long walk.  Yeah,

15  we made it to the bedroom.

16        MR. NELSON:  Okay.  A long walk.  Describe it.

17  If we're talking yards, how many yards are we talking?

18        MR. RAYMOND:  I'd say -- and it's a roundabout

19  -- it's at least to that, that SUV over there.

20        MR. NELSON:  You're looking 25 yards.

21        MR. RAYMOND:  It's pretty far.

22        MR. NELSON:  Twenty-five yard walk.

1          MR. RAYMOND:  It's a long hallway and you had

2    to walk all the way through the living area, down the

3    hallway, through an office, into the bedroom.

4          MR. NELSON:  Okay.  You get in the bedroom.

5    Describe the, describe the bedroom to me, just describe

6    it.

7          MR. RAYMOND:  Okay.  So the bed's right in --

8    it's a good size bedroom.  The bed's right in the

9    middle.  The head of the bed is against the wall.

10         MR. NELSON:  Okay.

11         MR. RAYMOND:  So if you were to go into the

12   door, it's --

13         MR. NELSON:  You're welcome to draw it if you

14   want.  I'm just trying to get a feel for what we're

15   talking about here, her state of mind, your state of

16   mind.

17         MR. RAYMOND:  Okay.  I have no idea about --

18         MR. NELSON:  Not to scale.  We get it.  We get

19   it.

20         MR. RAYMOND:  Bedroom is like this.  Bed's

21   here, desk, desk.  Door is right here.

22         MR. NELSON:  Okay.

108

1            MR. RAYMOND:  So when you walk in, you have a

2    straight shot to the bed, the corner of the bed.

3            MR. NELSON:  Okay.

4            MR. RAYMOND:  So that's where I -- that's

5    where we went.

6            MR. NELSON:  What time of night -- what kind

7    of, what kind of evening -- was it, you said?

8            MR. RAYMOND:  What time?

9            MR. NELSON:  Yeah.

10           MR. RAYMOND:  About I'd say 6 or 6:15.

11           MR. NELSON:  Was it light out in the room?

12    Was it dark?

13           MR. RAYMOND:  Yeah, it was still, it was still

14    light.  There wasn't any light on in the room.

15           MR. NELSON:  Okay.  Describe the temperature

16    in the room.

17           MR. RAYMOND:  Pretty -- Mexico City is pretty,

18    pretty temperate, pretty standard.  You don't really

19    have, like, huge heat and cold changes.  So I honestly

20    would say it was comfortably warm, like 72 or so.

21           MR. NELSON:  Okay.

22           MR. RAYMOND:  No, there's no AC or heat at all

1   in there.

2           MR. NELSON:  Were there light -- was there

3   light coming in the room?

4           MR. RAYMOND:  Yeah.

5           MR. NELSON:  Were the shades pulled?

6           MR. RAYMOND:  Yeah, the shades were mostly

7   pulled because --

8           MR. NELSON:  They were mostly pulled.  What

9   kind of shades were they?

10          MR. RAYMOND:  -- you can -- you just pull them

11  all the way down.  So --

12          MR. NELSON:  Transparent or blackout?

13          MR. RAYMOND:  They can be blackout, but they

14  went down about two thirds of the way, I would say.

15          MR. NELSON:  So there was still light to see

16  in the room.

17          MR. RAYMOND:  Yeah, oh, absolutely.

18          MR. NELSON:  You could clearly see each other.

19          MR. RAYMOND:  Oh, absolutely.  Yeah, it was

20  still pretty early.

21          MR. NELSON:  Okay.  Was the window open or

22  closed?

 1            MR. RAYMOND:  Window was cracked open.

 2            MR. NELSON:  The window was cracked open?

 3            MR. RAYMOND:  It's as good as you can get with

 4  the window.

 5            MR. NELSON:  Did you have any lights on in the

 6  room?

 7            MR. RAYMOND:  No.

 8            MR. NELSON:  No lights, just dark?

 9            MR. RAYMOND:  No, no.  It wasn't dark, though.

10            MS. GAJKOWSKI:  All right.

11            MR. RAYMOND:  Sorry.

12            MS. GAJKOWSKI:  Thank you.

13            MR. NELSON:  Okay.

14            MR. RAYMOND:  So --

15            MR. NELSON:  All right.  So you, you guys go

16  into the room, and then was the door left open behind

17  you, or closed behind you?

18            MR. RAYMOND:  Open.

19            MR. NELSON:  Okay.

20            MR. RAYMOND:  I don't recall closing it.

21            MR. NELSON:  Okay.

22            MR. RAYMOND:  No reason to, really.

1           MR. NELSON:  Then what happens?

2           MR. RAYMOND:  So then we go to the bed.  We

3    didn't go all the way to the end of the bed --

4           (The audio was interrupted.)

5           MR. RAYMOND:  -- sleeping.  It was, it was

6    more like right around here.  So she was on her back

7    and it was, like, assuming the missionary position, but

8    we didn't start to have sex right away so --

9           MS. GAJKOWSKI:  Where were her legs?  Like,

10   were they splayed out?  Were they, like, resting on the

11   edge of the bed?

12          MR. RAYMOND:  No, no.  She was, she was laying

13   flat down.

14          MR. NELSON:  We'll get there, yeah.

15          MS. GAJKOWSKI:  Okay.

16          MR. RAYMOND:  She was laying flat down.

17          MR. NELSON:  Okay.  So she goes in, and are

18   you guys kissing before you make contact on the bed?

19   Were you holding hands?

20          MR. RAYMOND:  Yeah, or we were caressing each

21   other, that sort.  And essentially, what happened is

22   she's laying flat down and we're, and we're, we're

1   kissing again.  And then, then, you know, I'm touching

2   her vaginal area.

3            MR. NELSON:  How much clothes did she have on

4   at that time?

5            MR. RAYMOND:  She -- we were both naked at

6   that point.

7            MR. NELSON:  You were both completely naked.

8            MR. RAYMOND:  Uh-huh.  All of our clothes were

9   in the main living area --

10           MR. NELSON:  So no -- condoms, no

11   contraceptive.

12           MR. RAYMOND:  In this case, no.

13           MR. NELSON:  Okay.

14           MR. RAYMOND:  I had a vasectomy and --

15           MR. NELSON:  I'm more worried about HIV and

16   stuff.  I just -- I worry about you, man.

17           MR. RAYMOND:  Well, I know, I know.  And, you

18   know, in this case, no.  And we started to have, we

19   started to have sex, traditional sex, missionary

20   position sex.

21           MR. NELSON:  Okay.  All right.  So you say you

22   started to have sex.  So she lays down on the bed and

1    then you're lying on top of her, right?

2              MR. RAYMOND:   Correct.

3              MR. NELSON:   Are you between her legs?   Are

4    you mounting her?   Describe the position.

5              MR. RAYMOND:   First, no.   It was just like

6    legs on top of each other, you know.

7              MR. NELSON:   Okay.

8              MR. RAYMOND:   We're, we're kissing.   And then

9    when we started to have sex, again, touched the vaginal

10   area first.

11             MR. NELSON:   Of course, yeah.

12             MR. RAYMOND:   Making sure she's wet and

13   everything, and we -- and I started slowly, and there

14   was no --

15             MR. NELSON:   Okay.

16             MR. RAYMOND:   -- problem entering or anything

17   of that nature.

18             MR. NELSON:   So she's on the bed laying there.

19   Now, describe in detail.   What was she doing at that

20   point when -- did you -- so I know you, you walk in and

21   I know she's laying there on her back, right?   She --

22   you're on top of her.   At that point, do you just lay

1    on top of her, insert your penis in her, or do you get

2    down on your knees and do oral sex on her, or touch

3    her --

4              MR. RAYMOND:  No.

5              MR. NELSON:  -- and penetrate her?  How does

6    that work?

7              MR. RAYMOND:  There was no oral sex or

8    anything of that nature.

9              MR. NELSON:  Okay.

10             MR. RAYMOND:  And as, as I indicated, we

11   essentially just started continuing from the couch.

12             MR. NELSON:  What -- but what was her -- in

13   the bedroom on the bed.

14             MR. RAYMOND:  Correct.

15             MR. NELSON:  This is, this is important

16   details.

17             MR. RAYMOND:  Okay.

18             MR. NELSON:  So on the bed, she's laying back

19   on the bed.

20             MR. RAYMOND:  Yep.

21             MR. NELSON:  And you're on top of her.

22             MR. RAYMOND:  Yeah.  Well, at least -- so

1    first, I was standing.

2            MR. NELSON:  Okay.

3            MR. RAYMOND:  Using, using the floor as -- you

4    know, because we didn't go completely on the bed.

5            MR. NELSON:  Okay.

6            MR. RAYMOND:  It was like the edge of the bed.

7            MR. NELSON:  Okay.  I get it, yeah.

8            MR. RAYMOND:  You know what I mean?  And so

9    that's how it was.  And then when we started to have

10   sex, my feet were still on the floor.

11           MR. NELSON:  Okay.  So she was -- the --

12           MR. RAYMOND:  We didn't fully get onto the

13   bed.

14           MR. NELSON:  Describe how her legs were.  Were

15   they open?  Were they back?  Did she have her knees

16   pulled to her chest?

17           MR. RAYMOND:  No.  No, no, no, Jesus.  No.

18   Her legs were in the normal laying down position.

19           MR. NELSON:  Okay.  And then what was her --

20   what was she doing when you initially put your penis in

21   her vagina?

22           MR. RAYMOND:  I heard, you know, heavy, heavy

116

1    panting, heavy breathing.  There were no words or

2    anything of that nature.

3              MR. NELSON:  Okay.

4              MS. GAJKOWSKI:  Where was she looking, like,

5    as you entered her?

6              MR. RAYMOND:  Like, like, in my face or the

7    ceiling or --

8              MS. GAJKOWSKI:  Yeah.  That's what I'm, I'm

9    just wondering.  Like, right as you entered her, right,

10   like.

11             MR. RAYMOND:  Well, in that case I wasn't -- I

12   was, I was looking down.

13             MS. GAJKOWSKI:  Okay.

14             MR. NELSON:  You were looking down.

15             MR. RAYMOND:  Yeah.  I wasn't looking at her

16   face.

17             MS. GAJKOWSKI:  Okay.

18             MR. RAYMOND:  But I didn't detect any

19   struggle, any opposition or anything like that.

20             MS. GAJKOWSKI:  Okay.  Any kind of audible

21   response to when you entered her?

22             MR. RAYMOND:  Just like a, just like a, a

1    breath or a --

2              MS. GAJKOWSKI:  Okay.

3              MR. RAYMOND:  Or a gasp.

4              MS. GAJKOWSKI:  Okay.

5              MR. RAYMOND:  And we, and we started having

6    sex, normal, normal sex, no, no anal, no, no --

7              MR. NELSON:  You say normal, so --

8              MR. RAYMOND:  Missionary.

9              MR. NELSON:  Intercourse, missionary

10   intercourse.

11             MR. RAYMOND:  Yeah.

12             MR. NELSON:  Okay.  So, at this point you're

13   on top of her?

14             MR. RAYMOND:  Correct.

15             MR. NELSON:  Laying on top of her?

16             MR. RAYMOND:  Yeah, with my -- but my feet are

17   still on the floor.

18             MR. NELSON:  Okay.  So, yeah, so you're using

19   the bed, but you're standing.

20             MR. RAYMOND:  Yes.

21             MR. NELSON:  And, okay.  And where were your

22   hands on her body at that point?  Because I know

1    typically women slide up the mattress.  So where were

2    you --

3         MR. RAYMOND:  Yeah.  I was trying to caress

4    her, her backside and her back, that, that nature, you

5    know.  I was holding onto her.

6         MS. GAJKOWSKI:  Your hands are underneath her.

7         MR. RAYMOND:  Yeah.

8         MS. GAJKOWSKI:  Okay.

9         MR. RAYMOND:  At, at first.  And then I

10   started moving more strongly.  I gave myself some

11   leverage.

12        MR. NELSON:  Okay.  So describe where your

13   hands were on her body, specifically.  Was it the hips,

14   the buttocks, the back, the arms?

15        MR. RAYMOND:  Yeah.  It started initially,

16   like, on the hips.

17        MR. NELSON:  Okay.

18        MR. RAYMOND:  -- I could enter.

19        MR. NELSON:  Yep.

20        MR. RAYMOND:  And then it was more, once, once

21   I entered, I moved my, my hands up higher on her back.

22        MR. NELSON:  Okay.

1          MR. RAYMOND:  And her shoulder.

2          MR. NELSON:  And what was her response at that

3  point?

4          MR. RAYMOND:  I, I would say her response was

5  she was reciprocal.  She was -- she --

6          MR. NELSON:  Describe it.  I need to, I need

7  to nail it, so describe it.

8          MR. RAYMOND:  She was breathing heavily.  She

9  didn't vocalize anything.

10          MR. NELSON:  Okay.

11          MR. RAYMOND:  There was no talk or anything

12  like that.

13          MR. NELSON:  Okay.

14          MR. RAYMOND:  It was, you know, heavy

15  breathing.  It went on only for a couple of minutes,

16  and then it was, let's change the position.

17          MR. NELSON:  Okay.  So describe what happened

18  next.

19          MR. RAYMOND:  Okay.  And so on this -- in this

20  case, I got up.  I pulled out.

21          MR. NELSON:  Okay.

22          MR. RAYMOND:  Because I wanted to switch her

120

1    onto the top.

2             MR. NELSON:  And how long, how long were you

3    in intercourse at this point?

4             MR. RAYMOND:  Couple -- two or three minutes.

5             MR. NELSON:  Two or -- okay.

6             MR. RAYMOND:  It was, it was early on.

7             MR. NELSON:  Okay.

8             MR. RAYMOND:  And so when I, I pulled out and

9    we went to switch -- because that's when she, like, a,

10   a flip switched.

11            MR. NELSON:  So -- okay.  So --

12            MR. RAYMOND:  A switch flipped.  Sorry.

13            MR. NELSON:  All right.  So you pulled, you

14   pulled your penis out of her vagina, and describe what

15   -- you went to switch the position, describe what

16   happened.

17            MR. RAYMOND:  In this case, it was -- I was

18   moving to get on my back and have her be on top.

19            MR. NELSON:  Okay.  So you wanted to be -- you

20   wanted her to dominate you.  You wanted to be on the

21   bottom.

22            MR. RAYMOND:  I wouldn't say dominate.  It was

121

1    just, let's change the position.

2              MR. NELSON:  Okay.

3              MR. RAYMOND:  So, you know, it was, it wasn't

4    really -- that wasn't really my thought process.

5              MR. NELSON:  And her response, how did you,

6    how did you send the message across that you wanted to

7    change positions?  There had to be a communication,

8    right?

9              MR. RAYMOND:  Yeah, yeah.  It was, it was like

10   a natural -- I, I came out.

11             MR. NELSON:  Okay.

12             MR. RAYMOND:  And then it was gently sort of,

13   you know, hey, let's, let's switch here.  I think I

14   said, "You on top", or something like that.

15             MR. NELSON:  In Spanish?

16             MR. RAYMOND:  Yeah.

17             MR. NELSON:  Okay.  And did she -- what did

18   she do?  Was she on her back?  Was she sitting up at

19   that point?

20             MR. RAYMOND:  Well, that's when she got up and

21   fled, honestly.

22             MR. NELSON:  Okay.

1          MR. RAYMOND:  She literally just made a --

2    jetted out of there.

3          MR. NELSON:  Okay.  So --

4          MR. RAYMOND:  And it was weird.

5          MR. NELSON:  So she never resisted before you

6    pulled out?

7          MR. RAYMOND:  Correct.

8          MR. NELSON:  So you pulled out and then what,

9    what did she do?

10         MR. RAYMOND:  Then I, I got -- I stood up to

11   change the position, and she took off.

12         MR. NELSON:  What do you mean, took off?

13         MR. RAYMOND:  She ran.

14         MR. NELSON:  Like -- did she push you or

15   strike you or anything?

16         MR. RAYMOND:  No, no.  She just -- when she --

17   the time was for her to be on top, she just, she just

18   ran.

19         MR. NELSON:  Okay.  And what did you do at

20   that point?

21         MR. RAYMOND:  I thought maybe she needed to

22   use the restroom or something.

123

```
 1              MR. NELSON:  Okay.

 2              MR. RAYMOND:  Because she was, you know,

 3    running out there and --

 4              MR. NELSON:  Okay.

 5              MR. RAYMOND:  The restroom, the bathroom is

 6    down the hall.  And then she started screaming, "Help

 7    me", and I realized she was running all the way past

 8    the bathroom to the balcony.  And I was like, what the

 9    heck is going on here?  And so at that point I realized

10    she was out there screaming, and initially I was like,

11    "Hey, you know, AV-1      you know, is everything okay,

12    come back inside", and she wasn't even acknowledging

13    me.  And at that point I just -- I backed away from the

14    situation.

15              MR. NELSON:  Okay.

16              MR. RAYMOND:  And at that point we were both

17    naked.

18              MR. NELSON:  Okay.

19              MR. RAYMOND:  And I just was like, well, this

20    is -- I probably said a few curse words, oh, fuck.

21              MR. NELSON:  Yeah.

22              MR. RAYMOND:  Like, this is, this is, this is
```

1   insane and --

2          MR. NELSON:  Yeah.

3          MR. RAYMOND:  And the neighbors came in a

4   matter of seconds.

5          MR. NELSON:  Okay.

6          MR. RAYMOND:  Because it's a really small

7   building.  The door was locked, so I -- he knocked on

8   the door.  I opened the door and I went and --

9          MR. NELSON:  Yeah.

10          MR. RAYMOND:  -- got a change of clothes, put

11   some clothes on, because I knew there was going to be a

12   bunch of people in the apartment.

13          MR. NELSON:  During -- so, so during, so

14   during the intercourse you never ejaculated?

15          MR. RAYMOND:  No, hundred percent.

16          MR. NELSON:  (Inaudible.)

17          MR. RAYMOND:  Hundred percent no.

18          MR. NELSON:  Okay.

19          MR. RAYMOND:  Didn't get to that point.

20          MR. NELSON:  Would she, would she ever

21   perceive during, during that slight intercourse that

22   you were aggressive with her?

1          MR. RAYMOND:  I don't think so, no.  I don't

2    know how she would.

3          MR. NELSON:  Okay.

4          MS. GAJKOWSKI:  I -- sorry.

5          MR. RAYMOND:  I mean, I'm a lot bigger than

6    her, you know what I mean?  Maybe me standing over her.

7    I just think she had some type of flashback or

8    something.

9          MR. NELSON:  Okay.  All right.

10         MR. RAYMOND:  I mean, if she was

11   uncomfortable, I not -- why not just say, "Stop", or --

12   I don't understand.

13         MR. NELSON:  So, listen.  When she was in your

14   room, did you guys ever, like -- did she ever fall or

15   stumble or hit any objects in the house?

16         MR. RAYMOND:  No, not that I'm aware of.

17         MR. NELSON:  Did she ever bump into walls or

18   bounce off anything?

19         MR. RAYMOND:  Not that I saw.

20         MR. NELSON:  When you -- when she was naked in

21   the living room with you, did you notice any bruises or

22   marks or scars on her body?

126

1           MR. RAYMOND:  No, just tattoos.  She had
2      some --
3           MR. NELSON:  Describe the tattoos to me.
4           MR. RAYMOND:  She had a -- guess it was on --
5      let me see.  Yeah.  I guess it was on this side.
6           MR. NELSON:  Okay.  What was it?
7           MR. RAYMOND:  I wasn't sure.  It looked like a
8      foreign language or something with some very
9      interesting writing.
10          MR. NELSON:  Okay.
11          MR. RAYMOND:  And I, I meant to ask her about
12     that, but I never did.  And then she had another one,
13     like, on, on her leg, same style.
14          MR. NELSON:  Okay.  Let me ask you this.  If I
15     were to tell you that she had bruising or marks on her
16     body because she alleged she was pinned down or held
17     down, how would you explain that?
18          MR. RAYMOND:  Not by me.  I would be, I would
19     be shocked.
20          MR. NELSON:  Okay.  You shocked or --
21          MR. RAYMOND:  Yeah, shocked, because I didn't
22     do that.

1          MR. NELSON:  Okay.  So there's no way that any

2     marks or injuries on her body came from you that

3     evening.

4          MR. RAYMOND:  Correct.

5          MR. NELSON:  Okay.  That may be --

6          MR. RAYMOND:  Hundred, hundred percent.

7          MR. NELSON:  Okay.  All right.

8          MR. RAYMOND:  I mean, in fact even when we

9     were talking on Sunday night when it happened, it was,

10    yes, if they take her down to be checked out, they will

11    find that we had intercourse, but that's it.

12         MR. NELSON:  Okay.  Now, let me ask you this.

13    Is there -- and I don't think intercourse is a question

14    here, right?  We both know intercourse occurred.

15         MR. RAYMOND:  Right.  Well, that's what I

16    mean.  That's why I said the only thing you're going to

17    find is I had intercourse, nothing else.

18         MR. NELSON:  No, you're right, you're right.

19    And listen, you said that she, she was, she was, she

20    was -- at the time of the intercourse she was wet.

21         MR. RAYMOND:  Yeah.

22         MR. NELSON:  And you just -- that her vagina

128

1   was wet.

2          MR. RAYMOND:  Yeah, otherwise it wouldn't have

3   worked.

4          MR. NELSON:  Okay.  And how many -- you

5   penetrated her with your fingers prior to having

6   intercourse with her?

7          MR. RAYMOND:  Yes.

8          MR. NELSON:  Okay.  Now, how many fingers did

9   you use?

10         MR. RAYMOND:  I used one finger.

11         MR. NELSON:  Okay.  And describe what you felt

12  with one finger.

13         MR. RAYMOND:  I felt like it was, it was very

14  wet and inviting, to use, I mean, a term of you're --

15  she is sexually aroused.

16         MR. NELSON:  Okay.  So we call that -- in this

17  world we call it digital penetration, right?

18         MR. RAYMOND:  Okay.

19         MR. NELSON:  Not wrong or right.  It's just

20  the term that we use.

21         MR. RAYMOND:  Fair.

22         MR. NELSON:  Okay?  So, you do that, and what

1   was her response to that?

2          MR. RAYMOND:  I remember her -- a breathe, a

3   breath of, of it felt good.

4          MR. NELSON:  Okay.  Was there any resistance

5   from her?  Did she squirm or push you back or anything?

6          MR. RAYMOND:  No, absolutely not.

7          MR. NELSON:  Okay.  And when you fingered her,

8   penetrated her, where were her legs?  Were they wrapped

9   around you?  Were they open?  Was she --

10          MR. RAYMOND:  They were open in this, in this

11   angle.

12          MR. NELSON:  Okay.  Was she taking a proactive

13   role in this, or was she just laying there and letting

14   you do this?

15          MR. RAYMOND:  No.  She was paying (sic) a

16   proactive role, meaning she was -- it wasn't just like

17   flopping a fish.

18          MR. NELSON:  Okay.

19          MR. RAYMOND:  It was like -- you know, but her

20   legs were in the position that it was not an issue.  I,

21   I -- my assessment is it was very consensual.

22          MR. NELSON:  Okay.  And it could be.  Let me

1   ask you this.  Do you think at that point she was

2   intoxicated, and she wasn't really realizing what's

3   going on and --

4           MR. RAYMOND:  No.  I did not get that sense at

5   all.

6           MR. NELSON:  Okay.  Why not?

7           MR. RAYMOND:  Well, because she was

8   responsive, and she was making decisions on her own

9   volition.

10          MR. NELSON:  Well, yeah, but, you know, people

11  are going to say, well, what if she was intoxicated to

12  the point where she didn't realize what was going on,

13  she was incapacitated to one level or another.

14          MR. RAYMOND:  I, I think I would have noticed

15  that.

16          MR. NELSON:  Well, would you have?

17          MR. RAYMOND:  Yes.

18          MR. NELSON:  I mean, that's the key here.

19  This is what we're at.

20          MR. RAYMOND:  Yes, I would have.  I mean, to

21  me, that's something that if this person is literally

22  not aware of what's going on, I find that really hard

1    to believe.

2            MR. NELSON:  Okay.  So what was your

3    impression?  Was she, was she --

4            MR. RAYMOND:  Consensual.

5            MR. NELSON:  -- cognizant and aware, or was

6    she --

7            MR. RAYMOND:  Yes, because she -- when she

8    ran, she ran straight to the balcony.  She knew exactly

9    where she was.

10            MR. NELSON:  All right.  So let me ask you

11    this.  We say consent can be verbally, or it can be

12    implied physically, right?

13            MR. RAYMOND:  Yeah.

14            MR. NELSON:  Okay.  Was there any, any verbal

15    consent, like, hey, I really want to have sex with you,

16    I want to put my penis in you, and she said, please,

17    let's have sex.

18            MR. RAYMOND:  No, we did not, we did not have

19    a conversation about it.

20            MR. NELSON:  During the intercourse, did she

21    ever make any statements like, harder, deeper, faster?

22            MR. RAYMOND:  No.  It was pretty early on in

132

1    the intercourse, actually.

2              MR. NELSON:  Okay.

3              MR. RAYMOND:  We just started.

4              MR. NELSON:  Okay.  And when you were -- you

5    said you had sex for about three or four minutes,

6    right, intercourse?

7              MR. RAYMOND:  Two or three.

8              MR. NELSON:  Okay.

9              MR. RAYMOND:  But I -- maybe three to four if

10   you include the initial foreplay.

11             MR. NELSON:  Okay.  And the initial foreplay,

12   that was on the couch or in the bedroom?

13             MR. RAYMOND:  There was a little bit of

14   additional foreplay in the bedroom.

15             MR. NELSON:  Okay.  Well, I missed that.  So

16   describe that to me.

17             MR. RAYMOND:  Well, I indicated that when we,

18   we had gone into the bedroom, we, we continued kissing.

19             MR. NELSON:  Yeah.

20             MR. RAYMOND:  And then I fingered her.

21             MR. NELSON:  Okay.

22             MR. RAYMOND:  So I consider that to be the

1   foreplay.

2           MR. NELSON:  Anything else with her?

3           MR. RAYMOND:  No, beyond the usual, you know,

4   kissing, maybe some more boob play, fingering.   Then we

5   had sex.

6           MR. NELSON:  Okay.  Boob play in the bedroom?

7           MR. RAYMOND:  Yeah.

8           MR. NELSON:  Okay.  So she was on her back.

9           MR. RAYMOND:  Yeah.

10           MR. NELSON:  And you were touching her breasts

11   during intercourse?

12           MR. RAYMOND:  A little bit, but my hands were

13   -- I was bracing myself as well, giving myself some

14   leverage.

15           MR. NELSON:  Okay.  So you were sober enough

16   to recall the specific details of the entire incident.

17           MR. RAYMOND:  Yes.

18           MR. NELSON:  And the room and everything else.

19   This -- and this is why I do a cognitive interview,

20   right?

21           MR. RAYMOND:  Yeah.

22           MR. NELSON:  I want to nail down the

1   specifics, not only of the interaction, but the

2   environment, because it's all key in me helping assess

3   the entire situation.  Okay.  So --

4          MR. RAYMOND:  It was light.  Yeah.  I could

5   see everything that was going on.

6          MR. NELSON:  All right.  So you're fully aware

7   what's going on.  This happens, and then out of the

8   blue, she just stands up and bolts like a deer in

9   headlights.

10          MR. RAYMOND:  Yeah.  That's why it was, it was

11   a shock to me.  I don't know what triggered it.

12          MR. NELSON:  Describe specifically, and you

13   can close your -- I find people do better --

14          MR. RAYMOND:  Okay.

15          MR. NELSON:  -- when they close their eyes and

16   think about it.  Describe specifically from the time

17   that you pulled your penis out of her, and then from

18   that point on where she fled.  Tell me in much detail

19   as you can recall.

20          MR. RAYMOND:  Okay.  So I pulled out.

21          MR. NELSON:  Okay.

22          MR. RAYMOND:  We're in this position and my,

1   my -- you know, she's --

2            MR. NELSON:  Okay.

3            MR. RAYMOND:  It's -- she's laying flat on her

4   back, and I'm still -- had my feet on the floor for

5   leverage, and I pull out to change the position, and I

6   give -- encourage her to move in this direction, and I

7   go to my back.

8            MR. NELSON:  So, so your right hand, you push

9   her?

10           MR. RAYMOND:  No, no.  I don't push her.  It

11  was --

12           MR. NELSON:  Well, you lead her.  You kind

13  of --

14           MR. RAYMOND:  It was --

15           MR. NELSON:  I'm not saying you're

16  aggressively pushing her.

17           MR. RAYMOND:  Yeah.  Okay.  Just want to make

18  sure.

19           MR. NELSON:  Yeah.  Don't get defensive.  I'm

20  just trying to walk through the situation.

21           MR. RAYMOND:  Oh, no, no.  I'm not being

22  defensive.  I just want to make sure that there's no

1    words that aren't accurate.

2           MS. GAJKOWSKI:  Yeah.  No.  That's okay.

3    Yeah.

4           MR. RAYMOND:  So --

5           MS. GAJKOWSKI:  We're here to capture things

6    exactly as you said.

7           MR. RAYMOND:  You know, I -- if anything, I'm

8    helping, I'm helping her up.

9           MR. NELSON:  Okay.

10          MR. RAYMOND:  And getting her on her feet.

11          MR. NELSON:  Okay.  So she actually physically

12   got out of the bed and stood up.

13          MR. RAYMOND:  Yeah, and that's when she,

14   that's when she ran.  It literally happened very fast.

15   And I, and I was still getting on my back at that

16   point, and I thought this -- you know, the first

17   thought obviously wasn't she's trying to escape.  It

18   was she must need the restroom or something.  And then

19   I realized that she was freaking out.

20          MR. NELSON:  Okay.  Let me ask you this.  Was

21   there any anal sex?

22          MR. RAYMOND:  No.

1          MR. NELSON:  Was there any anal penetration?

2          MR. RAYMOND:  Not on purpose.

3          MR. NELSON:  Okay.

4          MR. RAYMOND:  I mean, there's no way.  I have

5    actually -- be -- truthfully, I've never had anal sex

6    in my life.

7          MR. NELSON:  Hey, Brian, hold on a second.

8    Listen to me.  That question made you very, very

9    nervous, so let me ask again.  You said not

10   intentionally.  Did you slip and put it in her anus by

11   accident?

12         MR. RAYMOND:  No, but on -- in our previous

13   interview I was told that there was some indication

14   that anal sex had occurred and --

15         MR. NELSON:  Okay.  I'm not aware of that,

16   so --

17         MR. RAYMOND:  That's -- that's probably why I

18   was nervous, because that's just impossible --

19         MS. GAJKOWSKI:  That's what we heard.

20         MR. RAYMOND:  -- because I've never had anal

21   sex, at least not willingly.

22         MR. NELSON:  Well, listen.  If you'd, if you'd

1   have missed, you would have known.

2           MR. RAYMOND:  Yeah, generally, you do.   I

3   mean, that's happened once or twice, and it's, whoa.

4           MR. NELSON:  Okay.  All right.

5           MR. RAYMOND:  So no, I've never had anal sex.

6           MR. NELSON:  So you never tried to penetrate

7   her anally that night.

8           MR. RAYMOND:  Uh-uh, hundred percent no.

9           MR. NELSON:  With your hands or your fingers.

10          MR. RAYMOND:  No.  I've -- people have

11  penetrated my anus with their fingers, but I've -- I --

12  honestly, that's disgusting to me.

13          MR. NELSON:  Yeah.

14          MR. RAYMOND:  I would never even try it

15  myself.  I never have in my entire life.

16          MR. NELSON:  So none of the girls you ever

17  been with will ever say you had anal sex with them.

18          MR. RAYMOND:  Correct.

19          MR. NELSON:  Okay.  You're really nervous on

20  that question and I want to know why.  Is there

21  something I'm missing here?  Is there something you're

22  ashamed to tell me?  Because you're --

1       MR. RAYMOND:  Well, on Tuesday, it was

2  mentioned that anal sex may have occurred, and that's

3  really thrown me for a loop.

4       MR. NELSON:  Okay, because I'm trying to get

5  to the facts.  Okay?

6       MR. RAYMOND:  Oh, yeah.  That's why I was

7  like --

8       MR. NELSON:  ███████████████████████████

9  ███, so I read body language very carefully.  Okay?

10       MR. RAYMOND:  Well, you know, that's why I was

11  like -- because that's the one -- in all of this,

12  that's the one thing that's thrown me off.  How is that

13  possible?

14       MR. NELSON:  Well, maybe she was really

15  intoxicated, and she didn't remember what happened.  I

16  think that this girl might have -- and quite frankly,

17  what I'm thinking is I'm thinking this girl was a lot

18  more drunk than you were, and you guys crossed

19  communication, you guys crossed lines, and that's why

20  she fled.  And that's what this all comes down to.

21       MR. RAYMOND:  It's a possibility.  That's --

22  it's only -- I'm just trying to figure out the way to

1   explain her behavior.

2          MR. NELSON:  Well, listen.  I think the

3   easiest way is you got two choices here, is that there

4   was a crossing of communication in that bedroom, right?

5   You're describing it as voluntary sex because she

6   didn't actively say no and she didn't physically

7   resist, right?  Is there any way -- is there any reason

8   why she would have feared being in your bedroom and

9   would have sex with you out of fear?

10          MR. RAYMOND:  No.  I mean, so my, my view is

11   if she was really worried, she was a lot closer to the

12   exit when we were on the couch before we went to the

13   bedroom.  And so she definitely knew right where to go

14   to exit the building.

15          MR. NELSON:  Okay.

16          MR. RAYMOND:  So I, I just don't understand

17   where that would have come from.

18          MR. NELSON:  Okay.  Is there anything you did

19   that might have instilled fear in her, even

20   inadvertently without your knowledge?

21          MR. RAYMOND:  No.  I, I'm just not an

22   aggressive person.

141

1              MR. NELSON:  Do you have any weapons in the

2      house?

3              MR. RAYMOND:  No.

4              MR. NELSON:  Any knives or swords on the wall?

5              MR. RAYMOND:  Yeah.  I have a, have a sword in

6      the living room, but it's in, like, a case.  It's,

7      like, for display.

8              MR. NELSON:  Okay.  Marine sword?  What kind

9      of sword?

10             MR. RAYMOND:  It's, like, from, from Pakistan.

11             MR. NELSON:  Oh.  Okay.  Yeah.

12             MR. RAYMOND:  It's like one of those swords.

13             MR. NELSON:  Yep, yep.  I'm familiar with

14     that.

15             MR. RAYMOND:  It's in a, it's in a case.

16             MR. NELSON:  Okay.

17             MR. RAYMOND:  I don't even think we talked

18     about it, though.

19             I don't even know if she mentioned --

20             MR. NELSON:  Is there anything like that in

21     your room that she would have perceived as a weapon or

22     a threat to her?

1            MR. RAYMOND:  No.

2            MR. NELSON:  Okay.  During that intercourse,

3     that short time, did you ever hold her in position?

4     Would she ever glean that you grasping her hips or

5     thrusting harder would have been aggressive or

6     inappropriate?

7            MR. RAYMOND:  No, I -- possibly if I had

8     leverage.

9            MR. NELSON:  Okay.

10            MR. RAYMOND:  And I was thrusting a little

11     harder.  I mean, maybe we could -- maybe that freaked

12     her out.  I don't know.  I mean, that's why you say

13     communication is important in the bedroom.

14            MR. NELSON:  How fast and hard were you going?

15            MR. RAYMOND:  In my view, trust me, not that -

16     - I've had some partners who, who wanted a lot harder

17     than anything I've been able to do.

18            MR. NELSON:  Yeah.

19            MR. RAYMOND:  So I'm not -- I don't

20     necessarily engage in rough sex, unless it's

21     specifically requested.

22            MR. NELSON:  Okay.

1          MR. RAYMOND:  It's not my nature.  It's not my

2     instinct, especially when you're in the first couple

3     minutes.  You usually start off slow and --

4          MR. NELSON:  Yeah.

5          MR. RAYMOND:  -- work your way up to

6     something.

7          MR. NELSON:  So let me ask you this.  What,

8     what if I told you her phone recorded the entire

9     situation?  Is that transcript from the cell phone

10    going to match up exactly what you said?

11         MR. RAYMOND:  As best -- it's going to match

12    up with the best of my memory.

13         MR. NELSON:  Okay.  There's going to be

14    nothing else said on that audio recording.

15         MR. RAYMOND:  No, not -- no, not -- I didn't -

16    - I don't recall us saying anything during the sex.

17         MR. NELSON:  Okay.  What about prior to when

18    she was -- when you guys were walking back to the room?

19    Was there any indication that -- who led who back to

20    the room?

21         MR. RAYMOND:  I think it was mutual.  We both

22    walked back.  I mean, I wasn't like -- you know what I

1    mean?  She, she walked in her own power, is what I'm

2    trying to say.

3              MR. NELSON:  So let me just lay this out to

4    you, and I got to be careful because -- what if I told

5    you your house was, was wired?

6              MR. RAYMOND:  It's a possibility.

7              MR. NELSON:  I know it is.  I can't confirm or

8    deny that, but is that -- is your story going to line

9    up with exactly what we recover?

10             MR. RAYMOND:  Best of my knowledge, yeah.

11             MR. NELSON:  Yes or no?

12             MR. RAYMOND:  I'm giving you the best of my

13   knowledge of how I recall the events.

14             MR. NELSON:  Listen, I know.  But this is the

15   most critical question you will ever answer.  Best of

16   your knowledge, did you rape that girl?

17             MR. RAYMOND:  Absolutely not.

18             MR. NELSON:  Did you force yourself on her?

19             MR. RAYMOND:  Absolutely not.

20             MR. NELSON:  Did she ever say no to you during

21   intercourse?

22             MR. RAYMOND:  No.

1           MS. GAJKOWSKI:  Is there a chance the timing's

2    off?  Like, maybe you were hooking up a little bit

3    earlier, right, like, than just these last, like, five

4    minutes before she runs out on the balcony?  Maybe

5    there was --

6           MR. RAYMOND:  What do --

7           MS. GAJKOWSKI:  Maybe you started physical

8    interaction earlier in the night.

9           MR. RAYMOND:  More -- before 6:00 or --

10          MS. GAJKOWSKI:  Yeah.

11          MR. RAYMOND:  I, I didn't have a clock, so I

12   mean --

13          MS. GAJKOWSKI:  Yeah, yeah.

14          MR. RAYMOND:  -- I'm just giving you --

15          MS. GAJKOWSKI:  But I'm, like, maybe are we

16   talking, like, substantially earlier, right?

17          MR. RAYMOND:  No, no.

18          MS. GAJKOWSKI:  Like, I'm not expecting you to

19   count seconds or anything, but, like --

20          MR. RAYMOND:  Not --

21          MS. GAJKOWSKI:  Okay.  But you're saying that

22   generally there was a four to five minute encounter

1    that happened right around 6:00 p.m.

2              MR. RAYMOND:  Forty-five --

3              MS. GAJKOWSKI:  Nothing physical happened

4    earlier.

5              MR. RAYMOND:  I don't think, I don't think the

6    encounter was 45 minutes.

7              MS. GAJKOWSKI:  No.  I meant -- sorry, four to

8    five.  Yeah.

9              MR. RAYMOND:  Oh.

10             MS. GAJKOWSKI:  Because, right?  You had said

11   -- earlier you said it was about four to five minutes,

12   and that includes the foreplay in the bedroom, right?

13   I just want to make sure I've got it right.

14             MR. RAYMOND:  When I say four to five minutes,

15   that's the timeline in the bedroom.

16             MS. GAJKOWSKI:  Yeah, yeah.  So --

17             MR. RAYMOND:  Now, that doesn't include the

18   timeline on the couch.

19             MS. GAJKOWSKI:  Maybe three to four minutes

20   total, and we're talking, like, intercourse and

21   physicality.

22             MR. RAYMOND:  Yeah.

1          MS. GAJKOWSKI:  But includes foreplay in the

2     bedroom.

3          MR. RAYMOND:  Yeah.  It was pretty quick in

4     the bedroom.

5          MS. GAJKOWSKI:  Okay.  But there was nothing

6     that -- in terms of sex or any kind of, like, digital

7     penetration, anything else that happened earlier?

8          MR. RAYMOND:  You mean on the, on the couch?

9          MS. GAJKOWSKI:  Yeah, yeah, or in any other --

10          MR. RAYMOND:  It's possible I may have had

11     digital penetration on the couch.

12          MS. GAJKOWSKI:  Oh, yeah, okay.

13          MR. RAYMOND:  But it might have just been

14     once.  That was to, you know, just -- it was -- that

15     was probably what --

16          MS. GAJKOWSKI:  Yeah.

17          MR. RAYMOND:  -- generates you to go to the

18     bedroom.

19          MS. GAJKOWSKI:  One thing that I got to be

20     honest that kind of worries me, Brian, is you can't,

21     you can't tell me too much about, like, her face, and,

22     like, what she's doing, right?  So that kind of tells

1   me, right?

2           MR. RAYMOND:   Mm-hmm.

3           MS. GAJKOWSKI:   And I've, I've been asking for

4   details.   You know, I've been asking, like, her eyes

5   open, were they closed, was she, you know, was there

6   eye contact, any of this?   You know, where is she

7   looking?   And you haven't been able to tell me that

8   yet.   So I -- that kind of makes me a little bit

9   nervous that maybe you just maybe were oblivious,

10  right?   Like, you didn't know her state, because you

11  weren't maybe looking right at her face.

12          MR. RAYMOND:   Yeah.   Well, normally in the

13  beginning like that, you're focusing more on --

14          MS. GAJKOWSKI:   Yeah.

15          MR. RAYMOND:   And from at least my optic,

16  you're focusing more on the, the technical aspect of

17  just --

18          MS. GAJKOWSKI:   Yeah.   And men are visual.

19          MR. RAYMOND:   -- you know, making sure you're

20  inside and, and everything like that, so --

21          MS. GAJKOWSKI:   Uh-huh.   But in the, like, two

22  minutes even of intercourse, you know, while you're --

1          MR. RAYMOND:  Like, reading, reading her signs

2     or her face?

3          MS. GAJKOWSKI:  Yeah.  Did you notice anything

4     that she was doing with her face?  Like, eyes closed,

5     eyes open.

6          MR. RAYMOND:  No.  If her eyes were closed, I

7     would have noticed that.  I know her eyes were open.

8          MS. GAJKOWSKI:  So her eyes were open the full

9     time.

10         MR. RAYMOND:  Yeah, but I can't --

11         MS. GAJKOWSKI:  Okay.

12         MR. RAYMOND:  -- tell you, like, if she was

13    looking --

14         MS. GAJKOWSKI:  You don't know where she was

15    looking.

16         MR. RAYMOND:  Yeah, it -- she was --

17         MS. GAJKOWSKI:  Look on the expression.

18         MR. RAYMOND:  It definitely wasn't her eyes

19    were closed, a hundred percent no.  I would have

20    noticed that.

21         MS. GAJKOWSKI:  Okay.  So her eyes were open.

22    Okay.

1          MR. RAYMOND:  I mean, she, she was very -- I

2     mean, she immediately was very alert and was able to

3     run out of there.  It wasn't like she was --

4          MS. GAJKOWSKI:  So, was she maybe not alert

5     before, and then all of a sudden there was like a, a

6     change or a shift in her expression?

7          MR. RAYMOND:  No.  She was definitely moving

8     the whole time.  I did not get any sense of her not

9     being aware or alert, to be honest with you.

10          MS. GAJKOWSKI:  Okay.  Anything else, Ted?

11          MR. NELSON:  Listen, there's still a lot of

12     work to do on this case.  All right, Brian?

13          MR. RAYMOND:  Okay.

14          MR. NELSON:  I'm -- we still got to interview

15     a lot of people.  Preferably, we'd like to interview

16     her in person, not through the other way around, to

17     really kind of speak to her and compare the stories.

18     Okay?  Is there anything she would tell us that you

19     haven't told us?

20          MR. RAYMOND:  No, no.  I, I, I would like to

21     know why she felt threatened, you know?  That would be

22     my biggest -- what was going through her mind.  I've

1    never been in a situation like this before, so I'm not

2    quite sure -- I'm doing the best I can with everything.

3    It's definitely not, not anything I've ever experienced

4    before.

5          MR. NELSON:  Would anybody else that was there

6    that night describe her as being drunk or intoxicated?

7          MR. RAYMOND:  You mean, when they, when they

8    responded?

9          MR. NELSON:  Mm-hmm.

10         MR. RAYMOND:  I don't know.  No idea.  Did

11   they give, did they give her a toxicology report?  I

12   mean, if she went and got checked out, you'd think she

13   would have all that done, right?

14         MR. NELSON:  Listen, they handled everything;

15   appropriately the embassy did what they needed to do.

16   Okay?  I can't disclose everything to you.

17         MR. RAYMOND:  Sure.

18         MR. NELSON:  You know, we got to present this.

19   We got to look to DOJ and everything else.  Here's the

20   problem.  In your position you got caught up into

21   something.  Okay?  Whether you raped her or whether she

22   set you up, like, that's what we're trying to figure

1    out.  Okay?  So listen, I appreciate you giving me the

2    full story and recording -- you know, recollecting

3    everything that you can.  I understand my interview

4    style may not be what you're used to, but I'm trying to

5    get as much as I can from you.  All right?

6              MR. RAYMOND:  Sure.

7              MR. NELSON:  But listen, the one thing I will

8    tell you, we work with every other three-letter agency

9    and we do these cases, and we do these cases extremely

10   well, and that's either to your benefit or your demise.

11             MR. RAYMOND:  Sure.

12             MR. NELSON:  Right?  So I always, always give

13   people the benefit at this time right during this

14   interview, if there's something we need to know, now is

15   the time to know it, because once we walk away, all

16   bets are off.

17             MR. RAYMOND:  Sure, I understand.

18             MR. NELSON:  Is that fair, is that fair

19   enough, Brian?

20             MR. RAYMOND:  Yeah, yeah.  No.  I -- again, I

21   don't feel that she presented herself as being

22   intoxicated, and I know she was, she was very upset

1   when everyone responded, so I mean, I don't know if

2   that would hide intoxication or what, but she seemed

3   very upset when everyone responded.

4          MR. NELSON:  Okay.

5          MR. RAYMOND:  And that was probably what they

6   remember the most.

7          MR. NELSON:  So you feel like the sex was --

8          MR. RAYMOND:  Not inappropriate.

9          MR. NELSON:  Not inappropriate, or -- was it

10  consensual in your mind?

11         MR. RAYMOND:  Yes, a hundred percent

12  consensual, and that's the first thing I told the cops

13  when they asked me what happened.  They're like, "What

14  happened?  Why is she freaking out?"  And I said, "I

15  don't know.  It was consensual."

16         MR. NELSON:  All right.  So Brian, listen.

17  Let me ask you this.  You ever been accused of sexual

18  assaulting anybody?

19         MR. RAYMOND:  No.

20         MR. NELSON:  Have you, yourself ever been the

21  victim of a sexual assault?

22         MR. RAYMOND:  No.

154

1          MR. NELSON:  You go to college?

2          MR. RAYMOND:  I'm sorry?

3          MR. NELSON:  Where did you go to college at?

4          MR. RAYMOND:  I went to Marquette University.

5    It's in Milwaukee, and I went to grad school at GW.

6          MR. NELSON:  Okay.  At any time were you ever

7    been accused of any kind of sexual assault?

8          MR. RAYMOND:  No.

9          MR. NELSON:  Would anybody ever say that you

10   were overly aggressive with them?

11         MR. RAYMOND:  Hundred percent no.

12         MR. NELSON:  Okay.

13         MR. RAYMOND:  All my friends would be --

14   everybody who knows me would be shocked.

15         MR. NELSON:  Would any woman -- well, that's

16   what they say about everybody that --

17         MR. RAYMOND:  I know, but --

18         MR. NELSON:  You know?  Come on.

19         MR. RAYMOND:  -- I'm just being honest.

20         MR. NELSON:  All right.  Well, listen, bro.  I

21   mean, your, your kind are sleepers, right?  So I got to

22   be careful.

155

 1          MR. RAYMOND:  I'm what?

 2          MR. NELSON:  Sleepers.  In your role, right?

 3   So I got to ask the question.  So listen.  Has -- would

 4   any of the girls we interview, and I'm going to ask you

 5   for a list of the women that you've dealt with, because

 6   we need to prove a pattern of behavior that you're not

 7   this kind of guy.  So I'm going to want a list of all

 8   these girls you're hooking up with, if you got data, if

 9   you got, if you got -- you know, whatever you have, I

10   need that data to go confirm, because sometimes we have

11   to confirm the truth, right?

12          MR. RAYMOND:  Yeah, absolutely.

13          MR. NELSON:  Because it's your word versus

14   hers, so now I would like to go interview and confirm

15   through all these other girls you dated that you didn't

16   get them drunk and have intercourse with them, and it

17   was consensual intercourse and you were gentle and you

18   weren't rough.  But listen, bro.  Some of those girls

19   say that you got them drunk, you were a little rough

20   with them, you write -- that's your check.  Okay?

21          MR. RAYMOND:  Yeah, I know.

22          MR. NELSON:  There's no coming back to talk

156

1    about this again.  So, if there's something we need to

2    discuss now that might come up down the road, we need

3    to know.  All right?

4            MR. RAYMOND:  Okay.

5            MR. NELSON:  We got Department of Justice

6    looking at this.  We're trying to figure out what we're

7    going to do.

8            MS. GAJKOWSKI:  Are there any other women that

9    you've brought back to the apartment?

10           MR. RAYMOND:  Yeah, I have.

11           MS. GAJKOWSKI:  Okay.  Like --

12           MR. RAYMOND:  I'm a, I'm a single guy and so

13   I've --

14           MS. GAJKOWSKI:  -- okay.

15           MR. RAYMOND:  I've dated girls in Mexico, and,

16   and my neighbor Ray can attest to that.

17           MS. GAJKOWSKI:  Okay.  Any consistent, like,

18   girlfriend, out there?  I know you said -- you told me

19   the long distance girlfriend, right?

20           MR. RAYMOND:  Yeah.  That ended and --

21           MS. GAJKOWSKI:  Okay.

22           MR. RAYMOND:  And so, yeah, there was a couple

157

1   girls I dated for a couple of months fairly recently.

2        MS. GAJKOWSKI:  So, like, ballpark figure,

3   let's say, like, the last three months, like, how many

4   girls have you brought over to your place?  Is it just,

5   like, the same one -- and that's -- listen, judgement

6   free zone, here, like.

7        MR. RAYMOND:  Yeah, yeah, yeah, yeah.  I know.

8   The last three months?  There's probably been four or

9   five different girls.

10       MS. GAJKOWSKI:  Okay.

11       MR. RAYMOND:  But a couple of them were

12   consistent, you know.

13       MS. GAJKOWSKI:  Okay.  When was the most

14   recent one before ▆AV-1▆

15       MR. RAYMOND:  Before what?

16       MS. GAJKOWSKI:  Before ▆AV-1▆   Like, how long

17   it had been since you'd had sex last.

18       MR. RAYMOND:  Like, the week before.

19       MS. GAJKOWSKI:  Okay.  And how long since the

20   last girl came over?

21       MR. RAYMOND:  A week before.

22       MS. GAJKOWSKI:  A week before.  So nobody else

1   before that.  Interesting.  You don't want to --

2            MR. RAYMOND:  Interesting?

3            MS. GAJKOWSKI:  No, I'm just -- I'm wondering.

4   I just want to be clear.  Like, no other guest to your

5   apartment, right, like, before AV-1   came over?

6            MR. RAYMOND:  You mean in terms of -- oh, oh.

7   Well, in terms of having sex, that was --

8            MS. GAJKOWSKI:  Yeah, or just visitors, right?

9   Like any --

10           MR. RAYMOND:  Yeah, yeah.  I've had --

11           MS. GAJKOWSKI:  Yeah.  So when was the one --

12   the last girl that just came over for whatever reason,

13   before AV-1

14           MR. RAYMOND:  Oh, the, the day, the day

15   before.

16           MS. GAJKOWSKI:  Okay.  What happened then?

17           MR. RAYMOND:  We talked, had a couple of

18   drinks, so --

19           MS. GAJKOWSKI:  Okay.  Was this a romantic

20   interest?

21           MR. RAYMOND:  Initially, yeah, but right now

22   I'm --

```
1          MS. GAJKOWSKI:  Okay.

2          MR. RAYMOND:  -- not interested.

3          MS. GAJKOWSKI:  Did you have sex that night?

4          MR. RAYMOND:  So, yeah.

5          MS. GAJKOWSKI:  With this girl.

6          MR. RAYMOND:  Mm-hmm.

7          MS. GAJKOWSKI:  Okay.  So it had been more,

8    more recently than a week, right?

9          MR. RAYMOND:  Yeah, yeah.  But I thought, I

10   thought you were talking about, like, the consistent

11   girls.

12         MS. GAJKOWSKI:  No, no, no, no, no.  No, just

13   any hookup.

14         MR. RAYMOND:  Oh, okay.

15         MS. GAJKOWSKI:  So definitely the night before

16   you had had sex, right?

17         MR. RAYMOND:  Yeah.

18         MS. GAJKOWSKI:  Okay.  I'm not going to get

19   too into that at this time.  Just give me a quick

20   rundown what happened with her, because you did have

21   sex.

22         MR. RAYMOND:  We did have sex.
```

160

```
1              MS. GAJKOWSKI:  Okay.

2              MR. RAYMOND:  Yeah.

3              MS. GAJKOWSKI:  All right.  Just briefly talk

4    me through that.

5              MR. RAYMOND:  She came over at her own

6    volition.

7              MS. GAJKOWSKI:  Mm-hmm.

8              MR. RAYMOND:  We had a couple of drinks.

9              MS. GAJKOWSKI:  Mm-hmm.

10             MR. RAYMOND:  Normal conversation.

11             MS. GAJKOWSKI:  Yep.

12             MR. RAYMOND:  Then she kissed me first.

13             MS. GAJKOWSKI:  Okay.

14             MR. RAYMOND:  Honestly.

15             MS. GAJKOWSKI:  Just like -- uh-huh, yeah.

16             MR. RAYMOND:  Yes.

17             MS. GAJKOWSKI:  Okay.

18             MR. RAYMOND:  And she, she did stay the night.

19             MS. GAJKOWSKI:  Okay.  What else happened

20   there, besides just staying the night?

21             MR. RAYMOND:  Oh.  Well --

22             MS. GAJKOWSKI:  Just give me some -- a rundown
```

```
 1    of the sex, what happened, how it went down, just

 2    briefly, just so that I have a sense of like --

 3              MR. RAYMOND:   I would say we were -- we

 4    didn't, we didn't sit on the couch in this instance.

 5              MS. GAJKOWSKI:   Okay.  Yeah.

 6              MR. RAYMOND:   We, we just sat at the table.

 7              MS. GAJKOWSKI:   Mm-hmm.

 8              MR. RAYMOND:   Listened to some music.

 9              MS. GAJKOWSKI:   Okay.

10              MR. RAYMOND:   Talked, had some drinks.  She

11    stayed the night.  She said she'd like to see me again.

12    I haven't decided if I'd like to see her again.

13              MS. GAJKOWSKI:   Can you describe the sex for

14    me?

15              MR. RAYMOND:   Standard sex, missionary and she

16    was on top at one point, so just two positions.

17              MS. GAJKOWSKI:   How long did it last?

18              MR. RAYMOND:   Ten minutes.

19              MS. GAJKOWSKI:   Okay.  And then what happened?

20              MR. RAYMOND:   I did not come.  She did not

21    come.

22              MS. GAJKOWSKI:   Okay.
```

1        MR. RAYMOND:  We had sex in the morning as

2   well before she left.

3        MS. GAJKOWSKI:  Okay.  That's helpful.

4        MR. RAYMOND:  Before she left.

5        MS. GAJKOWSKI:  Okay.

6        MR. NELSON:  So you guys had sex with no

7   climax?

8        MR. RAYMOND:  That's correct.  I really wasn't

9   feeling it.

10        MR. NELSON:  Explain that to me, because

11   that's extremely rare.  So riddle, riddle me that.

12        MR. RAYMOND:  I really wasn't --

13        MR. NELSON:  Are we talking, like, no condom,

14   nothing?

15        MR. RAYMOND:  No, I had a -- I wore a condom

16   with her.

17        MR. NELSON:  Okay.  That makes more sense.  So

18   no climax at all?

19        MR. RAYMOND:  I wasn't feeling it with her.

20   She wanted to have sex and I agreed.  I didn't really

21   want to have sex with her, actually.

22        MS. GAJKOWSKI:  Mm-hmm.

1          MR. RAYMOND:  The next morning she said I can,

2     I can go, we can go back to sleep, or you can -- she

3     said it vulgarly, you can fuck me.  And I mean, I

4     didn't want to hurt her feelings, so we, we had sex and

5     I really wasn't that into it.

6          MR. NELSON:  Okay.

7          MR. RAYMOND:  Honestly.

8          MR. NELSON:  Okay.

9          MR. RAYMOND:  I mean, that's just not my

10    nature to be aggressive, honestly.

11         MR. NELSON:  Listen.  I talk to people about

12    sex all the time.  We do.  This is normal to us.  It's

13    not normal to you, so we don't mean to embarrass you.

14         MS. GAJKOWSKI:  Yeah.  We don't care.  It's

15    fine.

16         MR. RAYMOND:  I mean, I, I have, I have girls

17    over, but I'm not this crazy predator type.

18         MS. GAJKOWSKI:  When was the last time you had

19    an orgasm with a woman?  I'm going to ask, I'm going to

20    ask, because I want to -- you know what I mean?  Like,

21    it's -- and some guys, like, it's just genuinely hard.

22    It's hard for someone.  Like, is it --

164

1          MR. RAYMOND:  No.  I, I can if I want to.

2          MS. GAJKOWSKI:  Okay.

3          MR. RAYMOND:  It's just -- it's a good

4    question.  I don't -- before the one on, on Saturday

5    who came over, it been a while before someone's come

6    over.  And actually, the, the one girl that I'd been

7    seeing for a couple of months, we've ended it because

8    she wanted something more, and I just wasn't that into

9    her, either.

10          MS. GAJKOWSKI:  Mm-hmm.

11          MR. RAYMOND:  She could even tell.  She'd get

12    mad at me for not responding to her texts fast enough.

13          MS. GAJKOWSKI:  Mm-hmm.

14          MR. RAYMOND:  She was just so pushy.  And I

15    was just, like, hey, look, this isn't, this isn't

16    working.

17          MS. GAJKOWSKI:  Yeah.

18          MR. RAYMOND:  So we're, we're not seeing each

19    other anymore.  But she came over quite a bit, but she

20    was just really aggressive so -- and when I say,

21    aggressive, I mean, why actually -- you know, it was

22    more like -- she was pushy.  I think pushy would be the

1    right word to use.

2              MS. GAJKOWSKI:  Okay, yeah, yeah, totally.

3              MR. RAYMOND:  So --

4              MS. GAJKOWSKI:  Okay.

5              MR. NELSON:  So let me ask you this.  Have you

6    done anything -- I'm going to wait 'til this guy walks

7    by.

8              MS. GAJKOWSKI:  Sending (inaudible).

9              MR. NELSON:  Well, it's fine.  Listen.  Are

10   you --

11             MR. RAYMOND:  I just -- I'm just a private

12   person, so this is embarrassing.

13             MS. GAJKOWSKI:  I know it's hard.

14             MR. NELSON:  Yeah.  I get a --

15             MS. GAJKOWSKI:  I know it's really rough.

16             MR. NELSON:  Listen.  It's better to get it

17   out now.

18             MR. RAYMOND:  Yeah.  But I ██████████████.

19             MR. NELSON:  And you're standing in a --

20             MR. RAYMOND:  And I don't, I don't --

21             MS. GAJKOWSKI:  Yeah.

22             MR. RAYMOND:  -- fuck around.

1          MR. NELSON:  All right.  Well, speaking of

2    that, let me ask you this.  Is there any reason why

3    that government over there or any of their associates

4    would have any reason to coerce you or blackmail you

5    based on the conduct in your house with women or men?

6          MR. RAYMOND:  No.

7          MR. NELSON:  Have you ever hooked up with a

8    man in your house?

9          MR. RAYMOND:  No.

10          MR. NELSON:  Okay.

11          MR. RAYMOND:  I'm straight.

12          MR. NELSON:  Okay.  Is your -- I'm just

13    looking for coercion stuff.  Okay?

14          MR. RAYMOND:  Sure.

15          MR. NELSON:  Pornography wise, are you in any

16    weird stuff pornographically that they would look at --

17          MR. RAYMOND:  No.

18          MR. NELSON:  -- in your records and be able to

19    use it against you?

20          MR. RAYMOND:  If I was to look at porn, it was

21    pretty standard stuff.

22          MR. NELSON:  Okay.  What's standard to you?

1          MR. RAYMOND:  Naked women.

2          MR. NELSON:  Okay.  What age group are you

3    into?

4          MR. RAYMOND:  Adults.

5          MR. NELSON:  Adults?  Define adult.  Eighteen

6    and older or --

7          MR. RAYMOND:  I wouldn't know their age, an

8    attractive woman who's naked.

9          MR. NELSON:  Okay.

10         MR. RAYMOND:  Who is not on some kiddie site.

11         MS. GAJKOWSKI:  Yeah.

12         MR. NELSON:  Got you.  Okay, fair enough, fair

13   enough.  No, listen.  I know.  It's an uncomfortable

14   statement, right?

15         MR. RAYMOND:  Yeah.

16         MR. NELSON:  Okay.  So you do any weird, crazy

17   shit in your house, like put a leather mask on or ball

18   in your mouth and like -- okay.

19         MR. RAYMOND:  No, there's no role playing or

20   nothing weird.

21         MR. NELSON:  Okay.

22         MR. RAYMOND:  Even my neighbor, he was talking

1    to me.  He's like, I know you have girls over, but he's

2    like, you're always so quiet.  It's -- that like --

3            MR. NELSON:  Yeah.

4            MR. RAYMOND:  -- nothing's ever happened like

5    this before.  By 9:00 p.m., it's dead, you know.  So

6    he, he would back that up.

7            MR. NELSON:  Okay.

8            MR. RAYMOND:  Yeah.  I'm, I'm an active,

9    sexually active dude, but I'm not --

10           MR. NELSON:  You have any conflict with

11   anybody at work that --

12           MR. RAYMOND:  No.

13           MR. NELSON:  You said you work with the

14   Mexican authorities, right?

15           MR. RAYMOND:  Yeah.  No, I get along well with

16   my guys.

17           MR. NELSON:  Nothing else going on there that

18   we need to inquire about?

19           MR. RAYMOND:  No, hundred percent.  I'm --

20   that's very -- I'm very careful about that.  I mean, I

21   make sure I keep my professional life separate from my

22   personal life.  That's very important to me, which is

169

1    why all of this is awful.

2              MR. NELSON:  What do you want to see happen

3    from here?

4              MR. RAYMOND:  Ideally, I would like this, this

5    case to, to be cleared.  And I mean, I, I'm being

6    honest how things transpired.  I had no negative

7    intentions.  I honestly don't need the sex.  I'm not

8    desperate for it.  I can have sex when I want.  I'm

9    not --

10             MR. NELSON:  On average, how many different

11   women a month are you having sex with?

12             MR. RAYMOND:  Oh, not -- I would say not that

13   many, but a couple.

14             MR. NELSON:  Twenty, ten, ten a month?

15             MR. RAYMOND:  No, no, no, no.  That's

16   impossible.

17             MR. NELSON:  Okay.

18             MR. RAYMOND:  Couple.

19             MR. NELSON:  Listen, I talked to a guy not too

20   long ago that was 300 in a year, at least.

21             MR. RAYMOND:  Yeah.  I can't.  That's

22   exhausting.

1               MS. GAJKOWSKI:  Don't know how that is.

2               MR. RAYMOND:  I don't know how you do it.

3               MR. NELSON:  Listen, I'm telling you, too much

4     drama.

5               MR. RAYMOND:  Couple.

6               MR. NELSON:  Okay, couple.  So define a couple

7     for me.

8               MR. RAYMOND:  Two.

9               MR. NELSON:  Two?

10              MR. RAYMOND:  Yeah.  I mean, you might have

11    more than two one month, and you might have less, so

12    that's an average.

13              MR. NELSON:  So we could say fair enough, one

14    to five a month, depending on the month.

15              MR. RAYMOND:  But again, some of them would be

16    a girl I might be dating consistently.

17              MR. NELSON:  That's fine.

18              MR. RAYMOND:  So it wouldn't be necessarily

19    different.

20              MR. NELSON:  What I'm showing is that sex is

21    easily available to you in Mexico.

22              MS. GAJKOWSKI:  Mm-hmm.

1            MR. RAYMOND:  That's correct.

2            MR. NELSON:  That's what I'm getting at.

3            MR. RAYMOND:  Yes, it is.

4            MR. NELSON:  All right?  Listen, I'm not --

5            MR. RAYMOND:  So I don't really push for it.

6            MR. NELSON:  Okay.  Fair enough.  Listen,

7    total -- totality of circumstances, right?

8            MR. RAYMOND:  Yeah.  I'm not --

9            MR. NELSON:  I don't take sides, man.  I'm

10   looking for the facts.  That's all I'm looking for.

11           MR. RAYMOND:  I'm, I'm not -- and most of

12   them, I have no interest in seeing again.  That's just

13   how it is.

14           MR. NELSON:  All right.  So let me ask you

15   this.

16           Did you have anything specific, anything

17   else --

18           MS. GAJKOWSKI:  (Inaudible.)

19           MR. NELSON:  So, listen.  I give everybody the

20   customer service survey at the end of the interview.

21   All right?

22           MR. RAYMOND:  Okay.

1           MR. NELSON:  You laugh, but it's true.

2           MR. RAYMOND:  Okay.

3           MR. NELSON:  It's important.  Okay?  And we do

4    take pride in what we do.  We treat people fairly and

5    we really want people to walk away and feel like we're

6    doing the right thing.  Either we'll find out something

7    was wrong or something was right, either side of the

8    fence, right?  You're somebody's son; she's somebody's

9    daughter.  We've got to get to the facts.  How do you

10   feel about today's interview?

11          MR. RAYMOND:  It was a little more, little

12   more thorough than I anticipated, simply because I

13   thought I had gone over everything on Tuesday.

14          MS. GAJKOWSKI:  Yeah.

15          MR. NELSON:  Do you feel like more information

16   came out today?

17          MR. RAYMOND:  A little bit, yeah.

18          MR. NELSON:  More detail?

19          MR. RAYMOND:  Maybe a little bit, because it

20   does help to revisit.

21          MR. NELSON:  Uh-huh.

22          MR. RAYMOND:  You know?

1            MR. NELSON:  Walk through it?

2            MR. RAYMOND:  I mean, I, I do -- I didn't

3    remember the hip -- one specific -- I didn't remember

4    the hip thrust thing on Tuesday.

5            MR. NELSON:  Okay.

6            MR. RAYMOND:  Where I remember that

7    specifically now, that her -- she did take panties off,

8    which I think is important for the case.

9            MR. NELSON:  Okay.  I know we said today you

10   weren't intoxicated today?

11           MR. RAYMOND:  No.

12           MR. NELSON:  You're not on any medications.

13           MR. RAYMOND:  Correct.

14           MR. NELSON:  All right.  We talked about her

15   being consensual, so I'm going to ask you the same

16   question from my standpoint.  You don't feel like we've

17   threatened, forced you or coerced you to make any

18   statements today.

19           MR. RAYMOND:  No.  I'm trying to be as

20   forthcoming as I can, because I didn't do anything

21   inappropriate and I just want this to go away.

22           MR. NELSON:  Okay.

174

1           MR. RAYMOND:   Really -- it's a shitty

2    situation.

3           MR. NELSON:   So now I'm all yours.

4           MR. RAYMOND:   Lot of uncertainty.

5           MR. NELSON:   Fire away.   What questions do you

6    have for us that we can answer?

7           MR. RAYMOND:   I'm assuming I'll be cleared of

8    any wrongdoing.   Would I get a copy of, not everything

9    that's been said, but at least something saying I'm

10   good, that I don't have to worry about this for the

11   rest of my life?

12          MR. NELSON:   So, listen.   I'm going to tell

13   you textbook how this works.   Okay?

14          MR. RAYMOND:   Okay.

15          MR. NELSON:   Everything in this investigation

16   when we're complete will be turned over to your people.

17          MR. RAYMOND:   Right.   I figured as much.

18          MR. NELSON:   Okay.   So that's really

19   important.   It's really critical.   They're looking at

20   what we're doing here.   Number two, we still have a lot

21   of work ahead of us.   There's a lot of records we have

22   to go through.

1          MR. RAYMOND:  I know.

2          MR. NELSON:  Electronic devices we have to go

3     through.  We want to -- we're going to tap the locals,

4     the whole nine yards.  Okay?  We may ask for your

5     consent down the road.  We may ask for your work, for

6     your help.  Okay?

7          MR. RAYMOND:  Yeah.

8          MR. NELSON:  We ask that if you hire an

9     attorney, if you decide down the road you want legal --

10    just let us know, so we do it the right way.  We're

11    fair.  We're objective, right?

12         MR. RAYMOND:  Are you, you all suggesting I

13    hire an attorney?

14         MR. NELSON:  No.  I don't make any

15    suggestions.  I don't give legal advice.

16         MR. RAYMOND:  Okay.

17         MR. NELSON:  But I'm telling you, a lot of

18    people that are accused of a sexual assault, they've

19    been interviewed by federal agency get concerned,

20    right?

21         MR. RAYMOND:  Yeah, it's a concern.

22         MR. NELSON:  But you've already given us a

1    full statement twice.  You've narrowed down the facts

2    and you've been really honest.  If you got nothing to

3    hide, the decision is yours, but I in no way, shape or

4    form give legal guidance or advice.  Okay?  Is that

5    fair?  Something you got to think about.  All right.

6              So that being said, I want to give you an

7    opportunity to ask any questions you have for us right

8    now, and we'll give you a very straight answer, and

9    then we'll try and wrap up today.  Okay?  There's one

10   more thing we have to go over, and I'm going to be very

11   straightforward with you about it, but, so what

12   questions do you have for us?

13             MR. RAYMOND:  Just trying to get a sense of I

14   guess the, the timing of all this.

15             MR. NELSON:  A few months.

16             MR. RAYMOND:  Months?

17             MR. NELSON:  A few months.

18             MR. RAYMOND:  Holy shit.

19             MR. NELSON:  Realistically, the last case I

20   worked like this --

21             MS. GAJKOWSKI:  It's hard.

22             MR. NELSON:  Brian?  Last case I worked like

1   this, almost identical to this, back to the house, both

2   subjects intoxicated or been drinking that night,

3   witnesses, he said, she said, almost identical, almost

4   a year and a half.  Okay?  There's so much data to go

5   through, so many interviews to go through.  That's why

6   it's so important to get as much as we can.

7            MR. RAYMOND:  Oh, shit.

8            MR. NELSON:  And Brian, remember, this falls

9   on us, because, dude, that happened.  We can't change

10  what happened, and we can't speed up the process,

11  because everybody gets treated equitably.  So there's

12  maybe a hundred cases going on right now we got to get

13  through.

14           MR. RAYMOND:  Yeah.

15           MR. NELSON:  We got to get through them.  All

16  right?  Let me ask you this.  You got two phones on

17  you, right?

18           MR. RAYMOND:  Mm-hmm.

19           MR. NELSON:  Let me see.  One's a personal and

20  one's work, right?

21           MR. RAYMOND:  Yeah.

22           MR. NELSON:  Can I see them, please?

1          MR. RAYMOND:  Sure.  I don't know how long

2     I'll have the work one, since it belongs to Mexico.

3          MR. NELSON:  Okay.  Which one's work and which

4     one's personal?

5          MR. RAYMOND:  Personal.

6          MR. NELSON:  All right.

7          MS. GAJKOWSKI:  To prove that just, that these

8     are the phones, can you just turn them on for me?

9          MR. RAYMOND:  Yeah.

10          MS. GAJKOWSKI:  Okay.

11          MR. NELSON:  Brian, listen.  I got to ask you,

12     have you erased any data on your phones?  Have you gone

13     on and erased any of your Cloud accounts or your

14     internet accounts?

15          MR. RAYMOND:  No.  I mean, honestly, I've been

16     doing it over the last couple weeks, because if you

17     look at my history, it's like I was near my max storage

18     so --

19          MR. NELSON:  Can I see your phones?

20          MR. RAYMOND:  Yeah -- over the last -- yep.

21     These are my phones.

22          MR. NELSON:  So let me ask you this.  This

179

1   one's work?

2          MR. RAYMOND:  Yeah.

3          MR. NELSON:  And this is -- okay.  And this

4   one is what?

5          MR. RAYMOND:  That's personal.

6          MR. NELSON:  Personal phone?

7          MS. GAJKOWSKI:  I just want to be clear,

8   because I thought you told me something different,

9   right?  I thought you had told me this one was personal

10  and this one's work.

11         MR. RAYMOND:  No.

12         MS. GAJKOWSKI:  In Mexico.

13         MR. RAYMOND:  So it's, it's the reverse.

14         MS. GAJKOWSKI:  Oh, okay.

15         MR. RAYMOND:  The shitty one is the --

16         MS. GAJKOWSKI:  So this one's work, the

17  cracked on.

18         MR. RAYMOND:  Yeah.

19         MS. GAJKOWSKI:  And then this one's your

20  personal phone.

21         MR. RAYMOND:  Yeah.

22         MR. NELSON:  Okay.  That being said, which --

1   what -- describe in detail what -- because I got to

2   make sure that anything you've done since the

3   allegation of assault in Mexico, anything you've done

4   hasn't -- because you changing your status, or it's

5   because you were trying to get rid of evidence.

6           MR. RAYMOND:  My status?

7           MR. NELSON:  It's a -- yeah.  Like, you didn't

8   want to be on social media anymore, or you wanted to

9   get off of Tinder, you didn't want the hookup app,

10  right?

11          MR. RAYMOND:  I still have Tinder, but I, I

12  was worried about -- she's still on there, for some

13  reason, and I haven't deleted her profile.

14          MR. NELSON:  Okay.

15          MR. RAYMOND:  Tinder is still on my phone.

16          MR. NELSON:  Okay.

17          MR. RAYMOND:  But I removed my photos, because

18  I was worried about her potentially having photos of me

19  and going to the Mexican press and blowing this out of

20  the water.

21          MR. NELSON:  Oh, bro, that shipped has sailed.

22  Okay?

1            MR. RAYMOND:  Oh, I know.  She had access

2    already, but I thought, well, if she didn't think about

3    it.

4            MR. NELSON:  Okay.

5            MR. RAYMOND:  You know what I mean?  So let me

6    just, let me just --

7            MR. NELSON:  Which, which device did you erase

8    photos on?

9            MR. RAYMOND:  Both, actually.

10           MR. NELSON:  Okay.

11           MR. RAYMOND:  Because on my WhatsApp

12   profile --

13           MR. NELSON:  Okay.

14           MR. RAYMOND:  -- there's my face profile, so I

15   changed that to, like, a city or a, or a mountain or

16   something.

17           MS. GAJKOWSKI:  Mm-hmm.

18           MR. RAYMOND:  And then the Tinder one, I just

19   got rid of my photos.

20           MR. NELSON:  Okay.

21           MR. RAYMOND:  So I --

22           MS. GAJKOWSKI:  Remember when I told you,

182

1    don't delete anything?  That's like --

2            MR. RAYMOND:  Oh, I didn't delete anything.

3    It's just my photos.

4            MS. GAJKOWSKI:  Okay.  Okay.

5            MR. RAYMOND:  Meaning the profile.

6            MS. GAJKOWSKI:  Okay.

7            MR. RAYMOND:  So she can't -- I --

8            MS. GAJKOWSKI:  So it's like a personal

9    statement.

10           MR. RAYMOND:  I was going to ask you if I can

11   delete the whole thing, because I don't want that --

12           MS. GAJKOWSKI:  Yeah.

13           MR. RAYMOND:  -- taking that risk, but I found

14   the work --

15           MS. GAJKOWSKI:  Yeah.  I definitely wouldn't,

16   at this point.

17           MR. RAYMOND:  The workaround is oh, I can

18   just --

19           MS. GAJKOWSKI:  Yeah.

20           MR. RAYMOND:  -- put a photo of a lake as my

21   picture, instead of --

22           MS. GAJKOWSKI:  Yeah, that's smart.

183

1          MR. RAYMOND:  So nothing's changed --

2          MS. GAJKOWSKI:  Okay.

3          MR. RAYMOND:  -- in terms of what's on there.

4          MR. NELSON:  So, at this time, any accounts

5   you've erased, Facebook, social media accounts, dating

6   sites, anything?

7          MR. RAYMOND:  No.  I don't, I don't use social

8   media.

9          MR. NELSON:  So nothing's been erased.  You

10  haven't gone online and downloaded and erased anything.

11  I mean, there will be a record of it electronically.

12         MR. RAYMOND:  Sure.

13         MR. NELSON:  But I just want to make sure --

14         MR. RAYMOND:  Yeah.

15         MR. NELSON:  -- that you weren't trying to

16  snowball us.  I got to ask everybody, right?

17         MR. RAYMOND:  Yeah, of course.

18         MR. NELSON:  Okay.

19         MR. RAYMOND:  I mean, I, I sent all the

20  communication I had with her so --

21         MS. GAJKOWSKI:  Mm-hmm, yeah, screenshots.

22         MR. NELSON:  Okay.

1           MR. RAYMOND:  The -- with AV-1

2           MS. GAJKOWSKI:  How do you secure these

3    phones?  Like, how -- like, are they locked?  Are

4    they --

5           MR. RAYMOND:  Yeah.  They're locked with a

6    PIN.

7           MS. GAJKOWSKI:  Okay.

8           MR. RAYMOND:  Yeah.

9           MS. GAJKOWSKI:  And both of them, you use a

10   PIN.

11          MR. RAYMOND:  Yep.

12          MS. GAJKOWSKI:  Okay.  I got you.

13          MR. NELSON:  So, Brian, listen.  This is an

14   unfortunate step, but it's a step we have to take.  I'm

15   just going to be pointblank with you.  Okay?  DOJ

16   issued a search warrant for both your cell phones, so

17   we're going to take both your phones.  We're going to

18   ask --

19          MR. RAYMOND:  I can't, I can't let you do that

20   without a lawyer present.

21          MR. NELSON:  Okay.  Well, I'm going to tell

22   you, that's what the search warrant's for, so we are

1   taking your phones.

2           MR. RAYMOND:  I, I --

3           MR. NELSON:  Okay?  Brian, I'm not asking.

4   Understand that --

5           MS. GAJKOWSKI:  Brian, what I can do --

6           MR. RAYMOND:  I, I'm, I'm serious.  I need --

7           MR. NELSON:  I am.  I being serious too,

8   Brian.

9           MR. RAYMOND:  I, I can't authorize that

10  without a lawyer.

11          MR. NELSON:  Brian, I'm not -- let me explain

12  something to you.  This is a criminal justice process.

13  I understand, and we're very sensitive to what could be

14  on these phones, right?  I understand that.  But

15  understand right now, I'm going to show you my badge,

16  so you know who I am, my credentials.

17          MR. RAYMOND:  Oh, no.  I know, I know.

18          MR. NELSON:  Okay.  Nothing good's going to

19  come out of you resisting this.

20          MR. RAYMOND:  I'm not resisting.  I just --

21          MR. NELSON:  Notify your people.  Just, just

22  hear me out.  Notify your people, right?  Just notify

1   your people that we seized your phones.  DOJ will be in

2   contact with them, and we'll make sure that we trust --

3   we cover every single technique of safety, of national

4   security.  Don't worry about that.  Okay?  But the --

5   right now, this has been issued and we're going to

6   execute it.  We're going to seize your phone and we're

7   going to give you a copy of it.  Okay?

8           MR. RAYMOND:  I don't understand how I'm

9   supposed to have any contact with anybody.

10          MR. NELSON:  So here is what's going to

11  happen.

12          MS. GAJKOWSKI:  Yeah, I --

13          MR. NELSON:  I want you -- hear me out.  I

14  want to give you options.  I won't leave you high and

15  dry.  Listen.  Go to a store and get a new cell phone,

16  get it going, e-mail people, let them know what your

17  contact number is.  If you're using the same e-mail,

18  that's fine.  But my recommendation to you is just --

19  you don't want anything you do now to be perceived as

20  trying to cover up or step backwards.

21          Let things take their course.  If you're

22  honest and you're straightforward, this is an

1    inconvenience, but it's nothing to get you if you're

2    being honest, straightforward.   Okay?

3              MR. RAYMOND:   This is more than an

4    inconvenience.

5              MR. NELSON:   I know.

6              MR. RAYMOND:   I literally am dead in the

7    water.

8              MR. NELSON:   No.   Just go get another phone

9    and let people know.   Tell your, tell your agency.   The

10   phone will ring today on both sides of the fence.

11   Okay?   I promise you.

12             MR. RAYMOND:   I don't have phone numbers.

13             MR. NELSON:   Brian, we have to prove you

14   innocent in this situation.   Okay?   If you didn't do

15   this --

16             MS. GAJKOWSKI:   Is there -- sorry.   Is there a

17   phone number that you'd like us to pull -- that we can

18   get from your phone and write down?

19             MR. NELSON:   Ma'am?   Ma'am?   Could you give us

20   just five minutes?   Would you mind --

21             MS. GAJKOWSKI:   Sorry.

22             MR. NELSON:   -- going on the counter real

1   quick?

2           FEMALE SPEAKER:  I will --

3           MR. NELSON:  I'm so sorry.

4           FEMALE SPEAKER:  It's okay.

5           MR. NELSON:  No worries.  Thank you.

6           MS. GAJKOWSKI:  Brian, I want to help you out

7   here.  If there -- like, do you want a get a couple

8   numbers that you want that we can get from your phone?

9           MR. NELSON:  Yeah, absolutely.

10          MS. GAJKOWSKI:  And then you've got them

11  written down.  You can call who you need to.  And it's

12  important to note that if there's nothing to go through

13  and if you're innocent, this is going to be okay.  We

14  have to just do our full investigation.  That's our

15  responsibility.  And if everything's all right, it's

16  going to check out, right?

17          MR. NELSON:  Is there something we need to

18  know about, Brian?

19          MR. RAYMOND:  No.  I just got --

20          MR. NELSON:  Besides inconvenience?

21          MR. RAYMOND:  -- you know, naked photos on

22  there of women.

1          MR. NELSON:  Who cares?

2          MS. GAJKOWSKI:  Okay.  That's fine.

3          MR. NELSON:  -- nothing --

4          MS. GAJKOWSKI:  Everybody has naked photos.

5          MR. NELSON:  Hey, listen.  If you're text --

6     if you're sexting girls, I don't care.

7          MS. GAJKOWSKI:  We don't care.

8          MR. NELSON:  We asked you about exploitable

9     material.  We asked you about that stuff.  All that

10    shit's in the web anyways.  It's all downloaded.  It's

11    up on your accounts, right?  Don't do anything that's

12    going to make you look like you're trying to cover or

13    hide anything.  Okay?

14         MR. RAYMOND:  No, I'm not.  I'm not.  I'm

15    just --

16         MR. NELSON:  Listen.

17         MR. RAYMOND:  I'm just at a loss here.

18         MS. GAJKOWSKI:  Mm-hmm.

19         MR. NELSON:  I understand.  Let us get you the

20    contacts you need.  We need your PIN numbers for these

21    phones so we can access them.  Okay?

22         MR. RAYMOND:  I, I have to consult a lawyer,

1   honestly.  I can't -- it's just something I have to do.

2           MS. GAJKOWSKI:  Okay.

3           MR. RAYMOND:  You know, I don't know what my

4   rights are in this situation.

5           MS. GAJKOWSKI:  (Inaudible.)

6           MR. NELSON:  You're right, but we are seizing

7   the phones.  What we need to do, though, is we need to

8   unlock them and at least put them on airplane mode.

9   Okay?

10          MR. RAYMOND:  I can't do that until I talk

11  with my lawyer.  I just don't understand what's going

12  on here right now.

13          MS. GAJKOWSKI:  So -- so, what we are going to

14  do, because I, I just want to be clear, so you're not

15  willing to voluntarily give us your PIN.  Correct?

16          MR. RAYMOND:  No, not until I consult with a

17  lawyer.

18          MS. GAJKOWSKI:  Okay, understood.

19          MR. NELSON:  Yeah.  Okay.

20          MS. GAJKOWSKI:  So that's all right.

21          MR. RAYMOND:  I don't understand.

22          MS. GAJKOWSKI:  If, if there is a number that

1    you would like us to pull from it and you're willing to

2    give us the PIN, because for destruction of evidence

3    and kind of an exigency circumstance, I can't just give

4    you the phone and let you go through it.  But if you're

5    willing to work with us, like, in tandem, again, you

6    get to decide if you want to give us that passcode, we

7    can hook you up with a couple phone numbers from the

8    phone.  But that is your decision.  We can't coerce you

9    to give us any PINs.  Okay?

10            MR. NELSON:  Brian, we're being

11   straightforward with you.  We're not playing games.  If

12   you need the information, we'll get it to you.  You

13   want to know the truth?  The truth is, one way or

14   another, we're getting into the phones.  That's what we

15   do, right?  So whether you want to comply with that or

16   make that a difficult process is up to you.  I'm not

17   going to force you, man.  Okay?

18            MR. RAYMOND:  I know.  I just don't --

19            MR. NELSON:  We've got to get to the bottom of

20   it.  I'm sorry you're embarrassed.  I really am.  I --

21            MR. RAYMOND:  It's not that I'm embarrassed.

22   I just don't understand what's going on.

1          MS. GAJKOWSKI:  Okay.  A couple things that I

2    want to make sure that you're tracking on, this is

3    documentation that will help you.  This is the first

4    page of the search warrant.  It shows that it was

5    signed by a judge.

6          MR. RAYMOND:  Jesus.

7          MS. GAJKOWSKI:  It's certified, so this lists

8    everything.  We additionally wanted to show that we

9    have -- we're going to give you a property receipt,

10   right, so you know exactly what we're taking.  Again,

11   we go through all the right legal, proper procedures.

12   So we're going to give you a property receipt, so you

13   know exactly what we've taken.  We'll have a chain of

14   custody to make sure that it's all documented, that

15   these -- your items are safe.  And that's where we go

16   from here.  Okay?

17         MR. NELSON:  Brian, if everything checks out,

18   bro, you're going to be good to go.  But you know as

19   well as I do --

20         MS. GAJKOWSKI:  And we mean that, like.

21         MR. RAYMOND:  I'm not sure, like --

22         MR. NELSON:  We have to validate everything to

1   make sure it's -- credibility is legit.

2        MR. RAYMOND:   -- checking, but I don't

3   understand what my phone will show.  Like, you mean my

4   messages with her?

5        MR. NELSON:  Let me ask you a question.  If I

6   have to -- and don't take this the wrong way, man.  But

7   in your line of work, we have to explain why this is

8   important.  You're in a long line of work, right?

9        MR. RAYMOND:  No, I just --

10       MR. NELSON:  Come on.

11       MR. RAYMOND:  But it's just I gave you guys

12  copies of my -- but you want to check for yourselves?

13       MR. NELSON:  Yes.  We have to validate and

14  confirm everything.  This is a fair process, Brian, I'm

15  telling you.  This is how we do every single

16  investigation.  Bear with us here.  Okay?  If you're

17  good to go, you're good to go.  You'll get you up on

18  your feet.  But you got to go through the, the, the due

19  process, and we got to make sure we get all the facts

20  and objectively look at everything.  All right?  So

21  don't lose sleep over this.  If you, if you -- listen

22  to me.  If you're honest and you're telling us the

194

1   truth, that's fine.

2           MS. GAJKOWSKI:  Mm-hmm.

3           MR. NELSON:  If you're not honest and you're

4   bullshitting us or you're not telling us the truth,

5   then I'd be very concerned.

6           MR. RAYMOND:  Well, I just don't know how a

7   phone's going to show whether I'm bullshitting or not.

8           MR. NELSON:  Well, we'll see.  There could be

9   nothing.  Sometimes they have data; sometimes they

10  don't.  Is there something else on that phone you're

11  worried about, besides work, that we need to know

12  about, that could come back?  Because now is your

13  chance, man, to mitigate it.

14          MR. RAYMOND:  No, just some naked pictures.

15          MR. NELSON:  Dude, whatever.

16          MS. GAJKOWSKI:  That's okay.  That's totally

17  fine.

18          MR. NELSON:  Remember we talked about the

19  leather mask?  Remember when I asked you is there

20  anything I need to be worried about?  That's why.

21  Listen.  I can assure you this is a very close, quiet -

22  - this is not going back to the embassy.  This is us,

1   and we'll get to the bottom of it and we'll get the

2   facts, and you'll know the outcome eventually, right?

3   I know, dude.  Listen, it's a horrible position.  But

4   understand, this -- we have better things to do than to

5   deal with this.  Trust me, we do.

6           MR. RAYMOND:  A year and a half?  A year?

7   That's --

8           MR. NELSON:  I'm not saying that's how long

9   it's going to take.

10          MR. RAYMOND:  I know, I know.

11          MR. NELSON:  But you asked realistically, how

12  long can these stretch out?  Well, it depends.  We got

13  to dig through some of your personal life and some of

14  the women.  This woman made a very serious allegation.

15          MR. RAYMOND:  Yeah, I know.

16          MR. NELSON:  How can you -- what if it was

17  your daughter that was accused of rape?  What would you

18  want right now?  What if it was your mother accused of

19  rape?  What would you want?  You'd want federal agents

20  to do the best investigation they could, right?

21          MR. RAYMOND:  Yeah.

22          MR. NELSON:  That's what we're doing, man, and

1     we're treating with you the same dignity, respect and

2     rights as everybody else.  And when this is over,

3     you'll be able to be, like, I was fully investigated

4     under times of trials and tribulations.  My character

5     was affirmed that I'm a solid guy, right?  That's the

6     positive outcome, and you're fully vetted.  Or there's

7     something wrong and we'll find it.

8          But you know in your line of work, you have to

9     confirm and then you have to validate.  If you don't

10    check every box, people are going to look back at that,

11    well, you missed this or you missed that.  And as

12    investigators, we need to make sure we do a hundred

13    percent right by everybody.

14         So, we'll, we'll do this.  Go get another

15    phone, you know what I mean?  Go get another phone.

16    I'd highly recommend you don't try and destroy any

17    accounts or try and remotely go in and access stuff,

18    because it will just look really bad.  Okay?  If we

19    have a search warrant for your phone, you probably

20    realize that we have eyes on everything right now.

21              MR. RAYMOND:  Sure.

22              MR. NELSON:  So I'd be very careful what you

1    do.  You don't want to be seen to do anything wrong.

2    If you feel like you need an attorney, by all means do

3    that.  Just let us know, okay, seriously.  You got

4    Mikel's business card.  I'm just helping her with this.

5    Call Mikel if you hire an attorney so they can talk

6    directly too.

7              If you don't think you need an attorney and

8    you want to communicate directly with Mikel to be like,

9    where are we at on this, are you done yet, then do that

10   too.

11             MS. GAJKOWSKI:  You have my number and my

12   e-mail.  I don't have my business cards.  They're in

13   the office.

14             MR. NELSON:  We're not lying to you.  The only

15   reason why we didn't bring up the search warrant up

16   front is because we really wanted to chat with you.

17   And what you did is you confirmed everything you said

18   before, right?  Maybe in a little more detail because

19   of the different technique.

20             MR. RAYMOND:  Tried, yeah.

21             MR. NELSON:  Okay.

22             MS. GAJKOWSKI:  Just bear with us, because I

198

1   want to make sure you get a property receipt as well,

2   also with you, so that you've got documentation.  And

3   that's --

4           MR. NELSON:  You need numbers, e-mails,

5   whatever, let us know.  We'll do it for you, man.  It's

6   not a trick.

7           MR. RAYMOND:  No.  I know it's not a trick.

8   It's just --

9           MR. NELSON:  Brian, you got thrown on the

10   fire, buddy.  You just got to walk through it.  Okay?

11   I've seen a lot of guys in your position walk out

12   unscathed.

13           MR. RAYMOND:  Jesus.

14           MR. NELSON:  We make no promises.  We make no

15   guarantees.  But I'll give you a straight answer.

16   Okay?  I got to make sure everything I do and say, if

17   it was put in front of a judge or a jury, they respect

18   that what I did is ethical and fair, right?  I mean, I

19   -- you just didn't expect to be put in the middle of a

20   Law and Order episode, you know what I mean?

21           MR. RAYMOND:  No.

22           MS. GAJKOWSKI:  But Mikel brought up some

199

1   points, man.  Listen, you're under stress right now.  I

2   understand these are hard times.  Find somebody to talk

3   to.  Get -- if you feel like you need to talk to

4   somebody, get somebody to talk to.  Reach out to your

5   █████, your peer support group, family or friends.

6   Okay?  Let us do our job.  We will be objective and

7   we'll find the facts.  Okay?

8         MS. GAJKOWSKI:  You are staying at the

9   Fairfield?  Okay.  I just need to document -- this.

10  Just bear with me.

11        MR. NELSON:  If there's anything else, man,

12  you -- questions or concerns, ask me.  I'll still give

13  you a straight, very straight answer.  And your

14  reaction, not want to turn over your phones, especially

15  with your -- I get it.

16        MR. RAYMOND:  I just, I just need them, you

17  know.

18        MR. NELSON:  Listen, dude, I get it.  I really

19  get it.  We'll give you any phone numbers you want out

20  of there, any contact information we get out of there.

21  We're not trying to make your life difficult.  All

22  right?  But it's a give and take.

1          MS. GAJKOWSKI:  This is going to take a sec.

2     Do you want to grab some, like, water, bathroom break?

3     You're obviously free to go at any time.

4          MR. RAYMOND:  I'm okay.

5          MR. NELSON:  Just because we seized your

6     phone, doesn't mean you're detained.  All right?

7          MR. RAYMOND:  I know.

8          MR. NELSON:  It's just the item.  When this is

9     over with, each phone's back.

10          MR. RAYMOND:  But that's, like, what, a long

11    time, right?

12          MR. NELSON:  It could be, man.

13          MS. GAJKOWSKI:  Okay.  So item one --

14          MR. NELSON:  Dating abroad is a very dangerous

15    profession.

16          MR. RAYMOND:  Apparently.

17          MR. NELSON:  Listen, it's all I deal with.

18    And I can assure you, this is normal.

19          MR. RAYMOND:  Yeah.

20          MS. GAJKOWSKI:  What happened to the case on

21    this?

22          MR. RAYMOND:  Hmm?

1          MS. GAJKOWSKI:  Is there a cell phone case for

2     this, the red one?

3          MR. RAYMOND:  No, there was a case on the red

4     one.  There should be.

5          MS. GAJKOWSKI:  Did I take it off?

6          MR. NELSON:  No, it wasn't -- there was no

7     case.

8          MS. GAJKOWSKI:  (Inaudible) phone.

9          MR. RAYMOND:  No, the --

10         MS. GAJKOWSKI:  We're all good.

11         MR. RAYMOND:  The black one --

12         MS. GAJKOWSKI:  Got you.

13         MR. RAYMOND:  The black one did not have a

14     case.

15         MS. GAJKOWSKI:  This one doesn't have a case.

16     Okay, great.

17         MR. NELSON:  Yeah.  Yeah.  Be careful with

18     those phones.  That last guy I took a phone from, I

19     dropped it by accident walking back to the office.  I

20     had to pay for it.

21         MS. GAJKOWSKI:  We'll take good care --

22         MR. RAYMOND:  It's not worth anything.  It's a

1    6.   It's an old work phone.

2         MR. NELSON:  So, honesty is key, man,

3    seriously.

4         MR. RAYMOND:  Oh, yeah.  No, I don't -- I got

5    nothing to hide, honestly.  Nothing happened that night

6    that I would describe as inappropriate, honestly.  It's

7    a he said, she said situation.

8         MR. NELSON:  So what about yourself now?  So,

9    listen, just talk to your people and see what you can

10   do about getting some, some housing around here.  If

11   you're going to leave the country or go somewhere --

12        MR. RAYMOND:  No.

13        MR. NELSON:  -- at least give, give Mikel a

14   heads-up.  Okay?

15        MR. RAYMOND:  I won't be leaving the country,

16   that's for sure.  This is a pandemic, anyway, so you

17   can't really go anywhere.

18        MR. NELSON:  Here is the other thing you need

19   to be concerned about.  We will let you know if

20   something happens, if the Mexican authorities take any

21   action with a red pole notice.  We'll let you know,

22   because you still reflect the U.S. government.  Okay?

1  And we still don't want you to get jammed up into

2  something that's going to reflect poorly.

3           MS. GAJKOWSKI:  Here's this one -- can you

4  tell me how to turn this on airplane mode?

5           MR. RAYMOND:  I'd have to, I'd have to unlock

6  it, honestly.

7           MS. GAJKOWSKI:  To -- okay.  That's your

8  choice.

9           MR. RAYMOND:  I can't just --

10          MS. GAJKOWSKI:  Okay.  So it doesn't go into

11  airplane mode without unlocking it.  Is that correct?

12          MR. RAYMOND:  I don't know, to be honest with

13  you.

14          MS. GAJKOWSKI:  That's okay.

15          MR. RAYMOND:  I've never tried, yeah.

16          MS. GAJKOWSKI:  Cool.  All right.  Sorry.  I

17  just need to do multiple copies here, so that you've

18  got what I've got and that everything's tracking.

19  Here.  This one.  I am going to take this out if that's

20  okay.

21          MR. RAYMOND:  Yeah.

22          MS. GAJKOWSKI:  This is an XR, to the best of

204

1    your knowledge?

2           MR. NELSON:  You haven't swapped SIM cards or

3    anything since you got back?

4           MR. RAYMOND:  No.

5           MR. NELSON:  So listen, the most dangerous

6    thing and what I see -- and this is me talking from

7    experience, Brian.  I'm being straight with you.  The

8    most dangerous thing in these cases is false

9    statements.  Okay?

10          MR. RAYMOND:  Yeah.

11          MR. NELSON:  When all else fails, if there's a

12   false statement or untruth, that's what gets people.

13          MR. RAYMOND:  Yeah.  I haven't given any false

14   statement.

15          MR. NELSON:  Okay.  I've seen a lot of people

16   with he said, she saids get jammed up for lying, and

17   that's the worst.  So --

18          MR. RAYMOND:  No, we definitely drank, you

19   know.

20          MR. NELSON:  Yep.

21          MR. RAYMOND:  Definitely had sex.

22          MR. NELSON:  Oh, I concur, yeah.

1           MR. RAYMOND:  I mean, there's nothing I can

2    say that's different than that.  But I've done it

3    before and I'm not a pushy -- I would never push it.

4           MR. NELSON:  Just rolling the dice, man.

5           MR. RAYMOND:  I don't know.

6           MS. GAJKOWSKI:  Okay.  Hold onto those for me.

7    I'll put them in evidence bags in a second.

8           MR. NELSON:  You know what these are, right?

9           MR. RAYMOND:  Evidence bags.

10          MR. NELSON:  Faraday bags.

11          MR. RAYMOND:  Yeah.

12          MR. NELSON:  Electronic bags.

13          MS. GAJKOWSKI:  6/6/2020.

14          MR. NELSON:  Did you drive here or walk here?

15          MR. RAYMOND:  I walked.

16          MR. NELSON:  Okay.  You got wheels?

17          MR. RAYMOND:  No.  They didn't --

18          MR. NELSON:  You have a wallet with a card,

19   credit cards and stuff?

20          MR. RAYMOND:  Yeah.  I can get a car if I need

21   to, but they didn't give me one since they want me to

22   stay in quarantine.

1          MR. NELSON:  Okay.  Do you have phone numbers

2   to call people at work?  Do you know how to get in

3   touch with people at work?

4          MR. RAYMOND:  Think so.

5          MR. NELSON:  Okay.  Worst case scenario, you

6   still got your badge for work, right?

7          MR. RAYMOND:  Yeah.

8          MR. NELSON:  So you could show up there and

9   say, I need to chat with so and so.  Okay.  All right.

10   Is there anything on your phone critical to your

11   medical needs, mental health needs, anything,

12   medications, that you need to have access to?

13          MR. RAYMOND:  No, I don't think so.

14          MR. NELSON:  Okay.  If there is, e-mail Mikel.

15   Okay?  Your health, your wellbeing, that's more

16   important to us than this.  We'll find a way to help

17   you out.  Okay?

18          MR. RAYMOND:  Okay.

19          MR. NELSON:  All right.  And I ask everybody

20   at the end of one of these, one is -- if you need us to

21   call anybody for you, is there any friends or family

22   you need to come pick you up?

207

1          MS. GAJKOWSKI:  Legitimately.

2          MR. NELSON:  Anybody you want to talk to,

3    anything at all?

4          MR. RAYMOND:  No, I'm okay.

5          MR. NELSON:  Okay.  If that changes, give

6    Mikel a heads-up to get you the resources you need.

7    Okay?

8          MR. RAYMOND:  Okay.

9          MR. NELSON:  We're not just investigators.  We

10   do a little social work to help people out.

11         MR. RAYMOND:  Okay.

12         MR. NELSON:  Point you in the right direction.

13   Okay?

14         MR. RAYMOND:  Understood.

15         MR. NELSON:  All right.

16         MS. GAJKOWSKI:  Sorry, guys.  It's still going

17   to be just a little bit.  I apologize.  Again, you're

18   welcome -- we're just going to be here, so if you want

19   to take a break.

20         MR. RAYMOND:  It's okay.

21         MS. GAJKOWSKI:  Or whatever you want to do.  I

22   just got to get all these filled out --

1           MR. RAYMOND:  Getting sunnier out.

2           MS. GAJKOWSKI:  Yeah, I know.  It's brutally

3   hot.

4           MR. NELSON:  I love how everybody puts

5   together social media sites and then recruits everybody

6   from law enforcement to it and doesn't see how that can

7   be a problem.

8           MR. RAYMOND:  Easy to find.

9           MR. NELSON:  Oh, absolutely, man.  Come on.

10          MS. GAJKOWSKI:  Okay.  Okay.  So then I -- I

11  sign.

12          MR. NELSON:  Keep you updated how this comes

13  along.  Okay?

14          MR. RAYMOND:  Yeah, I appreciate that.

15          MS. GAJKOWSKI:  Search -- 6/6/2020 -- time

16  received --

17          MR. NELSON:  Well, there goes a Saturday,

18  right?

19          MR. RAYMOND:  Yeah, not that I had one, big

20  one planned.  I'm not even supposed to leave my hotel.

21  I don't know why.  They, they got me locked in.

22          MR. NELSON:  Really?

1          MR. RAYMOND:  Yeah.  That's why I don't have a

2     car.

3          MR. NELSON:  Because you're quarantined

4     because you came in from overseas?

5          MR. RAYMOND:  Yeah.

6          MS. GAJKOWSKI:  -- virtual evidence custodian.

7          MR. NELSON:  The hazards of our jobs.

8          MR. RAYMOND:  Yeah, right?

9          MS. GAJKOWSKI:  -- the owner.

10         MR. NELSON:  I agree.  I agree.

11         MS. GAJKOWSKI:  -- the owner.

12         MR. NELSON:  I was overseas.  I've traveled to

13    three countries in the end of January, beginning of

14    February.  I came home.  I felt like I got hit by a

15    car.  I felt like I got hit by a bus.  I was sick,

16    every, every single symptom, right?  Then I ended up

17    feeling okay.  I go back to work.  This comes out, so I

18    recently went to work.

19         MR. RAYMOND:  Antibody test?

20         MR. NELSON:  No.  Feel like the government has

21    no -- what do you mean, we have no approved?  There's

22    nothing approved?  Just stay at home.  I was like, so

210

```
1   we have no path or plan for -- no, we got nothing.   I
2   was like, no antibody, no -- nope.   So here I am,
3   unable to go anywhere or do anything.
4            MR. RAYMOND:   I wonder, I wonder if you had
5   it.
6            MR. NELSON:   I'm going to get a private one
7   and see what happens.   They're, like, 10 bucks.
8            MR. RAYMOND:   Yeah, yeah, you should.
9            MR. NELSON:   I think I'm going to get, like,
10  two of them.   That way, make sure --
11           MR. RAYMOND:   Yeah.   I heard they're not
12  accurate.
13           MR. NELSON:   I know.   That's my fear.   I got a
14  kid that had serious health conditions, so I always
15  wonder, you know?   But the wind's blowing this way
16  today, so we're good.
17           MR. RAYMOND:   I'm not worried.   You got to
18  really be in close contact, and I'm not -- you got to -
19  - you know, you don't touch your face, it's okay.
20           MR. NELSON:   You need to take care of yourself
21  in the dating world, though, man.
22           MR. RAYMOND:   Yeah.
```

211

1          MR. NELSON:  Seriously.  Look out for number

2     one.

3          MR. RAYMOND:  Yeah, honestly, I, I never had

4     anything like this happen, so that's why I'm, I'm not -

5     - I don't feel I did anything inappropriate.

6          MR. NELSON:  Well, we'll dig down in the facts

7     and we'll get back you.  All right?

8          MR. RAYMOND:  Yeah.

9          MR. NELSON:  God, it's humid today.

10         MR. RAYMOND:  It's getting hotter and hotter.

11         MS. GAJKOWSKI:  It's brutal.

12         MR. NELSON:  And I just bought a new

13    motorcycle and I want to go ride a little bit, but I

14    don't know if I'm going to get out today with the kids.

15         MS. GAJKOWSKI:  -- occasion -- seized, one,

16    one -- case -- 6/6/20 -- okay.  So, Ted, I'm going to

17    give you -- this is for the red iPhone, if you can just

18    verify and then just sign at the bottom, and then I'll

19    do this other copy here.

20         The first item -- Brian, you will want to hold

21    onto that.  You can hold it, whatever you want to do.

22         MR. RAYMOND:  That's my copy.  This is my

212

 1   copy?

 2          MS. GAJKOWSKI:  That's yours, yeah.

 3          MR. NELSON:  And there's no, there's no serial

 4   number on the back or anything like that?

 5          MS. GAJKOWSKI:  For the red one, no.  We don't

 6   have a case number assigned to this, so if you or

 7   anyone needs to get any of this information that we

 8   don't have yet for this form, they can -- they or you

 9   can contact me.

10          MR. RAYMOND:  Okay.

11          MS. GAJKOWSKI:  And we'll provide all of that.

12   We'll give you everything you need.

13          MR. NELSON:  It's a pretty transparent process

14   from here.  We'll reach out.  Your, your people have

15   any questions, give us a call.

16          MR. RAYMOND:  Okay.

17          MR. NELSON:  All right?  Listen, this process

18   is not new to them.

19          MR. RAYMOND:  Yeah, I know, I know.

20          MR. NELSON:  Oh, man.

21          MS. GAJKOWSKI:  Does he need to stick around

22   while we also seal it up or --

1          MR. NELSON:  No.  Once you get your copy and

2     all, you're good.

3          MS. GAJKOWSKI:  Okay.

4          MR. NELSON:  Do you have any other questions?

5          MR. RAYMOND:  No, I don't, actually, not at

6     this time.

7          MR. NELSON:  All right.

8          MS. GAJKOWSKI:  67059 --

9          MR. NELSON:  So, listen.  This is going to go

10    back to our office and sit in evidence.

11         MR. RAYMOND:  Understand.

12         MS. GAJKOWSKI:  -- 495.

13         MR. NELSON:  So, here's what I'll tell you,

14    man.  I tell everybody this.  Today's been a big day.

15    You've kind of relived this.  You've kind of dug down

16    in your memory files.  You tried to pulled stuff up.

17    You've done your best to recall information.  You had

18    your phone taken.  It's been a long day.  You may go

19    home, and you may really think hard about the incident

20    and you might remember other things.  Okay?

21         MR. RAYMOND:  Okay.

22         MS. GAJKOWSKI:  Mm-hmm.

1          MR. NELSON:  I tell everybody, you got 24

2     hours to call and be, like, hey, I forgot something or

3     hey, I, I need to tell you this.  Good.  After 24

4     hours, all bets are off.  Is that fair enough?

5          MR. RAYMOND:  That's fair.

6          MR. NELSON:  Okay.  I know sometimes people go

7     home and they think about things.  They're like, ah,

8     shit, I forgot to tell the agents this.  And if I don't

9     -- maybe they think I'm lying, and they stress about

10    it.  I tell people, don't stress about it.  Just call

11    us and let us know.

12         MR. RAYMOND:  Right.

13         MR. NELSON:  Hey.  Is that fair?

14         MR. RAYMOND:  It's fair.

15         MR. NELSON:  Okay.  And that's something I do

16    for everybody, 24-hour window if there's something else

17    you forgot, or you want to clarify something.  That's

18    fine.  But after 24 hours, it's locked in stone and I

19    can't change it.  And any alters, you know, it looks

20    suspicious.  And this is a -- this is stressful, you

21    know?  It is.  Go home.  You think about it, and you're

22    like man, I remember this, or I remember that.  It's

1   normal.

2          MS. GAJKOWSKI:  Brian, it's not an easy thing,

3   and I, I just -- I really want to be clear.  If

4   everything checks out and you didn't do anything, it's

5   going to be okay.  I know it's a scary time right now

6   and I know this is a really rough moment.

7          MR. RAYMOND:  Yeah.

8          MS. GAJKOWSKI:  But, like, this is as bad as

9   it is, right?  So -- 02814 -- okay.  I sign here.

10  Believe it or not, there are still more copies, but we

11  just want to make sure that we've got a copy and you've

12  got a copy that we both have signed and that you can

13  take one with you, and then you don't have to wait for

14  all this other stuff.

15         Okay.  So confirm that those two are also the

16  same.  I have one of one, and that is for the silver

17  iPhone.

18         MR. NELSON:  Good deal.

19         MS. GAJKOWSKI:  All right.  You have a copy

20  of the search warrant, search and seizure.  Ted signed.

21  I've signed.  And then what we want to give you an

22  opportunity to do is just obviously compare both of

1    these to make sure that our copy exactly matches the

2    copy that you have.  Cool.  All right.

3              MR. NELSON:  Give you both these together --

4              MS. GAJKOWSKI:  No, that's fine.  Okay.  So

5    we'll just take these one at a time.  So this is for

6    the silver one, and take your time reading through it,

7    right?  So just verify that everything is as it says.

8    Case --

9              MR. RAYMOND:  Okay.  Is this -- are these both

10   of my copies or --

11             MS. GAJKOWSKI:  So you're going to get one for

12   each item, so the one, that should be for a red one,

13   and the other one --

14             MR. RAYMOND:  A --

15             MS. GAJKOWSKI:  -- should be for a silver one.

16             MR. RAYMOND:  Yeah.  I --

17             MS. GAJKOWSKI:  But before we do that, I do

18   need to ask you to sign and print for all four of

19   these, right?

20             MR. RAYMOND:  Okay.

21             MS. GAJKOWSKI:  Does that make sense?

22             MR. NELSON:  Let him use your notepad --

1          MS. GAJKOWSKI:  Yeah.  Go ahead and sign on

2     that.  Okay.  And then I also want to just fill this

3     out before he leaves, so he's got --

4          MR. RAYMOND:  Yeah.

5          MR. NELSON:  I'm going to go here and just

6     step aside -- oh, no, we can't.

7          MS. GAJKOWSKI:  (Inaudible.)  Sorry.

8          MR. NELSON:  How far is the hotel from here,

9     Brian?

10         MR. RAYMOND:  It's a really quick walk.

11         MR. NELSON:  Okay.

12         MR. RAYMOND:  Here's my copy.

13         MS. GAJKOWSKI:  Thank you.  Just -- okay,

14    great.  Okay.  So this is one of one for item, so I

15    take one, you take one.

16         MR. NELSON:  The heck am I doing?

17         MS. GAJKOWSKI:  Huh?

18         MR. NELSON:  Anti-bacterial with fluff fluff

19    blue glue and --

20         MS. GAJKOWSKI:  The problem is they just smell

21    like pina coladas and it just makes you want to drink.

22    Also, should we -- do we need to sign down here again,

218

 1   under, received by?  I will just -- so it's going to be

 2   a little bit, kind of probably overkill, but where you

 3   have signed, I'm also going to sign that it was

 4   received by me.  Okay?

 5            MR. RAYMOND:  Okay.

 6            MS. GAJKOWSKI:  So, Mikel Gajkowski, because

 7   sometimes you got more people on site, but in this case

 8   it's just us.  I'll just again let you verify that I've

 9   filled that out at the bottom, and we'll be doing the

10   same on all of these.  Chain of custody, we're good on

11   that leader, right --

12            MR. NELSON:  Put it in evidence, yeah.

13            MS. GAJKOWSKI:  Yeah.  Just want to make sure.

14   All right.

15            MR. NELSON:  So --

16            MS. GAJKOWSKI:  So, these, these are my

17   copies.  And if you don't mind here -- sorry.  I'm not

18   trying to make your life difficult.  See how at the

19   bottom where it says copy one, owner?

20            MR. RAYMOND:  Uh-huh.

21            MS. GAJKOWSKI:  Contributor.  And then the

22   other one's original.  So I'm going to take --

```
1              MR. RAYMOND:   The originals.

2              MS. GAJKOWSKI:   The original, yep.   And then

3    let me make sure you've got both of (inaudible).   So

4    I've got a red iPhone and a silver iPhone.

5              MR. RAYMOND:   Yep.

6              MS. GAJKOWSKI:   And you've got what you need?

7              MR. RAYMOND:   I do.

8              MS. GAJKOWSKI:   Okay.   All right.   You still

9    have my e-mail.   Correct?   Okay.   Brian, thanks for

10   coming out today.   We hope to get through this as fast

11   as we can.

12             MR. RAYMOND:   Thanks.

13             MS. GAJKOWSKI:   Okay?

14             MR. RAYMOND:   Appreciate it.

15             MS. GAJKOWSKI:   Okay.   Thank you for your

16   time.

17             MR. NELSON:   Yeah.   Well, and let us know --

18   if we have any updates, we'll be in touch with you,

19   buddy.   There's no games from here.   It's just if we

20   have questions, we'll reach out to you.

21             MR. RAYMOND:   Okay.

22             MR. NELSON:   If you have questions, reach out
```

220

1    to us.  There's no, there's no secret games.

2          MR. RAYMOND:  All right.  No, I understand.

3    All right.  Thanks a lot, guys.

4          MS. GAJKOWSKI:  Okay.  Thanks.

5          MR. NELSON:  Brian, take care, man.

6          MR. RAYMOND:  All right.

7          MR. NELSON:  Hang in there, man.

8          MS. GAJKOWSKI:  The time is 12:26, Saturday,

9    June 6th, and this concludes our interview and search

10   and seizure warrant execution.

11              (The interview was concluded.)

12                        *   *   *   *   *

13

14

15

16

17

18

19

20

21

22