IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-CR-380-CKK |
| | ) | |
| BRIAN JEFFREY RAYMOND, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S EMERGENCY MOTION TO SEAL DEFENSE EXHIBITS**

On April 29, 2022, the defendant filed his Motion to Withdraw Guilty Plea and attached numerous exhibits taken from the discovery materials in this case. Several of those exhibits may have been attached in violation of the Protective Order Governing Unclassified Discovery, entered on February 22, 2022. The Protective Order states, in relevant part, "Except as provided by this Order, the legal defense team shall not disseminate the materials or their contents directly or indirectly to any person, entity, or public forum without further order of this Court." DE 98, para. 3. Should defense counsel believe the materials can be safely disseminated in redacted form, they must seek concurrence from the government, specifying the materials and proposed redactions. DE 98, para. 12.

The victims have a right to be treated with respect for their dignity and privacy. *See* 18 U.S.C. § 3771(a)(8). Some of the exhibits attached to the defendant's motion include full and complete reports from victim interviews. While the victims' names are not included in the exhibits, the interview reports contain highly personal details. The government acknowledges that these victims may testify at a future evidentiary hearing,[1] at which point many of these facts will

---

[1] Based upon the issues to be addressed at the evidentiary hearing, the government's investigation is continuing in some respects. Furthermore, the defendant's motion to withdraw his guilty plea is pending, and should it be granted, the government's investigation would continue in preparation for an indictment and subsequent trial. As such, the government seeks to seal the witness interview reports to protect its ongoing investigation.

1

become public. But placing their full and complete interview reports on the public record at this time, months in advance of that hearing, will only serve to intimidate the victims, violate their rights to privacy and dignity, and discourage their further cooperation in the case. Filing these few exhibits under seal will not hinder the Court's consideration of the defendant's motion to withdraw his plea, as the Court will have full access to the sealed exhibits.

In addition to the victim interview reports, the exhibits contain a copy of a search warrant affidavit that remains sealed in the Eastern District of Virginia as well as a report containing sensitive information.

Accordingly, the government respectfully requests that the following exhibits be removed from the public docket immediately: Docket Entries 119-1 (Exhibit A), 119-3 (Exhibit C), 119-14 (Exhibit N-1), 119-15 (Exhibit N-2), 119-16 (Exhibit O), and 119-17 (Exhibit P). The government requests that defense counsel re-file Docket Entries 119-1 (Exhibit A), 119-3 (Exhibit C), 119-14 (Exhibit N-1), 119-15 (Exhibit N-2), and 119-17 (Exhibit P) under seal. The government will confer with defense counsel on a version of 119-16 (Exhibit O) that could be re-filed on the public record.

Defense counsel opposes the request and intends to file a written response. The government requests that these exhibits be temporarily sealed or removed from the public docket pending receipt of the defendant's response and issuance of the Court's decision.

//
//
//
//
//

Respectfully submitted this 2ⁿᵈ day of May, 2022.

|  |  |
|---|---|
| KENNETH A. POLITE, JR.<br>Assistant Attorney General | MATTHEW M. GRAVES<br>United States Attorney |
| By: _____/s/_____<br>Jamie B. Perry<br>MD Bar No: 1012160031<br>Danielle L. Hickman<br>CA Bar No: 193766<br>Trial Attorneys<br>U.S. Dept. of Justice, Criminal Division<br>Human Rights and Special Prosecutions<br>1301 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 307-3262<br>Jamie.Perry@usdoj.gov<br>Danielle.Hickman@usdoj.gov | By: _____/s/_____<br>Angela N. Buckner<br>DC Bar #1022880<br>Assistant United States Attorney<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2656<br>Angela.Buckner@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused an electronic copy of the *Government's Emergency Motion to Seal Defense Exhibits* to be served via ECF upon counsel for Defendant Brian Jeffrey Raymond.

By:       /s/
      Jamie B. Perry, Trial Attorney
      U.S. Department of Justice
      Human Rights and Special Prosecutions
      1301 New York Avenue, Northwest
      Washington, D.C. 20530
      (202) 307-3262
      Jamie.Perry@usdoj.gov