IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN JEFFREY RAYMOND, | ) |
| | )   CRIMINAL NO. 1:21-cr-00380-CKK |
| Defendant. | ) |
| | ) |

### DEFENDANT'S MOTION FOR IMMEDIATE APPOINTMENT OF CONFLICT COUNSEL JEFFREY O'TOOLE

The Defendant, Brian Jeffrey Raymond, by and through his attorneys, hereby respectfully moves the Court to immediately appoint Jeffrey O'Toole as conflict counsel for the Defendant (the "Motion"). In support of this Motion, the Defendant states as follows:

On May 16, 2022, the government filed a Motion for Hearing on Attorney Conflict. Dkt. No. 124 ("Conflict Motion"). The following day, the Court set a briefing sechedule for the government's Motion and ordered that "[o]nce the briefing has been completed, the Court shall appoint Jeffrey O'Toole to represent Mr. Raymond for the limited purpose of advising him of any conflicts of interest and advising the Court of his and analysis." Minute Order, May 17, 2022. The Court further stayed the briefing schedule on Mr. Raymond's motion to withdraw pending the "resolution of the aforementioned conflict motion." *Id*.

Mr. Raymond respectfully moves the Court to appoint Mr. O'Toole immediately. Undersigned counsel does not believe that it is necessary for the briefing on the Conflict Motion to be complete before Mr. O'Toole can begin his independent analysis and limited represntation of Mr. Raymond. Indeed, Mr. O'Toole was appointed in this case on two prior occasions without the benefit of any briefing on the alleged conflict-of-interest. This third allegation of a conflict-of-interest is no different than the prior instances. Delaying Mr. O'Toole's appointment until on

or after June 3, 2022 would only have the effect of extending the conflict resolution process by, at least, three weeks.  Mr. Raymond thus respectfully requests that Mr. O'Toole be appointed immediately to avoid this delay and permit the Court to reset the briefing schedule of, and eventual hearing of, the substance of his motion to withdraw his guilty plea.

Undersigned counsel conferred with the government who stated that "The government prefers to follow the Court's order as it stands, recognizing that the intent may have been to provide Mr. O'Toole with the parties' arguments, as briefed, before he advises the defendant."  Email from Danielle Hickman to A. Joseph Jay III, May 17, 2022.  Mr. Raymond nor his counsel believe that such argumentation is necessary before Mr. O'Toole begins his independent analysis as Mr. O'Toole is already familiary with the facts of this matter and can fully apprise himself of the government's position through its Conflicts Motion.  Moreover, Mr. O'Toole will still likely have all of the benefit of the argument before the hearing on the Conflicts Motion.

Respectfully submitted this 17th day of May, 2022.

|  |  |
|---|---|
| /s/ | /s/ |
| A. Joseph Jay III (D.C. 501646) | John Marston (D.C. 493012) |
| Denise Giraudo | FOLEY HOAG LLP |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | 1717 K Street NW |
| 2099 Pennsylvania Avenue, NW | Washington, D.C. 20006 |
| Washington, D.C. 20006 | (202) 223-1200 |
| (202) 747-1900 | jmarston@foleyhoag.com |
| jjay@sheppardmullin.com |  |
| dgiraudo@sheppardmullin.com |  |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing motion upon government counsel by filing it with the Court's Electronic Case Filing ("ECF") System.

                                                         /s/
                                      A. Joseph Jay III