### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 1:21-cr-00380-CKK |
| : | |
| BRIAN JEFFERY RAYMOND : | |
| : | |
| Defendant. : | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDER CONFIRMING ATTORNEY-CLIENT PRIVILEGE (ECF 133)

Defendant, Brian Jeffrey Raymond, by and through undersigned counsel, hereby submits this response to the government's Motion for an order confirming waiver of the attorney-client privilege with respect to defendant's ineffective assistance of counsel claims and authorizing disclosure of relevant information (ECF 133):

The United States and defense counsel met and conferred regarding this matter on June 22, 2022 and agreed to the attached proposed order. The United States has authorized undersigned counsel to present the attached proposed order as agreed by the parties and request that the Court enter it upon consent.

Date: June 22, 2022

| /s/ | /s/ |
|---|---|
| A. Joseph Jay III (D.C. 501646) | John Marston (D.C. 493012) |
| Denise Giraudo | FOLEY HOAG LLP |
| SHEPPARD, MULLIN, RICHTER & | 1717 K Street NW |
|    HAMPTON LLP | Washington, D.C. 20006 |
| 2099 Pennsylvania Avenue, NW | (202) 223-1200 |
| Washington, D.C. 20006 | jmarston@foleyhoag.com |
| (202) 747-1900 | |
| jjay@sheppardmullin.com | |
| dgiraudo@sheppardmullin.com | |

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing motion upon government counsel by filing it with the Court's Electronic Case Filing ("ECF") System.

                                                    /s/
                                    A. Joseph Jay III