Exhibit 3
(Discovery Letter: June 16, 2021)



U.S. Department of Justice

Criminal Division
Human Rights and Special Prosecutions

*Washington, D.C. 20530*

June 16, 2021

**Via USAfx**

Courtney Forrest
Jon Jeffress
John Marston

      Re:   United States v. Brian Jeffrey Raymond

Dear Ms. Forrest, Mr. Jeffress, and Mr. Marston,

      Pursuant to your request for discovery under Federal Rule of Criminal Procedure 16(a)(1)(A)-(G), this letter will confirm that you have received, as discovery in this case, documents and media uploaded to USAfx. This production contains Part Two of the materials from DSS, most of which were created between June and December 2020. The remaining DSS materials, most of which were created after December 2020, will be produced shortly. Many of these items have already been provided to you unofficially during plea negotiations, including but not limited to Raymond's chats with victims redacted by his employer, as well as materials from both June 2 and June 6, 2020 interviews. Please be reminded that all enclosed discovery is subject to the terms of the protective order authorized by the U.S. Magistrate judge.

      The discovery production contains DSS materials marked Raymond-0000007856-Raymond-0000010542, including but not limited to:

- Daily logs from Raymond's apartment building, along with embassy personnel's notes from review of the logs
- Additional preservation requests
- Agent Ted Nelson voice memo, dated June 6, 2020
    - Note: we have included the two body-worn camera videos from June 6 to ensure that the materials relevant to Agent Nelson's voice note are easily accessible. Those two videos and the voice note were provided unofficially in January 2020. The Bates-stamped copies of the two body-worn camera videos will be included in an upcoming production.
- Local embassy staff work product, in which a staff person noted what she perceived as inconsistent statements pertaining to AV-1 and AV-1's mother
- September 1, 2020 interview of neighbor Martha, in which inconsistent statements are noted
- Additional reports and notes from the May 31, 2020 incident written by embassy personnel
- Items provided to the embassy by AV-1, to include copies of various Mexican law enforcement reports, chats with friends, and AV-1's heartrate data from her

1

    smartwatch, to include data from May 31, 2020
- Audio clip accidentally captured on May 31, 2020 by AV-1's mother
- Raymond passport information
- Photographs of Raymond's apartment taken by ARSO Cody Shaw on May 31, 2020
- Two brief video clips taken by ARSO Cody Shaw outside of Raymond's building on May 31, 2020
- Interview reports – neighbors
- Switchboard calls from May 31, 2020
- Lease documents from embassy pertaining to Raymond's apartment building
- First Tinder SW return (password: TIN_#!BId78c3)
- October 2020 booking photos
- Selected work product created by FBI and DSS analysts – all underlying data is included in device extractions and search warrants provided in SCIF

Available for your review in our offices or in the DOJ SCIF are:

- Full chats from social media of numerous women/victims
- Data extractions from laptops, phones, iPads, thumb drives, etc.
- Social media search warrant returns (second Tinder return, Bumble, iCloud, Hinge)
- Email search warrant returns (Yahoo, multiple Google accounts)

  As you know, the investigation has been ongoing in this case, and we continue to receive search warrant returns, identify victims or individuals of interest, conduct interviews, respond to tip-line inquiries, etc. We will continue to produce new materials as they are received.

  The use of USA-FX to securely transmit discovery constitutes and satisfies the Government's discovery obligations to produce the aforementioned discovery in this matter. Please download these files immediately from USA-FX. The folder expires on **July 18, 2021**. Advise us immediately if you have difficulty downloading the discovery folder.

  As mentioned above and in previous letters, there are number of items that can be reviewed at the USAO, HRSP, or in the DOJ SCIF at your convenience. These items cannot be included in the regular productions because they are classified, are undergoing classification review, have yet to undergo classification review, and/or contain obscene material. Please contact us should you want to set up a review meeting.

  Additionally, in order to comply with Federal Rule of Criminal Procedure 16, which requires that I make a formal discovery demand, I have included a "Notice" and "Demand for Discovery" below.

## NOTICE OF COMPLIANCE WITH FED. R. CRIM. P. 16

  In providing you with the above materials, the United States has complied with Federal Rule of Criminal Procedure 16.

  In the event that additional discovery material comes into our possession, you will be notified, and those materials will be made available to you through the above procedure.

## DEMAND FOR RECIPROCAL DISCOVERY

At this time, the United States requests, pursuant to Rule 16(b)(1)(A) and (B), that the Defendant permit the United States to inspect and copy or to photograph:

(1)     Books, papers, documents, photographs, tangible objects or copies or portions thereof, which are within the possession, custody, or control of the defendant which the defendant intends to introduce as evidence-in-chief at the trial; and

(2)     Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with a particular case, or copies thereof within the possession or control of the defendant which the defendant intends to introduce as evidence-in-chief at the trial or which were prepared by a witness the defendant indents to call at trial when the results or reports relate to his testimony.

Please notify me as soon as possible if such documents, reports, etc., are available so that appropriate arrangements can be made. This is a continuing request, so that materials which are discovered in the future should be brought to the United States' attention and appropriate arrangements may be made for review.

## NOTICE OF ALIBI

Pursuant to Federal Rule of Criminal Procedure 12.1, the United States demands written notice of intention to offer a defense of alibi, stating specifically each place where the defendant claims to have been at the time of the offense and the names, addresses, and phone numbers of the witnesses on whom the defendant intends to rely to establish such alibi.

Thank you in advance for your continued attention to this matter. If you have any additional questions, please do not hesitate to contact us.

Very truly yours,

CHANNING PHILLIPS
Acting United States Attorney
District of Columbia

s/April N. Russo
April N. Russo
Assistant United States Attorney

NICHOLAS L. MCQUAID
Acting Assistant Attorney General
U.S. Department of Justice
Criminal Division

s/Jamie B. Perry
Jamie B. Perry, Trial Attorney
U.S. Department of Justice, Criminal Division

.