UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-CR-380-CKK |
| | : | |
| BRIAN JEFFREY RAYMOND, | : | |
| | : | |
| Defendant | : | |

## GOVERNMENT'S EMERGENCY MOTION TO SEAL EXHIBIT

The United States, by and through the undersigned attorneys, respectfully files this motion to seal a government exhibit previously provided to the Court. On July 22, 2022, the government filed its opposition to defendant Brian Jeffrey Raymond's motion to withdraw guilty plea (ECF No. 147). One of the attached exhibits to that opposition, Exhibit 4, is an audio recording of the defendant's June 6, 2020 interview with law enforcement. The audio recording contains highly sensitive work-related information. Therefore, the government should have filed Exhibit 4 under seal. The government contacted counsel for the defendant, and the defendant does not oppose this motion. The government now respectfully requests that Exhibit 4 be sealed.

Respectfully submitted,

| | |
|---|---|
| KENNETH A. POLITE, JR. | MATTHEW M. GRAVES |
| Assistant Attorney General | United States Attorney |
| | |
| __/s/_____ | __/s/_____ |
| Danielle L. Hickman | Angela N. Buckner |
| CA Bar No: 193766 | DC Bar No. 1022880 |
| Trial Attorney | Assistant United States Attorney |
| U.S. Dept. of Justice, Criminal Division | United States Attorney's Office |
| Human Rights and Special Prosecutions | 601 D Street, N.W. |
| 1301 New York Avenue, Northwest | Washington, D.C. 20530 |
| Washington, D.C. 20530 | (202) 252-2656 |
| (202) 616-2333 | Angela.Buckner@usdoj.gov |
| Danielle.Hickman@usdoj.gov | |