UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>BRIAN JEFFREY RAYMOND,<br>  Defendant. | Criminal No. 21-cr-0380 (CKK) |

**ORDER**
(October 26, 2022)

Upon consideration of Defendant Brian Raymond's [119] Motion to Withdraw Guilty Plea, and the Government's [147] Opposition thereto, and for the reasons set forth in detail in the accompanying Memorandum Opinion, it is this 26th day of October 2022,

ORDERED that Defendant's [119] Motion to Withdraw Guilty Plea is GRANTED; and it is further

ORDERED that the parties shall file a Joint Status Report by November 16, 2022, indicating whether or not Defendant is ready to go forward to trial and identifying any potential preliminary issues for resolution prior to this Court setting a schedule for trial and related dates.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE