IN THE UNITED STATES DISTRICT COURT
FOR THEDISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Criminal No. 1:21-CR-380-CKK |
| ) | |
| **BRIAN JEFFREY RAYMOND,** ) | |
| ) | |
| **Defendant** ) | |

## GOVERNMENT'S NOTICE REGARDING CASE POSTURE

The United States of America, by and through the undersigned attorneys, respectfully files this Notice regarding the posture of the instant case. On October 26, 2022, this Court issued an Order granting the defendant's Motion to Withdraw his Guilty Plea. Shortly thereafter, the Court issued a scheduling order, requiring the parties to submit a joint status report by November 16, 2022, indicating whether the defendant is ready to go forward to trial and identifying any preliminary issues. The government files the instant Notice to memorialize the current posture of the case.[1]

First, the government seeks to clarify that the defendant pled guilty prior to the filing of an Indictment in this case. Accordingly, the defendant is currently facing charges detailed in the two pending Criminal Complaints, filed on October 8, 2020 and December 31, 2020, respectively. *See* ECF Nos. 1 and 19. The parties met on November 3, 2022 to discuss the timing of a future indictment and other preliminary matters, and the parties will be prepared to file a joint status update on November 16, 2022 as ordered by the Court.

Second, on July 19, 2022, this Court recused Ms. Perry from the proceeding regarding the

---

[1] The government informed counsel for the defendant that it would be filing this Notice.

defendant's motion to withdraw his guilty plea. ECF No. 142 ("Attorney Jamie Perry is directed to recuse herself from proceedings relating to Defendant's motion to withdraw his plea. No other recusal is deemed necessary at this time."). Given that the proceeding has concluded, the government files this notice to inform the Court and counsel for the defendant that the Department of Justice intends to have Ms. Perry serve as an active member of the prosecution team moving forward, consistent with the law.

Date: November 4, 2022

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>District of Columbia | KENNETH A. POLITE, JR.<br>ASSISTANT ATTORNEY GENERAL<br>U.S. Department of Justice<br>Criminal Division |
| /s/<br>Janani Iyengar<br>NY Bar No. 5225990<br>Assistant United States Attorney<br>United States Attorney's Office for<br>Washington, D.C.<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>(202) 252-7760<br>Janani.Iyengar@usdoj.gov | /s/<br>Jamie B. Perry<br>MD Bar No. 1012160031<br>Angela N. Buckner<br>DC Bar No. 1022880<br>Trial Attorneys<br>U.S. Dept. of Justice, Criminal Division<br>Human Rights and Special Prosecutions<br>1301 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 307-3262<br>(202) 616-0238<br>Jamie.Perry@usdoj.gov<br>Angela.Buckner.2@usdoj.gov |