# Exhibit D

USA v. __Brian Raymond__                                   Case No. __21-CR-380 (CKK)__

**Addendum to Order and Conditions of Pretrial Release: Bail (18 U.S.C. 3142(c))**
In addition to the conditions of pretrial release set forth in the "Order of Conditions of Pretrial Release: Bail,"
Defendant shall:

_X_ 1. Surrender passports and all travel documents to Pretrial Services. Do not apply or reapply for any passport or travel documents during the pendency of case;

_X_ 2. Avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense.

_X_ 3. Submit to psychiatric/psychological counseling as specified by Pretrial Services, and such counseling is to be with a counselor who has experience in treating individuals charged with sexual crimes;

_X_ 4. Participate in the "Computer Monitoring Program" and do not use/access any computer without monitoring software installed, unless approved in advance by Pretrial Services;

_X_ 5. Do not access any social networking sites including, but not limited to, MySpace, Facebook, Friendster, etc.;

_X_ 6. Do not access any website or possess any material of adults and/or minors engaged in sexually explicit conduct as defined by Title 18 U.S.C. 2256(2);

_X_ 7. Do not access any online computer service or any other device with internet capabilities (IPODS, X-Box, Wii, cellular phone) at any location, at any time. This includes any internet service provider, bulletin board system or other public or private network;

___ 8. No direct or indirect contact with children under the age of 18 unless accompanied and supervised by an adult who is aware of the charges and who must be physically present at the time of the contact;

___ 9. Report to Pretrial Services within 8 hours of any unauthorized contact with any person under the age of 18;

___ 10. Do not engage in any paid occupation or volunteer service that allows for direct or indirect exposure to children under the age of 18, unless approved in advance by the Court and Pretrial Services;

___ 11. Shall not frequent or loiter in any place where children under the age of 18 congregate (e.g., schools, parks, playgrounds, video arcades, swimming pools, etc.);

___ 12. Notify employer of conditions of release within _____ days of release.

_X_ 13. Participate in the Location Monitoring Program and abide by all technology requirements.
    _X_ Defendant shall pay all or part of the costs of monitoring as directed by the court and/or the Pretrial Services Officer. Defendant and sureties are responsible for all equipment associated with this program including loss or damage.
    The defendant will be placed on ( X ) GPS monitoring ( ) Voice Verification, under the following:
    ( X ) Home Incarceration
    (   ) Home Detention
    (   ) Curfew - remain at your residence every day from
    _____ (am/pm) to _____ (am/pm) or as directed by the Pretrial Services Officer;

_X_ 14. **Defense counsel to notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody directly to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.**

___ 15. Other: __Defendant may participate in calls and video conferences with legal counsel. Defendant may leave home for medical appointments, including psychiatric/psychological evaluation and counseling as directed by Pretrial Services.__

DATED: _____                         _____
                                                                        Federal Judge

(Rev 6/2010)

**COURT COPY**