UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00380-CKK |
| | : | |
| BRIAN JEFFERY RAYMOND | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF GOVERNMENT POSITION REGARDING DEFENDANT
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

On February 16, 2023, defendant Brian J. Raymond filed a Motion for Bond. *See* ECF No. 179. On that same day, the Court issued a Minute Order directing the government to indicate its position on the defendant's accompanying motion for leave to file documents under seal. *See* ECF No. 180. The government hereby notifies the Court and Counsel that it does not oppose the defendant's motion to seal with respect to Exhibits A, B, and B-1 referenced in the defendant's Motion for Bond and Release from Custody.

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES | KENNETH A. POLITE, JR. |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| District of Columbia | U.S. Department of Justice |
| | Criminal Division |
| | |
| /s/ | /s/ |
| Meredith E. Mayer-Dempsey | Angela N. Buckner |
| NY Bar No. 5213202 | DC Bar No. 1022880 |
| Assistant United States Attorney | Trial Attorney |
| United States Attorney's Office | U.S. Dept. of Justice, Criminal Division |
| for the District of Columbia | Human Rights and Special Prosecutions |
| 601 D Street, Northwest | 1301 New York Avenue, Northwest |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| (202) 252-7259 | (202) 616-0238 |
| Meredith.Mayer-Dempsey@usdoj.gov | Angela.Buckner.2@usdoj.gov |