UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No. 1:21-cr-00380-CKK |
| | : | |
| BRIAN JEFFERY RAYMOND | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S EXHIBIT LIST FOR OPPOSITION
TO DEFENDANT'S MOTION FOR BOND AND RELEASE FROM CUSTODY

| Exhibit | Description |
|---|---|
| A 1 | Video depicting defendant manipulating AV-9's body and touching her breast |
| A 2 | Photograph depicting defendant opening AV-9's eyelid |
| A 3 | Photograph depicting AV-9 nude on defendant's bed |
| B 1 | Video depicting defendant manipulating AV-7's eyelid, mouth and nose |
| B 2 | Photograph depicting defendant straddling AV-7's nude body |
| C 1 | Video depicting defendant manipulating AV-6's limbs |
| C 2 | Photograph depicting AV-6 nude on defendant's bed |
| C 3 | Photograph depicting defendant manipulating AV-6's eyelids |
| D 1 | Video depicting defendant manipulating AV-5's mouth and eyelids |
| D 2 | Photograph depicting defendant touching AV-5's inner thigh |
| D 3 | Photograph depicting AV-5 nude on defendant's bed |
| E 1 | Photograph depicting defendant manipulating AV-23's eyelids |
| E 2 | Photograph depicting defendant manipulating AV-23's arm |
| E 3 | Photograph depicting AV-23 nude lying face down on defendant's bed |
| E 4 | Photograph depicting AV-23 nude lying face up on defendant's bed with leg spread |
| F 1 | Photograph depicting red marks on AV-15's back and buttocks |
| F 2 | Photograph depicting AV-15 nude lying face down on bed |
| G 1 | Photograph depicting defendant manipulating AV-4's eyelids |
| G 2 | Photograph depicting AV-4 partially nude lying on bed |
| H 1 | Photograph depicting AV-17 lying on floor wearing only underwear |
| H 2 | Photograph depicting defendant manipulating AV-17's eyelids |
| H 3 | Photograph depicting AV-17 on bed with underwear pulled down |

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>District of Columbia | KENNETH A. POLITE, JR.<br>ASSISTANT ATTORNEY GENERAL<br>U.S. Department of Justice<br>Criminal Division |
| /s/<br>Meredith E. Mayer-Dempsey<br>NY Bar No. 5213202<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the District of Columbia<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>(202) 252-7259<br>Meredith.Mayer-Dempsey@usdoj.gov | /s/<br>Angela N. Buckner<br>DC Bar No. 1022880<br>Trial Attorney<br>U.S. Dept. of Justice, Criminal Division<br>Human Rights and Special Prosecutions<br>1301 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 616-0238<br>Angela.Buckner.2@usdoj.gov |