# EXHIBIT E

|  | iPhone XR[1] | Purple Asus Laptop | Blue Asus Laptop | iCloud | MacBook Air | Kingston SD Card | SanDisk Cruzer USB Flash Drive | Yahoo |
|---|---|---|---|---|---|---|---|---|
| **AV-2** | 4 photographs 2 videos | | | 77 photographs 8 videos | 94 photographs | | | |
| **AV-3** | 3 videos | | | 16 photographs 3 videos | 38 photographs | | | |
| **AV-4** | 2 videos | | | 8 photographs 2 videos | 20 photographs | | | |
| **AV-5** | 12 videos | | | 25 photographs 10 videos | 80 photographs | | | |
| **AV-6** | 5 videos | | | 64 photographs 6 videos | 49 photographs | | | |
| **AV-7** | 1 photograph | | | 77 photographs 4 videos | | | | |
| **AV-8** | | | | 13 photographs 1 video | | | | |
| **AV-9** | | | | 20 photographs 15 videos | | | | |
| **AV-10** | | | | 1 photograph | | | | |
| **AV-11** | | | | 3 videos | | | | |
| **AV-12** | | | | 10 photographs | 24 photographs | | | |

---

[1] These images were carved. In this context, "carved" means a file embedded in another file. In other words, not the original file.

|  | iPhone XR | Purple Asus Laptop | Blue Asus Laptop | iCloud | MacBook Air | Kingston SD Card | SanDisk Cruzer USB Flash Drive | Yahoo |
|---|---|---|---|---|---|---|---|---|
| AV-13 |  |  |  | 9 photographs | 18 photographs |  |  |  |
| AV-14 |  |  |  | 3 photographs |  |  |  |  |
| AV-15 |  |  |  | 6 photographs | 1 photograph |  |  |  |
| AV-16 |  |  |  | 2 photographs |  |  |  |  |
| AV-17 |  |  |  | 6 photographs | 57 photographs |  |  |  |
| AV-18 |  |  |  | 9 photographs | 72 photographs |  |  |  |
| AV-19 | 1 photograph |  |  | 2 photographs | 12 photographs | 1 photograph |  |  |
| AV-20 |  | 18 photographs | 1 photograph |  |  |  |  | 7 photographs |
| AV-21 |  |  | 4 photographs |  |  |  | 3 photographs |  |
| AV-22 |  | 16 photographs | 4 photographs |  |  |  |  |  |
| AV-23 |  |  |  |  |  | 40 photographs |  |  |
| AV-24 |  |  |  |  |  | 27 photographs |  |  |
| AV-25 |  |  |  |  | 46 photographs |  |  |  |
| AV-26 |  |  |  |  |  |  |  |  |
| AV-27 |  |  |  |  |  |  |  |  |
| AV-28 |  |  |  |  | 2 photographs |  |  |  |
| **Total Images** | **29** | **34** | **9** | **400** | **513** | **68** | **3** | **7** |