UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00380-CKK |
| | : | |
| BRIAN JEFFREY RAYMOND | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. The government has consulted counsel for the defendant, and he does not oppose this motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES | KENNETH A. POLITE, JR. |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| District of Columbia | U.S. Department of Justice |
| | Criminal Division |
| | |
| /s/ | /s/ |
| Meredith E. Mayer-Dempsey | Angela N. Buckner |
| NY Bar No. 5213202 | DC Bar No. 1022880 |
| Assistant United States Attorney | Trial Attorney |
| United States Attorney's Office | U.S. Dept. of Justice, Criminal Division |
| for the District of Columbia | Human Rights and Special Prosecutions |
| 601 D Street, Northwest | 1301 New York Avenue, Northwest |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| (202) 252-7259 | (202) 616-0238 |
| Meredith.Mayer-Dempsey@usdoj.gov | Angela.Buckner.2@usdoj.gov |