UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN JEFFREY RAYMOND,<br>       Defendant | Criminal Action No. 21-380 (CKK) |

**ORDER**
(April 21, 2023)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [179] Motion for Bond and Release from Custody is **DENIED**.

**SO ORDERED**.

**Dated:** April 21, 2023

                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge