

U.S. Department of Justice

Criminal Division
Human Rights and Special Prosecutions

*Washington, D.C. 20530*

January 27, 2021

**Via Courier**

Jonathan Jeffress, Courtney Forrest, and Emily Voshell
KaiserDillon PLLC
1099 14th Street, Northwest
8th Floor West
Washington, D.C. 20005

Re:   United States v. Brian Jeffrey Raymond

Dear Mr. Jeffress, Ms. Forrest, and Ms. Voshell:

Pursuant to your oral request for discovery under Federal Rule of Criminal Procedure 16(a)(1)(A)-(G), this letter will confirm that you have received, as discovery in this case, documents and media contained on two discs and hand-delivered to your office. The first disc contains documents bates numbered as Raymond-0000000001 through Raymond0000004414.  The second disc includes numerous documents that are not yet bates numbered and will be re-produced with bates numbers in the next discovery production.  Please be reminded that all enclosed discovery is subject to the terms of the protective order authorized by the U.S. Magistrate judge.

The discovery production includes but is not limited to:

- Search warrants and affidavits
- FBI serials and reports
- Selected Raymond Emails
- Select ARSO/Embassy Reports to include reports about interviews of AV-1
- Social Media Chats with Select Victims AV-1, AV-4, AV-5, AV-6, AV-7, AV-9, AV-11, AV-12, AV-14, AV-18 (*additional chats are currently under classification review)
- AV Interviews (AV-1, AV-2, AV-4, AV-5, AV-6, AV-7, AV-8, AV-9, AV-10, AV-11, AV-14, AV-15, AV-16, AV-17, AV-18) (*remaining attachments forthcoming)
- Screenshot of hand-written note recovered from Raymond's belongings in La Mesa, California
- Raymond Interviews May 31, June 2, June 6 (*audio recordings have been classified by the employer in their unredacted form – redacted transcripts have been provided as well as other related reports and body cam footage videos – reports of the June 2 and June 6 interviews are currently under classification review)

Available for your review at HRSP, the USAO, FBI, or DSS are:

- Depictions of AV-1 through AV-25, many of which constitute obscene material
- Full chats with numerous women/victims
- Forensic images from laptops, phones, tablets, etc. (examination of devices is ongoing and forensic reports are not yet complete – some images may contain material pending classification review and therefore would need to be reviewed by cleared individuals at a secure DSS or FBI facility)

Currently, some items are undergoing classification review by Raymond's previous employer. If you have not yet received your clearance, review of some items will be delayed. Once cleared, any classified discovery will be made available in a SCIF at the U.S. District Court for the District of Columbia.

Note that we anticipate providing additional discovery from both DSS and FBI in the coming weeks. Also note that our investigation is ongoing, to include continued review of Raymond's devices, finalization of forensic reports from those devices, execution of search warrants, review of search warrant returns (Tinder (x2), Bumble, iCloud, Yahoo, and Google (multiple)), identification of victims, interviews with victims and other witnesses, and contact with individuals from the FBI tip-line. We are also working to translate a lengthy MLAT return from Mexico and redact audio and video interview recordings. Accordingly, we anticipate several additional discovery productions in the coming months.

Evidence in this case includes sexually explicit videos or images that constitute obscene material and/or classified information. As mentioned above, these items can be reviewed here at your convenience. Please contact us should you want to set up a review meeting.

Additionally, in order to comply with Federal Rule of Criminal Procedure 16, which requires that we make a formal discovery demand, we have included a "Notice" and "Demand for Discovery" below.

## NOTICE OF COMPLIANCE WITH FED. R. CRIM. P. 16

In providing you with the above materials, the United States has complied, and will continue to comply, with Federal Rule of Criminal Procedure 16. We expect that additional discoverable materials will come into our possession. As such, you will be notified on a rolling basis, and those materials will be made available to you through the above procedure.

## DEMAND FOR RECIPROCAL DISCOVERY

At this time, the United States requests, pursuant to Rule 16(b)(1)(A) and (B), that the Defendant permit the United States to inspect and copy or to photograph:

(1) Books, papers, documents, photographs, tangible objects or copies or portions thereof, which are within the possession, custody, or control of the defendant which the defendant intends to introduce as evidence-in-chief at the trial; and

(2) Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with a particular case, or copies thereof within the possession or control of the defendant which the defendant intends to introduce as evidence-in-chief at the trial or which were prepared by a witness the defendant indents to call at trial when the results or reports relate to his testimony.

Please notify us as soon as possible if such documents, reports, etc., are available so that appropriate arrangements can be made. This is a continuing request, so that materials which are discovered in the future should be brought to the United States' attention and appropriate arrangements may be made for review.

## NOTICE OF ALIBI

Pursuant to Federal Rule of Criminal Procedure 12.1, the United States demands written notice of intention to offer a defense of alibi, stating specifically each place where the defendant claims to have been at the time of the offense and the names, addresses, and phone numbers of the witnesses on whom the defendant intends to rely to establish such alibi.

If you have any questions or concerns or have any difficulty with the files, please do not hesitate to contact Jamie Perry at 202-262-9763 or April Russo at 202-252-1717.

Sincerely,

*/s/ Jamie Perry*
Jamie Perry, Trial Attorney
United States Department of Justice
Human Rights and Special Prosecutions Section

*/s/ April N. Russo*
April N. Russo
Assistant United States Attorney
District of Columbia