UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00380-CKK |
| | : | |
| **BRIAN JEFFREY RAYMOND** | : | |
| | : | |
| Defendant. | : | |

**STIPULATION REGARDING TESTIMONY FOR THE
HEARING ON THE DEFENDANT'S MOTION TO SUPPRESS**

The United States of America, by and through undersigned counsel, and defendant Brian Jeffrey Raymond, through counsel, hereby agree and stipulate as follows:

1.  Mr. Brian Christin is a Special Agent and the Division Chief of the Computer Investigations Forensics (CIF) Division of the U.S. Department of State. He has been in that role since 2019 and was in that role in June 2020. In his role as the Division Chief, Special Agent Brian Christin routinely works with other Special Agents to address technology and forensic matters related to investigations handled by the Department of State Office of Special Investigations, as well as other investigations across the Department of State.

2.  Mr. Ryan Stitzer is a Special Agent and a Program Manager for the Computer Investigations Forensics (CIF) Division of the U.S. Department of State. He has been in that role since 2019 and was in that role in June 2020. In his role as a Program Manager, Special Agent Ryan Stitzer routinely works with a group of contractors who provide digital forensic lab services across the Department of State.

3.  Special Agents Ryan Stitzer and Brian Christin do not recall speaking with or being contacted by Special Agent Gajkowski regarding a warrant for the seizure and search of Mr. Brian

1

J. Raymond's iPhone 6 and iPhone XR (the "Warrant") prior to June 6, 2020.

4. If asked their opinion, Special Agents Stitzer and Christian would affirmatively state that Evidence Technician Karen Steadman did not have the necessary qualifications to advise SA Gajkowski as to the technology related aspects of the Warrant and/or of the Warrant execution.

Respectfully Submitted,

For the Government:

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>District of Columbia | KENNETH A. POLITE, JR.<br>ASSISTANT ATTORNEY GENERAL<br>U.S. Department of Justice<br>Criminal Division |
| /s/<br>Meredith E. Mayer-Dempsey<br>NY Bar No. 5213202<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the District of Columbia<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>(202) 252-7259<br>Meredith.Mayer-Dempsey@usdoj.gov | /s/<br>Angela N. Buckner<br>DC Bar No. 1022880<br>Trial Attorney<br>U.S. Dept. of Justice, Criminal Division<br>Human Rights and Special Prosecutions<br>1301 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 616-0238<br>Angela.Buckner.2@usdoj.gov |

Counsel for Brian Jeffrey Raymond:

| | |
|---|---|
| s/Denise E. Giraudo<br>Denise E. Giraudo (D.C. No. 499348)<br>Joseph Jay III (D.C. No. 501646)<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>(202) 747-1900<br>DGiraudo@sheppardmullin.com<br>JJay@sheppardmullin.com | s/John Marston<br>John Peter Marston<br>FOLEY HOAG, LLP<br>1717 K Street, NW<br>Washington, DC 20006<br>(202) 261-7321<br>Fax: (202) 785-6687<br>jmarston@foleyhoag.com |