# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 1:21-cr-00380-CKK |
| BRIAN JEFFREY RAYMOND | : |
| Defendant. | : |

## PROPOSED CIPA SCHEDULING ORDER
(June __, 2023)

*Proposed Deadlines*

<u>CIPA Litigation</u>

| | |
|---|---|
| Government Section 4 | July 17, 2023 |
| Defense Section 5 | August 18, 2023 |
| Government Response to Section 5 | September 1, 2023 |
| Defense Response Regarding Section 5 | September 8, 2023 |
| Section 6 (Both Government and Defense) | September 22, 2023 |
| Section 6 Responses (Both Government and Defense) | October 6, 2023 |
| Section 6 Hearing, If Needed[1] | October 20, 2023 |

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] Should a 6(a) hearing be necessary, during the time between the Government's Section 6(a) Motion and 6(b) Notice and date of the hearing, counsel for the defendant shall explain the relevance and admissibility of each item in his section 5 notice.

1