UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

BRIAN JEFFREY RAYMOND,

Defendant

Criminal Action No. 21-380 (CKK)

**ORDER**
(June 27, 2023)

Pending before the Court is the Government filter team's motion to disclose purportedly nonprivileged materials to the Government prosecution team. The motion and related briefing are presently under seal and maintained in Chambers. Pursuant to LCrR 59.1(a), this motion is **REFERRED** to a Magistrate Judge for resolution. The Court shall convey the materials to the Magistrate Judge upon assignment.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge