| Government | ☐ | <div align="center">United States of America<br>VS.<br>Brian Jeffrey Raymond</div> | Civil/Criminal No. <u>21-cr-380</u> |
|---|---|---|---|
| Plaintiff | ☐ | | |
| Defendant | ☐ | | |
| Joint | ☐ | | |
| Court | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1A | Mr. White's Notes (ID Only) | X | | Raymond White | |
| 1B | iPhone 6 Device Information Report | | X | Raymond White | |
| 2 | iPhone XR Device Information Report | | X | Raymond White | |
| 3 | Summary of Evidence Recovered from Devices and Electronic Storage | | X | Raymond White | |
| 4 | Affidavits in Support of Search Warrants **[UNDER SEAL]** | ----- | ----- | ----- | |
| 4A | Two iPhones (June 5, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4B | Mexico Residence (June 11, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |

| | | | | | |
|---|---|---|---|---|---|
| 4C | iCloud (August 14, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4D | Tinder (August 19, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4E | Five Devices Seized in Mexico (August 19, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4F | Cell Site (September 30, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4G | California Residence and Devices (October 9, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4H | LG Phoenix Phone (October 9, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4I | Mexico Residence (October 22, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4J | Bumble (November 27, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4K | Tinder, Second (November 27, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4L | Google (November 27, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |

| | | | | | |
|---|---|---|---|---|---|
| 4M | Yahoo (November 27, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4N | Five Devices Seized in California (November 27, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4O | Storage Unit (December 4, 2020) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4P | T-Mobile (March 5, 2021) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 4Q | Hinge (April 12, 2021) **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 5 | Text Messages – Agent Gajkowski and Defendant | | X | Mikel Gajkowski | |
| 6 | Photographs – Lake Fairfax Park | ----- | ----- | ----- | |
| 6A | Pavilion H (Front) | | X | Mikel Gajkowski | |
| 6B | Pavilion H (Rear) | | X | Mikel Gajkowski | |
| 7 | 12 Photos of iPhone XR | | X | Mikel Gajkowski | |
| 8 | 13 Photos of iPhone 6 | | X | Mikel Gajkowski | |
| 9 | June 2, 2020 Recorded Interview with Defendant **[UNDER SEAL]** | | X | Mikel Gajkowski | |

3

| | | | | | |
|---|---|---|---|---|---|
| 9A | 00:00:00 – 00:01:15 | | X | Mikel Gajkowski | |
| 9B | 00:01:50 – 00:02:30 | | X | Mikel Gajkowski | |
| 9C | 00:10:45 – 00:11:15 | | X | Mikel Gajkowski | |
| 9D | 00:11:35 – 00:12:25 | | X | Mikel Gajkowski | |
| 9E | 00:12:32 – 00:12:55 | | X | Mikel Gajkowski | |
| 9F | 00:13:50 – 00:14:18 | | X | Mikel Gajkowski | |
| 9G | 00:15:50 – 00:16:05 | | X | Mikel Gajkowski | |
| 9H | 00:16:28 – 00:17:45 | | X | Mikel Gajkowski | |
| 9I | 00:17:45 – 00:18:45 | | X | Mikel Gajkowski | |
| 9J | 00:18:45 – 00:18:58 | | X | Mikel Gajkowski | |
| 9K | 00:19:40 – 00:19:50 | | X | Mikel Gajkowski | |
| 10 | Jimmy Johns | ----- | ----- | ----- | |
| 10A | Wide View of Jimmy Johns | | X | Mikel Gajkowski | |
| 10B | Closeup of Jimmy Johns | | X | Mikel Gajkowski | |
| 11 | June 6, 2020 Recorded Interview with Defendant **[UNDER SEAL]** | | X | Mikel Gajkowski | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 11A | 00:00:00 – 00:01:05 |  | X | Mikel Gajkowski |  |
| 11B | 00:01:38 – 00:01:45 |  | X | Mikel Gajkowski |  |
| 11C | 00:08:20 – 00:08:30 |  | X | Mikel Gajkowski |  |
| 11D | 1:37:55 – 1:39:05 |  | X | Mikel Gajkowski |  |
| 11E | 1:39:50 – 1:40:20 |  | X | Mikel Gajkowski |  |
| 11F | 1:41:20 – 1:41:30 |  | X | Mikel Gajkowski |  |
| 11G | 1:41:30 – 1:42:00 |  | X | Mikel Gajkowski |  |
| 11H | 1:42:10 – 1:42:30 |  | X | Mikel Gajkowski |  |
| 11I | 1:43:20 – 1:43:40 |  | X | Mikel Gajkowski |  |
| 11J | 1:44:25 – 1:44:35 |  | X | Mikel Gajkowski |  |
| 11K | 1:44:35 – 1:45:00 |  | X | Mikel Gajkowski |  |
| 11L | 1:46:20 – 1:47:10 |  | X | Mikel Gajkowski |  |
| 11M | 1:47:20 – 1:48:24 |  | X | Mikel Gajkowski |  |
| 11N | 1:48:45 – 1:49:05 |  | X | Mikel Gajkowski |  |
| 11O | 1:50:25 – 1:50:40 |  | X | Mikel Gajkowski |  |
| 11P | 1:54:50 – 1:55:00 |  | X | Mikel Gajkowski |  |

| | | | | | |
|---|---|---|---|---|---|
| 11Q | 1:57:00 – 1:57:25 | | X | Mikel Gajkowski | |
| 11R | 2:13:00 – End | | X | Mikel Gajkowski | |
| 11S | 1:41:25-1:41:33 | | X | Mikel Gajkowski | |
| 11T | 1:41:47 – 1:41:58 | | X | Ted Nelson | |
| 11U | 1:45:32 – 1:46:17 | | X | Ted Nelson | |
| 11V | 1:47:16 – 1:47:50 | | X | Ted Nelson | |
| 11W | 1:47:55 – 1:48:37 | | X | Ted Nelson | |
| 11X | 2:00:30 – 2:01:00 | | X | Ted Nelson | |
| 11Y | 2:13:25 – 2:13:52 | | X | Ted Nelson | |
| 12 | Map of Area, Including Hotel and Jimmy Johns | ----- | ----- | ----- | |
| 12A | Jimmy Johns to Hotel | | X | Mikel Gajkowski | |
| 12B | Jimmy Johns to Outback | | X | Mikel Gajkowski | |
| 12C | Jimmy Johns, Outback, and Chick Fil A | | X | Mikel Gajkowski | |
| 13 | Photographs of Hotel | ----- | ----- | ----- | |
| 13A | Exterior | | X | Mikel Gajkowski | |

| # | Description | | | Witness |
|---|---|---|---|---|
| 13B | Hallway | | X | Mikel Gajkowski |
| 13C | Lobby | | X | Mikel Gajkowski |
| 14 | June 6, 2020 Body Worn Camera Footage, Part 1 | | X | Mikel Gajkowski |
| 15 | June 6, 2020 Body Worn Camera Footage, Part 2 | | X | Mikel Gajkowski |
| 16 | Preservation Request for Defendant's iCloud Account | | X | Mikel Gajkowski |
| 16A | Preservation Request | X | | Mikel Gajkowski |
| 17 | Former SA Ted Nelson Text Messages | | X | Mikel Gajkowski |
| 18 | Former SA Victor Karabin Text Messages | | X | Mikel Gajkowski |
| 19 | Text Message Chain – Group Message among Ms. Perry, SA Karabin, and SA Palmer Jones | | X | Mikel Gajkowski |
| 20 | Former Case Prosecutor Ms. Perry Text Messages | | X | Mikel Gajkowski |
| 21 | Agent Gajkowski Email with Mr. Passis | | X | Mikel Gajkowski |
| 22 | Agent Gajkowski Email with Mr. Passis – June 4 | | X | Mikel Gajkowski |

| | | | | | |
|---|---|---|---|---|---|
| 23 | Perry Email (ECF 217-11, Exhibit K to Government Opposition to Motion to Compel Privileged Materials) | | X | Mikel Gajkowski | |
| 24 | Transcript of Body Worn Camera Footage | | X | Mikel Gajkowski | |
| 25 | Transcript of June 2, 2020 Interview **[UNDER SEAL]** | | X | Mikel Gajkowski | |
| 26 | June 1, 2023 Motion Hearing Transcript | | | | |
| 27 | June 2, 2023 Motion Hearing Transcript | | | | |
| 28 | June 5, 2023 Motion Hearing Transcript | | | | |
| 29 | June 8, 2023 Motion Hearing Transcript | | | | |
| 30 | June 9, 2023 Motion Hearing Transcript | | | | |
| 31 | AR 12-14 | | | | |