UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN J. RAYMOND,<br><br>    Defendant. | Criminal No. 21-CR-380 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**

July 13, 2023

|  | *Previous Deadline* | *Proposed Deadline* |
|---|---|---|
| ~~Motion to Suppress~~ | | |
| ~~Defendant's Motion~~ | ~~March 3, 2023~~ | |
| ~~Government's Response~~ | ~~March 17, 2023~~ | |
| ~~Defendant's Reply~~ | ~~March 24, 2023~~ | |
| ~~Hearing~~ | ~~April 13-14, 2023~~ | |
| ~~Discovery & Associated Deadlines~~ | | |
| ~~Government to complete any final discovery under present indictment~~ | ~~February 24, 2023~~ | |
| ~~Government's CIPA Section 2 Motion~~ | ~~February 24, 2023~~ | |
| ~~Aspirational date for grand jury decision re: superseding indictment~~ | ~~March 15, 2023~~ | |
| ~~Government to complete discovery under any superseding indictment~~ | ~~March 15, 2023~~ | |
| ~~Discovery motions (Fed. R. Crim. P. 16)~~ | ~~April 21, 2023~~ | |
| Expert Notices & Other Crimes Evidence | | |
| Government's expert notice (FRE 701 & 702) | July 14, 2023 | August 25, 2023 |
| Defendant's expert notice (FRE 701 & 702) | July 14, 2023 | August 25, 2023 |
| Government's FRE 404(b) notice | July 14, 2023 | August 25, 2023 |
| Defendant's response to FRE 404(b) notice | July 28, 2023 | September 8, 2023 |
| *Brady* notice | | |

1

Experts

| | | |
|---|---|---|
| Expert reports (FRE 702) | August 14, 2023 | August 25, 2023 |
| Lay witness identification and subject matter (FRE 701) | August 14, 2023 | August 25, 2023 |

Non-Evidentiary Pretrial Motions

| | | |
|---|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | June 30, 2023 | July 28, 2023 |
| Government's response to Defendant's non-evidentiary motions | July 14, 2023 | August 11, 2023 |
| Defendant's reply as to non-evidentiary motions | July 21, 2023 | August 18, 2023 |
| Government's non-evidentiary pretrial motions | June 30, 2023 | July 28, 2023 |
| Defendant's response to Government's non-evidentiary motions | July 14, 2023 | August 11, 2023 |
| Government's reply as to non-evidentiary motions | July 21, 2023 | August 18, 2023 |

Evidentiary Pretrial Motions

| | | |
|---|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | July 28, 2023 | August 25, 2023 |
| Government's response to Defendant's evidentiary motions | August 11, 2023 | September 8, 2023 |
| Defendant's reply as to evidentiary motions | August 18, 2023 | September 15, 2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | July 28, 2023 | August 25, 2023 |
| Defendant's response to Government's evidentiary motions | August 11, 2023 | September 8, 2023 |
| Government's reply as to evidentiary motions | August 18, 2023 | September 15, 2023 |

Motions in Limine

| | | |
|---|---|---|
| Motions *in limine* by both sides | August 4, 2023 | September 15, 2023 |
| Responses to motions *in limine* | August 18, 2023 | September 29, 2023 |
| Replies as to motions *in limine* | August 25, 2023 | October 6, 2023 |
| Joint notice of stipulations | September 8, 2023 | October 18, 2023 |
| *Giglio*, *Jencks*, and Rule 26.2 material | August 18, 2023 | September 29, 2023 |
| *Voir Dire* and Jury Instructions | August 28, 2023 | October 13, 2023 |

<u>Witness and Exhibit Lists</u>

| | | |
|---|---|---|
| Government's witness list, exhibit list and exhibits | September 4, 2023 | October 13, 2023 |
| Defendant's witness list, exhibit list and exhibits | September 4, 2023 | October 13, 2023 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is tentatively set for **November 8, 2023**.

**Counsel for the Government**

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>District of Columbia | KENNETH A. POLITE, JR.<br>ASSISTANT ATTORNEY GENERAL<br>U.S. Department of Justice<br>Criminal Division |
| /s/<br>Meredith E. Mayer-Dempsey<br>NY Bar No. 5213202<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the District of Columbia<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>(202) 252-7259<br>Meredith.Mayer-Dempsey@usdoj.gov | /s/<br>Angela N. Buckner<br>DC Bar No. 1022880<br>Trial Attorney<br>U.S. Dept. of Justice, Criminal Division<br>Human Rights and Special Prosecutions<br>1301 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 616-0238<br>Angela.Buckner.2@usdoj.gov |

**Counsel for Defendant**

| | |
|---|---|
| /s/<br>Denise E. Giraudo (D.C. 499348)<br>A. Joseph Jay III (D.C. 501646)<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>(202) 747-1900<br>dgiraudo@sheppardmullin.com<br>jjay@sheppardmullin.com | /s/<br>John Marston (D.C. 493012)<br>FOLEY HOAG LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>(202) 223-1200<br>jmarston@foleyhoag.com |

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge