# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

UNITED STATES OF AMERICA,

   v.

BRIAN J. RAYMOND,

   Defendant.

</td><td>

Criminal No. 21-CR-380 (CKK)

</td></tr>
</table>

**PROPOSED PRETRIAL SCHEDULING ORDER**

July \_\_\_, 2023

|  | *Previous Deadline* | *Proposed Deadline* |
|---|---|---|
| ~~Motion to Suppress~~ | | |
| | | |
| ~~Defendant's Motion~~ | ~~March 3, 2023~~ | |
| ~~Government's Response~~ | ~~March 17, 2023~~ | |
| ~~Defendant's Reply~~ | ~~March 24, 2023~~ | |
| ~~Hearing~~ | ~~April 13-14, 2023~~ | |
| | | |
| ~~Discovery & Associated Deadlines~~ | | |
| | | |
| ~~Government to complete any final discovery under present indictment~~ | ~~February 24, 2023~~ | |
| ~~Government's CIPA Section 2 Motion~~ | ~~February 24, 2023~~ | |
| ~~Aspirational date for grand jury decision re: superseding indictment~~ | ~~March 15, 2023~~ | |
| ~~Government to complete discovery under any superseding indictment~~ | ~~March 15, 2023~~ | |
| ~~Discovery motions (Fed. R. Crim. P. 16)~~ | ~~April 21, 2023~~ | |
| | | |
| Expert Notices & Other Crimes Evidence | | |
| | | |
| Government's expert notice (FRE 701 & 702) | July 14, 2023 | August 25, 2023 |
| Defendant's expert notice (FRE 701 & 702) | July 14, 2023 | August 25, 2023 |
| Government's FRE 404(b) notice | July 14, 2023 | August 25, 2023 |
| Defendant's response to FRE 404(b) notice | July 28, 2023 | September 8, 2023 |
| *Brady* notice | | |

<u>Experts</u>

| | | |
|---|---|---|
| Expert reports (FRE 702) | August 14, 2023 | August 25, 2023 |
| Lay witness identification and subject matter (FRE 701) | August 14, 2023 | August 25, 2023 |

<u>Non-Evidentiary Pretrial Motions</u>

| | | |
|---|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | June 30, 2023 | July 28, 2023 |
| Government's response to Defendant's non-evidentiary motions | July 14, 2023 | August 11, 2023 |
| Defendant's reply as to non-evidentiary motions | July 21, 2023 | August 18, 2023 |
| Government's non-evidentiary pretrial motions | June 30, 2023 | July 28, 2023 |
| Defendant's response to Government's non-evidentiary motions | July 14, 2023 | August 11, 2023 |
| Government's reply as to non-evidentiary motions | July 21, 2023 | August 18, 2023 |

<u>Evidentiary Pretrial Motions</u>

| | | |
|---|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | July 28, 2023 | August 25, 2023 |
| Government's response to Defendant's evidentiary motions | August 11, 2023 | September 8, 2023 |
| Defendant's reply as to evidentiary motions | August 18, 2023 | September 15, 2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | July 28, 2023 | August 25, 2023 |
| Defendant's response to Government's evidentiary motions | August 11, 2023 | September 8, 2023 |
| Government's reply as to evidentiary motions | August 18, 2023 | September 15, 2023 |

<u>Motions in Limine</u>

| | | |
|---|---|---|
| Motions *in limine* by both sides | August 4, 2023 | September 15, 2023 |
| Responses to motions *in limine* | August 18, 2023 | September 29, 2023 |
| Replies as to motions *in limine* | August 25, 2023 | October 6, 2023 |

-3-

| | | |
|---|---|---|
| Joint notice of stipulations | September 8, 2023 | October 18, 2023 |
| *Giglio*, *Jencks*, and Rule 26.2 material | August 18, 2023 | September 29, 2023 |
| *Voir Dire* and Jury Instructions | August 28, 2023 | October 13, 2023 |

<u>Witness and Exhibit Lists</u>

| | | |
|---|---|---|
| Government's witness list, exhibit list and exhibits | September 4, 2023 | October 13, 2023 |
| Defendant's witness list, exhibit list and exhibits | September 4, 2023 | October 13, 2023 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is set for **November 8, 2023**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge