# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

BRIAN J. RAYMOND,

Defendant.

Criminal Action No. 21-380 (CKK)

## AMENDED PRETRIAL SCHEDULING ORDER
(August 14, 2023)

The parties shall adhere to the following deadlines in advance of trial.

| Motion to Suppress | Deadlines |
|---|---|
| Defendant's Motion | March 3, 2023 |
| Government's Response | March 17, 2023 |
| Defendant's Reply | March 24, 2023 |
| Hearing | April 20-21, 2023 |

| Discovery & Associated Deadlines | |
|---|---|
| Government to complete any final discovery under present indictment | March 17, 2023 |
| Government's CIPA Section 2 Motion | June 16, 2023 |
| Aspirational date for grand jury decision re: superseding indictment | March 17, 2023 |
| Government to complete discovery under any superseding indictment | June 16, 2023 |
| Discovery motions (Fed. R. Crim. P. 16) | August 4, 2023 |

| Expert Notices & Other Crimes Evidence | |
|---|---|
| Government's expert notice (FRE 701 & 702) | August 25, 2023 |
| Defendant's expert notice (FRE 701 & 702) | August 25, 2023 |
| Government's FRE 404(b) notice | August 25, 2023 |
| Defendant's response to FRE 404(b) notice | September 8, 2023 |
| *Brady* notice | |

| Experts | |
|---|---|
| Expert reports (FRE 702) | August 25, 2023 |
| Lay witness identification and subject matter (FRE 701) | August 25, 2023 |

Non-Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | August 25, 2023 |
|     Government's response to Defendant's non-evidentiary motions | September 8, 2023 |
|     Defendant's reply as to non-evidentiary motions | September 15, 2023 |
| Government's non-evidentiary pretrial motions | August 25, 2023 |
|     Defendant's response to Government's non-evidentiary motions | September 8, 2023 |
|     Government's reply as to non-evidentiary motions | September 15, 2023 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | September 8, 2023 |
|     Government's response to Defendant's evidentiary motions | September 22, 2023 |
|     Defendant's reply as to evidentiary motions | September 29, 2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | September 8, 2023 |
|     Defendant's response to Government's evidentiary motions | September 22, 2023 |
|     Government's reply as to evidentiary motions | September 29, 2023 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | October 6, 2023 |
| Responses to motions *in limine* | October 13, 2023 |
| Replies as to motions *in limine* | October 20, 2023 |
| Joint notice of stipulations | October 20, 2023 |
| *Giglio*, *Jencks*, and Rule 26.2 material | October 13, 2023 |
| *Voir Dire* and Jury Instructions | October 13, 2023 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | October 20, 2023 |
| Defendant's witness list, exhibit list and exhibits | October 20, 2023 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial remains set for **November 8, 2023**.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

2