**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN JEFFREY RAYMOND, | ) | |
| | ) | CRIMINAL NO. 1:21-cr-00380-CKK |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF INTENT TO OFFER EXPERT TRIAL TESTIMONY**

Defendant Brian Jeffrey Raymond, through undersigned counsel, hereby provides notice, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rule of Evidence 702, that he intends to present expert testimony at trial regarding memory science, consent, and the impact of alcohol on memory and consent. Although this Notice is out of time under the Court's Scheduling Order entered August 15, 2023, the government does not object to this Notice or the related expert testimony on that basis.

Dated: September 19, 2023


Respectfully submitted,

| | |
|---|---|
| s/John Marston | s/A. Joseph Jay III |
| John Peter Marston | A. Joseph Jay III (D.C. No. 501646) |
| **FOLEY HOAG LLP** | Denise Giraudo (D.C. No. 499348) |
| 1717 K Street, NW | **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP** |
| Washington, DC 20006 | Washington, D.C. 20006 |
| (202) 261-7321 | (202) 747-1900 |
| Fax: (202) 785-6687 | JJay@sheppardmullin.com; |
| jmarston@foleyhoag.com | DGiraudo@sheppardmullin.com |

*Counsel for Brian Jeffrey Raymond*



1717 K Street, NW
Washington, DC 20006-5350

202-223-1200 *main*
202-785-6687 *fax*

John Marston
*202 261 7321 direct*
jmarston@foleyhoag.com

September 8, 2023

<u>**Via Email**</u>

Angela Buckner
Trial Attorney
Department of Justice, Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave., NW
Washington, D.C. 20530
202-616-0238
Angela.Buckner2@usdoj.gov

Meredith Mayer-Dempsey
Assistant U.S. Attorney
U.S. Attorney's Office
for the District of Columbia
601 D Street, NW
Washington, D.C. 20004
202-252-7259
Meredith.Mayer-Dempsey@usdoj.gov

      Re:   <u>United States v. Brian Raymond, 21-CR-380 (CKK)</u>

Dear Ms. Buckner and Ms. Mayer-Dempsey:

      Brian Raymond hereby provides to the government those disclosures required by Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure pertaining to the expert witness testimony of Dr. Deborah Davis, Professor of Psychology at the University of Nevada. Dr. Davis will testify as an expert in the field of memory science, including the impact of alcohol consumption on memory, and the field of consent, including the process of consent and interpretation of consent, and the impact of alcohol on consent and misremembering or failing to remember behavior that indicates consent.

      Dr. Davis is a leading expert on memory, consent, and the impact of alcohol on memory and consent. Dr. Davis' extensive experience and credentials are recited in her curriculum vitae. Exhibit A. Her trial testimony during the preceding four years is set forth on Exhibit B.

**ATTORNEYS AT LAW**                                             BOSTON  |  WASHINGTON  |  PARIS  |  FOLEYHOAG.COM

Angela Buckner and Meredith Mayer-Dempsey
September 8, 2023
Page 2

It is expected that Dr. Davis will focus on the memory, consent, and alcohol aspects of this case. Based on her education, training, experience, and research, her testimony will concern the workings of human memory when under the influence of alcohol. Dr. Davis will explain the workings of the mind and body during the black-out period of drunkenness from alcohol. Dr. Davis will demonstrate that the brain may cease forming memories when under the influence of alcohol, even though the person may be able to conduct physical activities and participate in conversation. Dr. Davis will further explain fragmentary blackout, where a person who is drunk from alcohol and has entered into a black-out period where memories are not being formed may suddenly and momentarily become conscious, and thereafter may enter re-enter a blacked-out mental status. Dr. Davis will further distinguish between the state of being blacked out from alcohol, and the state of being passed out from alcohol.

Dr. Davis will further address consent, and specifically consent to engage in sexual activity during periods of black-out from alcohol consumption. Dr. Davis will explain that a person in a period of black-out from alcohol consumption may be able to demonstrate consent to sexual activity through physical and verbal action.

Sincerely,

 /s/ John Marston
John Marston
Counsel for Brian Raymond

Reviewed and Approved by:

 /s/ Deborah Davis
Dr. Deborah Davis

cc:     A. Joseph Jay III
        Denise Giraudo

# Exhibit A

# VITA

**Deborah Davis, Ph.D.**
**Professor, Department of Psychology/296**
**University of Nevada; Reno, Nevada 89557**
**(775) 722-7779  debdavis@unr.edu**

## EDUCATION

H.S.      Spring Branch High School: Houston, Texas
          June, 1968

B.A.      University of Texas: Austin, Texas
          June, 1970

Ph.D.     Ohio State University; Columbus, Ohio
          August, 1973

## EMPLOYMENT HISTORY

1971-73   National Institute of Mental Health
          Pre-doctoral trainee in social psychology
          Ohio State University; Columbus, Ohio

1973-75   Post-doctoral research associate
          Ohio State University; Columbus, Ohio

1975-77   Assistant Professor, Psychology Department
          Southern Illinois University; Carbondale, Illinois

1977-78   Assistant Professor, Psychology Department
          Georgia State University; Atlanta, Georgia

1978 -    Psychology Department
          University of Nevada; Reno, Nevada

1982-1988   Chair, Interdisciplinary Doctoral Program in Social Psychology, UNR

1986-2011   President, Sierra Trial & Opinion Consultants

2012-Present Faculty of the National Judicial College

1981-2012   Clarinetist, Reno Chamber Orchestra
1981-2005   Clarinetist, Reno Philharmonic Orchestra

**MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS**

Association for Psychological Science
American Psychology and Law Society
Society of Personality and Social Psychology
Society of Applied Social Psychology
Society of Experimental Social Psychology

**TEACHING EXPERIENCE**

**UNDERGRADUATE**

Introduction to Psychology
Introduction to Social Psychology
Theories of Social Psychology
Research Methods in Social Psychology
Adolescent Psychology
Mate Selection and Marital Satisfaction
Statistics
Pseudoscience

Psychology and Law
Prejudice and Discrimination
Personality
Experimental Psychology
Attitudes and Persuasion
Memory on Trial
Social Influence

**GRADUATE**

Social Psychology
Psychology and Law
Research Methods
Theories of Social Psychology
Intraindividual Processes
Analysis of Social Interaction
Language and Conversation
Memory on Trial
Social Influence

Attachment and Close Relationships
Social Skills
Prejudice and Discrimination
Attitudes and Persuasion
Memory and Social Cognition
Practical Experience with Research Design
Special Topics in Social Psychology
Forensic Psychology

**RESEARCH, THESIS & DISSERTATION SUPERVISION**

1975 to Present-- Supervised individual research projects, theses and dissertations for Graduate students in psychology.

1988 to Present-- Supervise theses and dissertations for Master's and Ph.D. in Judicial Studies candidates at the National Judicial College in Reno.

**GUEST LECTURER**

1988 to Present   Periodic guest lecturer at the National Judicial College on issues
and research in the area of Psychology and Law; Member, Thesis
or Dissertation Committees for Judges in Master's or Ph.D.
Programs in Judicial Studies

**CONTINUING LEGAL EDUCATION**

Northern Nevada Women's Attorneys (1988)
Carson City Bar Association  (1988)
Nevada Association of Defense Counsel (1989)
Washington D. C. Women's Bar Association (1989)
Washington D. C. Association of Defense Counsel (1989)
American Trial Lawyer's Seminar, Lake Tahoe (1989)
Inns of Court, Reno  (1989, 1990, 1994, 1995, 1996, 1997, 1998, 2000)
New York Bar Association (1996)
National College of Trial Advocacy (Association of Trial Lawyers of America) (1996)
Journal of Air Law and Commerce Symposium (2001)
Washoe County Public Defenders (2001, 2002, 2003)
Washoe County Bar (2009)
National Defender Investigator Association (2002; 2008; 2010)
Northern California Defender Investigator Association (2003)
California Attorneys for Criminal Justice (2004, 2005)
Indiana Public Defender Association (2004)
Missouri State Public Defender Winter Workshop (2005)
Texas Criminal Defense Lawyers Association (2004; 2014)
Edison Electric Institute Claims Committee (2004)
National Seminar for Federal Defenders (2005)
Association of American Law Schools (2006)
Nevada Bar Association, Las Vegas & Reno (2006)
Baton Rouge, LA; Shreveport, LA (2007) (Arranged by Judges and Private Attys)
National Judicial College Master's/Ph.D Program, Reno (2007, 2009, 2010, 2013, 2014)
Tennessee Association of Criminal Defense Lawyers, Nashville (2007)
Osgood Hall Law School, Toronto, Canada (2007)
National Counsel of Juvenile and Family Court Judges (2008, 2011, 2012)
Law and All That Jazz CLE Seminar, New Orleans (2008)
  (Louisiana Association of Criminal Defense Lawyers)
Expert Symposium, U.S. Army Jag Attorneys, New Orleans (2011)
Wisconsin Association of Criminal Defense Attorneys (2012)
National Judicial College Seminar on Children and the Law (2012)
Louisiana Investigator Association (2012)
Winning Strategies Seminar (Federal Public Defenders) (2014)
U.S. Military Defense Counsel Training Conference (2014)
Texas Criminal Defense Association (2014)
National Judicial College Decision Making Training (2013, 2014, 2015, 2016 )

**EDITORIAL ACTIVITIES**

**EDITOR**

1991-  Editor and publisher of "**FROM THE MIND'S EYE**". From The Mind's Eye was a newsletter designed to report social science research on law and courtroom psychology.

**EDITORIAL BOARDS**

1970-1973   Representative Research in Social Psychology.
1980-1988   Journal of Experimental Social Psychology.
1985-1988   Journal of Personality and Social Psychology.
2008 -2014  Personal Relationships
2007 -2015  Journal of Behavior Analysis of Offender
                  and Victim Treatment and Prevention

**AD-HOC REVIEWING**

SAMPLE OF JOURNALS

Journal of Personality and Social Psychology
Journal of Experimental Social Psychology
Personality and Social Psychology Bulletin
Journal of Applied Social Psychology
Journal of Research in Personality
Journal of Personality
Social Psychology Quarterly
Psychological Review
Psychological Bulletin
International Journal of Aging and Human Development
Body Image: An International Journal of Research
Human Communication Research
Evolutionary Psychology
Personal Relationships
European Journal of Social Psychology
Representative Research in Social Psychology
Journal of Behavior Analysis of Offender and Victim Treatment and Prevention
Journal of Experimental Psychology: Applied
Applied Cognitive Psychology
Journal of Forensic Psychology Practice
Psychology, Public Policy and Law
Psychology, Crime and Law
Behavioral Sciences and the Law
Law and Human Behavior
American Journal of Alcohol and Drug Abuse
Cognitive Research: Principles and Implications
Journal of Applied Research in Memory and Cognition

GRANTING AGENCIES

National Science Foundation                Canadian Research Council
National Institute of Mental Health        Israel Science Foundation

**GRANTS RECEIVED**

2012-13  "Flying under the radar: Undermining resistance to investigative interviewing through interviewer priming, social ostracism and self-affirmation" DOJ/FBI $175,000

## PUBLICATIONS

Davis, D., Blandon-Gitlin, I. A., Cleary, H. M. D., Costanzo, M., Leo, R. A., & Margolis, S. (2023). Interrogation by proxy: The growing role of lay and undercover interrogators in eliciting undercover interrogations. *Criminal Law Bulletin, 59 (4),* 395-479*.*

Davis, D., Cano, J., Miller, G., & Loftus, E. F. (In press). The multiple roles of emotion in memory for disputed sexual encounters. *Topics in Cognitive Science.,*

Livingston, T. N., Rerick, P. O., & Davis, D. (in press). Race/ethnicity and relationship stereotypes in child sex abuse cases. *Psychological Reports.*

Rerick, P. O., Livingston, T. N., & Davis, D. (in press). Let's just do it: Sexual arousal's effects on attitudes regarding sexual consent. *Journal of Social Psychology.*

Davis, D., & Leo, R. A. (in press). Interrogation and the Infanticide Suspect: Mechanisms of vulnerability to false confession. In K. Findley, C. Rossant, K. Sasakura, L. Schneps, W. Squier, & K. Wester (Eds.), *Shaken Certainties.*

Davis, D., & Leo, R. A. (in press).   Do jurors understand the causes of false confession, and do they adjust their perceptions of suspects' confessions appropriately? In T. Opsahl, G. Oxburg, T. Myklebust, M. Fallon, & M. Hartwig (Eds.), *Interviewing and interrogation: A review of Research and Practice Since World War II.* Torkel Opsahl Academic Epublisher. (TOAEP).

Nirider, L., Davis, D., & Leo, R. A. (in press). Disputed criminal confessions: Challenges of Litigation. In Lorandos, D.s (Ed.) *The Litigator's Handbook of Forensic Medicine, Psychiatry & Psychology.* Egan, Minnesota: WEST, a Thomson Reuters Company.

Livingston, T. N., Rerick, P. O., & Davis, D. (2022). Relationships between sexual arousal, relationship status, and men's ratings of women's sexual willingness: Implications for psychology-law research and practice. *Violence and Gender, 9(3),* 127-134.

Davis, D., & Leo, R. A., Livingston, T. N., & Rerick, P. O.  (2021). Interrogation and the Sexual Assault Suspect: On the Synergy Between Pretext Caller and Police Interrogator.

In  N. Deslauriers-Varin & C. Bennell (Eds.), *Criminal Investigations of Sexual Offenses: Investigative Techniques and Operational Challenges,* Springer.

Livingston, T. N., & Davis, D. (2020). Power affects perceptions of sexual willingness: Implications for litigating sexual assault allegations. *Violence and Gender. 7(3), 116.*

Davis, D., & Loftus, E. F. (2020). Recovered memories and false memories. In N. Andreasen, J. Geddes, G. Goodwin (Eds.), *New Oxford Textbook of Psychiatry* (3rd Edition). Oxford University Press

Rerick, P. O., Livingston, T. N., & Davis, D. (2020). Does the horny man think women want him too? Effects of male sexual arousal on perceptions of female sexual willingness. *Journal of Social Psychology, 160 (4),* 520-533.

Davis, D., & Loftus, E. F. (2019). Title IX and "Trauma-Focused" investigations: The good, the bad and the ugly. *Journal of Applied Research in Memory and Cognition,* 403-410).

Rerick, P.O., Livingston, T.N., & Davis, D. (2019). Rape and the jury. In W.O. O'Donohue, C. Cummings, & P. Schewe (Eds.), *Handbook of Sexual Assault and Sexual Assault Prevention* (551-571). New York, NY: Springer

Wood, E. G., Rikkonen, K., & Davis, D. (2019). Defining, communicating and interpreting sexual consent. In W.O. O'Donohue, C. Cummings, & P. Schewe (Eds.), *Handbook of Sexual Assault and Sexual Assault Prevention* (399-421). New York, NY: Springer

Davis, D., & Reisberg, D. (2019). The psychologist as trial consultant. In C. T. Stein & J. N. Younggren (Eds.), *Forensic Psychology in Military Courts (pp 125-141).* Washington, DC: American Psychological Association.

Reisberg, D. & Davis, D. (2019). The psychologist as courtroom educator. In C. T. Stein & J. N. Younggren (Eds.), *Forensic Psychology in Military Courts (pp 143-174).* Washington, DC: American Psychological Association.

Livingston, T. N., & Davis, D. (2020). Power affects perceptions of sexual willingness: Implications for litigating sexual assault allegations. *Violence and Gender. 7(3), 116-121.*

Livingston, T., Rerick, P., Villalobos, J. G., & Davis, D. (2019). Deception induced confession: Strategies of police interrogators and their lay collaborators. In T. Docan-Morgan (Ed.), *Palgrave Handbook of Deceptive Communications.* Palgrave-MacMillan

Follette, W. C., Leo, R. A., & Davis, D. (2018). False confessions. In E. Kelley (Ed.) *Representing people with mental disabilities: A criminal defense lawyer's best*

*practices manual* (pp. 95-124). American Bar Association.

Wood, E. F., & Davis, D. (i2018). Perceptual, Cognitive, and Social Foundations of Eyewitness Identifications: Why Do Identifications Go Wrong? In G. Goodman (Ed.), *The Wiley Handbook of Autobiographical Memory, Autism Spectrum Disorder, and the Law*. New York, Wiley.

Davis, D., & Loftus, E. F. (2018). Eyewitness Science in the 21st Century: What Do We Know and Where Do We Go From Here? In Phelps, E., & Davachi, L. (Eds.), *Steven's Handbook of Experimental Psychology: Volume 1: Learning and Memory.* John Wiley.

Davis, D., Soref, A., Villalobos, J. G., & Mikulincer, M. (2016). Priming states of mind can affect disclosure of threatening self information: Effects of self affirmation, mortality salience, and attachment orientations. *Law and Human Behavior.*

Davis, D., & Leo, R. A. (2016). A damning cascade of errors: Flaws in US Homicide Investigations. In F. Brookman & M. Maguire (Eds.), *Handbook of Homicide.* New York: Wiley-Blackwell.

Davis, D., & Loftus, E. F. (2016). Remembering disputed sexual encounters: A new frontier for witness memory research. *Journal of Criminal Law and Criminology* (Invited Contribution), 105 (4), 811-851.

Villalobos, J. G. & Davis, D. (2016). Interrogation and the minority suspect: Pathways to true and false confession. In M. Miller & B. Bornstein (Eds.) *Advances in Psychology and Law* (Vol. I). New York: Springer.

Costanzo, M., Blandon-Gitlin, I. & Davis, D. (2016). The content, purpose, and effects of expert testimony on interrogations and confessions. In M. Miller & B. Bornstein (Eds.) *Advances in Psychology and Law* (Vol. II). New York: Springer.

Davis, D., & Leo, R. A. (2016). Stereotype threat and the special vulnerabilities of sexual abuse/assault suspects to false confession. In R. Burnett (Ed.) *Vilified: Wrongful allegations of person abuse (pp. 175-190).* Oxford: Oxford University Press.

Villalobos, J. G., Davis, D., & Leo, R. A. (2016). His Story, Her Story: Sexual miscommunication, motivated remembering, and intoxication as pathways to honest false testimony regarding sexual consent. In R. Burnett (Ed.) *Vilified: Wrongful allegations of person abuse.* Oxford: Oxford University Press.

Wylie, L. E., Patihis, L., McCuller, L. L., Davis, D., Brank, E. M., Loftus, E. F., & Bornstein, B. H. (2014). Misinformation effects in older versus younger adults: A meta-analysis and review. In M. P. Toglia, D. F. Ross, J. Pozzulo, & E. Pica (Eds) *The Elderly Eyewitness in Court,* UK: Taylor & Francis.

Davis, D., Leo, R. A. & Williams, M. J. (2014) Disputed interrogation techniques in America: True and False Confessions and the Estimation and Valuation of Type I

and II Errors. Cooper, S (Ed.), *Controversies in Innocence Cases in America.*

Perez, L., Ghiglieri, M., & Davis, D. (2014). Coyotes. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Ghiglieri, M., Bell, V., & Davis, D. (2014). Justice. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Bell, V., Villalobos, J. G., & Davis, D. (2014). Attorneys. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Williams, M. J., Perez, L., & Davis, D. (2014). Conspiracies. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Bell, V., Ghiglieri, M., & Davis, D. (2014). Duping delight. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

ViIllalobos, J. G., Ogundimu, O., & Davis, D. (2014). Magic tricks. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Botton, S. R., & Davis, D. (2014). Piltdown man. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Villalobos, J. G., Williams, M. J., & Davis, D. (2014). Law enforcement. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Williams, M. J., Villalobos, J. G., & Davis, D. (2014). Confessions. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Davis, D. & Leo, R. A. (2014). The problem of police-induced false confession: Sources of failure in prevention and detection. In. S. Morewitz & M. L. Goldstein (Eds), *Handbook of Forensic Sociology and Psychology* (pp.47-75) . NY: Springer.

Davis, D., & Leo, R. A. (2014). The Problem of False Confession: Causes and Consequences.   In J. Albanese (Ed.), *The Encyclopedia of Criminology and Criminal Justice.*

Pathitis, L., Loftus, E. F., & Davis, D. (2014). Memory and Self-Deception. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Pathitis, L., Loftus, E. F., & Davis, D. (2014). Recovered memories: Deceiving Oneself and Others. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Davis, D., & Loftus, E. F. (2014). "Repressed" and "Recovered" Memories: Myth or Reality? In R. L. Cautin & S. O. Lilienfeld (Eds.), *The Encyclopedia of Clinical Psychology.* New York: John Wiley & Sons.

Aronson, E. & Davis, D. (2014). Self-justification. In Levine, T. R. (Ed.), *Encyclopedia of Lying and Deception.* Thousand Oaks, CA: Sage.

Davis, D. & Villalobos, J. G. (2014). Language and the Law: Illustrations from Cases of Disputed Sexual Consent. In T. Holtgraves (Ed.), *Handbook of Language and Social Psychology.* Oxford: Oxford University Press.

Davis, D., & Leo, R. A. (2012). Acute suggestibility in police interrogation: Self-regulation failure as a primary mechanism of vulnerability. In A. Ridley, F. Gabbert, & La Rooy, D. J. (Eds.), *Suggestibility in legal contexts: Psychological research and forensic implications.* New York: Wiley.

Davis, D., & Leo, R. A. (2012). To Walk In Their Shoes: The Problem of Missing, Misrepresented and Misunderstood Context in Judging Criminal Confessions. *New England Law Review, 46 (4),* 737-767.

Davis, D., & Leo, R. A. (2012). "Interrogation-related regulatory decline:" Ego-depletion, self-regulation failure, and the decision to confess. *Psychology, Public Policy and Law, 18(4),* 673-704.

Porter, L. S., Keefe, F. J., Davis, D., Rumble, M., Scipio, C., & Garst, J. (2012). Attachment styles in patients with lung cancer and their spouses: Associations with patient and spouse adjustment. *Supportive Care in Cancer, 20,* 2459-2466.

Davis, D., & Loftus, E. F. (2012). The Dangers of Eyewitnesses for the Innocent: Learning from the Past and Projecting Into the Age of Social Media. *New England Law Review, 46 (4),* 769-809.

Davis, D., & Loftus, E. F. (2012) Inconsistencies between law and the limits of human cognition: Applications to eyewitness identification. In L. Nadel & W. Sinnott-Armstrong (Eds.), *Memory and the law* (pp 29-58). Oxford University Press.

Davis, D. & Leo, R. A. (2012). Interrogation through Pragmatic Implication: In L. Solan & P. Tiersma (Eds.), *The Oxford Handbook on Language and Law* (pp. 354-366). Cambridge: Oxford University Press.

Davis, D. & Leo, R. A. (2011). Three Prongs of the Confession Problem: Issues and Proposed Solutions. In Epstein, J. (Ed.) *The future of evidence* (pp. 233-264). Westlaw.

Nelson, K. J., Laney, C., Fowler, N. B., Knowles, E. D., Davis, D. & Loftus, E. F. (2011). Change blindness can cause mistaken eyewitness misidentification. *Legal and Criminological Psychology, 16,* 62-74.

Davis, D., Leo, R. A., & Follette, W. C. (2010). Selling confession: Setting the stage with the "Sympathetic Detective with a Time-Limited offer. *Journal of Contemporary Criminal Justice, 26(4) 441-457.* (INVITED FOR SPECIAL ISSUE)

Davis, D., & Leo, R. A. (2010). Overcoming judicial preferences for person versus situation-based analyses of interrogation induced confessions. *Journal of the American Academy of Psychiatry and the Law, 38(2), 187-194.* (INVITED PAPER).

Davis, D. (2010). Lies, *Damned Lies,* and the Path from Police Interrogation to Wrongful Conviction. M. H. Gonzales, C. Tavris, & J. Aronson, (Eds.), *The scientist and the humanist:  A festschrift in honor of Elliot Aronson (211-247).*  New York: Psychology Press.

Leo, R. A., & Davis, D. (2009). From false confession to wrongful conviction: Seven psychological processes. *Journal of Psychiatry and Law (Special Issue on Interrogations and Confessions), 38 (Spring/Summer, 2010),* 9 - 56.

> ***Reprinted in Begam, A. (Ed.) (2010). *Law and Justice* (pp. 59-98). Nagarjuna Hills, Punjagutta, India: Amicus Books: Icfai University Press.

Davis, D. (2009). Attachment and sex. In H. Reis & S. Sprecher (Eds.) *The Encyclopedia of Human Relationships.* Thousand Oaks, CA. Sage.

Davis, D., & Loftus, E. F. (2009). The scientific basis of testimony regarding recovered memories of sexual abuse. In K.S. Douglas, J. L. Skeem & S. O. Lilienfeld (Eds.) *Psychological Science in the Courtroom:  Controversies and Consensus* (pp. 55-79). New York: Guilford Press.

Follette, W. C., & Davis, D. (2009). Termination of psychotherapy and medication. In  W. T. O'Donohue & M. A. Cucciare  (Eds.), A clinician's guide to the termination of psychotherapy. Routledge. Oxford, UK.

Davis, D., & Loftus, E. F. (2009). Expectancies, Emotion and Memory Reports of Visual Events: Applications in the Legal System. In J. R. Brockmole (Ed.)., *The visual world in memory* (178-214). Psychology Press. (A volume in Psychology Press' *Current Issues in Memory* series: Series Editor: Robert H. Logie).

Follette, W. C. & Davis, D., (2008). Clinical practice and the issue of repressed memories: Avoiding an ice patch on the slippery slope. In W. T. O'Donohue and S. Graybar (Eds.), *Handbook of Contemporary Psychotherapy: Toward an Improved Understanding of Effective Psychotherapy* (pp. 47-73). Thousand Oaks, CA: Sage.

Davis, D. & McVean, A. (2008). Theory and methods for studying the influence of unconscious processes: Illustrations from attachment and terror management research. In W. T. O'Donohue and S. Graybar (Eds.), *Handbook of Contemporary Psychotherapy: Toward an Improved Understanding of Effective Psychotherapy (75-115).* Thousand Oaks, CA: Sage.

Davis, D. (2008) Selling confession: The interrogator, the con man, and their weapons of influence. *Wisconsin Defender, 16 (1),* 1-16.

Davis, D., Loftus, E. F., Vanous, S., & Cucciare, M. (2008). *"Unconscious transference"*

can be an instance of change blindness. *Applied Cognitive Psychology, 22,* 605-623.

Follette, W. C., Davis, D., & Leo, R. A. (2007). Mental health status and vulnerability to interrogative influence. *Criminal Justice* (A publication of the American Bar Association). Special symposium on mental health and the law: *22 (3),* 42-49.

Porter, L. S., Davis, D., & Keefe, F. J. (2007). Attachment and pain: Recent findings and future directions. *Pain, 128,* 195-198.

Davis, D., & Loftus, E. F. (2007). Internal and external sources of distortion in adult witness memory. In M. P. Toglia, J. D. Read, D. R. Ross, & R. C. L. Lindsay (Eds.), *Handbook of Eyewitness Memory (*Vol. 1): *Memory for Events (pp. 195-237).* Mahwah, NJ: Erlbaum.

Davis, D., & Friedman, R. D. (2007). Memory for conversation: The orphan child of witness memory researchers. In M. P. Toglia, J. D. Read, D. R. Ross, & R. C. L. Lindsay (Eds.), *Handbook of Eyewitness Memory (*Vol. 1): *Memory for Events, (pp. 3-52).* Mahwah, NJ: Erlbaum.

Davis, D., & Leo, R. A. (2006). Psychological weapons of influence: Applications in the interrogation room. *Nevada Lawyer, 14,* 14-18.

Davis, D., Shaver, P. R., Widaman, K. E., Vernon, M. L., Beitz, K., Follette, W. C. (2006). "I Can't Get No Satisfaction:" Insecure attachment, Inhibited Sexual Communication, and Dissatisfaction. *Personal Relationships, 13,* 465-483.

Davis, D., & Leo, R. (2006). Strategies for prevention of false confessions. In M. Kebbell & G. Davies (Eds.), *Practical psychology for forensic investigations and prosecutions (pp. 121-150).* New York: John Wiley.

Loftus, E. F. & Davis, D. (2006). Recovered memories. *Annual Review of Clinical Psychology, 2, 469-498.*

Davis, D. (2006). Attachment-related pathways to sexual coercion. In Mikulincer, M., & Goodman, G. (Eds.), *Dynamics of Romantic Love: Attachment, caregiving and sex, (pp. 293-336).* New York: Guilford.

Davis, D. & Loftus, E. F. (2006). Psychologists in the forensic world. In S. I. Donaldson, S. D. E. Berger, & K. Pezdek (Eds.), *The rise of applied psychology: New frontiers and rewarding careers (pp. 171-200).* Mahwah, NJ: Erlbaum.

Davis, D., & Loftus, E. F. (2005). Age and functioning in the legal system: Victims, witnesses and Jurors. In Y. I. Noy & W. Karwowski (Eds.), *Handbook of human factors in litigation* (pp. 11-1 to 11-53). New York: CRC Press.

Davis, D., Kemmelmeier, M., & Follette, W. C. (2005). Conversational memory on trial. . In Y. I. Noy & W. Karwowski (Eds.), *Handbook of human factors in litigation* (pp. 12-1 to

12-29). New York: CRC Press.

Davis, D., Shaver, P. R., & Vernon, M. L. (2004). Attachment style and subjective motivations for sex. *Personality and Social Psychology Bulletin*, 30, 1076-1090.

Davis, D., & Follette, W. C. (2004). Jurors CAN be selected: Non information, misinformation and their strategic use for jury selection. In W. T. O'Donohue, E. Levensky (Eds.) *Handbook of forensic psychology* (782-805). New York, Elsevier Academic Press.

Davis, D., & O'Donohue, W. T. (2004). The road to perdition: "Extreme influence" tactics in the interrogation room. In W. T. O'Donohue, E. Levensky (Eds.) *Handbook of forensic psychology* (pp. 897-996). New York, Elsevier Academic Press.

Davis, D., & Loftus, E. F. (2004). What's good for the goose cooks the gander: Inconsistencies between the law and psychology of voluntary intoxication and sexual assault. In W. T. O'Donohue & E. Levensky (Eds.) *Handbook of forensic psychology* (pp. 997-1032) New York, Elsevier Academic Press

Davis, D., & Follette, W. C. (2003). Toward an empirical approach to evidentiary ruling. *Law and Human Behavior, 27 (6),* 661-684*.*

Kemmelmeier, M., & Davis, D., & Follette, W. C. (2003). Seven sins of misdirection? Ethical considerations and constraints surrounding the use of deception in research.. In O'Donohue, W., & Ferguson, K. (Eds.) *The Handbook of Professional Ethics for Psychologists..* Sage: Thousand Oaks.

Follette, W. C., Davis, D., & Kemmelmeier, M. (2003). Ideals and realities in the development and practice of informed consent. In O'Donohue, W., & Ferguson, K. (Eds.) *The Handbook of Professional Ethics for Psychologists..* Sage: Thousand Oaks.

Davis, D., Shaver, P. R., & Vernon, M. L. (2003). Physical, emotional and behavioral reactions to breaking up: The roles of gender, age and attachment style. *Personality and Social Psychology Bulletin, 29,* 871-884.

Davis, D., & Follette, W. C. (2002) Rethinking probative value of evidence: Base rates, intuitive profiling and the *post*diction of behavior. *Law and Human Behavior, 26,* 133-158.

Loftus, E. F., & Davis, D. (2002). Dispatch from the recovered memories legal front. *Psychiatric Times. (April), 14, 54.*

Davis, D., & Lesbo, M. V. (2002). Sculpting the body beautiful: Attachment style, neuroticism, and use of cosmetic surgeries. *Sex Roles, 47,* 129-138*.*

Davis, D., & Follette, W. C. (2001). Foibles of witness memory in high profile/traumatic cases. *Journal of Air Law and Commerce, 66,* 1421-1549. (Published by the Southern Methodist University Law Review). Also published in *Proceedings of the Journal of Air*

*Law and Commerce Symposium*

*\*\*\*Reprinted in the Defense Law Journal 2003, 52, 609-736*

Davis, D., & Follette, W. C. (2001). "*DIPP*ing" in the jury pool: Designing voir dire questions to *Di*agnose, *I*ngratiate, *P*ersuade, and *P*rocure the jury you want. *Proceedings of the Journal of Air Law and Commerce Symposium.*

Davis, D., Loftus, E. F., & Follette, W. C. (2001). How, when, and whether to use informed consent for recovered memory therapy. *Journal of the American Academy of Psychiatry and the Law, 29,* 148-159.

Davis, D., Davis, D., & Lesbo, M. (2000). Personal control as a determinant of bet size and type of bets in casino craps games. *Journal of Applied Social Psychology, 30,* 1224-1242.

Davis, D., Follette, W. C., & Merlino, M. L. (1999). Seeds of Rape: Female behavior is probative for females, definitive for males. *Psychological Expertise and Criminal Justice*, 101-140. Washington, D. C.: American Psychological Association.

Davis, D. (1996). Jury selection in the 90's: Perspectives of a trial consultant. *Torts, Insurance & Compensation Law Section Journal, 25* (1), 18-26.

Davis, D. (1992). Smiling faces sometimes tell lies. *Orange County Lawyer*, April.

Davis, D. (1992). Editor, Special Issue "Free press versus fair trial: Behavioral research on the effects of pretrial publicity." *From The Mind's Eye, 1*, (3).

Davis, D. (1991). Facing justice and judging faces: What do they have in common? In D. Davis (Ed.) *From the Mind's Eye. 1* (1).

Davis, D. (1991). Making the best use of physical characteristics in court. In D. Davis (Ed.), *From the Mind's Eye. 1* (1).

Davis, D. (1991). Standards of proof: Do jurors distinguish? In D. Davis (Ed.), *From the Mind's Eye. 1* (1).

Davis, D. (1991). In the jury box: Tips for jury selection. In D. Davis (Ed.), *From The Mind's Eye. 1* (1).

Davis, D. (1991). Death by procedure: Biasing effects of considering the harshest verdict first. In D. Davis (Ed.), *From The Mind's Eye, 1*, (1).

Davis, D. (1991). Deep pockets and bleeding hearts: Is Robin Hood alive and well in the American Jury? In D. Davis (Ed.), *From The Mind's Eye, 1*, (1).

Davis, D. (1991). Physicians and other high status defendants: with greater privilege goes greater responsibility. In D. Davis (Ed.), *From the Mind's Eye, 1,* (1).

Davis, D. (1991). Criminal juries and the leniency bias. In D. Davis (Ed.), *From the Mind's Eye, 1,* (1).

Davis, D. (1991). Human judgment and the hindsight bias. In D. Davis (Ed.), *From the Mind's Eye, 1,* (2).

Davis, D. (1991). To catch a liar: Are professionals more skillful? In D. Davis (Ed.), *From The Mind's Eye, 1,* (2).

Davis, D. (1991). Day in the life videos, the next generation: Bumps, cracks, and other accidents in waiting. In D. Davis (Ed.), *From The Mind's Eye, 1*, (2)

Davis, D. (1991). Half full or half empty: There is a difference (Or so we think!). In D. Davis (Ed.), *From The Mind's Eye, 1,* (2).

Davis, D. (1991). The importance of timing: Defense opening is most effective at the first opportunity. In D. Davis (Ed.), *From The Mind's Eye, 1,* (2).

Davis, D. Brochure, Sierra Trial and Opinion Consultants.
(Educational brochure, copyrighted and published by Sierra Trial and Opinion Consultants).

McGovern, K., & Davis, D. (1989). False allegations of child sexual abuse: Is there a problem? *Nevada Family Law Review*, February.

Davis, D. (1989). Flying with radar: Use of mock jury research to target critical issues and fine tune trial strategy. *Inter Alia: Journal of the State Bar of Nevada, 54*, (3).

Davis, D., & Olmsted, J. (1988). Trial consulting services: The winning edge from litigation support technology. *Inter Alia: Journal of the State Bar of Nevada, 53 (2)*, 14-17.

Davis, D., & Ostrom, T. M. (1984). Attitude measurement. In R. J. Corsini (Ed.), *Wiley Encyclopedia of Psychology*. New York: Wiley, Vol. 1, 97-99.

Davis, D. & Holtgraves, T. (1984). Perceptions of unresponsive others: Attribution, attraction, understandability, and memory for their utterances. *Journal of Experimental Social Psychology, 20,* 383-408.

Davis, D. (1982). Determinants of responsiveness in dyadic interaction. In W. Ickes & E. S. Knowles (Eds.), *Personality, roles, and social behavior* (85-139). New York: Springer-Verlag.

Davis, D. (1981). Implications for interaction versus effectance as mediators of the similarity-attraction relationship. *Journal of Experimental Social Psychology, 17*, 96-116.

Davis, D., & Perkowitz, W. T. (1979). Consequences of responsiveness in dyadic

interaction: Effects of probability of response and proportion of content-related responses on interpersonal attraction. *Journal of Personality and Social Psychology, 37*, 534-550.

Davis, D., & Brock, T. C. (1979). Heterosexual physical pleasuring: Effects of the recipient's status and responsiveness. *Journal of Experimental Social Psychology, 15*, 217-228.

Ostrom, T. M., & Davis, D. (1979). Idiosyncratic weighting of trait information in impression formation. *Journal of Personality and Social Psychology, 37,* 2025-2043.

Davis, D., & Martin, H. J. (1978). When pleasure begets pleasure: Recipient responsiveness as a determinant of physical pleasuring between heterosexual dating couples and strangers. *Journal of Personality and Social Psychology, 36*, 767-777.

Davis, D., Rainey H. C., & Brock, T. C. (1976). Physical pleasuring: Effects of sex combinations, recipient attributes, and anticipated future interaction. *Journal of Personality and Social Psychology, 33,* 89-106.

Davis, D., & Brock, T. C. (1975). Use of first person pronouns as a function of increased objective self-awareness and performance feedback. *Journal of Experimental Social Psychology, 11,* 381-388.

Davis, D., & Wicklund, R. A. (1973). An objective self-awareness analysis of communication sets. In S. Duval & R. A. Wicklund, *A theory of objective self-awareness.* New York: Academic Press, 180-186.

Davis, D., & Ostrom, T. M. (1973) Trait implication in impression formation. *Proceedings, LXXXI Annual Convention,* American Psychological Association, 195-196.

Jellison, J. M., & Davis, D. (1973). Relationships between perceived ability and attitude extremity. *Journal of Experimental Social Psychology, 27,* 430-436.

Davis, D., & Brock, T. C. (1972). Paradoxical instigation of self-criticism  by inordinate praise. *Proceedings, LXXX Annual Convention. American psychological association,* 191-192.

Ostrom, T. M., Edwards, J. D., Rosenblood, L. K., & Davis, D. (1972). Communication discrepancy and attitude change: a bibliography of research and theory. *Catalog of Selected Documents in Psychology, 2*, 64-84.

## PRESENTATIONS

**NATIONAL MEETINGS**

Davis, D., & Jellison, J. M. (1972). Relationships between perceived ability and attitude extremity. Eastern Psychological Association, Boston.

Davis, D., & Brock, T. C. (1972). Paradoxical instigation of self criticism by inordinate praise. American Psychological Association, Honolulu.

Davis, D., & Ostrom, T. M. (1973) Trait implication in impression formation. American Psychological Association, Montreal.

Davis, D., Ostrom, T. M., & Caldwell, J. (1973). Meaning shift and the set size effect. Western Psychological Association, Anaheim.

Davis, D., & Brock, T. C. (1973) Heightened self-awareness, self-esteem, and egocentric thought. Eastern Psychological Association, Washington, D. C.

Davis, D., & Brock, T. C. (1974). Social determinants of physical pleasuring: Effects of the relative status of the pleasurer and the recipient. Western Psychological Association, San Francisco.

Davis, D., Brock, T. C., & Rainey, H. G. (1974). Social determinants of physical pleasuring: Effects of the attractiveness and responsiveness of the recipient. Eastern Psychological Association, Philadelphia.

Ostrom, T. M., & Davis, D. (1975). Stimulus interaction in impression formation. Eastern Psychological Association, New York.

Davis, D. (1975). Use of first person pronouns as a function of increased objective self-awareness and prior feedback. Eastern Psychological Association, New York,.

Davis, D., & Perkowitz, W. T. (1977) Effects of responsiveness in a verbal exchange on interpersonal attraction. American Psychological Association, San Francisco.

Martin, H. J., & Davis, D. (1977) Effects of sex, responsiveness, and relationship meaningfulness on physical pleasuring. American Psychological Association, San Francisco.

Davis, D. (1978). Similarity, interaction, and interpersonal attraction. American Psychological Association, Toronto, Canada.

Davis, D. (1978). Instrumental conditioning of conversational behavior: Responsiveness is rewarding. American Psychological Association, Toronto, Canada.

Davis, D., Holtgraves, T., Kasmer, J., & Ginsburg, G. (1982). Self-consciousness, attitudes, subjective norms, and behavioral intentions. American Psychological

Association, Washington, D. C.

Davis, D. (1982). Information-processing consequences of responsiveness in dyadic interaction. Nags Head Conference on Social Cognition, Nags Head, North Carolina. (Invited address).

Davis, D. (1982). Antecedents and consequences of responsiveness in dyadic interaction. Nags Head Conference on Naturalistic Studies of Social Interaction, Nags Head, North Carolina. (Invited address).

Holtgraves, T., & Davis, D. (1983). Perceptions of unresponsive others: Attributions, attraction, understandability, and memory for their utterances. Western Psychological Association, San Francisco, California.

Holtgraves, T., & Davis, D. (1983). Processing efficiency of responsive and unresponsive content. American Psychological Association, Anaheim, California.

Davis, D. (1983). Moderators of the consequences of responsiveness in dyadic interaction. Nags Head Conference on Social Cognition, Nags Head, North Carolina. (Invited address).

Davis, D. (1983). When unresponsive behavior is not so bad. Nags Head Conference on Interpersonal Relations, Nags Head, North Carolina.

Davis, D. (1984) Antecedents and consequences of responsiveness in dyadic interaction. Southwestern Psychological Association, New Orleans. (Invited Address)

Davis, D. (1984) Antecedents and consequences of responsiveness in dyadic interaction. International Communications Association, San Francisco. (Invited Address).

Dewitt, J. S., Davis, D., Naseth, G. J., & Carney, A. (1984). Moderators of the consequences of responsiveness in communication. International Communications Association, San Francisco. (Invited address).

Davis, D. (1984) Speech acts and planning in conversation. Symposium; International Communications Association, San Francisco. (Invited to organize and chair this symposium)

Davis, D., & Droll, D. (1984). Toward a psychology of forgiving. American Psychological Association, Toronto. (Invited address).

Holtgraves, T. M., & Davis, D. (1984) Attributional consequences of responsiveness in conversation. American Psychological Association, Toronto. (Invited address).

Davis, D. (1984). The role of responsiveness in interpersonal relations. Society of Experimental Social Psychology. Snowbird Resort, Utah. (Invited address).

Davis, D., & Droll, D. (1985). Relative power, accounts and apologies as determinants of forgiving. American Psychological Association, Los Angeles.

Carney, A., Davis, D., & Lipparelli, M. A. (1986). A reformulation and extension of Brown and Levinson's theory of politeness. Western Psychological Association, Los Angeles.

Carney, A., Dewitt, J. S., & Davis, D. (1986). Effects of stereotypes, order of presentation, and familiarity on person memory. Western Psychological Association, Los Angeles, 1986.

Davis, D., Carney, A., & Dewitt, J. S. (1986). Comprehension and face as determinants of listener responsiveness in conversation. American Psychological Association, Washington, D. C.

Davis, D. (1986). Chair, session entitled "The social relations model." American Psychological Association, Washington, D. C.

Davis, D. (1986). Effects of listener status and familiarity, and the magnitude of request on use of polite form in conversation. Hags Head Conference on Groups, networks and organizations, Nags Head, North Carolina. (Invited address).

Davis, D. (1987). Psychology and the legal system. Society of Experimental Social Psychology, Charlottesville, Virginia.

Lewis, E. W., & Davis, D. (1988). The attribution of responsibility: An application to the legal system. Western Psychological Association, San Francisco.

Gastanaga, L., Greenstein, F., Kaplan, M., Pearlman, A., Price, N., Robbins, R., Wentzel, S., & Davis, D. (1988). Verbal assertiveness: A theoretical review and reformulation. Western Psychological Association, San Francisco.

Davis, D., Rippens, P., & Foushee, R. (1989). Public knowledge and beliefs concerning child sex abuse. Western Psychological Association, Reno.

Davis, D. (1989). Chair, session on "Opportunities for research support for AIDS related projects." Western Psychological Association, Reno.

Lewis, E. W. & Davis, D. (1992). Mitigating circumstances in sentencing: The effect of attributional complexity. American Psychology and Law Society, San Diego.

Davis, D., & Ostler, T. (1992). Erotophobia, sex guilt and biased jurors. American Psychology and Law Society, San Diego.

Lewis, E. W., & Davis, D. (1992). Effects of attributional complexity, authoritarianism, and empathy on sentencing. Rocky Mountain Psychological Association, Boise.

Savoy, S. O., Coker, R., Misselli, V., Mifflin, J., & Davis, D. (1992). Juror reactions to sex

applications of hypnosis in the legal system. Rocky Mountain Psychological Association, Boise.

Ostler, T., & Davis, D. (1992). Erotophobia, sex guilt and reactions to sex related crimes. Rocky Mountain Psychological Association, Boise.

Davis, D., & Lesbo, M. (1997). May to December: A theory of mate selection across the life span. Society of Experimental Social Psychology, Toronto, Canada, October, 1997.

Lesbo, M., Davis, D., & Sundahl, I. (1997). Age and sex differences in advertising for mates. Rocky Mountain Psychological Association, Reno, April, 1997.

Sundahl, I., Davis, D., & Lesbo, M. (1997). Perceptions of control and bet size: A naturalistic study of casino craps. Rocky Mountain Psychological Association, Reno, April, 1997.

Davis, D., & Lesbo, M. (1999). The role of sexuality stereotypes in judgments of rape among women of four races. Northwest Conference on Memory and Cognition, May 1999.

Davis, D., Follette, W. C., & Merlino, M. L. (1999). Seeds of rape: Female behavior is probative for females, definitive for males. Psychological Expertise and Criminal Justice: A conference for Psychologists and Lawyers (Jointly sponsored by APA and ABA). Washington, DC, October.

Davis, D., & Lesbo, M. (2000). Gender, attachment and physical, emotional and behavioral reactions to breakups. Western Psychological Association, Portland, Oregon, April, 2000.

Davis, D., & Follette, W. C. (2000). Attachment, marital interaction: The four horsemen and their first cousins. Western Psychological Association, Portland, Oregon, April, 2000.

Davis, D., & Follette, W. C., (2000). Attachment style and emotional expression in close relationships. Western Psychological Association, Portland, Oregon, April, 2000.

Davis, D., & Lesbo, M. (2000). Gender, attachment and subjective motivations for sex. Western Psychological Association, Portland, Oregon, April, 2000.

Davis, D. (2001). Factors compromising witness memory in high profile/traumatic cases. SMU Air Law and Commerce Symposium, Dallas, February.

Davis, D., & Follette, W. C. (2001). "*DIPP*ing" in the jury pool: Designing voir dire questions to *D*iagnose, *I*ngratiate, *P*ersuade, and *P*rocure the jury you want. SMU Air Law and Commerce Symposium, Dallas, February.

Davis, D., Follette, W. C., & Lesbo, M. V. (2001). Adult attachment style and the

experience of unwanted sex. Western Psychological Association, Maui, Hawaii, May.

Davis, D. Lesbo, M. V., Fuhrel, A., & Barkewai, Z. (2001). May to December: Determinants of romantic relationship motivation across the lifespan. Western Psychological Association, Maui, Hawaii, May.

Davis, D., Follette, W. C., & Vernon, M. L., Shaver, P. R. (2001). Adult attachment style, extent and manner of expression of sexual needs. Western Psychological Association, Maui, Hawaii, May.

Davis, D., & Follette, W. C. (2001). Fallacies of post hoc heuristic reasoning in the judicial system. Western Psychological Association, Maui, Hawaii, May.

Follette, W. C., & Davis, D. (2001). Rethinking the rules of evidence: Empirical determination of "Probative value" of evidence. Western Psychological Association, Maui, Hawaii, May.

Davis, D. (2001). Victim syndrome evidence in court: Heuristic reasoning from diagnosis to verdict. Western Psychological Association, Maui, Hawaii, May.

Davis, D., & Goodis, J. (2001). Does consent to alcohol equal consent to sex? American Psychological Association, San Francisco, August.

Davis, D., & Lesbo, M. V. (2001). Sculpting the body beautiful: Attachment style and use of plastic surgery. American Psychological Association, San Francisco, August.

Vanous, S., & Davis, D. (2001). Motive evidence: Probative or just prejudicial? Rocky Mountain Psychological Association, Reno, April.

Vanous, S., & Davis, D. (2002). Cultural stereotypes of motive, means and how to cover up a crime. Rocky Mountain Psychological Association, Salt Lake City, April.

Davis, D. (2002). Memory on trial. Federal Public Defender Investigator Association, Portland, Oregon, April.

Davis, D. (2002). Toward empirical standards for evaluation of the admissibility of evidence. Society of Experimental Social Psychology, Columbus, Ohio, October.

Davis, D., Follette, W. C. (2003). Attachment, terror management, and end-of-life caregiving/receiving. *Compassionate Love Conference*, sponsored by the International Association of Relationship Research and the Fetzer Foundation.

Davis, D. (2004). Attachment, sexual motivation and sexual behavior. *Society of Personality and Social Psychology.*

Davis, D. (2004). Attachment and sexual pathology. *International Association of Relationship Research.* Bloomington, Indiana.

Davis, D. (2004). Sex in service of attachment and caregiving. *Dynamics of Romantic Love: Attachment, Caregiving, and Sex.* Davis, California.

Davis, D. (2004, January). Attachment and end-of-life caregiving. Invited address: Duke University Medical School.

Davis, D., Knaack, D., Lopez, P., Koyama, M., White, B., Bailey, D. & Kusal, T. (2005). Memory for Threats in Conversation Enhanced by Later Knowledge of Violence Between Participants. *American Psychological Society*, Los Angeles, CA.

Davis, D., Vanous, S., & Cucciare, M. (2005) Unconscious Transference as an Instance of 'Change Blindness.' *American Psychological Society,* Los Angeles, CA.

Shaver, P. R., Schachner, D. A., Gillath, O., & Davis, D. (2005). Interrelations of the Attachment and Sexual Behavioral Systems. Symposium Title:Research on Sexual Motives: Implications for Sexual Behavior and Intimate Relationships. *American Psychological Association.*

Rumble M, Keefe F, Porter L, Miller J, Davis D, Scipio C, Garst J, Peterson B. Relationship of marital attachment style to symptoms,self-efficacy and psychological distress in patients with lung cancer and their spouses.  Poster presented at the annual meeting of the American Pain Society, San Antonio, TX, May 2006.

Davis, D. (2006). Confession evidence. *Association of American Law Schools.* Washington, D. C. (January)  (Invited Address).

Davis, D., Leo, R. A., Knaack, D., Bailey, D. A. (2006). Sympathetic detectives with time limited offers: Effects on perceived consequences of confession. Association for Psychological Science. New York, May.

Davis, D., Vernon, M. V., & Shaver, P. R. (2006). How do we cause our relationships to fail? The role of attachment style. *Association for Psychological Science,* New York, May.

Davis, D., Carlen, L. & Gallio, J. (2006). Attachment, rape supportive attitudes, and perceived validity of claims in three rape scenarios. *Association for Psychological Science.* New York, May.

Nelson, K. J., Laney, C., Le, A. J., Fowler, N. B., Knowles, E. D., Davis, D., & Loftus, E. F. (2007). Change blindness can cause mistaken eyewitness identifications. *Association for Psychological Science.* Washington, D.C., May.

Davis, D., Weaver, T., Leo, R. A. (2007). Effects of failed polygraph results on true and false confessions. *American Psychological Association,* San Francisco, CA., August.

Davis, D., Leo, R. A., Follette, W. C. (2007). Effects of interrogation tactics on recommendation of false confession for the innocent. *Interrogations and*

*Confessions.* El Paso, TX: September.

Davis, D. (2007). The problem of false confessions: Policy considerations and the issue of type I and type II outcome errors in interrogations.

Davis, D. & Follette, W. C. (2007). Blowing smoke and selling snake oil: Sources of invalidity and exaggeration in expert testimony; Osgoode Hall Law School, Toronto, CA, November. (Invited address).

Davis, D., Leo, R. A., & Follette, W. C. (2008). Recommending false confession for the innocent. *American Psychology-Law Society.* Ft. Lauderdale, Fl: March.

Davis, D., (2009) Society of Experimental Social Psychology, Academic, "Interrogation through pragmatic implication", Accepted, Society of Experimental Social Psychology, Portland, Maine, October.

Davis, D. (2009), Lowman, J., Sigilloa, A., Association for Psychological Science, Academic, "Age and perceived net benefits of romantic relationships", Accepted, Association for Psychological Science, San Francisco, May.

Davis, D. (2009), Sigilloa, A., Lowman, J., Association for Psychological Science, Academic, "Attachment and perceived advantages and disadvantages of romantic relationships", Accepted, Association for Psychological Science, San Francisco; May..

Davis, D., Hernandez, J., Follette, W. C., Leo, R. A. (2010). "Interrogation through pragmatic implication: Communicating beneficience and promises of leniency. Society for Personality and Social Psychology, Las Vegas, Nevada, January.

Hernandez, O., Draper, C., Davis, D., & Leo, R. (2010). Stage setting in police interrogation: Interactive effects of a "pretext" for interrogation and "minimization." American Psychology-Law Society, Vancouver, Canada; March.

Davis, D. (2010). Jury decisions and experience (Panel Moderator). *Western Social Science Association.* Reno, NV: April

Davis, D. (2010), Inconsistencies between law and the limits of human cognition., Society of Experimental Social Psychology, Minneapolis, MN. (October).

Davis, D.,  Sigilloa, A.  Lowman, J. (2010). Adult attachment style and strategies of social influence., Western Psychological Association, Cancun. (April).

Davis, D., (2010). "Law is an Ass: Ignorance and stubbornness in applications of psychology to law", Invited, Memory and the Law: National Science Foundation, Tuscon Arizona. (February 2010).

Williams, M. J., & Davis, D. (2012, April). Authoritarian personality moderates the deleterious effects of ostracism. Rocky Mountain Psychological

Association, Reno, NV.

Davis, D. (2012). Identity threat in the interrogation room: How do suspects behave when they don't expect to be believed? International Conference on Investigative Interviewing. Nicolet, Canada.

Davis, D., Mikulincer, M., Soref, A., Villalobos, G., Ogundimu, O., Perez, L., Ghiglieri, M., & Williams, M. J. (2013, October). *Effects of self-affirmation, mortality salience, attachment security, and ostracism on self-disclosure of negative personal information*. Paper session presented at the meeting of the High-Value Detainee Interrogation Group, Washington, D.C.

Davis, D., Williams, M. J., & Villalobos, J. G. (2013, March). *Interrogation-related regulatory decline: The roles of prior effort and stereotype threat*. Paper session presented at the meeting of the Western Psychological Association, Reno, NV.

Villalobos, J. G., Williams, M. J., & Davis, D. (2013, January). *Self-regulation and the perceived wisdom of false confession to murder*. Poster session presented at the meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Williams, M. J., Villalobos, J. G., & Davis, D. (2013, April). The Other "L" (Lobotomoy) Effect: Determinants and Consequences of Impaired Executive Control in Suspects. Paper presented at the 93rd Annual Convention of the Western Psychological Association. Reno, NV.

Davis, D., Williams, M. J., & Villalobos, J. G. (2013, March). Interrogation-Related Regulatory Decline: The Roles of Prior Effort and Stereotype Threat. Paper presented at the 2013 American Psychology-Law Society conference. Portland, OR.

Villalobos, J. G., Williams, M. J., & Davis, D. (2013, January). Self-Regulation and the Perceived Wisdom of a False Confession to Murder. Society for Personality and Social Psychology. New Orleans, LA.

Davis, D., Williams, M. J., & Villalobos, J. G. (2013). Interrogation-related regulatory decline: The roles of prior effort and stereotype threat. American Psychology-Law Society. Portland, OR.

Leo, R. A., & Davis, D. (2013). To walk in their shoes: The problem of recognizing false confessions. American Psychology-Law Society. Portland, OR.

Davis, D. (2013). Where Lucifer Thrives: Situational forces impairing interrogator judgment and strategy. Western Psychological Association. Reno, NV.

Williams, M. J., Villalobos, J. G., & Davis, D. (2013). The other L (Lobotomy) effect: Determinants and consequences of impaired executive control in suspects. Western Psychological Association. Reno, NV.

Davis, D., Mikulincer, M., & Soref, A. (2014). Flying under the radar II: Using face and contextual primes to undermine resistance to out-group interviewers. American Psychology-Law Society, New Orleans, LA.

Davis, D., Mikulincer, M., & Soref, A. (2014).  Flying under the radar I: Priming states of mind can increase or decrease disclosure of sensitive personal information. American Psychology-Law Society, New Orleans, LA.

Davis, D. (2015). Causes of Wrongful Conviction: Law Enforcement Bias, Error and Coercion, Invited, Vanguard Court Watch. (October).

Davis, D., (2015). Implicit Bias: Are There Solutions?   Decision Making, Academic, Workshop, Invited, National Judicial College. (July 2015).

Davis, D. (2015), Minorities in interrogation, Invited, American Psychology Law Society. (March).

Davis, D. (2015), , "Strengths and weaknesses of interrogation methods: Implications for true and false confessions", Invited, The Center for American and International Law. Establishing Innocence or Guilt - Causes of and Solutions to Wrongful Convictions, (2015).

Villalobos, J. G. (2016). The psychological consequences of stereotype threat and interrogation-related regulatory decline Western Psychological Association.

Davis, D. (2016). Addressing the Implicit Bias Problem, Academic, Workshop, "Solutions to the problem of implicit bias? Reality or fantasy?", Invited, National Judicial College. (March 27).

This was a workshop organized by the National Judicial College to design an online course designed to help reduce implicit racial bias among judges. The participants met and designed the course content during the two day workshop

Davis, D. (2016). Theorizing Sexual Consent Processes, Academic, Conference, "Remembering Disputed Sexual Encounters", Invited, University of Texas, Austin. (March 18).

    **This was a 45 minute invited keynote address

Wood, E. F. Davis, D. (2016). Perceived and actual probative and definitive value of sexual behaviors in college students: Which behaviors have most potential for miscommunication?" Society for Personality and Social Psychology. (January 28).

Davis, D., (2016). Remembering Disputed Sexual Encounters", Society of Personality and Social Psychology. (January 28).

    ***I was the invited keynote speaker for the Sexuality Preconference

Wood, E. F., & Davis, D. (2017). "Perceived versus actual links between intoxication and sexual availability", American Psychology Law Society. (March).

Davis, D. (2017), Workshop for Marine Jag Attorneys, Non-Academic, Workshop, "Investigating and defending cases of false confession", Invited, Marines. (December)

Wood, E. F., Miller, M., Davis, D. (2017) "Understanding the shift from 'no means no' to 'yes means yes': Investigating interpretations of affirmative consent policies in a community sample", American Psychology Law Society. (March).

Davis, D. (2017), "What do we know about causes and impact of false confessions and where do we go from here?" Association of American Law Schools. (January).

Livingston, T. N., Rerick, P. O., & Davis, D. (2018, May). *The effect of caller threats on guilt ratings in a "pretext" phone call.* Poster presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

Rerick, P. O., Livingston, T. N., & Davis, D. (2018, May). *Mock jurors' interpretations of apologies in a pretext call.* Poster presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

Rikkonen, K. J., Livingston, T. N., Rerick, P. O., & Davis, D. (2018, May). *Mortality salience predicts perceived interrogator beneficence and wisdom of suspect confession.* Poster presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

Rerick, P. O., Livingston, T. N., & Davis, D. (2018, April). *A validated measure of heterosexual men's perceptions of women's sexually probative behaviors.* Poster presented at the annual meeting of the Western Psychological Association, Portland, OR.

Livingston, T. N., Rerick, P. O., & Davis, D. (2018, March). *Sexual arousal predicts men's perceptions of women's sexual intent.* Poster presented at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Livingston, T. N., Rerick, P. O., Villalobos, J. G., Clark, J., Gbenjo, P., & Davis, D. (2018, April). *Racial- and perpetrator-victim stereotypes in child sexual abuse cases.* Poster presented at the annual meeting of the Western Psychological Association, Portland, OR.

Livingston, T. N., Rerick, P. O., & Davis, D. (2022, March). *Sexual arousal as a predictor of single men's interpretations of women's sexual willingness: Implications for the*

*laboratory and the courtroom* American Psychology Law Society Annual
Conference, Denver, CO.

Rerick, P. O., Livingston, T. N., & Davis, D. (2022, March). *Effects of men's sexual
arousal on perceptions of affirmative consent policies.* American Psychology Law
Society Annual Conference, Denver, CO.

Davis, D., Rerick, P. O., & Livingston, T. N. (2022, March). *Pretext callers as proxy
interrogators: Common tactics and lay reactions.* American Psychology Law
Society Annual Conference, Denver, CO.


**INTERNATIONAL MEETINGS**

Davis, D., & Brock, T. C. (1976). Determinants of interpersonal physical pleasuring.
International Congress of Psychology, Paris, France.

Davis, D. (1980). A "rewards of interaction" interpretation of the similarity-attraction
relationship: Theory and data. International Congress of Psychology, Leipzig, East
Germany.

Davis, D. (1980). Antecedents and consequences of responsiveness in dyadic interaction.
International Congress of Psychology, Leipzig, East Germany.

Davis, D., & Holtgraves, T. M. (1983). Responsiveness, understanding and memory in
dyadic interaction. Interamerican Congress of Psychology, Quito, Ecuador.

Kelley, L., Davis, D., & Wood, J. (1984) Status, physical attractiveness and popularity as
elicitors of responsiveness from others. International Congress of Psychology,
Acapulco, Mexico.

Davis, D., Kelley, L., Wood, J., & Steronko, R. (1984). Consequencias evolucionarias de
responsividad materna y peterna: amour proprio y punto internal de control.
International Congress of Psychology, Acapulco, Mexico.

Davis, D., Dewitt, J. S., & Carney, A. (1985). Las limitaciones en algunas reglas de
conversacion: Cuando se espera y se condona el comportamiento no responsivo.
Interamerican Congress of Psychology, Caracus, Venezuela.

Davis, D., & Lewis, E. W. (1988). The attribution of responsibility within the American legal
system. XXIV International Congress of Psychology, Sydney Australia.

Davis, D., Wentzel, S., Robbins, R., Price, N., Pearlman, A., Kaplan, M., Greenstein, F., &
Gastanaga, L. Verbal assertiveness in conversation. XXIV International Congress of
Psychology, Sydney, Australia, 1988.

Davis, D., Rippens, P., & Foushee, R. (1989). Public beliefs about child sexual abuse. Interamerican Congress of Psychology, Buenos Aires, Argentina.

Davis, D., Ostler, T., & McBride, G. (1989). Verbal and nonverbal flirting techniques. Interamerican Congress of Psychology, Buenos Aires, Argentina.

Davis, D. & Leontauras, A. (1995). Dating preferences and practices across the lifespan. Interamerican Congress of Psychology, Puerto Rico. (Invited Address).

Davis, D., Lesbo, M., Adams, R., Shelton, N., Lindquist, M. (1998). The role of stereotypes regarding sexuality in judgements of rapes among women of four races. 24th Annual Congress of Applied Psychology, San Francisco, CA, August, 1998.

Sundahl, I., Davis, D., & Lesbo, M. (1998). Personality and preferences for casino games. 24th International Congress of Applied Psychology, San Francisco, CA, August, 1998.

Davis, D., & Lesbo, M. (1998). Female wardrobe choices and sexual intent: Female intent and male interpretation. 24th International Congress of Applied Psychology, San Francisco, CA., August, 1998.

Davis, D., & Lesbo, M. (1998). Use of the Internet for cross-cultural survey research: A study of life-span mate selection. 24th International Congress of Applied Psychology, San Francisco, CA, August, 1998.

Davis, D., Lesbo, M. & Thoroughgood, A. J. (1999). The role of stereotypes of female sexuality in rape. Northwest Conference on Memory and Cognition, Victoria, Canada, May 1999.

# Exhibit B

**LIST OF TRIAL/HEARING TESTIMONY**
**DEBORAH DAVIS, PH.D.**

**CONFESSION CASES**

**TRIAL TESTIMONY**

**Arizona**

Joshua Bribiescas (2022)

**California**

People v. Benjamin John Fortin CASE NO.: 15HF0084 (2019) Retrial

People of the State of California vs. Rex Vigayan (2019)

Re: People of California v. Aldemar Fuentes Case # BA478241 (2021)

R.K.   Case No: JVDL20-000144 (2022)

California vs. Javier Jesus Naalmay (2022)

People v. Justin Cooper, case no. 17002526 (2023)

**Colorado**

Ralph Lujan: 16CR1862 Arapahoe County District Court. (2019)

**Idaho**

United States vs. Luis Torres (2022)

**Indiana**

State of Indiana v. Steven E. Malloch Cause #17D02-1001-FA-002 (2021)

**Minnesota**

State of Minnesota vs. Steven Nelson (2019)

**Nevada**

Nestor Ivan Quintana C-17-322311 (2019)

State of Nevada v. Thomas Bernal #20-CR-00099 (2020)

Raul Gonzales Docket No: 74842 (2022)

**New York**

Davon Chisholm Ind. No. 8023-2016 (2019)

**Texas**

Re: State of Texas vs. Robert Allen Satterfield (2023)

**Utah**

Marrion Ray Haigler Case No. 181700307 (2019)

## WITNESS MEMORY/IDENTIFICATION CASES

**TRIAL TESTIMONY**

**Arizona**

Re: Arizona v. Joao Gomes CR2018-143519-001 (2019)

Arizona v. Kenneth Copple CR2017-001173 (2019)

State of Arizona v. Travis Ricci CR2011-005961-001 (2019)

Arizona v. Joao Gomes CR2018-143519-001 (2021)

People v. Arturo Sanchez Perez Jr. # 699 GJ 575 (2021)

Arizona v. David Harvey P1300cr202000898 (2022)

**California**

DEREK MARTINEZ, (2019)
Petitioner,
v.
SHAWN HATTON, et. al,
Warden,
PEOPLE OF THE STATE OF CALIFORNIA,
Real Party in Interest.

Nos. 04F4728,16CRHB6278 (COA No. C085284)

People v. Regino Maciel 18CR006880 (2019)

PEOPLE V. SANCHEZ Case No. 18CR08552 (2019)

People vs. Christopher Bradford: Case No:2017-00031567 (2019)

People v. Antonio Montalvo, 19016394 (2020)

Judy Huth v. William Henry Cosby, Jr.  #BC565560 (2022)

California vs. Javier Jesus Naalmay (2022)

California vs. William Kemper Case No. CRF63197

California vs. Edgar Parejas Cruz    CASE #: R1F1803571

California vs. Alexandro Anthony Xavier Case No. CRF70171 (2023)

**Colorado**

Re: People of Colorado V. Modesto Flores NO: 21CR590 (2022)

**Military Courts**

U.S. v. Sgt. Maurice J. Lewis [year to come]

United States v. Xavier J. Jordan (2019)

United States v. LCPL Joshua N. Aikens (2019)