UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00380-CKK |
| | : | |
| BRIAN JEFFREY RAYMOND | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' SUPPLEMENTAL NOTICE
OF INTENT TO OFFER EXPERT TRIAL TESTIMONY**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides supplemental information regarding certain experts in the fields of digital forensics, forensic chemistry, forensic genetics, medical toxicology, and sexual assault examination for which the government previously provided notice. *See* ECF Nos. 252, 252-1.

As to the medical toxicologist, the supplemental notice expands on the methodology Dr. Levine uses to reach a conclusion, as well as the reasons why doctors may not rely on toxicology results (see page 8 of the attached supplemental notice).

Regarding the forensic chemists, forensic geneticist, and sexual assault expert, the government recently met with each expert and received a summary of their training and experience. Those summaries are included beginning on page 4. The supplemental notice also provides a more detailed recitation of the information included in each expert's report (along with other related materials previously disclosed to defense) to highlight the ways in which each report is different.

Finally, the supplemental notice includes an expanded and updated list of training and qualifications for Mr. Soeka, digital forensic analyst (see page 2).

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>District of Columbia | NICOLE M. ARGENTIERI<br>ACTING ASSISTANT ATTORNEY<br>GENERAL<br>U.S. Department of Justice<br>Criminal Division |
| _____/s/_____<br>Meredith E. Mayer-Dempsey<br>NY Bar No. 5213202<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the District of Columbia<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>(202) 252-7259<br>Meredith.Mayer-Dempsey@usdoj.gov | _____/s/_____<br>Angela N. Buckner<br>DC Bar No. 1022880<br>Katharine A. Wagner<br>NY Bar No. 479825<br>Trial Attorneys<br>U.S. Dept. of Justice, Criminal Division<br>Human Rights and Special Prosecutions<br>1301 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 616-0238<br>202-514-4584<br>Angela.Buckner.2@usdoj.gov<br>Katharine.Wagner@usdoj.gov |