**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-CR-00380 (CKK)** |
| | : | |
| **BRIAN JEFFREY RAYMOND,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING**

The government's classified motion in limine for a protective order pursuant to the Classified Information Procedures Act ("CIPA"), Sections 3 and 6 (the "motion"), was filed *in camera* and under seal by the Classified Information Security Officer ("CISO") or designee on October 6, 2023. On the same day, the CISO lodged a copy of the motion in cleared defense counsel's assigned classified safe in the Eastern District of Virginia. The government's declaration in support of its motion was filed *in camera, ex parte* and under seal. The government will alert counsel for the defendant that any response to the motion should be filed *in camera* and under seal by the CISO or designee.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
District of Columbia

NICOLE M. ARGENTIERI
ACTING ASSISTANT ATTORNEY
GENERAL
U.S. Department of Justice
Criminal Division

*/s/ Meredith E. Mayer-Dempsey*
Meredith E. Mayer-Dempsey
NY Bar No. 5213202
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, Northwest
Washington, D.C. 20530

*/s/ Katharine A. Wagner*
Angela N. Buckner
DC Bar No. 1022880
Katharine A. Wagner
NY Bar No. 4798245
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Human Rights and Special Prosecutions

1

(202) 252-7259
Meredith.Mayer-Dempsey@usdoj.gov

1301 New York Avenue, Northwest
Washington, D.C. 20530
(202) 616-0238
Angela.Buckner.2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY:   */s/ Katharine A. Wagner*
      KATHARINE A. WAGNER