# EXHIBIT A

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801

www.sheppardmullin.com

Denise Giraudo

August 9, 2023

**VIA ELECTRONIC MAIL**

Angela Nichole Buckner
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

Re:  United States v. Brian Jeffrey Raymond, 1:21-cr-00380-CKK

Dear Counsel:

On August 25, 2023, lay witness identification and subject matter disclosures are due to the Court. Pursuant to Federal Rule of Evidence 701, opinion testimony by lay witnesses examines the witness's perception of events and aids the Court in understanding the witness's testimony or to determine a fact in issue. Given that the testimony of the Alleged Victims ("AV") forms the basis of this case, please confirm whether the government intends to disclose the AVs as lay witnesses and, if so, if the government will simultaneously disclose the names of the AV witnesses.

Please let us know if you have any questions or concerns, and please respond to this request by close of business on Tuesday, August 15, 2023.

Sincerely,

Denise Giraudo

cc:  Joseph Jay, Esq. (of the Firm)
     John Marston, Esq. (Co-Counsel for Mr. Raymond)