# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-CR-00380 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **BRIAN JEFFREY RAYMOND** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE REGARDING DEFENDANT'S MEMORANDA IN OPPOSITION TO THE GOVERNMENT'S MOTIONS *IN LIMINE*

The government is in receipt of the defendant's memoranda in opposition to the government's motions *in limine*. *See* ECF No. 316 (opposing certain limitations of defense expert testimony), ECF No. 317 (opposing pseudonyms for victims), ECF No. 318 (opposing the exclusion of the defendant's polygraph), ECF No. 319 (opposing fact witness testimony), and ECF No. 320 (opposing the admission of certain victims' prior statements). The government does not intend to file replies and instead relies on the authorities cited and arguments outlined in its original submissions. *See* ECF Nos 289 (defense experts), 291 (prior statements), 292 (witness testimony), 293 (victims' names), and 294 (defendant's polygraph).

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>District of Columbia | NICOLE M. ARGENTIERI<br>ACTING ASSISTANT ATTORNEY<br>GENERAL<br>U.S. Department of Justice<br>Criminal Division |
| /s/<br>Meredith E. Mayer-Dempsey<br>NY Bar No. 5213202<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the District of Columbia<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>(202) 252-7259<br>Meredith.Mayer-Dempsey@usdoj.gov | /s/<br>Angela N. Buckner<br>DC Bar No. 1022880<br>Katharine A. Wagner<br>NY Bar No. 479825<br>Trial Attorneys<br>U.S. Dept. of Justice, Criminal Division<br>Human Rights and Special Prosecutions<br>1301 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 616-0238<br>202-514-4584<br>Angela.Buckner.2@usdoj.gov<br>Katharine.Wagner@usdoj.gov |