# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN JEFFREY RAYMOND,<br>Defendant | Criminal Action No. 21-380 (CKK) |

**ORDER**
(October 24, 2023)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**, that Defendant's [190] Motion to Suppress is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED**, that the contents of the iPhone 6 and iPhone XR seized on June 3, 2020 are **SUPPRESSED**.

**SO ORDERED**.

Dated: October 24, 2023

                                                                 /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge