IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No. 1:21-cr-00380-CKK |
| BRIAN JEFFREY RAYMOND, | : |
| | : |
| Defendant. | : |

**MOTION TO FOR LEAVE TO WITHDRAW AS COUNSEL TO DEFENDANT**

Pursuant to Local Criminal Rule 44.5(d) and D.C. Rule of Professional Conduct 1.16, Denise E. Giraudo, A. Joseph Jay III, and Tom Reklaitis, attorneys at Sheppard Mullin Richter & Hampton LLP, respectfully move this Honorable Court for leave to withdraw as counsel for defendant Brian Raymond in this case. Ms. Giraudo has signed a declaration setting forth further information in support of this Motion, which is submitted separately *ex parte* and under seal. This withdrawal is not being made for any improper purpose or to unduly delay trial. Mr. Raymond and government counsel are aware of this Motion, as well as a similar motion submitted by co-counsel at Foley Hoag LLP.

Dated: October 29, 2023                Respectfully submitted,

                                                s/Denise Giraudo
                                                A. Joseph Jay III (D.C. No. 501646)
                                                Denise Giraudo (D.C. No. 499348)
                                                Thomas Reklaitis (D.C. No. 1778891)
                                                **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
                                                2099 Pennsylvania Avenue, NW
                                                Washington, D.C. 20006
                                                (202) 747-1900
                                                JJay@sheppardmullin.com
                                                DGiraudo@sheppardmullin.com
                                                TReklaitis@sheppardmullin.com

                                                *Counsel for Brian Jeffrey Raymond*


                                                *Counsel for Brian Jeffrey Raymond*


## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, I served a copy of the foregoing Motion for Leave to Withdraw as Counsel to Defendant on government counsel through the Court's electronic filing system, and I will hand deliver a copy of the foregoing Motion for Leave to Withdraw as Counsel to Defendant and the accompanying Declaration in Support of such Motion on defendant Brian Raymond on October 30, 2023.

                                                /s/ Denise E. Giraudo