UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-CR-00380 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **BRIAN JEFFREY RAYMOND** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

In anticipation of the plea hearing scheduled for November 6, 2023, the government hereby submits this notice, which outlines the penalties and elements of the offenses that the defendant has indicated he intends to plead guilty to: Count One, Sexual Abuse, in violation of 18 U.S.C. §§ 2242(2) and 7(9); Count Six, Abusive Sexual Contact, in violation of 18 U.S.C. §§ 2244(a)(1) and 7(9); Count Seventeen, Coercion and Enticement in violation of 18 U.S.C. § 2422(a); and Count Nineteen: Transportation of Obscene Material, in violation of 18 U.S.C. § 1462(a).

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES | NICOLE M. ARGENTIERI |
| UNITED STATES ATTORNEY | ACTING ASSISTANT ATTORNEY |
| District of Columbia | GENERAL |
| | U.S. Department of Justice |
| | Criminal Division |
| | |
| */s/ Meredith E. Mayer-Dempsey* | */s/ Angela N. Buckner* |
| Meredith E. Mayer-Dempsey | Angela N. Buckner |
| NY Bar No. 5213202 | DC Bar No. 1022880 |
| Assistant United States Attorney | Katharine A. Wagner |
| United States Attorney's Office | NY Bar No. 4798245 |
| for the District of Columbia | Trial Attorneys |
| 601 D Street, Northwest | U.S. Dept. of Justice, Criminal Division |
| Washington, D.C. 20530 | Human Rights and Special Prosecutions |
| (202) 252-7259 | 1301 New York Avenue, Northwest |
| Meredith.Mayer-Dempsey@usdoj.gov | Washington, D.C. 20530 |
| | (202) 616-0238 |
| | Angela.Buckner.2@usdoj.gov |