**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 21 - 380 (CKK)** |
| | ) | |
| | ) | |
| **BRIAN  JEFFREY RAYMOND** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of undersigned counsel for defendant Brian Jeffrey Raymond

pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully submitted,

 /s/ *Howard B. Katzoff*
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Brian Jeffrey Raymond
Appointed by the Court

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance is being filed via the

Electronic Court Filing System (ECF), causing a copy to be served upon government counsel and

defense counsel of record  this ___1st___ day of November,  2023.

 /s/ *Howard B. Katzoff*
Howard B. Katzoff