REDACTED / CLEARED FOR PUBLIC RELEASE

Filed with the Classified
Information Security Officer
CISO
Date 10/18/23

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 21-380 (CKK) |
| | ) |
| BRIAN JEFFREY RAYMOND, | )   **SEALED**, *Ex Parte*, *In Camera* |
| Defendant. | ) |

**ORDER**
(October 12, 2023)

For the reasons stated in the accompanying sealed, *ex parte* memorandum opinion, it is hereby

**ORDERED**, that the Government's *Ex Parte*, *In Camera*, Under Seal Motion is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED**, that the Motion is **DENIED** only to the extent that the Government shall replace in its proposed substitutions ▮▮▮▮▮▮▮▮▮▮ for "Country 6." The Court further finds as follows:

1. The Motion was properly filed *ex parte* and *in camera* for the Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1).

2. The classified information referenced in the Motion and its associated exhibits implicates the Government's classified information privilege because the information is properly classified and its disclosure could reasonably be expected to cause serious damage to the national security of the United States.

3. Furthermore, CIPA § 4 permits the Government, upon a sufficient showing and with authorization from the Court, to provide an unclassified or less-classified summary substitution in place of certain classified information. Having carefully reviewed the classified material at issue, the Court finds that the Government has made the requisite showing and that the proposed substitutions are adequate, with the exception of the moniker "Country 6" ("Caveat"). Accordingly, the Court hereby authorizes the Government to provide the proposed substitution to the defense and to withhold from discovery the underlying classified material relating thereto, subject to the foregoing Caveat.

4. Finally, the Court finds that the "relevant and helpful" standard articulated in *United States v. Roviaro*, 353 U.S. 53 (1957) and *United States v. Yunis*, 867 F.2d 617 (D.C.

REDACTED / CLEARED FOR PUBLIC RELEASE

REDACTED / CLEARED FOR PUBLIC RELEASE

Cir. 1989) is the appropriate standard by which to analyze whether the Government must disclose in discovery the classified information where, as here, the Government has properly invoked the classified information privilege.

5. In sum, the Court finds that the withholdings authorized by this Order are consistent with the Government's discovery obligations, subject to the foregoing Caveat.

**ORDERED**, that the entire text of the Motion and the exhibits thereto shall not be disclosed to the defense and shall be sealed and preserved in the Court's records to be made available for any future review of these proceedings. It is further

**ORDERED**, that the Government shall forward a copy of this order and accompanying memorandum opinion to the appropriate classification authority to redact this order and accompanying memorandum opinion to the extent necessary to provide copies to cleared counsel and the public.

**SO ORDERED.**

Dated: October 18, 2023

COLLEEN KOLLAR-KOTELLY
United States District Judge

REDACTED / CLEARED FOR PUBLIC RELEASE