IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 21 – 380 (CKK) |
| BRIAN RAYMOND | : |

# Sentencing Exhibit 1A

# (Misc. Certificates of Achievement)

# CERTIFICATE OF ACADEMIC PARTICIPATION

THE PETEY GREENE PROGRAM IN PARTNERSHIP WITH THE UNIVERSITY OF MARYLAND PRESENT THIS CERTIFICATE TO

## BRIAN RAYMOND

for participating in the Fall 2021 semester of The Petey Greene Program's College Bridge Writing Program.

**CHIARA BENETOLLO**
Academic Manager,
The Petey Greene Program

**NORMA DHANARAJ**
D.C. Regional Manager,
The Petey Greene Program





**CYPHERWORX**

Certifies that

**BRIAN RAYMOND**

has successfully completed

**Substance Abuse**

on

May 10, 2024

CEUs Earned: 0.15

Clock Hours: 1.50





Paul W. Cypher, President & CEO, CypherWorx, Inc.





CYPHERWORX

Certifies that

**BRIAN RAYMOND**

has successfully completed

Managing Stress

on

May 29, 2024

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO, CypherWorx, Inc.

 

CYPHERWORX

Certifies that

**BRIAN RAYMOND**

has successfully completed

Adapting to Change

on

May 27, 2024

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO, CypherWorx, Inc.





CYPHERWORX

Certifies that

**BRIAN RAYMOND**

has successfully completed

Adapting to Change

on

May 9, 2024

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO, CypherWorx, Inc.





CYPHERWORX

Certifies that

**BRIAN RAYMOND**

has successfully completed

Anger Management

on

May 9, 2024

CEUs Earned: 0.1
Clock Hours: 1.00

Paul W. Cypher, President & CEO, CypherWorx, Inc.




**CYPHERWORX**

Certifies that

**BRIAN RAYMOND**

has successfully completed

**Offender Responsibility**

on

April 29, 2024

CEUs Earned: 0.1

Clock Hours: 1.00



Paul W. Cypher, President & CEO, CypherWorx, Inc.

 

CYPHERWORX

Certifies that

**BRIAN RAYMOND**

has successfully completed

Cognitive Awareness

on

May 13, 2024

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO, CypherWorx, Inc.





CYPHERWORX

Certifies that

BRIAN RAYMOND

has successfully completed

A Student Guide to Drug and Alcohol Abuse

on

April 29, 2024

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO, CypherWorx, Inc.