**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21 – 380  (CKK) |
| | : | |
| BRIAN  RAYMOND | : | |
| | : | |

# Sentencing Exhibit 1B

# (EDOVO Certificates & Official Transcript)



BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Thinking for the Future - CBT

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 17, 2024

Date

_____

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## PTSD For Veterans

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 19, 2024
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 21, 2024
_____
Date

_____
President of edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Introductory Psychology

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 31, 2024

Date

_President of edovo_

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Psychology 101

SCORE: Passed
All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 31, 2024
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Impact: Families & Addiction

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 22, 2024
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## A Guide Through the 12 Steps of Recovery

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 23, 2024
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Changing habits around drug and alcohol use

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 20, 2024
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Introduction to Stress Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 23, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Rising Strong: A Substance Use Recovery Course

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 20, 2024
_____
Date

_____
President of edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## How Do I Change?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 09, 2024
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Houses of Healing: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Introductory Sociology

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 31, 2024
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF
TYRO Greatness: Principles for a Healthy Relationship

**SCORE:** Passed
All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 19, 2024
Date

President of edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## BRIAN RAYMOND

FOR SUCCESSFUL COMPLETION OF

## Preparing for Success After Prison (PSAP) Program

SCORE: Passed
All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 16, 2024
Date

President of edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
BRIAN RAYMOND

Jun 22, 2024 - Aug 23, 2024
DC DOC: Central Detention Facility

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 455 | 454 | 0 | 37 |

## 37 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Introductory Psychology | This course covers the fundamentals of the subject taught during one semester of a college-level psychology class. Our goal as creators of this course is to prepare you to pass the College Board's CLEP… | 34 hr 04 min | PASSED<br>Completed: Jul 30, 2024 |
| Introductory Sociology | Introductory Sociology is organized into five topical chapters or modules that contain short video lessons, exercises and readings. It will take you less than 25 hours to prepare for the CLEP exam. Following are the… | 32 hr 13 min | PASSED<br>Completed: Jul 17, 2024 |
| Psychology 101 | A detailed introduction to the fundamental principles of psychology and to the major subjects of psychological inquiry. Topics: - history of psychology - methodology - emotion - development - memory - psychopathology… | 30 hr 35 min | PASSED<br>Completed: Jul 29, 2024 |
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between… | 24 hr 17 min | PASSED<br>Completed: Jun 25, 2024 |
| Preparing for Success After Prison (PSAP) Program | "Preparing for Success after Prison" is a transformative course led by Michael Santos, a formerly incarcerated individual and advocate for prison reforms. Inspired by the life of Frederick Douglass, the course emphasizes… | 24 hr 04 min | PASSED<br>Completed: Jul 14, 2024 |
| Rising Strong: A Substance Use Recovery Course | Breaking free from substance use is a journey that's as unique as you are. Welcome to the course that's breaking the mold and setting you on your unique path to recovery. If you're tired of the same old methods th… | 24 hr 01 min | PASSED<br>Completed: Jul 3, 2024 |
| PTSD For Veterans | War veterans are highly likely to experience PTSD in their lifetime. For example, 30% of Iraq and Afghanistan veterans have been diagnosed with PTSD. Throughout this course, you will learn about the symptoms and… | 23 hr 54 min | PASSED<br>Completed: Jun 26, 2024 |

**BRIAN's Learner ID:** 375987

edovo

**OFFICIAL TRANSCRIPT FOR:**
BRIAN RAYMOND

Jun 22, 2024 - Aug 23, 2024
DC DOC: Central Detention Facility

| Course name | Overview | Time | Status |
|---|---|---|---|
| Changing habits around drug and alcohol use | In this course, Rich Jones takes you through how to define your relationship with drugs and alcohol, identify triggers that make you more likely to use, and set goals for changing your habits around substance use. Also… | 23 hr 43 min | **PASSED** Completed: Jul 1, 2024 |
| History of the United States II | It reviews all of the substantive material that is usually taught in the second semester of the two-semester course in the United States history. Our goal as creators of this course is to prepare you to pass the College… | 23 hr 40 min | **PASSED** Completed: Aug 14, 2024 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and feedback from others. | 18 hr 51 min | **PASSED** Completed: Jun 26, 2024 |
| PMI: Path of Freedom (v2022) | Fleet Maull Ph.D, Vita Pires, Ph.D., and the Prison Mindfulness Institute (PMI) have created this video-based course to help you practice mindfulness to improve your everyday life and work towards your long… | 18 hr 50 min | **PASSED** Completed: Jul 9, 2024 |
| Western Civilization I: Ancient Near East to 1648 | Western Civilization I: Ancient Near East to 1648 covers all of the substantive material that is usually taught in the first semester in Western civilization. Our goal as creators of this course is to prepare you to pass the… | 18 hr 48 min | **PASSED** Completed: Aug 5, 2024 |
| Western Civilization II: 1648 to the Present | Western Civilization II: 1648 to the Present reviews all of the substantive material that is usually taught in the second semester in Western civilization. Our goal as creators of this course is to prepare you to pass the… | 15 hr 50 min | **PASSED** Completed: Aug 11, 2024 |
| Michael G. Santos: Straight-A Guide | The Straight-A Guide is a video-based course made to help students learn how to pursue a law-abiding life where they can contribute to their community. It has been designed and delivered by a former prisoner,… | 12 hr 25 min | **PASSED** Completed: Jul 14, 2024 |
| A Guide Through the 12 Steps of Recovery | The purpose of this course is to allow you to reflect on the ways alcohol or substance use has affected your life. It provides educational material on the 12 steps of AA/NA as well as interactive reflective exercises. | 10 hr 06 min | **PASSED** Completed: Jun 30, 2024 |
| Impact: Families & Addiction | A drug prevention course using the film "Son to Son" as its base. It focuses on several key themes and topics related to substance abuse prevention and awareness. "Son to Son" is a short film that explores… | 9 hr 40 min | **PASSED** Completed: Jun 29, 2024 |

**BRIAN's Learner ID:** 375987

**edovo**

**OFFICIAL TRANSCRIPT FOR:**

BRIAN RAYMOND

Jun 22, 2024 - Aug 23, 2024

DC DOC: Central Detention Facility

| Course name | Overview | Time | Status |
|---|---|---|---|
| Stressful Life Events | Post-traumatic stress disorder (PTSD) is a mental health disorder developed by either witnessing or experiencing terrifying events. Throughout this course, you'll learn the signs, symptoms, triggers, and treatme… | 9 hr 37 min | PASSED<br>Completed: Jun 28, 2024 |
| Reflections and Recovery | Recovering from addiction takes an enormous amount of courage and just admitting that you have a problem that you can't solve by yourself takes a ton of bravery. Throughout this course, you will learn about some… | 9 hr 34 min | PASSED<br>Completed: Jun 28, 2024 |
| Rewired Program | THE REWIRED PROGRAM CAN GIVE YOU A NEW PATH FORWARD Do you feel trapped by unhealthy habits? Does it seem that no matter how much effort you put in, you just can't make positive changes last? The truth is:… | 9 hr 31 min | PASSED<br>Completed: Jul 5, 2024 |
| Introduction to Stress Management | Whether it's figuring out how to pay the bills, finding a job, or taking care of your family, stress is a natural part of life. If stress is a natural part of life, why bother with stress management? First it's the right thing to do. But… | 9 hr 28 min | PASSED<br>Completed: Jul 2, 2024 |
| Building Resilience | Have trouble getting by when the going gets tough? Everyone wants to perform well when the pressure's on, but a lot of us withdraw in times of stress or adversity. If you can build your resilience, you'll have an easier… | 9 hr 26 min | PASSED<br>Completed: Jul 5, 2024 |
| History of the United States I | This course reviews all of the substantive material that is usually taught in the first semester of the two-semester course in the United States history. Our goal as creators of this course is to prepare you to pass th… | 9 hr 22 min | PASSED<br>Completed: Aug 7, 2024 |
| TYRO Greatness: Principles for a Healthy Relationship | Having a healthy relationship isn't something that just happens. It takes friendship, faithfulness, fairness, forgiveness and fortitude. Achieve your dream relationship with these 5 skills. | 6 hr 54 min | PASSED<br>Completed: Jul 19, 2024 |
| Peace Education Program - CL | A peaceful life means having a stress-free, secure, and calm life, where there is no fighting or conflict, and everything coexists in perfect harmony and freedom. Throughout this course, you will learn about ways to… | 5 hr 59 min | PASSED<br>Completed: Jul 19, 2024 |
| MasterMind Course: Earning Freedom by Michael Santos | The MasterMind is a video-based, reentry course designed to help you return to society with your dignity intact and with opportunities to thrive. The course is inspired by the personal life of Michael Santos, a form… | 5 hr 43 min | PASSED<br>Completed: Jul 6, 2024 |

**BRIAN's Learner ID:** 375987

**edovo**

**OFFICIAL TRANSCRIPT FOR:**

BRIAN RAYMOND

Jun 22, 2024 - Aug 23, 2024

DC DOC: Central Detention Facility

| Course name | Overview | Time | Status |
|---|---|---|---|
| The Power of Mindfulness | An introduction to the Power of Mindfulness with former prisoner and founder of the Prison Mindfulness Institute Fleet Maull, Ph.D. Neuroscience research has shown that mindfulness practices can positively affec… | 4 hr 56 min | **PASSED** Completed: Jul 7, 2024 |
| TYRO: Breaking The Cycles of Self Destruction | Welcome to Breaking the Cycles of Self Destruction. This TYRO program addresses the five R's in a comprehensive way. You will be equipped with the character, relational, and ethical foundations needed t… | 4 hr 22 min | **PASSED** Completed: Jun 29, 2024 |
| How Do I Change? | This course, developed by Prison Fellowship, will give you a brief overview of the process of change. It includes helpful information about why change is difficult and explores a process to rethink negative… | 4 hr 08 min | **PASSED** Completed: Jul 4, 2024 |
| How Can I STOP My Anger? | HOW DARE YOU! WHAT IS THIS?! I COULD JUST…! Anger can be a hard emotion to deal with. It can push you to act in a way that you would never imagine. Anger can cause you to yell, hit, or say unimaginable things t… | 3 hr 37 min | **PASSED** Completed: Jul 1, 2024 |
| Prisoner Reentry Network: Part I | No one knows about reentry like someone who has left prison. The Prisoner Reentry Network provides information about the concerns voiced by incarcerated and formerly incarcerated people. In this course you w… | 2 hr 46 min | **PASSED** Completed: Jul 11, 2024 |
| The Art of Soulmaking: The Path to Unconditional… | "Heal yourself within and watch those around you transform." The Unconditional Freedom Project's Art of Soulmaking eight-week correspondence course is about restoring dignity. Restoring dignity means… | 2 hr 45 min | **PASSED** Completed: Jul 6, 2024 |
| Embracing Unexpected Change | When we're caught off guard by a job loss or the crumbling of a personal relationship, it can be tough to move forward. But while we can't avoid these kinds of unexpected changes, we can control how we deal with… | 2 hr 37 min | **PASSED** Completed: Jul 4, 2024 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote… "I could not see myself making the progress I have made without this program. It was as i… | 2 hr 29 min | **PASSED** Completed: Jul 4, 2024 |
| Introduction to Changin' Your Game Plan: The Blueprint to… | Changin' Your Game Plan: The Blueprint For Success During and After Incarceration is a practical approach to positive change as well as mental and emotional growth while doing your time. It will show you how to… | 2 hr 13 min | **PASSED** Completed: Jul 11, 2024 |

**BRIAN's Learner ID:** 375987

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
BRIAN RAYMOND

Jun 22, 2024 - Aug 23, 2024
DC DOC: Central Detention Facility

| Course name | Overview | Time | Status |
|---|---|---|---|
| Apply Your Strengths from Shining Light | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving you the opportunity to: -Take an in-depth look at the… | 1 hr 43 min | **PASSED** Completed: Jul 11, 2024 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: -Learn about positive qualities we all have, and how to identify them -Hear insight and… | 1 hr 22 min | **PASSED** Completed: Jul 9, 2024 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo… | 1 hr 06 min | **PASSED** Completed: Jul 9, 2024 |