UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.  1:21-cr-00380 (CKK) |
| BRIAN JEFFREY RAYMOND | Sentencing: September 18-19, 2024 |

**CONSENT MOTION FOR PRE-SENTENCE PAYMENT**

The United States of America, pursuant to 28 U.S.C. §§ 1651, 2041 and 2042 (with related authority of Fed. R. Civ. P. 67), with the full consent of Counsel for the Defendant, moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments toward the agreed criminal financial obligations to be imposed, and in support states:

1. Defendant Brian Jeffrey Raymond has executed a Plea Agreement and entered a plea of guilty to the following four counts in the Superseding Indictment: Count One, Sexual Abuse, in violation of 18 U.S.C. §§ 2242(2) and 7(9); Count Six, Abusive Sexual Contact, in violation of 18 U.S.C. §§ 2244(a)(1) and 7(9); Count Seventeen, Coercion and Enticement in violation of 18 U.S.C. § 2422(a); and Count Nineteen, Transportation of Obscene Material, in violation of 18 U.S.C. § 1462(a).

2. Pursuant to the Plea Agreement filed in this case, the Defendant has agreed to make payments toward his criminal financial obligations, particularly a special assessment of $400.00 and restitution in the amount of $260,000.00, an amount agreed upon in the filed Plea Agreement (Docket Doc. No. 359).  The Court will decide the amount of an additional special assessment.

3. The Defendant may submit a payment in one of various forms made payable to the Clerk of the Court with 1:21-cr-00380 noted on each payment mailed or delivered to:

      Clerk, U.S. District Court
      Attn: Finance
      333 Constitution Ave, NW
      Washington, D.C. 20001

4. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of the Defendant until the time of sentencing. Further, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant.

5. The Court has the discretion to order the requested relief pursuant to the All Writs Act, 28 U.S.C. § 1651, which provides that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

6. Counsel for the United States has conferred with Counsel for the Defendant, who have consented to the requested order in aid of the Plea Agreement and the presentence payment.

7. Nothing in this motion shall limit or in any way waive or release any administrative or judicial civil claim, demand, or cause of action, whatsoever, of the United States or its agencies.

*  *  *  *

WHEREFORE, the United States moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds toward the criminal monetary obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

September 11, 2024                                  Respectfully Submitted,

MATTHEW M. GRAVES
D.C. Bar 481052
UNITED STATES ATTORNEY
District of Columbia

/s/ *Oliver W. McDaniel*
Oliver W. McDaniel
DC Bar No. 377360
Civil Division
Meredith E. Mayer-Dempsey
NY Bar No. 5213202
Criminal Division
Assistant United States Attorneys
United States Attorney's Office
for the District of Columbia
601 D Street, Northwest
Washington, D.C. 20530
(202) 252-2508
(202) 252-7259
oliver.mcdaniel@usdoj.gov
Meredith.Mayer-Dempsey@usdoj.gov

NICOLE M. ARGENTIERI
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
Head of the Criminal Division
U.S. Department of Justice
Criminal Division

Angela N. Buckner
DC Bar No. 1022880

        Katharine A. Wagner
        NY Bar No. 479825
        Trial Attorneys
        U.S. Dept. of Justice, Criminal Division
        Human Rights and Special Prosecutions
        1301 New York Avenue, Northwest
        Washington, D.C. 20530
        (202) 616-0238
        (202) 514-4584
        Angela.Buckner.2@usdoj.gov
        Katharine.Wagner@usdoj.gov

        *Counsel for the United States*

## **CERTIFICATE OF SERVICE**

    I hereby certify, on this 11th day of September, 2024, that the foregoing Consent Motion for Pre-Sentence Payment and the Proposed Order were served by this Court's Electronic Case Filing (ECF) system, to the extent that the recipient has access, or by email or U.S. mail, on the following parties or counsel thereto.

Howard B. Katzoff (katzoffh@aol.com)

                                               /s/
                                     OLIVER W. McDANIEL
                                     Assistant United States Attorney