UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Criminal No. 21-CR-00380 (CKK) |
| --- | --- | --- |
| v. | : | |
| BRIAN JEFFREY RAYMOND, | : | |
| Defendant. | : | |

**FIRST UPDATED EXHIBIT LIST FOR
UNITED STATES MEMORANDUM IN AID OF SENTENCING**

| A-1 | Tinder conversation with AV-1 (Spanish) |
| --- | --- |
| A-2 | Tinder conversation with AV-1 (English) |
| B | Messages with Close Friend, Witness-1 |
| C-1 | Video depicting defendant manipulating AV-7's eyelid, mouth and nose |
| C-2 | Photograph depicting defendant straddling AV-7's nude body with defendant's thighs and penis exposed |
| C-3 | Photograph depicting defendant straddling AV-7's nude body and defendant's penis exposed |
| D | Mortgage Email List |
| E-1 | Photograph depicting AV-17 lying on floor wearing only underwear |
| E-2 | Photograph depicting AV-17 on bed with underwear pulled down |
| E-3 | Photograph depicting defendant manipulating AV-17's eyelids |
| F-1 | Video depicting defendant manipulating AV-9's body and touching her breast |
| F-2 | Video depicting defendant lying next to AV-9's body with penis exposed |
| F-3 | Photograph depicting defendant opening AV-9's eyelid |
| F-4 | Photograph depicting AV-9 nude and lying on her stomach |
| F-5 | Photograph depicting AV-9 nude and lying on her back |
| G-1 | Photographs depicting defendant opening AV-6's eyelids (June 2019) |
| G-2 | Video depicting AV-6 with defendant's penis exposed (June 2019) |
| G-3 | Video depicting defendant moving AV-6's arms (June 2019) |

| | |
|---|---|
| **G-4** | Photograph depicting AV-6 with legs closed (December 2019) |
| **G-5** | Photograph depicting AV-6 with legs open (December 2019) |
| **H-1** | Photograph depicting defendant touching AV-5's inner thigh |
| **H-2** | Video depicting defendant manipulating AV-5's mouth and eyelids |
| **I** | WhatsApp conversations with AV-2 |
| **J-1** | Video depicting defendant pulled down AV-2's bra and manipulating arm (February 2018) |
| **J-2** | Photograph depicting AV-2 nude (February 2018) |
| **J-3** | Photograph depicting defendant pulling down AV-2's underwear (November 2018) |
| **J-4** | Photograph depicting AV-2 on her stomach (November 2018) |
| **J-5** | Photograph depicting AV-2 on her back (November 2018) |
| **K-1** | Photograph depicting AV-3 and defendant's penis |
| **K-2** | Photograph depicting defendant manipulating AV-3's eyelids |
| **L-1** | WhatsApp Messages with AV-3 (Spanish) |
| **L-2** | WhatsApp Messages with AV-3 (English) |
| **M-1** | Photograph depicting AV-16 lying on tile |
| **M-2** | Photograph depicting AV-16 lying on carpet |
| **N-1** | Photograph depicting defendant manipulating AV-24's eyelids |
| **N-2** | Photograph depicting AV-24 lying in vomit with hand on face |
| **N-3** | Photograph depicting AV-24 lying in vomit |
| **O-1** | WhatsApp Messages with AV-13 (Spanish) |
| **O-2** | WhatsApp Messages with AV-13 (English) |
| **P** | Email with AV-22 |
| **Q** | Timeline of Internet Searches |
| **R-1** | AV-1 Victim Impact Statement |
| **R-2** | AV-2 Victim Impact Statement |
| **R-3** | AV-3 Victim Impact Statement |
| **R-4** | AV-7 Victim Impact Statement |
| **R-5** | AV-8 Victim Impact Statement |
| **R-6** | AV-12 Victim Impact Statement |

| R-7 | AV-16 Victim Impact Statement |
|---|---|
| R-8 | AV-17 Victim Impact Statement |
| R-9 | AV-18 Victim Impact Statement |
| R-10 | AV-24 Victim Impact Statement |
| R-11 | AV-26 Victim Impact Statement |
| R-12 | AV-5 Victim Impact Statement |
| R-13 | AV-15 Victim Impact Statement |
| S | Chart of Total Number of Images Recovered |
| T-1 | Photograph depicting defendant manipulating AV-4's eyelids |
| T-2 | Photograph depicting AV-4 with breasts exposed |
| T-3 | Video depicting AV-8 with arm manipulated and close up of genitals |
| T-4 | Photograph of AV-10 lying on side |
| T-5 | Video of defendant lying next to AV-11 |
| T-6 | Photograph of AV-12 lying on side |
| T-7 | Photograph of AV-13 lying on side |
| T-8 | Photograph of AV-14 lying on side |
| T-9 | Photograph depicting red marks on AV-15's back and buttocks |
| T-10 | Photograph of AV-18 lying on back |
| T-11 | Photograph of AV-18 lying on side |
| T-12 | Photograph depicting defendant manipulating AV-19's eyelid |
| T-13 | Photograph of AV-20 lying on back |
| T-14 | Photograph of AV-21 lying on back |
| T-15 | Photograph of AV-22 lying on back |
| T-16 | Photograph of AV-22 lying on side |
| T-17 | Photograph of defendant manipulating AV-23's eyelid |
| T-18 | Photograph of AV-23's genitals |
| T-19 | Photograph of AV-23 leg moved |
| T-20 | Photograph of AV-23 lying on back |
| T-21 | Photograph of AV-23 lying on side |
| T-22 | Photograph of AV-25 lying on side |

| T-23 | Photograph of AV-25 lying on back |
|------|-----------------------------------|
| T-24 | Photograph of AV-28 lying on side |

Respectfully Submitted,

| MATTHEW M. GRAVES | NICOLE M. ARGENTIERI |
| UNITED STATES ATTORNEY | PRINCIPAL DEPUTY ASSISTANT |
| District of Columbia | ATTORNEY GENERAL |
| | Head of the Criminal Division |
| | U.S. Department of Justice |
| | Criminal Division |

/s/                              /s/
Meredith E. Mayer-Dempsey         Angela N. Buckner
NY Bar No. 5213202                DC Bar No. 1022880
Assistant United States Attorney  Katharine A. Wagner
United States Attorney's Office   NY Bar No. 479825
for the District of Columbia      Trial Attorneys
601 D Street, Northwest           U.S. Dept. of Justice, Criminal Division
Washington, D.C. 20530            Human Rights and Special Prosecutions
(202) 252-7259                    1301 New York Avenue, Northwest
Meredith.Mayer-Dempsey@usdoj.gov  Washington, D.C. 20530
                                  (202) 616-0238
                                  202-514-4584
                                  Angela.Buckner.2@usdoj.gov
                                  Katharine.Wagner@usdoj.gov