IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21 - 380 (CKK) |
| | : | |
| BRIAN RAYMOND | : | |

# Supplemental Sentencing Exhibit

# (Exhibit 5 - Character Letters)

# The Les Aspin Center
## FOR GOVERNMENT

502 East Capitol Street, N.E.   Washington, D.C. 20003   Telephone (202) 544-6140   Fax (202) 544-6265

February 18, 2022

Dear Judge Kollar-Kotelly,

I understand Brian Raymond is awaiting sentencing in your court on serious charges. I have known Brian since his arrival as a freshman at Marquette over 25 years ago, and I am writing to provide you with what I believe is important information about Brian that I hope will help you understand who he is, even despite the deeply troubling circumstances that bring him before you.

First, though, I would like to give you a little of my own background. I was born and raised on a dairy farm in Eden, Wisconsin. I attended high school and college education in Fond du Lac County, Wisconsin. I entered theological and pastoral training at St. Francis Seminary in Milwaukee and was ordained a priest in 1969. After five years in pastoral ministry I was selected for graduate schooling. I completed a Master's Degree in Political Science at Marquette University and a Ph.D. in political science from Catholic University, Washington D.C.

In 1977, I became a professor at Marquette University. I have dedicated the past 45 years to helping Marquette students who have an interest in government service. I founded and serve as the director of Marquette's Les Aspin Center in 1988. The Aspin Center is located on Capitol Hill in Washington, DC. Its purpose is provide experiential based learning opportunities for students interested in public service. It combines rigorous academic courses with internships in public and private sectors, most often in the US Congress.

In addition to my service as a professor, I was a Colonel in the Chaplaincy of the U.S. Army Reserve, serving from 1971 to 2003. I have specialized training in addiction and trauma disorders, and I have spoken to and counseled numerous soldiers in that role.

I got to know Brian shortly after he arrived on Marquette's campus in 1994, and I have known Brian quite well since his undergraduate years at the university. Initially, as a California kid, Brian seemed a bit out of place (and a bit cold) in Wisconsin. Brian essentially followed me around at Marquette and was a constant companion (in a big coat). I quickly saw that he was an unusually gifted student, both academically and personally. He was the brightest student in my political science courses, and I became something of a personal and academic advisor to him. As his time at Marquette progressed, Brian worked with me in Washington D.C., where he was enrolled in the Les Aspin Center and served as an RA (Resident Student Advisor). He took courses for three years in Washington and interned in the U.S. House of Representatives, the White House, and eventually the           The           offered him a scholarship that included a semester at the agency and a semester at Marquette. Upon graduation, he went to work for the           . Brian was excited and energized by the notion of a career in public service, and I understood he intended to dedicate himself to that cause. I viewed Brian as one among several incredible success stories we have seen in our program. Indeed, on the many occasions I interacted with Brian over the next 20 years, I never found him to be anything but a dedicated public servant.

But as time passed I also noticed troubling developments with Brian and the toll his career was taking. The first such instance was sometime around eleven years ago when Brian called me from an overseas assignment and indicated he was experiencing depression after a particularly difficult time. I noticed that he sounded very bad emotionally and seemed extremely distressed. I strongly urged him to get counseling immediately, but he said the Agency would not look favorably on that, and his career would be harmed if the Agency discovered he had sought help. Unfortunately he did not seek help, and instead, he "buried" these difficulties and he was reassigned. I was concerned for Brian, because he did not at all sound like the Brian I had known for so many years.

Sometime after that, perhaps around 2015, I lost touch with Brian completely. I used to refer to Brian jokingly as a Jesus-like figure because he always arose on Easter. I might not see Brian for a whole year, but then on Easter, there he would be. Years earlier I had introduced Brian to the Church – I understood he had no prior religious or church background, and although I wish I could have seen him there more, I was glad to see him each Easter. Then, around 2015 Brian did not appear on Easter. I tried but was unable to reach Brian. I asked a mutual friend about Brian, and the friend said he also had not seen Brian and had not been able to get in touch with him. I was concerned for Brian based on the difficulties I understood he had experienced.

I share all of this because I observed years ago that the culture of the Army sometimes prevented its emotionally hurt soldiers from seeking help and obtaining proper medical care. Sometimes this crushed and changed people, and led them to cope by abusing substances and even mistreating loved ones or others. While the military has made improvements in this area, I am convinced that the ____ suffers from the same destructive culture even now. Brian was a blank slate when I knew him at Marquette. He was smart and had energy, but he was also desperately seeking guidance and direction and purpose. I feel that the ____ took a particular shine to Brian because of his gifts and also because he was moldable – they could write the script, and he would act it out.

While there is no excuse for what Brian has done, nor for his resistance to seeking help and placing his personal career desires over what was right and healthy, I believe the horrible incidents that are before you were part of a destructive attempt to relieve the pain from unaddressed issues. I have seen first-hand that alcohol and drug abuse and the misuse of sex are all symptoms of a deeply troubled individual. That is not the Brian Raymond I have known for most of his adult life.

I was profoundly saddened when I learned of Brian's arrest and guilty plea. I have visited him in prison and talked to him rather regularly on the phone. I am not at all surprised by his diagnosis with post-traumatic stress disorder based on my own history talking with him and observing his signs of distress. I am relieved he is working to address its symptoms. I believe that his consecutive hardship tours, which contributed directly to his PTSD in my opinion, never should have been allowed.

When I visited Brian in prison, I was shocked and profoundly saddened by his appearance. The once warm and even vivacious Brian was now a shell of sadness and pain. He needs professional counseling now. Brian by all accounts was a great public servant until these horrible episodes unraveled a sterling career. I feel deeply for the victims of Brian's wrongdoing, and I know that now, with clarity of mind and relief from alcohol abuse, Brian is very remorseful. As hard as it is to see Brian in prison, I believe that being forcibly removed from his career and ending his pattern of alcohol abuse was the best thing that could have happened given the path he was on. I know and trust that Brian can now get on a new path, return to the Brian I once knew, and make amends.

I deeply appreciate, Your Honor, the opportunity to share my pastoral concerns. I pray that you will do what is best for Brian and for his victims.

Sincerely,

*Timothy J. O'Brien*

Rev. Timothy J. O'Brien, Ph.D.
Director and Professor

**MARQUETTE**
UNIVERSITY

*A Marquette University program dedicated to the development of leaders in public service and the promotion of democratic values.*

To the honorable Judge Kollar Kotelly,

Hello Judge Kotelly, my name is Rebecca Bell. Brian Raymond is my older brother and my only sibling. I write this today to give you insight into who Brian is to me, and how I remember him. I assume that you never really get to know the "real" version of inmates that sit in front of you, but I hope you will take a few moments to take in consideration the honest words I have to share.

Brian and I grew up in a conservative household. And by conservative, I mean we were raised with strict standards and guidelines. My parents both worked hard to give Brian and I a stable upbringing. It was expected we would be model citizens, go to college, and work hard. My Dad, Jeff, owned his own construction business, and would work almost every day of the year to provide for the family. I would consider my Dad and Brian best friends. They enjoyed so many past times together, especially playing tennis, which my Dad still actively enjoys.

For as far back as I can remember, Brian excelled in everything that he did. Brian was always so good at school. Sports came fairly easy, and he had a close group of friends. Brian connected with all of his teachers and always was so eager to learn. His schedule was filled with Honors classes that would challenge him to think a bit deeper than the average student. One of my favorite memories of Brian, which really depicts his true character, occurred during his Senior year of High School. I had left a water glass on the floor one evening. Brian, with bare feet, jumped over something on the floor and landed on the water glass. He had to go to the hospital and get many stitches. Brian was told he would miss the next day of school. Brian had never missed a day of High School, so he was devastated his perfect attendance would be blemished. This is just one example of Brian's dedication and commitment to success.

Brian went off to Marquette University after High School. He pursued Political Science, which made sense. Brian always thrived in his Government classes. Brian quickly got involved with internships and connections that would assist with his career goals.

After College, Brian quickly got immersed in his career goals. Because of his reputation and work ethic, he quickly promoted and continued to excel. Brian traveled to many different countries and always went above and beyond his job expectations.

Although Brian could not visit home frequently because of the constraints of his career, he always took care of his family from afar. Our Mom, Linda, has been in poor health for many years. Brian gave my parents many experiences they never would have had if it wasn't for his generosity. He took them to Hawaii, Alaska, and even Mexico. Brian always provided resources for our parents, not because he was asked, or that they were needed, but because he just wanted to, that was Brian's nature. He was the type of guy that would give you the shirt off his back.

Fast forward to now, and you can only imagine the shock and turmoil our family is experiencing now. I wish you could know my parents. I wish you could know us. My Mom does

not have much more time to live, and my Dad is her caregiver. He does this by choice, not necessity. This is our family dynamic…It always has been. We take care of each other, even when things are so hard.

    Judge Kotelly, thank you for taking the time to read my statement. I truly understand that everyone involved in this case is impacted in some way. To say my family is heartbroken is an understatement. I can look in my parents eyes and see that the only thing to make them whole again would be for this nightmare to end. Every day we all wake up and can't believe this is our reality. My parents did everything right for my brother and I. I would give anything to take their agony away from them and make us a family again.

Linda Raymond and Jeffrey L. Raymond

September 11, 2024

To the honorable Judge Kollar Kotelly
United States District court

Hello Judge Kotelly, my wife, Linda, and I are writing regarding Brian Raymond, our son. I admit we are obviously biased.

Linda and I are completely shocked about his current situation. It seems to be out of character for Brian. Throughout his life, Brian has achieved success with his education. Success in sports, playing junior tennis and on tennis teams in high school and at Marquette University.

He has also been successful and dedicated in his career _____ where he began as an intern while still in college. He has served postings _____ all over the world including dangerous environs in the Middle East. He has literally put his life on the line in service to our country.

We are confident that Brian will be a productive and honest citizen following his incarceration. He has expressed remorse and regret regarding his actions that have put him where he is. He has talent and works hard at what he pursues. We hate to see his attributes wasted in prison.

Sincerely,

Linda and Jeffrey Raymond

*Linda Raymond*    *J. Raymond*



Judge Kollar Kotelly
U.S. District Court
333 Constitution Avenue, NW
Washington DC

9/9/24

Dear Judge Kotelly,

My name is Bruce Davidson. In the early Nineties I had the pleasure of having Brian Raymond in an American Government/Economics class I was teaching at Grossmont High School in La Mesa, California. There are several reasons my memories of Brian are very current. The main one is that we teachers recall our super stars, and Brian certainly fits in that category. The years have passed but I vividly remember Brian's class, and the three or four discussion leaders of which Mr. Raymond was one. His passion for Political Science continued at Marquette University, where I believe he graduated in three years.

For several years following high school, I was able to follow his time at Marquette for he would contact me when in the San Diego area and numerous lunch dates were set. I knew he had chosen a career in Foreign Service but the personal contacts ceased to around 1998. At that time I had nothing but total respect for my ex-student and did not recognize any character flaws.

Respectfully,

Bruce Davidson
816 Second Street
Coronado, California 92118
Phone 619 251 5689