IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 21 - 380 (CKK) |
| BRIAN RAYMOND | : |

# Supplemental Sentencing Exhibit

# (Exhibit 6 - Certificate)



August 17, 2024

To: Mr. Howard Katzoff
Law Office of Howard B. Katzoff
717 D Street, N.W. Suite 310
Washington, D.C. 20004

Dear Mr. Katzoff,

I'm Matthew Robinson, President of Criminon New Life DC. You can learn more about us at www.CriminonNewLifeDC.org.

I had the pleasure of delivering a virtual Criminon Course to Mr. Brian Raymond at the DC Dept. of Corrections over the last few months, entitled The Way to Happiness.

Enclosed is his Completion Certificate signed by me and sent to you at his request. Please notify him that you have it once you receive it.

If you have any questions, you may contact me directly at my cell phone of 240-676-7763 or at President@criminonnewlifedc.org .

Thank you,

*Matt Robinson*

Matthew Robinson
President
Criminon New Life DC, Inc.
www.CriminonNewLifeDC.org



1921 Florida Avenue, NW #53101, Washington, DC 20009-9997, USA
202-556-3446 info@CriminonNewLifeDC.org www.CriminonNewLifeDC.org
Criminon New Life DC Inc. is a nonprofit public benefit corporation.

# Criminon New Life DC
## Course Completion Certificate

Presented to

Mr. Brian Raymond

for

Successfully Completing the Virtual Criminon Way to Happiness Course

4 July 2024
_Date_

Matthew Robinson
_President_

CRIMINON
NEW LIFE DC