**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 21-CR-00380 (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN JEFFREY RAYMOND,** | : | |
| | : | |
| **Defendant.** | : | |

**SECOND UPDATED EXHIBIT LIST FOR**
**<u>UNITED STATES MEMORANDUM IN AID OF SENTENCING</u>**

| | |
|---|---|
| **A-1** | Tinder conversation with AV-1 (Spanish) |
| **A-2** | Tinder conversation with AV-1 (English) |
| **B** | Messages with Close Friend, Witness-1 |
| **C-1** | Video depicting defendant manipulating AV-7's eyelid, mouth and nose |
| **C-2** | Photograph depicting defendant straddling AV-7's nude body with defendant's thighs and penis exposed |
| **C-3** | Photograph depicting defendant straddling AV-7's nude body and defendant's penis exposed |
| **D** | Mortgage Email List |
| **E-1** | Photograph depicting AV-17 lying on floor wearing only underwear |
| **E-2** | Photograph depicting AV-17 on bed with underwear pulled down |
| **E-3** | Photograph depicting defendant manipulating AV-17's eyelids |
| **F-1** | Video depicting defendant manipulating AV-9's body and touching her breast |
| **F-2** | Video depicting defendant lying next to AV-9's body with penis exposed |
| **F-3** | Photograph depicting defendant opening AV-9's eyelid |
| **F-4** | Photograph depicting AV-9 nude and lying on her stomach |
| **F-5** | Photograph depicting AV-9 nude and lying on her back |
| **G-1** | Photographs depicting defendant opening AV-6's eyelids (June 2019) |
| **G-2** | Video depicting AV-6 with defendant's penis exposed (June 2019) |
| **G-3** | Video depicting defendant moving AV-6's arms (June 2019) |

| G-4 | Photograph depicting AV-6 with legs closed (December 2019) |
| G-5 | Photograph depicting AV-6 with legs open (December 2019) |
| H-1 | Photograph depicting defendant touching AV-5's inner thigh |
| H-2 | Video depicting defendant manipulating AV-5's mouth and eyelids |
| I | WhatsApp conversations with AV-2 |
| J-1 | Video depicting defendant pulled down AV-2's bra and manipulating arm (February 2018) |
| J-2 | Photograph depicting AV-2 nude (February 2018) |
| J-3 | Photograph depicting defendant pulling down AV-2's underwear (November 2018) |
| J-4 | Photograph depicting AV-2 on her stomach (November 2018) |
| J-5 | Photograph depicting AV-2 on her back (November 2018) |
| K-1 | Photograph depicting AV-3 and defendant's penis |
| K-2 | Photograph depicting defendant manipulating AV-3's eyelids |
| L-1 | WhatsApp Messages with AV-3 (Spanish) |
| L-2 | WhatsApp Messages with AV-3 (English) |
| M-1 | Photograph depicting AV-16 lying on tile |
| M-2 | Photograph depicting AV-16 lying on carpet |
| N-1 | Photograph depicting defendant manipulating AV-24's eyelids |
| N-2 | Photograph depicting AV-24 lying in vomit with hand on face |
| N-3 | Photograph depicting AV-24 lying in vomit |
| O-1 | WhatsApp Messages with AV-13 (Spanish) |
| O-2 | WhatsApp Messages with AV-13 (English) |
| P | Email with AV-22 |
| Q | Timeline of Internet Searches |
| R-1 | AV-1 Victim Impact Statement |
| R-2 | AV-2 Victim Impact Statement |
| R-3 | AV-3 Victim Impact Statement |
| R-4 | AV-7 Victim Impact Statement |
| R-5 | AV-8 Victim Impact Statement |
| R-6 | AV-12 Victim Impact Statement |

| R-7 | AV-16 Victim Impact Statement |
|---|---|
| R-8 | AV-17 Victim Impact Statement |
| R-9 | AV-18 Victim Impact Statement |
| R-10 | AV-24 Victim Impact Statement |
| R-11 | AV-26 Victim Impact Statement |
| R-12 | AV-5 Victim Impact Statement |
| R-13 | AV-15 Victim Impact Statement |
| R-14 | AV-10 Victim Impact Statement |
| R-15 | AV-6 Victim Impact Statement |
| S | Chart of Total Number of Images Recovered |
| T-1 | Photograph depicting defendant manipulating AV-4's eyelids |
| T-2 | Photograph depicting AV-4 with breasts exposed |
| T-3 | Video depicting AV-8 with arm manipulated and close up of genitals |
| T-4 | Photograph of AV-10 lying on side |
| T-5 | Video of defendant lying next to AV-11 |
| T-6 | Photograph of AV-12 lying on side |
| T-7 | Photograph of AV-13 lying on side |
| T-8 | Photograph of AV-14 lying on side |
| T-9 | Photograph depicting red marks on AV-15's back and buttocks |
| T-10 | Photograph of AV-18 lying on back |
| T-11 | Photograph of AV-18 lying on side |
| T-12 | Photograph depicting defendant manipulating AV-19's eyelid |
| T-13 | Photograph of AV-20 lying on back |
| T-14 | Photograph of AV-21 lying on back |
| T-15 | Photograph of AV-22 lying on back |
| T-16 | Photograph of AV-22 lying on side |
| T-17 | Photograph of defendant manipulating AV-23's eyelid |
| T-18 | Photograph of AV-23's genitals |
| T-19 | Photograph of AV-23 leg moved |
| T-20 | Photograph of AV-23 lying on back |

| | |
|---|---|
| **T-21** | Photograph of AV-23 lying on side |
| **T-22** | Photograph of AV-25 lying on side |
| **T-23** | Photograph of AV-25 lying on back |
| **T-24** | Photograph of AV-28 lying on side |
| **U** | Victim Index |

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
District of Columbia

NICOLE M. ARGENTIERI
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
Head of the Criminal Division
U.S. Department of Justice
Criminal Division

/s/_____
Meredith E. Mayer-Dempsey
NY Bar No. 5213202
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, Northwest
Washington, D.C. 20530
(202) 252-7259
Meredith.Mayer-Dempsey@usdoj.gov

/s/_____
Angela N. Buckner
DC Bar No. 1022880
Katharine A. Wagner
NY Bar No. 479825
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Human Rights and Special Prosecutions
1301 New York Avenue, Northwest
Washington, D.C. 20530
(202) 616-0238
202-514-4584
Angela.Buckner.2@usdoj.gov
Katharine.Wagner@usdoj.gov