```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
      - - - - - - - - - - - - - - x
 3    THE UNITED STATES OF AMERICA,
                                       Criminal Action No.
 4                  Plaintiff,         1:21-cr-00380-CKK-MAU-1
                                       Wednesday, September 18, 2024
 5    vs.                              9:42 a.m.

 6    BRIAN JEFFREY RAYMOND,

 7                  Defendant.
      - - - - - - - - - - - - - - x
 8

 9    _____

10                    TRANSCRIPT OF SENTENCING
           HELD BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
11                  UNITED STATES DISTRICT JUDGE
      _____
      APPEARANCES:
12    For the United States:      ANGELA NICHOLE BUCKNER, ESQ.
                                   MEREDITH E. MAYER-DEMPSEY, ESQ.
13                                 KATHARINE ANN WAGNER, ESQ.
                                   U.S. ATTORNEY'S OFFICE DOJ/USAO
14                                 Sex Offense/ Domestic Violence
                                   601 D Street, NW
15                                 Washington, DC 20530
                                   (202) 445-8340
16                                 angela.buckner.2@usdoj.gov
                                   katharine.wagner@usdoj.gov
17                                 meredith.mayer-dempsey@usdoj.gov

18    For the Defendant:          HOWARD BERNARD KATZOFF, ESQ.
                                   LAW OFFICES OF HOWARD KATZOFF
19                                 717 D Street, NW, Suite 310
                                   Washington, DC 20004
20                                 (202) 783-6414
                                   katzoffh@aol.com
21

22    Court Reporter:             Lisa A. Moreira, RDR, CRR
                                   Official Court Reporter
23                                 U.S. Courthouse, Room 6718
                                   333 Constitution Avenue, NW
24                                 Washington, DC  20001
                                   (202) 354-3187
25
```

```
1                   P R O C E E D I N G S
2            THE COURTROOM DEPUTY:  Criminal Case 21-380,
3    United States v. Brian Jeffrey Raymond.
4            Counsel, would you please identify yourself for
5    the record, starting with the government.
6            MS. BUCKNER:  Good morning, Your Honor; Angela
7    Buckner on behalf of the United States.  I'm joined by my
8    colleagues, AUSA Meredith Mayer-Dempsey and trial attorney
9    Kate Wagner.
10           THE COURT:  Okay.  Good morning, all of you.
11           MR. KATZOFF:  Good morning, Your Honor; Howard
12   Katzoff on behalf of Brian Raymond.
13           Okay.  Good morning.
14           Good morning, Mr. Raymond.
15           THE DEFENDANT:  Good morning.
16           THE COURT:  All right.  Let me start with some
17   order of business.  As I understand it, we have 28 victims
18   that are attending and that 15 will be speaking.  It sounds
19   as if some of them have provided me already with written
20   material, but some will be speaking without written material
21   that has been submitted.  Is that accurate?
22           MS. BUCKNER:  That's correct, Your Honor.  28
23   victims and travel companions, 15 speaking, and some of
24   those have not submitted written statements.
25           THE COURT:  All right.  For those that have done
```

1    the written statement, are they reading the written

2    statement, or are they doing an additional statement?

3         MS. BUCKNER:  They're reading their statement,

4    Your Honor.

5         THE COURT:  Okay.  I would just simply ask that

6    those that are providing oral statements to the Court, that

7    they address the Court and not the defendant.  The

8    information is being provided to me to make a decision, not

9    an opportunity to say something to Mr. Raymond.

10         MS. BUCKNER:  Yes, Your Honor.

11         THE COURT:  Okay.  The other thing is I'm assuming

12    that they will not be that lengthy, but I will set an

13    outside limit that each of them should not speak more than

14    ten minutes.  Hopefully less than that, but certainly no

15    longer than that.

16         Having looked at what was written, I don't think

17    that's going to be an issue.

18         MS. BUCKNER:  I don't think that's going to be an

19    issue, Your Honor, and I'm sure they'll do their best.

20         THE COURT:  Okay.  The other thing is that

21    obviously we'll be taking breaks depending on the length of

22    the case.  I do need to stop shortly before noon.  I have a

23    conference call that I need to take care of.  So if it looks

24    like that's a good time to do the lunch break, we may just

25    do it then as opposed to waiting until a later point.

1          So what I'm going to do is I'm going to discuss

2     initially what I have -- what he's charged with, what I have

3     received, to make sure I have everything.  I will go over

4     the Rule 11(c)(1)(C) terms, the advisory sentencing

5     guidelines, and then at the point where we would have the

6     allocution, I would ask that the victim impact statements

7     occur at that point, and counsel then speak after they've

8     had an opportunity.

9          Mr. Katzoff, apart from the decision your client

10    can make, is there anybody speaking on his behalf on your

11    side?

12         MR. KATZOFF:  Just Mr. Raymond.

13         THE COURT:  Okay.  All right.  So that solves that

14    in terms of -- so victim impact statements, then I'll hear

15    the allocution of attorneys, and then we can proceed.

16         As part of your allocution, I'm assuming you have

17    exhibits.  I have the latest exhibit list.  You're going to

18    have to be a little patient.  They've -- you've peppered me

19    at the last minute with a bunch of substitutes of both

20    impact statements as well as exhibits.  So I'm assuming I

21    have everything; it just may be in a different order.  But

22    if I need to find lists, I'll tell you so that you can let

23    me find them before we proceed with it.

24         All right.  Anything else about the order of

25    business from either side?

1          MS. BUCKNER:  Just a heads up, for your court --

2     for Your Honor regarding scheduling for the impact

3     statements.  There is one victim who is on her way to D.C.

4     right now.  We anticipate she'll be here by lunchtime.  And

5     so there may be -- to the extent that we make it through all

6     of the impact statements before lunch, there may be one

7     immediately after lunch.

8          THE COURT:  Okay.  I've left the day open, so

9     it's -- other than this one conference call, which, as I

10    said, I think I would be inclined to make it our lunch

11    break.  So we can, you know, work that person in however you

12    want to.

13          It would be best if we could have all of the

14    statements made and then counsel's allocution as opposed to

15    having it split where the impact statements are made after

16    the -- you know, counsel's allocution where you may want to

17    add something, because I want one allocution.

18          All right.  Let me make sure everybody's set.

19          Do we have everybody we need to have?  I don't

20    want to start if there are other people coming in.

21          MS. BUCKNER:  Your Honor, we're just getting a few

22    headsets set.  I think a couple more victims will arrive

23    shortly, but the government is prepared to proceed.

24          THE COURT:  Okay.

25          All right.  Mr. Raymond entered a plea to Count 1,

6

1    sexual abuse, which I believe relates to Victim AV-1.  The

2    maximum statutory penalty is life imprisonment.  The maximum

3    fine is $250,000.

4             Count 6 is abusive sexual contact.  I believe it's

5    AV-7.  The maximum statutory penalty is ten years in jail,

6    and a maximum fine of $250,000.

7             Count 17, coercion and enticement to travel.  I

8    believe it's AV-17.  Maximum statutory penalty:  20 years in

9    jail, $250,000 fine.

10            Count 19, transportation of obscene material.  I

11   believe some of it relates to AV-8.  Maximum fine of five

12   years in jail, and a $250,000 fine.

13            Do I have the victims correct?

14            MS. BUCKNER:  Yes, Your Honor.

15            THE COURT:  Okay.  Then the -- there are four

16   victims that are listed specifically with these counts,

17   although the statement of offense includes an additional 23

18   victims.

19            I have a presentence report.  I issued a

20   memorandum opinion that dealt with the objections related to

21   the presentence report.  It was dated September 11th.

22            I have the United States memorandum in aid of

23   sentencing.  Attached are I believe at this -- there may be

24   more than 77 exhibits at this point, but I have them all

25   collected; they're the victim impact statements.

1          I have the defendant's memorandum in aid of

2     sentencing.

3          I have certificates of achievement in two

4     different filings, one was 9, the other was 15, and he's

5     also -- it's completing 37 courses.

6          I have Dr. Boyd's forensic evaluation.

7          I have the defendant's sealed memorandum in aid of

8     sentencing; the defendant's supplemental sentencing exhibit,

9     which includes letters of support; and another submission

10    that relates to his career, which I will touch on lightly in

11    terms of not going into all of the details, but I have read

12    it so I am familiar and will -- even if I don't bring it up

13    specifically, it will certainly be part of my consideration.

14         I have a witness index.  Certain victim impact

15    statements were substituted.  And I have an exhibit index.

16         I think that's it.  Do I have everything?  Let me

17    wait.

18         Is there anything else that got filed that I

19    didn't mention?

20         MS. BUCKNER:  No, Your Honor.

21         THE COURT:  Mr. Katzoff?

22         MR. KATZOFF:  No, Your Honor.

23         THE COURT:  Okay.  So this is a Rule 11(c)(1)(C)

24    plea, which means that the parties have agreed to in this

25    case a sentencing range, and the Court can accept it, which

1    I am going to be doing in terms of my consideration of the

2    appropriate sentence to be fair and reasonable in the range

3    that they have set out.

4            So the sentencing range is 288 to 360 months,

5    which is 24 to 30 years in jail.  Supervised release would

6    be for life.

7            Restitution, a payment of -- which he agreed to --

8    $10,000 per victim.  There's an additional $5,000 fine,

9    which is a special assessment relating to Counts 1, 6, and

10   17.

11           The restitution does not involve whether he has

12   financial ability to pay it; he's required to pay it.  The

13   additional special assessment does evidently include a

14   consideration on the part of the Court as to his financial

15   ability, at least as I understand it.

16           In terms of the objections to the presentence

17   report, I've resolved all of them.  They were in the

18   memorandum opinion.  A majority of them were the factual

19   statements relating to the offense, as to what was used.

20           Probation will be reissuing a new one.  They

21   didn't have time to, frankly, redo the whole thing, but they

22   will be following my memorandum opinion.  They have gone

23   ahead and changed the -- one calculation, which took out one

24   of the calculations of four points.

25           In terms of the advisory sentencing guidelines for

1    Count 1, the base offense is 30.  The additional four

2    points, 2A3.1(b)(1), victim related; another two points for

3    3A1.1(b)(1); and then additional points for obstruction of

4    justice comes to a total offense level of 38.

5          Count 6, the base is 20.  The victim-related

6    enhancement is an additional two points, obstruction of

7    justice is two points, for a total of 24.

8          Count 17 is a base of 14.  Victim-related is

9    additional two points; obstruction, additional two points.

10   A total offense of 22.

11         And Count 19, the base is 10.  Victim-related is

12   two.  Use of a computer is an additional two.  The large

13   numbers of victims is an additional two.  And obstruction is

14   an additional two, for a total of 18.

15         The units are 1.0, adjusted -- the 38 offense

16   level.  There are no convictions so he's in Criminal History

17   Category 1.  The guideline range is -- the total one is 235

18   to 293.  Count 6 is 120 months.  Count 7 is 240 months.

19   Count 19 is 60 months.  All of which would be concurrent.

20         The Rule 11(c)(1)(C) agreement is 24 to 30 years

21   or 288 to 360, so it's an upward variance that has been

22   agreed to by the parties.

23         I then have -- let me just look at one thing here.

24   Okay.  I've done that.

25         So I gave you the ranges as well.  And so at this

1    point, for those parts of the presentence report that are

2    undisputed, my findings of fact are pursuant to Federal Rule

3    of Criminal Procedure 32(i)(3)(A).  For those parts that are

4    disputed -- which see my memorandum opinion -- the findings

5    of fact are pursuant to Federal Rule of Criminal Procedure

6    32(i)(3)(B).  The presentence report eventually will reflect

7    my findings in my memorandum opinion dated September 11th.

8            So at this point, I'm prepared to hear from the

9    victims, and let me just get --

10            MR. KATZOFF:  Your Honor, may I just note a couple

11    of things regarding that?

12            THE COURT:  Sure.  Please come up.

13            MR. KATZOFF:  Thank you.

14            First of all, I wanted to note for the Court --

15            THE COURT:  If you'll take your mask off.  We

16    can't get a record without it.

17            MR. KATZOFF:  Gladly, Your Honor.  It fogs up my

18    glasses anyway.

19            I wanted to note that I intended to and I tried to

20    alert chambers and probation that I was withdrawing an

21    objection to Paragraphs 256, 262, 268, 275.  It had to do

22    with the iCloud account language.  And so we agree to

23    withdraw that after consulting with government counsel.

24            THE COURT:  Okay.  I take it that doesn't have any

25    import in terms of the calculations.  Certainly more of the

1    narrative --

2              MR. KATZOFF:  Absolutely none with regard to that.

3              THE COURT:  Okay.

4              MR. KATZOFF:  And similarly, I wanted to renew and

5    ask the Court to look at Paragraph 253, because perhaps my

6    objection wasn't well stated.  The Court denied my "and/or"

7    objection, but I also was --

8              THE COURT:  Hold on.  I can't have a discussion

9    about it if I can't look at it.  Hold on.

10             MR. KATZOFF:  Okay.

11             THE COURT:  What paragraph is it?

12             MR. KATZOFF:  253.

13             THE COURT:  Okay.  This is --

14             MR. KATZOFF:  And I believe it's the language

15   after the "and/or," that it didn't exist with regard to this

16   particular event, photo or video, if I'm not mistaken.

17             THE COURT:  Isn't this one I already ruled on?

18             MR. KATZOFF:  I don't believe there were any

19   photos or videos with regard to that, and that was -- I'd

20   just ask that that be deleted.  And I don't recall --

21             THE COURT:  That the four points be deleted?

22             MR. KATZOFF:  No, no, it has nothing to do with

23   points.  It's just the words after "and/or" in Paragraph

24   253, that the words are "photograph/video by him "I believe

25   is inaccurate, and I'm just asking that those words be

```
1    deleted.  It doesn't affect anything regarding guidelines or

2    any --

3              THE COURT:  I don't see your language.  "And/or"

4    in what?  "To wit, the defendant administered substance" --

5              MR. KATZOFF:  The Court's indulgence.

6              THE COURT:  -- "to victim without permission, with

7    him and/or be photographed and videoed."  Is that it?

8              MR. KATZOFF:  Yes, towards --

9              THE COURT:  So "her ability to consent in sexual

10   contact with him and/or be photographed/videoed by him."  So

11   what are you objecting to?  Part of it?

12             MR. KATZOFF:  "And/or be photographed/videoed by

13   him."  There were no photos or videos in that incident.

14             THE COURT:  Were there videos?

15             MR. KATZOFF:  None.

16             MS. BUCKNER:  That's correct, Your Honor.

17             THE COURT:  All right.  So it's "consent in sexual

18   contact with him while unconscious," and you take out the

19   "and/or" and the rest.

20             MS. BUCKNER:  Yes, Your Honor.

21             THE COURT:  Okay.  So we take out "and/or be

22   photographed/videoed," and we just leave in "consent in

23   sexual contact with him while unconscious."  I'll make that

24   change.

25             Okay.  Hold on one second.
```

1          MR. KATZOFF:  Sure.

2          THE COURT:  Okay.

3          MR. KATZOFF:  Otherwise, Your Honor, I wanted to

4    make sure that the parties will have an opportunity to

5    review the revisions before anything goes to BOP?

6          THE COURT:  Yes.  No, they -- probation will --

7    should -- I think in this instance, that they would be

8    agreeable to show you what is included since a lot of it is

9    the narrative and the sources of it; and the victim impact

10   statements have increased, which they're going to be

11   discussing in it.

12         So I don't have a problem, and I'm assuming

13   probation does not either, of letting them look at what

14   addition -- not the calculations, which I've done, but the

15   statements of the offense and the impact statements that

16   were to be used -- a different source, and I'll put it that

17   way, at least for the statement of the offense and then the

18   impact statement.

19         I don't have a problem with the two of you having

20   an opportunity to review it to make sure that you don't have

21   any objections to the narrative.  Does that work?

22         Can you show it to them before we make it final?

23         THE PROBATION OFFICER:  Yes, Your Honor.  I can

24   send the revised final to them before we file it on the

25   docket.

```
 1              THE COURT:  Perfect.

 2              Does that work?

 3              MR. KATZOFF:  And the only other issue that I

 4    noted is I've asked the Court to consider U.S. v.

 5    Burkholder, a Ninth Circuit case, about removing victim

 6    impact statements just from the copy that goes to the BOP,

 7    but otherwise not necessarily removing it from the Court's

 8    copy, from probation's copy; but that it's not really

 9    necessary for the BOP.  And so I had asked the Court to

10    consider that case.

11              THE COURT:  I would like to talk to probation as

12    to what they usually request or require, and I don't know

13    what the government's position is.

14              MS. BUCKNER:  The government would have no

15    objection to the impact statements not being included in the

16    final PSR.  We filed them under seal separately for the

17    purposes of keeping them as private as possible.

18              THE COURT:  Okay.  So does that work from

19    probation's perspective?

20              THE PROBATION OFFICER:  Yes, Your Honor.

21              Do you mean that we would not go back in and

22    include the victim impact statements that have --

23              THE COURT:  Well, I think you would make a

24    generalized summary as to what would be expected, not to do

25    each one of them.
```

1                    Is that what you're requesting?

2                    In other words, a generalized summary of what the

3          impact statements indicated without identifying the people

4          or going through AV-1, 2, et cetera.

5                    Is that what you're requesting?

6                    MS. BUCKNER:  Yes, Your Honor.  Not a copy and

7          paste of each statement, but a summary of some of the key

8          things mentioned in the statements.

9                    THE COURT:  Okay.  Can that work?

10                   THE PROBATION OFFICER:  Yes, but that would be in

11         the copy that goes to BOP.

12                   MS. BUCKNER:  Understood, Your Honor.

13                   THE COURT:  Yes, but it's not the specific

14         statements themselves, which is what you want.

15                   You don't want, Mr. Katzoff, the specific

16         statements, and we're not sending that.  They will put

17         something in because the report has to have at least

18         something that indicates in summary form what was involved.

19                   MR. KATZOFF:  Understood, Your Honor.  And

20         obviously I'll get to see it, so if I have any concerns, I

21         will alert the Court.

22                   THE COURT:  All right.  So you'll get the

23         revision, so you'll be in a position to look at it and see

24         if there's any issue on both parts.

25                   MR. KATZOFF:  And I just want to make sure I have

1    time to review it with Mr. Raymond before it becomes final.

2    That's all.

3            THE COURT:  No, that's fine.  They've indicated

4    that, and I don't have any problem with that.  And if there

5    are any issues -- you may wish to communicate with each

6    other as well, you and the government, to figure out if

7    there's things that you do or do not want in there that you

8    can agree on so that --

9            MR. KATZOFF:  The government's been pretty good

10   about that so far, so I would expect we can do that, Your

11   Honor.

12           THE COURT:  All right.  Then at this point I can

13   hear from the victims.

14           Now, in terms of what I should have, should I have

15   the victim index?  I'm looking to see what I should have as

16   material.

17           MS. BUCKNER:  Yes, Your Honor, the victim index.

18           THE COURT:  Okay.

19           MS. BUCKNER:  Government Exhibit U.

20           THE COURT:  Do I need the exhibit list as well?

21           MS. BUCKNER:  No, Your Honor.

22           THE COURT:  Okay.  Do they wish to -- let me just

23   ask, do they wish to stand at the podium or sit in the

24   witness box?  Which is easier for them?

25           MS. BUCKNER:  Your Honor, they prefer to stand at

1    the podium.

2           THE COURT:  Fine.

3           MS. BUCKNER:  And, Your Honor, at this time coming

4    before the Court is AV -- adult victim -- 15.

5           THE COURT:  All right.  Good morning.

6           ADULT VICTIM 15:  Your Honor, I am Victim 15 in

7    Brian Jeffrey Raymond's indictment, but I assure you I am a

8    real person with a real name and a real life, a life that

9    sadly has been profoundly and horribly impacted by

10   Mr. Raymond's predatory and disgusting actions.

11          I am grateful for the opportunity to tell you what

12   his actions have done to me, but many others who were

13   victimized, and it is my fear that many of them will remain

14   unheard.

15          It is for each and every one of these women that I

16   ask Your Honor to impose the maximum possible sentence.  I

17   ask for justice for me and all of his victims.

18          THE COURT:  Can you slow down just a little bit.

19   They're doing an interpretation, and we need a record.

20          ADULT VICTIM 15:  Sure.  On January 6, 2021, the

21   attention of the whole world, including me, was fixated on

22   the terrible events at the Capitol.  I was home when I

23   received a call from the FBI that turned my world upside

24   down.  An FBI agent told me that she and a colleague had

25   been looking for me for months to discuss my past

1    relationship with Mr. Raymond and sexual assault allegations

2    that had been made about him.

3            I was totally perplexed.  Years earlier I had

4    dated this man for a few months, and the relationship had

5    been a good one as far as I knew, so my response was that

6    they had the wrong guy.

7            I went to bat for him, and I told them that he was

8    one of the good guys in the sea of bad guys and bad online

9    dates I had experienced as a single woman.  I told them that

10   he treated me with respect, and we bonded over our mutual

11   experiences dealing with a parent stricken with cancer.

12           I told them that we had started a real

13   relationship and that he had shown me he was one of the good

14   guys who was worth investing my time and my heart into,

15   especially when he told me he was traveling home to care for

16   his cancer-stricken mother.

17           I explained to them that my relationship with

18   Mr. Raymond had been cut short, but only because of

19   everything he told me he was going through with his mom's

20   cancer and the fact that he was being reassigned out of the

21   country for work with the State Department.

22           Never in my wildest dreams had I ever been so

23   wrong about someone's intentions and character.  I pride

24   myself on being a great judge of both.  And aside from being

25   proven wrong, he literally destroyed my belief in myself.

1          From the time the FBI met with me, I was

2     traumatized over and over again in meetings and discussions

3     with agents and prosecutors who shared new information about

4     his crimes and what he did to me to the point where I

5     literally could not even function in my day-to-day life.

6          Finding out about Mr. Raymond's assaults on me had

7     a profound impact on my mood, my work, my finances, and my

8     relationships.  To add insult to injury, the last memory I

9     have of my dog was a photo the FBI showed me with Bailey by

10    my side as I lay there drugged and unconscious with visible

11    bruises on my body inflicted by this criminal, which he

12    later laughed off as blunt force trauma.

13         Those bruises should have told me that something

14    bad had happened when I was asleep, but he was so charming

15    and convincing that I convinced myself that nothing bad had

16    happened.

17         Your Honor, I simply do not have the ability to

18    unsee the photos of my naked, drugged, and lifeless body

19    that I was shown by the government for the first time on

20    January 7th at my workplace.  Those images have been

21    ingrained in my head and have caused me severe depression

22    and PTSD.  And I can't help but think of the what-ifs of the

23    dates I went on with him where he apparently did not take

24    photos.

25         Given his history as a violent sexual predator,

1    I'm led to believe that the other dates with him also did

2    not end innocently.  After one date he texted a female

3    friend that he bagged me, even though as far as I knew we

4    did not have sex.

5        Does that mean what I think it does?  Was I raped?

6    Was I sexually assaulted?  I will never know for sure.  And

7    this haunts me, too.

8        I know that this man spent a significant portion

9    of his life drugging, sexually assaulting, and photographing

10   and videotaping the innocent and trusting women he dated,

11   and then bragged about it to his friends, none of whom did

12   anything to stop him.

13       He perfected his criminal trade by becoming more

14   and more of an expert in manipulating vulnerable women, his

15   employer, his family, everyone.  He victimized women by

16   hiding behind his good-guy exterior.  And while we know

17   about dozens of his victims, it's hard not to imagine that

18   there are many more victims that we do not know about

19   because he either chose not to take photos or whose photos

20   were never found by the FBI.  What did he do with them?

21       The defendant's actions are sick, vile, and evil.

22   He acted with impunity and had the audacity to continue

23   these behaviors even while he knew he was under

24   investigation.  His attempt to save photos from his iCloud

25   account during the active investigation tells us that he

1    fully intended on resuming his criminal behavior.

2         Knowing that I had already experienced the

3    traumatic losses of my mother and father, Mr. Raymond

4    intentionally chose to inflict more emotional pain on me

5    than I could ever imagine.  I am forced to deal with this

6    trauma for the rest of my life.  He has made me and all of

7    the women he abused question our judgment, our decision-

8    making, and our ability to trust others.

9         I have struggled to deal with the shame and

10   embarrassment that I somehow missed the red flags that I

11   should have seen, and because of that I have hidden this

12   traumatic experience in my life from 95 percent of the

13   people I know.

14        Those who know me know that I'm the kind of person

15   who wears my heart on my sleeve, but this experience made me

16   shut myself off to friends and new relationships during a

17   time when I already was very isolated from the pandemic.

18        Although this man's actions caused enormous

19   problems for me and affected my relationships with people

20   close to me, my performance at work, caused me to question

21   my own judgment, my ability to trust friends, family, men,

22   et cetera, what's most important to me right now is not

23   about me.  What's most important to me is justice for every

24   female this man hurt, the 28 victims identified in the

25   indictment along with the other victims we suspect he

1    violated but who have been afraid to come forward or who are

2    unaware of how he violated them.  Our justice system must

3    protect any woman who may cross his path in the future, no

4    matter how old he is when he is released from prison.

5         I believe Mr. Raymond is a sociopath, and there is

6    no reason to think he will ever be rehabilitated.  No amount

7    of punishment will bring back or replace the damage he has

8    done to all of us who are now forced to live with our

9    emotional scars, memories, visions, and flashbacks while

10   blaming ourselves for not picking up on cues.

11        We will never get our trust or innocence back, and

12   we will live with this pain for the rest of our lives.

13   While he may serve many years in prison, we know he will

14   eventually be set free, and yet we will never be set free

15   from what happened to us.

16        The $10,000 he promised to pay each of us will

17   only cover a portion of the cost of therapy to deal with the

18   trauma he has caused, and in no way is meaningful

19   restitution.  I am afraid that his victims will continue to

20   pay for his crimes throughout the rest of our lives.  I hope

21   he is haunted by the consequences of his actions for the

22   remainder of his life.

23        So here we are in September of 2024.  I am

24   currently in the fight of my life battling aggressive

25   metastatic cancer for the fourth time in a year and a half

1   facing a very uncertain future.  I'm hopeful that today's

2   sentencing will put an end to this nightmare chapter of my

3   life so that I can put the trauma behind me and focus on my

4   physical and emotional well-being.

5          My mom raised me to be a resilient, strong,

6   confident person, and I will work hard to rebuild that part

7   of me that was taken away by Mr. Raymond.  With the help of

8   a few friends who know about this matter and my therapist, I

9   am now starting to become that person again.  For however

10  long I live, I will fight hard to overcome this predator's

11  actions and what he has done to me.

12         I want to thank the prosecutors and agents who

13  have worked tirelessly on this matter supporting me and my

14  fellow victims.

15         I ask you on my behalf and on the behalf of all of

16  his victims to impose the maximum sentence permitted by law

17  and his plea agreement.

18         Thank you, Your Honor.

19         THE COURT:  Good morning.  You can take your mask

20  off so we can hear you, and if you'd speak into the

21  microphone.

22         MS. BUCKNER:  Your Honor, just one moment while we

23  set the interpreter.

24         THE COURT:  Sure.  Will you be doing it

25  simultaneous or consecutive?

```
 1                 MS. BUCKNER:  Consecutive, Your Honor.

 2                 THE COURT:  Okay.  Then if you could tell the

 3      young lady to stop at various points so that you can

 4      actually translate.

 5                 MS. BUCKNER:  Your Honor, before the Court is

 6      Adult Victim 1.

 7                 THE COURT:  Go ahead, and you can take your time.

 8                 ADULT VICTIM 1:  Sorry.  First of all, I want to

 9      bring to your attention --

10                 THE COURT:  Can you and the interpreter speak a

11      little more into the microphone so we can hear?  I think

12      it's this one.

13                 Ms. Patterson.

14                 MR. KATZOFF:  Your Honor, can I get the AV number?

15      1?  Oh, okay.  Thank you.

16                 THE COURT:  Obviously we need the English for the

17      court reporter as well as for everybody else.

18                 ADULT VICTIM 1:  First of all, I want to bring to

19      your attention, I had to -- and for all of these to be

20      visible, I had to involve people whom I definitely never

21      would have wanted to hurt.  I was made vulnerable with a

22      strange person, who was Mr. Raymond's neighbor, in order for

23      her to be able to call my mom so that they could come and

24      help me.  This has generated a very deep sense of guilt from

25      that moment and even today, and this is because I worried my
```

1    mom, my father, and even my friends, when I normally had

2    never done that before.

3            After all this, being in contact with Mexico City

4    police made me feel even more vulnerable.  They behaved in a

5    horrible manner towards me.  They even wanted to blame me

6    for what happened, for having gone out with someone that I

7    did not know.  In my opinion, Mexican police is not prepared

8    to deal with people that are in shock due to an emotional

9    trauma of this magnitude.  The way in which they referred to

10   me, how I was treated, and including the comments that they

11   made to me, caused me to feel deeper sense of guilt and

12   sadness due to everything that had happened.

13           After that May 31st, my life has done a total

14   turnaround, having to face things that I never imagined I

15   would have to face.  The emotional, physical, and financial

16   impact has been too much, making me realize that the action

17   of one person can totally destroy the stability of someone

18   else.

19           A few days after the incident I decided to move to

20   a different apartment in which I was living due to fear when

21   this happened.  I used to live in Polanco, practically close

22   to where Raymond was living, and that was causing me too

23   much fear and thinking that perhaps I would see him again,

24   not knowing whether he could do something to me.  I moved to

25   the state of Mexico, farther away from my job, farther away

1    from my family, but I felt that perhaps in that way I could

2    be a little safer.

3           This change caused me to have to pay a fine for

4    early termination of my lease.  I had to pay for moving my

5    belongings, and also a down deposit and months of rent in

6    the new apartment.  Having to move from one apartment to

7    another also meant losing my independence.

8           I enjoyed living alone.  After the incident I

9    could no longer live alone because I felt unsure.  And in

10   the new apartment I had to live with a roommate in order not

11   to be alone and to feel a little bit more protected.

12          I missed over 15 days of work because I wasn't

13   able to do anything.  I was in a state of shock.  I didn't

14   want to leave my home.  I didn't want to go anywhere where I

15   didn't -- if I didn't have anybody to accompany me.  They

16   didn't pay me for the days that I missed from work because,

17   after all, it was a contract that I had to fulfill by

18   working.

19          Upon returning to work, things got more

20   complicated.  I couldn't concentrate.  I would spend it

21   thinking about what happened and that I was hoping that

22   justice would be served.  And how can people hurt someone so

23   much without thinking about the damage that they're causing

24   to them?  And that I didn't want people to find out about

25   what had happened because I was embarrassed, because I would

1    be judged, because society judges the victims and because we

2    are made responsible for everything.

3           And that's where the anxiety attacks happened.  I

4    had never had them before, and that's when I got to know the

5    true fear of losing my life, not being able to breathe, not

6    being able to stand up, to feel that I was going to pass

7    out, feeling that the room in which I was was become --

8    closing in on me, that I was lacking oxygen, that my body

9    was becoming numb, and that I only wanted to cry and take

10   off running.  That I couldn't do anything else except to

11   think as if -- I felt as if I was dying slowly, and that has

12   been the welcome to the remainder of my days until the day

13   of today.

14          Obviously to feel all this at work caused me to

15   receive bad evaluations, to lose my bonus.  I missed out on

16   a promotion and having to suffer because I was unable to

17   travel for work purposes because it caused me fear and

18   anxiety to visit places that I did not know beforehand.

19          Afterwards, the fact that a note was published,

20   even though my name was not mentioned, caused me more

21   anxiety, a lot of stress, because people talk without

22   knowing the basis.  To read the comments where everybody

23   judged me caused me terror.  To read that I deserved it for

24   being in a dating website and that I was a whore because I

25   looked for it and it was my fault, that generated in me a

1    depression problem, leaving me to think that perhaps it was

2    best if I was dead.

3            The panic attacks took place all the time, even to

4    this time, whether I'm in the street, at work, in my house,

5    when I am in a place with a lot of people around or even

6    when I am alone.  And for that reason I began to take

7    anxiety medications and sleeping medication in order to be

8    able to sleep.  And I lived all that for approximately two

9    years until I decided to change cities and work, thinking

10   that perhaps that way I could move forward, getting away

11   from Mexico City that reminded me so much of that moment.

12           Changing cities generated another larger

13   difficulty:  moving expenses, leaving my family, my friends,

14   and the stability that I still have left, but I always

15   sought things that were good for me and for me to be well.

16           Up until now, I continue taking anxiety

17   medications and sleeping pills.  I'm currently undergoing

18   therapy, working day-to-day and trying to make efforts to

19   regain my stability, my happiness, my life, my work, so that

20   my close friends and family can see me as a strong person,

21   so that my mom sees me being strong, because I know this

22   hurts her and that also hurts me.  I know that my friends

23   are also hurt by it knowing that my way of being happy and

24   friendly is no longer the same.

25           I'm afraid of approaching people.  It makes me sad

1    that people around me will never get to know the Monica that

2    I was previously, Monica that had a lot of love, because

3    someone took it away from her.

4         Many times I've felt that I can no longer go on,

5    that I don't want to go on, that I want to close this

6    chapter in my life because I no longer want to feel anxiety,

7    depression or fear.

8         I decided not to stop because having filed a

9    complaint against Mr. Raymond helped to avoid having other

10    people cross paths with him, and it makes me feel a strong

11    sense of responsibility to continue with this until the end.

12         I hope with my heart in my hand that everything I

13    have said will serve to take it as an impact, a great

14    impact, on the lives that Mr. Raymond destroyed, and that is

15    the reason or motive for your sentence to be fair and to

16    prevent that someone who has harmed so much other people be

17    able to continue destroying more lives.

18         There are some words here addressed to Raymond.

19    May I say them?

20         THE COURT:  No.

21         ADULT VICTIM 15:  That's all.

22         THE COURT:  Good morning.

23         MS. MAYER-DEMPSEY:  Good morning, Your Honor.

24    This is AV-2.

25         ADULT VICTIM 2:  Good morning.  Thank you, Your

1    Honor, for giving me the opportunity to be here today.  I

2    have waited for this day for four long years.

3            On October 2020 I was contacted by the FBI and

4    found out what Brian Raymond did to me on two occasions that

5    we spent together.  I could not wrap my head around it

6    because my relationship with Raymond was never a romantic

7    one, but a friendship.  I had no idea he had drugged me and

8    sexually assaulted me.  I never give him consent to touch

9    me, assault me, much less photograph me and record me.

10           When I first met Raymond, I thought he was a nice

11   person.  We shared what I thought was a friendship for

12   almost a year.  We communicated almost daily, sharing

13   stories about everything in our lives.  I trusted the person

14   he portrayed to be.  He always seemed so put together, well-

15   traveled, and intelligent.  I also trusted him because he

16   told me he had a diplomatic government job and a security

17   clearance.

18           He used his position to appear more successful and

19   interesting when in reality he has always been a

20   disgustingly sick individual.

21           I used to work for the government in my earlier

22   career, and I used to have a security clearance.  In my

23   mind, I thought only individuals who are thoroughly vetted

24   could have such jobs.

25           Before this sentencing, Raymond had to spend the

1    past four years trying to manipulate the system to get away

2    with the crimes that he has committed:  pleading guilty,

3    withdrawing his plea, and even using health issues as an

4    excuse for the crimes he committed.

5          This whole entire lengthy process has dragged me

6    and my entire family through four years of agonizing pain

7    and suffering.  But finally that's over because he's now

8    listening to all the women that he has assaulted for so many

9    years.

10          There's no map that shows you the ride back to

11   healing.  Realizing that you're a victim and a survivor of

12   sexual assault is so hard to put into words.  I cannot even

13   express the level of disgust I feel for Mr. Raymond and all

14   the things that he did to me.  The amount of stress and

15   anxiety he has caused me these past four years is immense.

16          Mr. Raymond's actions took me to a really bad spot

17   in my life.  I hated myself for having allowed him to come

18   into my life.  He has taken four years of my life stressing

19   over this.

20          The past four years I've tried to be and do the

21   normal things, but I felt unworthy of everything after that

22   point.  The awful trauma, stress, and numerous expensive

23   bills and therapy are immense.  But despite of how I felt, I

24   needed to punch in, be professional, and work.

25          I know as a part of his plea agreement he's

1    supposed to give us a certain amount of restitution, but

2    that's nothing compared to all the pain, suffering, and

3    financial bills that we have incurred these past four years.

4         His actions robbed me of the opportunity to know

5    how my life would have turned out if I didn't find out that

6    I was sexually assaulted by a sick individual like him.  I

7    will never know all the happiness that might have been

8    available to me, all the opportunities I've missed, all the

9    size of my personality that might have been here if I wasn't

10    so consumed trying to survive an existence, how miserable I

11    was.

12         Today probably feels like the end of his life, but

13    for me, it feels like the beginning of my life.  Today marks

14    the first day where the world acknowledges what he did to me

15    and all the rest of the victims was wrong, and he will be

16    punished.

17         My life is just beginning, and I'm claiming and

18    stepping into the life full of love, freedom, and beauty.

19    There's more light today, on September 18th, than on any

20    other day of the year.  Today is the day of the light where

21    myself and all the brave women in this courtroom overpowers

22    the darkness he represents.  Today is a good day for

23    humanity and justice.  And my hope is that today he will

24    receive the highest and heftiest punishment because he does

25    not deserve to be free to assault any other more women.

```
 1                    Thank you.

 2                    THE COURT:  Thank you.

 3                    You can take your mask off.

 4                    ADULT VICTIM 4:  Good morning, Your Honor.  I

 5     really intended to --

 6                    MS. BUCKNER:  So sorry to interrupt, Your Honor.

 7     You do not have a written statement.  This is AV-4 standing

 8     before the Court.

 9                    ADULT VICTIM 4:  I didn't anticipate how nervous I

10     would be so I wrote the statement at the last minute, so I

11     apologize.

12                    THE COURT:  That's fine.  Not a problem.

13                    ADULT VICTIM 4:  In September 2020 I received a

14     call from the FBI.  She indicated that she needed my help

15     with a case.  In my professional capacity, I work with the

16     Department of Justice and other law enforcement entities, so

17     her request didn't come as much of a surprise.

18                    I met Erin, Michael, and Laurie.  And the

19     discussion began with:  Do you know a man by the name of

20     Brian Jeffrey Raymond?

21                    That name did not ring a bell.  It wasn't until

22     they showed me his photograph.  Yes, I do remember him.  The

23     reason why I remembered him is because I blacked out with

24     him while I was with him, and I began my story.

25                    You see I remember the details of that night
```

1    vividly, down to the type of shoes he wore, to the shirt

2    that he was wearing, the exact wine we were drinking,

3    everything.  There are moments of my life that I don't

4    quickly recall, what I had for dinner the previous night or

5    why I walked toward the pantry and opened the door, but for

6    some reason this particular day everything is in clear

7    detail, like I'm watching myself in a movie.

8              At our second date the defendant took me to

9    Dumbarton Gardens in Washington, D.C.  Afterward, he asked

10   that we go to Bistrot Lepic for drinks.  I could tell he was

11   trying to impress me with his knowledge of facts because he

12   kept regurgitating wine facts that were incorrect.  I

13   pretended to be entertained.

14             What the defendant did not know is I am a

15   sommelier, a fact that becomes very important later.  It's a

16   wine expert.  It's something that I pursued as a hobby

17   shortly after joining the federal service.

18             My first red flag was that at the restaurant he

19   was encouraging -- almost pressuring -- me to drink beyond

20   my two glasses of wine, which I had to remind him I couldn't

21   because I was driving home.  He then further tried to

22   manipulate me into drinking more by saying, you know, "I

23   don't trust people who don't drink."

24             That did not deter me from consuming in excess

25   like he wanted me to.

1          Then we discussed heading back to my apartment for

2     additional drinks because he wanted to spend more time with

3     me.  I had to reiterate to him what I told him on our first

4     date, that I'm not going to sleep with him.  He claimed that

5     he was not looking for that either.

6          We drove separately to my apartment, and when I

7     got to my apartment I opened a bottle of wine.  It was a

8     2016 Casillero del Diablo Cabernet.  I poured him a glass,

9     and I poured myself a glass, consciously giving myself half

10    because I wanted to limit what I was drinking, and I had

11    work the next day.

12         We went out to my balcony and we talked about an

13    hour.  It was at that time he excused himself to go to the

14    bathroom.  I stayed out in the balcony.

15         The defendant returned with the bottle of wine

16    that I left on the kitchen counter and poured a glass for

17    each of us.  This is where I saw Red Flag No. 2.

18         When I took a sip of that wine, it had a very

19    medicinal, astringent taste, a characteristic that doesn't

20    show up in wine.  You see, as a sommelier, your job isn't to

21    pick out the good wines, because the good wines are very

22    subjective; and as a wine expert, your job is pick out the

23    bad elements in the wine as they are very objective to find.

24    So you train yourself to expertly familiarize yourself with

25    various characteristics of wine and what does not belong.

1    This did not belong.

2            In this case, this taste will be forever etched in

3    my mind.  I took that sip and just thought something was

4    wrong with the wine.  I couldn't understand how the wine

5    changed so much from the initial pour.  It never ever

6    crossed my mind that the defendant would put something in

7    the wine.

8            I remember telling him not to drink the wine

9    because it was off.  Instead, he was encouraging me to drink

10   all the contents of the wine in the glass while claiming the

11   wine tasted fine.  He even tried to tip the glass towards me

12   to encourage me to drink more.

13           I pulled my glass away, and I put it on the

14   ground.  I never took more than a sip of that wine, but

15   after ten minutes I started to feel dizzy.  I held on to him

16   as I was losing my balance, and I was thinking there's no

17   way I could be drunk.  There's no way.  I know my limit.

18   I'm a trained professional.  I know my limits.  It was going

19   over and over in my head as my first knee hit the ground.

20   Then the second knee hit the ground.  And then it all went

21   blank from there.

22           I woke up on my bed with the defendant staring at

23   me.  He looked really shocked and surprised.  As I came to,

24   I told him that if he's drunk, if he's too drunk to head

25   home, he can sleep on the couch, but at this time I was

1    trying to get him out of my room.

2          He opted to leave instead.  And I remember

3    watching him as he casually walked to my door and slipped on

4    his shoes one at a time.  And what was really interesting

5    was that for a guy who was drinking or claimed that he was

6    drunk, he was able to balance on one foot to put on a pair

7    of sneakers and tie them, and then do that with the same

8    foot as the other foot.  I just found that very interesting

9    and something that for some reason I couldn't forget.

10          After he left, I ran into the bathroom to check

11    myself.  Everything seemed fine.  It didn't seem like we had

12    sex.  All my clothes were on.  And I kept thinking:  I know

13    I didn't drink that much.  How did I pass out?

14          Maybe I drank more than I thought.  But I replayed

15    that over and over in my head, and I know for a fact that

16    wasn't the case.  I was very conscious about the amount I

17    consumed because I had to go into the office the next day,

18    and, again, it never crossed my mind that the defendant

19    would drug me.

20          I'm not sure about anyone else, but for me he

21    seemed like a perfect gentleman.  He was clean-cut, well-

22    dressed, spoke eloquently, very charming, and very

23    gentlemanly.  He presented himself to be a kind and generous

24    person.

25          Hindsight being what it is now, I'm very lucky I

1    woke up when I did.  I could not imagine what would have

2    happened to me if I drank that entire glass of tainted wine.

3         So on September 2020, as I was recounting my story

4    to the agents, all those thoughts came rushing back.  Then I

5    realized:  Why are they here to see me?  Then they told me

6    that he was being investigated for drugging and assaulting

7    women while documenting it on his phone.  I felt like my

8    throat dropped into my stomach.

9         My next question was:  "Are there any pictures and

10   videos of me?"

11        And they said yes.

12        "Show me."

13        Which they did.

14        The pictures were indeed of me, but nothing that

15   connects my memory to it.  What I saw seemed so surreal.  My

16   eyes saw the pictures and the video, but my brain couldn't

17   register what I was seeing.  It can't be me, but it was.  I

18   looked so defenseless, helpless, lifeless.  And the greatest

19   punch to the gut was that he was forcing my eyes open with

20   his hands to take a picture.

21        I learned later that what I was experiencing at

22   the time was denial and dissonance as my brain was trying to

23   process the shock of the grief of what I was seeing.

24        After speaking with the agents, I went home, but

25   I'm not sure how I got there.  I was in a trance while

1    recounting what happened over and over in my head.

2         The therapy started shortly after.  I had to

3    process all the feelings that began to surface after an

4    attack like this.  I had to navigate the anger, the rage,

5    the shame, the disgust, and the fear that comes along with

6    having your boundaries violated in such a way.

7         The biggest thing I had to process was:  Why did

8    this happen to me?  For a while, I was not a functioning

9    person.  I tried to return to my old self, but I couldn't.

10   For weeks I cried.  For months I would lay awake in bed

11   replaying those horrible moments.  I ran stop signs and red

12   lights; not because I needed to rush home, but because at

13   certain times I was in a trance and I couldn't snap out of

14   it.  I was lucky I didn't get seriously injured.

15        What was even more traumatic was that in order for

16   me to process this to get back to normalcy, I had to bear

17   the financial cost of the therapy, which is what I really

18   resent.  He committed these horrible acts on me, and I'm the

19   one who has to pay.  How is this right?

20        Fortunately, I was lucky that I had a great

21   support system to help me through this.  But I replayed

22   every aspect of this continually in my head over and over

23   again.  How did I miss this?  How did he slip past me?

24        You see, while working in the federal service, I

25   had extensive training about the human psyche.  It was never

1    for my job.  I was very attuned to people's personalities,

2    their preferences, their dislikes, which the government

3    trained me to do.  I learned to read people very well, which

4    made me very successful with my job.

5         That is why there was a great deal of self-doubt

6    and self-loathing, because I blame myself for what happened.

7    "You were trained to pick out people like this," I would

8    think to myself very often.  "How could you be so stupid and

9    let this happen to you?"

10        Those words played on repeat for many, many

11   months.  The guilt and the shame were a constant.  It wasn't

12   until the Daily Beast, a news outlet, broke a story that he

13   was former CIA.

14        While it surprised me at first, I needed to find

15   out more about him, so I reached out to my contacts in the

16   community and found out who Raymond really was.  It turns

17   out that in his role, he had similar but better training

18   than me.  His level of training far exceeded mine.

19        Now it all started to make sense.  This is why I

20   didn't see through his facade right away.  He had the

21   training to hide his true self while preying on unsuspecting

22   women courtesy of the U.S. government.  He was a natural

23   sexual predator, but with his training he became a powerful

24   and dangerous monster.

25        Upon hearing this, I felt a little vindicated, but

1    it doesn't change what happened to me.  I keep trying to

2    wrap my head around how a person like the defendant could do

3    such a horrible thing to another human being.  On paper and

4    on photos, and probably on video, he was a well-rounded

5    professional, but his personal life proves otherwise.  How

6    can a person go to such lengths, such detailed planning, to

7    intentionally render someone defenseless in order to satisfy

8    sexual deviancy?

9          One of his arguments was that he was too drunk to

10    be responsible for his actions.  It says a lot for a man

11    that when he gets drunk his first action is to take photos

12    and videos of disrobed women.

13          All these thoughts went through my head as I tried

14    to rationalize the why:  Why did he do this?

15          I don't think there should be any leniency for

16    this man.  Did he show me or any of his victims leniency?

17    Did he once thought to think what he was doing was wrong?

18    Did he show leniency or mercy as he pulled down my shirt,

19    pulled down my bra, and proceeded to take videos and

20    pictures?  Did he show me leniency when he held my eyes open

21    with his hands to take pictures?  Above all, what sick

22    person would think that I or any other woman would consent

23    to such things?

24          Leniency should come to first-time offenders who

25    truly feel remorseful.  I am not his first offense.  This is

1     the first time that he's getting caught for his actions, but

2     certainly far from being his first offense.

3          I am one of several women.  He committed these

4     heinous acts over a period of several years with several

5     women, and the evidence proves it.

6          This is not his first offense.  In fact, his acts

7     got more brazen and cocky, but careless, which is the main

8     reason why he got caught.

9          AV-1 was the one who set everything into motion to

10    bring him to justice.  I've read what happened to her, how

11    her own media exposed her story.  And I can't fathom that

12    horrible moment reading about what happened to you on

13    various media.

14         That's what this person did to her.  She didn't

15    deserve that.  None of us did.  She was an innocent woman

16    going on a date, just like the rest of us.  I'm not sure

17    where she found her strength and courage, but despite every

18    injustice happening to her, she remained strong to keep this

19    going and bring this monster to justice.

20         I haven't met AV-1, but thank you very much for

21    what you've done for us.  You're the one to bring this man

22    to justice.  You're the one to expose everything.  You are

23    the one who helped bring justice to all of us.  But most of

24    all, you are the one who stopped him from doing this to more

25    women.  Without you, who knows how many women this monster

1    would have victimized.  You are the hero in this story.

2    Thank you from the bottom of my heart.

3         I also thank the agents and the prosecutors who

4    worked diligently to bring the defendant to justice.  It was

5    because of your hard work that prevented him from being

6    released.  Even though the defendant tried to weasel his way

7    out of the situation he created, all of you remained

8    resolute and focused to get the job done.

9         I cannot forget or forgive.  If forgiveness was a

10   real thing, God and Lucifer would be on different terms

11   right now.  As for forgetting, I will never forget what he's

12   done to me, and the pain it has caused.  What is happening

13   to him now pales in comparison to the lifelong sentence of

14   suffering he has imposed on all of us simply because we

15   chose to go on a date with him.

16        While therapy did help me with managing a lot of

17   the feelings pertaining to this incident, I am still very

18   angry.  No amount of therapy will ease this.  I want to

19   unleash everything and make him feel the pain and suffering

20   inflicted on all of us.

21        While I think of these negative thoughts, there's

22   one gleam of hope.  In the last few months I began to feel a

23   little bit of peace.  There's a sense of peace in my mind

24   knowing that he will no longer have access to unsuspecting

25   women.  There's a sense of peace that while he's in prison

1      there will be no additional victims created by him.

2              Your Honor, I respectfully request that you give

3      him the maximum sentence because he is a dangerous person, a

4      genuine threat.  What makes him even more dangerous is his

5      specialized training.  He is a person with a horrendous

6      sexual deviancy with the sophisticated training that enabled

7      him to become a highly convincing and calculated predator.

8      I believe he needs time to work out whatever is wrong with

9      him without being a danger to anyone, but such treatment to

10     treat such deviancy takes time, and a handful of years will

11     not do it.

12             Your Honor, I struggled with this a lot, on how

13     someone like me could not see it.  There was a great sense

14     of guilt.  And what made it very difficult was while I had

15     this training to spot people like him, I missed him.  If I,

16     who had specific training, couldn't spot him, what chance

17     does any woman have who never had this kind of training

18     before?

19             Thank you, Your Honor.

20             THE COURT:  Thank you.

21             Counsel, which one was she?  I didn't -- I missed

22     it at the beginning.

23             MS. BUCKNER:  Adult Victim 4, Your Honor.

24             THE COURT:  Ah, okay.

25             MS. BUCKNER:  Coming before the Court, Your Honor,

```
 1    is Adult Victim 6.

 2              THE COURT:  I'm sorry, 6?

 3              MS. BUCKNER:  6, yes.

 4              ADULT VICTIM 6:  Good morning.  I want to begin by

 5    sharing a little bit of my experience with Mr. Brian because

 6    before I had not given full dimension of the gravity of the

 7    situation because I don't remember what happened except for

 8    the pictures and the videos that I saw.

 9              Well, I remember having seen him in December of --

10    well, before the pandemic.  He always showed himself to me

11    to be a charming and decent person with a good job, with a

12    good family.

13              And, well, sometime later I received a telephone

14    call from the FBI.  I didn't know very much until we had the

15    first meeting at the embassy of the United States.  I can't

16    even explain how traumatic it was to see myself in videos

17    and pictures where I was totally unconscious.  I was forcing

18    myself to open my eyes.  He would pull my arms and would

19    toss them.  He would masturbate, and I didn't want to see

20    any more.

21              For me, this is all very complicated, and I was

22    thinking that perhaps it wasn't so serious because I didn't

23    remember.  But thanks to the testimony of the other female

24    victims today, I had the courage to come and talk about it.

25    And just like the rest of them, I am here holding my head up
```

1    high because we are not guilty of anything.

2              Up to this time, I still feel a lot of

3    powerlessness.  I've had to take antidepressant medication

4    and sleeping pills in order to be able to sleep, because

5    each new contact from the embassy and the FBI was having to

6    remember and see the pictures and videos that I was shown,

7    because I never gave any permission to be drugged and be

8    abused and to take advantage of the trust that I had placed

9    on him.  I was just a woman who thought that she was meeting

10   a good man.

11             And he destroyed my trust.  I had to pull my

12   family -- my sister had to leave her own family behind in

13   order to be able to accompany me today.  And the shame that

14   I was feeling, unable to tell my dad, my friends, because I

15   thought that it wasn't something serious.  But thanks to all

16   the reports that I received from the state attorney's office

17   and listening to everything that he was able to do to so

18   many women, I ask you please to give him the maximum

19   sentence.  I don't want him to be able to hurt anyone else.

20             And before hearing all the testimonies, I was

21   thinking of telling him that I did not hate him, that he

22   could possibly change and think things through, but now I

23   see that everything that he did was totally premeditated.

24   He's a predator, and he does not deserve to ever be

25   released.

1                    That's all.

2                    THE COURT:  Thank you.

3                    ADULT VICTIM 6:  Thank you.

4                    MS. BUCKNER:  Your Honor, would you like to keep

5        going or take a break?

6                    THE COURT:  Probably do one more, and then I'll

7        probably have to stop at that point to make sure I'm

8        available for the conference call.

9                    MS. BUCKNER:  Sounds good, Your Honor.

10                   THE COURT:  As long as the...

11                   MS. BUCKNER:  Your Honor, coming before the Court

12       is Adult Victim 7.

13                   ADULT VICTIM 7:  Good morning, Your Honorable

14       Judge.  I am Victim No. 7.

15                   Immediately after the incident, I felt destroyed,

16       confused, and totally incredulous about something like this

17       having happened to me.  The emotional trauma has been

18       devastating.  I suffered a nervous breakdown, and I was

19       diagnosed with PTSD, anxiety, and depression.

20                   Despite the fact that before this trauma I enjoyed

21       good mental and emotional health, during these last four

22       years I have lived with constant fear, feeling as if

23       somebody was following me and experiencing an overwhelming

24       paranoia.  My mental health deteriorated so much that I

25       needed medication and therapy constantly during this four

1    years in order to be able to handle this situation.

2         The nights became a torment with recurrent

3    nightmare episodes, and for months, that were especially

4    difficult during my suffering night terrors.  During this

5    time, I had to take medication in order to be able to sleep

6    besides having my quality of life and general well-being

7    being seriously affected.

8         I had to be extremely cautious about what I said

9    to others because I feared being judged because the case was

10   widely announced in Mexico.  I distanced myself from my

11   family because I was unable to share with them what had

12   happened to me, and that made my isolation greater.

13        I lost my job due to my emotional state.  I was

14   constantly crying, and I was distracted, which led my

15   employer to fire me.  This job was very well paid, which

16   allowed me to live in Paseo de la Reforma, one of the best

17   areas in Mexico City.  In a matter of months, I lost

18   everything that I had built up in over five years, and I had

19   to return to living with my parents without being able to

20   talk to them about this situation.

21        Eventually I was -- I saw myself forced to quit

22   therapy, and I had to leave it due to the lack of financial

23   resources because I had lost my job.  In a desperate attempt

24   to escape and begin anew, I accepted a new job in another

25   country, taking with me only two suitcases.  I moved to a

1    location where I didn't know anyone, but I found a little

2    bit of peace knowing that no one knew what had happened to

3    me.  However, when I discovered that Brian had worked for

4    the CIA, I felt a renewed sense of fear, fearing that he

5    might be able to find me and make me lose the little bit

6    that I'd been able to recover.

7         The judicial process has been long and costly,

8    forcing me to make numerous trips, to be absent from my job

9    in order to be available.  And even though I have received

10   support from the government of the United States, the

11   accumulated expenses have been significant, including the

12   loss of an investment in Mexico and the need to assume

13   additional costs or expenses to be able to move and to visit

14   my family.

15        The financial impact has been considerable.  I

16   lost the savings that I had due to the clauses and the cost

17   involved in transferring money from -- to Mexico from a

18   foreign country.  My life did a 360, forcing me to start

19   anew with limited resources and salaries that were much

20   lower than what I was receiving before.

21        I have worked very hard in order to recover my

22   emotional health, the trust in myself, and in others, and to

23   face the challenge of being able to trust someone else on an

24   intimate level.  And I would like to add that no matter what

25   sentence you give him, it will never be enough due to the

1    amount of lives that he has destroyed.

2        Thank you.

3        THE COURT:  I think we can probably do one more

4    before I break for lunch.

5        I know this is hard for them, so I'd like to get

6    it done today so they don't have to do it again.

7        MS. BUCKNER:  Your Honor, coming before the Court

8    is Adult Victim 12.

9        ADULT VICTIM 12:  Your Honor, I am the victim that

10    the Court knows as AV-12.  I stand before you today to share

11    the profound and devastating impact this crime has had on my

12    life.

13        From the moment in fall of 2021 when the

14    government showed me those photos of myself unconscious,

15    with no memory of what had happened, something deep in me

16    changed irreversibly.  That realization shattered my sense

17    of security, both externally and internally.  My ability to

18    trust others, a constant of any human being or human

19    relationship, sorry, has been severely damaged.  This act

20    destroyed my perception of the society I grew up in, a

21    perception that had sustained me up until that day.

22        I have lived in different places through my life,

23    and it has always been crucial for me to open up to others,

24    create new connections, and feel the community wherever I

25    go.  However, after what happened it has become twice as

1    difficult for me to open up to others, complicating my

2    ability to build that community and feel part of a safe

3    environment.

4         It's hard to accept that a man who appeared to be

5    kind, educated, and who worked for an agency that is

6    supposed to protect the world from evil like the CIA could

7    commit such atrocity.  If someone like him could betray me,

8    what can we expect from -- what can I expect from the rest

9    of the society?

10        I have tried to regain my faith in the world, but

11   every night is a battle against anxiety, a constant state of

12   alert that prevents me from feeling safe, not only for

13   myself, but also for my family and friends.

14        This anxiety has not only taken a toll on my

15   personal life, but has also impacted my professional life.

16   The stress has made it increasingly difficult for me to

17   focus on my work, diminishing my productivity.  What once

18   was a resourceful fulfillment and stability for me has now

19   become a source of additional stress as I struggle to

20   perform at the level I once did.

21        But perhaps most terrifying of all is the

22   realization that my life was put at risk.  I was drugged

23   without my consent, and had there been a mistake in a dosage

24   or timing, I might not be here today.  The thought that an

25   error could have resulted in my death haunts me, adding

1     another layer to the fear and trauma that I continue to

2     endure.  This anxiety has made an increase in cortisol

3     level, the stress hormone affecting my physical and mental

4     health.

5            Your Honor, it has been almost three years that I

6     have been going through this stress.  I have sought out

7     doctors and treatments to try to lower these levels, hoping

8     to be able to rest at night and regain deep sleep, but even

9     sleep has become a battlefield.

10            Moreover, my sense of personal security has

11     crumbled.  I find myself trying to become invisible to avoid

12     throwing attention, and yet I deeply long to be the same

13     person I once was with my husband and those who love me.

14     Now I understand why I would explode without a reason.  It's

15     a constant internal struggle that tears me apart between the

16     need for protection and the desire for normalcy.

17            At first, I tried to believe that since I couldn't

18     remember anything, it wouldn't affect me; it couldn't affect

19     me.  I thought that if I ignored what happened, I could move

20     on as if nothing had happened.  But over the time, the

21     reality of knowing there is a moment in my life that I can't

22     remember, and seeing those photos that prove it, has filled

23     me with indescribable anguish.  It torments me not to know

24     what happened during that period of unconsciousness.  And

25     although I tried to convince myself that it was just the

1    photos and nothing more, I cannot shake the fear that

2    something else may happen.  I constantly battle those

3    thoughts that robbed me of my peace, and even though I

4    consciously know it doesn't make sense to keep drowning in

5    that void, my subconscious betrays me time and time again.

6         Today, I am comforted by the hope that no other

7    woman in the future will have to go through this, because

8    it's a torment that changed everything.  But I wonder every

9    day if I will ever overcome these feelings, if I will ever

10   stop fighting internally and return to be the person that I

11   was once -- I once was.

12        I know it will take time, but today I speak before

13   you all in a language that is not my own with the hope that

14   by doing so I can close the chapter of my life and finally

15   feel that it's over, that I can begin to heal.  However, for

16   this healing to be possible, it's essential that justice be

17   served, and that the harm to me and others is addressed to

18   send a clear message that this kind of act will not be

19   tolerated, and to ensure that no one else has to live with

20   the pain and anguish that I have experienced.

21        I trust that this Court will take the necessary

22   steps to ensure justice is served, and that in some measure

23   I can begin to rebuild my life with the security and peace

24   that were taken from me.

25        Thank you.

```
 1                    THE COURT:  Thank you.

 2                    The individual that was flying in, has that person

 3        shown up?

 4                    MS. BUCKNER:  She has not, Your Honor.  We have a

 5        few more we would have to do after lunch anyway so we'll

 6        probably be able to put her in that group.

 7                    THE COURT:  Okay.  That's not a problem.  Just

 8        curious as to whether that happened.

 9                    It's 25 of.  I'd be inclined to do another one.

10        There's still enough time for me to take a break and do my

11        conference call.

12                    MS. BUCKNER:  Okay.  One moment, Your Honor.

13                    THE COURT:  Sure.

14                    MS. MAYER-DEMPSEY:  Your Honor, this is Adult

15        Victim 16.

16                    ADULT VICTIM 16:  Good morning, Your Honor.

17                    THE COURT:  Good morning.  If you'd move in front

18        of the microphone a little bit.

19                    Can you move over just a little bit?  Take your

20        time.

21                    ADULT VICTIM 16:  I met Mr. Brian Raymond at my

22        place of work, at the salon, Dolce Vita Salon & Spa in

23        McLean, Virginia, in 2015.  I was always washing his hair

24        because I was an assistant by then.  One day in 2016, he

25        invited me out to a restaurant.
```

1          THE COURT:  Excuse me.

2          ADULT VICTIM 16:  It was in June --

3          THE COURT:  Can she speak into the microphone a

4     little more just so we can -- that's it.

5          ADULT VICTIM 16:  -- and everything went well.  He

6     was always super gentlemanly and very pleasant.  The man

7     every woman dreams of.  He was very charming.

8          He walked me to my car, and we said farewell, and

9     everything continued as nothing happened.  We exchanged

10    messages like frequently because we built our relationship

11    that every time he was coming to the salon, which was pretty

12    much like every three to four weeks, he will always tell me

13    about his trips to Panama, Colombia, Mexico, and just things

14    like that, and nothing really significant.

15         The second time he invited me to his apartment.  I

16    went full of trust because I felt I knew him and trust him

17    because of the way he always was.

18         That day I thought I had simply gotten myself

19    super drunk and asked myself a thousand times why I had

20    drunk so much when I don't remember a thing.  I always feel

21    guilty for that when actually I could remember having, like,

22    two drinks that he prepared for me that I clearly remember,

23    and I do not remember anything else.

24         When I woke up the following day, I was in his bed

25    with a hurtful head, very dizzy, and feeling super ill.  I

1    couldn't explain to myself what had happened to me.  I also

2    remember having vomited everything.  I knew this because he

3    told me I had vomited, and he had kindly washed my shirt,

4    that it was now dry, and that I could take it with me

5    because I was wearing one of his shirts when I woke up.  I

6    was not naked or on the floor like all the photos he took of

7    me.

8         Emotionally I was destroyed and felt ashamed.  I

9    spent a long time apologizing to him for that.  He didn't

10   invite me out ever again, which makes me feel how a man can

11   invite someone that can get drunk that bad, and of course he

12   wasn't inviting me out for that.  I feel myself guilty for

13   that.  It makes me feel even worse and question myself much

14   more about why or how I had got that intoxicated, because

15   that had never happened to me ever before, and I didn't

16   remember anything.  And, again, it destroyed me emotionally,

17   and I always blame myself.  I never stopped thinking it was

18   my fault for getting intoxicated.  I always felt it was my

19   fault.

20        Despite this, he would write to me frequently, or

21   at least when he had an appointment at the salon, to find

22   out if I was working or to let me know I would see him at

23   the salon.  In fact, when the FBI Agent Erin located me

24   years later at my other job at Salon Daniel and asked me

25   about him, I realized all he really was -- they thought he

1    had contacted me via dating apps.

2            I was in a state of denial.  I was completely

3    certain they were talking to me about a different person.

4    But when they showed me the photographs he had of me, I felt

5    destroyed, deceived, betrayed, used, manipulated.  And the

6    worst of everything since that day, I have felt very dirty

7    without being able to overcome the fact of not knowing what

8    actually happened that night because I don't know what

9    really happened, and I don't even know if I want to know

10   what really happened.

11           It impacted me and affected me a great deal in my

12   relations at the workplace where I met him.  I don't feel

13   even ready at this point in time to see any of my former co-

14   workers, much less walk into that place where I met him,

15   with the realization he was a liar.

16           I didn't speak perfect English at the time.  He

17   said he spoke very poorly Spanish and never spoke to me in

18   Spanish.  He knew I was someone with no English and with no

19   status in the country.

20           It also has impacted me with my daughter, feeling

21   myself as a mother guilty.  I don't think I will ever be

22   able to talk to my 16-year-old daughter how I feel and how

23   this has impacted me, even though I assure her because that

24   way she can be aware of the predators like Mr. Raymond.

25           My financial impact is -- I believe it has

1    affected me because I don't want to work with men.  I only

2    want to take care of women at work.

3            I'm no longer a hair assistant.  I'm a hair

4    stylist.  I can choose now who I can work with.  I decided

5    not to cut men's at all.  For years I have avoided cutting

6    or assisting in men's haircuts.  I subconsciously avoided

7    men's services and finally realized it stemmed from my lack

8    of trust and fear stemming from this violation of trust.

9            My day-by-day impact was suddenly affected by him.

10   I have lied to myself to correct for his behavior, but it's

11   crazy that he had that impact on me, feeling I'm the one at

12   fault, and distancing myself of any opportunity of repeated

13   abuse.

14           Thank you, Your Honor.

15           THE COURT:  Thank you.  I think we can break at

16   this point.

17           MS. BUCKNER:  Sounds good, Your Honor.  How long

18   would the Court like to break?

19           THE COURT:  I think -- it's quarter to 12:00 --

20   quarter to 1:00.  I know I want to be able to have all of

21   the victims speak today so they're not left with having to

22   wait again until tomorrow.

23           MS. BUCKNER:  Yes, Your Honor.

24           THE COURT:  So if we could do an hour, that would

25   work.

1          MS. BUCKNER:  Okay.  Thank you, Your Honor.

2          THE COURT:  All right.  The parties are excused.

3          (Lunch recess taken).

```
 1                A F T E R N O O N   S E S S I O N

 2              THE COURT:  All right.  Let's proceed.

 3              MS. BUCKNER:  Your Honor, approaching the Court is

 4     Adult Victim 17.

 5              ADULT VICTIM 17:  Hello, Your Honor.  I am AV-17.

 6     I am 45 years old and currently reside in the Chicago area.

 7     My family and I immigrated to the United States as refugees

 8     when I was 11 months.

 9              I hold two bachelor's degrees, in communications

10     and fashion design, and currently work in sales.  I love

11     being creative and social, cooking and serving to all my

12     family and friends.

13              In November 2020 the FBI informed me that I was a

14     victim of sexual assault perpetrated by Brian Raymond.  They

15     showed me photos depicting my unconscious state taken in

16     Virginia in November 2015, and I was in immediate shock,

17     disbelief, and denial.  Brian had been a trusted friend for

18     nearly two decades.  Today, I am a survivor along with the

19     many other victims he has violated throughout the world.

20              I have anxiously awaited the day of Brian

21     Raymond's sentencing, but these past few years have seemed

22     like an eternity.  Despite the pain and anguish this has

23     caused me, I maintain the courage to speak in front of you

24     today.

25              I have known Brian Raymond since the summer of
```

1    2000, over 20 years ago, nearly half of my life.  We met

2    through a mutual friend with whom he went to college, and

3    Brian and I immediately started a long-distance relationship

4    from Chicago to Washington, D.C.  Our relationship grew

5    quickly, traveling to multiple countries together and

6    meeting his parents on numerous occasions at their home in

7    San Diego and during a trip to Washington, D.C.

8         In the years of knowing him, initially as his

9    girlfriend and later as a close friend, I always thought he

10   was the one that got away.  I had regrets of breaking up

11   with him, but my instincts told me to walk away.  Looking

12   back, I came to realize that I had endured many moments of

13   manipulation, control, confusion, and sexual abuse by Brian

14   Raymond.

15        Brian is a man of many faces.  He often described

16   himself as the gold child to his parents and led me to

17   believe he was a well-established CIA agent often posted to

18   foreign countries.  To my family, he was the altar boy who

19   was charming, thoughtful, respectful, and successful.  And

20   today he is nothing more than a sexual predator.

21        The photos of me lying unconscious on the floor

22   and on his bed brought back all the memories and validated

23   the doubts I had which became my difficult reality.  It is a

24   live nightmare for me.  In addition, I know that Brian

25   drugged and sexually assaulted me on several occasions prior

1    to the November 2015 incident, as he has acknowledged in his

2    guilty plea.

3              I will never forget when we decided to meet in

4    Mexico in 2009, years following our breakup.  That trip left

5    a strong impact on me.  It was a trip from hell.

6              Brian reached out to me on social media, and we

7    immediately started communicating and writing each other

8    quite frequently.  After some time, we decided to meet in

9    Mexico for a long weekend.

10             Upon arrival, Brian was cold and distant.  I spent

11   days with him experiencing nothing but negative energy.  I

12   remember him insisting we split every bill, including our

13   hotel, which he asked for in cash, and also requested I

14   purchase vodka at duty-free just to save a few pennies.

15             I remember his negative comments about others at

16   the hotel regarding their appearance, especially their

17   weight.  He was so obsessed with visual appearance that I

18   recall him traveling with a scale packed up in his suitcase

19   to weigh himself.

20             The night before departure, Brian changed his

21   flight to leave in the early morning, leaving me to be alone

22   until my evening flight.  Brian did not care about my safety

23   or me being by myself the last day.  He said bye with no

24   emotion and disappeared.

25             Importantly, the first evening of that trip to

1    Mexico was the first time of having no recollection of

2    preparing for or going to bed.  I believed I was drugged at

3    that time.

4         Years later, Brian and I reconnected once again.

5    I reached out to him because quite honestly I was still

6    traumatized and confused about that trip to Mexico.

7         In 2015, Brian and I decided for me to visit him

8    in Virginia, this being the trip where the FBI holds

9    physical evidence of Brian's crimes against me.

10         When I arrived at his apartment, I found it odd

11    that he had no mattress on his pull-out couch.  I figured

12    one of us would have been sleeping on the couch.

13         But we never had the chance to discuss our

14    sleeping situation.  We quickly went to dinner and returned

15    to his place, drinking more wine, all being poured by him.

16         I woke up the next morning confused, partially

17    naked, and asked him how I went to bed.  I remember I must

18    have slept for at least 10 hours.  That morning, I noticed

19    cuts on my lower back.

20         When I inquired of him what had happened, he said

21    it sounded like I had drank too much and said, "You just

22    walked to bed, silly."  It was odd I went to bed without

23    washing my face and brushing my teeth, as it is always a

24    daily routine regardless of how tired I was or how much I

25    have had to drink.

1    That evening he had taken photos of me partially

2    naked and unconscious, all without my consent.  My eyelid

3    was pulled back.  My breasts and midsection were exposed in

4    the photos.  My body looked like a corpse on the floor and

5    on his bed.  Now I have nightmares of seeing myself dead.

6    This was not the only occasion of me spending time

7    with Brian awaking confused, disoriented, and without

8    recollection of the previous evening.

9    Brian visited me in Chicago in 2013 and 2014.

10    Before his visit on both occasions, Brian requested me to

11    have sparkling wine, vodka, lemon, and sugar for him to make

12    his signature drink, which I had provided.  During each

13    visit, he always insisted on staying in the first night, and

14    always proceeded to take control of making my drinks.

15    During both of Brian's Chicago visits in 2013 and

16    2014 I woke up partially dressed and could not recall how I

17    got to bed; the same feeling of confusion, shame, and

18    embarrassment I experienced from the November 2015 incident.

19    During those visits, we still spoke deeply on

20    where we were at in life.  I remember we had nice

21    conversations as if I was talking to one of my closest

22    friends.  But one alarming moment in our conversation was

23    how he described his job as an ugly man's paradise.  He

24    basically insinuated that any man stationed in foreign

25    countries can obtain any woman they want.

1          Brian and I had a unique friendship all these

2     years.  He knew everything about me, my vulnerability, as I

3     was open to him about my entire life.  He knew of my

4     childhood without a mother and all of my sufferings growing

5     up.  He seemed to really care about my well-being.  We would

6     send long emails updating and supporting each other of our

7     endeavors in life, and would sometimes video chat for long

8     sessions.  I would send him care packages when he was

9     overseas and take care of little things for him stateside to

10    make life easier.

11         In the end, our long-term relationship made me no

12    less of a target to Brian than someone he might have just

13    met.  Your Honor, it did not matter if he met you the first

14    time, the second time, the third time, or has known you as

15    someone he had trusted as his so-called friend.  He is a

16    sexual predator with no boundaries.

17         My entire family has been affected as they have

18    met him personally on more than one occasion.  My closest

19    friends have also been affected.  The calls and tears I have

20    shed to my loved ones has been heavy as it has been so much

21    for all to experience my pain and suffering for the last

22    four years.  This has deeply impacted my relationship with

23    my significant other.

24         Since November of 2020 I have dealt with

25    depression, stress, and paranoia, especially of the

1    unknowns.  I have been in therapy.  I attended a week-long

2    trauma retreat suggested by my therapist to help with the

3    healing.  I continue with mental health and body therapy,

4    and I finally agreed to take prescription drugs for anxiety

5    and sleep as needed.

6          Taking medication is not my norm, but I had to go

7    down this path as I was desperate to control my emotional

8    state.  My paranoia escalated starting from keeping the

9    shades down in my home for months to installing security

10   systems with cameras to make me feel safe.

11         The unknowns of what he did to me outside of those

12   photos when I was unconscious makes my mind spiral and

13   imagine the worst of acts he could have performed on my body

14   without my permission.  Throughout the investigation, I

15   would receive emails and updates from the prosecution team.

16   On each occasion I lapsed back to anxiety and depression.

17         Your Honor, as you know, there were many

18   directions on this case.  My view was that Brian tried every

19   angle to create his case and make the process complete chaos

20   to intimidate his victims.  Being a victim in the many

21   directions did not lead to a stable life for the past four

22   years.  I appeared calm on the outside, but in pain on the

23   inside.

24         I would feel suffering in my body constantly.

25   Every time I would receive an email or call from the

1    prosecution team, my body had a reaction beyond my control.

2    I would have nightmares, lack of sleep, sharp pains in my

3    body, consistent diarrhea; and the worst were the heart

4    palpitations causing me panic attacks in the middle of many

5    nights and during the daytime.

6         At the times of these attacks, I thought I was not

7    going to breathe again.  This came in waves, and I did not

8    know when the storm was going to strike.  I would feel

9    irritable, have troubles focusing, and feel disoriented.

10   There were many days I did not want to wake up and get out

11   of bed.  I fought every day to hold it together, and many

12   days of not being able to regulate my mind and body.

13        I thank everyone on the prosecution team involved

14   in prosecuting this case.  The many days answering questions

15   and the days leading up to trial were difficult.  Answering

16   hundreds of questions to prepare for my days on the witness

17   stand for trial were not easy tasks.  I was prepared to,

18   despite the additional pain, suffering, and added stress.  I

19   want closure.

20        Your Honor, Brian is a danger to society.  You can

21   see it has been a span of many years, and if it wasn't for

22   technology, he could be victimizing others his whole life

23   without anyone knowing.  He is sick and needs to be

24   incarcerated for the maximum term.  There are 28 victims

25   with evidence we know, but I am sure there are many more.

1          There has not been a single day where I do not

2      think about what has happened to me and the other victims.

3      There is going to be ongoing healing and recovery for the

4      rest of my life.

5          To all the victims that are here, I don't know

6      anyone, but I feel the pain you have felt and I stand by

7      you.  You are not alone.  Brian has shattered and affected

8      so many lives.  He has taken away our time of grievance that

9      we can never get back.  I pray for strength and healing.  I

10     am grateful we are all survivors of this horrific situation.

11     I am most grateful that we are all still alive.

12          MS. BUCKNER:  Your Honor, approaching the Court is

13     Adult Victim 18.

14          ADULT VICTIM 18:  Good afternoon, Your Honor.

15     Thank you for having us all here today to listen to our

16     stories.

17          I have been rewriting this in my head for months,

18     not knowing what I wanted to say or even stand up here

19     today.  I wanted to not sound so emotional so that I wasn't

20     standing here weak and broken.

21          I met Mr. Raymond in 2015 when I was still living

22     in D.C.  So when I first received the call, I was

23     overwhelmed with shock and disbelief, struggling to make

24     sense of what I was hearing.  I had a few calls with the FBI

25     agents before meeting them in person to confirm that the

1    woman passed out in the pictures was me, and it was in my

2    own bedroom.

3          The timestamp on the pictures indicated it was the

4    Halloween weekend that my cousin and her friend were in town

5    visiting in October of 2015.  As I recall how terrible I

6    felt the night before, until this day most of that night

7    remains a blur.  I recall him bringing a clear liquor.  I

8    had a whiskey while I was getting ready and the drink that

9    he brought.  My cousin and her friend didn't drink it.

10          And I remember taking a cab to the bar in Downtown

11   D.C. off of 16th Street.  None of us drank while we were

12   out, nor did he want to buy drinks.

13          I barely recall the ride back, then the remainder

14   is blank.  A black hole.

15          The next morning I woke up with the worst hangover

16   of my life.  I was the only one who woke up like a train ran

17   over me a thousand times.  And I know my limit.  I have a

18   two-drink limit.

19          My cousin noted that I went from being sober to

20   suddenly intoxicated before we even arrived at the bar.  I

21   was unable to function for the remainder of the weekend and

22   even into Monday.  But he knew that since he texted me to

23   ask how I was feeling the next day.

24          When I finally met with the FBI agents and saw the

25   pictures, I was speechless.  I felt ashamed, filthy, and

1    disgusted.  Along with these emotions came a surge of

2    distress, anxiety attacks, sadness, followed by anger.  A

3    lot of anger.

4            After that meeting my mind raced, replaying past

5    events, trying to remember if I could piece it together.

6    I'd revisit other nights beside that one, the ones I could

7    actually remember, such as the odd times and days he could

8    meet, which I never questioned because he said it was shift

9    hours due to the nature of his work.

10           It was strange that he continuously researched

11   different vodkas to see if I could drink them despite my

12   repeated reminders that I avoid that due to an allergy.

13           I recalled constantly at night the WhatsApp

14   messages from women in other countries; my friends seeing

15   him on dating apps in D.C. and Virginia when he claimed to

16   be out of the country; solo trips where he supposedly stayed

17   with former female colleagues; the sudden change in his

18   phone number, and the abrupt end to his assignment in Mexico

19   City.

20           After that meeting with the FBI, I spent the first

21   year having panic attacks, finding myself obsessed,

22   searching for any and all articles of what had happened to

23   myself and to the other women.

24           My significant other has been a wonderful support

25   system even after the days and nights of crying in a corner,

1    hiding in my room, feeling so ashamed for what he did to me

2    and questioning why.

3            Sorry.

4            THE COURT:  Take your time.

5            ADULT VICTIM 18:  Months before the FBI reached

6    out to me, Brian and I exchanged texts about our birthdays,

7    because our birthdays are two days apart in May, and he said

8    he would call.  At that point it had been a few years since

9    we had last saw or even spoken other than an occasional "How

10   are you doing?"

11           We never did connect.  Rather, he sent an email

12   about meeting, getting a new phone number, and uncertainty

13   about his next assignment.

14           Then I spoke to the FBI.  None of it made sense

15   then, but it does now.  Mr. Raymond now only comes to mind

16   when there's an update on his case or questions from friends

17   about recent news.

18           It feels like pieces of a puzzle falling into

19   place.  I now understand how he used his charm to deceive

20   us, masked his true nature behind a facade of manipulation

21   and lies.  It makes more sense now when a few of my friends

22   always mentioned his eyes seemed so blank and distant when

23   they would meet him, showing little emotion except for a

24   rare time when he expressed anger over an ex fiancee not

25   returning an engagement ring, which is a story that may have

1    been a lie.

2           What I find so bothersome and what makes me so

3    angry is I honestly thought we were friends and he cared

4    about me.  To even say that out loud now sickens me.

5           Did he get a sadistic kick knowing that I had no

6    clue what he did to me?  He betrayed my trust with his

7    malicious, deceitful, and calculated actions.  I doubt he

8    feels any remorse and enjoys the satisfaction of getting

9    away with all of this all these years.

10           Mr. Raymond is a predator, an unsuccessful

11   monster, a coward, and a twisted individual who used

12   egregious means to indulge in a sick habit through the

13   course of several years, and he almost got away with it.

14           Though it may sound terrible, I am grateful for

15   the one who woke up and sought help, and for all the other

16   women who came forward; otherwise, the rest of our stories

17   might never have been uncovered, and we wouldn't be here

18   today in front of you.

19           Your Honor, Mr. Raymond should be held accountable

20   for every one of his vile actions and should have pled

21   guilty to each and every count.  He deserves to be

22   incarcerated for the maximum count.

23           And I know none of this is my fault, nor any of

24   the ladies who appear here in court today.  He knew exactly

25   what he was doing.  To claim otherwise would be a blatant

1    lie.  It requires significant effort to create multiple

2    online profiles, communicate with several women, make plans

3    to meet them, drug them, take pictures and videos, and

4    maintain a facade of being a normal human being, and to do

5    it across multiple states and countries.  That's just beyond

6    normal behavior.

7            No one deserved what he put us through.  Each of

8    us have our own story, and how we have coped with this is

9    different; probably some better than others.  I am relieved

10   that this chapter of my life is finally coming to a close,

11   and I hope the other women here today who brought -- who

12   Mr. Raymond has victimized also find justice, peace, and

13   closure.

14           Thank you.

15           THE COURT:  Thank you.

16           MS. BUCKNER:  Your Honor, approaching the Court is

17   Adult Victim 25.

18           ADULT VICTIM 25:  Your Honor, I didn't submit an

19   impact statement, and I hadn't planned to speak today

20   because I thought that my story wasn't as bad as some of the

21   others, and I didn't want to dilute the other stories.

22           The reality is I don't know exactly what happened

23   the night that he took the pictures of me.  I'm fairly

24   certain I had consensual sex with him.  I consented to

25   having drinks with him.  It happened to be Christmas Eve,

1    and it was the first time I was away from my family for the

2    holiday.

3            We had multiple drinks, but that doesn't explain

4    the fact that I passed out, woke up, and he wasn't there.  I

5    was relieved when he sent me a text message and seemed to

6    want to see me again.  We did see each other multiple times

7    after that.

8            I was embarrassed because I thought I just drank

9    too much and that I passed out.  And it wasn't until years

10   later that the FBI showed me photos of myself not just

11   passed out, completely naked and looking dead, frankly.  It

12   was clear he had manipulated my body so that he could take

13   pictures of me both face-up on the bed and face-down; and

14   that was perhaps one of the most disturbing aspects of it.

15           But hearing about some of the other victims'

16   stories I just felt that mine wasn't as bad, and that I live

17   with a different sort of guilt and shame.  From the time

18   that I found out, I've felt guilt and shame that he didn't

19   have to rape me; that I was willing to have sex with him;

20   that I was willing to have drinks with him.  He didn't force

21   me to drink.  I think he did drug me, but I felt like it was

22   essentially my fault and more.  So what I live with is more

23   of a survivor's guilt that I often questioned:  Why wasn't

24   mine worse?

25           I don't know exactly what happened that night, but

1    I kind of prefer it that way.  The survivor's guilt is:  Why

2    did he do things that were so much worse to some of the

3    other women?  And is the only reason that it wasn't worse

4    for me because I was willing to have sex with him?  Because

5    I was willing to have drinks that night?  And that's a guilt

6    that I deal with.

7         Listening to their stories today and how brave

8    they all are, realizing I don't actually know what happened

9    that night, and I don't want to know, I simply want to ask

10   for justice for the other women.  It's heartbreaking to hear

11   their stories, and I -- my heart goes out to them.

12        I feel very fortunate that I had a good support

13   system and that I've been able to continue on with my life.

14        Although certainly, like a lot of the other women,

15   I found him to be very handsome and attractive and

16   intelligent.  Like a lot of the other women, I felt I had

17   really exceptional judgment in people.  I have a PhD.  I

18   work for the Department of Defense.  I've got top secret

19   security clearances.  I should be able to spot these things.

20   And hearing some of these things over and over again from

21   the other women brings back that sense of insecurity that

22   I've been feeling since the day that I saw those photos.

23        So, again, I just want justice for them.  I want

24   them to have the peace that they deserve.  And I thank you

25   for listening to me.

1          THE COURT:  All right.  Thank you.

2          MS. BUCKNER:  Your Honor, approaching the Court is

3   Adult Victim 26.

4          ADULT VICTIM 26:  Good afternoon.  Sorry, this is

5   a little bit difficult.

6          I am a chemical engineer by training.  I graduated

7   with honors from the Autonomous Metropolitan University, and

8   I have spent much of my career in the area of -- in the

9   commercial sector.  I like to run in my free time, and I

10  live in Mexico City.  I don't have many friends because I've

11  spent much of my time studying, and I don't tend to go to

12  parties nor get-togethers.

13         After this brief introduction, I'd like to tell

14  you how what happened with Mr. Raymond has affected my life.

15  I'd like to first start talking about my work life.

16         When I discovered this whole situation, I had only

17  been working for about one month at the -- a company called

18  Dentalia.  When they first hired me, they hired me for a

19  six-month test period; and depending on my performance

20  during that period, they would give me an open-ended

21  contract.

22         So in the first month, I was provided with

23  training, and then immediately following that was when I

24  found out about everything related to this case.

25         Discovering what had happened affected me

1    tremendously, both psychologically and emotionally.  For two

2    months I was unable to sleep due to the fact that I would

3    stay up overnight just going over in my mind over and over

4    again what had happened when I was with Brian.  For me, it's

5    true torture to have these blank spaces in my memory and to

6    not know what happened during that time.

7         Because I was unable to fill it with any memory,

8    and the fact that I was unable to sleep, I spent, you know,

9    the entire day, you know, just going over in my mind what

10   had happened, and it really caused me to -- my entire

11   demeanor changed.  Sometimes I would feel very sad; others I

12   would feel angry; and the majority of the time I felt an

13   inexplicable fear.

14        And this all had consequences for my work

15   performance.  And for these two months I was not able to

16   achieve the, you know, successful results that I was used to

17   achieving.  So I tried to be resilient in order to push

18   forward in my work.  And I believe I was able to do so.

19        Nevertheless, it wasn't enough.  At the end of the

20   six-month probationary period they decided not to renew my

21   contract, and they let me go due to the fact that half the

22   time that I was being tested I was unable to reach --

23   produce the expected results.  I knew very well that this

24   had nothing to do with my abilities, but rather my -- the

25   state -- my mental state due to this situation.  I was just

1    unable to concentrate, and I just always felt bad.

2         I have never been let go from a job since I've

3    always been a very dedicated and responsible and even

4    obsessive worker; and I feel very sad for having lost

5    employment due to this situation.

6         With regard to my -- the few friendships that I

7    did have, I can say now that they no longer exist.  I needed

8    to tell somebody about this, and I tried to do it with my

9    friends, but, unfortunately, I wasn't met with any empathy

10   from any of them.  Everything that they told me in response

11   just made me feel worse, and so I decided to distance myself

12   from them due to the lack of compassion.  And because of

13   this I feel absolutely alone.

14        My family life has also been impacted.  I have not

15   told anybody in my family about this issue, and I don't want

16   them to find out because I fear what they might tell me.  I

17   imagine that they're just going to judge me for having been

18   so silly and for having exposed myself to this.  So I have

19   chosen not to say anything to my family, and I keep myself

20   at a distance.  I spend most of my time holed up in my

21   bedroom without speaking to anyone.

22        What is true is that I'm feeling -- I feel

23   depressed, and that my -- I have a very, you know, uneven

24   demeanor, and sometimes they notice that I'm really

25   irritable, and we almost don't co-exist.  I feel really

1    uncomfortable around them because they ask me, "What's wrong

2    with you?"  And, you know, "Why are you sad?"  And, you

3    know, "Why are you acting the way you are?"

4          And I don't know what to say to them.  And the

5    best thing I can think of doing is to have them see me as

6    little as possible so that they don't notice that

7    something's going on with me.

8          And lastly, with respect to my personal life,

9    I have been profoundly affected by this issue.  My dream

10   was -- as a child was always to get married and have

11   children.  Because I was always so focused on my studies, I

12   didn't take it upon myself to find a partner.  And just as I

13   mentioned previously, I am not someone who goes to parties

14   or that has many friends.  I've always been really dedicated

15   to studying and to my work, and I really don't have any way

16   of getting to know people without going on dates.  The only

17   way in which I could meet people was through Tinder, and, of

18   course, after this I absolutely am terrified of it, and I do

19   not -- I will not return to that platform nor any other

20   application ever again.

21         I believe that my childhood dreams have been

22   completely shattered because I don't want to meet anyone,

23   and I am terrified of going on a date with someone.

24         I was always a very independent person who was

25   very sure of herself, but now I feel rather very vulnerable

1    and unsure all the time.  I feel as though I'm a very weak

2    person, and I hate feeling like that.  I feel an

3    inexplicable fear at all times.  And furthermore, when I

4    think of my love life, I feel even more -- I feel so sad

5    because I believe that I may end up alone forever because I

6    mistrust every person that I meet.

7         I've always considered myself to be a very

8    intelligent, strong, and independent woman, and I feel like

9    all of that has disappeared.  And now I feel like the

10   biggest idiot for having allowed this to happen to me.  And

11   I feel extremely vulnerable as if anybody could hurt me, and

12   I am -- I'm afraid that I'm not able to reason.

13        But more than anything, I'm sad that I believe

14   I've lost the chance to trust again and to, therefore, fall

15   in love with someone and to form a family.

16        I am sure that Brian drugged me, and I don't know,

17   nor will I ever know, what he did to me while I was

18   unconscious.  I believe that he should pay for his actions

19   in keeping with the law; however, I would ask that -- I

20   would ask for the maximum penalty for Brian, given the fact

21   that the psychological and emotional pain that this has

22   caused me has really impacted so many aspects of my life,

23   and I don't see any way of correcting it now that I feel

24   that I've lost myself.  I feel that I'm somebody that is so

25   completely different compared with who I was and someone

 1    who, you know, took me so long to build.  Sometimes I think

 2    that I wish I'd never discovered all of this because I don't

 3    like the person that I've become.

 4              And I thank you for your time and allowing me to

 5    read this letter.  And I would ask you to please consider

 6    that there have been irreparable damages given all of the

 7    things that are -- that stem from them.

 8              Thank you.

 9              MS. BUCKNER:  Your Honor, approaching the Court is

10    Adult Victim 3.

11              ADULT VICTIM 3:  Good afternoon.

12              I would like to begin by saying that I am the wife

13    of an ex war marine.  I separated due to mistreatment, both

14    physically and emotional, and I want to give -- and I wanted

15    to give myself the opportunity of meeting someone else in my

16    life.  And I met Mr. Raymond.

17              I wouldn't know how to begin to explain what I was

18    feeling.  This procedure has been so long, and every year

19    brings about different emotions because you think that

20    you've overcome them.

21              (Pause)

22              This process has been so long that every year the

23    emotions have been different because you think that you've

24    overcome it.  My mother had just come out of a coma, and I

25    was brought that news, so everything just fell apart for me.

1          I was a very social and trusting person, but

2     unfortunately I fell into the claws of the wolf, to put it

3     that way.  I regret so much that that incident happened, to

4     later on see myself so fragile and to feel so much --

5               THE COURT:  Something's not working.

6               ADULT VICTIM 3:  -- to later see myself so fragile

7     and to feel so much pity for myself.  It was not fair.  That

8     fact generated a trauma that affected my ability to

9     recognize and understand my own emotions, feeling invaded by

10    shame and guilt.

11         I'm still fighting to reach emotional stability

12    because of experiencing many emotions such as fear, anger,

13    anxiety, sadness, and having difficulty managing them, which

14    leads me to exhibit some auto -- some self-destructive

15    behaviors, some impulsive reactions, and also emotional

16    withdrawal.  These caused low self-esteem in myself and low

17    self-concept, and I got to feel damaged, which affected my

18    trusting myself.

19         I experienced a decrease in my ability to

20    emotionally connect with other people, which led me to

21    isolation and having difficulty trusting others.  It caused

22    serious damage to my ability to form and maintain healthy

23    relationships because trust in everyone else was affected by

24    it.  It caused me to be afraid of intimacy, difficulties in

25    my sexual relationships, and inability to set healthy

1  limits.

2          I have difficulty making decisions, especially in

3  situations that involve my personal safety.  Difficulty

4  managing stress due to the emotional charge generated by

5  this trauma.  I feel totally vulnerable to anxiety with a

6  certain amount of depression caused by PTSD, post-traumatic

7  stress disorder, fear of the trial, fear to be rejected, and

8  I have created sort of like a mask to protect myself

9  emotionally, which affects my authenticity and my emotional

10  honesty not only with myself, but also with others.

11          Because of all that was created, I started taking

12  certain prescribed medications such as antidepressants and

13  also thyroid hormone medication.

14          I thank all the concerned by the department of the

15  FBI.  I am totally grateful and -- to be ending this process

16  that has taken so many years.  I can say it was achieved.

17          Thank you.

18          THE COURT:  Thank you.

19          MS. BUCKNER:  Your Honor, that concludes all of

20  the victims that want to provide a statement to the Court.

21          THE COURT:  All right.  Then we can now move to

22  allocution by the government and the defendant, defense

23  counsel, and then if the defendant wishes to address the

24  Court.

25          MS. BUCKNER:  Your Honor, when AV-9, who couldn't

1    be here today, got a call from law enforcement officers who

2    told her that they were representing a foreign government

3    and asked her to meet at a U.S. Embassy in Mexico, she

4    didn't believe it.  She thought it was a trick.

5          And when those agents finally convinced her to

6    meet in person, she walked into a conference room full of

7    people she never met.  They were strangers to her.  She

8    didn't recognize them.  But they recognized her, and that's

9    because they had already seen 20 photos and 15 videos of her

10   fully nude and exposed body.  She had never seen their

11   faces, but they had seen her breasts and her genitals.

12         When the victims in this case received a phone

13   call asking them to meet with U.S. law enforcement, they

14   didn't know why.  And many of them weren't even sure it was

15   a real call, and so while some of them agreed to meet at the

16   U.S. Embassy, others suggested coffee shops or their homes.

17   And that's because they had no idea.  They could not have

18   anticipated the gravity of the meeting that was about to

19   take place.

20         And so it was at embassies and at coffee shops and

21   in kitchens and in their living rooms that these women

22   experienced one of the worst days of their lives:  the day

23   an agent opened up a laptop and showed them photographs of

24   videos of themselves.  For some of these women, Your Honor,

25   their first experience with the United States government was

1     sitting with strangers who asked them whether they had given

2     Brian Raymond permission to take photographs of them.

3          The victims in this case were in disbelief.  Some

4     asked who had seen the photos.  Others asked whether the

5     photos were on the Internet.  None could believe this.

6          And it's not because something wasn't wrong.  It's

7     not because they knew their limit, as AV-18 said.  It's not

8     because they didn't feel weird or sick the next day.  It's

9     not because they inexplicably blacked out after a couple of

10    drinks.  None of them could believe that this great guy,

11    this perfect gentleman, as AV-9 called him, the man that

12    they trusted, a government employee, had violated them in

13    such a personal way and in such a permanent way.

14          Unfortunately, this was just the beginning of what

15    would prove to be an incredibly trying experience.

16          The victims in this case faced skepticism and at

17    times rejection from their friends and family.  They faced

18    criticism from members of the public who commented on media

19    stories.  They felt embarrassment and shame as they

20    described their dates with the defendant.  They felt

21    humiliation and devastation upon learning that others had

22    viewed their bodies, viewed photos that were taken without

23    their permission.

24          For some of these victims, everything I just

25    described above, everything you just heard, Your Honor,

1    happened over the course of approximately six months.  Just

2    six months from June 2020 to December 2020 when they were

3    first identified and interviewed.  And as this Court knows,

4    this case went on for years, and they experienced this for

5    years.

6              The years that followed brought unfathomable

7    hardship for the victims in this case.  These women endured

8    things they should have never been asked to endure.  Again

9    and again they took time out of their busy work weeks, time

10   away from their families, time away from their lives to seek

11   justice in this case.

12             Leading up to trial, one victim traveled from

13   South America to Mexico to meet with the government on

14   multiple occasions.  She sat in a cold hotel conference room

15   while the government prepped her for trial.  Traumatized and

16   nervous, she took breaks to vomit in between talking to

17   attorneys about her assault, and she came back from every

18   break every time.

19             One victim met us in a city on the weekends in

20   Mexico, a city to which she moved in part to avoid the

21   stigma of her assault.  She spent her weekends in a

22   conference room being questioned about her text messages and

23   why she agreed to go to the defendant's apartment.

24             Victims met us on lunch breaks during the week.

25   They met us outside of their residence so as not to disturb

1    their family or children.  They met us in their living

2    rooms.  They met us in their kitchens.  Their partners and

3    their companions took walks or found something else to do or

4    waited in the other room while these victims recounted again

5    and again the day they met the defendant and the

6    circumstances surrounding their subsequent assaults.

7          The victims in this case sacrificed countless

8    hours of their lives talking about Brian Raymond, countless

9    hours sitting with agents and attorneys reliving their

10    trauma, sobbing from the sadness, the betrayal, and at times

11    the sheer exhaustion.

12          And by the way, Your Honor, their lives kept

13    going, and they still had to function as best as they could.

14    For some, children were born.  For others, devastating

15    illnesses affected their everyday lives.  And through all

16    that, as they dealt with their own lives, they occasionally

17    opened up their email boxes to find yet another update about

18    this case, sending them spiraling all over again.

19          Your Honor has heard from the victims that they

20    lost work opportunities.  You've heard the devastating

21    impact the defendant's actions have had on their mental

22    health, their ability to trust others, and their personal

23    relationships.  You've heard that AV-1, AV-7, and AV-17 have

24    panic attacks.  You've heard from AV-17 and AV-1 that

25    sometimes they wondered if it would be better if they just

1    didn't wake up.

2            Your Honor heard about the self-blame and the

3    guilt from AV-4 and AV-26 and AV-25.  Your Honor heard that

4    AV-18 and AV-16 said they felt filthy.

5            The defendant's actions have longstanding

6    consequences, and it is for that reason that the victims in

7    this case have remained so dedicated.  Even to sit here

8    today has come at great expense.

9            To get to this hearing, these women took off work.

10    They rearranged schedules.  They figured out what to tell

11    employers and friends.  To get here, some of these women

12    waited hours as the government attempted to secure visas for

13    travel through embassies in their home countries.  Some

14    endured lengthy interviews as to their intentions in

15    traveling to the United States.

16            One victim was pulled off a plane on her way here

17    as authorities diligently worked to clear travel hurdles.

18    She flew overnight to make it to court today.  She drove

19    from the airport and walked into this courtroom to provide a

20    statement.  Other women had to call case agents while

21    presenting themselves for inspection at airports lest they

22    have to declare the exact circumstances that resulted in

23    their travel.

24            This is the impact of Brian Raymond's actions.

25    This is what he has done.  This is what he has caused.  As

1    AV-1 said, it is incredible the effect that just one man can
2    have on so many lives.

3         Make no mistake, Your Honor, there is no
4    circumstance, there's no certificate, there's no overseas
5    assignment that accounts for or mitigates the defendant's
6    actions.  The defendant was not the victim of his
7    circumstances and experiences.  He created the circumstances
8    that brought him before the Court today, and he used his
9    experience to repeatedly victimize women.

10        He used stories of his travels to impress women.
11   He used his career to garner admiration.  He used his
12   medical condition to evoke sympathy and restart the
13   conversation referenced in Government's Exhibits I and J.
14   He used his government affiliation to create a false sense
15   of trust.

16        The government need look no further than the
17   impact statements provided by AV-2, AV-8, and AV-12 that
18   talk about the ways in which they trusted the defendant
19   because of his work and how hard it was to accept that such
20   an educated and successful man charged with protecting the
21   world would commit such an atrocity.  The defendant used his
22   government job and at times government-leased housing to
23   create a false sense of safety and security.  And, of
24   course, he used drugs to render women unconscious so that he
25   could violate their bodies.

1          There is no doubt about the seriousness of the

2     defendant's offenses.  He pled guilty to raping AV-1, to

3     sexually touching AV-7 without her permission, to coercing

4     and enticing AV-17 to travel across state lines for the

5     purpose of sexually assaulting her, and to producing obscene

6     materials depicting AV-8.  All of this after drugging the

7     victims to deprive them of their ability to consent, of

8     their ability to protect themselves.

9          Those four offenses alone demonstrate the heinous

10    nature of the defendant's conduct, yet the defendant

11    admitted to drugging 27 different women between the years of

12    2006 and 2020; and after rendering these women unconscious,

13    he engaged in sexual acts with four of those women and

14    sexual contact with six of those women, all without their

15    knowledge or consent.

16         He also admitted that of the 27 victims, he

17    produced obscene material depicting 25 of them.  In other

18    words, he documented his conduct.

19         Incredibly concerning was the defendant's blatant

20    disregard for the danger his actions posed to the victim's

21    well-being.  Several women reported becoming violently ill

22    as a result of the defendant's actions, with many vomiting

23    before they lost consciousness.  Far from concerned,

24    however, in the case of AV-24, as she lie in her own vomit,

25    the defendant continued to pose and photograph her.  And

1    that was just 2013.

2         The Court has viewed Exhibit H depicting AV-5

3    unconscious and seemingly struggling to breathe.  That was

4    2019.

5         By 2020, the defendant drugged AV-9 and engaged in

6    sexual acts with AV-9 just two days before he drugged AV-8.

7    Mere hours after sexually assaulting AV-7, after AV-7 was

8    vomiting in his government-leased apartment, the defendant

9    brought AV-1 home and drugged and sexually assaulted her.

10    AV-12 put it best when she said one slip-up, one

11    miscalculation could have cost her her life.

12         This defendant is incredibly dangerous.

13         And, Your Honor, there's no doubt that the

14    defendant was in control.  The government acknowledges the

15    defendant's various diagnoses, and also he didn't stumble

16    into a bar and attack the first woman he saw.  When

17    convenient, he bonded with the victims.  He spoke with them

18    and found a way to connect with them.  And you heard that

19    from AV-15 today.

20         The defendant used dating applications to

21    carefully select women.  He had a specific type of woman in

22    mind, and he did what he needed to do to convince her to

23    drink.  You heard from AV-4 today that Mr. Raymond said he

24    didn't trust people who didn't drink.

25         The defendant used his friendly demeanor and

1    disarming conversation to maintain contact with women for

2    days, weeks, months, years, however long it took to lure

3    them.  He had back-up plans and contingencies.  He double-

4    booked dates.  He plotted.  He used everything at his

5    disposal, including his government position, to victimize

6    women.

7          And as to that plotting, as to that premeditation,

8    the Court need look no further than the defendant's own

9    messages to a close friend included at Government's Exhibit

10   B where he says in the case of a woman who drove to the

11   date, "It was not ideal because she would not drink."

12         And as to premeditation, as if the sheer number of

13   victims in this case is not enough, the women need look no

14   further than the defendant's searches for how drugs interact

15   with alcohol, along with his unmistakable sexual interest in

16   videos depicting the abuse of unconscious women.

17         The defendant points to circumstances that led

18   directly or indirectly to his repulsive conduct, but at the

19   time, rather than be ashamed of his actions or show any

20   remorse or empathy for the dozens of women he victimized,

21   the defendant kept and treasured photographs and videos of

22   vulnerable and abused women, and he transported those images

23   from country to country and from device to device, all while

24   playing the role of a law-abiding citizen and all while

25   gaslighting women, minimizing, and questioning their

1    experiences.

2            The defendant in this case is manipulative, and he

3    is predatory.

4            There is no doubt that Brian Raymond will offend

5    again.  Despite being interviewed several times by law

6    enforcement, the defendant created new dating application

7    accounts and kept going on dates, kept updating his list of

8    conquests, and didn't stop until he was arrested.  The

9    defendant's absolute disregard for the law no matter where

10   he was and no matter whether he was on the verge of getting

11   caught should greatly concern this Court that he will

12   reoffend.

13           And nothing about the defendant's accomplishments

14   while incarcerated gives this Court any assurances that he

15   has truly begun the long road to rehabilitation.  Yeah, when

16   everyone was looking, be it his supervisor at his former

17   place of employment or an instructor at a recent educational

18   class in D.C. Jail, he was and is on his best behavior.

19           And, sure, when he thought someone might be

20   looking, he has done his best to try to use those situations

21   to his advantage or, in the case of AV-1, simply made up

22   lies and deflected responsibility.

23           But when no one was looking, the defendant drugged

24   and sexually assaulted women.  When no one was looking,

25   neither lifelong friend nor stranger was safe.  When no one

1    was looking, the defendant marked names down on his list.

2           The defendant in this case is a serial offender.

3    His criminal conduct was brazen and longstanding.  And, Your

4    Honor, he may point to his 20-plus years of exemplary

5    service to this country, but the reality is that he

6    victimized more women than years he spent in the

7    government's employ.  He betrayed the trust bestowed upon

8    him by the government.  But more importantly, he betrayed

9    the trust of these women; the women who couldn't be here

10   today and the women sitting in the courtroom right now;

11   women who should have never had to worry that danger would

12   befall them in their own homes or in government-leased

13   housing.

14          Brian Raymond's conduct is unacceptable.  It's

15   disgraceful.  It's egregious.  And it's for those reasons

16   the government is asking for 30 years.

17          THE COURT:  I think what I'll do is let me take a

18   break at this point, and then proceed, so we're not breaking

19   up.  I'm sure the court reporter could use a break.

20          It's 20 after 2:00.  So 2:35, and we'll resume at

21   that point.

22          (Recess taken)

23          THE COURT:  All right.  Mr. Katzoff.

24          MR. KATZOFF:  Thank you, Your Honor.

25          Your Honor, if I may address the Court on behalf

1    of Mr. Raymond, first, I would like to acknowledge all the

2    women, the family, friends, everybody who has come to court,

3    who submitted statements, who has spoken here today.  We

4    recognize the courage that it takes for victims and family

5    members to address these things.  It's been very meaningful,

6    very impactful.

7         And as some of the women that spoke said, I really

8    hope as we go forward and finish the sentencing process,

9    that this does help to close a chapter and bring some sense

10   of closure for the women that have been involved.  I hope

11   that there's some small measure of healing.

12        And I do want to, on behalf of Mr. Raymond,

13   because I know he and I have spoken about it, apologize to

14   all the women, to the family, the friends, all the people

15   affected.  I know many may not believe it.  It's

16   understandable the degree of anger, emotion, disbelief.  But

17   in the ten months that I have been dealing with Mr. Raymond,

18   I have to say that he has been sincere in his desire to try

19   to help bring closure.  And while words really are sort of

20   meaningless coming from him and in this context, I do

21   sincerely hope that we're getting closer to some closure for

22   the women that have been involved and their families.

23        No one questions the degree of hurt, the trauma,

24   everything that we've heard here today.  And I want to say

25   that no one really disputes what the government said, that

 1    Mr. Raymond's actions were unacceptable, disgraceful.  I

 2    think in his words, shameful beyond words.  There's no

 3    disputing that.

 4         But as the Court knows, there's a number of

 5    factors the Court has to consider, and I'd like to address

 6    some of those other factors as well.  And I do want to make

 7    clear that I hope that nothing I say in advocating for

 8    Mr. Raymond or in representing him in this sentencing and

 9    addressing issues to the Court, nothing is intended to

10    minimize any of the pain, trauma, hurt that we've heard

11    about today.  None of it is intended to minimize

12    Mr. Raymond's responsibility.  And I hope everybody here

13    understands that.

14         I intend to try to address some points.  I've

15    addressed a number of issues in writing.  I'll try not to

16    repeat and belabor, but I do want to address some issues.

17         As the Court knows, in determining a fair and just

18    sentence and in determining a sentence that promotes respect

19    for the law, that takes into account the seriousness of the

20    offense, the Court also has to consider a number of other

21    factors, and that includes Mr. Raymond's history and

22    characteristics, which means that we do have to look at his

23    life and his life accomplishments to some extent.  And while

24    these actions certainly have been a blemish on him and his

25    service, it's indisputable that he has had a very

1    distinguished and accomplished career in 20 years of service

2    to the country.

3        His supervisors spoke glowingly of him, the

4    accolades, the awards.  And I just disagree with government

5    counsel that they have to be or should be swept under the

6    rug and ignored, particularly since the forensic evaluation

7    in the case seemed to suggest, at least indirectly, that

8    some of his work experiences and prolonged periods away and

9    abroad contributed to the sort of gradual dehumanization and

10   objectifying of women, some of the characteristics that were

11   noted and recognized by a number of people as Mr. Raymond

12   sort of journeyed down this dark path.

13       And in balancing all of that and looking at those

14   kind of factors, I would submit that there is an awful lot

15   that the Court needs to give him credit for in his life, and

16   so I would hope that the Court will not dismiss that as

17   quickly and easily as the government is prepared to do that.

18       As part of his history and characteristics, again,

19   I would look at his post-offense adjustment and some of the

20   positives that have come from that.  And, again, it's

21   understandable that the women here would be in disbelief or

22   not believe that he is genuinely trying to better himself,

23   to rehabilitate himself, to put this -- the series of

24   behaviors behind him successfully, but, again, my experience

25   is that he's very committed to that, and that the post-

1     offense adjustment and the things that he has done while

2     he's in prison tend to demonstrate that.

3          And it's not just taking classes.  He started

4     seeking mental health treatment.  As the Court knows, I

5     believe, as early as 2021, shortly after he was incarcerated

6     in the case, he has consistently participated in mental

7     health treatment.  He's consistently participated in the

8     cognitive therapy treatments, which are designed to

9     specifically address his issues.  He's worked very hard at

10    it.

11         The recommendation is for him to continue with

12    mental health treatment, to continue with sex offender

13    treatment.  And he absolutely wants to do that and wants to

14    be able to do that in prison.

15         So in looking at some of the factors that go into

16    that, as I discussed at some length in my sentencing

17    memoranda, the length of the sentence, notwithstanding the

18    seriousness of the conduct, may impact one of the important

19    factors the Court has to consider, and that is how to most

20    effectively provide treatment, correctional treatment,

21    rehabilitative treatment for Mr. Raymond so at the end of

22    the day he comes out a whole person, so at the end of the

23    day he is not a risk to reoffend.

24         Again, understandable that people affected by this

25    believe that he is destined to reoffend, but we're not

1    talking about him coming home a year from now or two years

2    from now or five years from now or ten years from now.

3    We're talking about years of a very lengthy sentence.

4        He's agreed that the seriousness of the offense

5    requires a significant sentence.  He's agreed that it

6    requires a significant prison sentence and not a slap on the

7    wrist.

8        So we're talking about what length of sentence in

9    terms of the options available to the Court.  And here we

10   have a range that's been agreed to between 24 years and 30

11   years, and what is sufficient but not greater than necessary

12   to effectuate the totality of the goals.  If the goal is for

13   Mr. Raymond to be whole and rehabilitated and corrected when

14   he comes home, then treatment, whatever is available in the

15   Bureau of Prisons, is important and significant.

16       If Mr. Raymond receives a 30-year sentence, under

17   BOP policy he will not be eligible for one of the lower

18   security facilities where it's most likely that he would be

19   able to benefit and have access to sex offender treatment.

20   A 30-year sentence is going to require him to be in a higher

21   security facility where it will be significantly more

22   dangerous, where he'll be subjected to significantly more

23   isolation and protective custody, and exposure to threats,

24   attacks, abuses.  And that will really be counterproductive

25   to the goal of finding the most effective way to provide

1    rehabilitative and correctional resources for Mr. Raymond.

2         I know AV-4 said he needs treatment, and a handful

3    of years is not going to be enough.  We're not asking for a

4    handful of years.  We're conceding a pretty significant

5    sentence.  And I submit to the Court that, particularly

6    because of how the BOP will handle this, him having access

7    to be in prison for 20-some-odd years, it's important that

8    he have access to treatment and that he not be subjected to

9    the more dangerous facilities.  That is just not going to be

10   appropriate, consider that factor for the Court.  And so I

11   would ask the Court to give some serious consideration to

12   the need for him to at least be eligible for facilities

13   where he will be able to get appropriate treatment.

14        There are a number of mitigating factors that I

15   addressed that Courts have taken into consideration.  Again,

16   we're not seeking a downward variance.  All of the

17   mitigation that we've requested is really for a more

18   moderate upward variance from the guideline range that is

19   applicable in the case.  And, again, the agreed-upon range

20   is well above the JSIN numbers that the Courts have come to

21   also refer to in trying to fashion fair and just sentences

22   in this court, but his years of public service, the

23   conditions of confinement that he's already had with COVID

24   and as a sex offender, and the expectation of the years of

25   difficulties he will have in the Bureau of Prisons.

1           And, again, you know, it's understandable anybody

2    that has been affected by his conduct may say he gets what

3    he deserves, but I remind the Court that it's an important

4    goal to, while he's serving a lengthy sentence, try to make

5    it so he is able to get the kind of treatment that the BOP

6    is able to offer.

7           So in this case, in balancing all of those

8    factors, Your Honor, I submit that of the options available,

9    24 years is a very significant, serious sentence that does

10   take into account the seriousness of the offense and does

11   still promote respect for the law.  It's not the maximum

12   that many women have asked for, but the bottom line is, I

13   would submit, that balancing all the factors, 24 years

14   better serves the goals of getting Mr. Raymond out,

15   rehabilitated, and not being a risk to reoffend.

16          And I would remind the Court, obviously, that he's

17   agreed to a lifetime of supervised release, so he's going to

18   be watched very closely.  And so it's not as if he's just

19   going to be -- unlock the door and unleash him to go out and

20   seek and abuse women.  He'll have very significant

21   restrictions, use of computers, all the normal kinds of

22   things.

23          And quite frankly, from my dealings with him for

24   the past ten months, I'd tell the Court that he is sincerely

25   remorseful.  It was important for him to accept

1    responsibility.  It was important for him to avoid the

2    trial.  It was important for him not to have the women have

3    to publicly testify.  He pushed for that for quite a while,

4    although it may not seem like that, and ultimately that was

5    his decision, and it was very important to him.

6         So his post-offense adjustment, remorse, in my

7    view is sincere.  His efforts at rehabilitation are sincere,

8    and I would ask the Court to give him the 24-year sentence

9    within the agreed-upon range.

10         THE COURT:  All right.

11         Does Mr. Raymond wish to say something, or not?

12         MR. KATZOFF:  The Court's indulgence.

13         Mr. Raymond reminded me, and I think I alerted the

14    Court, that one of the things that was also important to him

15    was to pay the agreed-upon restitution.  I have heard from a

16    number of women that that may not be enough, and perhaps,

17    you know, more will be sought from Mr. Raymond, but at a

18    minimum he agreed to restitution in the plea agreement.

19         It was very important for him to honor that

20    commitment, and he has arranged to have the money -- had

21    arranged to have the money provided to me, and I was able to

22    pay that to the Court today.  So hopefully there will be

23    mechanisms in place by the government to be able to get that

24    to the victims as quickly as possible for whatever that

25    might do to help alleviate some of the pain, trauma,

1    financial burden for therapy and treatment, et cetera, et

2    cetera.

3              THE COURT:  All right.  I mean, in terms of --

4              MR. KATZOFF:  I do have a receipt that I obtained,

5    if anybody --

6              THE COURT:  So what did he pay as restitution?

7              MR. KATZOFF:  Say that again?

8              THE COURT:  What amount did he pay?

9              MR. KATZOFF:  He paid $260,000, which was the

10    amount that was in the plea agreement.

11              THE COURT:  Okay.

12              MR. KATZOFF:  And he also paid the special

13    assessment, the $400 special assessment to make sure that

14    was paid as well.

15              THE COURT:  All right.  I guess the next thing

16    would be the special fine, which was the $5,000, I think,

17    for three people.

18              MR. KATZOFF:  Yes.  No, I asked the Court to find

19    that his resources have been significantly depleted, and

20    that the Court should find him indigent at least for the --

21    by the standards the Court uses to appoint counsel, even

22    though he does have some money in his accounts still.  And

23    that may also serve the purpose of preserving the little

24    resources he has left in the event other people seek money

25    from him for their damages.  I think it would be better

1    available to go to victims than to go to some court

2    assessment.  So I did ask the Court to waive that, and that

3    was the basis of it.

4            THE COURT:  What's the government's position on

5    the last part?

6            I mean, I assume that he could work and make some

7    money.  I mean, $10,000 per victim is, you know, a much

8    larger amount, which he's already paid.

9            MR. KATZOFF:  For him to work to earn $15,000 in

10   the Bureau of Prisons, I think, at whatever pennies they

11   might pay per hour, it would be quite difficult.

12           THE COURT:  We should deal with this issue.

13           MS. BUCKNER:  Your Honor, I think ultimately the

14   finding is up to the Court, but to the extent that the

15   argument is that he wants to maintain those funds in the

16   event of future legal troubles, I think the government is

17   here today to represent the victims here today and what has

18   happened to them.  And based on his convictions, based on

19   what he's admitted to, the special assessment is

20   appropriate.

21           THE COURT:  Okay.  Let me give some -- I'll

22   revisit that myself.

23           All right.  What I wanted to know is whether

24   Mr. Raymond is making a statement or not making a statement.

25           MR. KATZOFF:  He is.

1          THE COURT:  I would leave him -- if he's going to,

2     I'd leave him seated where you are.  You can talk into the

3     microphone instead of at the podium.  It's easier, I think,

4     for the interpreter, frankly, to do it from where you are.

5          And you can take your mask down, otherwise we

6     won't be able to hear you.  Just move it over.

7          THE DEFENDANT:  Everyone I've heard today has been

8     deeply moving and has a personal impact on me in terms of

9     disgust and humiliation for my behavior.

10          There are no words to describe how sorry I am or

11     that can even begin to illustrate my profound sense of shame

12     and regret.  My actions were reprehensible, and I take full

13     responsibility for my unconscionable behavior.  It betrayed

14     everything I stand for, and I know no apology will ever be

15     enough, nor can I ever make amends for the emotional

16     suffering I caused.

17          I realize my words may mean little to those of you

18     here today, but please know that I am sincerely and

19     genuinely remorseful.  I offer my most heartfelt apologies

20     and would do anything to change the past.  I can only hope

21     that my words mean something and will bring some semblance

22     of relief or some closure to you today.

23          I know that I can never offer anyone an answer or

24     explanation, yet I have questioned myself repeatedly over

25     and over again:  How could this have happened?  How could I

1    become a person who was involved in such behavior?

2         These questions plague me every day, and I am

3    tormented by them.  How did I fall so far from my ideals and

4    values?  This is not who I am, yet it was who I became.  And

5    I am devastated by my actions.

6         Over the past four years I have spent countless

7    hours and days reflecting on my behavior and working on

8    rehabilitation and treatment.

9         THE COURT:  If you move the microphone back -- I

10   was trying to get his attention a little bit -- it won't

11   reverberate quite as much.

12        THE DEFENDANT:  I understand now that I've been on

13   a downward spiral for years and was stubbornly unwilling to

14   listen to those who had encouraged me to seek mental health

15   treatment, yet somehow I remained in denial regarding the

16   destructive path I took.  I became emotionally detached and

17   dehumanized those around me.

18        Obviously I was in denial and turned to substance

19   abuse rather than get the help I needed.  I only isolated

20   myself and continued on this horrible path of

21   depersonalization and the total and complete loss of my

22   value system.  What transpired is unfathomable, and I am

23   shocked and truly sorry.

24        If it means anything, I want you all to know that

25   I have dedicated myself to acknowledging the impact of the

1   harm I caused, to understanding what went wrong, to

2   addressing the origins of my behavior, and, most

3   importantly, to ensuring it never happens again.

4        The effect on this on me has been profound and

5   transformative.  I've spent so many hours reflecting on the

6   consequences of my actions, and I really am trying to better

7   understand through therapy, mental health programs, and

8   substance abuse treatment.  However, I know this is only the

9   beginning of a long road ahead of continuing my efforts to

10  work on myself and turning into the person I once was.

11       I know that this is too late for all of you

12  listening now, but for the first time in many years I've

13  regained my self-awareness and the empathy to feel genuine

14  remorse and disgust with my behavior.  The suffering I have

15  caused will always be with me and serves as a powerful

16  motivator for my own change, as well as a commitment to

17  ensuring I never act in such a manner ever again.  If there

18  is any conceivable way for me to lessen the emotional pain I

19  have caused, I would do it unconditionally and immediately.

20       While it is not my right or place to ask for

21  forgiveness, I truly hope you can begin the healing process

22  and try to move forward with your lives.  You deserve

23  justice and some measure of closure.  More than anything, I

24  want to accept responsibility, be accountable, and express

25  my deepest sympathy to you.  I will strive to demonstrate my

1   progress and renewed sense of self through my actions, not

2   words.

3           I know nothing I say will ever be enough, nor will

4   it erase what I have done.  However, please know that I

5   wholeheartedly apologize, and I am truly sorry.  And I am

6   grateful and I thank you for your willingness to listen to

7   me today.

8           THE COURT:  All right.  What I'm -- if there's

9   nothing else, what I'm going to do is take a break so I can

10  make some adjustments and consider some of the things that

11  were said.  And we should have enough time to do that and

12  then come back and actually do the sentencing, so the case

13  would be completed actually today.

14          It's ten after 3:00.  I'd ask you to come back at

15  3:30.  If, for some reason, it's taking me longer, I'll let

16  you know.  All right?

17          (Recess taken)

18          THE COURT:  All right.  In addition to the

19  advisory sentencing guidelines, the Court considers the

20  pleadings, argument, record in this case, in addition to the

21  following information in determining a fair, appropriate,

22  and reasonable sentence in conformance with the factors set

23  out in 18 USC 3553(a) and subsequent sections, except for

24  (e).

25          Mr. Raymond is 48 years old.

1          In terms of criminal history, he has no

2     convictions.  He has a speeding ticket, and that's it.

3          In terms of education, he's a college graduate

4     from Marquette University, three years there, and then he

5     spent a year abroad in Chile and Spain, partly on a tennis

6     scholarship.  He double-majored in international affairs and

7     history.  He has a master's degree from George Washington

8     University, internal policy focused on East Asia.  He went

9     to Georgetown, the international business certificate

10    program from the school of business.

11         While he's been detained, he's earned 24

12    certificates.  He's completed the Green program through the

13    University of Maryland, which is a four-month program;

14    experience in criminal justice system; four months of street

15    law program; independent study; substance abuse; anger

16    management; conflict resolution; and managing emotions.

17         In terms of job history, in 1997 he was a student

18    intern.  Until 2020, he worked for a government agency,

19    completed assignments in 25 countries.  When the

20    investigation started, he was assigned at that point to the

21    U.S. Embassy in Mexico.

22         During his 23-year work history for this

23    government agency, he worked in dangerous situations and was

24    confronted with dangerous countries and situations.  His

25    supervisors' evaluations are all positive and in the highest

1    level.

2              While in college, he had a congressional and a

3    White House internship.

4              Obviously I read the rest of the career, which I

5    won't put on the record at this point.

6              In terms of finances, he does have available some

7    funding from a bank account, stocks, retirement account.  He

8    has assets of $109,000, net worth of $103,000.  Evidently he

9    has paid -- is it $250,000 or 260?

10             MR. KATZOFF:  260, Your Honor.

11             THE COURT:  Six, zero?

12             MR. KATZOFF:  Six, zero.

13             THE COURT:  Okay.  He's paid the restitution of

14    $260,000 plus the $100 assessment, special assessment.  And

15    the government needs to provide the victims in the way of --

16    for the Court to send the money to the appropriate people.

17             MS. BUCKNER:  Yes, Your Honor.

18             THE COURT:  In terms of the special assessment,

19    which comes to $5,000 each for AV-1, 6, and 17, it would

20    appear that -- which comes to a total of $15,000 -- it

21    appears he has some assets after paying the restitution, so

22    I'm going to order that the special assessment be done on a

23    payment schedule, which can be revisited at a later point,

24    and I'll get into that when I do the other.  It would appear

25    that those who -- those victims could certainly use the

1    additional funding.  So whether he's able to do all of that

2    is a different issue.

3              Substance abuse.  He self-reports excessive

4    alcohol use, although the victims themselves didn't describe

5    Mr. Raymond as an excessive drinker, nor his family, but it

6    appears it should definitely be addressed.  I think he's

7    correct.

8              In terms of a physical condition, his most

9    serious, he's had heart-related issues, has undergone a

10   valve repair, mitral valve repair, and his valve condition

11   does need to be monitored.  He's on some medication.

12             He's had COVID, kidney stones, stitches from a

13   head injury.

14             And of course in his 23-year work history I would

15   note that there has been a personality change that a number

16   of friends perceived in him in terms of his being more

17   detached, which leads into the mental and emotional.

18             The independent forensic report prepared at the

19   request of the defendant diagnosed him with PTSD due to his

20   work assignments overseas.  He's on medication for anxiety

21   and depression.  He has been participating in weekly

22   individual mental health counseling in the jail since 2021.

23             He's requested from the Bureau of Prisons mental

24   health treatment, sex offender management program, and the

25   RDAP program.  Dr. Boyd did the report, the individual

1    forensic report.  The defendant was a witness to various

2    violent incidents as part of his employment.

3            In terms of his sexual history, his marriage was

4    monogamous.  He's had six or seven actual relationships; and

5    sexual partners, 150 to 160.

6            He has accessed pornography online.  He appears to

7    be sexually attracted to sleeping, unconscious, or

8    incapacitated women.  He has sought those sites online.

9            On a personal basis, he was born into an intact

10   union.  The father owns a construction company.  His mother

11   has been an administrative assistant for the business; also

12   worked for local school district as a community resource

13   coordinator.

14           He had a positive childhood, involved in sports.

15   He has a younger sibling, although his sister wrote he

16   indicated that he wasn't -- hadn't been that close to his

17   sister, but he is close to his parents who at the present

18   have serious health issues.  His father suffered a heart

19   attack in 2021.  His mother has had ongoing cancer issues.

20   She has a hearing loss and was recently hospitalized and is

21   being taken care of at this point by her husband.

22           In 2005 he married, and divorced one year later.

23   They tried to reconcile; however, that did not work out.

24   During the marriage, she did live with the defendant on one

25   of his overseas assignments.  There's nothing unusual in the

1    marriage -- the marital union and their sexual history.

2           He did have one female friend that he dated on and

3    off over an extensive period of time.  She ended the

4    relationship, finding the defendant emotionally unavailable,

5    although they've stayed in somewhat contact over different

6    times.  I don't know whether she still is, but she has been

7    at various times part of his support system.

8           In terms of the offense conduct, what I'm going to

9    do is to read the statement of offense that he agreed to

10   instead of trying to summarize the details that are in here

11   that he has agreed as part of his plea and his acceptance of

12   responsibility for his criminal actions.

13          So Special Maritime and Territorial Jurisdiction.

14   At all times and dates included in the statement of offense

15   the defendant was a United States government employee.  From

16   on or about August 21, 2018, until on or about June 1, 2020,

17   the defendant worked at the U.S. Embassy in Mexico City,

18   Mexico.  During that time he resided in an apartment in

19   Mexico City that was assigned to him by the U.S. government.

20   The defendant's residence in Mexico City was leased by the

21   U.S. government for use by embassy personnel assigned to

22   diplomatic, consular, and United States missions in Mexico

23   City.

24          For the interpreter, I'm reading from the

25   statement of offense, if you want to -- if you have access

1    to that.  I think you can get that online.

2         This residence falls within the special maritime

3    territorial jurisdiction of the United States.  So that

4    takes care of venue.

5         Drug, Intoxicant or Other Substance.  The

6    defendant knowingly administered a drug, intoxicant, or

7    other substance to every victim named in the statement of

8    offense.  The defendant administered the drug in order to

9    render the adult victim -- "AV" in the future --

10   unconscious, substantially impaired and/or incapable of

11   appraising the nature of the defendant's conduct and

12   physically incapable of declining participation in and/or

13   communicating an unwillingness to engage in the defendant's

14   conduct.

15        The defendant knew that administering the drug

16   would have side effects, including extreme exhaustion and

17   vomiting.  The defendant personally witnessed these side

18   effects after he administered the drug to the adult victims.

19        Sexual Abuse and Abusive Sexual Contact.  The

20   defendant held himself out to AV-1, 5, 6, 7, 9, and 26 as a

21   high-level embassy employee in whom the government had

22   reposed special trust.  For each of these victims, the

23   defendant spoke in their native language, which was Spanish.

24        In terms of Count 1, which involved the sexual

25   assault of AV-1, the defendant met AV-1, whose true identity

1    is known to the defendant, on the dating application Tinder,

2    and on May 31, 2020, the two went on a date.  The date began

3    at an outdoor shopping mall where the defendant served AV-1

4    wine from a bottle he brought with him.

5         Later the defendant led a drugged AV-1 to his

6    embassy-leased housing in Mexico City, Mexico, where he

7    served her wine as well as some meat, cheese, and

8    chocolates.

9         Soon after, AV-1 lost consciousness.

10        When AV-1 regained consciousness, she was nude,

11   and the defendant was on top of her, sexually assaulting

12   her.

13        As a result of the defendant's actions, AV-1

14   suffered a vaginal injury consistent with friction; an anal

15   laceration compatible with the introduction of a hard, blunt

16   object; generalized redness throughout her perianal area;

17   bruises on her forearm, elbow, and knees; and a laceration

18   on the inside of her cheek.

19        On or about May 31, 2020, the defendant knowingly

20   rendered AV-1 unconscious by administering a drug,

21   intoxicant, or similar substance to AV-1 without her

22   knowledge or permission.  The defendant substantially

23   impaired the ability of AV-1 to appraise and control the

24   conduct.  Once she was impaired and/or unconscious, the

25   defendant engaged in a sexual act with AV-1; that is, the

1    defendant's penis came in contact with AV-1's vulva.  The

2    defendant sexually assaulted AV-1, and his actions

3    constitute a violation of 18 USC Section 2242, Subsection 2

4    and 7 and 9.

5           Sexual Assault and Recording of AV-9.  The

6    defendant met AV-9, whose true identity is known to the

7    defendant, on the dating application Bumble; and on March

8    25, 2020, the two went on a date.  They met for afternoon

9    drinks before resuming their date later that evening with

10   AV-9 returning to her home in the interim.

11          The defendant messaged a close friend, Witness-1,

12   whose true identity is known to the defendant, about AV-9

13   stating, "She just asked me to send an Uber to pick her up

14   tonight...but that is a personal no for me unless I am

15   definitely getting sex."  The defendant then said, "I

16   suppose since it is only 4 bucks and I might have a chance

17   to fuck her I will do it."

18          When AV-9 arrived at the defendant's embassy-

19   leased housing in Mexico City, Mexico, the defendant served

20   AV-9 meats, cheeses, and strawberries, and wine.  The

21   defendant also served AV-9 tequila.

22          Soon after, AV-9 lost consciousness.

23          When AV-9 regained consciousness, she was nude in

24   the defendant's bed.  The next day the defendant texted

25   Witness-1, "Success last night...at least I salvaged my

1   Wednesday."

2          Without her knowledge and while AV-9 was

3   unconscious and incapable of consenting, the defendant took

4   20 photographs and 15 videos depicting AV-9, all created on

5   March 25th and 26th, 2020, in his embassy-leased apartment

6   over the course of an hour.  The photographs and videos show

7   AV-9 unconscious and fully nude, lying in the defendant's

8   bed.  Some of the photographs show the defendant's hand

9   opening AV-9's eyelid, and some depict close-ups the

10   defendant took of AV-9's breasts and genitals.

11          The defendant also posed AV-9's body in different

12   ways throughout the photo set.  A video shows the

13   defendant's hands on the outside of AV-9's buttocks.

14   Another video shows the defendant's hand touching AV-9's

15   breast and buttocks.  And yet another video shows the

16   defendant's hand forcefully grabbing AV-9's breast.  His

17   hand then moves down to her pubic region out of the frame.

18   In one video, the defendant is nude and lying next to an

19   unconscious AV-9 cuddling with her body and manipulating her

20   limbs while his erect penis is exposed.

21          The defendant knowingly rendered AV-9 unconscious

22   by administering a drug, intoxicant, or similar substance to

23   AV-9 without her knowledge or permission.  The defendant

24   substantially impaired the ability of AV-9 to appraise and

25   control the conduct.  Once she was impaired and/or

1    unconscious, the defendant engaged in sexual acts and sexual

2    contact with AV-9; that is, the defendant's penis came in

3    contact with AV-9's vulva, and the defendant intentionally

4    touched AV-9's breast and buttocks.  The defendant took all

5    these actions with the intent to abuse, humiliate, harass,

6    degrade, and arouse and gratify his own sexual desires.

7            Sexual Assault and Recording of AV-7.  The

8    defendant met AV-7, whose true identity is known to the

9    defendant, on the dating application Bumble; and on May 30,

10   2020, the two went on a date.  The defendant and AV-7 met at

11   his embassy-leased apartment in Mexico City, Mexico.  When

12   AV-7 arrived, the defendant served her meat, cheese, and

13   strawberries, as well as tequila and an alcoholic beverage

14   containing gin.  AV-7 felt sick and vomited in the

15   defendant's bathroom.  Soon after, AV-7 lost consciousness.

16   When AV-7 regained consciousness, she was nude in the

17   defendant's bed.

18           The next day, on May 31, 2020, the defendant

19   texted Witness-1, "So last night was a success.  She was

20   decent enough looks wise.  About what I was expecting and at

21   26 was still fuckable.  But after 30 who knows.  But she was

22   cool and we had a nice time so it worked out.  TBD if I will

23   see her again."  Obviously "to be determined."

24           Without her knowledge and while AV-7 was

25   unconscious and incapable of consenting, the defendant took

1    77 photographs and four videos depicting AV-7, all created

2    on May 30-31, 2020, over the course of approximately two

3    hours and 30 minutes.  The photographs and videos show AV-7

4    fully nude, unconscious, and lying on the defendant's bed.

5    They depict the defendant's hand opening her eyelid, playing

6    with her mouth.  In one video, AV-7 flinches when the

7    defendant's fingers are in her mouth, and he quickly pulls

8    his hand back.

9         The defendant took several close-up photographs of

10   AV-7's breasts and genitals.  Notably there is a photo in

11   which AV-7 is on her back with her legs tightly closed.

12   While nude and exposing his erect penis, the defendant

13   straddles AV-7's body, placing each knee on either side of

14   AV-7's legs and causing his inner thighs to touch her body.

15   The defendant also poses AV-7's body in several different

16   positions.

17        Between on or about May 30, 2020, and on or about

18   May 31, 2020, the defendant knowingly rendered AV-7

19   unconscious by administering a drug, intoxicant, or similar

20   substance to AV-7 without her knowledge or permission.  The

21   defendant substantially impaired the ability of AV-7 to

22   appraise and control the conduct.  Once she was impaired

23   and/or unconscious, the defendant engaged in sexual acts and

24   sexual contact with AV-7; that is, the defendant's penis

25   came in contact with AV-7's vulva, and the defendant

1    intentionally caused his inner thighs to touch AV-7.  The

2    defendant took all these actions with the intent to abuse,

3    humiliate, harass, degrade, and arouse and gratify his own

4    sexual desires.

5         The defendant sexually assaulted AV-7, and his

6    actions constitute a violation of federal statutes.

7         Sexual Assault and Recording of AV-6.  The

8    defendant met AV-6, whose true identity is known to the

9    defendant, on the dating application Tinder; and on June 23,

10   2019, the two went on a date.  The defendant and AV-6 met at

11   his embassy-leased apartment in Mexico City, Mexico.  When

12   AV-6 arrived, the defendant served her various alcoholic

13   beverages to taste.  Soon after, AV-6 lost consciousness.

14        Similarly, the two met at the defendant's embassy-

15   leased housing on December 21, 2019.  When AV-6 arrived, the

16   defendant served her various alcoholic beverages to taste.

17   Soon after, AV-6 lost consciousness.

18        Without her knowledge and while AV-6 was

19   unconscious and incapable of consenting, the defendant took

20   29 photographs and six videos on June 23, 2019, and 35

21   photographs on December 21, 2019.  In both sets of

22   photographs and videos AV-6 is fully nude, unconscious, and

23   lying on the defendant's bed.  In both sets the defendant

24   opens AV-6's eyelids, and in both sets the defendant took

25   close-up photographs of AV-6's breasts and genitals.

1      In the videos from June 23, 2019, the defendant

2      lifts AV-6's arms and drops it onto the bed several times.

3      In one video AV-6's face flinches, and the defendant jumps

4      back, dropping the recording device in the process and

5      causing the video to very briefly record his face, torso,

6      and erect penis.

7      In another video the defendant's recording

8      captures his own erect penis.  One of the videos the

9      recording starts with AV-6's hand placed on her own breast.

10     In the video the defendant moves AV-6's hands from her

11     breasts to her genitals.  He then moves her hand from her

12     genitals and drops it onto the bed next to her.

13     The defendant knowingly rendered AV-6 unconscious

14     by administering a drug, intoxicant, or similar substance to

15     AV-6 without her knowledge or permission.  The defendant

16     substantially impaired the ability of AV-6 to appraise and

17     control the conduct.  Once she was impaired and/or

18     unconscious, the defendant engaged in sexual acts and sexual

19     contact with AV-6; that is, the defendant's penis came in

20     contact with AV-6's vulva, and the defendant intentionally

21     caused AV-6 to touch her own breast and genitalia.

22     The defendant took all these actions with the

23     intent to abuse, humiliate, harass, degrade, and arouse and

24     gratify his own sexual desires.

25     Sexual Assault and Recording of AV-5.  The

1    defendant met AV-5, whose true identity is known to the

2    defendant, on the dating application Tinder; and on May 17,

3    2019, the two went on a date.  The defendant and AV-5 met at

4    his embassy-leased apartment in Mexico City, Mexico.  When

5    AV-5 arrived, the defendant served her meat, cheese,

6    strawberries, and chocolate as well as mezcal and wine.

7    Soon after, AV-5 lost consciousness.  When AV-5 regained

8    consciousness, she was lying on the defendant's bed.  AV-5

9    sat up and vomited.

10         Without her knowledge and while AV-5 was

11    unconscious and incapable of consenting, the defendant took

12    25 photographs and 10 videos, all created on May 17, 2019.

13    In the photographs and videos, AV-5 is completely nude,

14    unconscious, and lying on the defendant's bed.  In some of

15    the videos the defendant opens AV-5's eyelids and plays with

16    her mouth and tongue.  In one photograph the defendant

17    touches AV-5's inner thigh.  In a video the defendant grabs

18    AV-5's breast.  An unconscious AV-5 struggles to breathe in

19    the videos.

20         The defendant knowingly rendered AV-5 unconscious

21    by administering a drug, intoxicant, or similar substance to

22    AV-5 without her knowledge or permission.  The defendant

23    substantially impaired the ability of AV-5 to appraise and

24    control the conduct.  Once she was impaired and/or

25    unconscious, the defendant engaged in sexual contact with

1    AV-5; that is, the defendant intentionally touched AV-5's

2    breast and buttocks.  The defendant took all of these

3    actions with the intent to abuse, humiliate, harass,

4    degrade, and arouse or gratify his own sexual desire.

5         Sexual Assault and Recording of AV-26.  The

6    defendant met AV-26, whose true identity is known to the

7    defendant, on the dating application Tinder; and on February

8    8, 2019, the two went on a date.  The defendant and AV-26

9    met at an embassy-leased apartment in Mexico City, Mexico.

10        When AV-26 arrived, the defendant served her

11   cheese, strawberries, and cookies, as well as wine.  AV-26

12   fell sick and vomited in the defendant's bathroom.  The

13   defendant continued serving AV-26 alcohol.

14        AV-26 vomited a second time.  Soon after, AV-26

15   lost consciousness.  When AV-26 regained consciousness, she

16   was in the defendant's bedroom.  The defendant led AV-26 by

17   the arm to his bathroom.  AV-26's legs gave out, and she

18   fell.  The defendant held her hair while she vomited again.

19   AV-26 lost consciousness again.  When she regained

20   consciousness, she was on the defendant's bed, and the

21   defendant was touching her breast.

22        The defendant knowingly rendered AV-26 unconscious

23   by administering a drug, intoxicant, or similar substance to

24   AV-26 without her knowledge and permission.  The defendant

25   substantially impaired the ability of AV-26 to appraise and

1    control the conduct.  Once she was impaired and/or

2    unconscious, the defendant engaged in sexual contact with

3    AV-26; that is, the defendant intentionally touched AV-26's

4    breasts.  The defendant took all of these actions with the

5    intent to abuse, humiliate, harass, degrade, and arouse and

6    gratify his own sexual desire.

7         Sexual Assault and Recording of AV-23.  The

8    defendant invited AV-23, whose true identity is known to the

9    defendant, to his embassy-leased housing on December 8,

10   2013, and served her several alcoholic beverages.  The

11   embassy-leased housing was located in a foreign country

12   known to the defendant.  Shortly after, AV-23 lost

13   consciousness.

14        Without her knowledge and while AV-23 was

15   unconscious and incapable of consenting, the defendant took

16   40 photographs, all created on December 8, 2013.  In the

17   photographs, AV-23 is fully nude.  In one photograph the

18   defendant's holding AV-23's arm.  In another he is holding

19   her eyelid open.  Through the series of photographs, AV-23

20   is positioned by the defendant, including being turned over,

21   having her legs spread open, and having her body manipulated

22   such that her hand is placed on her own breast.

23        The defendant knowingly rendered AV-23 unconscious

24   by administering a drug, intoxicant, or similar substance to

25   AV-23 without her knowledge or permission.  The defendant

1   substantially impaired the ability of AV-23 to appraise and

2   control the conduct.  Once she was impaired and/or

3   unconscious, the defendant engaged in sexual conduct --

4   contact, excuse me, with AV-23; that is, the defendant

5   intentionally caused AV-23 to touch her own breast.  The

6   defendant took all these actions with the intent to abuse,

7   humiliate, harass, degrade, and arouse and gratify his own

8   sexual desires.

9          Assault and Recording of AV-15.  The defendant met

10  AV-15, whose true identity is known to the defendant, on the

11  dating application Bumble; and on April 9, 2017, the two

12  went on a date.  The defendant picked AV-15 up from Maryland

13  for the date.  The defendant then drove AV-15 through

14  Washington to Scott's Run Nature Preserve in Virginia.

15  There the two drank wine the defendant brought with him.

16         After the date, the defendant drove AV-15 back

17  through Washington, D.C., and to AV-15's apartment in

18  Maryland.  Shortly after, AV-15 lost consciousness.  The

19  defendant left before AV-15 regained consciousness.

20         Without her knowledge and while AV-15 was

21  unconscious and incapable of consenting, the defendant took

22  four photographs of AV-15, all created on April 9, 2017.

23  The photographs depict AV-15 unconscious, fully nude, and

24  lying on her stomach in bed.  As a result of moving and

25  posing AV-15, the defendant inflicted several injuries on

1    AV-15's body, including a prominent painful bruise on her

2    buttocks.

3         The defendant knowingly rendered AV-15 unconscious

4    by administering a drug, intoxicant, or similar substance to

5    AV-15 without her knowledge or permission.  The defendant

6    substantially impaired the ability of AV-15 to appraise and

7    control the conduct.  Once she was impaired and/or

8    unconscious, the defendant engaged in sexual contact with

9    AV-15; that is, the defendant intentionally touched AV-15's

10   buttocks.  The defendant took all these actions with the

11   intent to abuse, humiliate, harass, degrade, and arouse and

12   gratify his own sexual desire.

13        Assault and Recording of AV-4.  The defendant met

14   AV-4, whose true identity is known to the defendant, on the

15   dating application Tinder; and on May 14, 2017, the two went

16   on a date.  The defendant invited AV-4 to meet him at a park

17   in Washington, D.C.  After the date at the park, the two

18   remained in D.C. and walked to a wine bar where they ordered

19   a glass or two of wine and continued to converse.  While at

20   the bar, the defendant told AV-4 that he wanted to continue

21   the date but indicated that his apartment was unavailable.

22   AV-4 then offered her apartment in Virginia as an

23   alternative.

24        Once at her apartment in Virginia, AV-4 opened a

25   bottle of red wine and poured them both a glass.  After

1    showing the defendant around, they walked out onto her

2    balcony with their glasses, leaving the bottle of wine

3    inside.  At some point, the defendant went to the restroom

4    and returned to the balcony with the open bottle of wine,

5    where he refilled both of their glasses.  Shortly

6    thereafter, AV-4 lost consciousness.

7          AV-4 regained consciousness in her bed fully

8    clothed with the defendant lying next to her.  Without her

9    knowledge and while AV-4 was unconscious and incapable of

10   consenting, the defendant took two videos and eight

11   photographs, all created on May 14, 2017.

12          In the videos and the photographs, AV-4 is lying

13   down on her back on a bed, her eyes are closed, and she

14   appears unconscious.  In several photographs, the defendant

15   pulled up AV-4's shirt and pulled down her bra so that both

16   breasts are visible.  In one photograph, AV-4's bra is on,

17   but her shirt is pulled up.  In one photograph the defendant

18   uses his thumb to hold her eyelid open.  In one video the

19   defendant pulls down AV-4's shorts to reveal her upper pubic

20   region.  Large red marks can be seen on both of her knees in

21   several photographs.

22          The defendant knowingly rendered AV-4 unconscious

23   by administering a drug, intoxicant, or a similar substance

24   to AV-4 without her knowledge or permission.  The defendant

25   substantially impaired the ability of AV-4 to appraise and

1     control her conduct.  Once she was impaired and/or

2     unconscious, the defendant engaged in sexual contact with

3     AV-4 while AV-4 was unconscious; that is, the defendant

4     intentionally touched AV4's breasts.

5          The defendant took all of these actions with the

6     intent to abuse, humiliate, harass, degrade, and arouse and

7     gratify his own sexual desire.

8          Assault, Coercion, and Enticement and Recording of

9     AV-17.  The defendant invited AV-17, whose true identity is

10    known to the defendant, to travel from Chicago to the D.C.

11    area to visit him in November of 2015.  The defendant gave

12    AV-17 detailed instructions on where to go in Washington,

13    D.C., including places to tour and where to eat lunch, as

14    well as how to leave D.C. on the Metro rail to get to his

15    apartment in Tysons Corner, Virginia.  That evening the two

16    had a drink at the defendant's apartment, and then went to

17    dinner and to a happy hour in Virginia.

18         When the two returned to the defendant's

19    apartment, AV-17 lost consciousness.  When AV-17 regained

20    consciousness, she was in the defendant's bed, wearing only

21    her underwear.

22         Without her knowledge and while AV-17 was

23    unconscious and incapable of consenting, the defendant took

24    six photographs of AV-17, all created on November 6, 2015.

25    The photographs depict AV-17 nude, with her breasts exposed

1    and wearing underwear.  She's depicted both on the floor and

2    on the bed in the images.  In a photograph the defendant can

3    be seen holding AV-17's eyelid open.  In another, the front

4    of AV-17's underwear is pulled down, exposing her pubic

5    area.  As a result of moving and posing AV-17, the defendant

6    inflicted several injuries on AV-17's body, including deep

7    scratches on her back.

8         The defendant knowingly rendered AV-17 unconscious

9    by administering a drug, intoxicant, or similar substance to

10   AV-17 without her knowledge or permission.  The defendant

11   substantially impaired the ability of AV-17 to appraise and

12   control the conduct.  Once she was impaired and/or

13   unconscious, the defendant engaged in sexual contact with

14   AV-17; that is, the defendant intentionally touched AV-17's

15   genitals.

16        The defendant took all of these actions with the

17   intent to abuse, humiliate, harass, degrade, and arouse and

18   gratify his own sexual desires.

19        Furthermore, the defendant has taken similar

20   actions against AV-17 on more than one additional occasion.

21   Between on or about November 2, 2015, and on or about

22   November 7, 2015, the defendant knowingly persuaded,

23   induced, and enticed AV-17 to travel from Chicago in

24   interstate commerce to engage in sexual conduct for which he

25   could be charged with a criminal offense; to wit, a Virginia

1    code offense.  The defendant's actions constitute a

2    violation of a federal statute.

3            Production and Transportation of Obscene Material.

4    The defendant knowingly rendered the victims named in the

5    statement of offense unconscious by administering a drug,

6    intoxicant, or similar substance without the victims'

7    knowledge or permission.  The defendant then photographed

8    and recorded the victims using cameras and mobile phones.

9    When he took these photographs and videos, he did so without

10   the victims' knowledge and while the victims were

11   unconscious and incapable of consenting.  The photographs

12   and videos depict unconscious women in various stages of

13   undress as the defendant moves them, poses them, manipulates

14   their limbs, opens their eyelids, places his fingers in

15   their mouth and/or grabs or touches or causes the women to

16   grab or touch their inner thigh, buttocks, breasts, or

17   genitals.

18           The defendant took all of these actions with the

19   intent to abuse, humiliate, harass, degrade, and arouse and

20   gratify his own sexual desires.

21           For each victim named in the statement of offense,

22   the production of the photographs and videos meets the

23   definition of "obscene material or matter."

24           Afterwards, the defendant moves those same

25   photographs and videos to other devices and storage spaces

1    for safekeeping, to include a blue laptop, purple laptop, a

2    MacBook Air, a Kingston SD card, and an iCloud account.

3         The defendant brought into the United States and

4    into any place subject to the jurisdiction thereof laptops

5    and a storage card containing the obscene matter.

6         As to the MacBook Air, 511 explicit images were

7    recovered depicting AV-2, 3, 4, 5, 6, 12, 13, 14, 15, 16,

8    17, 18, 19 and 25 and 28, whose true identities are known to

9    the defendant.

10        From the purple laptop, 34 explicit images were

11   recovered depicting AV-20 and 22, whose true identities are

12   known to the defendant.

13        From the blue laptop, nine explicit images were

14   recovered depicting AV-20 and 21, whose identity is known to

15   the defendant.

16        From the SD card, 68 explicit images were

17   recovered depicting AV-19, 23, and 24, whose true identities

18   are known to the defendant.

19        The defendant knowingly used an interactive

20   computer service, the Internet, as well as Apple servers

21   located in the United States to transport obscene matter

22   from his mobile device laptops to his cloud storage account.

23        As to the defendant's iCloud account, 400 explicit

24   images were recovered depicting AV-2, 3, 4, 5, 6, 7, 8, 9,

25   10, 11, 12, 13, 14, 15, 16, 17, 18, and 19, whose true

1    identities are known to the defendant.  Each victim for

2    which the photographs and videos were located on the

3    defendant's laptops, mobile devices, and cloud storage

4    represents a separate scheme by the defendant to produce and

5    transport obscene matter.

6            Some examples of the defendant's efforts to

7    produce obscene matter are as follows:

8            Assault and Recording of AV-8.  The defendant met

9    AV-8, whose true identity is known to the defendant, on the

10   dating application Tinder; and in March and April of 2020,

11   the two went on several dates.  AV-8 came to the defendant's

12   embassy-leased apartment in Mexico City, Mexico, for the

13   first time on March 27, 2020.  When AV-8 arrived, the

14   defendant served her ham and cheese as well as alcoholic

15   beverages.  Soon after, AV-8 lost consciousness.

16           Without her knowledge and while AV-8 was

17   unconscious and incapable of consenting, the defendant took

18   13 photographs and one video depicting AV-8, all created on

19   March 27, 2020.  The photographs and videos show AV-8 fully

20   nude, unconscious, and lying on the defendant's bed.  They

21   show close-ups of AV-8's breasts and genitals.  In the video

22   the defendant is manipulating AV-8's arm.

23           Between on or about March 27, 2020, and on or

24   about June 1, 2020, the defendant intentionally transported

25   the photographs and videos from his mobile phone to his

1   iCloud using the Internet and Apple servers located in the

2   United States.

3          Between on or about March 27, 2020, and on or

4   about June 1, 2020, in Mexico City, Mexico, and elsewhere,

5   the defendant brought into the United States and into any

6   place subject to the jurisdiction thereof, and knowingly

7   used a common carrier and interactive computer service for

8   carriage in interstate and foreign commerce, obscene matter

9   depicting AV-8, and it constitutes a violation of a federal

10  statute.

11         Assault and Recording of AV-2.  The defendant met

12  AV-2, whose true identity is known to the defendant, on the

13  dating application Bumble; and on February 2, 2018, the two

14  went on a date.  The defendant and AV-2 met at AV-2's

15  apartment in California.  The defendant brought with him

16  wine and tequila, which he served to AV-2.

17         Soon after, AV-2 lost consciousness.  When she

18  regained consciousness, she was nude and was lying next to

19  the defendant.  AV-2 told the defendant that she didn't like

20  what had happened, and that it could not happen again.  AV-2

21  and the defendant eventually stopped communicating.

22         In September 2018, the defendant reached back out

23  to AV-2 indicating that he missed speaking with her and

24  suggested that she visit him in Mexico.

25         In November 2018, AV-2 traveled to Mexico for

1    work; and while in Mexico City, she met the defendant for a

2    date.  The defendant met AV-2 at her Mexico City hotel and

3    brought a flask of alcohol from which he served AV-2 drinks.

4    The two went to dinner; and shortly after, AV-2 lost

5    consciousness.

6          AV-2 awoke the next morning wearing her bra and

7    underwear.  The defendant was not there.

8          Without her knowledge and while AV-2 was

9    unconscious and incapable of consenting, the defendant took

10   33 photographs and one video on February 2, 2018.  The

11   photographs and videos show AV-2 unconscious and in various

12   stages of undress.  They show the defendant's hand moving

13   her bra and pants to expose her breasts and genitals, as

14   well as his hand opening her eyelid.  The final photos show

15   AV-2 fully nude.

16         Additionally, without her knowledge and while AV-2

17   was unconscious and incapable of consenting, the defendant

18   took 44 photographs and 7 videos in AV-2's hotel room in

19   Mexico City on November 23rd and 24th, 2018.  AV-2 is

20   unconscious and lying on the hotel bed, and her bra's pushed

21   up to expose her breasts.  In some photographs her underwear

22   is removed to expose her genitals.

23         In the course of photographs and videos, the

24   defendant posed AV-2 in several different positions on the

25   bed.  In some, the defendant lifts AV-2's eyelid and

1    manipulates her arms.

2            Assault and Recording of AV-12.  The defendant met

3    AV-12, whose true identity is known to the defendant, on the

4    dating application Bumble; and on September 15, 2018, the

5    two went on a date.  The defendant and AV-12 met at his

6    embassy-leased apartment in Mexico City, Mexico.  When AV-12

7    arrived, the defendant served her meat and cookies as well

8    as alcoholic beverages.  Soon after, AV-12 lost

9    consciousness.

10            Without her knowledge and while AV-12 was

11    unconscious and incapable of consenting, the defendant took

12    ten photographs depicting AV-12, all created on September

13    15, 2018.  The photographs and videos show AV-12 partially

14    nude, unconscious, and lying on the defendant's bed.  The

15    defendant took close-ups of AV-12's breasts.

16            Assault and Recording of AV-3.  The defendant met

17    AV-3, whose true identity is known to the defendant, on the

18    dating application Tinder; and on December 1, 2017, the two

19    went on a date.  The defendant invited AV-3 to his hotel.

20    The hotel was located in a foreign country known to the

21    defendant.  The defendant served AV-3 alcoholic beverages.

22    Soon after, AV-3 lost consciousness.

23            Without her knowledge and while AV-3 was

24    unconscious and incapable of consenting, the defendant took

25    16 photographs and three videos depicting AV-3, all created

1    on December 1, 2017.  The photographs and videos show AV-3

2    partially nude, unconscious, and lying on the defendant's

3    bed.  The defendant uses his thumb to hold AV-3's eyelid

4    open.  At times the defendant poses AV-3 on her stomach.  At

5    other times he poses her on her back.  The defendant

6    photographed AV-3's exposed breasts, buttocks, and genitals.

7    In one photograph the defendant's penis is exposed, and

8    ejaculation is visible.

9            Assault and Recording of AV-22.  The defendant and

10    AV-22, whose true identity is known to the defendant,

11    traveled together and stayed in the same hotel room.  The

12    hotel was located in a foreign country known to the

13    defendant.  During this trip on April 21, 2006, the

14    defendant served AV-22 alcoholic beverages.  Soon after,

15    AV-22 lost consciousness.

16            Without her knowledge and while AV-22 was

17    unconscious and incapable of consenting, the defendant took

18    seven photographs depicting AV-22, all created on April 21,

19    2006.  The photographs and videos show AV-22 completely

20    nude, unconscious, and lying on a bed.  The defendant took

21    several close-ups of AV-22 which focused on her breasts and

22    genitals.  As a result of moving and posing AV-22, the

23    defendant inflicted several injuries on AV-22's body,

24    resulting in bruising.

25            AV-22 subsequently reached out to the defendant

1    stating, "Weird question for u - did I fall or hit my head

2    on Saturday?  I can't believe I can't remember anything at

3    all, that last shot did me in...  The last thing I remember

4    was laying down waiting to hear" -- I guess -- "trance lol.

5    But today my head was really sore and the right side of my

6    body feels like I got bruised/pulled something, so I was

7    wondering if I fell or something...?"

8          The defendant replied, "I feel awful about the

9    bruise - yes you did trip over the chair next to the bed.

10   It really is in a bad spot - too close to the bed, if you

11   ask me (especially in the dark).  It did not look too

12   serious when it happened and said it was nothing.  I hope

13   you are feeling better."

14         Obstruction.  Upon learning that he was under

15   investigation in or around June 2020, the defendant

16   attempted to delete the photographs and videos depicting

17   victims from his iCloud account.

18         I want to make sure everything is correct.  I know

19   that you've had -- we've had a couple of things going back

20   and forth in terms of -- I know the citations, but I think

21   the rest is accurate.  I had done some notations, but am I

22   correct?  Was there anything --

23         MS. BUCKNER:  Yes, Your Honor.

24         THE COURT:  Okay.  So let me move on at this

25   point.

1          The defendant did have certain letters of support,

2     one was from the director and a professor at Marquette

3     University who has known the defendant for the past 25

4     years.  They met when the defendant attended Marquette.  He

5     describes him as an excellent student who excelled in all of

6     his courses.  He knows of the defendant's work history, and

7     describes him, the defendant, as a dedicated public servant.

8     He did see a change in the defendant's personality and

9     demeanor after returning from certain work assignments which

10    appeared to have affected him emotionally.

11         That was what he described as his observations in

12    the letter.  He described him also as an unusually gifted

13    student, his brightest student in his political science

14    courses.

15         The defendant's younger sister also wrote a

16    letter.  Again, how the defendant excelled at everything;

17    how family oriented he was; generous to his parents, and the

18    "family is heartbroken by these events."

19         His parents also wrote.  They described his

20    success and his dedication to his career, and that his

21    conduct was out of character with the person that they know.

22         There was another professor who also knew the

23    defendant and respected his success; "his" being the

24    defendant's success in his career.

25         Clearly all who wrote, other than the sister and

1    parents, were unaware of the defendant's criminal conduct

2    and the suffering he inflicted on his victims over a period

3    of 14 years, but they have described basically how they knew

4    him during the periods of time that he was in contact with

5    them.

6            There were two additional certificates of programs

7    that were -- that the defendant has also completed.

8            Now, I need to jump ahead.

9            In terms of the positive aspects relating to the

10   defendant, his government career, divorced from his criminal

11   conduct, certainly or evidently was an exemplary one; and

12   his -- he received commendations and excellent evaluations.

13           He accepted responsibility in his plea and his

14   allocution.  He's not equivocated.  He's made good use of

15   his time in jail in terms of both being in programs, in

16   terms of learning more things, as well as taking advantage

17   of the mental health treatment such as it is in the jail.

18   So he's accepted mental health treatment, and he's indicated

19   not only does he want mental health treatment but sex

20   offender treatment, which would go to certainly the Court's

21   consideration of his rehabilitation needs.

22           He's also evidently paid the restitution to the

23   victims who obviously are at this point in need of some

24   additional funding.

25           Defense counsel has raised as a mitigation the

1    issue where he would go in BOP, the Bureau of Prisons, so

2    I'm weighing what BOP offers and doesn't offer in programs

3    versus his criminal conduct and dangerous behavior in

4    determining a fair and just sentence.

5              I'll indicate that the Bureau of Prisons over the

6    period of time is probably going to change what their

7    programs are.  They're constantly changing what they offer,

8    what they don't offer, where they offer it, et cetera.  So I

9    don't see that I would make a decision about what

10   potentially Bureau of Prisons is going to do about where

11   they're going to place him.  I think the sentence has to be

12   considered with the 3553 factors, and it should be a just

13   punishment.

14             Now, let me get back.

15             In terms of victim impact statements, as I've

16   indicated and they've spoken today -- not all of them

17   obviously -- about waking up, feeling unwell.  Some were

18   injured.  Some left with the impression from the defendant

19   that they'd had too much to drink, and that therefore it's

20   the victim's fault.  They were at the time unaware of being

21   drugged, photographed, raped or sexually assaulted or

22   sexually touched.  It was all unconsented, while they're

23   unconscious, and in terms of the number of photographs and

24   videos that he has taken.

25             Once they learn of his criminal conduct, sometime

1    afterwards through the FBI investigation, and what they were

2    subjected to, which is basically in the photographs and the

3    videos, since all appear not to remember -- were unconscious

4    and do not remember any of his actions, they're no longer

5    trusting, if you were going to generalize.

6        It's affected their family and friendship

7    relationships.  It's affected them emotionally in terms of

8    being depressed.  Most, if not all, have required some sort

9    of therapy or psychological assistance.  It's affected their

10   employment, in some instances, due to their mental state in

11   terms of their not being able to focus, and a few have lost

12   jobs.

13       .  They've been ashamed and embarrassed because

14   certainly, when some publicity came to light or other

15   information came out, there are those who have viewed them

16   not as victims, which they certainly are, but somehow that

17   they're to blame for what happened to them.  The victims

18   view their lives destroyed by the defendant's actions.

19       All have been adversely affected in some way or

20   another.  Some more seriously than others, but all

21   definitely.  And learning about his actions years after

22   their encounter has made his actions frankly more traumatic

23   for the victims because it's coming at a later point and at

24   a time when they would not have been aware in terms of their

25   encounters seeing them in a more benign light than what

1    actually happened.  So at the time that they see it, it's

2    later, and it belies what they thought were their earlier

3    encounters, not involving what actually happened, which is

4    depicted in the photos and videos.  So they've been second-

5    guessing themselves as to why somehow they didn't pick up

6    that he was a predator.

7         For those who spoke today, hopefully this

8    proceeding will be a closure for you.  It doesn't -- it's

9    not going to erase what he did, but you recognize that

10   you're the victim, which is accurate.  Nobody should tell

11   you otherwise.  And in no way are you blameworthy.  And

12   you're obviously strong enough to come here and face him and

13   make your statement and speak in a public courtroom, so I

14   think you're ready to move on with your life, and I hope

15   that you will.

16        Now, one of the factors under 3553 -- I've talked

17   about certain of them -- is the seriousness of the offense.

18   I went through all the details because I think it was

19   important to not only those that he pled to, but it includes

20   all of the other victims, his actions in dating women.  Some

21   people he already knows; some are clear friends of quite

22   some time; and some were from the dating apps.

23        These are young women.  He meets them.  He brings

24   them to his apartment, or they go to other places.  He

25   provides them food, usually wine or some other liquor, and

1    then they're drugged.  They wake up recalling nothing.

2            They're photographed, videoed, showing them for

3    the most part their clothing moved around or they're naked.

4    He's posing them in terms of manipulating their body while

5    they're unconscious.  Some he's injured by the use of their

6    body in his manipulations.  They're either physically

7    sexually assaulted or touched.  And, again, they recall

8    nothing, so they assume that they're to blame for any

9    injuries due to the drinking to excess that he has presented

10    them as why they don't feel well the next day or why they've

11    got bruises on their body.  He fosters this belief.

12            He also used his position as a person who worked

13    for a government agency to impress his victims such that

14    they would feel more that he could be trusted in his actions

15    and in their spending any time with him.  And certainly his

16    criminal actions betrayed his government and country.

17            He drugged 27 women from 2006 to 2020; depicted

18    obscene material, photos, videos.  He's also -- his interest

19    is in videos of unconscious women that are shown sexually

20    abused, which is exactly what he did to the victims in this

21    case.  He bragged callously to a close friend about his

22    successful sexual conquests, kept a list with personal

23    information about them, and his comments were very

24    dehumanizing.  They were not as if these were real people.

25            Clearly I think it's correct to say he's a sexual

1    predator, but he presented himself at the time as an

2    attractive man, interesting, affable, had a security

3    clearance, a good job.  He would have been vetted, and

4    therefore he could be trusted.  He takes them out to dinner

5    or other places, provides food, et cetera.

6          Even knowing that the investigation had started --

7    although it took some time for the investigation to proceed

8    and get concluded; it had its hiccups -- he still continued

9    brazenly to carry out the same crimes during some of that

10   period.  He also obstructed justice; attempted to delete

11   some of the explicit photos that he had on his iCloud

12   account.

13         As to the letters in support of and certainly the

14   material that I looked at relating to his career and his

15   position for 24 years, he might have had a positive legacy

16   consisting of 24 years as a public servant who was provided

17   with some accolades and evaluated at a high level, but this

18   predatory assaultive behavior, exploiting vulnerable women

19   for his own pure interests, I think obliterates and

20   nullifies any positive legacy in terms of his career.

21         Certainly while carrying on the sexually predatory

22   conduct over the years, including victimizing these women

23   who thought he was a friend, I would say that he didn't show

24   any empathy.  Certainly I've looked at the exhibits, which

25   are the photographs, et cetera, of what has been depicted.

1    His actions, in not only depicting them but in moving them

2    around, certainly showed no concern or empathy for them and

3    that they might get injured or otherwise.  But even when

4    they were vomiting, he's back to drugging them.  I mean,

5    there's absolutely no empathy in either of the depictions

6    that he had or any of his actions.

7            In terms of remorse, that is much harder for the

8    Court to determine, frankly.  I'd like to think that he has

9    recognized his wrongdoing based on what he said today.  He

10    certainly accepted responsibility, which he has done in his

11    plea, and he's not equivocated about that.  It included not

12    only the actions that involved counts, but all of the

13    actions that involved all of the women involved.  And so I

14    want to think that he has, you know, recognized his

15    wrongdoing, but he is the only one who is going to actually

16    know if it has been sincere.

17            And you're going to have a period of time to be

18    able to think about it.  And I'm sure that you'll make good

19    use of what programs they have, what other things.  You're

20    an intelligent man, by all appearances, and you have taken

21    advantage up to now, so I assume you will in the future.

22            In terms of the 3553 factors, obviously the

23    seriousness of the offense I've already discussed.

24            Rehabilitation needs.  He's indicated his interest

25    in mental health and in substance abuse in terms of likely

1     the alcohol.  I see that probably is less than the mental

2     health, and the sexual offender treatment I think would be

3     helpful.

4          Deterrence to him, I think, is important, in terms

5     of considering it, particularly since once they started to

6     investigate it didn't deter him from at least proceeding to

7     some degree with that.

8          Deterrence to others is also very important; to

9     understand that this is not the type of conduct that is not

10    going to bring them to justice, that they will get caught,

11    and that they will then face long consequences for what

12    they've done.

13         So both the deterrence to him and deterrence to

14    others are important.

15         And the last one, of course, is just punishment.

16    Parity is usually included, but, frankly, I couldn't find

17    anything that really worked as parity to the extent of the

18    amount of the women, the photographs, et cetera.  But I

19    think what the parties have considered in coming up with the

20    Rule 11(c)(1)(C) is what they viewed as appropriate, and it

21    is, you know, an upward departure -- or variance, really,

22    not a departure -- as to what would be the appropriate range

23    of sentences for his conduct.

24         So pursuant to the Sentencing Reform Act of 1984

25    and in consideration of the provisions of 18 USC Section

1    3553 as well as the advisory sentencing guidelines, it is

2    the judgment of the Court that you, Brian Jeffrey Raymond,

3    are hereby committed to the custody of the Bureau of Prisons

4    for an aggregate term of 360 months, or 30 years, which

5    consists of a term of 360 months, or 30 years, on Count 1;

6    120 months, 10 years, on Count 6; 240 months, or 20 years,

7    on Count 17; and 60 months, or five years, on Count 19.  All

8    of these are to run concurrent, so they'll all run at the

9    same time.

10            You're further sentenced to serve a life term of

11    supervised release as to Counts 1, 6, and 17, and a term of

12    36 months, three years, as to Count 19, which is the

13    maximum.  Again, all such terms to run concurrently.

14            In addition, you are ordered to pay a special

15    assessment totaling $400, which, as I understand it, you

16    have paid, which is required under the federal statute.

17            While on supervision, you'll abide by the

18    following mandatory conditions as well as all discretionary

19    conditions recommended by the probation office in Part D,

20    "Sentencing Options of the Presentence Report," which are

21    imposed to establish the basic expectations for your conduct

22    while on supervision.  The mandatory conditions include:

23            You must not commit another federal, state, or

24    local crime.

25            You must not unlawfully possess a controlled

```
 1    substance.

 2              You must refrain from any unlawful use of a

 3    controlled substance, which would include you must submit to

 4    one drug test within 15 days of placement on supervision and

 5    at least two periodic drug tests thereafter as determined by

 6    the protocols of the probation office.  They have set

 7    protocols that depend on the tests, whether they're negative

 8    or positive.

 9              You must cooperate with the collection of DNA as

10    directed by the probation officer.

11              You must make restitution in accordance with the

12    statutes authorizing restitution, which I'll get to in a

13    minute.

14              You must comply with the requirements of the Sex

15    Offender Registration and Notification Act, which is cited,

16    as directed by the probation office, the Bureau of Prisons,

17    or any state sex offender registration agency in the

18    location where you reside or are a student or convicted of a

19    qualifying offense, which in all likelihood would be these.

20              You'll comply with the following special

21    conditions:

22              Sex offense assessment.  You must participate in a

23    sex offense specific assessment.  You must pay the cost of

24    the assessment.  And this is to determine at the point that

25    you're released as to what -- how dangerous you would be.
```

1          Sex offense treatment.  You must participate in a

2     sex offense specific treatment program, follow the rules and

3     regulations of the program.  The probation officer will

4     supervise your participation in the program.

5          Sex offense testing, which is a polygraph.  You

6     must submit to provide -- to periodic polygraph testing at

7     the discretion of the probation officer as a means to ensure

8     that you're in compliance with the requirements of your

9     supervision or treatment program.  And I'm putting that

10    specific condition because otherwise there's no real way of

11    knowing whether you're actually -- you know, other than

12    self-reporting, to really know whether you're following

13    through with your conditions and not reoffending.

14          Computer search.  Since computers were used, the

15    Court can put in conditions relating to the use of

16    computers.  You must submit your computer or any other

17    electronic communication or data storage devices or media to

18    a search.  You must warn any other people who use these

19    computers or devices capable of accessing the Internet that

20    the devices may be subject to searches pursuant to this

21    condition.  A probation officer may conduct a search

22    pursuant to this condition only when reasonable suspicion

23    exists that there's a violation of a condition of

24    supervision and that the computer or device contains

25    evidence of this violation.  Any search will be conducted at

1    a reasonable time in a reasonable manner.

2            And this is what has come down from the Court of

3    Appeals as to what the requirements are:

4            Computer monitoring.  You must allow the probation

5    officer to install computer monitoring software on any

6    computer that you use.

7            And all of these have definitions which I'm not

8    setting out, but the statute will be cited in the judgment.

9            Computer monitoring search.  To ensure compliance

10   with the computer monitoring condition, which is different

11   than just coming to search based on a reasonable suspicion,

12   you must allow the probation officer to conduct initial and

13   periodic unannounced searches of any computers subject to

14   the computer monitoring.  So there will be the computer

15   monitoring software on it, which is what they will be able

16   to come and see whether there are any additional actions on

17   your part that are of concern.

18           These searches shall be conducted to determine

19   whether the computer contains any prohibited data prior to

20   installation of the monitoring software, and this really

21   goes more to the pornography; whether the monitoring

22   software is functioning effectively after its installation;

23   and whether there have been attempts to circumvent the

24   monitoring software after its installation.  You must warn

25   any other people who use these computers that the computers

1    may be subject to searches pursuant to this condition.

2              So this is a combination of the pornography issues

3    as well as the sex offense issues.

4              Terms of contact restricted with the victims.  You

5    must not communicate or otherwise interact with any victim

6    in this case, either directly or through someone else,

7    without first obtaining permission of the probation officer.

8              Employment restriction requirement approval.  You

9    must not work in any type of employment without the prior

10   approval of the probation officer.

11             Travel restriction.  You are restricted from

12   international travel.

13             Substance abuse testing.  You must submit to

14   substance abuse testing to determine if you've used a

15   prohibited substance.  You must not attempt to obstruct or

16   tamper with the testing methods.

17             Substance abuse treatment.  You must participate

18   in an inpatient or outpatient substance abuse treatment

19   program and follow the rules and regulations.  The probation

20   officer will supervise your participation in the program.

21   This assumes that there has been an evaluation that

22   recommends the treatment.

23             No alcohol.  You must not use or possess alcohol.

24             Mental health treatment.  You must participate in

25   a mental health treatment program and follow the rules and

1    regulations of that program.  I believe, based on the

2    information we have, that I don't need an evaluation to

3    determine that.  There will be an evaluation as to what kind

4    of treatment and the level of it.  The probation office, in

5    consultation with the treatment provider, will supervise

6    your participation in the program, provider location,

7    modality, duration, and intensity.

8         Financial information disclosure.  You must

9    provide the probation officer access to any requested

10   financial information and authorize the release of any

11   financial information, and they can share this financial

12   information with the U.S. Attorney's Office.

13        You must not incur new credit charges or open

14   additional lines of credit without the prior approval of the

15   probation office.

16        You're ordered to make restitution in the amount

17   of $260,000, which has, I understand, already been paid.

18   I've determined that you don't have to pay interest on the

19   $260,000 and waive any interest or penalties on that.

20        The restitution payments, which is the $260,000,

21   which were made to the Clerk of the Court of the U.S.

22   District Court for disbursement, that will -- the victim

23   information should be provided by the government.

24        Now, pursuant to 18 USC 3014(a), you are ordered

25   to pay an additional special assessment of $5,000 for each

1   of Counts 1, 6, and 17.  You're ordered to pay the balance

2   of any financial obligation at a rate of not less than $50

3   per month to begin 120 days after the day of judgment.

4          Obviously the length of the sentence, his

5   supervised release will be quite some period of time

6   afterwards.  So I made the amount a fairly low amount based

7   on the fact that he would be probably paying it while he's

8   locked up so that the -- I think the individuals who were

9   affected by those particular counts could certainly use the

10  funding, and it would appear that there may be some funding

11  left.

12         But at any rate, back to financial obligations.

13  They can obviously go up and down depending on what his

14  access is to funding.

15         The financial obligations are immediately payable

16  to the Clerk of the Court.  Within 30 days of any change of

17  address, you'll notify the Clerk of the Court of the change

18  until such time as the financial obligation is paid in full.

19         The probation office shall release the presentence

20  investigation report to all appropriate agencies, which

21  includes the United States Probation Office in the approved

22  district of residence, in order to execute the sentence of

23  the Court.  Treatment agencies shall return the presentence

24  report to the probation office upon the defendant's

25  completion or termination from treatment.

1          I would add that other than the restitution and

2     the special assessment, the two types of special assessment,

3     that he does not have the ability to pay a further fine on

4     top of what I have already ordered.

5          Pursuant to Federal Rule -- pursuant to Rule

6     32.2(a) of the Federal Rules of Criminal Procedure, you,

7     Brian Jeffrey Raymond, are hereby ordered to forfeit the

8     electronic devices seized in connection with this case.

9          Was there -- I take it that there were some

10    firearms that were seized.  Am I correct about that?  That's

11    what probation has suggested.

12         MS. BUCKNER:  Yes, Your Honor.

13         THE COURT:  Okay.  So furthermore, any firearms

14    recovered from the storage facility in northern Virginia

15    will be either forfeited or released to the rightful owner,

16    and that's something that can be done in the future.

17         Now, in terms of an appeal, I'm going to --

18    instead of trying to summarize it, I'm going to read from

19    what you agreed to in the plea agreement, which is that

20    you're agreeing to waive or give up, insofar as such waiver

21    is permitted by law, the right to appeal the conviction on

22    any basis, including, but not limited to, claims that the

23    statute to which -- statutes you're pleading guilty to are

24    unconstitutional or that the admitted conduct doesn't fall

25    within the scope of these statutes.

1          Now, at the present time, the statutes are deemed

2     constitutional, and the conduct does fall within the scope.

3     However, at a later point, if a higher court in another case

4     deems something different, then you can take a collateral

5     appeal and take advantage of the fact that the law has

6     changed.

7          You're also agreeing to waive the right to appeal

8     the sentence, including, but not limited to, any term of

9     imprisonment, forfeiture, award of restitution, term or

10    condition of supervised release, authority of the Court to

11    set conditions of release, and the manner in which the

12    sentence was determined, except if I sentence you above the

13    statutory maximum or the guidelines.

14         Since this is a Rule 11(c)(1)(C), you would not --

15    even though it is above the guidelines, you have agreed

16    to that, and therefore that's not a basis for you to appeal.

17         Notwithstanding the above agreement to waive the

18    right to appeal the conviction and sentence, you retain the

19    right to appeal on the basis of ineffective assistance of

20    counsel, but not on other grounds.

21         In terms of the collateral attacks, other than the

22    one I already talked about, you're waiving your right to

23    challenge the conviction or sentence, attempt to modify or

24    change the sentence in the manner it was determined through

25    various collateral means, which would mean like a writ of

1    habeas corpus or others, except to the extent it's based on

2    a motion of newly discovered evidence that you didn't have

3    at the time or on a claim that you received ineffective

4    assistance of counsel.

5            Now, you have reserved the right, if the

6    Sentencing Commission comes down with more favorable

7    guidelines, that you can file a motion and request that it

8    be applied to you retroactively, so you do preserve that

9    right.

10           To the small portion of -- under the notice of

11   appeal, if you meet the requirements of where you can

12   appeal, which are very narrow, you'd have to file it within

13   14 days of entry of judgment or, if the government files an

14   appeal, within 14 days after their judgment.

15           So the final thing is under the *Hunter* case, which

16   the Court would ask the parties and probation, if there are

17   any adjustments or other things that need to be done?

18           I would indicate that, Mr. Raymond, I would

19   recommend -- which they'll do automatically, but I'll enter

20   it anyway -- credit for time served from October 9, 2020,

21   which is when he was arrested.

22           I have not put in a recommendation.  Probation

23   wasn't familiar with the places you recommended,

24   Mr. Katzoff.  I also think it depends on what programs he

25   wants to be in.

1          I mean, if he wants to be in RDAP, he's going to

2     go to certain places.  If there's mental health issues,

3     there's several facilities that do that.  Sex offender I

4     don't think is across the board.  So I'm not sure whether

5     you want me to recommend programs as opposed to facilities,

6     because that may change where they have the facilities.

7          MR. KATZOFF:  Mr. Raymond would like

8     recommendation to three facilities, if I can give those, and

9     he would like the Court to recommend that he be able to

10    participate in nonresidential SOMP and/or SOTP, which are

11    the sex offense treatment programs.  So that they will --

12    and these places have those programs, so that we're hoping

13    that that will facilitate --

14          THE COURT:  I need to look at those because we had

15    a question about where they are in terms of where they are

16    in the facilities.  I am not familiar with them, and

17    probation wasn't either, but I'm happy to take a look before

18    the judgment.

19          MR. KATZOFF:  I will give you the three for you to

20    take a look at.  And if there's any concerns, I will revisit

21    it with Mr. Raymond.

22          THE COURT:  Okay.

23          MR. KATZOFF:  First is Devens Federal Medical

24    Facility.

25          THE COURT:  Right.  Okay.  Well, that one I do

1    know.

2            Well, the program that you mentioned that you were

3    interested in is Devens, or is that a separate program?

4            MR. KATZOFF:  I believe it's at Devens.

5            THE COURT:  Okay.

6            MR. KATZOFF:  It's one facility that has it.

7            THE COURT:  What are the others?

8            MR. KATZOFF:  Mariana -- M-A-R-I-A-N-A, I

9    believe -- in Florida; and Petersburg, Virginia.  In that

10   order preferably.

11           THE COURT:  Okay.  Let's look.

12           From probation's perspective -- I mean, I

13   recognize these places.  The program I did not, I think, is

14   what we were concerned about.

15           MR. KATZOFF:  And --

16           THE COURT:  Go ahead.

17           MR. KATZOFF:  -- he would like a recommendation

18   for the RDAP program, although I think that that might

19   likely come later, and many places have that.

20           But it would be helpful to have it in the

21   judgment.  I don't think that's going to affect any

22   immediate placement.

23           THE COURT:  That's going to limit -- because I

24   don't think some of these programs that you talked about

25   have RDAP.  I mean, he can actually ask to do it.  I mean,

1    as a practical matter, you're the one who has to convince

2    him, "You've got a problem and you're going to benefit from

3    it."  It's a very competitive program for substance abuse,

4    and, you know, my recommendation will only go so far.  It

5    basically is going to be based on his interview as to

6    whether they think he can do it.

7            I can put it in, but I think it limits some of the

8    other programs.  It's going to be conflicting.

9            I'll leave him where you have him as opposed to --

10    you know, because he can always ask for RDAP.

11            MR. KATZOFF:  I'm happy to discuss that with

12    Mr. Raymond --

13            THE COURT:  Okay.  No problem.

14            MR. KATZOFF:  -- if I can alert chambers --

15            THE COURT:  Sure.

16            MR. KATZOFF:  -- and notify government at the same

17    time.  Within a day or two I will give the Court his request

18    in that regard.

19            THE COURT:  I would -- you know, the programs move

20    around, and he's going to be locked up for a long time.  So

21    part of it is to be careful, because what I have found is a

22    couple of them have wound up conflicting, and where they're

23    sent has not had the major program I wanted them to be in.

24    So I'm a little more leery than I used to be about putting

25    the programs in, other than, you know, having it in the

1     judgment as opposed to putting it into the actual sentence

2     in terms of a recommendation.  But I do know that the ones

3     you have talked about, at least Devens, certainly has some

4     medical stuff.

5          MR. KATZOFF:  Thank you, Your Honor.

6          THE COURT:  All right.  Anything from probation?

7     Anything I need to address?

8          THE PROBATION OFFICER:  No, Your Honor.  Thank

9     you.

10         THE COURT:  Government?

11         MS. BUCKNER:  No, Your Honor.

12         THE COURT:  Okay.  Nothing else from Mr. Katzoff?

13         MR. KATZOFF:  No, Your Honor.

14         THE COURT:  All right.  For those who came, the

15    victims, thank you.  I know it wasn't easy, and I wish you

16    well.  You need to move on.  You need to move on and make

17    the effort.

18         I know it's not going to be that easy, but

19    hopefully this will have been some closure.

20         And, Mr. Raymond, you're a smart person.  My sense

21    is that you're going to make good use of wherever you are in

22    terms of making sure that you stay occupied.  Good luck.

23    Take care.

24         The parties are excused.

25         (Whereupon the hearing was concluded at 5:27 p.m.)

1              **CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3              I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8         Dated this 9th day of October, 2024.

9

10                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
11                              United States Courthouse
                                Room 6718
12                              333 Constitution Avenue, NW
13                              Washington, DC 20001

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [3] - 8:8, 22:16, 104:7
**$100** [1] - 110:14
**$103,000** [1] - 110:8
**$109,000** [1] - 110:8
**$15,000** [2] - 104:9, 110:20
**$250,000** [5] - 6:3, 6:6, 6:9, 6:12, 110:9
**$260,000** [5] - 103:9, 110:14, 152:17, 152:19, 152:20
**$400** [2] - 103:13, 147:15
**$5,000** [4] - 8:8, 103:16, 110:19, 152:25
**$50** [1] - 153:2

## /

**/s/Lisa** [1] - 161:10

## 1

**1** [17] - 5:25, 8:9, 9:1, 9:17, 24:6, 24:8, 24:15, 24:18, 113:16, 114:24, 132:24, 133:4, 135:18, 136:1, 147:5, 147:11, 153:1
**1.0** [1] - 9:15
**10** [5] - 9:11, 63:18, 122:12, 131:25, 147:6
**11** [2] - 60:8, 131:25
**11(c)(1)(C** [5] - 4:4, 7:23, 9:20, 146:20, 155:14
**11th** [2] - 6:21, 10:7
**12** [4] - 50:8, 50:9, 131:7, 131:25
**120** [3] - 9:18, 147:6, 153:3
**12:00** [1] - 58:19
**13** [3] - 131:7, 131:25, 132:18
**14** [8] - 9:8, 126:15, 127:11, 131:7, 131:25, 139:3, 156:13, 156:14
**15** [16] - 2:18, 2:23, 7:4, 17:4, 17:6, 17:20, 26:12, 29:21, 84:9, 117:4, 131:7, 131:25, 135:4, 135:13, 148:4
**150** [1] - 112:5

**16** [8] - 54:15, 54:16, 54:21, 55:2, 55:5, 131:7, 131:25, 135:25
**16-year-old** [1] - 57:22
**160** [1] - 112:5
**16th** [1] - 69:11
**17** [13] - 6:7, 8:10, 9:8, 60:4, 60:5, 110:19, 122:2, 122:12, 131:8, 131:25, 147:7, 147:11, 153:1
**18** [11] - 1:4, 9:14, 68:13, 68:14, 71:5, 108:23, 116:3, 131:8, 131:25, 146:25, 152:24
**18th** [1] - 32:19
**19** [7] - 6:10, 9:11, 9:19, 131:8, 131:25, 147:7, 147:12
**1984** [1] - 146:24
**1997** [1] - 109:17
**1:00** [1] - 58:20
**1:21-cr-00380-CKK-MAU-1** [1] - 1:4

## 2

**2** [7] - 15:4, 29:25, 35:17, 116:3, 129:21, 133:13, 134:10
**20** [8] - 6:8, 9:5, 61:1, 84:9, 94:20, 97:1, 117:4, 147:6
**20-plus** [1] - 94:4
**20-some-odd** [1] - 100:7
**2000** [1] - 61:1
**20001** [2] - 1:24, 161:13
**20004** [1] - 1:19
**2005** [1] - 112:22
**2006** [4] - 90:12, 136:13, 136:19, 143:17
**2009** [1] - 62:4
**2013** [5] - 64:9, 64:15, 91:1, 124:10, 124:16
**2014** [2] - 64:9, 64:16
**2015** [11] - 54:23, 60:16, 62:1, 63:7, 64:18, 68:21, 69:5, 128:11, 128:24, 129:21, 129:22
**2016** [2] - 35:8, 54:24
**2017** [6] - 125:11, 125:22, 126:15, 127:11, 135:18,

**136:1**
**2018** [8] - 113:16, 133:13, 133:22, 133:25, 134:10, 134:19, 135:4, 135:13
**2019** [9] - 91:4, 120:10, 120:15, 120:20, 120:21, 121:1, 122:3, 122:12, 123:8
**202** [3] - 1:15, 1:20, 1:24
**2020** [30] - 30:3, 33:13, 38:3, 60:13, 65:24, 86:2, 90:12, 91:5, 109:18, 113:16, 115:2, 115:19, 116:8, 117:5, 118:10, 118:18, 119:2, 119:17, 119:18, 132:10, 132:13, 132:19, 132:23, 132:24, 133:3, 133:4, 137:15, 143:17, 156:20
**2021** [5] - 17:20, 50:13, 98:5, 111:22, 112:19
**2024** [3] - 1:4, 22:23, 161:8
**20530** [1] - 1:15
**21** [6] - 113:16, 120:15, 120:21, 131:14, 136:13, 136:18
**21-380** [1] - 2:2
**22** [2] - 9:10, 131:11
**2242** [1] - 116:3
**23** [5] - 6:17, 120:9, 120:20, 121:1, 131:17
**23-year** [2] - 109:22, 111:14
**235** [1] - 9:17
**23rd** [1] - 134:19
**24** [10] - 8:5, 9:7, 9:20, 99:10, 101:9, 101:13, 109:11, 131:17, 144:15, 144:16
**24-year** [1] - 102:8
**240** [2] - 9:18, 147:6
**24th** [1] - 134:19
**25** [9] - 54:9, 73:17, 73:18, 90:17, 109:19, 116:8, 122:12, 131:8, 138:3
**253** [2] - 11:5, 11:12,

**11:24**
**256** [1] - 10:21
**25th** [1] - 117:5
**26** [4] - 76:3, 76:4, 114:20, 118:21
**260** [2] - 110:9, 110:10
**262** [1] - 10:21
**268** [1] - 10:21
**26th** [1] - 117:5
**27** [7] - 90:11, 90:16, 132:13, 132:19, 132:23, 133:3, 143:17
**275** [1] - 10:21
**28** [5] - 2:17, 2:22, 21:24, 67:24, 131:8
**288** [2] - 8:4, 9:21
**29** [1] - 120:20
**293** [1] - 9:18
**2:00** [1] - 94:20
**2:35** [1] - 94:20
**2A3.1(b)(1** [1] - 9:2

## 3

**3** [5] - 81:10, 81:11, 82:6, 131:7, 131:24
**30** [12] - 8:5, 9:1, 9:20, 94:16, 99:10, 118:9, 118:21, 119:3, 119:17, 147:4, 147:5, 153:16
**30-31** [1] - 119:2
**30-year** [2] - 99:16, 99:20
**3014(a** [1] - 152:24
**31** [4] - 115:2, 115:19, 118:18, 119:18
**310** [1] - 1:19
**31st** [1] - 25:13
**32(i)(3)(A)** [1] - 10:3
**32(i)(3)(B)** [1] - 10:6
**32.2(a** [1] - 154:6
**33** [1] - 134:10
**333** [2] - 1:23, 161:12
**34** [1] - 131:10
**35** [1] - 120:20
**354-3187** [1] - 1:24
**3553** [4] - 140:12, 142:16, 145:22, 147:1
**3553(a** [1] - 108:23
**36** [1] - 147:12
**360** [5] - 8:4, 9:21, 49:18, 147:4, 147:5
**37** [1] - 7:5
**38** [2] - 9:4, 9:15
**3:00** [1] - 108:14
**3:30** [1] - 108:15
**3A1.1(b)(1** [1] - 9:3

## 4

**4** [7] - 33:4, 33:9, 33:13, 44:23, 116:16, 131:7, 131:24
**40** [1] - 124:16
**400** [1] - 131:23
**44** [1] - 134:18
**445-8340** [1] - 1:15
**45** [1] - 60:6
**48** [1] - 108:25

## 5

**5** [3] - 114:20, 131:7, 131:24
**511** [1] - 131:6
**5:27** [1] - 160:25

## 6

**6** [18] - 6:4, 8:9, 9:5, 9:18, 17:20, 45:1, 45:2, 45:3, 45:4, 47:3, 110:19, 114:20, 128:24, 131:7, 131:24, 147:6, 147:11, 153:1
**60** [2] - 9:19, 147:7
**601** [1] - 1:14
**6718** [2] - 1:23, 161:12
**68** [1] - 131:16

## 7

**7** [9] - 9:18, 47:12, 47:13, 47:14, 114:20, 116:4, 129:22, 131:24, 134:18
**717** [1] - 1:19
**77** [2] - 6:24, 119:1
**783-6414** [1] - 1:20
**7th** [1] - 19:20

## 8

**8** [4] - 123:8, 124:9, 124:16, 131:24

## 9

**9** [7] - 7:4, 114:20, 116:4, 125:11, 125:22, 131:24, 156:20
**95** [1] - 21:12
**9:42** [1] - 1:5
**9th** [1] - 161:8

# A

**a.m** [1] - 1:5
**abide** [1] - 147:17
**abiding** [1] - 92:24
**abilities** [1] - 77:24
**ability** [26] - 8:12, 8:15, 12:9, 19:17, 21:8, 21:21, 50:17, 51:2, 82:8, 82:19, 82:22, 87:22, 90:7, 90:8, 115:23, 117:24, 119:21, 121:16, 122:23, 123:25, 125:1, 126:6, 127:25, 129:11, 154:3, 161:7
**abroad** [2] - 97:9, 109:5
**abrupt** [1] - 70:18
**absent** [1] - 49:8
**absolute** [1] - 93:9
**absolutely** [5] - 11:2, 78:13, 79:18, 98:13, 145:5
**abuse** [25] - 6:1, 58:13, 61:13, 92:16, 101:20, 106:19, 107:8, 109:15, 111:3, 118:5, 120:2, 121:23, 123:3, 124:5, 125:6, 126:11, 128:6, 129:17, 130:19, 145:25, 151:13, 151:14, 151:17, 151:18, 159:3
**Abuse** [1] - 114:19
**abused** [4] - 21:7, 46:8, 92:22, 143:20
**abuses** [1] - 99:24
**Abusive** [1] - 114:19
**abusive** [1] - 6:4

**accept** [5] - 7:25, 51:4, 89:19, 101:25, 107:24
**acceptance** [1] - 113:11
**accepted** [4] - 48:24, 139:13, 139:18, 145:10
**access** [7] - 43:24, 99:19, 100:6, 100:8, 113:25, 152:9, 153:14
**accessed** [1] - 112:6
**accessing** [1] - 149:19
**accolades** [2] - 97:4, 144:17
**accompany** [2] - 26:15, 46:13
**accomplished** [1] - 97:1
**accomplishments** [2] - 93:13, 96:23
**accordance** [1] - 148:11
**account** [11] - 10:22, 20:25, 96:19, 101:10, 110:7, 131:2, 131:22, 131:23, 137:17, 144:12
**accountable** [2] - 72:19, 107:24
**accounts** [3] - 89:5, 93:7, 103:22
**accumulated** [1] - 49:11
**accurate** [4] - 2:21, 137:21, 142:10, 161:5
**achieve** [1] - 77:16
**achieved** [1] - 83:16
**achievement** [1] - 7:3
**achieving** [1] - 77:17
**acknowledge** [1] - 95:1
**acknowledged** [1] - 62:1
**acknowledges** [2] - 32:14, 91:14
**acknowledging** [1] - 106:25
**Act** [2] - 146:24, 148:15
**act** [4] - 50:19, 53:18, 107:17, 115:25
**acted** [1] - 20:22
**acting** [1] - 79:3
**action** [2] - 25:16, 41:11
**Action** [1] - 1:3

**actions** [54] - 17:10, 17:12, 20:21, 21:18, 22:21, 23:11, 31:16, 32:4, 41:10, 42:1, 72:7, 72:20, 80:18, 87:21, 88:5, 88:24, 89:6, 90:20, 90:22, 92:19, 96:1, 96:24, 105:12, 106:5, 107:6, 108:1, 113:12, 115:13, 116:2, 118:5, 120:2, 120:6, 121:22, 123:3, 124:4, 125:6, 126:10, 128:5, 129:16, 129:20, 130:1, 130:18, 141:4, 141:18, 141:21, 141:22, 142:20, 143:14, 143:16, 145:1, 145:6, 145:12, 145:13, 150:16
**active** [1] - 20:25
**acts** [9] - 39:18, 42:4, 42:6, 66:13, 90:13, 91:6, 118:1, 119:23, 121:18
**actual** [2] - 112:4, 160:1
**add** [4] - 5:17, 19:8, 49:24, 154:1
**added** [1] - 67:18
**adding** [1] - 51:25
**addition** [5] - 13:14, 61:24, 108:18, 108:20, 147:14
**additional** [24] - 3:2, 6:17, 8:8, 8:13, 9:1, 9:3, 9:6, 9:9, 9:12, 9:13, 9:14, 35:2, 44:1, 49:13, 51:19, 67:18, 111:1, 129:20, 139:6, 139:24, 150:16, 152:14, 152:25
**additionally** [1] - 134:16
**address** [10] - 3:7, 83:23, 94:25, 95:5, 96:5, 96:14, 96:16, 98:9, 153:17, 160:7
**addressed** [5] - 29:18, 53:17, 96:15, 100:15, 111:6
**addressing** [2] - 96:9, 107:2
**adjusted** [1] - 9:15
**adjustment** [3] - 97:19, 98:1, 102:6

**adjustments** [2] - 108:10, 156:17
**administered** [4] - 12:4, 114:6, 114:8, 114:18
**administering** [12] - 114:15, 115:20, 117:22, 119:19, 121:14, 122:21, 123:23, 124:24, 126:4, 127:23, 129:9, 130:5
**administrative** [1] - 112:11
**admiration** [1] - 89:11
**admitted** [4] - 90:11, 90:16, 104:19, 154:24
**Adult** [5] - 24:6, 47:12, 54:14, 60:4, 68:13
**adult** [9] - 17:4, 44:23, 45:1, 50:8, 73:17, 76:3, 81:10, 114:9, 114:18
**ADULT** [24] - 17:6, 17:20, 24:8, 24:18, 29:21, 29:25, 33:4, 33:9, 33:13, 45:4, 47:3, 47:13, 50:9, 54:16, 54:21, 55:2, 55:5, 60:5, 68:14, 71:5, 73:18, 76:4, 81:11, 82:6
**advantage** [5] - 46:8, 93:21, 139:16, 145:21, 155:5
**adversely** [1] - 141:19
**advisory** [4] - 4:4, 8:25, 108:19, 147:1
**advocating** [1] - 96:7
**affable** [1] - 144:2
**affairs** [1] - 109:6
**affect** [4] - 12:1, 52:18, 158:21
**affected** [24] - 21:19, 48:7, 57:11, 58:1, 58:9, 65:17, 65:19, 68:7, 76:14, 76:25, 79:9, 82:8, 82:17, 82:23, 87:15, 95:15, 98:24, 101:2, 138:10, 141:6, 141:7, 141:9, 141:19, 153:9
**affecting** [1] - 52:3
**affects** [1] - 83:9
**affiliation** [1] - 89:14
**afraid** [5] - 22:1, 22:19, 28:25, 80:12, 82:24
**afternoon** [4] - 68:14,

76:4, 81:11, 116:8
**afterwards** [4] - 27:19, 130:24, 141:1, 153:6
**agencies** [2] - 153:20, 153:23
**agency** [5] - 51:5, 109:18, 109:23, 143:13, 148:17
**agent** [4] - 17:24, 56:23, 61:17, 84:23
**agents** [10] - 19:3, 23:12, 38:4, 38:24, 43:3, 68:25, 69:24, 84:5, 87:9, 88:20
**aggregate** [1] - 147:4
**aggressive** [1] - 22:24
**ago** [1] - 61:1
**agonizing** [1] - 31:6
**agree** [2] - 10:22, 16:8
**agreeable** [1] - 13:8
**agreed** [18] - 7:24, 8:7, 9:22, 66:4, 84:15, 86:23, 99:4, 99:5, 99:10, 100:19, 101:17, 102:9, 102:15, 102:18, 113:9, 113:11, 154:19, 155:16
**agreed-upon** [3] - 100:19, 102:9, 102:15
**agreeing** [2] - 154:20, 155:7
**agreement** [7] - 9:20, 23:17, 31:25, 102:18, 103:10, 154:19, 155:17
**ahead** [5] - 8:23, 24:7, 107:9, 139:8, 158:16
**aid** [3] - 6:22, 7:1, 7:7
**Air** [2] - 131:2, 131:6
**airport** [1] - 88:19
**airports** [1] - 88:21
**alarming** [1] - 64:22
**alcohol** [7] - 92:15, 111:4, 123:13, 134:3, 146:1, 151:23
**alcoholic** [8] - 118:13, 120:12, 120:16, 124:10, 132:14, 135:8, 135:21, 136:14
**alert** [4] - 10:20, 15:21, 51:12, 159:14
**alerted** [1] - 102:13
**alive** [1] - 68:11
**allegations** [1] - 18:1
**allergy** [1] - 70:12
**alleviate** [1] - 102:25
**allocution** [8] - 4:6,

4:15, 4:16, 5:14, 5:16, 5:17, 83:22, 139:14
**allow** [2] - 150:4, 150:12
**allowed** [3] - 31:17, 48:16, 80:10
**allowing** [1] - 81:4
**almost** [6] - 30:12, 34:19, 52:5, 72:13, 78:25
**alone** [9] - 26:8, 26:9, 26:11, 28:6, 62:21, 68:7, 78:13, 80:5, 90:9
**altar** [1] - 61:18
**alternative** [1] - 126:23
**amends** [1] - 105:15
**America** [1] - 86:13
**AMERICA** [1] - 1:3
**amount** [14] - 22:6, 31:14, 32:1, 37:16, 43:18, 50:1, 83:6, 103:8, 103:10, 104:8, 146:18, 152:16, 153:6
**anal** [1] - 115:14
**anew** [2] - 48:24, 49:19
**ANGELA** [1] - 1:12
**Angela** [1] - 2:6
**angela.buckner.2@ usdoj.gov** [1] - 1:16
**anger** [7] - 39:4, 70:2, 70:3, 71:24, 82:12, 95:16, 109:15
**angle** [1] - 66:19
**angry** [3] - 43:18, 72:3, 77:12
**anguish** [3] - 52:23, 53:20, 60:22
**ANN** [1] - 1:13
**announced** [1] - 48:10
**answer** [1] - 105:23
**answering** [2] - 67:14, 67:15
**anticipate** [2] - 5:4, 33:9
**anticipated** [1] - 84:18
**antidepressant** [1] - 46:3
**antidepressants** [1] - 83:12
**anxiety** [17] - 27:3, 27:18, 27:21, 28:7, 28:16, 29:6, 31:15, 47:19, 51:11, 51:14, 52:2, 66:4, 66:16, 70:2, 82:13, 83:5,

111:20
**anxiously** [1] - 60:20
**anyway** [1] - 10:18, 54:5, 156:20
**apart** [4] - 4:9, 52:15, 71:7, 81:25
**apartment** [28] - 25:20, 26:6, 26:10, 35:1, 35:6, 35:7, 55:15, 63:10, 86:23, 91:8, 113:18, 117:5, 118:11, 120:11, 122:4, 123:9, 125:17, 126:21, 126:22, 126:24, 128:15, 128:16, 128:19, 132:12, 133:15, 135:6, 142:24
**apologies** [1] - 105:19
**apologize** [3] - 33:11, 95:13, 108:5
**apologizing** [1] - 56:9
**apology** [1] - 105:14
**appeal** [10] - 154:17, 154:21, 155:5, 155:7, 155:16, 155:18, 155:19, 156:11, 156:12, 156:14
**Appeals** [1] - 150:3
**appear** [6] - 30:18, 72:24, 110:20, 110:24, 141:3, 153:10
**appearance** [2] - 62:16, 62:17
**APPEARANCES** [1] - 1:11
**appearances** [1] - 145:20
**appeared** [3] - 51:4, 66:22, 138:10
**Apple** [2] - 131:20, 133:1
**applicable** [1] - 100:19
**application** [14] - 79:20, 93:6, 115:1, 116:7, 118:9, 120:9, 122:2, 123:7, 125:11, 126:15, 132:10, 133:13, 135:4, 135:18
**applications** [1] - 91:20
**applied** [1] - 156:8
**appoint** [1] - 103:21
**appointment** [1] - 56:21
**appraise** [10] - 115:23,

117:24, 119:22, 121:16, 122:23, 123:25, 125:1, 126:6, 127:25, 129:11
**appraising** [1] - 114:11
**approaching** [6] - 28:25, 60:3, 68:12, 73:16, 76:2, 81:9
**appropriate** [9] - 8:2, 100:10, 100:13, 104:20, 108:21, 110:16, 146:20, 146:22, 153:20
**approval** [2] - 151:8, 151:10, 152:14
**approved** [1] - 153:21
**apps** [3] - 57:1, 70:15, 142:22
**April** [5] - 125:11, 125:22, 132:10, 136:13, 136:18
**area** [5] - 60:6, 76:8, 115:16, 128:11, 129:5
**areas** [1] - 48:17
**argument** [2] - 104:15, 108:20
**arguments** [1] - 41:9
**arm** [3] - 123:17, 124:18, 132:22
**arms** [3] - 45:18, 121:2, 135:1
**arouse** [10] - 118:6, 120:3, 121:23, 123:4, 124:5, 125:7, 126:11, 128:6, 129:17, 130:19
**arranged** [2] - 102:20, 102:21
**arrested** [2] - 93:8, 156:21
**arrival** [1] - 62:10
**arrive** [1] - 5:22
**arrived** [10] - 63:10, 69:20, 116:18, 118:12, 120:12, 120:15, 122:5, 123:10, 132:13, 135:7
**articles** [1] - 70:22
**ashamed** [5] - 56:8, 69:25, 71:1, 92:19, 141:13
**Asia** [1] - 109:8
**aside** [1] - 18:24
**asleep** [1] - 19:14
**aspect** [1] - 39:22
**aspects** [3] - 74:14,

80:22, 139:9
**assault** [16] - 18:1, 30:9, 31:12, 32:25, 60:14, 86:17, 86:21, 114:25, 125:9, 126:13, 128:8, 132:8, 133:11, 135:2, 135:16, 136:9
**Assault** [6] - 116:5, 118:7, 120:7, 121:25, 123:5, 124:7
**assaulted** [11] - 20:6, 30:8, 31:8, 32:6, 61:25, 91:9, 93:24, 116:2, 120:5, 140:21, 143:7
**assaulting** [5] - 20:9, 38:6, 90:5, 91:7, 115:11
**assaultive** [1] - 144:18
**assaults** [2] - 19:6, 87:6
**assessment** [17] - 8:9, 8:13, 103:13, 104:2, 104:19, 110:14, 110:18, 110:22, 147:15, 148:22, 148:23, 148:24, 152:25, 154:2
**assets** [2] - 110:8, 110:21
**assigned** [3] - 109:20, 113:19, 113:21
**assignment** [3] - 70:18, 71:13, 89:5
**assignments** [4] - 109:19, 111:20, 112:25, 138:9
**assistance** [3] - 141:9, 155:19, 156:4
**assistant** [1] - 58:6
**assisting** [1] - 58:6
**assume** [4] - 49:12, 104:6, 143:8, 145:21
**assumes** [1] - 151:21
**assuming** [4] - 3:11, 4:16, 4:20, 13:12
**assurances** [1] - 93:14
**assure** [2] - 17:7, 57:23
**astringent** [1] - 35:19
**atrocity** [2] - 51:7, 89:21
**attached** [1] - 6:23
**attack** [3] - 39:4, 91:16, 112:19
**attacks** [9] - 27:3, 28:3, 67:4, 67:6, 70:2, 70:21, 87:24,

99:24, 155:21
**attempt** [4] - 20:24, 48:23, 151:15, 155:23
**attempted** [3] - 88:12, 137:16, 144:10
**attempts** [1] - 150:23
**attended** [2] - 66:1, 138:4
**attending** [1] - 2:18
**attention** [5] - 17:21, 24:9, 24:19, 52:12, 106:10
**attorney** [1] - 2:8
**attorney's** [1] - 46:16
**ATTORNEY'S** [1] - 1:13
**Attorney's** [1] - 152:12
**attorneys** [3] - 4:15, 86:17, 87:9
**attracted** [1] - 112:7
**attractive** [2] - 75:15, 144:2
**attuned** [1] - 40:1
**audacity** [1] - 20:22
**August** [1] - 113:16
**AUSA** [1] - 2:8
**authenticity** [1] - 83:9
**authorities** [1] - 88:17
**authority** [1] - 155:10
**authorize** [1] - 152:10
**authorizing** [1] - 148:12
**auto** [1] - 82:14
**automatically** [1] - 156:19
**autonomous** [1] - 76:7
**AV** [3] - 17:4, 24:14, 114:9
**AV-1** [24] - 6:1, 15:4, 42:9, 42:20, 87:23, 87:24, 89:1, 90:2, 91:9, 93:21, 110:19, 114:20, 114:25, 115:3, 115:5, 115:9, 115:10, 115:13, 115:20, 115:21, 115:23, 115:25, 116:2
**AV-1's** [1] - 116:1
**AV-12** [11] - 50:10, 89:17, 91:10, 135:2, 135:3, 135:5, 135:6, 135:8, 135:10, 135:12, 135:13
**AV-12's** [1] - 135:15
**AV-15** [16] - 91:19, 125:9, 125:10, 125:12, 125:13, 125:16, 125:18,

125:19, 125:20, 125:22, 125:23, 125:25, 126:3, 126:5, 126:6, 126:9
**AV-15's** [3] - 125:17, 126:1, 126:9
**AV-16** [1] - 88:4
**AV-17** [20] - 6:8, 60:5, 87:23, 87:24, 90:4, 128:9, 128:12, 128:19, 128:22, 128:24, 128:25, 129:5, 129:8, 129:10, 129:11, 129:14, 129:20, 129:23
**AV-17's** [4] - 129:3, 129:4, 129:6, 129:14
**AV-18** [2] - 85:7, 88:4
**AV-19** [1] - 131:17
**AV-2** [23] - 29:24, 89:17, 131:7, 131:24, 133:11, 133:12, 133:14, 133:16, 133:17, 133:19, 133:20, 133:23, 133:25, 134:2, 134:3, 134:4, 134:6, 134:8, 134:11, 134:15, 134:16, 134:19, 134:24
**AV-2's** [3] - 133:14, 134:18, 134:25
**AV-20** [2] - 131:11, 131:14
**AV-22** [10] - 136:9, 136:10, 136:14, 136:15, 136:16, 136:18, 136:19, 136:21, 136:22, 136:25
**AV-22's** [1] - 136:23
**AV-23** [11] - 124:7, 124:8, 124:12, 124:14, 124:17, 124:19, 124:23, 124:25, 125:1, 125:4, 125:5
**AV-23's** [1] - 124:18
**AV-24** [1] - 90:24
**AV-25** [1] - 88:3
**AV-26** [16] - 88:3, 123:5, 123:6, 123:8, 123:10, 123:11, 123:13, 123:14, 123:15, 123:16, 123:19, 123:22, 123:24, 123:25, 124:3

**AV-26's** [2] - 123:17, 124:3
**AV-3** [9] - 135:16, 135:17, 135:19, 135:21, 135:22, 135:23, 135:25, 136:1, 136:4
**AV-3's** [2] - 136:3, 136:6
**AV-4** [19] - 33:7, 88:3, 91:23, 100:2, 126:13, 126:14, 126:16, 126:20, 126:22, 126:24, 127:6, 127:7, 127:9, 127:12, 127:22, 127:24, 127:25, 128:3
**AV-4's** [3] - 127:15, 127:16, 127:19
**AV-5** [15] - 91:2, 121:25, 122:1, 122:3, 122:5, 122:7, 122:8, 122:10, 122:13, 122:18, 122:20, 122:22, 122:23, 123:1
**AV-5's** [4] - 122:15, 122:17, 122:18, 123:1
**AV-6** [14] - 120:7, 120:8, 120:10, 120:12, 120:13, 120:15, 120:17, 120:18, 120:22, 121:13, 121:15, 121:16, 121:19, 121:21
**AV-6's** [7] - 120:24, 120:25, 121:2, 121:3, 121:9, 121:10, 121:20
**AV-7** [23] - 6:5, 87:23, 90:3, 91:7, 118:7, 118:8, 118:10, 118:12, 118:14, 118:15, 118:16, 118:24, 119:1, 119:3, 119:6, 119:11, 119:18, 119:20, 119:21, 119:24, 120:1, 120:5
**AV-7's** [5] - 119:10, 119:13, 119:14, 119:15, 119:25
**AV-8** [13] - 6:11, 89:17, 90:6, 91:6, 132:8, 132:9, 132:11, 132:13, 132:15, 132:16, 132:18,

132:19, 133:9
**AV-8's** [2] - 132:21, 132:22
**AV-9** [21] - 83:25, 85:11, 91:5, 91:6, 116:5, 116:6, 116:10, 116:12, 116:18, 116:20, 116:21, 116:22, 116:23, 117:2, 117:4, 117:7, 117:19, 117:21, 117:23, 117:24, 118:2
**AV-9's** [8] - 117:9, 117:10, 117:11, 117:13, 117:14, 117:16, 118:3, 118:4, 118:4
**AV4's** [1] - 128:4
**available** [8] - 32:8, 47:8, 49:9, 99:9, 99:14, 101:8, 104:1, 110:6
**Avenue** [2] - 1:23, 161:12
**avoid** [5] - 29:9, 52:11, 70:12, 86:20, 102:1
**avoided** [2] - 58:5, 58:6
**awaited** [1] - 60:20
**awake** [1] - 39:10
**awaking** [1] - 64:7
**award** [1] - 155:9
**awards** [1] - 97:4
**aware** [2] - 57:24, 141:24
**awareness** [1] - 107:13
**awful** [3] - 31:22, 97:14, 137:8
**awoke** [1] - 134:6

---

**B**

**bachelor's** [1] - 60:9
**back-up** [1] - 92:3
**bad** [12] - 18:8, 19:14, 19:15, 27:15, 31:16, 35:23, 56:11, 73:20, 74:16, 78:1, 137:10
**bagged** [1] - 20:3
**Bailey** [1] - 19:9
**balance** [2] - 36:16, 37:6, 153:1
**balancing** [3] - 97:13, 101:7, 101:13
**balcony** [4] - 35:12, 35:14, 127:2, 127:4
**bank** [1] - 110:7
**bar** [5] - 69:10, 69:20,

91:16, 126:18, 126:20
**barely** [1] - 69:13
**base** [4] - 9:1, 9:5, 9:8, 9:11
**based** [8] - 104:18, 145:9, 150:11, 152:1, 153:6, 156:1, 159:5
**basic** [1] - 147:21
**basis** [6] - 27:22, 104:3, 112:9, 154:22, 155:16, 155:19
**bat** [1] - 18:7
**bathroom** [5] - 35:14, 37:10, 118:15, 123:12, 123:17
**battle** [2] - 51:11, 53:2
**battlefield** [1] - 52:9
**battling** [1] - 22:24
**bear** [1] - 39:16
**Beast** [1] - 40:12
**beauty** [1] - 32:18
**became** [5] - 40:23, 48:2, 61:23, 106:4, 106:16
**become** [9] - 23:9, 27:7, 44:7, 50:25, 51:19, 52:9, 52:11, 81:3, 106:1
**becomes** [2] - 16:1, 34:15
**becoming** [3] - 20:13, 27:9, 90:21
**bed** [35] - 36:22, 39:10, 55:24, 61:22, 63:2, 63:17, 63:22, 64:5, 64:17, 67:11, 74:13, 116:24, 117:8, 118:17, 119:4, 120:23, 121:2, 121:12, 122:8, 122:14, 123:20, 125:24, 127:7, 127:13, 128:20, 129:2, 132:20, 134:20, 134:25, 135:14, 136:3, 136:20, 137:9, 137:10
**bedroom** [3] - 69:2, 78:21, 123:16
**befall** [1] - 94:12
**BEFORE** [1] - 1:10
**beforehand** [1] - 27:18
**began** [6] - 28:6, 33:19, 33:24, 39:3, 43:22, 115:2
**begin** [9] - 45:4, 48:24,

53:15, 53:23, 81:12, 81:17, 105:11, 107:21, 153:3
**beginning** [5] - 32:13, 32:17, 44:22, 85:14, 107:9
**begun** [1] - 93:15
**behalf** [7] - 2:7, 2:12, 4:10, 23:15, 94:25, 95:12
**behaved** [1] - 25:4
**behavior** [12] - 21:1, 58:10, 73:6, 93:18, 105:9, 105:13, 106:1, 106:7, 107:2, 107:14, 140:3, 144:18
**behaviors** [3] - 20:23, 82:15, 97:24
**behind** [5] - 20:16, 23:3, 46:12, 71:20, 97:24
**belabor** [1] - 96:16
**belief** [2] - 18:25, 143:11
**belies** [1] - 142:2
**bell** [1] - 33:21
**belong** [2] - 35:25, 36:1
**belongings** [1] - 26:5
**benefit** [2] - 99:19, 159:2
**benign** [1] - 141:25
**BERNARD** [1] - 1:18
**beside** [1] - 70:6
**best** [9] - 3:19, 5:13, 28:2, 48:16, 79:5, 87:13, 91:10, 93:18, 93:20, 161:6
**bestowed** [1] - 94:7
**betray** [1] - 51:7
**betrayal** [1] - 87:10
**betrayed** [6] - 57:5, 72:6, 94:7, 94:8, 105:13, 143:16
**betrays** [1] - 53:5
**better** [8] - 40:17, 73:9, 87:25, 97:22, 101:14, 103:25, 107:6, 137:13
**between** [8] - 52:15, 86:16, 90:11, 99:10, 119:17, 129:21, 132:23, 133:3
**beverage** [1] - 118:13
**beverages** [7] - 120:13, 120:16, 124:10, 132:15, 135:8, 135:21, 136:14

**beyond** [4] - 34:19, 67:1, 73:5, 96:2
**biggest** [2] - 39:7, 80:10
**bill** [1] - 62:12
**bills** [2] - 31:23, 32:3
**birthdays** [2] - 71:6, 71:7
**Bistrot** [1] - 34:10
**bit** [10] - 17:18, 26:11, 43:23, 45:5, 49:2, 49:5, 54:18, 54:19, 76:5, 106:10
**black** [1] - 69:14
**blacked** [2] - 33:23, 85:9
**blame** [6] - 25:5, 40:6, 56:17, 88:2, 141:17, 143:8
**blameworthy** [1] - 142:11
**blaming** [1] - 22:10
**blank** [4] - 36:21, 69:14, 71:22, 77:5
**blatant** [2] - 72:25, 90:19
**blemish** [1] - 96:24
**blue** [2] - 131:1, 131:13
**blunt** [2] - 19:12, 115:15
**blur** [1] - 69:7
**board** [1] - 157:4
**bodies** [2] - 85:22, 89:25
**body** [25] - 19:11, 19:18, 27:8, 64:4, 66:3, 66:13, 66:24, 67:1, 67:3, 67:12, 74:12, 84:10, 117:11, 117:19, 119:13, 119:14, 119:15, 124:21, 126:1, 129:6, 136:23, 137:6, 143:4, 143:6, 143:11
**bonded** [2] - 18:10, 91:17
**bonus** [1] - 27:15
**booked** [1] - 92:4
**BOP** [9] - 13:5, 14:6, 14:9, 15:11, 99:17, 100:6, 101:5, 140:1, 140:2
**born** [2] - 87:14, 112:9
**bothersome** [1] - 72:2
**bottle** [6] - 35:7, 35:15, 115:4, 126:25, 127:2, 127:4
**bottom** [2] - 43:2,

101:12
**boundaries** [2] - 39:6, 65:16
**box** [1] - 16:24
**boxes** [1] - 87:17
**boy** [1] - 61:18
**Boyd** [1] - 111:25
**Boyd's** [1] - 7:6
**bra** [5] - 41:19, 127:15, 127:16, 134:6, 134:13
**bra's** [1] - 134:20
**bragged** [2] - 20:11, 143:21
**brain** [2] - 38:16, 38:22
**brave** [2] - 32:21, 75:7
**brazen** [2] - 42:7, 94:3
**brazenly** [1] - 144:9
**break** [11] - 3:24, 5:11, 47:5, 50:4, 54:10, 58:15, 58:18, 86:18, 94:18, 94:19, 108:9
**breakdown** [1] - 47:18
**breaking** [2] - 61:10, 94:18
**breaks** [3] - 3:21, 86:16, 86:24
**breakup** [1] - 62:4
**breast** [10] - 117:15, 117:16, 118:4, 121:9, 121:21, 122:18, 123:2, 123:21, 124:22, 125:5
**breasts** [17] - 64:3, 84:11, 117:10, 119:10, 120:25, 121:11, 124:4, 127:16, 128:4, 128:25, 130:16, 132:21, 134:13, 134:21, 135:15, 136:6, 136:21
**breathe** [4] - 27:5, 67:7, 91:3, 122:18
**Brian** [41] - 2:3, 2:12, 17:7, 30:4, 33:20, 45:5, 49:3, 54:21, 60:14, 60:17, 60:20, 60:25, 61:3, 61:13, 61:15, 61:24, 62:6, 62:10, 62:20, 62:22, 63:4, 63:7, 64:7, 64:9, 64:10, 65:1, 65:12, 66:18, 67:20, 68:7, 71:6, 77:4, 80:16, 80:20, 85:2, 87:8, 88:24, 93:4, 94:14, 147:2, 154:7
**BRIAN** [1] - 1:6

**Brian's** [2] - 63:9, 64:15
**brief** [1] - 76:13
**briefly** [1] - 121:5
**brightest** [1] - 138:13
**bring** [13] - 7:12, 22:7, 24:9, 24:18, 42:10, 42:19, 42:21, 42:23, 43:4, 95:9, 95:19, 105:21, 146:10
**bringing** [1] - 69:7
**brings** [3] - 75:21, 81:19, 142:23
**broke** [1] - 40:12
**broken** [1] - 68:20
**brought** [13] - 61:22, 69:9, 73:11, 81:25, 86:6, 89:8, 91:9, 115:4, 125:15, 131:3, 133:5, 133:15, 134:3
**bruise** [2] - 126:1, 137:9
**bruised/pulled** [1] - 137:6
**bruises** [4] - 19:11, 19:13, 115:17, 143:11
**bruising** [1] - 136:24
**brushing** [1] - 63:23
**BUCKNER** [48] - 1:12, 2:6, 2:22, 3:3, 3:10, 3:18, 5:1, 5:21, 6:14, 7:20, 12:16, 12:20, 14:14, 15:6, 15:12, 16:17, 16:19, 16:21, 16:25, 17:3, 23:22, 24:1, 24:5, 33:6, 44:23, 44:25, 45:3, 47:4, 47:9, 47:11, 50:7, 54:4, 54:12, 58:17, 58:23, 59:1, 60:3, 68:12, 73:16, 76:2, 81:9, 83:19, 83:25, 104:13, 110:17, 137:23, 154:12, 160:11
**Buckner** [1] - 2:7
**bucks** [1] - 116:16
**build** [2] - 51:2, 81:1
**built** [2] - 48:18, 55:10
**Bumble** [5] - 116:7, 118:9, 125:11, 133:13, 135:4
**bunch** [1] - 4:19
**burden** [1] - 103:1
**Bureau** [9] - 99:15, 100:25, 104:10, 111:23, 140:1, 140:5, 140:10,

147:3, 148:16
**Burkholder** [1] - 14:5
**business** [5] - 2:17, 4:25, 109:9, 109:10, 112:11
**busy** [1] - 86:9
**buttocks** [8] - 117:13, 117:15, 118:4, 123:2, 126:2, 126:10, 130:16, 136:6
**buy** [1] - 69:12
**bye** [1] - 62:23

---

## C

**cab** [1] - 69:10
**Cabernet** [1] - 35:8
**calculated** [2] - 44:7, 72:7
**calculation** [1] - 8:23
**calculations** [3] - 8:24, 10:25, 13:14
**California** [1] - 133:15
**callously** [1] - 143:21
**calm** [1] - 66:22
**cameras** [2] - 66:10, 130:8
**cancer** [5] - 18:11, 18:16, 18:20, 22:25, 112:19
**cancer-stricken** [1] - 18:16
**cannot** [3] - 31:12, 43:9, 53:1
**capable** [1] - 149:19
**capacity** [1] - 33:15
**Capitol** [1] - 17:22
**captures** [1] - 121:8
**car** [1] - 55:8
**card** [3] - 131:2, 131:5, 131:16
**care** [10] - 3:23, 18:15, 58:2, 62:22, 65:5, 65:8, 65:9, 112:21, 114:4, 160:23
**cared** [1] - 72:3
**career** [11] - 7:10, 30:22, 76:8, 89:11, 97:1, 110:4, 138:20, 138:24, 139:10, 144:14, 144:20
**careful** [1] - 159:21
**carefully** [1] - 91:21
**careless** [1] - 42:7
**carriage** [1] - 133:8
**carrier** [1] - 133:7
**carry** [1] - 144:9
**carrying** [1] - 144:21
**Case** [1] - 2:2

**case** [40] - 3:22, 7:25, 14:5, 14:10, 33:15, 36:2, 37:16, 48:9, 66:18, 66:19, 67:14, 71:16, 76:24, 84:12, 85:3, 85:16, 86:4, 86:7, 86:11, 87:7, 87:18, 88:7, 88:20, 90:24, 92:10, 92:13, 93:2, 93:21, 94:2, 97:7, 98:6, 100:19, 101:7, 108:12, 108:20, 143:21, 151:6, 154:8, 155:3, 156:15
**cash** [1] - 62:13
**Casillero** [1] - 35:8
**casually** [1] - 37:3
**Category** [1] - 9:17
**caught** [4] - 42:1, 42:8, 93:11, 146:10
**caused** [27] - 19:21, 21:18, 21:20, 22:18, 25:11, 26:3, 27:14, 27:17, 27:20, 27:23, 31:15, 43:12, 60:23, 77:10, 80:22, 82:16, 82:21, 82:24, 83:6, 88:25, 105:16, 107:1, 107:15, 107:19, 120:1, 121:21, 125:5
**causes** [1] - 130:15
**causing** [5] - 25:22, 26:23, 67:4, 119:14, 121:5
**cautious** [1] - 48:8
**certain** [11] - 7:14, 32:1, 39:13, 57:3, 73:24, 83:6, 83:12, 138:1, 138:9, 142:17, 157:2
**certainly** [19] - 3:14, 7:13, 10:25, 42:2, 75:14, 96:24, 110:25, 139:11, 139:20, 141:14, 141:16, 143:15, 144:13, 144:21, 144:24, 145:2, 145:10, 153:9, 160:3
**certificate** [2] - 89:4, 109:9
**CERTIFICATE** [1] - 161:1
**certificates** [3] - 7:3, 109:12, 139:6
**certify** [1] - 161:4
**cetera** [15] - 15:4, 21:22, 103:1, 103:2,

140:8, 144:5,
144:25, 146:18
**chair** [1] - 137:9
**challenge** [2] - 49:23,
155:23
**chambers** [2] - 10:20,
159:14
**chance** [4] - 44:16,
63:13, 80:14, 116:16
**change** [15] - 12:24,
26:3, 28:9, 41:1,
46:22, 70:17,
105:20, 107:16,
111:15, 138:8,
140:6, 153:16,
153:17, 155:24,
157:6
**changed** [7] - 8:23,
36:5, 50:16, 53:8,
62:20, 77:11, 155:6
**changing** [2] - 28:12,
140:7
**chaos** [1] - 66:19
**chapter** [5] - 23:2,
29:6, 53:14, 73:10,
95:9
**character** [2] - 18:23,
138:21
**characteristic** [1] -
35:19
**characteristics** [4] -
35:25, 96:22, 97:10,
97:18
**charge** [1] - 83:4
**charged** [3] - 4:2,
89:20, 129:25
**charges** [1] - 152:13
**charm** [1] - 71:19
**charming** [5] - 19:14,
37:22, 45:11, 55:7,
61:19
**chat** [1] - 65:7
**check** [1] - 37:10
**cheek** [1] - 115:18
**cheese** [5] - 115:7,
118:12, 122:5,
123:11, 132:14
**cheeses** [1] - 116:20
**chemical** [1] - 76:6
**Chicago** [6] - 60:6,
61:4, 64:9, 64:15,
128:10, 129:23
**child** [2] - 61:16, 79:10
**childhood** [3] - 65:4,
79:21, 112:14
**children** [3] - 79:11,
87:1, 87:14
**Chile** [1] - 109:5
**chocolate** [1] - 122:6
**chocolates** [1] - 115:8

**choose** [1] - 58:4
**chose** [3] - 20:19,
21:4, 43:15
**chosen** [1] - 78:19
**Christmas** [1] - 73:25
**CIA** [4] - 40:13, 49:4,
51:6, 61:17
**Circuit** [1] - 14:5
**circumstance** [1] -
89:4
**circumstances** [5] -
87:6, 88:22, 89:7,
92:17
**circumvent** [1] -
150:23
**citations** [1] - 137:20
**cited** [2] - 148:15,
150:8
**cities** [2] - 28:9, 28:12
**citizen** [1] - 92:24
**City** [21] - 25:3, 28:11,
48:17, 70:19, 76:10,
113:17, 113:19,
113:20, 113:23,
115:6, 116:19,
118:11, 120:11,
122:4, 123:9,
132:12, 133:4,
134:1, 134:2,
134:19, 135:6
**city** [2] - 86:19, 86:20
**claim** [2] - 72:25,
156:3
**claimed** [3] - 35:4,
37:5, 70:15
**claiming** [2] - 32:17,
36:10
**claims** [1] - 154:22
**class** [1] - 93:18
**classes** [1] - 98:3
**clauses** [1] - 49:16
**claws** [1] - 82:2
**clean** [1] - 37:21
**clean-cut** [1] - 37:21
**clear** [7] - 34:6, 53:18,
69:7, 74:12, 88:17,
96:7, 142:21
**clearance** [3] - 30:17,
30:22, 144:3
**clearances** [1] - 75:19
**clearly** [5] - 55:22,
138:25, 143:25
**Clerk** [3] - 152:21,
153:16, 153:17
**client** [1] - 4:9
**close** [20] - 21:20,
25:21, 28:20, 29:5,
53:14, 61:9, 73:10,
92:9, 95:9, 112:16,
112:17, 116:11,

117:9, 119:9,
120:25, 132:21,
135:15, 136:21,
137:10, 143:21
**close-up** [2] - 119:9,
120:25
**close-ups** [4] - 117:9,
132:21, 135:15,
136:21
**closed** [2] - 119:11,
127:13
**closely** [1] - 101:18
**closer** [1] - 95:21
**closest** [2] - 64:21,
65:18
**closing** [1] - 27:8
**closure** [9] - 67:19,
73:13, 95:10, 95:19,
95:21, 105:22,
107:23, 142:8,
160:19
**clothed** [1] - 127:8
**clothes** [1] - 37:12
**clothing** [1] - 143:3
**cloud** [2] - 131:22,
132:3
**clue** [1] - 72:6
**co** [2] - 57:13, 78:25
**co-exist** [1] - 78:25
**cocky** [1] - 42:7
**code** [1] - 130:1
**coercing** [1] - 90:3
**Coercion** [1] - 128:8
**coercion** [1] - 6:7
**coffee** [2] - 84:16,
84:20
**cognitive** [1] - 98:8
**cold** [2] - 62:10, 86:14
**collateral** [3] - 155:4,
155:21, 155:25
**colleague** [1] - 17:24
**colleagues** [2] - 2:8,
70:17
**collected** [1] - 6:25
**collection** [1] - 148:9
**COLLEEN** [1] - 1:10
**college** [3] - 61:2,
109:3, 110:2
**Colombia** [1] - 55:13
**COLUMBIA** [1] - 1:1
**coma** [1] - 81:24
**combination** [1] -
151:2
**comforted** [1] - 53:6
**coming** [12] - 5:20,
17:3, 44:25, 47:11,
50:7, 55:11, 73:10,
95:20, 99:1, 141:23,
146:19, 150:11
**commendations** [1] -

139:12
**commented** [1] -
85:18
**comments** [4] - 25:10,
27:22, 62:15, 143:23
**commerce** [2] -
129:24, 133:8
**commercial** [1] - 76:9
**Commission** [1] -
156:6
**commit** [3] - 51:7,
89:21, 147:23
**commitment** [2] -
102:20, 107:16
**committed** [6] - 31:2,
31:4, 39:18, 42:3,
97:25, 147:3
**common** [1] - 133:7
**communicate** [3] -
16:5, 73:2, 151:5
**communicated** [1] -
30:12
**communicating** [3] -
62:7, 114:13, 133:21
**communication** [1] -
149:17
**communications** [1] -
60:9
**community** [4] -
40:16, 50:24, 51:2,
112:12
**companions** [2] -
2:23, 87:3
**company** [2] - 76:17,
112:10
**compared** [2] - 32:2,
80:25
**comparison** [1] -
43:13
**compassion** [1] -
78:12
**compatible** [1] -
115:15
**competitive** [1] -
159:3
**complaint** [1] - 29:9
**complete** [3] - 66:19,
106:21, 161:6
**completed** [4] -
108:13, 109:12,
109:19, 139:7
**completely** [6] - 57:2,
74:11, 79:22, 80:25,
122:13, 136:19
**completing** [1] - 7:5
**completion** [1] -
153:25
**compliance** [2] -
149:8, 150:9
**complicated** [2] -

26:20, 45:21
**complicating** [1] -
51:1
**comply** [2] - 148:14,
148:20
**computer** [14] - 9:12,
131:20, 133:7,
149:14, 149:16,
149:24, 150:4,
150:5, 150:6, 150:9,
150:10, 150:14,
150:19
**computers** [7] -
101:21, 149:14,
149:16, 149:19,
150:13, 150:25
**conceding** [1] - 100:4
**conceivable** [1] -
107:18
**concentrate** [2] -
26:20, 78:1
**concept** [1] - 82:17
**concern** [2] - 93:11,
145:2, 150:17
**concerned** [3] - 83:14,
90:23, 158:14
**concerning** [1] - 90:19
**concerns** [2] - 15:20,
157:20
**concluded** [2] - 144:8,
160:25
**concludes** [1] - 83:19
**concurrent** [2] - 9:19,
147:8
**concurrently** [1] -
147:13
**condition** [10] - 89:12,
111:8, 111:10,
149:10, 149:21,
149:22, 149:23,
150:10, 151:1,
155:10
**conditions** [8] -
100:23, 147:18,
147:19, 147:22,
148:21, 149:13,
149:15, 155:11
**conduct** [35] - 90:10,
90:18, 92:18, 94:3,
94:14, 98:18, 101:2,
113:8, 114:11,
114:14, 115:24,
117:25, 119:22,
121:17, 122:24,
124:1, 125:2, 125:3,
126:7, 128:1,
129:12, 129:24,
138:21, 139:1,
139:11, 140:3,
140:25, 144:22,

146:9, 146:23, 147:21, 149:21, 150:12, 154:24, 155:2
**conducted** [2] - 149:25, 150:18
**conference** [7] - 3:23, 5:9, 47:8, 54:11, 84:6, 86:14, 86:22
**confident** [1] - 23:6
**confinement** [1] - 100:23
**confirm** [1] - 68:25
**conflict** [1] - 109:16
**conflicting** [2] - 159:8, 159:22
**conformance** [1] - 108:22
**confronted** [1] - 109:24
**confused** [4] - 47:16, 63:6, 63:16, 64:7
**confusion** [2] - 61:13, 64:17
**congressional** [1] - 110:2
**connect** [3] - 71:11, 82:20, 91:18
**connection** [1] - 154:8
**connections** [1] - 50:24
**connects** [1] - 38:15
**conquests** [2] - 93:8, 143:22
**conscious** [1] - 37:16
**consciously** [2] - 35:9, 53:4
**consciousness** [29] - 90:23, 115:9, 115:10, 116:22, 116:23, 118:15, 118:16, 120:13, 120:17, 122:7, 122:8, 123:15, 123:19, 123:20, 124:13, 125:18, 125:19, 127:6, 127:7, 128:19, 128:20, 132:15, 133:17, 133:18, 134:5, 135:9, 135:22, 136:15
**consecutive** [2] - 23:25, 24:1
**consensual** [1] - 73:24
**consent** [9] - 12:9, 12:17, 12:22, 30:8, 41:22, 51:23, 64:2, 90:7, 90:15
**consented** [1] - 73:24

**consenting** [15] - 117:3, 118:25, 120:19, 122:11, 124:15, 125:21, 127:10, 128:23, 130:11, 132:17, 134:9, 134:17, 135:11, 135:24, 136:17
**consequences** [5] - 22:21, 77:14, 88:6, 107:6, 146:11
**consider** [8] - 14:4, 14:10, 81:5, 96:5, 96:20, 98:19, 100:10, 108:10
**considerable** [1] - 49:15
**consideration** [7] - 7:13, 8:1, 8:14, 100:11, 100:15, 139:21, 146:25
**considered** [3] - 80:7, 140:12, 146:19
**considering** [1] - 146:5
**considers** [1] - 108:19
**consistent** [2] - 67:3, 115:14
**consistently** [2] - 98:6, 98:7
**consisting** [1] - 144:16
**consists** [1] - 147:5
**constant** [5] - 40:11, 47:22, 50:18, 51:11, 52:15
**constantly** [6] - 47:25, 48:14, 53:2, 66:24, 70:13, 140:7
**constitute** [3] - 116:3, 120:6, 130:1
**constitutes** [2] - 133:9, 161:4
**Constitution** [2] - 1:23, 161:12
**constitutional** [1] - 155:2
**construction** [1] - 112:10
**consular** [1] - 113:22
**consultation** [1] - 152:5
**consulting** [1] - 10:23
**consumed** [2] - 32:10, 37:17
**consuming** [1] - 34:24
**contact** [24] - 6:4, 12:10, 12:18, 12:23, 25:3, 46:5, 90:14,

92:1, 113:5, 116:1, 118:2, 118:3, 119:24, 119:25, 121:19, 121:20, 122:25, 124:2, 125:4, 126:8, 128:2, 129:13, 139:4, 151:4
**Contact** [1] - 114:19
**contacted** [2] - 30:3, 57:1
**contacts** [1] - 40:15
**containing** [2] - 118:14, 131:5
**contains** [2] - 149:24, 150:19
**contents** [1] - 36:10
**context** [1] - 95:20
**contingencies** [1] - 92:3
**continually** [1] - 39:22
**continue** [11] - 20:22, 22:19, 28:16, 29:11, 29:17, 52:1, 66:3, 75:13, 98:11, 98:12, 126:20
**continued** [6] - 55:9, 90:25, 106:20, 123:13, 126:19, 144:8
**continuing** [1] - 107:9
**continuously** [1] - 70:10
**contract** [3] - 26:17, 76:21, 77:21
**contributed** [1] - 97:9
**control** [15] - 61:13, 64:14, 66:7, 67:1, 91:14, 115:23, 117:25, 119:22, 121:17, 122:24, 124:1, 125:2, 126:7, 128:1, 129:12
**controlled** [2] - 147:25, 148:3
**convenient** [1] - 91:17
**conversation** [3] - 64:22, 89:13, 92:1
**conversations** [1] - 64:21
**converse** [1] - 126:19
**convicted** [1] - 148:18
**conviction** [3] - 154:21, 155:18, 155:23
**convictions** [3] - 9:16, 104:18, 109:2
**convince** [3] - 52:25, 91:22, 159:1
**convinced** [2] - 19:15, 84:5

**convincing** [2] - 19:15, 44:7
**cookies** [2] - 123:11, 135:7
**cooking** [1] - 60:11
**cool** [1] - 118:22
**cooperate** [1] - 148:9
**coordinator** [1] - 112:13
**coped** [1] - 73:8
**copy** [5] - 14:6, 14:8, 15:6, 15:11
**Corner** [1] - 128:15
**corner** [1] - 70:25
**corpse** [1] - 64:4
**corpus** [1] - 156:1
**correct** [9] - 2:22, 6:13, 12:16, 58:10, 111:7, 137:18, 137:22, 143:25, 154:10
**corrected** [1] - 99:13
**correcting** [1] - 80:23
**correctional** [2] - 98:20, 100:1
**cortisol** [1] - 52:2
**cost** [5] - 22:17, 39:17, 49:16, 91:11, 148:23
**costly** [1] - 49:7
**costs** [1] - 49:13
**couch** [3] - 36:25, 63:11, 63:12
**counsel** [10] - 2:4, 4:7, 10:23, 44:21, 83:23, 97:5, 103:21, 139:25, 155:20, 156:4
**counsel's** [2] - 5:14, 5:16
**counseling** [1] - 111:22
**Count** [16] - 5:25, 6:4, 6:7, 6:10, 9:1, 9:5, 9:8, 9:11, 9:18, 114:24, 147:5, 147:6, 147:7, 147:12
**count** [3] - 9:19, 72:21, 72:22
**counter** [1] - 35:16
**counterproductive** [1] - 99:24
**countless** [3] - 87:7, 87:8, 106:6
**countries** [8] - 61:5, 61:18, 64:25, 70:14, 73:5, 88:13, 109:19, 109:24
**country** [13] - 18:21, 48:25, 49:18, 57:19, 70:16, 92:23, 94:5,

97:2, 124:11, 135:20, 136:12, 143:16
**counts** [6] - 6:16, 8:9, 145:12, 147:11, 153:1, 153:9
**couple** [5] - 5:22, 10:10, 85:9, 137:19, 159:22
**courage** [4] - 42:17, 45:24, 60:23, 95:4
**course** [10] - 56:11, 72:13, 79:18, 86:1, 89:24, 111:14, 117:6, 119:2, 134:23, 146:15
**courses** [3] - 7:5, 138:6, 138:14
**Court** [72] - 1:22, 1:22, 3:6, 3:7, 7:25, 8:14, 10:14, 11:5, 11:6, 14:4, 14:9, 15:21, 17:4, 24:5, 33:8, 44:25, 47:11, 50:7, 50:10, 53:21, 58:18, 60:3, 68:12, 73:16, 76:2, 81:9, 83:20, 83:24, 89:8, 91:2, 92:8, 93:14, 94:25, 96:4, 96:5, 96:9, 96:17, 96:20, 97:15, 99:9, 100:5, 100:10, 100:11, 101:3, 101:16, 101:24, 102:8, 102:14, 102:22, 103:18, 103:20, 103:21, 104:2, 104:14, 108:19, 110:16, 145:8, 147:2, 149:15, 150:2, 152:21, 153:16, 153:17, 153:23, 155:10, 156:16, 157:9, 159:17, 161:11
**COURT** [115] - 1:1, 2:10, 2:16, 2:25, 3:5, 3:11, 3:20, 4:13, 5:8, 5:24, 6:15, 7:21, 7:23, 10:12, 10:15, 10:24, 11:3, 11:8, 11:11, 11:13, 11:17, 11:21, 12:3, 12:6, 12:9, 12:14, 12:17, 12:21, 13:2, 13:6, 14:1, 14:11, 14:18, 14:23, 15:9, 15:13, 15:22, 16:3, 16:12,

16:18, 16:20, 16:22, 17:2, 17:5, 17:18, 23:19, 23:24, 24:2, 24:7, 24:10, 24:16, 29:20, 29:22, 33:2, 33:12, 44:20, 44:24, 45:2, 47:2, 47:6, 47:10, 50:3, 54:1, 54:7, 54:13, 54:17, 55:1, 55:3, 58:15, 58:19, 58:24, 59:2, 60:2, 71:4, 73:15, 76:1, 82:5, 83:18, 83:21, 94:17, 94:23, 102:10, 103:3, 103:6, 103:8, 103:11, 103:15, 104:4, 104:12, 104:21, 105:1, 106:9, 108:8, 108:18, 110:11, 110:13, 110:18, 137:24, 154:13, 157:14, 157:22, 157:25, 158:5, 158:7, 158:11, 158:16, 158:23, 159:13, 159:15, 159:19, 160:6, 160:10, 160:12, 160:14, 161:1

**court** [12] - 5:1, 24:17, 72:24, 86:3, 88:18, 93:11, 94:19, 95:2, 100:22, 104:1, 152:22, 155:3

**Court's** [4] - 12:5, 14:7, 102:12, 139:20

**courtesy** [1] - 40:22

**Courthouse** [2] - 1:23, 161:11

**courtroom** [4] - 32:21, 88:19, 94:10, 142:13

**COURTROOM** [1] - 2:2

**Courts** [2] - 100:15, 100:20

**cousin** [3] - 69:4, 69:9, 69:19

**cover** [1] - 22:17

**COVID** [2] - 100:23, 111:12

**coward** [1] - 72:11

**crazy** [1] - 58:11

**create** [5] - 50:24, 66:19, 73:1, 89:14, 89:23

**created** [17] - 43:7, 44:1, 83:8, 83:11, 89:7, 93:6, 117:4,

119:1, 122:12, 124:16, 125:22, 127:11, 128:24, 132:18, 135:12, 135:25, 136:18

**creative** [1] - 60:11

**credit** [4] - 97:15, 152:13, 152:14, 156:20

**cried** [1] - 39:10

**crime** [2] - 50:11, 147:24

**crimes** [6] - 19:4, 22:20, 31:2, 31:4, 63:9, 144:9

**criminal** [14] - 2:2, 19:11, 20:13, 21:1, 94:3, 109:1, 109:14, 113:12, 129:25, 139:1, 139:10, 140:3, 140:25, 143:16

**Criminal** [5] - 1:3, 9:16, 10:3, 10:5, 154:6

**criticism** [1] - 85:18

**cross** [2] - 22:3, 29:10

**crossed** [2] - 36:6, 37:18

**CRR** [3] - 1:22, 161:3, 161:10

**crucial** [1] - 50:23

**crumbled** [1] - 52:11

**cry** [1] - 27:9

**crying** [2] - 48:14, 70:25

**cuddling** [1] - 117:19

**cues** [1] - 22:10

**curious** [1] - 54:8

**custody** [2] - 99:23, 147:3

**cut** [3] - 18:18, 37:21, 58:5

**cuts** [1] - 63:19

**cutting** [1] - 58:5

---

# D

**D.C** [14] - 5:3, 34:9, 61:4, 61:7, 68:22, 69:11, 70:15, 93:18, 125:17, 126:17, 126:18, 128:10, 128:13, 128:14

**dad** [1] - 46:14

**daily** [2] - 30:12, 63:24

**Daily** [1] - 40:12

**damage** [3] - 22:7, 26:23, 82:22

**damaged** [1] - 50:19,

82:17

**damages** [2] - 81:6, 103:25

**danger** [4] - 44:9, 67:20, 90:20, 94:11

**dangerous** [10] - 40:24, 44:3, 44:4, 91:12, 99:22, 100:9, 109:23, 109:24, 140:3, 148:25

**Daniel** [1] - 56:24

**dark** [1] - 97:12

**dark)** [1] - 137:11

**darkness** [1] - 32:22

**data** [2] - 149:17, 150:19

**date** [25] - 20:2, 34:8, 35:4, 42:16, 43:15, 79:23, 92:11, 115:2, 116:8, 116:9, 118:10, 120:10, 122:3, 123:8, 125:12, 125:13, 125:16, 126:16, 126:17, 126:21, 133:14, 134:2, 135:5, 135:19

**dated** [5] - 6:21, 10:7, 18:4, 20:10, 113:2

**Dated** [1] - 161:8

**dates** [9] - 18:9, 19:23, 20:1, 79:16, 85:20, 92:4, 93:7, 113:14, 132:11

**dating** [19] - 27:24, 57:1, 70:15, 91:20, 93:6, 115:1, 116:7, 118:9, 120:9, 122:2, 123:7, 125:11, 126:15, 132:10, 133:13, 135:4, 135:18, 142:20, 142:22

**daughter** [2] - 57:20, 57:22

**day-by-day** [1] - 58:9

**day-to-day** [2] - 19:5, 28:18

**days** [22] - 25:19, 26:12, 26:16, 27:12, 62:11, 67:10, 67:12, 67:14, 67:15, 67:16, 70:7, 70:25, 71:7, 84:22, 91:6, 92:2, 106:7, 148:4, 153:3, 153:16, 156:13, 156:14

**daytime** [1] - 67:5

**DC** [4] - 1:15, 1:19, 1:24, 161:13

**de** [1] - 48:16

**dead** [3] - 28:2, 64:5, 74:11

**deal** [8] - 21:5, 21:9, 22:17, 25:8, 40:5, 57:11, 75:6, 104:12

**dealing** [2] - 18:11, 95:17

**dealings** [1] - 101:23

**dealt** [3] - 6:20, 65:24, 87:16

**death** [1] - 51:25

**decades** [1] - 60:18

**deceitful** [1] - 72:7

**deceive** [1] - 71:19

**deceived** [1] - 57:5

**December** [8] - 45:9, 86:2, 120:15, 120:21, 124:9, 124:16, 135:18, 136:1

**decent** [2] - 45:11, 118:20

**decided** [9] - 25:19, 28:9, 29:8, 58:4, 62:3, 62:8, 63:7, 77:20, 78:11

**decision** [5] - 3:8, 4:9, 21:7, 102:5, 140:9

**decisions** [1] - 83:2

**declare** [1] - 88:22

**declining** [1] - 114:12

**decrease** [1] - 82:19

**dedicated** [5] - 78:3, 79:14, 88:7, 106:25, 138:7

**dedication** [1] - 138:20

**deemed** [1] - 155:1

**deems** [1] - 155:4

**deep** [4] - 24:24, 50:15, 52:8, 129:6

**deeper** [1] - 25:11

**deepest** [1] - 107:25

**deeply** [4] - 52:12, 64:19, 65:22, 105:8

**Defendant** [2] - 1:7, 1:18

**DEFENDANT** [3] - 2:15, 105:7, 106:12

**defendant** [250] - 3:7, 12:4, 34:8, 34:14, 35:15, 36:6, 36:22, 37:18, 41:2, 43:4, 43:6, 83:22, 83:23, 85:20, 87:5, 89:6, 89:18, 89:21, 90:10, 90:25, 91:5, 91:8, 91:12, 91:14, 91:20, 91:25, 92:17, 92:21,

93:2, 93:6, 93:23, 94:1, 94:2, 111:19, 112:1, 112:24, 113:4, 113:15, 113:17, 114:6, 114:8, 114:15, 114:17, 114:20, 114:23, 114:25, 115:1, 115:3, 115:5, 115:11, 115:19, 115:22, 115:25, 116:2, 116:6, 116:7, 116:11, 116:12, 116:15, 116:19, 116:21, 116:24, 117:3, 117:10, 117:11, 117:18, 117:21, 117:23, 118:1, 118:3, 118:4, 118:8, 118:9, 118:10, 118:12, 118:18, 118:25, 119:9, 119:12, 119:15, 119:18, 119:21, 119:23, 119:25, 120:2, 120:5, 120:8, 120:9, 120:10, 120:12, 120:16, 120:19, 120:23, 120:24, 121:1, 121:3, 121:10, 121:13, 121:15, 121:18, 121:20, 121:22, 122:1, 122:2, 122:3, 122:5, 122:11, 122:15, 122:16, 122:17, 122:20, 122:22, 122:25, 123:1, 123:2, 123:6, 123:7, 123:8, 123:10, 123:13, 123:16, 123:18, 123:21, 123:22, 123:24, 124:2, 124:3, 124:4, 124:8, 124:9, 124:12, 124:15, 124:20, 124:23, 124:25, 125:3, 125:4, 125:6, 125:9, 125:10, 125:12, 125:13, 125:15, 125:16, 125:19, 125:21, 125:25, 126:3, 126:5, 126:8, 126:9, 126:10, 126:13, 126:14, 126:16, 126:20, 127:1, 127:3, 127:8, 127:10, 127:14,

127:17, 127:19, 127:22, 127:24, 128:2, 128:3, 128:5, 128:9, 128:10, 128:11, 128:23, 129:2, 129:5, 129:8, 129:10, 129:13, 129:14, 129:16, 129:19, 129:22, 130:4, 130:7, 130:13, 130:18, 130:24, 131:3, 131:9, 131:12, 131:15, 131:18, 131:19, 132:1, 132:4, 132:8, 132:9, 132:14, 132:17, 132:22, 132:24, 133:5, 133:11, 133:12, 133:14, 133:15, 133:19, 133:21, 133:22, 134:1, 134:2, 134:7, 134:9, 134:17, 134:24, 134:25, 135:2, 135:3, 135:5, 135:7, 135:11, 135:15, 135:16, 135:17, 135:19, 135:21, 135:24, 136:3, 136:4, 136:5, 136:9, 136:10, 136:13, 136:14, 136:17, 136:20, 136:23, 136:25, 137:8, 137:15, 138:1, 138:3, 138:4, 138:7, 138:16, 138:23, 139:7, 139:10, 140:18
**defendant's** [66] - 7:1, 7:7, 7:8, 20:21, 86:23, 87:21, 88:5, 89:5, 90:2, 90:10, 90:19, 90:22, 91:15, 92:8, 92:14, 93:9, 93:13, 113:20, 114:11, 114:13, 115:13, 116:1, 116:18, 116:24, 117:7, 117:8, 117:13, 117:14, 117:16, 118:2, 118:15, 118:17, 119:4, 119:5, 119:7, 119:24, 120:14, 120:23, 121:7, 121:19, 122:8, 122:14, 123:12, 123:16, 123:20, 124:18, 128:16,

128:18, 128:20, 130:1, 131:23, 132:3, 132:6, 132:11, 132:20, 134:12, 135:14, 136:2, 136:7, 138:6, 138:8, 138:15, 138:24, 139:1, 141:18, 153:24
**defense** [2] - 83:22, 139:25
**Defense** [1] - 75:18
**defenseless** [2] - 38:18, 41:7
**definitely** [4] - 24:20, 111:6, 116:15, 141:21
**definition** [1] - 130:23
**definitions** [1] - 150:7
**deflected** [1] - 93:22
**degrade** [10] - 118:6, 120:3, 121:23, 123:4, 124:5, 125:7, 126:11, 128:6, 129:17, 130:19
**degree** [4] - 95:16, 95:23, 109:7, 146:7
**degrees** [1] - 60:9
**dehumanization** [1] - 97:9
**dehumanized** [1] - 106:17
**dehumanizing** [1] - 143:24
**del** [1] - 35:8
**delete** [2] - 137:16, 144:10
**deleted** [3] - 11:20, 11:21, 12:1
**demeanor** [4] - 77:11, 78:24, 91:25, 138:9
**demonstrate** [3] - 90:9, 98:2, 107:25
**Dempsey** [1] - 2:8
**DEMPSEY** [3] - 1:12, 29:23, 54:14
**dempsey@usdoj. gov** [1] - 1:17
**denial** [5] - 38:22, 57:2, 60:17, 106:15, 106:18
**denied** [1] - 11:6
**Dentalia** [1] - 76:18
**Department** [3] - 18:21, 33:16, 75:18
**department** [1] - 83:14
**departure** [3] - 62:20, 146:21, 146:22
**depersonalization** [1] - 106:21

**depict** [5] - 117:9, 119:5, 125:23, 128:25, 130:12
**depicted** [4] - 129:1, 142:4, 143:17, 144:25
**depicting** [19] - 60:15, 90:6, 90:17, 91:2, 92:16, 117:4, 119:1, 131:7, 131:11, 131:14, 131:17, 131:24, 132:18, 133:9, 135:12, 135:25, 136:18, 137:16, 145:1
**depictions** [1] - 145:5
**depleted** [1] - 103:19
**deposit** [1] - 26:5
**depressed** [2] - 78:23, 141:8
**depression** [8] - 19:21, 28:1, 29:7, 47:19, 65:25, 66:16, 83:6, 111:21
**deprive** [1] - 90:7
**DEPUTY** [1] - 2:2
**describe** [2] - 105:10, 111:4
**described** [8] - 61:15, 64:23, 85:20, 85:25, 138:11, 138:12, 138:19, 139:3
**describes** [2] - 138:5, 138:7
**deserve** [5] - 32:25, 42:15, 46:24, 75:24, 107:22
**deserved** [2] - 27:23, 73:7
**deserves** [2] - 72:21, 101:3
**design** [1] - 60:10
**designed** [1] - 98:8
**desire** [6] - 52:16, 95:18, 123:4, 124:6, 126:12, 128:7
**desires** [6] - 118:6, 120:4, 121:24, 125:8, 129:18, 130:20
**desperate** [2] - 48:23, 66:7
**despite** [8] - 31:23, 42:17, 47:20, 56:20, 60:22, 67:18, 70:11, 93:5
**destined** [1] - 98:25
**destroy** [1] - 25:17
**destroyed** [10] - 18:25, 29:14, 46:11, 47:15,

50:1, 50:20, 56:8, 56:16, 57:5, 141:18
**destroying** [1] - 29:17
**destructive** [2] - 82:14, 106:16
**detached** [2] - 106:16, 111:17
**detail** [1] - 34:7
**detailed** [2] - 41:6, 128:12
**details** [4] - 7:11, 33:25, 113:10, 142:18
**detained** [1] - 109:11
**deter** [2] - 34:24, 146:6
**deteriorated** [1] - 47:24
**determine** [5] - 145:8, 148:24, 150:18, 151:14, 152:3
**determined** [5] - 118:23, 148:5, 152:18, 155:12, 155:24
**determining** [4] - 96:17, 96:18, 108:21, 140:4
**deterrence** [4] - 146:4, 146:8, 146:13
**devastated** [1] - 106:5
**devastating** [4] - 47:18, 50:11, 87:14, 87:20
**devastation** [1] - 85:21
**Devens** [4] - 157:23, 158:3, 158:4, 160:3
**deviancy** [2] - 41:8, 44:6, 44:10
**device** [5] - 92:23, 121:4, 131:22, 149:24
**devices** [6] - 130:25, 132:3, 149:17, 149:19, 149:20, 154:8
**Diablo** [1] - 35:8
**diagnosed** [2] - 47:19, 111:19
**diagnoses** [1] - 91:15
**diarrhea** [1] - 67:3
**Diego** [1] - 61:7
**different** [21] - 4:21, 7:4, 13:16, 25:20, 43:10, 50:22, 57:3, 70:11, 73:9, 74:17, 80:25, 81:19, 81:23, 90:11, 111:2, 113:5, 117:11, 119:15, 134:24, 150:10,

155:4
**difficult** [8] - 44:14, 48:4, 51:1, 51:16, 61:23, 67:15, 76:5, 104:11
**difficulties** [2] - 82:24, 100:25
**difficulty** [5] - 28:13, 82:13, 82:21, 83:2, 83:3
**diligently** [2] - 43:4, 88:17
**dilute** [1] - 73:21
**dimension** [1] - 45:6
**diminishing** [1] - 51:17
**dinner** [5] - 34:4, 63:14, 128:17, 134:4, 144:4
**diplomatic** [2] - 30:16, 113:22
**directed** [2] - 148:10, 148:16
**directions** [2] - 66:18, 66:21
**directly** [2] - 92:18, 151:6
**director** [1] - 138:2
**dirty** [1] - 57:6
**disagree** [1] - 97:4
**disappeared** [2] - 62:24, 80:9
**disarming** [1] - 92:1
**disbelief** [5] - 60:17, 68:23, 85:3, 95:16, 97:21
**disbursement** [1] - 152:22
**disclosure** [1] - 152:8
**discovered** [4] - 49:3, 76:16, 81:2, 156:2
**discovering** [1] - 76:25
**discretion** [1] - 149:7
**discretionary** [1] - 147:18
**discuss** [4] - 4:1, 17:25, 63:13, 159:11
**discussed** [3] - 35:1, 98:16, 145:23
**discussing** [1] - 13:11
**discussion** [2] - 11:8, 33:19
**discussions** [1] - 19:2
**disgraceful** [2] - 94:15, 96:1
**disgust** [4] - 31:13, 39:5, 105:9, 107:14
**disgusted** [1] - 70:1
**disgusting** [1] - 17:10

**disgustingly** [1] - 30:20
**dislikes** [1] - 40:2
**dismiss** [1] - 97:16
**disorder** [1] - 83:7
**disoriented** [2] - 64:7, 67:9
**disposal** [1] - 92:5
**disputed** [1] - 10:4
**disputes** [1] - 95:25
**disputing** [1] - 96:3
**disregard** [2] - 90:20, 93:9
**disrobed** [1] - 41:12
**dissonance** [1] - 38:22
**distance** [2] - 61:3, 78:11, 78:20
**distanced** [1] - 48:10
**distancing** [1] - 58:12
**distant** [2] - 62:10, 71:22
**distinguished** [1] - 97:1
**distracted** [1] - 48:14
**distress** [1] - 70:2
**district** [2] - 112:12, 152:22, 153:22
**DISTRICT** [3] - 1:1, 1:1, 1:10
**disturb** [1] - 86:25
**disturbing** [1] - 74:14
**divorced** [2] - 112:22, 139:10
**dizzy** [2] - 36:15, 55:25
**DNA** [1] - 148:9
**docket** [1] - 13:25
**doctors** [1] - 52:7
**documented** [1] - 90:18
**documenting** [1] - 38:7
**dog** [1] - 19:9
**DOJ/USAO** [1] - 1:13
**Dolce** [1] - 54:22
**Domestic** [1] - 1:14
**done** [22] - 2:25, 9:24, 13:14, 17:12, 22:8, 23:11, 25:2, 25:13, 42:21, 43:8, 43:12, 50:6, 88:25, 93:20, 98:1, 108:4, 110:22, 137:21, 145:10, 146:12, 154:16, 156:17
**door** [3] - 34:5, 37:3, 101:19
**dosage** [1] - 51:23
**double** [2] - 92:3, 109:6
**double-majored** [1] -

109:6
**doubt** [5] - 40:5, 72:7, 90:1, 91:13, 93:4
**doubts** [1] - 61:23
**down** [21] - 17:18, 17:24, 26:5, 34:1, 41:18, 41:19, 66:7, 66:9, 74:13, 94:1, 97:12, 105:5, 117:17, 127:13, 127:15, 127:19, 129:4, 137:4, 150:2, 153:13, 156:6
**Downtown** [1] - 69:10
**downward** [2] - 100:16, 106:13
**dozens** [2] - 20:17, 92:20
**Dr** [2] - 7:6, 111:25
**dragged** [1] - 31:5
**drank** [6] - 37:14, 38:2, 63:21, 69:11, 74:8, 125:15
**dream** [1] - 79:9
**dreams** [3] - 18:22, 55:7, 79:21
**dressed** [2] - 37:22, 64:16
**drink** [18] - 34:19, 34:23, 36:8, 36:9, 36:12, 37:13, 63:25, 64:12, 69:8, 69:9, 69:18, 70:11, 74:21, 91:23, 91:24, 92:11, 128:16, 140:19
**drinker** [1] - 111:5
**drinking** [6] - 34:2, 34:22, 35:10, 37:5, 63:15, 143:9
**drinks** [12] - 34:10, 35:2, 55:22, 64:14, 69:12, 73:25, 74:3, 74:20, 75:5, 85:10, 116:9, 134:3
**driving** [1] - 34:21
**dropped** [1] - 38:8
**dropping** [1] - 121:4
**drops** [2] - 121:2, 121:12
**drove** [5] - 35:6, 88:18, 92:10, 125:13, 125:16
**drowning** [1] - 53:4
**drug** [21] - 37:19, 73:3, 74:21, 114:5, 114:6, 114:8, 114:15, 114:18, 115:20, 117:22, 119:19, 121:14, 122:21, 123:23, 124:24,

126:4, 127:23, 129:9, 130:5, 148:4, 148:5
**drugged** [16] - 19:10, 19:18, 30:7, 46:7, 51:22, 61:25, 63:2, 80:16, 91:5, 91:6, 91:9, 93:23, 115:5, 140:21, 143:1, 143:17
**drugging** [5] - 20:9, 38:6, 90:6, 90:11, 145:4
**drugs** [3] - 66:4, 89:24, 92:14
**drunk** [9] - 36:17, 36:24, 37:6, 41:9, 41:11, 55:19, 55:20, 56:11
**dry** [1] - 56:4
**due** [19] - 25:8, 25:12, 25:20, 48:13, 48:22, 49:16, 49:25, 70:9, 70:12, 77:2, 77:21, 77:25, 78:5, 78:12, 81:13, 83:4, 111:19, 141:10, 143:9
**Dumbarton** [1] - 34:9
**duration** [1] - 152:7
**during** [21] - 20:25, 21:16, 47:21, 47:25, 48:4, 52:24, 61:7, 64:12, 64:15, 64:19, 67:5, 76:20, 77:6, 86:24, 109:22, 112:24, 113:18, 136:13, 139:4, 144:9
**duty** [1] - 62:14
**duty-free** [1] - 62:14
**dying** [1] - 27:11

---

## E

**e)** [1] - 108:24
**early** [3] - 26:4, 62:21, 98:5
**earn** [1] - 104:9
**earned** [1] - 109:11
**ease** [1] - 43:18
**easier** [3] - 16:24, 65:10, 105:3
**easily** [1] - 97:17
**east** [1] - 109:8
**easy** [3] - 67:17, 160:15, 160:18
**eat** [1] - 128:13
**educated** [2] - 51:5, 89:20
**education** [1] - 109:3
**educational** [1] -

93:17
**effect** [2] - 89:1, 107:4
**effective** [1] - 99:25
**effectively** [2] - 98:20, 150:22
**effects** [2] - 114:16, 114:18
**effectuate** [1] - 99:12
**effort** [2] - 73:1, 160:17
**efforts** [4] - 28:18, 102:7, 107:9, 132:6
**egregious** [2] - 72:12, 94:15
**eight** [1] - 127:10
**either** [10] - 4:25, 13:13, 20:19, 35:5, 119:13, 143:6, 145:5, 151:6, 154:15, 157:17
**ejaculation** [1] - 136:8
**elbow** [1] - 115:17
**electronic** [2] - 149:17, 154:8
**elements** [1] - 35:23
**eligible** [2] - 99:17, 100:12
**eloquently** [1] - 37:22
**elsewhere** [1] - 133:4
**email** [3] - 66:25, 71:11, 87:17
**emails** [2] - 65:6, 66:15
**embarrassed** [3] - 26:25, 74:8, 141:13
**embarrassment** [3] - 21:10, 64:18, 85:19
**embassies** [2] - 84:20, 88:13
**embassy** [6] - 45:15, 46:5, 113:21, 114:21, 115:6, 116:18, 117:5, 118:11, 120:11, 120:14, 122:4, 123:9, 124:9, 124:11, 132:12, 135:6
**Embassy** [4] - 84:3, 84:16, 109:21, 113:17
**embassy-leased** [10] - 115:6, 117:5, 118:11, 120:11, 122:4, 123:9, 124:9, 124:11, 132:12, 135:6
**emotion** [3] - 62:24, 71:23, 95:16
**emotional** [20] - 21:4,

22:9, 23:4, 25:8, 25:15, 47:17, 47:21, 48:13, 49:22, 66:7, 68:19, 80:21, 81:14, 82:11, 82:15, 83:4, 83:9, 105:15, 107:18, 111:17
**emotionally** [9] - 56:8, 56:16, 77:1, 82:20, 83:9, 106:16, 113:4, 138:10, 141:7
**emotions** [6] - 70:1, 81:19, 81:23, 82:9, 82:12, 109:16
**empathy** [6] - 78:9, 92:20, 107:13, 144:24, 145:2, 145:5
**employ** [1] - 94:7
**employee** [3] - 85:12, 113:15, 114:21
**employer** [2] - 20:15, 48:15
**employers** [1] - 88:11
**employment** [6] - 78:5, 93:17, 112:2, 141:10, 151:8, 151:9
**enabled** [1] - 44:6
**encounter** [1] - 141:22
**encounters** [2] - 141:25, 142:3
**encourage** [1] - 36:12
**encouraged** [1] - 106:14
**encouraging** [2] - 34:19, 36:9
**end** [10] - 20:2, 23:2, 29:11, 32:12, 65:11, 70:18, 77:19, 80:5, 98:21, 98:22
**endeavors** [1] - 65:7
**ended** [2] - 76:20, 113:3
**ending** [1] - 83:15
**endure** [2] - 52:2, 86:8
**endured** [3] - 61:12, 86:7, 88:14
**energy** [1] - 62:11
**enforcement** [4] - 33:16, 84:1, 84:13, 93:6
**engage** [2] - 114:13, 129:24
**engaged** [12] - 90:13, 91:5, 115:25, 118:1, 119:23, 121:18, 122:25, 124:2, 125:3, 126:8, 128:2, 129:13
**engagement** [1] - 71:25

engineer [1] - 76:6
English [3] - 24:16,
57:16, 57:18
enhancement [1] - 9:6
enjoyed [2] - 26:8,
47:20
enjoys [1] - 72:8
enormous [1] - 21:18
ensure [4] - 53:19,
53:22, 149:7, 150:9
ensuring [2] - 107:3,
107:17
enter [1] - 156:19
entered [1] - 5:25
entertained [1] - 34:13
enticed [1] - 129:23
Enticement [1] - 128:8
enticement [1] - 6:7
enticing [1] - 90:4
entire [7] - 31:5, 31:6,
38:2, 65:3, 65:17,
77:9, 77:10
entities [1] - 33:16
entry [1] - 156:13
environment [1] - 51:3
episodes [1] - 48:3
equivocated [2] -
139:14, 145:11
erase [2] - 108:4,
142:9
erect [4] - 117:20,
119:12, 121:6, 121:8
Erin [2] - 33:18, 56:23
error [1] - 51:25
escalated [1] - 66:8
escape [1] - 48:24
especially [6] - 18:15,
48:3, 62:16, 65:25,
83:2, 137:11
ESQ [4] - 1:12, 1:12,
1:13, 1:18
essential [1] - 53:16
essentially [1] - 74:22
establish [1] - 147:21
established [1] - 61:17
esteem [1] - 82:16
et [8] - 15:4, 21:22,
103:1, 140:8, 144:5,
144:25, 146:18
etched [1] - 36:2
eternity [1] - 60:22
evaluated [1] - 144:17
evaluation [5] - 7:6,
97:6, 151:21, 152:2,
152:3
evaluations [1] -
27:15, 109:25,
139:12
Eve [1] - 73:25

evening [6] - 62:22,
62:25, 64:1, 64:8,
116:9, 128:15
event [3] - 11:16,
103:24, 104:16
events [3] - 17:22,
70:5, 138:18
eventually [4] - 10:6,
22:14, 48:21, 133:21
everyday [1] - 87:15
evidence [5] - 42:5,
63:9, 67:25, 149:25,
156:2
evidently [4] - 8:13,
110:8, 139:11,
139:22
evil [2] - 20:21, 51:6
evoke [1] - 89:12
ex [2] - 71:24, 81:13
exact [2] - 34:2, 88:22
exactly [4] - 72:24,
73:22, 74:25, 143:20
examples [1] - 132:6
exceeded [1] - 40:18
excelled [2] - 138:5,
138:16
excellent [2] - 138:5,
139:12
except [6] - 27:10,
45:7, 71:23, 108:23,
155:12, 156:1
exceptional [1] - 75:17
excess [2] - 34:24,
143:9
excessive [2] - 111:3,
111:5
exchanged [2] - 55:9,
71:6
excuse [1] - 31:4,
55:1, 125:4
excused [3] - 35:13,
59:2, 160:24
execute [1] - 153:22
exemplary [2] - 94:4,
139:11
exhaustion [2] -
87:11, 114:16
Exhibit [1] - 16:19,
91:2, 92:9
exhibit [5] - 4:17, 7:8,
7:15, 16:20, 82:14
Exhibits [1] - 89:13
exhibits [4] - 4:17,
4:20, 6:24, 144:24
exist [3] - 11:15, 78:7,
78:25
existence [1] - 32:10
exists [1] - 149:23
expect [3] - 16:10,
51:8

expectation [1] -
100:24
expectations [1] -
147:21
expected [2] - 14:24,
77:23
expecting [1] - 118:20
expense [1] - 88:8
expenses [3] - 28:13,
49:11, 49:13
expensive [1] - 31:22
experience [9] - 21:12,
21:15, 45:5, 65:21,
84:25, 85:15, 89:9,
97:24, 109:14
experienced [7] -
18:9, 21:2, 53:20,
64:18, 82:19, 84:22,
86:4
experiences [4] -
18:11, 89:7, 93:1,
97:8
experiencing [4] -
38:21, 47:23, 62:11,
82:12
expert [3] - 20:14,
34:16, 35:22
expertly [1] - 35:24
explain [4] - 45:16,
56:1, 74:3, 81:17
explained [1] - 18:17
explanation [1] -
105:24
explicit [6] - 131:6,
131:10, 131:13,
131:16, 131:23,
144:11
explode [1] - 52:14
exploiting [1] - 144:18
expose [4] - 42:22,
134:13, 134:21,
134:22
exposed [2] - 42:11,
64:3, 78:18, 84:10,
117:20, 128:25,
136:6, 136:7
exposing [2] - 119:12,
129:4
exposure [1] - 99:23
express [2] - 31:13,
107:24
expressed [1] - 71:24
extensive [2] - 39:25,
113:3
extent [5] - 5:5, 96:23,
104:14, 146:17,
156:1
exterior [1] - 20:16
externally [1] - 50:17
extreme [1] - 114:16

extremely [2] - 48:8,
80:11
eyelid [9] - 64:2,
117:9, 119:5,
124:19, 127:18,
129:3, 134:14,
134:25, 136:3
eyelids [3] - 120:24,
122:15, 130:14
eyes [2] - 38:16,
38:19, 41:20, 45:18,
71:22, 127:13

## F

facade [3] - 40:20,
71:20, 73:4
face [10] - 25:14,
25:15, 49:23, 63:23,
74:13, 121:3, 121:5,
142:12, 146:11
face-down [1] - 74:13
face-up [1] - 74:13
faced [2] - 85:16,
85:17
faces [2] - 61:15,
84:11
facilitate [1] - 157:13
facilities [8] - 99:18,
100:9, 100:12,
157:3, 157:5, 157:6,
157:8, 157:16
Facility [1] - 157:24
facility [1] - 99:21,
154:14, 158:6
facing [1] - 23:1
fact [18] - 10:2, 10:5,
18:20, 27:19, 34:15,
37:15, 42:6, 47:20,
56:23, 57:7, 74:4,
77:2, 77:8, 77:21,
80:20, 82:8, 153:7,
155:5
factor [1] - 100:10
factors [13] - 96:5,
96:6, 96:21, 97:14,
98:15, 98:19,
100:14, 101:8,
101:13, 108:22,
140:12, 142:16,
145:22
facts [2] - 34:11, 34:12
factual [1] - 8:18
fair [7] - 8:2, 29:15,
82:7, 96:17, 100:21,
108:21, 140:4
fairly [2] - 73:23, 153:6
faith [1] - 51:10
fall [6] - 50:13, 80:14,
106:3, 137:1,

154:24, 155:2
falling [1] - 71:18
falls [1] - 114:2
false [2] - 89:14, 89:23
familiar [3] - 7:12,
156:23, 157:16
familiarize [1] - 35:24
families [2] - 86:10,
95:22
family [30] - 20:15,
21:21, 26:1, 28:13,
28:20, 31:6, 45:12,
46:12, 48:11, 49:14,
51:13, 60:7, 60:12,
61:18, 65:17, 74:1,
78:14, 78:15, 78:19,
80:15, 85:17, 87:1,
95:2, 95:4, 95:14,
111:5, 138:17,
138:18, 141:6
far [6] - 16:10, 18:5,
20:3, 40:18, 42:2,
90:23, 106:3, 159:4
farewell [1] - 55:8
fashion [2] - 60:10,
100:21
father [4] - 21:3, 25:1,
112:10, 112:18
fathom [1] - 42:11
fault [7] - 27:25, 56:18,
56:19, 58:12, 72:23,
74:22, 140:20
favorable [1] - 156:6
FBI [20] - 17:23, 17:24,
19:1, 19:9, 20:20,
30:3, 33:14, 45:14,
46:5, 56:23, 60:13,
63:8, 68:24, 69:24,
70:20, 71:5, 71:14,
74:10, 83:15, 141:1
fear [18] - 17:13,
25:20, 25:23, 27:5,
27:17, 29:7, 39:5,
47:22, 49:4, 52:1,
53:1, 58:8, 77:13,
78:16, 80:3, 82:12,
83:7
feared [1] - 48:9
fearing [1] - 49:4
February [3] - 123:7,
133:13, 134:10
federal [8] - 34:17,
39:24, 120:6, 130:2,
133:9, 147:16,
147:23, 154:5
Federal [4] - 10:2,
10:5, 154:6, 157:23
feelings [3] - 39:3,
43:17, 53:9
fell [5] - 81:25, 82:2,

123:12, 123:18, 137:7
**fellow** [1] - 23:14
**felt** [28] - 26:1, 26:9, 27:11, 29:4, 31:21, 31:23, 38:7, 40:25, 47:15, 49:4, 55:16, 56:8, 56:18, 57:4, 57:6, 68:6, 69:6, 69:25, 74:16, 74:18, 74:21, 75:16, 77:12, 78:1, 85:19, 85:20, 88:4, 118:14
**female** [5] - 20:2, 21:24, 45:23, 70:17, 113:2
**few** [13] - 5:21, 18:4, 23:8, 25:19, 43:22, 54:5, 60:21, 62:14, 68:24, 71:8, 71:21, 78:6, 141:11
**fiancee** [1] - 71:24
**fight** [2] - 22:24, 23:10
**fighting** [2] - 53:10, 82:11
**figure** [1] - 16:6
**figured** [2] - 63:11, 88:10
**file** [3] - 13:24, 156:7, 156:12
**filed** [3] - 7:18, 14:16, 29:8
**files** [1] - 156:13
**filings** [1] - 7:4
**fill** [1] - 77:7
**filled** [1] - 52:22
**filthy** [2] - 69:25, 88:4
**final** [6] - 13:22, 13:24, 14:16, 16:1, 134:14, 156:15
**finally** [7] - 31:7, 53:14, 58:7, 66:4, 69:24, 73:10, 84:5
**finances** [2] - 19:7, 110:6
**financial** [17] - 8:12, 8:14, 25:15, 32:3, 39:17, 48:22, 49:15, 57:25, 103:1, 152:8, 152:10, 152:11, 153:2, 153:12, 153:15, 153:18
**findings** [3] - 10:2, 10:4, 10:7
**fine** [14] - 6:3, 6:6, 6:9, 6:11, 6:12, 8:8, 16:3, 17:2, 26:3, 33:12, 36:11, 37:11, 103:16, 154:3
**fingers** [2] - 119:7,

130:14
**finish** [1] - 95:8
**fire** [1] - 48:15
**firearms** [2] - 154:10, 154:13
**first** [36] - 10:14, 19:19, 24:8, 24:18, 30:10, 32:14, 34:18, 35:3, 36:19, 40:14, 41:11, 41:24, 41:25, 42:1, 42:2, 42:6, 45:15, 52:17, 62:25, 63:1, 64:13, 65:13, 68:22, 70:20, 74:1, 76:15, 76:18, 76:22, 84:25, 86:3, 91:16, 95:1, 107:12, 132:13, 151:7, 157:23
**first-time** [1] - 41:24
**five** [4] - 6:11, 48:18, 99:2, 147:7
**fixated** [1] - 17:21
**Flag** [1] - 35:17
**flag** [1] - 34:18
**flags** [1] - 21:10
**flashbacks** [1] - 22:9
**flask** [1] - 134:3
**flew** [1] - 88:18
**flight** [2] - 62:21, 62:22
**flinches** [1] - 119:6, 121:3
**floor** [4] - 56:6, 61:21, 64:4, 129:1
**Florida** [1] - 158:9
**flying** [1] - 54:2
**focus** [3] - 23:3, 51:17, 141:11
**focused** [4] - 43:8, 79:11, 109:8, 136:21
**focusing** [1] - 67:9
**fogs** [1] - 10:17
**follow** [3] - 149:2, 151:19, 151:25
**followed** [2] - 70:2, 86:6
**following** [9] - 8:22, 47:23, 55:24, 62:4, 76:23, 108:21, 147:18, 148:20, 149:12
**follows** [1] - 132:7
**food** [2] - 142:25, 144:5
**foot** [3] - 37:6, 37:8
**FOR** [1] - 1:1
**force** [2] - 19:12, 74:20
**forced** [3] - 21:5, 22:8, 48:21
**forcefully** [1] - 117:16

**forcing** [4] - 38:19, 45:17, 49:8, 49:18
**forearm** [1] - 115:17
**foregoing** [1] - 161:4
**foreign** [8] - 49:18, 61:18, 64:24, 84:2, 124:11, 133:8, 135:20, 136:12
**forensic** [4] - 7:6, 97:6, 111:18, 112:1
**forever** [2] - 36:2, 80:5
**forfeit** [1] - 154:7
**forfeited** [1] - 154:15
**forfeiture** [1] - 155:9
**forget** [4] - 37:9, 43:9, 43:11, 62:3
**forgetting** [1] - 43:11
**forgive** [1] - 43:9
**forgiveness** [2] - 43:9, 107:21
**form** [3] - 15:18, 80:15, 82:22
**former** [4] - 40:13, 57:13, 70:17, 93:16
**forth** [1] - 137:20
**fortunate** [1] - 75:12
**fortunately** [1] - 39:20
**forward** [6] - 22:1, 28:10, 72:16, 77:18, 95:8, 107:22
**fosters** [1] - 143:11
**fought** [1] - 67:11
**four** [23] - 6:15, 8:24, 9:1, 11:21, 30:2, 31:1, 31:6, 31:15, 31:18, 31:20, 32:3, 47:21, 47:25, 55:12, 65:22, 66:21, 90:9, 90:13, 106:6, 109:13, 109:14, 119:1, 125:22
**four-month** [1] - 109:13
**fourth** [1] - 22:25
**fragile** [2] - 82:4, 82:6
**frame** [1] - 117:17
**frankly** [7] - 8:21, 74:11, 101:23, 105:4, 141:22, 145:8, 146:16
**free** [5] - 22:14, 32:25, 62:14, 76:9
**freedom** [1] - 32:18
**frequently** [3] - 55:10, 56:20, 62:8
**friction** [1] - 115:14
**friend** [13] - 20:3, 60:17, 61:2, 61:9, 65:15, 69:4, 69:9, 92:9, 93:25, 113:2,

116:11, 143:21, 144:23
**friendly** [2] - 28:24, 91:25
**friends** [26] - 20:11, 21:16, 21:21, 23:8, 25:1, 28:13, 28:20, 28:22, 46:14, 51:13, 60:12, 64:22, 65:19, 70:14, 71:16, 71:21, 72:3, 76:10, 78:9, 79:14, 85:17, 88:11, 95:2, 95:14, 111:16, 142:21
**friendship** [4] - 30:7, 30:11, 65:1, 141:6
**friendships** [1] - 78:6
**front** [4] - 54:17, 60:23, 72:18, 129:3
**fuck** [1] - 116:17
**fuckable** [1] - 118:21
**fulfill** [1] - 26:17
**fulfillment** [1] - 51:18
**full** [7] - 32:18, 45:6, 55:16, 84:6, 105:12, 153:18, 161:5
**fully** [10] - 21:1, 84:10, 117:7, 119:4, 120:22, 124:17, 125:23, 127:7, 133:19, 134:15
**function** [3] - 19:5, 69:21, 87:13
**functioning** [2] - 39:8, 150:22
**funding** [6] - 110:7, 111:1, 139:24, 153:10, 153:14
**funds** [1] - 104:15
**furthermore** [3] - 80:3, 129:19, 154:13
**future** [7] - 22:3, 23:1, 53:7, 104:16, 114:9, 145:21, 154:16

# G

**Gardens** [1] - 34:9
**garner** [1] - 89:11
**gaslighting** [1] - 92:25
**general** [1] - 48:6
**generalize** [1] - 141:5
**generalized** [3] - 14:24, 15:2, 115:16
**generated** [5] - 24:24, 27:25, 28:12, 82:8, 83:4
**generous** [2] - 37:23, 138:17
**genitalia** [1] - 121:21

**genitals** [13] - 84:11, 117:10, 119:10, 120:25, 121:11, 121:12, 129:15, 130:17, 132:21, 134:13, 134:22, 136:6, 136:22
**gentleman** [2] - 37:21, 85:11
**gentlemanly** [2] - 37:23, 55:6
**genuine** [2] - 44:4, 107:13
**genuinely** [2] - 97:22, 105:19
**George** [1] - 109:7
**Georgetown** [1] - 109:9
**get-togethers** [1] - 76:12
**gifted** [1] - 138:12
**gin** [1] - 118:14
**girlfriend** [1] - 61:9
**given** [5] - 19:25, 45:6, 80:20, 81:6, 85:1
**gladly** [1] - 107:2
**glass** [9] - 35:8, 35:9, 35:16, 36:10, 36:11, 36:13, 38:2, 126:19, 126:25
**glasses** [4] - 10:18, 34:20, 127:2, 127:5
**gleam** [1] - 43:22
**glowingly** [1] - 97:3
**goal** [3] - 99:12, 99:25, 101:4
**goals** [2] - 99:12, 101:14
**God** [1] - 43:10
**gold** [1] - 61:16
**good-guy** [1] - 20:16
**Government** [1] - 16:19
**government** [48] - 2:5, 5:23, 10:23, 14:14, 16:6, 19:19, 30:16, 30:21, 40:2, 40:22, 49:10, 50:14, 83:22, 84:2, 84:25, 85:12, 86:13, 86:15, 88:12, 89:14, 89:16, 89:22, 91:8, 91:14, 92:5, 94:8, 94:12, 94:16, 95:25, 97:4, 97:17, 102:23, 104:16, 109:18, 109:23, 110:15, 113:15, 113:19, 113:21, 114:21, 139:10, 143:13, 143:16,

152:23, 156:13, 159:16, 160:10
**Government's** [2] - 89:13, 92:9
**government's** [4] - 14:13, 16:9, 94:7, 104:4
**government-leased** [3] - 89:22, 91:8, 94:12
**grab** [1] - 130:16
**grabbing** [1] - 117:16
**grabs** [2] - 122:17, 130:15
**gradual** [1] - 97:9
**graduate** [1] - 109:3
**graduated** [1] - 76:6
**grateful** [6] - 17:11, 68:10, 68:11, 72:14, 83:15, 108:6
**gratify** [10] - 118:6, 120:3, 121:24, 123:4, 124:6, 125:7, 126:12, 128:7, 129:18, 130:20
**gravity** [2] - 45:6, 84:18
**great** [8] - 18:24, 29:13, 39:20, 40:5, 44:13, 57:11, 85:10, 88:8
**greater** [2] - 48:12, 99:11
**greatest** [1] - 38:18
**greatly** [1] - 93:11
**Green** [1] - 109:12
**grew** [2] - 50:20, 61:4
**grief** [1] - 38:23
**grievance** [1] - 68:8
**ground** [3] - 36:14, 36:19, 36:20
**grounds** [1] - 155:20
**group** [1] - 54:6
**growing** [1] - 65:4
**guess** [2] - 103:15, 137:4
**guessing** [1] - 142:5
**guideline** [2] - 9:17, 100:18
**guidelines** [8] - 4:5, 8:25, 12:1, 108:19, 147:1, 155:13, 155:15, 156:7
**guilt** [11] - 24:24, 25:11, 40:11, 44:14, 74:17, 74:18, 74:23, 75:1, 75:5, 82:10, 88:3
**guilty** [9] - 31:2, 46:1, 55:21, 56:12, 57:21,

62:2, 72:21, 90:2, 154:23
**gut** [1] - 38:19
**guy** [4] - 18:6, 20:16, 37:5, 85:10
**guys** [3] - 18:8, 18:14

## H

**habeas** [1] - 156:1
**habit** [1] - 72:12
**hair** [4] - 54:23, 58:3, 123:18
**haircuts** [1] - 58:6
**half** [4] - 22:25, 35:9, 61:1, 77:21
**Halloween** [1] - 69:4
**ham** [1] - 132:14
**hand** [12] - 29:12, 117:8, 117:14, 117:16, 117:17, 119:5, 119:8, 121:9, 121:11, 124:22, 134:12, 134:14
**handful** [3] - 44:10, 100:2, 100:4
**handle** [2] - 48:1, 100:6
**hands** [4] - 38:20, 41:21, 117:13, 121:10
**handsome** [1] - 75:15
**hangover** [1] - 69:15
**happiness** [2] - 28:19, 32:7
**happy** [4] - 28:23, 128:17, 157:17, 159:11
**harass** [10] - 118:5, 120:3, 121:23, 123:3, 124:5, 125:7, 126:11, 128:6, 129:17, 130:19
**hard** [11] - 20:17, 23:6, 23:10, 31:12, 43:5, 49:21, 50:5, 51:4, 89:19, 98:9, 115:15
**harder** [1] - 145:7
**hardship** [1] - 86:7
**harm** [2] - 53:17, 107:1
**harmed** [1] - 29:16
**hate** [2] - 46:21, 80:2
**hated** [1] - 31:17
**haunted** [1] - 22:21
**haunts** [2] - 20:7, 51:25
**head** [15] - 19:21, 30:5, 36:19, 36:24, 37:15, 39:1, 39:22, 41:2, 41:13, 45:25,

55:25, 68:17, 111:13, 137:1, 137:5
**heading** [1] - 35:1
**heads** [1] - 5:1
**headsets** [1] - 5:22
**heal** [1] - 53:15
**healing** [7] - 31:11, 53:16, 66:3, 68:3, 68:9, 95:11, 107:21
**health** [23] - 31:3, 47:21, 47:24, 49:22, 52:4, 66:3, 87:22, 98:4, 98:7, 98:12, 106:14, 107:7, 111:22, 111:24, 112:18, 139:17, 139:18, 139:19, 145:25, 146:2, 151:24, 151:25, 157:2
**healthy** [2] - 82:22, 82:25
**hear** [8] - 4:14, 10:8, 16:13, 23:20, 24:11, 75:10, 105:6, 137:4
**heard** [13] - 85:25, 87:19, 87:20, 87:23, 87:24, 88:2, 88:3, 91:18, 91:23, 95:24, 96:10, 102:15, 105:7
**hearing** [9] - 40:25, 46:20, 68:24, 74:15, 75:20, 88:9, 112:20, 160:25
**heart** [8] - 18:14, 21:15, 29:12, 43:2, 67:3, 75:11, 111:9, 112:18
**heart-related** [1] - 111:9
**heartbreaking** [1] - 75:10
**heartbroken** [1] - 138:18
**heartfelt** [1] - 105:19
**heavy** [1] - 65:20
**heftiest** [1] - 32:24
**heinous** [2] - 42:4, 90:9
**HELD** [1] - 1:10
**held** [5] - 36:15, 41:20, 72:19, 114:20, 123:18
**hell** [1] - 62:5
**hello** [1] - 60:5
**help** [12] - 19:22, 23:7, 24:24, 33:14, 39:21, 43:16, 66:2, 72:15, 95:9, 95:19, 102:25, 106:19

**helped** [2] - 29:9, 42:23
**helpful** [2] - 146:3, 158:20
**helpless** [1] - 38:18
**hereby** [3] - 147:3, 154:7, 161:3
**hero** [1] - 43:1
**herself** [1] - 79:25
**hiccups** [1] - 144:8
**hidden** [1] - 21:11
**hide** [1] - 40:21
**hiding** [2] - 20:16, 71:1
**high** [3] - 46:1, 114:21, 144:17
**high-level** [1] - 114:21
**higher** [2] - 99:20, 155:3
**highest** [2] - 32:24, 109:25
**highly** [1] - 44:7
**himself** [9] - 35:13, 37:23, 45:10, 61:16, 62:19, 97:22, 97:23, 114:20, 144:1
**hindsight** [1] - 37:25
**hired** [2] - 76:18
**History** [1] - 9:16
**history** [11] - 19:25, 96:21, 97:18, 109:1, 109:7, 109:17, 109:22, 111:14, 112:3, 113:1, 138:6
**hit** [3] - 36:19, 36:20, 137:1
**hobby** [1] - 34:16
**hold** [7] - 11:8, 11:9, 12:25, 60:9, 67:11, 127:18, 136:3
**holding** [4] - 45:25, 124:18, 129:3
**holds** [1] - 63:8
**hole** [1] - 69:14
**holed** [1] - 78:20
**holiday** [1] - 74:2
**home** [14] - 17:22, 18:15, 26:14, 34:21, 36:25, 38:24, 39:12, 61:6, 66:9, 88:13, 91:9, 99:1, 99:14, 116:10
**homes** [2] - 84:16, 94:12
**honestly** [2] - 63:5, 72:3
**honesty** [1] - 83:10
**Honor** [92] - 2:6, 2:11, 2:22, 3:4, 3:10, 3:19, 5:2, 5:21, 6:14, 7:20,

7:22, 10:10, 10:17, 12:16, 12:20, 13:3, 13:23, 14:20, 15:6, 15:12, 15:19, 16:11, 16:17, 16:21, 16:25, 17:3, 17:6, 17:16, 19:17, 23:18, 23:22, 24:1, 24:5, 24:14, 29:23, 30:1, 33:4, 33:6, 44:2, 44:12, 44:19, 44:23, 44:25, 47:4, 47:9, 47:11, 50:7, 50:9, 52:5, 54:4, 54:12, 54:14, 54:16, 58:14, 58:17, 58:23, 59:1, 60:3, 60:5, 65:13, 66:17, 67:20, 68:12, 68:14, 72:19, 73:16, 73:18, 76:2, 81:9, 83:19, 83:25, 84:24, 85:25, 87:12, 87:19, 88:2, 88:3, 89:3, 91:13, 94:4, 94:24, 94:25, 101:8, 104:13, 110:10, 110:17, 137:23, 154:12, 160:5, 160:8, 160:11, 160:13
**honor** [1] - 102:19
**honorable** [1] - 47:13
**HONORABLE** [1] - 1:10
**honors** [1] - 76:7
**hope** [7] - 22:20, 29:12, 32:23, 43:22, 53:6, 53:13, 73:11, 95:8, 95:10, 95:21, 96:7, 96:12, 97:16, 105:20, 107:21, 137:12, 142:14
**hopeful** [1] - 23:1
**hopefully** [4] - 3:14, 102:22, 142:7, 160:19
**hoping** [3] - 26:21, 52:7, 157:12
**hormone** [2] - 52:3, 83:13
**horrendous** [1] - 44:5
**horrible** [6] - 25:5, 39:11, 39:18, 41:3, 42:12, 106:20
**horribly** [1] - 17:9
**horrific** [1] - 68:10
**hospitalized** [1] - 112:20
**hotel** [10] - 62:13, 62:16, 86:14, 134:2, 134:18, 134:20,

135:19, 135:20, 136:11, 136:12
**hour** [5] - 35:13, 58:24, 104:11, 117:6, 128:17
**hours** [9] - 63:18, 70:9, 87:8, 87:9, 88:12, 91:7, 106:7, 107:5, 119:3
**House** [1] - 110:3
**house** [1] - 28:4
**housing** [7] - 89:22, 94:13, 115:6, 116:19, 120:15, 124:9, 124:11
**Howard** [1] - 2:11
**HOWARD** [2] - 1:18, 1:18
**human** [5] - 39:25, 41:3, 50:18, 73:4
**humanity** [1] - 32:23
**humiliate** [10] - 118:5, 120:3, 121:23, 123:3, 124:5, 125:7, 126:11, 128:6, 129:17, 130:19
**humiliation** [2] - 85:21, 105:9
**hundreds** [1] - 67:16
**hunter** [1] - 156:15
**hurdles** [1] - 88:17
**hurt** [8] - 21:24, 24:21, 26:22, 28:23, 46:19, 80:11, 95:23, 96:10
**hurtful** [1] - 55:25
**hurts** [2] - 28:22
**husband** [2] - 52:13, 112:21

**I**

**iCloud** [7] - 10:22, 20:24, 131:2, 131:23, 133:1, 137:17, 144:11
**idea** [2] - 30:7, 84:17
**ideal** [1] - 92:11
**ideals** [1] - 106:3
**identified** [2] - 21:24, 86:3
**identify** [1] - 2:4
**identifying** [1] - 15:3
**identities** [4] - 131:8, 131:11, 131:17, 132:1
**identity** [17] - 114:25, 116:6, 116:12, 118:8, 120:8, 122:1, 123:6, 124:8, 125:10, 126:14,

128:9, 131:14, 132:9, 133:12, 135:3, 135:17, 136:10
**idiot** [1] - 80:10
**ifs** [1] - 19:22
**ignored** [2] - 52:19, 97:6
**ill** [2] - 55:25, 90:21
**illnesses** [1] - 87:15
**illustrate** [1] - 105:11
**images** [8] - 19:20, 92:22, 129:2, 131:6, 131:10, 131:13, 131:16, 131:24
**imagine** [5] - 20:17, 21:5, 38:1, 66:13, 78:17
**imagined** [1] - 25:14
**immediate** [2] - 60:16, 158:22
**immediately** [7] - 5:7, 47:15, 61:3, 62:7, 76:23, 107:19, 153:15
**immense** [2] - 31:15, 31:23
**immigrated** [1] - 60:7
**impact** [33] - 4:6, 4:14, 4:20, 5:2, 5:6, 5:15, 6:25, 7:14, 13:9, 13:15, 13:18, 14:6, 14:15, 14:22, 15:3, 19:7, 25:16, 29:13, 29:14, 49:15, 50:11, 57:25, 58:9, 58:11, 62:5, 73:19, 87:21, 88:24, 89:17, 98:18, 105:8, 106:25, 140:15
**impacted** [8] - 17:9, 51:15, 57:11, 57:20, 57:23, 65:22, 78:14, 80:22
**impactful** [1] - 95:6
**impaired** [21] - 114:10, 115:23, 115:24, 117:24, 117:25, 119:21, 119:22, 121:16, 121:17, 122:23, 122:24, 123:25, 124:1, 125:1, 125:2, 126:6, 126:7, 127:25, 128:1, 129:11, 129:12
**import** [1] - 10:25
**important** [17] - 21:22, 21:23, 34:15, 98:18, 99:15, 100:7, 101:3,

101:25, 102:1, 102:2, 102:5, 102:14, 102:19, 142:19, 146:4, 146:8, 146:14
**importantly** [3] - 62:25, 94:8, 107:3
**impose** [2] - 17:16, 23:16
**imposed** [2] - 43:14, 147:21
**impress** [3] - 34:11, 89:10, 143:13
**impression** [1] - 140:18
**imprisonment** [2] - 6:2, 155:9
**impulsive** [1] - 82:15
**impunity** [1] - 20:22
**IN** [1] - 1:1
**in..** [1] - 137:3
**inability** [1] - 82:25
**inaccurate** [1] - 11:25
**incapable** [17] - 114:10, 114:12, 117:3, 118:25, 120:19, 122:11, 124:15, 125:21, 127:9, 128:23, 130:11, 132:17, 134:9, 134:17, 135:11, 135:24, 136:17
**incapacitated** [1] - 112:8
**incarcerated** [4] - 67:24, 72:22, 93:14, 98:5
**incident** [8] - 12:13, 25:19, 26:8, 43:17, 47:15, 62:1, 64:18, 82:3
**incidents** [1] - 112:2
**inclined** [2] - 5:10, 54:9
**include** [5] - 8:13, 14:22, 131:1, 147:22, 148:3
**included** [6] - 13:8, 14:15, 92:9, 113:14, 145:11, 146:16
**includes** [5] - 6:17, 7:9, 96:21, 142:19, 153:21
**including** [13] - 17:21, 25:10, 49:11, 62:12, 92:5, 114:16, 124:20, 126:1, 128:13, 129:6, 144:22, 154:22,

155:8
**incorrect** [1] - 34:12
**increase** [1] - 52:2
**increased** [1] - 13:10
**increasingly** [1] - 51:16
**incredible** [1] - 89:1
**incredibly** [3] - 85:15, 90:19, 91:12
**incredulous** [1] - 47:16
**incur** [1] - 152:13
**incurred** [1] - 32:3
**indeed** [1] - 38:14
**independence** [1] - 26:7
**independent** [4] - 79:24, 80:8, 109:15, 111:18
**indescribable** [1] - 52:23
**index** [4] - 7:14, 7:15, 16:15, 16:17
**indicate** [1] - 140:5, 156:18
**indicated** [9] - 15:3, 16:3, 33:14, 69:3, 112:16, 126:21, 139:18, 140:16, 145:24
**indicates** [1] - 15:18
**indicating** [1] - 133:23
**indictment** [2] - 17:7, 21:25
**indigent** [1] - 103:20
**indirectly** [2] - 92:18, 97:7
**indisputable** [1] - 96:25
**individual** [6] - 30:20, 32:6, 54:2, 72:11, 111:22, 111:25
**individuals** [2] - 30:23, 153:8
**induced** [1] - 129:23
**indulge** [1] - 72:12
**indulgence** [2] - 12:5, 102:12
**ineffective** [2] - 155:19, 156:3
**inexplicable** [2] - 77:13, 80:3
**inexplicably** [1] - 85:9
**inflict** [1] - 21:4
**inflicted** [6] - 19:11, 43:20, 125:25, 129:6, 136:23, 139:2
**information** [11] - 3:8, 19:3, 108:21, 141:15, 143:23,

152:2, 152:8, 152:10, 152:11, 152:12, 152:23
**informed** [1] - 60:13
**ingrained** [1] - 19:21
**initial** [2] - 36:5, 150:12
**injured** [4] - 39:14, 140:18, 143:5, 145:3
**injuries** [4] - 125:25, 129:6, 136:23, 143:9
**injury** [3] - 19:8, 111:13, 115:14
**injustice** [1] - 42:18
**inner** [4] - 119:14, 120:1, 122:17, 130:16
**innocence** [1] - 22:11
**innocent** [2] - 20:10, 42:15
**innocently** [1] - 20:2
**inpatient** [1] - 151:18
**inquired** [1] - 63:20
**insecurity** [1] - 75:21
**inside** [3] - 66:23, 115:18, 127:3
**insinuated** [1] - 64:24
**insisted** [1] - 64:13
**insisting** [1] - 62:12
**insofar** [1] - 154:20
**inspection** [1] - 88:21
**install** [1] - 150:5
**installation** [3] - 150:20, 150:22, 150:24
**installing** [1] - 66:9
**instance** [1] - 13:7
**instances** [1] - 141:10
**instead** [5] - 36:9, 37:2, 105:3, 113:10, 154:18
**instincts** [1] - 61:11
**instructions** [1] - 128:12
**instructor** [1] - 93:17
**insult** [1] - 19:8
**intact** [1] - 112:9
**intelligent** [4] - 30:15, 75:16, 80:8, 145:20
**intend** [1] - 96:14
**intended** [5] - 10:19, 21:1, 33:5, 96:9, 96:11
**intensity** [1] - 152:7
**intent** [10] - 118:5, 120:2, 121:23, 123:3, 124:5, 125:6, 126:11, 128:6, 129:17, 130:19
**intentionally** [12] -

21:4, 41:7, 118:3,
120:1, 121:20,
123:1, 124:3, 125:5,
126:9, 128:4,
129:14, 132:24
**intentions** [2] - 18:23,
88:14
**interact** [2] - 92:14,
151:5
**interactive** [2] -
131:19, 133:7
**interest** [5] - 92:15,
143:18, 145:24,
152:18, 152:19
**interested** [1] - 158:3
**interesting** [4] - 30:19,
37:4, 37:8, 144:2
**interests** [1] - 144:19
**interim** [1] - 116:10
**intern** [1] - 109:18
**internal** [2] - 52:15,
109:8
**internally** [2] - 50:17,
53:10
**international** [3] -
109:6, 109:9, 151:12
**Internet** [4] - 85:5,
131:20, 133:1,
149:19
**internship** [1] - 110:3
**interpretation** [1] -
17:19
**interpreter** [4] - 23:23,
24:10, 105:4, 113:24
**interrupt** [1] - 33:6
**interstate** [2] - 129:24,
133:8
**interview** [1] - 159:5
**interviewed** [2] - 86:3,
93:5
**interviews** [1] - 88:14
**intimacy** [1] - 82:24
**intimate** [1] - 49:24
**intimidate** [1] - 66:20
**Intoxicant** [1] - 114:5
**intoxicant** [12] - 114:6,
115:21, 117:22,
119:19, 121:14,
122:21, 123:23,
124:24, 126:4,
127:23, 129:9, 130:6
**intoxicated** [3] -
56:14, 56:18, 69:20
**introduction** [2] -
76:13, 115:15
**invaded** [1] - 82:9
**investigate** [1] - 146:6
**investigated** [1] - 38:6
**investigation** [9] -
20:24, 20:25, 66:14,

109:20, 137:15,
141:1, 144:6, 144:7,
153:20
**investing** [1] - 18:14
**investment** [1] - 49:12
**invisible** [1] - 52:11
**invite** [2] - 56:10,
56:11
**invited** [6] - 54:25,
55:15, 124:8,
126:16, 128:9,
135:19
**inviting** [1] - 56:12
**involve** [3] - 8:11,
24:20, 83:3
**involved** [11] - 15:18,
49:17, 67:13, 95:10,
95:22, 106:1,
112:14, 114:24,
145:12, 145:13
**involving** [1] - 142:3
**irreparable** [1] - 81:6
**irreversibly** [1] - 50:16
**irritable** [1] - 67:9,
78:25
**isolated** [2] - 21:17,
106:19
**isolation** [3] - 48:12,
82:21, 99:23
**issue** [9] - 3:17, 3:19,
14:3, 15:24, 78:15,
79:9, 104:12, 111:2,
140:1
**issued** [1] - 6:19
**issues** [12] - 16:5,
31:3, 96:9, 96:15,
96:16, 98:9, 111:9,
112:18, 112:19,
151:2, 151:3, 157:2

**J**

**Jail** [1] - 93:18
**jail** [7] - 6:5, 6:9, 6:12,
8:5, 111:22, 139:15,
139:17
**January** [2] - 17:20,
19:20
**Jeffrey** [5] - 2:3, 17:7,
33:20, 147:2, 154:7
**JEFFREY** [1] - 1:6
**job** [19] - 25:25, 30:16,
35:20, 35:22, 40:1,
40:4, 43:8, 45:11,
48:13, 48:15, 48:23,
48:24, 49:8, 56:24,
64:23, 78:2, 89:22,
109:17, 143:3
**jobs** [2] - 30:24,
141:12

**joined** [1] - 2:7
**joining** [1] - 34:17
**journeyed** [1] - 97:12
**JSIN** [1] - 100:20
**JUDGE** [1] - 1:10
**judge** [3] - 18:24,
47:14, 78:17
**judged** [3] - 27:1,
27:23, 48:9
**judges** [1] - 27:1
**judgment** [11] - 21:7,
21:21, 75:17, 147:2,
150:8, 153:3,
156:13, 156:14,
157:18, 158:21,
160:1
**judicial** [1] - 49:7
**jump** [1] - 139:8
**jumps** [1] - 121:3
**June** [9] - 55:2, 86:2,
113:16, 120:9,
120:20, 121:1,
132:24, 133:4,
137:15
**Jurisdiction** [1] -
113:13
**jurisdiction** [3] -
114:3, 131:4, 133:6
**Justice** [1] - 33:16
**justice** [22] - 9:4, 9:7,
17:17, 21:23, 22:2,
26:22, 32:23, 42:10,
42:19, 42:22, 42:23,
43:4, 53:16, 53:22,
73:12, 75:10, 75:23,
86:11, 107:23,
109:14, 144:10,
146:10

**K**

**Kate** [1] - 2:9
**KATHARINE** [1] - 1:13
**katharine.wagner@**
**usdoj.gov** [1] - 1:16
**Katzoff** [7] - 2:12, 4:9,
7:21, 15:15, 94:23,
156:24, 160:12
**KATZOFF** [50] - 1:18,
1:18, 2:11, 4:12,
7:22, 10:10, 10:13,
10:17, 11:2, 11:4,
11:10, 11:12, 11:14,
11:18, 11:22, 12:5,
12:8, 12:12, 12:15,
13:1, 13:3, 14:3,
15:19, 15:25, 16:9,
24:14, 94:24,
102:12, 103:4,
103:7, 103:9,

103:12, 103:18,
104:9, 104:25,
110:10, 110:12,
157:7, 157:19,
157:23, 158:4,
158:6, 158:8,
158:15, 158:17,
159:11, 159:14,
159:16, 160:5,
160:13
**katzoffh@aol.com** [1]
- 1:20
**keep** [5] - 41:1, 42:18,
47:4, 53:4, 78:19
**keeping** [3] - 14:17,
66:8, 80:19
**kept** [7] - 34:12, 37:12,
87:12, 92:21, 93:7,
143:22
**key** [1] - 15:7
**kick** [1] - 72:5
**kidney** [1] - 111:12
**kind** [9] - 21:14, 37:23,
44:17, 51:5, 53:18,
75:1, 97:14, 101:5,
152:3
**kindly** [1] - 56:3
**kinds** [1] - 101:21
**Kingston** [1] - 131:2
**kitchen** [1] - 35:16
**kitchens** [2] - 84:21,
87:2
**knee** [3] - 36:19,
36:20, 119:13
**knees** [2] - 115:17,
127:20
**knowing** [14] - 21:2,
25:24, 27:22, 28:23,
43:24, 49:2, 52:21,
57:7, 61:8, 67:23,
68:18, 72:5, 144:6,
149:11
**knowingly** [15] -
114:6, 115:19,
117:21, 119:18,
121:13, 122:20,
123:22, 124:23,
126:3, 127:22,
129:8, 129:22,
130:4, 131:19, 133:6
**knowledge** [28] -
34:11, 90:15,
115:22, 117:2,
117:23, 118:24,
119:20, 120:18,
121:15, 122:10,
122:22, 123:24,
124:14, 124:25,
125:20, 126:5,
127:9, 127:24,

128:22, 129:10,
130:7, 130:10,
132:16, 134:8,
134:16, 135:10,
135:23, 136:16
**known** [27] - 60:25,
65:14, 115:1, 116:6,
116:12, 118:8,
120:8, 122:1, 123:6,
124:8, 124:12,
125:10, 126:14,
128:10, 131:8,
131:12, 131:14,
131:18, 132:1,
132:9, 133:12,
135:3, 135:17,
135:20, 136:10,
136:12, 138:3
**knows** [9] - 42:25,
50:10, 86:3, 96:4,
96:17, 98:4, 118:21,
138:6, 142:21
**KOLLAR** [1] - 1:10
**KOLLAR-KOTELLY**
[1] - 1:10
**KOTELLY** [1] - 1:10

**L**

**laceration** [2] -
115:15, 115:17
**lack** [4] - 48:22, 58:7,
67:2, 78:12
**lacking** [1] - 27:8
**ladies** [1] - 72:24
**lady** [1] - 24:3
**language** [5] - 10:22,
11:14, 12:3, 53:13,
114:23
**lapsed** [1] - 66:16
**laptop** [5] - 84:23,
131:1, 131:10,
131:13
**laptops** [3] - 131:4,
131:22, 132:3
**large** [2] - 9:12, 127:20
**larger** [2] - 28:12,
104:8
**last** [14] - 4:19, 19:8,
33:10, 43:22, 47:21,
62:23, 65:21, 71:9,
104:5, 116:25,
118:19, 137:3,
146:15
**lastly** [1] - 79:8
**late** [1] - 107:11
**latest** [1] - 4:17
**laughed** [1] - 19:12
**Laurie** [1] - 33:18
**law** [13] - 23:16, 33:16,

80:19, 84:1, 84:13, 92:24, 93:5, 93:9, 96:19, 101:11, 109:15, 154:21, 155:5
**LAW** [1] - 1:18
**law-abiding** [1] - 92:24
**lay** [2] - 19:10, 39:10
**layer** [1] - 52:1
**laying** [1] - 137:4
**lead** [1] - 66:21
**leading** [2] - 67:15, 86:12
**leads** [2] - 82:14, 111:17
**learn** [1] - 140:25
**learned** [2] - 38:21, 40:3
**learning** [4] - 85:21, 137:14, 139:16, 141:21
**lease** [1] - 26:4
**leased** [16] - 89:22, 91:8, 94:12, 113:20, 115:6, 116:19, 117:5, 118:11, 120:11, 120:15, 122:4, 123:9, 124:9, 124:11, 132:12, 135:6
**least** [12] - 8:15, 13:17, 15:17, 56:21, 63:18, 97:7, 100:12, 103:20, 116:25, 146:6, 148:5, 160:3
**leave** [10] - 12:22, 26:14, 37:2, 46:12, 48:22, 62:21, 105:1, 105:2, 128:14, 159:9
**leaving** [4] - 28:1, 28:13, 62:21, 127:2
**led** [7] - 20:1, 48:14, 61:16, 82:20, 92:17, 115:5, 123:16
**leery** [1] - 159:24
**left** [10] - 5:8, 28:14, 35:16, 37:10, 58:21, 62:4, 103:24, 125:19, 140:18, 153:11
**legacy** [2] - 144:15, 144:20
**legal** [1] - 104:16
**legs** [4] - 119:11, 119:14, 123:17, 124:21
**lemon** [1] - 64:11
**length** [5] - 3:21, 98:16, 98:17, 99:8,

153:4
**lengths** [1] - 41:6
**lengthy** [5] - 3:12, 31:5, 88:14, 99:3, 101:4
**leniency** [5] - 41:15, 41:16, 41:18, 41:20, 41:24
**Lepic** [1] - 34:10
**less** [6] - 3:14, 30:9, 57:14, 65:12, 146:1, 153:2
**lessen** [1] - 107:18
**lest** [1] - 88:21
**letter** [3] - 81:5, 138:12, 138:16
**letters** [3] - 7:9, 138:1, 144:13
**letting** [1] - 13:13
**level** [11] - 9:4, 9:16, 31:13, 40:18, 49:24, 51:20, 52:3, 110:1, 114:21, 144:17, 152:4
**levels** [1] - 52:7
**liar** [1] - 57:15
**lie** [3] - 72:1, 73:1, 90:24
**lied** [1] - 58:10
**lies** [2] - 71:21, 93:22
**life** [59] - 6:2, 8:6, 17:8, 19:5, 20:9, 21:6, 21:12, 22:22, 22:24, 23:3, 25:13, 27:5, 28:19, 29:6, 31:17, 31:18, 32:5, 32:12, 32:13, 32:17, 32:18, 34:3, 41:5, 48:6, 49:18, 50:12, 50:22, 51:15, 51:22, 52:21, 53:14, 53:23, 61:1, 64:20, 65:3, 65:7, 65:10, 66:21, 67:22, 68:4, 69:16, 73:10, 75:13, 76:14, 76:15, 78:14, 79:8, 80:4, 80:22, 81:16, 91:11, 96:23, 97:15, 142:14, 147:10
**lifeless** [2] - 19:18, 38:18
**lifelong** [2] - 43:13, 93:25
**lifetime** [1] - 101:17
**lifts** [2] - 121:2, 134:25
**light** [4] - 32:19, 32:20, 141:14, 141:25
**lightly** [1] - 7:10
**lights** [1] - 39:12
**likelihood** [1] - 148:19

**likely** [3] - 99:18, 145:25, 158:19
**limbs** [2] - 117:20, 130:14
**limit** [7] - 3:13, 35:10, 36:17, 69:17, 69:18, 85:7, 158:23
**limited** [3] - 49:19, 154:22, 155:8
**limits** [3] - 36:18, 83:1, 159:7
**line** [1] - 101:12
**lines** [2] - 90:4, 152:14
**liquor** [2] - 69:7, 142:25
**Lisa** [1] - 1:22
**LISA** [1] - 161:3
**list** [5] - 4:17, 16:20, 93:7, 94:1, 143:22
**listed** [1] - 6:16
**listen** [3] - 68:15, 106:14, 108:6
**listening** [5] - 31:8, 46:17, 75:7, 75:25, 107:12
**lists** [1] - 4:22
**literally** [2] - 18:25, 19:5
**live** [13] - 22:8, 22:12, 23:10, 25:21, 26:9, 26:10, 48:16, 53:19, 61:24, 74:16, 74:22, 76:10, 112:24
**lived** [3] - 28:8, 47:22, 50:22
**lives** [16] - 22:12, 22:20, 29:14, 29:17, 30:13, 50:1, 68:8, 84:22, 86:10, 87:8, 87:12, 87:15, 87:16, 89:2, 107:22, 141:18
**living** [7] - 25:20, 25:22, 26:8, 48:19, 68:21, 84:21, 87:1
**loathing** [1] - 40:6
**local** [2] - 112:12, 147:24
**located** [7] - 56:23, 124:11, 131:21, 132:2, 133:1, 135:20, 136:12
**location** [3] - 49:1, 148:18, 152:6
**locked** [2] - 153:8, 159:20
**lol** [1] - 137:4
**long-distance** [1] - 61:3
**long-term** [1] - 65:11
**longstanding** [2] -

88:5, 94:3
**look** [15] - 9:23, 11:5, 11:9, 13:13, 15:23, 89:16, 92:8, 92:13, 96:22, 97:19, 137:11, 157:14, 157:17, 157:20, 158:11
**looked** [7] - 3:16, 27:25, 36:23, 38:18, 64:4, 144:14, 144:24
**looking** [12] - 16:15, 17:25, 35:5, 61:11, 74:11, 93:16, 93:20, 93:23, 93:24, 94:1, 97:13, 98:15
**looks** [2] - 3:23, 118:20
**lose** [2] - 27:15, 49:5
**losing** [3] - 26:7, 27:5, 36:16
**loss** [3] - 49:12, 106:21, 112:20
**losses** [1] - 21:3
**lost** [28] - 48:13, 48:17, 48:23, 49:16, 78:4, 80:14, 80:24, 87:20, 90:23, 115:9, 116:22, 118:15, 120:13, 120:17, 122:7, 123:15, 123:19, 124:12, 125:18, 127:6, 128:19, 132:15, 133:17, 134:4, 135:8, 135:22, 136:15, 141:11
**loud** [1] - 72:4
**love** [6] - 29:2, 32:18, 52:13, 60:10, 80:4, 80:15
**loved** [1] - 65:20
**low** [3] - 82:16, 153:6
**lower** [4] - 49:20, 52:7, 63:19, 99:17
**Lucifer** [1] - 43:10
**luck** [1] - 160:22
**lucky** [3] - 37:25, 39:14, 39:20
**Lunch** [1] - 59:3
**lunch** [8] - 3:24, 5:6, 5:7, 5:10, 50:4, 54:5, 86:24, 128:13
**lunchtime** [1] - 5:4
**lure** [1] - 92:2
**lying** [16] - 61:21, 117:7, 117:18, 119:4, 120:23, 122:8, 122:14, 125:24, 127:8,

127:12, 132:20, 133:18, 134:20, 135:14, 136:2, 136:20

# M

**MacBook** [2] - 131:2, 131:6
**magnitude** [1] - 25:9
**main** [1] - 42:7
**maintain** [5] - 60:23, 73:4, 82:22, 92:1, 104:15
**major** [1] - 159:23
**majored** [1] - 109:6
**majority** [2] - 8:18, 77:12
**malicious** [1] - 72:7
**mall** [1] - 115:3
**man** [18] - 18:4, 20:8, 21:24, 33:19, 41:10, 41:16, 42:21, 46:10, 51:4, 55:6, 56:10, 61:15, 64:24, 85:11, 89:1, 89:20, 144:2, 145:20
**man's** [2] - 21:18, 64:23
**management** [2] - 109:16, 111:24
**managing** [4] - 43:16, 82:13, 83:4, 109:16
**mandatory** [2] - 147:18, 147:22
**manipulate** [2] - 31:1, 34:22
**manipulated** [3] - 57:5, 74:12, 124:21
**manipulates** [2] - 130:13, 135:1
**manipulating** [4] - 20:14, 117:19, 132:22, 143:4
**manipulation** [2] - 61:13, 71:20
**manipulations** [1] - 143:6
**manipulative** [1] - 93:2
**manner** [5] - 25:5, 107:17, 150:1, 155:11, 155:24
**map** [1] - 31:10
**March** [7] - 116:7, 117:5, 132:10, 132:13, 132:19, 132:23, 133:3
**Mariana** [1] - 158:8
**MARIANA** [1] - 158:8

**marine** [1] - 81:13
**marital** [1] - 113:1
**Maritime** [1] - 113:13
**maritime** [1] - 114:2
**marked** [1] - 94:1
**marks** [2] - 32:13, 127:20
**Marquette** [3] - 109:4, 138:2, 138:4
**marriage** [3] - 112:3, 112:24, 113:1
**married** [2] - 79:10, 112:22
**Maryland** [3] - 109:13, 125:12, 125:18
**mask** [5] - 10:15, 23:19, 33:3, 83:8, 105:5
**masked** [1] - 71:20
**master's** [1] - 109:7
**masturbate** [1] - 45:19
**Material** [1] - 130:3
**material** [8] - 2:20, 6:10, 16:16, 90:17, 130:23, 143:18, 144:14
**materials** [1] - 90:6
**matter** [15] - 22:4, 23:8, 23:13, 48:17, 49:24, 65:13, 93:9, 93:10, 130:23, 131:5, 131:21, 132:5, 132:7, 133:8, 159:1
**mattress** [1] - 63:11
**maximum** [16] - 6:2, 6:5, 6:6, 6:8, 6:11, 17:16, 23:16, 44:3, 46:18, 67:24, 72:22, 80:20, 101:11, 147:13, 155:13
**Mayer** [1] - 2:8
**MAYER** [3] - 1:12, 29:23, 54:14
**Mayer-Dempsey** [1] - 2:8
**MAYER-DEMPSEY** [3] - 1:12, 29:23, 54:14
**McLean** [1] - 54:23
**mean** [13] - 14:21, 20:5, 103:3, 104:6, 104:7, 105:17, 105:21, 145:4, 155:25, 157:1, 158:12, 158:25
**meaningful** [2] - 22:18, 95:5
**meaningless** [1] - 95:20
**means** [6] - 7:24,

72:12, 96:22, 106:24, 149:7, 155:25
**meant** [1] - 26:7
**measure** [3] - 53:22, 95:11, 107:23
**meat** [4] - 115:7, 118:12, 122:5, 135:7
**meats** [1] - 116:20
**mechanisms** [1] - 102:23
**media** [5] - 42:11, 42:13, 62:6, 85:18, 149:17
**medical** [2] - 89:12, 160:4
**Medical** [1] - 157:23
**medication** [8] - 28:7, 46:3, 47:25, 48:5, 66:6, 83:13, 111:11, 111:20
**medications** [3] - 28:7, 28:17, 83:12
**medicinal** [1] - 35:19
**meet** [15] - 62:3, 62:8, 70:8, 71:23, 73:3, 79:17, 79:22, 80:6, 84:3, 84:6, 84:13, 84:15, 86:13, 126:16, 156:11
**meeting** [9] - 45:15, 46:9, 61:6, 68:25, 70:4, 70:20, 71:12, 81:15, 84:18
**meetings** [1] - 19:2
**meets** [2] - 130:22, 142:23
**members** [2] - 85:18, 95:5
**memoranda** [1] - 98:17
**memorandum** [8] - 6:20, 6:22, 7:1, 7:7, 8:18, 8:22, 10:4, 10:7
**memories** [2] - 22:9, 61:22
**memory** [5] - 19:8, 38:15, 50:15, 77:5, 77:7
**men** [2] - 21:21, 58:1
**men's** [3] - 58:5, 58:6, 58:7
**mental** [23] - 47:21, 47:24, 52:3, 66:3, 77:25, 87:21, 98:4, 98:6, 98:12, 106:14, 107:7, 111:17, 111:22, 111:23, 139:17, 139:18,

139:19, 141:10, 145:25, 146:1, 151:24, 151:25, 157:2
**mention** [1] - 7:19
**mentioned** [5] - 15:8, 27:20, 71:22, 79:13, 158:2
**mercy** [1] - 41:18
**mere** [1] - 91:7
**Meredith** [1] - 2:8
**MEREDITH** [1] - 1:12
**meredith.mayer** [1] - 1:17
**meredith.mayer-dempsey@usdoj. gov** [1] - 1:17
**message** [2] - 53:18, 74:5
**messaged** [1] - 116:11
**messages** [4] - 55:10, 70:14, 86:22, 92:9
**met** [45] - 19:1, 30:10, 33:18, 42:20, 54:21, 57:12, 57:14, 61:1, 65:13, 65:18, 68:21, 69:24, 78:9, 81:16, 84:7, 86:19, 86:24, 86:25, 87:1, 87:2, 87:5, 114:25, 116:6, 116:8, 118:8, 118:10, 120:8, 120:10, 120:14, 122:1, 122:3, 123:6, 123:9, 125:9, 126:13, 132:8, 133:11, 133:14, 134:1, 134:2, 135:2, 135:5, 135:16, 138:4
**metastatic** [1] - 22:25
**methods** [1] - 151:16
**Metro** [1] - 128:14
**metropolitan** [1] - 76:7
**Mexican** [1] - 25:7
**Mexico** [46] - 25:3, 25:25, 28:11, 48:10, 48:17, 49:12, 49:17, 55:13, 62:4, 62:9, 63:1, 63:6, 70:18, 76:10, 84:3, 86:13, 86:20, 109:21, 113:17, 113:18, 113:19, 113:20, 113:22, 115:6, 116:19, 118:11, 120:11, 122:4, 123:9, 132:12, 133:4, 133:24, 133:25, 134:1, 134:2, 134:19, 135:6

**mezcal** [1] - 122:6
**Michael** [1] - 33:18
**microphone** [6] - 23:21, 24:11, 54:18, 55:3, 105:3, 106:9
**middle** [1] - 67:4
**midsection** [1] - 64:3
**might** [14] - 32:7, 32:9, 49:5, 51:24, 65:12, 72:17, 78:16, 93:19, 102:25, 104:11, 116:16, 144:15, 145:3, 158:18
**mind** [12] - 30:23, 36:3, 36:6, 37:18, 43:23, 66:12, 67:12, 70:4, 71:15, 77:3, 77:9, 91:22
**mine** [3] - 40:18, 74:16, 74:24
**minimize** [2] - 96:10, 96:11
**minimizing** [1] - 92:25
**minimum** [1] - 102:18
**minute** [3] - 4:19, 33:10, 148:13
**minutes** [3] - 3:14, 36:15, 119:3
**miscalculation** [1] - 91:11
**miserable** [1] - 32:10
**miss** [1] - 39:23
**missed** [8] - 21:10, 26:12, 26:16, 27:15, 32:8, 44:15, 44:21, 133:23
**missions** [1] - 113:22
**mistake** [2] - 51:23, 89:3
**mistaken** [1] - 11:16
**mistreatment** [1] - 81:13
**mistrust** [1] - 80:6
**mitigates** [1] - 89:5
**mitigating** [1] - 100:14
**mitigation** [2] - 100:17, 139:25
**mitral** [1] - 111:10
**mobile** [4] - 130:8, 131:22, 132:3, 132:25
**modality** [1] - 152:7
**moderate** [1] - 100:18
**modify** [1] - 155:23
**mom** [4] - 23:5, 24:23, 25:1, 28:21
**mom's** [1] - 18:19
**moment** [8] - 23:22, 24:25, 28:11, 42:12, 50:13, 52:21, 54:12,

64:22
**moments** [3] - 34:3, 39:11, 61:12
**Monday** [1] - 69:22
**money** [7] - 49:17, 102:20, 102:21, 103:22, 103:24, 104:7, 110:16
**Monica** [2] - 29:1, 29:2
**monitored** [1] - 111:11
**monitoring** [9] - 150:4, 150:5, 150:9, 150:10, 150:14, 150:15, 150:20, 150:21, 150:24
**monogamous** [1] - 112:4
**monster** [4] - 40:24, 42:19, 42:25, 72:11
**month** [6] - 76:17, 76:19, 76:22, 77:20, 109:13, 153:3
**months** [30] - 8:4, 9:18, 9:19, 17:25, 18:4, 26:5, 39:10, 40:11, 43:22, 48:3, 48:17, 60:8, 66:9, 68:17, 71:5, 77:2, 77:15, 86:1, 86:2, 92:2, 95:17, 101:24, 109:14, 147:4, 147:5, 147:6, 147:7, 147:12
**mood** [1] - 19:7
**Moreira** [2] - 1:22, 161:10
**MOREIRA** [1] - 161:3
**moreover** [1] - 52:10
**morning** [21] - 2:6, 2:10, 2:11, 2:13, 2:14, 2:15, 17:5, 23:19, 29:22, 29:23, 29:25, 33:4, 45:4, 47:13, 54:16, 54:17, 62:21, 63:16, 63:18, 69:15, 134:6
**most** [16] - 21:22, 21:23, 42:23, 51:21, 68:11, 69:6, 74:14, 78:20, 98:19, 99:18, 99:25, 105:19, 107:2, 111:8, 141:8, 143:3
**mother** [7] - 18:16, 21:3, 57:21, 65:4, 81:24, 112:10, 112:19
**motion** [3] - 42:9, 156:2, 156:7
**motivator** [1] - 107:16

**motive** [1] - 29:15
**mouth** [4] - 119:6, 119:7, 122:16, 130:15
**move** [16] - 25:19, 26:6, 28:10, 49:13, 52:19, 54:17, 54:19, 83:21, 105:6, 106:9, 107:22, 137:24, 142:14, 159:19, 160:16
**moved** [4] - 25:24, 48:25, 86:20, 143:3
**moves** [5] - 117:17, 121:10, 121:11, 130:13, 130:24
**movie** [1] - 34:7
**moving** [8] - 26:4, 28:13, 105:8, 125:24, 129:5, 134:12, 136:22, 145:1
**MR** [48] - 2:11, 4:12, 7:22, 10:10, 10:13, 10:17, 11:2, 11:4, 11:10, 11:12, 11:14, 11:18, 11:22, 12:5, 12:8, 12:12, 12:15, 13:1, 13:3, 14:3, 15:19, 15:25, 16:9, 24:14, 94:24, 102:12, 103:4, 103:7, 103:9, 103:12, 103:18, 104:9, 104:25, 110:10, 110:12, 157:7, 157:19, 157:23, 158:4, 158:6, 158:8, 158:15, 158:17, 159:11, 159:14, 159:16, 160:5, 160:13
**MS** [49] - 2:6, 2:22, 3:3, 3:10, 3:18, 5:1, 5:21, 6:14, 7:20, 12:16, 12:20, 14:14, 15:6, 15:12, 16:17, 16:19, 16:21, 16:25, 17:3, 23:22, 24:1, 24:5, 29:23, 33:6, 44:23, 44:25, 45:3, 47:4, 47:9, 47:11, 50:7, 54:4, 54:12, 54:14, 58:17, 58:23, 59:1, 60:3, 68:12, 73:16, 76:2, 81:9, 83:19, 83:25, 104:13, 110:17, 137:23, 154:12,

160:11
**multiple** [6] - 61:5, 73:1, 73:5, 74:3, 74:6, 86:14
**must** [27] - 22:2, 63:17, 147:23, 147:25, 148:2, 148:3, 148:9, 148:11, 148:14, 148:22, 148:23, 149:1, 149:6, 149:16, 149:18, 150:4, 150:12, 150:24, 151:5, 151:9, 151:13, 151:15, 151:17, 151:23, 151:24, 152:8, 152:13
**mutual** [2] - 18:10, 61:2

# N

**naked** [6] - 19:18, 56:6, 63:17, 64:2, 74:11, 143:3
**name** [4] - 17:8, 27:20, 33:19, 33:21
**named** [3] - 114:7, 130:4, 130:21
**names** [1] - 94:1
**narrative** [2] - 11:1, 13:9, 13:21
**narrow** [1] - 156:12
**native** [1] - 114:23
**natural** [1] - 40:22
**nature** [5] - 70:9, 71:20, 90:10, 114:11, 125:14
**navigate** [1] - 39:4
**nearly** [2] - 60:18, 61:1
**necessarily** [1] - 14:7
**necessary** [3] - 14:9, 53:21, 99:11
**need** [22] - 3:22, 3:23, 4:22, 5:19, 16:20, 17:19, 24:16, 49:12, 52:16, 89:16, 92:8, 92:13, 100:12, 111:11, 139:8, 139:23, 152:2, 156:17, 157:14, 160:7, 160:16
**needed** [9] - 31:24, 33:14, 39:12, 40:14, 47:25, 66:5, 78:7, 91:22, 106:19
**needs** [7] - 44:8, 67:23, 97:15, 100:2, 110:15, 139:21,

145:24
**negative** [4] - 43:21, 62:11, 62:15, 148:7
**neighbor** [1] - 24:22
**nervous** [3] - 33:9, 47:18, 86:16
**net** [1] - 110:8
**never** [39] - 18:22, 20:6, 20:20, 22:11, 22:14, 24:20, 25:2, 25:14, 27:4, 29:1, 30:6, 30:8, 32:7, 36:5, 36:14, 37:18, 39:25, 43:11, 44:17, 46:7, 49:25, 56:15, 56:17, 57:17, 62:3, 63:13, 68:9, 70:8, 71:11, 72:17, 78:2, 81:2, 84:7, 84:10, 86:8, 94:11, 105:23, 107:3, 107:17
**nevertheless** [1] - 77:19
**new** [11] - 8:20, 19:3, 21:16, 26:6, 26:10, 46:5, 48:24, 50:24, 71:12, 93:6, 152:13
**newly** [1] - 156:2
**news** [3] - 40:12, 71:17, 81:25
**next** [18] - 35:11, 37:17, 38:9, 63:16, 69:15, 69:23, 71:13, 85:8, 103:15, 116:24, 117:18, 118:18, 121:12, 127:8, 133:18, 134:6, 137:9, 143:10
**nice** [3] - 30:10, 64:20, 118:22
**NICHOLE** [1] - 1:12
**night** [16] - 33:25, 34:4, 48:4, 51:11, 52:8, 57:8, 62:20, 64:13, 69:6, 70:13, 73:23, 74:25, 75:5, 75:9, 118:19
**night...at** [1] - 116:25
**nightmare** [3] - 23:2, 48:3, 61:24
**nightmares** [2] - 64:5, 67:2
**nights** [4] - 48:2, 67:5, 70:6, 70:25
**nine** [1] - 131:13
**Ninth** [1] - 14:5
**nobody** [1] - 142:10
**none** [10] - 11:2, 12:15, 20:11, 42:15, 69:11, 71:14, 72:23,

85:5, 85:10, 96:11
**nonresidential** [1] - 157:10
**noon** [1] - 3:22
**norm** [1] - 66:6
**normal** [4] - 31:21, 73:4, 73:6, 101:21
**normalcy** [2] - 39:16, 52:16
**normally** [1] - 25:1
**northern** [1] - 154:14
**notably** [1] - 119:10
**notations** [1] - 137:21
**note** [5] - 10:10, 10:14, 10:19, 27:19, 111:15
**noted** [3] - 14:4, 69:19, 97:11
**notes** [1] - 161:5
**nothing** [21] - 11:22, 19:15, 32:2, 38:14, 52:20, 53:1, 55:9, 55:14, 61:20, 62:11, 77:24, 93:13, 96:7, 96:9, 108:3, 108:9, 112:25, 137:12, 143:1, 143:8, 160:12
**notice** [3] - 78:24, 79:6, 156:10
**noticed** [1] - 63:18
**Notification** [1] - 148:15
**notify** [2] - 153:17, 159:16
**notwithstanding** [2] - 98:17, 155:17
**November** [11] - 60:13, 60:16, 62:1, 64:18, 65:24, 128:11, 128:24, 129:21, 129:22, 133:25, 134:19
**nude** [19] - 84:10, 115:10, 116:23, 117:7, 117:18, 118:16, 119:4, 119:12, 120:22, 122:13, 124:17, 125:23, 128:25, 132:20, 133:18, 134:15, 135:14, 136:2, 136:20
**nullifies** [1] - 144:20
**numb** [1] - 27:9
**number** [12] - 24:14, 70:18, 71:12, 92:12, 96:4, 96:15, 96:20, 97:11, 100:14, 102:16, 111:15, 140:23
**numbers** [2] - 9:13,

100:20
**numerous** [3] - 31:22, 49:8, 61:6
**NW** [4] - 1:14, 1:19, 1:23, 161:12

# O

**object** [1] - 115:16
**objectifying** [1] - 97:10
**objecting** [1] - 12:11
**objection** [4] - 10:21, 11:6, 11:7, 14:15
**objections** [3] - 6:20, 8:16, 13:21
**objective** [1] - 35:23
**obligation** [2] - 153:2, 153:18
**obligations** [2] - 153:12, 153:15
**obliterates** [1] - 144:19
**Obscene** [1] - 130:3
**obscene** [10] - 6:10, 90:5, 90:17, 130:23, 131:5, 131:21, 132:5, 132:7, 133:8, 143:18
**observations** [1] - 138:11
**obsessed** [2] - 62:17, 70:21
**obsessive** [1] - 78:4
**obstruct** [1] - 151:15
**obstructed** [1] - 144:10
**obstruction** [5] - 9:3, 9:6, 9:9, 9:13, 137:14
**obtain** [1] - 64:25
**obtained** [1] - 103:4
**obtaining** [1] - 151:7
**obviously** [14] - 3:21, 15:20, 24:16, 27:14, 101:16, 106:18, 110:4, 118:23, 139:23, 140:17, 142:12, 145:22, 153:4, 153:13
**occasion** [4] - 64:6, 65:18, 66:16, 129:20
**occasional** [1] - 71:9
**occasionally** [1] - 87:16
**occasions** [5] - 30:4, 61:6, 61:25, 64:10, 86:14
**occupied** [1] - 160:22
**occur** [1] - 4:7

**October** [4] - 30:3, 69:5, 156:20, 161:8
**odd** [3] - 63:10, 63:22, 70:7
**OF** [5] - 1:1, 1:3, 1:9, 1:18, 161:1
**offend** [1] - 93:4
**Offender** [1] - 148:15
**offender** [9] - 94:2, 98:12, 99:19, 100:24, 111:24, 139:20, 146:2, 148:17, 157:3
**offenders** [1] - 41:24
**Offense** [1] - 1:14
**offense** [36] - 6:17, 8:19, 9:1, 9:4, 9:10, 9:15, 13:15, 13:17, 41:25, 42:2, 42:6, 96:20, 97:19, 98:1, 99:4, 101:10, 102:6, 113:8, 113:9, 113:14, 113:25, 114:8, 129:25, 130:1, 130:5, 130:21, 142:17, 145:23, 148:19, 148:22, 148:23, 149:1, 149:2, 149:5, 151:3, 157:11
**offenses** [2] - 90:2, 90:9
**offer** [7] - 101:6, 105:19, 105:23, 140:2, 140:7, 140:8
**offered** [1] - 126:22
**offers** [1] - 140:2
**OFFICE** [1] - 1:13
**Office** [2] - 152:12, 153:21
**office** [9] - 37:17, 46:16, 147:19, 148:6, 148:16, 152:4, 152:15, 153:19, 153:24
**OFFICER** [4] - 13:23, 14:20, 15:10, 160:8
**officer** [10] - 148:10, 149:3, 149:7, 149:21, 150:5, 150:12, 151:7, 151:10, 151:20, 152:9
**officers** [1] - 84:1
**OFFICES** [1] - 1:18
**official** [1] - 161:11
**OFFICIAL** [1] - 161:1
**Official** [1] - 1:22
**often** [4] - 40:8, 61:15, 61:17, 74:23

**old** [4] - 22:4, 39:9, 60:6, 108:25
**once** [21] - 41:17, 51:17, 51:20, 52:13, 53:11, 63:4, 107:10, 115:24, 117:25, 119:22, 121:17, 122:24, 124:1, 125:2, 126:7, 126:24, 128:1, 129:12, 140:25, 146:5
**one** [98] - 5:3, 5:6, 5:9, 5:17, 7:4, 8:20, 8:23, 9:17, 9:23, 11:17, 12:25, 14:25, 17:15, 18:5, 18:8, 18:13, 20:2, 23:22, 24:12, 25:17, 26:6, 30:7, 37:4, 37:6, 39:19, 41:9, 42:3, 42:9, 42:21, 42:22, 42:23, 42:24, 43:22, 44:21, 47:6, 48:16, 49:2, 50:3, 53:19, 54:9, 54:12, 54:24, 56:5, 58:11, 61:10, 63:12, 64:21, 64:22, 65:18, 69:16, 70:6, 72:15, 72:20, 73:7, 74:14, 76:17, 84:22, 86:12, 86:19, 88:16, 89:1, 91:10, 93:23, 93:24, 93:25, 95:23, 95:25, 98:18, 99:17, 102:14, 112:22, 112:24, 113:2, 117:18, 119:6, 121:3, 121:8, 122:16, 124:17, 127:16, 127:17, 127:18, 129:20, 132:18, 134:10, 136:7, 138:2, 139:11, 142:16, 145:15, 146:15, 148:4, 155:22, 157:25, 158:6, 159:1
**ones** [3] - 65:20, 70:6, 160:2
**ongoing** [2] - 68:3, 112:19
**online** [5] - 18:8, 73:2, 112:6, 112:8, 114:1
**open** [15] - 5:8, 38:19, 41:20, 45:18, 50:23, 51:1, 65:3, 76:20, 124:19, 124:21, 127:4, 127:18, 129:3, 136:4, 152:13

**open-ended** [1] - 76:20
**opened** [5] - 34:5, 35:7, 84:23, 87:17, 126:24
**opening** [3] - 117:9, 119:5, 134:14
**opens** [3] - 120:24, 122:15, 130:14
**opinion** [6] - 6:20, 8:18, 8:22, 10:4, 10:7, 25:7
**opportunities** [2] - 32:8, 87:20
**opportunity** [9] - 3:9, 4:8, 13:4, 13:20, 17:11, 30:1, 32:4, 58:12, 81:15
**opposed** [5] - 3:25, 5:14, 157:5, 159:9, 160:1
**opted** [1] - 37:2
**options** [2] - 99:9, 101:8
**Options** [1] - 147:20
**oral** [1] - 3:6
**order** [19] - 2:17, 4:21, 4:24, 24:22, 26:10, 28:7, 39:15, 41:7, 46:4, 46:13, 48:1, 48:5, 49:9, 49:21, 77:17, 110:22, 114:8, 153:22, 158:10
**ordered** [7] - 126:18, 147:14, 152:16, 152:24, 153:1, 154:4, 154:7
**oriented** [1] - 138:17
**origins** [1] - 107:2
**otherwise** [10] - 13:3, 14:7, 41:5, 72:16, 72:25, 105:5, 142:11, 145:3, 149:10, 151:5
**ourselves** [1] - 22:10
**outdoor** [1] - 115:3
**outlet** [1] - 40:12
**outpatient** [1] - 151:18
**outside** [5] - 3:13, 66:11, 66:22, 86:25, 117:13
**overcome** [5] - 23:10, 53:9, 57:7, 81:20, 81:24
**overnight** [2] - 77:3, 88:18
**overpowers** [1] - 32:21
**overseas** [4] - 65:9,

89:4, 111:20, 112:25
**overwhelmed** [1] - 68:23
**overwhelming** [1] - 47:23
**own** [28] - 21:21, 42:11, 46:12, 53:13, 69:2, 73:8, 82:9, 87:16, 90:24, 92:8, 94:12, 107:16, 118:6, 120:3, 121:8, 121:9, 121:21, 121:24, 123:4, 124:6, 124:22, 125:5, 125:7, 126:12, 128:7, 129:18, 130:20, 144:19
**owner** [1] - 154:15
**owns** [1] - 112:10
**oxygen** [1] - 27:8

**P**

**p.m** [1] - 160:25
**packages** [1] - 65:8
**packed** [1] - 62:18
**paid** [11] - 48:15, 103:9, 103:12, 103:14, 104:8, 110:9, 110:13, 139:22, 147:16, 152:17, 153:18
**pain** [16] - 21:4, 22:12, 31:6, 32:2, 43:12, 43:19, 53:20, 60:22, 65:21, 66:22, 67:18, 68:6, 80:21, 96:10, 102:25, 107:18
**painful** [1] - 126:1
**pains** [1] - 67:2
**pair** [1] - 37:6
**pales** [1] - 43:13
**palpitations** [1] - 67:4
**Panama** [1] - 55:13
**pandemic** [2] - 21:17, 45:10
**panic** [4] - 28:3, 67:4, 70:21, 87:24
**pantry** [1] - 34:5
**pants** [1] - 134:13
**paper** [1] - 41:3
**paradise** [1] - 64:23
**Paragraph** [2] - 11:5, 11:23
**paragraph** [1] - 11:11
**Paragraphs** [1] - 10:21
**paranoia** [3] - 47:24, 65:25, 66:8
**parent** [1] - 18:11

**parents** [7] - 48:19, 61:6, 61:16, 112:17, 138:17, 138:19, 139:1
**parity** [2] - 146:16, 146:17
**park** [2] - 126:16, 126:17
**Part** [1] - 147:19
**part** [16] - 4:16, 7:13, 8:14, 12:11, 23:6, 31:25, 51:2, 86:20, 97:18, 104:5, 112:2, 113:7, 113:11, 143:3, 150:17, 159:21
**partially** [5] - 63:16, 64:1, 64:16, 135:13, 136:2
**participate** [5] - 148:22, 149:1, 151:17, 151:24, 157:10
**participated** [2] - 98:6, 98:7
**participating** [1] - 111:21
**participation** [4] - 114:12, 149:4, 151:20, 152:6
**particular** [3] - 11:16, 34:6, 153:9
**particularly** [3] - 97:6, 100:5, 146:5
**parties** [9] - 7:24, 9:22, 13:4, 59:2, 76:12, 79:13, 146:19, 156:16, 160:24
**partly** [1] - 109:5
**partner** [1] - 79:12
**partners** [2] - 87:2, 112:5
**parts** [3] - 10:1, 10:3, 15:24
**Paseo** [1] - 48:16
**pass** [2] - 27:6, 37:13
**passed** [4] - 69:1, 74:4, 74:9, 74:11
**past** [13] - 17:25, 31:1, 31:15, 31:20, 32:3, 39:23, 60:21, 66:21, 70:4, 101:24, 105:20, 106:6, 138:3
**paste** [1] - 15:7
**path** [5] - 22:3, 66:7, 97:12, 106:16, 106:20
**paths** [1] - 29:10
**patient** [1] - 4:18
**Patterson** [1] - 24:13

**Pause** [1] - 81:21
**pay** [20] - 8:12, 22:16, 22:20, 26:3, 26:4, 26:16, 39:19, 80:18, 102:15, 102:22, 103:6, 103:8, 104:11, 147:14, 148:23, 152:18, 152:25, 153:1, 154:3
**payable** [1] - 153:15
**paying** [2] - 110:21, 153:7
**payment** [2] - 8:7, 110:23
**payments** [1] - 152:20
**peace** [8] - 43:23, 43:25, 49:2, 53:3, 53:23, 73:12, 75:24
**penalties** [1] - 152:19
**penalty** [4] - 6:2, 6:5, 6:8, 80:20
**penis** [9] - 116:1, 117:20, 118:2, 119:12, 119:24, 121:6, 121:8, 121:19, 136:7
**pennies** [2] - 62:14, 104:10
**people** [34] - 5:20, 15:3, 21:13, 21:19, 24:20, 25:8, 26:22, 26:24, 27:21, 28:5, 28:25, 29:1, 29:10, 29:16, 34:23, 40:3, 40:7, 44:15, 75:17, 79:16, 79:17, 82:20, 84:7, 91:24, 95:14, 97:11, 98:24, 103:17, 103:24, 110:16, 142:21, 143:24, 149:18, 150:25
**people's** [1] - 40:1
**peppered** [1] - 4:18
**per** [4] - 8:8, 104:7, 104:11, 153:3
**perceived** [1] - 111:16
**percent** [1] - 21:12
**perception** [2] - 50:20, 50:21
**perfect** [4] - 14:1, 37:21, 57:16, 85:11
**perfected** [1] - 20:13
**perform** [1] - 51:20
**performance** [3] - 21:20, 76:19, 77:15
**performed** [1] - 66:13
**perhaps** [9] - 11:5, 25:23, 26:1, 28:1, 28:10, 45:22, 51:21,

74:14, 102:16
**perianal** [1] - 115:16
**period** [11] - 42:4, 52:24, 76:19, 76:20, 77:20, 113:3, 139:2, 140:6, 144:10, 145:17, 153:5
**periodic** [3] - 148:5, 149:6, 150:13
**periods** [2] - 97:8, 139:4
**permanent** [1] - 85:13
**permission** [12] - 12:6, 46:7, 66:14, 85:2, 85:23, 90:3, 115:22, 117:23, 119:20, 121:15, 122:22, 123:24, 124:25, 126:5, 127:24, 129:10, 130:7, 151:7
**permitted** [2] - 23:16, 154:21
**perpetrated** [1] - 60:14
**perplexed** [1] - 18:3
**person** [36] - 5:11, 17:8, 21:14, 23:6, 23:9, 24:22, 25:17, 28:20, 30:11, 30:13, 37:24, 39:9, 41:2, 41:6, 41:22, 42:14, 44:3, 44:5, 45:11, 52:13, 53:10, 54:2, 57:3, 68:25, 79:24, 80:2, 80:6, 81:3, 82:1, 84:6, 98:22, 106:1, 107:10, 138:21, 143:12, 160:20
**personal** [11] - 41:5, 51:15, 52:10, 79:8, 83:3, 85:13, 87:22, 105:8, 112:9, 116:14, 143:22
**personalities** [1] - 40:1
**personality** [3] - 32:9, 111:15, 138:8
**personally** [2] - 65:18, 114:17
**personnel** [1] - 113:21
**perspective** [2] - 14:19, 158:12
**persuaded** [1] - 129:22
**pertaining** [1] - 43:17
**Petersburg** [1] - 158:9
**PhD** [1] - 75:17
**phone** [5] - 38:7, 70:18, 71:12, 84:12, 132:25

**phones** [1] - 130:8
**photo** [4] - 11:16, 19:9, 117:12, 119:10
**photograph** [9] - 30:9, 33:22, 90:25, 122:16, 124:17, 127:16, 127:17, 129:2, 136:7
**photograph/video** [1] - 11:24
**photographed** [5] - 12:7, 130:7, 136:6, 140:21, 143:2
**photographed/ videoed** [3] - 12:10, 12:12, 12:22
**photographing** [1] - 20:9
**photographs** [51] - 57:4, 84:23, 85:2, 92:21, 117:4, 117:6, 117:8, 119:1, 119:3, 119:9, 120:20, 120:21, 120:22, 120:25, 122:12, 122:13, 124:16, 124:17, 124:19, 125:22, 125:23, 127:11, 127:12, 127:14, 127:21, 128:24, 128:25, 130:9, 130:11, 130:22, 130:25, 132:2, 132:18, 132:19, 132:25, 134:10, 134:11, 134:18, 134:21, 134:23, 135:12, 135:13, 135:25, 136:1, 136:18, 136:19, 137:16, 140:23, 141:2, 144:25, 146:18
**photos** [28] - 11:19, 12:13, 19:18, 19:24, 20:19, 20:24, 41:4, 41:11, 50:14, 52:22, 53:1, 56:6, 60:15, 61:21, 64:1, 64:4, 66:12, 74:10, 75:22, 84:9, 85:4, 85:5, 85:22, 134:14, 142:4, 143:18, 144:11
**physical** [5] - 23:4, 25:15, 52:3, 63:9, 111:8
**physically** [3] - 81:14, 114:12, 143:6
**pick** [5] - 35:21, 35:22,

40:7, 116:13, 142:5
**picked** [1] - 125:12
**picking** [1] - 22:10
**picture** [1] - 38:20
**pictures** [14] - 38:9, 38:14, 38:16, 41:20, 41:21, 45:8, 45:17, 46:6, 69:1, 69:3, 69:25, 73:3, 73:23, 74:13
**piece** [1] - 70:5
**pieces** [1] - 71:18
**pills** [2] - 28:17, 46:4
**pity** [1] - 82:7
**place** [13] - 28:3, 28:5, 54:22, 57:14, 63:15, 71:19, 84:19, 93:17, 102:23, 107:20, 131:4, 133:6, 140:11
**placed** [3] - 46:8, 121:9, 124:22
**placement** [2] - 148:4, 158:22
**places** [11] - 27:18, 50:22, 128:13, 130:14, 142:24, 144:5, 156:23, 157:2, 157:12, 158:13, 158:19
**placing** [1] - 119:13
**plague** [1] - 106:2
**Plaintiff** [1] - 1:4
**plane** [1] - 88:16
**planned** [1] - 73:19
**planning** [1] - 41:6
**plans** [2] - 73:2, 92:3
**platform** [1] - 79:19
**played** [1] - 40:10
**playing** [2] - 92:24, 119:5
**plays** [1] - 122:15
**plea** [12] - 5:25, 7:24, 23:17, 31:3, 31:25, 62:2, 102:18, 103:10, 113:11, 139:13, 145:11, 154:19
**pleading** [2] - 31:2, 154:23
**pleadings** [1] - 108:20
**pleasant** [1] - 55:6
**pled** [3] - 72:20, 90:2, 142:19
**plotted** [1] - 92:4
**plotting** [1] - 92:7
**plus** [1] - 110:14
**podium** [3] - 16:23, 17:1, 105:3
**point** [26] - 3:25, 4:5, 4:7, 6:24, 10:1, 10:8,

16:12, 19:4, 31:22, 47:7, 57:13, 58:16, 71:8, 94:4, 94:18, 94:21, 109:20, 110:5, 110:23, 112:21, 127:3, 137:25, 139:23, 141:23, 148:24, 155:3
**points** [13] - 8:24, 9:2, 9:3, 9:6, 9:7, 9:9, 11:21, 11:23, 24:3, 92:17, 96:14
**Polanco** [1] - 25:21
**police** [2] - 25:4, 25:7
**policy** [2] - 99:17, 109:8
**political** [1] - 138:13
**polygraph** [2] - 149:5, 149:6
**poorly** [1] - 57:17
**pornography** [3] - 112:6, 150:21, 151:2
**portion** [3] - 20:8, 22:17, 156:10
**portrayed** [1] - 30:14
**pose** [1] - 90:25
**posed** [3] - 90:20, 117:11, 134:24
**poses** [4] - 119:15, 130:13, 136:4, 136:5
**posing** [2] - 125:25, 129:5, 136:22, 143:4
**position** [7] - 14:13, 15:23, 30:18, 92:5, 104:4, 143:12, 144:15
**positioned** [1] - 124:20
**positions** [2] - 119:16, 134:24
**positive** [6] - 109:25, 112:14, 139:9, 144:15, 144:20, 148:8
**positives** [1] - 97:20
**possess** [2] - 147:25, 151:23
**possible** [5] - 14:17, 17:16, 53:16, 79:6, 102:24
**possibly** [1] - 46:22
**post** [4] - 83:6, 97:19, 97:25, 102:6
**post-offense** [2] - 97:19, 102:6
**post-traumatic** [1] - 83:6
**posted** [1] - 61:17
**potentially** [1] -

140:10
**pour** [1] - 36:5
**poured** [5] - 35:8, 35:9, 35:16, 63:15, 126:25
**powerful** [2] - 40:23, 107:15
**powerlessness** [1] - 46:3
**practical** [1] - 159:1
**practically** [1] - 25:21
**pray** [1] - 68:9
**predator** [9] - 19:25, 40:23, 44:7, 46:24, 61:20, 65:16, 72:10, 142:6, 144:1
**predator's** [1] - 23:10
**predators** [1] - 57:24
**predatory** [4] - 17:10, 93:3, 144:18, 144:21
**prefer** [2] - 16:25, 75:1
**preferably** [1] - 158:10
**preferences** [1] - 40:2
**premeditated** [1] - 46:23
**premeditation** [2] - 92:7, 92:12
**prepare** [1] - 67:16
**prepared** [7] - 5:23, 10:8, 25:7, 55:22, 67:17, 97:17, 111:18
**preparing** [1] - 63:2
**prepped** [1] - 86:15
**prescribed** [1] - 83:12
**prescription** [1] - 66:4
**present** [2] - 112:17, 155:1
**presented** [3] - 37:23, 143:9, 144:1
**presentence** [7] - 6:19, 6:21, 8:16, 10:1, 10:6, 153:19, 153:23
**Presentence** [1] - 147:20
**presenting** [1] - 88:21
**preserve** [2] - 125:14, 156:8
**preserving** [1] - 103:23
**pressuring** [1] - 34:19
**pretended** [1] - 34:13
**pretty** [3] - 16:9, 55:11, 100:4
**prevent** [1] - 29:16
**prevented** [1] - 43:5
**prevents** [1] - 51:12
**previous** [2] - 34:4, 64:8
**previously** [2] - 29:2,

79:13
**preying** [1] - 40:21
**pride** [1] - 18:23
**prison** [7] - 22:4, 22:13, 43:25, 98:2, 98:14, 99:6, 100:7
**Prisons** [9] - 99:15, 100:25, 104:10, 111:23, 140:1, 140:5, 140:10, 147:3, 148:16
**private** [1] - 14:17
**probation** [27] - 8:20, 10:20, 13:6, 13:13, 14:11, 147:19, 148:6, 148:10, 148:16, 149:3, 149:7, 149:21, 150:4, 150:12, 151:7, 151:10, 151:19, 152:4, 152:9, 152:15, 153:19, 153:24, 154:11, 156:16, 156:22, 157:17, 160:6
**Probation** [1] - 153:21
**PROBATION** [4] - 13:23, 14:20, 15:10, 160:8
**probation's** [3] - 14:8, 14:19, 158:12
**probationary** [1] - 77:20
**problem** [8] - 13:12, 13:19, 16:4, 28:1, 33:12, 54:7, 159:2, 159:13
**problems** [1] - 21:19
**Procedure** [3] - 10:3, 10:5, 154:6
**procedure** [1] - 81:18
**proceed** [6] - 4:15, 4:23, 5:23, 60:2, 94:18, 144:7
**proceeded** [2] - 41:19, 64:14
**proceeding** [2] - 142:8, 146:6
**proceedings** [1] - 161:6
**process** [12] - 31:5, 38:23, 39:3, 39:7, 39:16, 49:7, 66:19, 81:22, 83:15, 95:8, 107:21, 121:4
**produce** [3] - 77:23, 132:4, 132:7
**produced** [1] - 90:17
**producing** [1] - 90:5

**production** [2] - 130:3, 130:22
**productivity** [1] - 51:17
**professional** [5] - 31:24, 33:15, 36:18, 41:5, 51:15
**professor** [2] - 138:2, 138:22
**profiles** [1] - 73:2
**profound** [4] - 19:7, 50:11, 105:11, 107:4
**profoundly** [2] - 17:9, 79:9
**program** [21] - 109:10, 109:12, 109:13, 109:15, 111:24, 111:25, 149:2, 149:3, 149:4, 149:9, 151:19, 151:20, 151:25, 152:1, 152:6, 158:2, 158:3, 158:13, 158:18, 159:3, 159:23
**programs** [14] - 107:7, 139:6, 139:15, 140:2, 140:7, 145:19, 156:24, 157:5, 157:11, 157:12, 158:24, 159:8, 159:19, 159:25
**progress** [1] - 108:1
**prohibited** [2] - 150:19, 151:15
**prolonged** [1] - 97:8
**prominent** [1] - 126:1
**promised** [1] - 22:16
**promote** [1] - 101:11
**promotes** [1] - 96:18
**promotion** [1] - 27:16
**prosecuting** [1] - 67:14
**prosecution** [3] - 66:15, 67:1, 67:13
**prosecutors** [3] - 19:3, 23:12, 43:3
**protect** [4] - 22:3, 51:6, 83:8, 90:8
**protected** [1] - 26:11
**protecting** [1] - 89:20
**protection** [1] - 52:16
**protective** [1] - 99:23
**protocols** [2] - 148:6, 148:7
**prove** [2] - 52:22, 85:15
**proven** [1] - 18:25
**proves** [2] - 41:5, 42:5
**provide** [7] - 83:20,

88:19, 98:20, 99:25, 110:15, 149:6, 152:9
**provided** [8] - 2:19, 3:8, 64:12, 76:22, 89:17, 102:21, 144:16, 152:23
**provider** [2] - 152:5, 152:6
**provides** [2] - 142:25, 144:5
**providing** [1] - 3:6
**provisions** [1] - 146:25
**PSR** [1] - 14:16
**psyche** [1] - 39:25
**psychological** [2] - 80:21, 141:9
**psychologically** [1] - 77:1
**PTSD** [4] - 19:22, 47:19, 83:6, 111:19
**pubic** [3] - 117:17, 127:19, 129:4
**public** [5] - 85:18, 100:22, 138:7, 142:13, 144:16
**publicity** [1] - 141:14
**publicly** [1] - 102:3
**published** [1] - 27:19
**pull** [3] - 45:18, 46:11, 63:11
**pull-out** [1] - 63:11
**pulled** [9] - 36:13, 41:18, 41:19, 64:3, 88:16, 127:15, 127:17, 129:4
**pulls** [2] - 119:7, 127:19
**punch** [2] - 31:24, 38:19
**punished** [1] - 32:16
**punishment** [4] - 22:7, 32:24, 140:13, 146:15
**purchase** [1] - 62:14
**pure** [1] - 144:19
**purple** [2] - 131:1, 131:10
**purpose** [2] - 90:5, 103:23
**purposes** [2] - 14:17, 27:17
**pursuant** [9] - 10:2, 10:5, 146:24, 149:20, 149:22, 151:1, 152:24, 154:5
**pursued** [1] - 34:16
**push** [1] - 77:17
**pushed** [2] - 102:3, 134:20

put [19] - 13:16, 15:16, 23:2, 23:3, 30:14, 31:12, 36:6, 36:13, 37:6, 51:22, 54:6, 73:7, 82:2, 91:10, 97:23, 110:5, 149:15, 156:22, 159:7
**putting** [1] - 149:9, 159:24, 160:1
**puzzle** [1] - 71:18

## Q

**qualifying** [1] - 148:19
**quality** [1] - 48:6
**quarter** [2] - 58:19, 58:20
**questioned** [4] - 70:8, 74:23, 86:22, 105:24
**questioning** [1] - 71:2, 92:25
**questions** [5] - 67:14, 67:16, 71:16, 95:23, 106:2
**quickly** [6] - 34:4, 61:5, 63:14, 97:17, 102:24, 119:7
**quit** [1] - 48:21
**quite** [8] - 62:8, 63:5, 101:23, 102:3, 104:11, 106:11, 142:21, 153:5

## R

**raced** [1] - 70:4
**rage** [1] - 39:4
**rail** [1] - 128:14
**raised** [2] - 23:5, 139:25
**ran** [3] - 37:10, 39:11, 69:16
**range** [9] - 7:25, 8:2, 8:4, 9:17, 99:10, 100:18, 100:19, 102:9, 146:22
**ranges** [1] - 9:25
**rape** [1] - 74:19
**raped** [2] - 20:5, 140:21
**raping** [1] - 90:2
**rare** [1] - 71:24
**rate** [2] - 153:2, 153:12
**rather** [5] - 71:11, 77:24, 79:25, 92:19, 106:19
**rationalize** [1] - 41:14
**RAYMOND** [1] - 1:6
**Raymond** [62] - 2:3, 2:12, 2:14, 3:9, 4:12,

5:25, 16:1, 18:1, 18:18, 21:3, 22:5, 23:7, 25:22, 29:9, 29:14, 29:18, 30:4, 30:6, 30:10, 30:25, 31:13, 33:20, 40:16, 54:21, 57:24, 60:14, 60:25, 61:14, 68:21, 71:15, 72:10, 72:19, 73:12, 76:14, 81:16, 85:2, 87:8, 91:23, 93:4, 95:1, 95:12, 95:17, 96:8, 97:11, 98:21, 99:13, 99:16, 100:1, 101:14, 102:11, 102:13, 102:17, 104:24, 108:25, 111:5, 147:2, 154:7, 156:18, 157:7, 157:21, 159:12, 160:20

**Raymond's** [11] - 17:7, 17:10, 19:6, 24:22, 31:16, 60:21, 88:24, 94:14, 96:1, 96:12, 96:21

**RDAP** [5] - 111:25, 157:1, 158:18, 158:25, 159:10

**RDR** [3] - 1:22, 161:3, 161:10

**reach** [2] - 77:22, 82:11

**reached** [6] - 40:15, 62:6, 63:5, 71:5, 133:22, 136:25

**reaction** [1] - 67:1

**reactions** [1] - 82:15

**read** [9] - 7:11, 27:22, 27:23, 40:3, 42:10, 81:5, 110:4, 113:9, 154:18

**reading** [4] - 3:1, 3:3, 42:12, 113:24

**ready** [3] - 57:13, 69:8, 142:14

**real** [8] - 17:8, 18:12, 43:10, 84:15, 143:24, 149:10

**reality** [5] - 30:19, 52:21, 61:23, 73:22, 94:5

**realization** [3] - 50:16, 51:22, 57:15

**realize** [3] - 25:16, 61:12, 105:17

**realized** [3] - 38:5, 56:25, 58:7

**realizing** [2] - 31:11,

75:8

**really** [31] - 14:8, 31:16, 33:5, 36:23, 37:4, 39:17, 40:16, 55:14, 56:25, 57:9, 57:10, 65:5, 75:17, 77:10, 78:24, 78:25, 79:14, 79:15, 80:22, 95:7, 95:19, 95:25, 99:24, 100:17, 107:6, 137:5, 137:10, 146:17, 146:21, 149:12, 150:20

**rearranged** [1] - 88:10

**reason** [12] - 22:6, 28:6, 29:15, 33:23, 34:6, 37:9, 42:8, 52:14, 75:3, 80:12, 88:6, 108:15

**reasonable** [6] - 8:2, 108:22, 149:22, 150:1, 150:11

**reasons** [1] - 94:15

**reassigned** [1] - 18:20

**rebuild** [2] - 23:6, 53:23

**recalled** [1] - 70:13

**recalling** [1] - 143:1

**receipt** [1] - 103:4

**receive** [4] - 27:15, 32:24, 66:15, 66:25

**received** [10] - 4:3, 17:23, 33:13, 45:13, 46:16, 49:9, 68:22, 84:12, 139:12, 156:3

**receives** [1] - 99:16

**receiving** [1] - 49:20

**recent** [2] - 71:17, 93:17

**recently** [1] - 112:20

**recess** [1] - 59:3

**Recess** [2] - 94:22, 108:17

**recognize** [5] - 82:9, 84:8, 95:4, 142:9, 158:13

**recognized** [4] - 84:8, 97:11, 145:9, 145:14

**recollection** [2] - 63:1, 64:8

**recommend** [3] - 156:19, 157:5, 157:9

**recommendation** [6] - 98:11, 156:22, 157:8, 158:17, 159:4, 160:2

**recommended** [2] - 147:19, 156:23

**recommends** [1] -

151:22

**reconcile** [1] - 112:23

**reconnected** [1] - 63:4

**record** [7] - 2:5, 10:16, 17:19, 30:9, 108:20, 110:5, 121:5

**recorded** [1] - 130:8

**Recording** [14] - 116:5, 118:7, 120:7, 121:25, 123:5, 124:7, 125:9, 126:13, 128:8, 132:8, 133:11, 135:2, 135:16, 136:9

**recording** [3] - 121:4, 121:7, 121:9

**recounted** [1] - 87:4

**recounting** [2] - 38:3, 39:1

**recover** [2] - 49:6, 49:21

**recovered** [6] - 131:7, 131:11, 131:14, 131:17, 131:24, 154:14

**recovery** [1] - 68:3

**recurrent** [1] - 48:2

**red** [5] - 21:10, 34:18, 39:11, 126:25, 127:20

**Red** [1] - 35:17

**redness** [1] - 115:16

**redo** [1] - 8:21

**refer** [1] - 100:21

**referenced** [1] - 89:13

**referred** [1] - 25:9

**refilled** [1] - 127:5

**reflect** [1] - 10:6

**reflecting** [2] - 106:7, 107:5

**Reform** [1] - 146:24

**Reforma** [1] - 48:16

**refrain** [1] - 148:2

**refugees** [1] - 60:7

**regain** [3] - 28:19, 51:10, 52:8

**regained** [11] - 107:13, 115:10, 116:23, 118:16, 122:7, 123:15, 123:19, 125:19, 127:7, 128:19, 133:18

**regard** [5] - 11:2, 11:15, 11:19, 78:6, 159:18

**regarding** [5] - 5:2, 10:11, 12:1, 62:16, 106:15

**regardless** [1] - 63:24

**region** [2] - 117:17,

127:20

**register** [1] - 38:17

**Registration** [1] - 148:15

**registration** [1] - 148:17

**regret** [2] - 82:3, 105:12

**regrets** [1] - 61:10

**regulate** [1] - 67:12

**regulations** [3] - 149:3, 151:19, 152:1

**regurgitating** [1] - 34:12

**rehabilitate** [1] - 97:23

**rehabilitated** [3] - 22:6, 99:13, 101:15

**rehabilitation** [5] - 93:15, 102:7, 106:8, 139:21, 145:24

**rehabilitative** [2] - 98:21, 100:1

**reissuing** [1] - 8:20

**reiterate** [1] - 35:3

**rejected** [1] - 83:7

**rejection** [1] - 85:17

**related** [7] - 6:20, 9:2, 9:5, 9:8, 9:11, 76:24, 111:9

**relates** [3] - 6:1, 6:11, 7:10

**relating** [5] - 8:9, 8:19, 139:9, 144:14, 149:15

**relations** [1] - 57:12

**relationship** [12] - 18:1, 18:4, 18:13, 18:17, 30:6, 50:19, 55:10, 61:3, 61:4, 65:11, 65:22, 113:4

**relationships** [8] - 19:8, 21:16, 21:19, 82:23, 82:25, 87:23, 112:4, 141:7

**release** [8] - 8:5, 101:17, 147:11, 152:10, 153:5, 153:19, 155:10, 155:11

**released** [5] - 22:4, 43:6, 46:25, 148:25, 154:15

**relief** [1] - 105:22

**relieved** [2] - 73:9, 74:5

**reliving** [1] - 87:9

**remain** [1] - 17:13

**remainder** [4] - 22:22, 27:12, 69:13, 69:21

**remained** [5] - 42:18,

43:7, 88:7, 106:15, 126:18

**remains** [1] - 69:7

**remember** [27] - 33:22, 33:25, 36:8, 37:2, 45:7, 45:9, 45:23, 46:6, 52:18, 52:22, 55:20, 55:21, 55:22, 55:23, 56:2, 56:16, 62:12, 62:15, 63:17, 64:20, 69:10, 70:5, 70:7, 137:2, 137:3, 141:3, 141:4

**remembered** [1] - 33:23

**remind** [3] - 34:20, 101:3, 101:16

**reminded** [2] - 28:11, 102:13

**reminders** [1] - 70:12

**remorse** [5] - 72:8, 92:20, 102:6, 107:14, 145:7

**remorseful** [3] - 41:25, 101:25, 105:19

**removed** [1] - 134:22

**removing** [2] - 14:5, 14:7

**render** [3] - 41:7, 89:24, 114:9

**rendered** [11] - 115:20, 117:21, 119:18, 121:13, 122:20, 123:22, 124:23, 126:3, 127:22, 129:8, 130:4

**rendering** [1] - 90:12

**renew** [2] - 11:4, 77:20

**renewed** [2] - 49:4, 108:1

**rent** [1] - 26:5

**reoffend** [4] - 93:12, 98:23, 98:25, 101:15

**reoffending** [1] - 149:13

**repair** [2] - 111:10

**repeat** [2] - 40:10, 96:16

**repeated** [2] - 58:12, 70:12

**repeatedly** [2] - 89:9, 105:24

**replace** [1] - 22:7

**replayed** [2] - 37:14, 39:21

**replaying** [2] - 39:11, 70:4

**replied** [1] - 137:8

**report** [11] - 6:19, 6:21, 8:17, 10:1,

10:6, 15:17, 111:18,
111:25, 112:1,
153:20, 153:24
**Report** [1] - 147:20
**reported** [1] - 90:21
**Reporter** [3] - 1:22,
1:22, 161:11
**REPORTER** [1] -
161:1
**reporter** [2] - 24:17,
94:19
**reporting** [1] - 149:12
**reports** [2] - 46:16,
111:3
**reposed** [1] - 114:22
**reprehensible** [1] -
105:12
**represent** [1] - 104:17
**representing** [2] -
84:2, 96:8
**represents** [2] - 32:22,
132:4
**repulsive** [1] - 92:18
**request** [6] - 14:12,
33:17, 44:2, 111:19,
156:7, 159:17
**requested** [5] - 62:13,
64:10, 100:17,
111:23, 152:9
**requesting** [2] - 15:1,
15:5
**require** [2] - 14:12,
99:20
**required** [3] - 8:12,
141:8, 147:16
**requirement** [1] -
151:8
**requirements** [4] -
148:14, 149:8,
150:3, 156:11
**requires** [3] - 73:1,
99:5, 99:6
**researched** [1] - 70:10
**resent** [1] - 39:18
**reserved** [1] - 156:5
**reside** [2] - 60:6,
148:18
**resided** [1] - 113:18
**residence** [4] - 86:25,
113:20, 114:2,
153:22
**resilient** [2] - 23:5,
77:17
**resolute** [1] - 43:8
**resolution** [1] - 109:16
**resolved** [1] - 8:17
**resource** [1] - 112:12
**resourceful** [1] - 51:18
**resources** [3] - 48:23,
49:19, 100:1,

103:19, 103:24
**respect** [4] - 18:10,
79:8, 96:18, 101:11
**respected** [1] - 138:23
**respectful** [1] - 61:19
**respectfully** [1] - 44:2
**response** [2] - 18:5,
78:10
**responsibility** [9] -
29:11, 93:22, 96:12,
102:1, 105:13,
107:24, 113:12,
139:13, 145:10
**responsible** [3] - 27:2,
41:10, 78:3
**rest** [13] - 12:19, 21:6,
22:12, 22:20, 32:15,
42:16, 45:25, 51:8,
52:8, 68:4, 72:16,
110:4, 137:21
**restart** [1] - 89:12
**restaurant** [2] - 34:18,
54:25
**restitution** [16] - 8:7,
8:11, 22:19, 32:1,
102:15, 102:18,
103:6, 110:13,
110:21, 139:22,
148:11, 148:12,
152:16, 152:20,
154:1, 155:9
**restricted** [2] - 151:4,
151:11
**restriction** [2] - 151:8,
151:11
**restrictions** [1] -
101:21
**restroom** [1] - 127:3
**result** [5] - 90:22,
115:13, 125:24,
129:5, 136:22
**resulted** [2] - 51:25,
88:22
**resulting** [1] - 136:24
**results** [2] - 77:16,
77:23
**resume** [1] - 94:20
**resuming** [2] - 21:1,
116:9
**retain** [1] - 155:18
**retirement** [1] - 110:7
**retreat** [1] - 66:2
**retroactively** [1] -
156:8
**return** [5] - 39:9,
48:19, 53:10, 79:19,
153:23
**returned** [4] - 35:15,
63:14, 127:4, 128:18
**returning** [4] - 26:19,

71:25, 116:10, 138:9
**reveal** [1] - 127:19
**reverberate** [1] -
106:11
**review** [3] - 13:5,
13:20, 16:1
**revised** [1] - 13:24
**revision** [1] - 15:23
**revisions** [1] - 13:5
**revisit** [3] - 70:6,
104:22, 157:20
**revisited** [1] - 110:23
**rewriting** [1] - 68:17
**ride** [2] - 31:10, 69:13
**rightful** [1] - 154:15
**ring** [2] - 33:21, 71:25
**risk** [3] - 51:22, 98:23,
101:15
**road** [2] - 93:15, 107:9
**robbed** [2] - 32:4, 53:3
**role** [2] - 40:17, 92:24
**romantic** [1] - 30:6
**room** [9] - 27:7, 37:1,
71:1, 84:6, 86:14,
86:22, 87:4, 134:18,
136:11
**Room** [2] - 1:23,
161:12
**roommate** [1] - 26:10
**rooms** [2] - 84:21,
87:2
**rounded** [1] - 41:4
**routine** [1] - 63:24
**rug** [1] - 97:6
**Rule** [9] - 4:4, 7:23,
9:20, 10:2, 10:5,
146:20, 154:5,
155:14
**ruled** [1] - 11:17
**rules** [3] - 149:2,
151:19, 151:25
**Rules** [1] - 154:6
**run** [5] - 76:9, 125:14,
147:8, 147:13
**running** [1] - 27:10
**rush** [1] - 39:12
**rushing** [1] - 38:4

# S

**sacrificed** [1] - 87:7
**sad** [6] - 28:25, 77:11,
78:4, 79:2, 80:4,
80:13
**sadistic** [1] - 72:5
**sadly** [1] - 17:9
**sadness** [4] - 25:12,
70:2, 82:13, 87:10
**safe** [4] - 51:2, 51:12,
66:10, 93:25

**safekeeping** [1] -
131:1
**safer** [1] - 26:2
**safety** [3] - 62:22,
83:3, 89:23
**salaries** [1] - 49:19
**sales** [1] - 60:10
**salon** [5] - 54:22,
55:11, 56:21, 56:23,
56:24
**Salon** [1] - 54:22
**salvaged** [1] - 116:25
**San** [1] - 61:7
**sat** [2] - 86:14, 122:9
**satisfaction** [1] - 72:8
**satisfy** [1] - 41:7
**Saturday** [1] - 137:2
**save** [2] - 20:24, 62:14
**savings** [1] - 49:16
**saw** [9] - 35:17, 38:15,
38:16, 45:8, 48:21,
69:24, 71:9, 75:22,
91:16
**scale** [1] - 62:18
**scars** [1] - 22:9
**schedule** [1] - 110:23
**schedules** [1] - 88:10
**scheduling** [1] - 5:2
**scheme** [1] - 132:4
**scholarship** [1] -
109:6
**school** [2] - 109:10,
112:12
**science** [1] - 138:13
**scope** [2] - 154:25,
155:2
**Scott's** [1] - 125:14
**scratches** [1] - 129:7
**SD** [2] - 131:2, 131:16
**sea** [1] - 18:8
**seal** [1] - 14:16
**sealed** [1] - 7:7
**search** [6] - 149:14,
149:18, 149:21,
149:25, 150:9,
150:11
**searches** [5] - 92:14,
149:20, 150:13,
150:18, 151:1
**searching** [1] - 70:22
**seated** [1] - 105:2
**second** [7] - 12:25,
34:8, 36:20, 55:15,
65:14, 123:14, 142:4
**secret** [1] - 75:18
**Section** [2] - 116:3,
146:25
**sections** [1] - 108:23
**sector** [1] - 76:9

**secure** [1] - 88:12
**security** [11] - 30:16,
30:22, 50:17, 52:10,
53:23, 66:9, 75:19,
89:23, 99:18, 99:21,
144:2
**see** [33] - 10:4, 12:3,
15:20, 15:23, 16:15,
25:23, 28:20, 33:25,
35:20, 38:5, 39:24,
40:20, 44:13, 45:16,
45:19, 46:6, 46:23,
56:22, 57:13, 67:21,
70:11, 74:6, 79:5,
80:23, 82:4, 82:6,
118:23, 138:8,
140:9, 142:1, 146:1,
150:16
**seeing** [6] - 38:17,
38:23, 52:22, 64:5,
70:14, 141:25
**seek** [4] - 86:10,
101:20, 103:24,
106:14
**seeking** [2] - 98:4,
100:16
**seem** [2] - 37:11,
102:4
**seemingly** [1] - 91:3
**sees** [1] - 28:21
**seized** [2] - 154:8,
154:10
**select** [1] - 91:21
**self** [12] - 39:9, 40:5,
40:6, 40:21, 82:14,
82:16, 82:17, 88:2,
107:13, 108:1,
111:3, 149:12
**self-awareness** [1] -
107:13
**self-blame** [1] - 88:2
**self-concept** [1] -
82:17
**self-destructive** [1] -
82:14
**self-doubt** [1] - 40:5
**self-esteem** [1] - 82:16
**self-loathing** [1] - 40:6
**self-reporting** [1] -
149:12
**self-reports** [1] - 111:3
**semblance** [1] -
105:21
**send** [6] - 13:24,
53:18, 65:6, 65:8,
110:16, 116:13
**sending** [2] - 15:16,
87:18
**sense** [21] - 24:24,
25:11, 29:11, 40:19,

43:23, 43:25, 44:13, 49:4, 50:16, 52:10, 53:4, 68:24, 71:14, 71:21, 75:21, 89:14, 89:23, 95:9, 105:11, 108:1, 160:20
**sent** [3] - 71:11, 74:5, 159:23
**sentence** [33] - 8:2, 17:16, 23:16, 29:15, 43:13, 44:3, 46:19, 49:25, 96:18, 98:17, 99:3, 99:5, 99:6, 99:8, 99:16, 99:20, 100:5, 101:4, 101:9, 102:8, 108:22, 140:4, 140:11, 153:4, 153:22, 155:8, 155:12, 155:18, 155:23, 155:24, 160:1
**sentenced** [1] - 147:10
**sentences** [2] - 100:21, 146:23
**SENTENCING** [1] - 1:9
**sentencing** [17] - 4:4, 6:23, 7:2, 7:8, 7:25, 8:4, 8:25, 23:2, 30:25, 60:21, 95:8, 96:8, 98:16, 108:12, 108:19, 147:1
**Sentencing** [3] - 146:24, 147:20, 156:6
**separate** [2] - 132:4, 158:3
**separated** [1] - 81:13
**separately** [2] - 14:16, 35:6
**September** [10] - 1:4, 6:21, 10:7, 22:23, 32:19, 33:13, 38:3, 133:22, 135:4, 135:12
**serial** [1] - 94:2
**series** [2] - 97:23, 124:19
**serious** [8] - 45:22, 46:15, 82:22, 100:11, 101:9, 111:9, 112:18, 137:12
**seriously** [3] - 39:14, 48:7, 141:20
**seriousness** [7] - 90:1, 96:19, 98:18, 99:4, 101:10, 142:17, 145:23
**servant** [2] - 138:7, 144:16

**serve** [4] - 22:13, 29:13, 103:23, 147:10
**served** [20] - 26:22, 53:17, 53:22, 115:3, 115:7, 116:19, 116:21, 118:12, 120:12, 120:16, 122:5, 123:10, 124:10, 132:14, 133:16, 134:3, 135:7, 135:21, 136:14, 156:20
**servers** [2] - 131:20, 133:1
**serves** [2] - 101:14, 107:15
**service** [8] - 34:17, 39:24, 94:5, 96:25, 97:1, 100:22, 131:20, 133:7
**services** [1] - 58:7
**serving** [3] - 60:11, 101:4, 123:13
**sessions** [1] - 65:8
**set** [13] - 3:12, 5:18, 5:22, 8:3, 22:14, 23:23, 42:9, 82:25, 108:22, 117:12, 148:6, 155:11
**sets** [3] - 120:21, 120:23, 120:24
**setting** [1] - 150:8
**seven** [2] - 112:4, 136:18
**several** [21] - 42:3, 42:4, 61:25, 72:13, 73:2, 90:21, 93:5, 119:9, 119:15, 121:2, 124:10, 125:25, 127:14, 127:21, 129:6, 132:11, 134:24, 136:21, 136:23, 157:3
**severe** [1] - 19:21
**severely** [1] - 50:19
**Sex** [2] - 1:14, 148:14
**sex** [20] - 20:4, 37:12, 73:24, 74:19, 75:4, 98:12, 99:19, 100:24, 111:24, 116:15, 139:19, 148:17, 148:22, 148:23, 149:1, 149:2, 149:5, 151:3, 157:3, 157:11
**Sexual** [2] - 114:19
**sexual** [57] - 6:1, 6:4, 12:9, 12:17, 12:23,

18:1, 19:25, 31:12, 40:23, 41:8, 44:6, 60:14, 61:13, 61:20, 65:16, 82:25, 90:13, 90:14, 91:6, 92:15, 112:3, 112:5, 113:1, 114:24, 115:25, 116:5, 118:1, 118:6, 118:7, 119:23, 119:24, 120:4, 120:7, 121:18, 121:24, 121:25, 122:25, 123:4, 123:5, 124:2, 124:6, 124:7, 125:3, 125:8, 126:8, 126:12, 128:2, 128:7, 129:13, 129:18, 129:24, 130:20, 143:22, 143:25, 146:2
**sexually** [19] - 20:6, 20:9, 30:8, 32:6, 61:25, 90:3, 90:5, 91:7, 91:9, 93:24, 112:7, 115:11, 116:2, 120:5, 140:21, 140:22, 143:7, 143:19, 144:21
**shades** [1] - 66:9
**shake** [1] - 53:1
**shall** [3] - 150:18, 153:19, 153:23
**shame** [10] - 21:9, 39:5, 40:11, 46:13, 64:17, 74:17, 74:18, 82:10, 85:19, 105:11
**shameful** [1] - 96:2
**share** [3] - 48:11, 50:10, 152:11
**shared** [2] - 19:3, 30:11
**sharing** [2] - 30:12, 45:5
**sharp** [1] - 67:2
**shattered** [3] - 50:16, 68:7, 79:22
**shed** [1] - 65:20
**sheer** [2] - 87:11, 92:12
**shift** [1] - 70:8
**shirt** [5] - 34:1, 41:18, 56:3, 127:15, 127:17
**shirts** [1] - 56:5
**shock** [5] - 25:8, 26:13, 38:23, 60:16, 68:23
**shocked** [2] - 36:23, 106:23

**shoes** [2] - 34:1, 37:4
**shopping** [1] - 115:3
**shops** [2] - 84:16, 84:20
**short** [1] - 18:18
**shortly** [9] - 3:22, 5:23, 34:17, 39:2, 98:5, 124:12, 125:18, 127:5, 134:4
**shorts** [1] - 127:19
**shot** [1] - 137:3
**show** [20] - 13:8, 13:22, 35:20, 38:12, 41:16, 41:18, 41:20, 92:19, 117:6, 117:8, 119:3, 132:19, 132:21, 134:11, 134:12, 134:14, 135:13, 136:1, 136:19, 144:23
**showed** [9] - 19:9, 33:22, 45:10, 50:14, 57:4, 60:15, 74:10, 84:23, 145:2
**showing** [3] - 71:23, 127:1, 143:2
**shown** [5] - 18:13, 19:19, 46:6, 54:3, 143:19
**shows** [4] - 31:10, 117:12, 117:14, 117:15
**shut** [1] - 21:16
**sibling** [1] - 112:15
**sick** [9] - 20:21, 30:20, 32:6, 41:21, 67:23, 72:12, 85:8, 118:14, 123:12
**sickens** [1] - 72:4
**side** [7] - 4:11, 4:25, 19:10, 114:16, 114:17, 119:13, 137:5
**signature** [1] - 64:12
**significant** [12] - 20:8, 49:11, 55:14, 65:23, 70:24, 73:1, 99:5, 99:6, 99:15, 100:4, 101:9, 101:20
**significantly** [3] - 99:21, 99:22, 103:19
**signs** [1] - 39:11
**silly** [2] - 63:22, 78:18
**similar** [13] - 40:17, 115:21, 117:22, 119:19, 121:14, 122:21, 123:23, 124:24, 126:4, 127:23, 129:9, 129:19, 130:6

**similarly** [2] - 11:4, 120:14
**simply** [6] - 3:5, 19:17, 43:14, 55:18, 75:9, 93:21
**simultaneous** [1] - 23:25
**sincere** [4] - 95:18, 102:7, 145:16
**sincerely** [3] - 95:21, 101:24, 105:18
**single** [2] - 18:9, 68:1
**sip** [3] - 35:18, 36:3, 36:14
**sister** [5] - 46:12, 112:15, 112:17, 138:15, 138:25
**sit** [2] - 16:23, 88:7
**sites** [1] - 112:8
**sitting** [3] - 85:1, 87:9, 94:10
**situation** [9] - 43:7, 45:7, 48:1, 48:20, 63:14, 68:10, 76:16, 77:25, 78:5
**situations** [4] - 83:3, 93:20, 109:23, 109:24
**six** [10] - 76:19, 77:20, 86:1, 86:2, 90:14, 110:11, 110:12, 112:4, 120:20, 128:24
**six-month** [2] - 76:19, 77:20
**size** [1] - 32:9
**skepticism** [1] - 85:16
**slap** [1] - 99:6
**sleep** [11] - 28:8, 35:4, 36:25, 46:4, 48:5, 52:8, 52:9, 66:5, 67:2, 77:2, 77:8
**sleeping** [6] - 28:7, 28:17, 46:4, 63:12, 63:14, 112:7
**sleeve** [1] - 21:15
**slept** [1] - 63:18
**slip** [2] - 39:23, 91:10
**slip-up** [1] - 91:10
**slipped** [1] - 37:3
**slow** [1] - 17:18
**slowly** [1] - 27:11
**small** [2] - 95:11, 156:10
**smart** [1] - 160:20
**snap** [1] - 39:13
**sneakers** [1] - 37:7
**so-called** [1] - 65:15
**sobbing** [1] - 87:10
**sober** [1] - 69:19

**social** [3] - 60:11, 62:6, 82:1
**society** [4] - 27:1, 50:20, 51:9, 67:20
**sociopath** [1] - 22:5
**software** [5] - 150:5, 150:15, 150:20, 150:22, 150:24
**solo** [1] - 70:16
**solves** [1] - 4:13
**someone** [20] - 25:6, 25:17, 26:22, 29:3, 29:16, 41:7, 44:13, 49:23, 51:7, 56:11, 57:18, 65:12, 65:15, 79:13, 79:23, 80:15, 80:25, 81:15, 93:19, 151:6
**something's** [2] - 79:7, 82:5
**something..** [1] - 137:7
**sometime** [2] - 45:13, 140:25
**sometimes** [5] - 65:7, 77:11, 78:24, 81:1, 87:25
**somewhat** [1] - 113:5
**sommelier** [2] - 34:15, 35:20
**SOMP** [1] - 157:10
**soon** [12] - 115:9, 116:22, 118:15, 120:13, 120:17, 122:7, 123:14, 132:15, 133:17, 135:8, 135:22, 136:14
**sophisticated** [1] - 44:6
**sore** [1] - 137:5
**sorry** [9] - 24:8, 33:6, 45:2, 50:19, 71:3, 76:4, 105:10, 106:23, 108:5
**sort** [6] - 74:17, 83:8, 95:19, 97:9, 97:12, 141:8
**SOTP** [1] - 157:10
**sought** [5] - 28:15, 52:6, 72:15, 102:17, 112:8
**sound** [2] - 68:19, 72:14
**sounded** [1] - 63:21
**sounds** [3] - 2:18, 47:9, 58:17
**source** [2] - 13:16, 51:19
**sources** [1] - 13:9

**South** [1] - 86:13
**Spa** [1] - 54:22
**spaces** [2] - 77:5, 130:25
**Spain** [1] - 109:5
**span** [1] - 67:21
**Spanish** [3] - 57:17, 57:18, 114:23
**sparkling** [1] - 64:11
**speaking** [7] - 2:18, 2:20, 2:23, 4:10, 38:24, 78:21, 133:23
**special** [16] - 8:9, 8:13, 103:12, 103:13, 103:16, 104:19, 110:14, 110:18, 110:22, 114:2, 114:22, 147:14, 148:20, 152:25, 154:2
**Special** [1] - 113:13
**specialized** [1] - 44:5
**specific** [7] - 15:13, 15:15, 44:16, 91:21, 148:23, 149:2, 149:10
**specifically** [3] - 6:16, 7:13, 98:9
**speechless** [1] - 69:25
**speeding** [1] - 109:2
**spend** [4] - 26:20, 30:25, 35:2, 78:20
**spending** [2] - 64:6, 143:15
**spent** [13] - 20:8, 30:5, 56:9, 62:10, 70:20, 76:8, 76:11, 77:8, 86:21, 94:6, 106:6, 107:5, 109:5
**spiral** [2] - 66:12, 106:13
**spiraling** [1] - 87:18
**split** [2] - 5:15, 62:12
**spoken** [4] - 71:9, 95:3, 95:13, 140:16
**sports** [1] - 112:14
**spot** [5] - 31:16, 44:15, 44:16, 75:19, 137:10
**spread** [1] - 124:21
**stability** [5] - 25:17, 28:14, 28:19, 51:18, 82:11
**stable** [1] - 66:21
**stages** [2] - 130:12, 134:12
**stand** [8] - 16:23, 16:25, 27:6, 50:10, 67:17, 68:6, 68:18, 105:14
**standards** [1] - 103:21

**standing** [2] - 33:7, 68:20
**staring** [1] - 36:22
**start** [4] - 2:16, 5:20, 49:18, 76:15
**started** [11] - 18:12, 36:15, 39:2, 40:19, 61:3, 62:7, 83:11, 98:3, 109:20, 144:6, 146:5
**starting** [2] - 2:5, 23:9, 66:8
**starts** [1] - 121:9
**state** [14] - 25:25, 26:13, 46:16, 48:13, 51:11, 57:2, 60:15, 66:8, 77:25, 90:4, 141:10, 147:23, 148:17
**State** [1] - 18:21
**statement** [22] - 3:1, 3:2, 3:3, 6:17, 13:17, 13:18, 15:7, 33:7, 33:10, 73:19, 83:20, 88:20, 104:24, 113:9, 113:14, 113:25, 114:7, 130:5, 130:21, 142:13
**statements** [25] - 2:24, 3:6, 4:6, 4:14, 4:20, 5:3, 5:6, 5:14, 5:15, 6:25, 7:15, 8:19, 13:10, 13:15, 14:6, 14:15, 14:22, 15:3, 15:8, 15:14, 15:16, 89:17, 95:3, 140:15
**STATES** [3] - 1:1, 1:3, 1:10
**states** [1] - 73:5
**States** [18] - 1:12, 2:3, 2:7, 6:22, 45:15, 49:10, 60:7, 84:25, 88:15, 113:15, 113:22, 114:3, 131:3, 131:21, 133:2, 133:5, 153:21, 161:11
**stateside** [1] - 65:9
**stating** [2] - 116:13, 137:1
**stationed** [1] - 64:24
**status** [1] - 57:19
**statute** [5] - 130:2, 133:10, 147:16, 150:8, 154:23
**statutes** [5] - 120:6, 148:12, 154:23, 154:25, 155:1
**statutory** [4] - 6:2, 6:5,

6:8, 155:13
**stay** [2] - 77:3, 160:22
**stayed** [4] - 35:14, 70:16, 113:5, 136:11
**staying** [1] - 64:13
**stem** [1] - 81:7
**stemmed** [1] - 58:7
**stemming** [1] - 58:8
**stenographic** [1] - 161:5
**stepping** [1] - 32:18
**steps** [1] - 53:22
**stigma** [1] - 86:21
**still** [15] - 28:14, 43:17, 46:2, 54:10, 63:5, 64:19, 68:11, 68:21, 82:11, 87:13, 101:11, 103:22, 113:6, 118:21, 144:8
**stitches** [1] - 111:12
**stocks** [1] - 110:7
**stomach** [3] - 38:8, 125:24, 136:4
**stones** [1] - 111:12
**stop** [8] - 3:22, 20:12, 24:3, 29:8, 39:11, 47:7, 53:10, 93:8
**stopped** [3] - 42:24, 56:17, 133:21
**storage** [6] - 130:25, 131:5, 131:22, 132:3, 149:17, 154:14
**stories** [9] - 30:13, 68:16, 72:16, 73:21, 74:16, 75:7, 75:11, 85:19, 89:10
**storm** [1] - 67:8
**story** [8] - 33:24, 38:3, 40:12, 42:11, 43:1, 71:25, 73:8, 73:20
**straddles** [1] - 119:13
**strange** [2] - 24:22, 70:10
**stranger** [1] - 93:25
**strangers** [2] - 84:7, 85:1
**strawberries** [4] - 116:20, 118:13, 122:6, 123:11
**Street** [2] - 1:14, 1:19
**street** [3] - 28:4, 69:11, 109:14
**strength** [2] - 42:17, 68:9
**stress** [11] - 27:21, 31:14, 31:22, 51:16, 51:19, 52:3, 52:6, 65:25, 67:18, 83:4, 83:7

**stressing** [1] - 31:18
**stricken** [2] - 18:11, 18:16
**strike** [1] - 67:8
**strive** [1] - 107:25
**strong** [8] - 23:5, 28:20, 28:21, 29:10, 42:18, 62:5, 80:8, 142:12
**struggle** [2] - 51:19, 52:15
**struggled** [2] - 21:9, 44:12
**struggles** [1] - 122:18
**struggling** [2] - 68:23, 91:3
**stubbornly** [1] - 106:13
**student** [5] - 109:17, 138:5, 138:13, 148:18
**studies** [1] - 79:11
**study** [1] - 109:15
**studying** [2] - 76:11, 79:15
**stuff** [1] - 160:4
**stumble** [1] - 91:15
**stupid** [1] - 40:8
**stylist** [1] - 58:4
**subconscious** [1] - 53:5
**subconsciously** [1] - 58:6
**subject** [5] - 131:4, 133:6, 149:20, 150:13, 151:1
**subjected** [3] - 99:22, 100:8, 141:2
**subjective** [1] - 35:22
**submission** [1] - 7:9
**submit** [9] - 73:18, 97:14, 100:5, 101:8, 101:13, 148:3, 149:6, 149:16, 151:13
**submitted** [3] - 2:21, 2:24, 95:3
**Subsection** [1] - 116:3
**subsequent** [2] - 87:6, 108:23
**subsequently** [1] - 136:25
**substance** [26] - 12:4, 106:18, 107:8, 109:15, 111:3, 114:7, 115:21, 117:22, 119:20, 121:14, 122:21, 123:23, 124:24, 126:4, 127:23,

129:9, 130:6,
145:25, 148:1,
148:3, 151:13,
151:14, 151:15,
151:17, 151:18,
159:3
**Substance** [1] - 114:5
**substantially** [11] -
114:10, 115:22,
117:24, 119:21,
121:16, 122:23,
123:25, 125:1,
126:6, 127:25,
129:11
**substituted** [1] - 7:15
**substitutes** [1] - 4:19
**success** [5] - 116:25,
118:19, 138:20,
138:23, 138:24
**successful** [6] - 30:18,
40:4, 61:19, 77:16,
89:20, 143:22
**successfully** [1] -
97:24
**sudden** [1] - 70:17
**suddenly** [2] - 58:9,
69:20
**suffer** [1] - 27:16
**suffered** [3] - 47:18,
112:18, 115:14
**suffering** [11] - 31:7,
32:2, 43:14, 43:19,
48:4, 65:21, 66:24,
67:18, 105:16,
107:14, 139:2
**sufferings** [1] - 65:4
**sufficient** [1] - 99:11
**sugar** [1] - 64:11
**suggest** [1] - 97:7
**suggested** [4] - 66:2,
84:16, 133:24,
154:11
**suitcase** [1] - 62:18
**suitcases** [1] - 48:25
**Suite** [1] - 1:19
**summarize** [2] -
113:10, 154:18
**summary** [4] - 14:24,
15:2, 15:7, 15:18
**summer** [1] - 60:25
**super** [3] - 55:6, 55:19,
55:25
**supervise** [3] - 149:4,
151:20, 152:5
**supervised** [5] - 8:5,
101:17, 147:11,
153:5, 155:10
**supervision** [5] -
147:17, 147:22,
148:4, 149:9, 149:24

**supervisor** [1] - 93:16
**supervisors** [1] - 97:3
**supervisors'** [1] -
109:25
**supplemental** [1] - 7:8
**support** [8] - 7:9,
39:21, 49:10, 70:24,
75:12, 113:7, 138:1,
144:13
**supporting** [2] - 23:13,
65:6
**suppose** [1] - 116:16
**supposed** [2] - 32:1,
51:6
**supposedly** [1] -
70:16
**surface** [1] - 39:3
**surge** [1] - 70:1
**surprise** [1] - 33:17
**surprised** [2] - 36:23,
40:14
**surreal** [1] - 38:15
**surrounding** [1] - 87:6
**survive** [1] - 32:10
**survivor** [2] - 31:11,
60:18
**survivor's** [2] - 74:23,
75:1
**survivors** [1] - 68:10
**suspect** [1] - 21:25
**suspicion** [2] - 149:22,
150:11
**sustained** [1] - 50:21
**swept** [1] - 97:5
**sympathy** [2] - 89:12,
107:25
**system** [8] - 22:2,
31:1, 39:21, 70:25,
75:13, 106:22,
109:14, 113:7
**systems** [1] - 66:10

---

## T

**tainted** [1] - 38:2
**taken)** [1] - 59:3
**tamper** [1] - 151:16
**target** [1] - 65:12
**tasks** [1] - 67:17
**taste** [4] - 35:19, 36:2,
120:13, 120:16
**tasted** [1] - 36:11
**TBD** [1] - 118:22
**team** [3] - 66:15, 67:1,
67:13
**tears** [2] - 52:15, 65:19
**technology** [1] - 67:22
**teeth** [1] - 63:23
**telephone** [1] - 45:13
**ten** [8] - 3:14, 6:5,

36:15, 95:17, 99:2,
101:24, 108:14,
135:12
**tend** [2] - 76:11, 98:2
**tennis** [1] - 109:5
**tequila** [3] - 116:21,
118:13, 133:16
**term** [8] - 65:11, 67:24,
147:4, 147:5,
147:10, 147:11,
155:8, 155:9
**termination** [2] - 26:4,
153:25
**terms** [44] - 4:4, 4:14,
7:11, 8:1, 8:16, 8:25,
10:25, 16:14, 43:10,
99:9, 103:3, 105:8,
109:1, 109:3,
109:17, 110:6,
110:18, 111:8,
111:16, 112:3,
113:8, 114:24,
137:20, 139:9,
139:15, 139:16,
140:15, 140:23,
141:7, 141:11,
141:24, 143:4,
144:20, 145:7,
145:22, 145:25,
146:4, 147:13,
151:4, 154:17,
155:21, 157:15,
160:2, 160:22
**terrible** [3] - 17:22,
69:5, 72:14
**terrified** [2] - 79:18,
79:23
**terrifying** [1] - 51:21
**Territorial** [1] - 113:13
**territorial** [1] - 114:3
**terror** [1] - 27:23
**terrors** [1] - 48:4
**test** [2] - 76:19, 148:4
**tested** [1] - 77:22
**testify** [1] - 102:3
**testimonies** [1] -
46:20
**testimony** [1] - 45:23
**testing** [5] - 149:5,
149:6, 151:13,
151:14, 151:16
**tests** [2] - 148:5, 148:7
**text** [2] - 74:5, 86:22
**texted** [4] - 20:2,
69:22, 116:24,
118:19
**texts** [1] - 71:6
**THE** [124] - 1:1, 1:1,
1:10, 2:2, 2:10, 2:15,
2:16, 2:25, 3:5, 3:11,

3:20, 4:13, 5:8, 5:24,
6:15, 7:21, 7:23,
10:12, 10:15, 10:24,
11:3, 11:8, 11:11,
11:13, 11:17, 11:21,
12:3, 12:6, 12:9,
12:14, 12:17, 12:21,
13:2, 13:6, 13:23,
14:1, 14:11, 14:18,
14:20, 14:23, 15:9,
15:10, 15:13, 15:22,
16:3, 16:12, 16:18,
16:20, 16:22, 17:2,
17:5, 17:18, 23:19,
23:24, 24:2, 24:7,
24:10, 24:16, 29:20,
29:22, 33:2, 33:12,
44:20, 44:24, 45:2,
47:2, 47:6, 47:10,
50:3, 54:1, 54:7,
54:13, 54:17, 55:1,
55:3, 58:15, 58:19,
58:24, 59:2, 60:2,
71:4, 73:15, 76:1,
82:5, 83:18, 83:21,
94:17, 94:23,
102:10, 103:3,
103:6, 103:8,
103:11, 103:15,
104:4, 104:12,
104:21, 105:1,
105:7, 106:9,
106:12, 108:8,
108:18, 110:11,
110:13, 110:18,
137:24, 154:13,
157:14, 157:22,
157:25, 158:5,
158:7, 158:11,
158:16, 158:23,
159:13, 159:15,
159:19, 160:6,
160:8, 160:10,
160:12, 160:14
**the..** [1] - 47:10
**themselves** [6] -
15:14, 84:24, 88:21,
90:8, 111:4, 142:5
**therapist** [2] - 23:8,
66:2
**therapy** [15] - 22:17,
28:18, 31:23, 39:2,
39:17, 43:16, 43:18,
47:25, 48:22, 66:1,
66:3, 98:8, 103:1,
107:7, 141:9
**thereafter** [1] - 127:6,
148:5
**therefore** [4] - 80:14,
140:19, 144:4,

155:16
**thereof** [2] - 131:4,
133:6
**they've** [9] - 4:7, 4:18,
16:3, 113:5, 140:16,
141:13, 142:4,
143:10, 146:12
**thigh** [2] - 122:17,
130:16
**thighs** [2] - 119:14,
120:1
**thinking** [9] - 25:23,
26:21, 26:23, 28:9,
36:16, 37:12, 45:22,
46:21, 56:17
**third** [1] - 65:14
**thoroughly** [1] - 30:23
**thoughtful** [1] - 61:19
**thoughts** [4] - 38:4,
41:13, 43:21, 53:3
**thousand** [2] - 55:19,
69:17
**threat** [1] - 44:4
**threats** [1] - 99:23
**three** [8] - 52:5, 55:12,
103:17, 109:4,
135:25, 147:12,
157:8, 157:19
**throat** [1] - 38:8
**throughout** [5] -
22:20, 60:19, 66:14,
115:16, 117:12
**throwing** [1] - 52:12
**thumb** [2] - 127:18,
136:3
**thyroid** [1] - 83:13
**ticket** [1] - 109:2
**tie** [1] - 37:7
**tightly** [1] - 119:11
**timestamp** [1] - 69:3
**timing** [1] - 51:24
**Tinder** [8] - 79:17,
115:1, 120:9, 122:2,
123:7, 126:15,
132:10, 135:18
**tip** [1] - 36:11
**tired** [1] - 63:24
**tirelessly** [1] - 23:13
**today** [49] - 24:25,
27:13, 30:1, 32:12,
32:13, 32:19, 32:20,
32:22, 32:23, 45:24,
46:13, 50:6, 50:10,
51:24, 53:6, 53:12,
58:21, 60:18, 60:24,
61:20, 68:15, 68:19,
72:18, 72:24, 73:11,
73:19, 75:7, 84:1,
88:8, 88:18, 89:8,
91:19, 91:23, 94:10,

95:3, 95:24, 96:11,
102:22, 104:17,
105:7, 105:18,
105:22, 108:7,
108:13, 137:5,
140:16, 142:7, 145:9
**today's** [1] - 23:1
**together** [6] - 30:5,
30:14, 61:5, 67:11,
70:5, 136:11
**togethers** [1] - 76:12
**tolerated** [1] - 53:19
**toll** [1] - 51:14
**tomorrow** [1] - 58:22
**tongue** [1] - 122:16
**tonight...but** [1] -
116:14
**took** [48] - 8:23, 28:3,
29:3, 31:16, 34:8,
35:18, 36:3, 36:14,
56:6, 73:23, 81:1,
86:9, 86:16, 87:3,
88:9, 92:2, 106:16,
117:3, 117:10,
118:4, 118:25,
119:9, 120:2,
120:19, 120:24,
121:22, 122:11,
123:2, 124:4,
124:15, 125:6,
125:21, 126:10,
127:10, 128:5,
128:23, 129:16,
130:9, 130:18,
132:17, 134:9,
134:18, 135:11,
135:15, 135:24,
136:17, 136:20,
144:7
**top** [3] - 75:18, 115:11,
154:4
**torment** [2] - 48:2,
53:8
**tormented** [1] - 106:3
**torments** [1] - 52:23
**torso** [1] - 121:5
**torture** [1] - 77:5
**toss** [1] - 45:19
**total** [8] - 9:4, 9:7,
9:10, 9:14, 9:17,
25:13, 106:21,
110:20
**totaling** [1] - 147:15
**totality** [1] - 99:12
**totally** [7] - 18:3,
25:17, 45:17, 46:23,
47:16, 83:5, 83:15
**touch** [7] - 7:10, 30:8,
119:14, 120:1,
121:21, 125:5,

130:16
**touched** [8] - 118:4,
123:1, 124:3, 126:9,
128:4, 129:14,
140:22, 143:7
**touches** [2] - 122:17,
130:15
**touching** [3] - 90:3,
117:14, 123:21
**tour** [1] - 128:13
**toward** [1] - 34:5
**towards** [3] - 12:8,
25:5, 36:11
**town** [1] - 69:4
**trade** [1] - 20:13
**train** [2] - 35:24, 69:16
**trained** [3] - 36:18,
40:3, 40:7
**training** [12] - 39:25,
40:17, 40:18, 40:21,
40:23, 44:5, 44:6,
44:15, 44:16, 44:17,
76:6, 76:23
**trance** [3] - 38:25,
39:13, 137:4
**TRANSCRIPT** [1] - 1:9
**transcript** [2] - 161:5,
161:6
**transferring** [1] -
49:17
**transformative** [1] -
107:5
**translate** [1] - 24:4
**transpired** [1] - 106:22
**transport** [2] - 131:21,
132:5
**transportation** [1] -
6:10
**Transportation** [1] -
130:3
**transported** [2] -
92:22, 132:24
**trauma** [16] - 19:12,
21:6, 22:18, 23:3,
25:9, 31:22, 47:17,
47:20, 52:1, 66:2,
82:8, 83:5, 87:10,
95:23, 96:10, 102:25
**traumatic** [6] - 21:3,
21:12, 39:15, 45:16,
83:6, 141:22
**traumatized** [3] - 19:2,
63:6, 86:15
**travel** [11] - 2:23, 6:7,
27:17, 88:13, 88:17,
88:23, 90:4, 128:10,
129:23, 151:11,
151:12
**traveled** [4] - 30:15,
86:12, 133:25,

136:11
**traveling** [4] - 18:15,
61:5, 62:18, 88:15
**travels** [1] - 89:10
**treasured** [1] - 92:21
**treat** [1] - 44:10
**treated** [2] - 18:10,
25:10
**treatment** [37] - 44:9,
98:4, 98:7, 98:12,
98:13, 98:20, 98:21,
99:14, 99:19, 100:2,
100:8, 100:13,
101:5, 103:1, 106:8,
106:15, 107:8,
111:24, 139:17,
139:18, 139:19,
139:20, 146:2,
149:1, 149:2, 149:9,
151:17, 151:18,
151:22, 151:24,
151:25, 152:4,
152:5, 153:23,
153:25, 157:11
**treatments** [2] - 52:7,
98:8
**tremendously** [1] -
77:1
**trial** [7] - 2:8, 67:15,
67:17, 83:7, 86:12,
86:15, 102:2
**trick** [1] - 84:4
**tried** [14] - 10:19,
31:20, 34:21, 36:11,
39:9, 41:13, 43:6,
51:10, 52:17, 52:25,
66:18, 77:17, 78:8,
112:23
**trip** [8] - 61:7, 62:4,
62:5, 62:25, 63:6,
63:8, 136:13, 137:9
**trips** [3] - 49:8, 55:13,
70:16
**troubles** [2] - 67:9,
104:16
**true** [27] - 27:5, 40:21,
71:20, 77:5, 78:22,
114:25, 116:6,
116:12, 118:8,
120:8, 122:1, 123:6,
124:8, 125:10,
126:14, 128:9,
131:8, 131:11,
131:17, 131:25,
132:9, 133:12,
135:3, 135:17,
136:10, 161:4, 161:6
**truly** [5] - 41:25, 93:15,
106:23, 107:21,
108:5

**trust** [23] - 21:8, 21:21,
22:11, 34:23, 46:8,
46:11, 49:22, 49:23,
50:18, 53:21, 55:16,
58:8, 72:6, 80:14,
82:23, 87:22, 89:15,
91:24, 94:7, 94:9,
114:22
**trusted** [8] - 30:13,
30:15, 60:17, 65:15,
85:12, 89:18,
143:14, 144:4
**trusting** [5] - 20:10,
82:1, 82:18, 82:21,
141:5
**try** [7] - 52:7, 93:20,
95:18, 96:14, 96:15,
101:4, 107:22
**trying** [16] - 28:18,
31:1, 32:10, 34:11,
37:1, 38:22, 41:1,
52:11, 70:5, 85:15,
97:22, 100:21,
106:10, 107:6,
113:10, 154:18
**turnaround** [1] - 25:14
**turned** [4] - 17:23,
32:5, 106:18, 124:20
**turning** [1] - 107:10
**turns** [1] - 40:16
**twice** [1] - 50:25
**twisted** [1] - 72:11
**two** [49] - 7:3, 9:2, 9:6,
9:7, 9:9, 9:12, 9:13,
9:14, 13:19, 28:8,
30:4, 34:20, 48:25,
55:22, 60:9, 60:18,
69:18, 71:7, 77:1,
77:15, 91:6, 99:1,
115:2, 116:8,
118:10, 119:2,
120:10, 120:14,
122:3, 123:8,
125:11, 125:15,
126:15, 126:17,
126:19, 127:10,
128:15, 128:18,
132:11, 133:13,
134:4, 135:5,
135:18, 139:6,
148:5, 154:2, 159:17
**two-drink** [1] - 69:18
**type** [4] - 34:1, 91:21,
146:9, 151:9
**types** [1] - 154:2
**Tysons** [1] - 128:15

## U

**U.S** [13] - 1:13, 1:23,
14:4, 40:22, 84:3,

84:13, 84:16,
109:21, 113:17,
113:19, 113:21,
152:12, 152:21
**Uber** [1] - 116:13
**ugly** [1] - 64:23
**ultimately** [2] - 102:4,
104:13
**unable** [9] - 27:16,
46:14, 48:11, 69:21,
77:2, 77:7, 77:8,
77:22, 78:1
**unacceptable** [2] -
94:14, 96:1
**unannounced** [1] -
150:13
**unavailable** [2] -
113:4, 126:21
**unaware** [3] - 22:2,
139:1, 140:20
**uncertain** [1] - 23:1
**uncertainty** [1] - 71:12
**uncomfortable** [1] -
79:1
**unconditionally** [1] -
107:19
**unconscionable** [1] -
105:13
**unconscious** [72] -
12:18, 12:23, 19:10,
45:17, 50:14, 60:15,
61:21, 64:2, 66:12,
80:18, 89:24, 90:12,
91:3, 92:16, 112:7,
114:10, 115:20,
115:24, 117:3,
117:7, 117:19,
117:21, 118:1,
118:25, 119:4,
119:19, 119:23,
120:19, 120:22,
121:13, 121:18,
122:11, 122:14,
122:18, 122:20,
122:25, 123:22,
124:2, 124:15,
124:23, 125:3,
125:21, 125:23,
126:3, 126:8, 127:9,
127:14, 127:22,
128:2, 128:3,
128:23, 129:8,
129:13, 130:5,
130:11, 130:12,
132:17, 132:20,
134:9, 134:11,
134:17, 134:20,
135:11, 135:14,
135:24, 136:2,
136:17, 136:20,

140:23, 141:3,
143:5, 143:19
**unconsciousness** [1]
- 52:24
**unconsented** [1] -
140:22
**unconstitutional** [1] -
154:24
**uncovered** [1] - 72:17
**under** [9] - 14:16,
20:23, 97:5, 99:16,
137:14, 142:16,
147:16, 156:10,
156:15
**undergoing** [1] - 28:17
**undergone** [1] - 111:9
**understandable** [4] -
95:16, 97:21, 98:24,
101:1
**understood** [2] -
15:12, 15:19
**underwear** [5] -
128:21, 129:1,
129:4, 134:7, 134:21
**undisputed** [1] - 10:2
**undress** [2] - 130:13,
134:12
**uneven** [1] - 78:23
**unfathomable** [2] -
86:6, 106:22
**unfortunately** [3] -
78:9, 82:2, 85:14
**unheard** [1] - 17:14
**union** [2] - 112:10,
113:1
**unique** [1] - 65:1
**UNITED** [3] - 1:1, 1:3,
1:10
**United** [18] - 1:12, 2:3,
2:7, 6:22, 45:15,
49:10, 60:7, 84:25,
88:15, 113:15,
113:22, 114:3,
131:3, 131:21,
133:2, 133:5,
153:21, 161:11
**units** [1] - 9:15
**University** [3] - 109:4,
109:8, 109:13
**university** [2] - 76:7,
138:3
**unknowns** [2] - 66:1,
66:11
**unlawful** [1] - 148:2
**unlawfully** [1] - 147:25
**unleash** [2] - 43:19,
101:19
**unless** [1] - 116:14
**unlock** [1] - 101:19
**unmistakable** [1] -

92:15
**unsee** [1] - 19:18
**unsuccessful** [1] -
72:10
**unsure** [2] - 26:9, 80:1
**unsuspecting** [2] -
40:21, 43:24
**unusual** [11] - 24:3,
**unusually** [1] - 138:12
**unwell** [1] - 140:17
**unwilling** [1] - 106:13
**unwillingness** [1] -
114:13
**unworthy** [1] - 31:21
**up** [63] - 5:1, 7:12,
10:12, 10:17, 22:10,
27:6, 28:16, 35:20,
36:22, 38:1, 45:25,
46:2, 48:18, 50:20,
50:21, 50:23, 51:1,
54:3, 55:24, 56:5,
61:10, 62:18, 63:16,
64:16, 65:5, 67:10,
67:15, 68:18, 69:15,
69:16, 72:15, 74:4,
74:13, 77:3, 78:20,
80:5, 84:23, 86:12,
87:17, 88:1, 91:10,
92:3, 93:21, 94:19,
104:14, 116:13,
119:9, 120:25,
122:9, 125:12,
127:15, 127:17,
134:21, 140:17,
142:5, 143:1,
145:21, 146:19,
153:8, 153:13,
154:20, 159:20,
159:22
**update** [2] - 71:16,
87:17
**updates** [1] - 66:15
**updating** [2] - 65:6,
93:7
**upper** [1] - 127:19
**ups** [4] - 117:9,
132:21, 135:15,
136:21
**upside** [1] - 17:23
**upward** [3] - 9:21,
100:18, 146:21
**USC** [4] - 108:23,
116:3, 146:25,
152:24
**uses** [3] - 103:21,
127:18, 136:3

## V

**vaginal** [1] - 115:14

**validated** [1] - 61:22
**value** [1] - 106:22
**values** [1] - 106:4
**valve** [3] - 111:10
**variance** [4] - 9:21,
100:16, 100:18,
146:21
**various** [11] - 24:3,
35:25, 42:13, 91:15,
112:1, 113:7,
120:12, 120:16,
130:12, 134:11,
155:25
**venue** [1] - 114:4
**verge** [1] - 93:10
**versus** [1] - 140:3
**vetted** [2] - 30:23,
144:3
**via** [1] - 57:1
**victim** [41] - 4:6, 4:14,
5:3, 6:1, 6:25, 7:14,
8:8, 9:2, 9:5, 9:8,
9:11, 12:6, 13:9,
14:5, 14:22, 16:15,
16:17, 17:4, 31:11,
44:23, 45:1, 50:8,
50:9, 60:14, 66:20,
73:17, 76:3, 81:10,
86:12, 86:19, 88:16,
89:6, 104:7, 114:7,
114:9, 130:21,
132:1, 140:15,
142:10, 151:5,
152:22
**VICTIM** [24] - 17:6,
17:20, 24:8, 24:18,
29:21, 29:25, 33:4,
33:9, 33:13, 45:4,
47:3, 47:13, 50:9,
54:16, 54:21, 55:2,
55:5, 60:5, 68:14,
71:5, 73:18, 76:4,
81:11, 82:6
**Victim** [7] - 17:6, 24:6,
47:12, 47:14, 54:15,
60:4, 68:13
**victim's** [2] - 90:20,
140:20
**victim-related** [3] -
9:5, 9:8, 9:11
**victimize** [2] - 89:9,
92:5
**victimized** [6] - 17:13,
20:15, 43:1, 73:12,
92:20, 94:6
**victimizing** [2] - 67:22,
144:22
**victims** [66] - 2:17,
2:23, 5:22, 6:13,
6:16, 6:18, 9:13,

10:9, 16:13, 17:17,
20:17, 20:18, 21:24,
21:25, 22:19, 23:14,
23:16, 27:1, 32:15,
41:16, 44:1, 45:24,
58:21, 60:19, 66:20,
67:24, 68:2, 68:5,
83:20, 84:12, 85:3,
85:16, 85:24, 86:7,
86:24, 87:4, 87:7,
87:19, 88:6, 90:7,
90:16, 91:17, 92:13,
95:4, 102:24, 104:1,
104:17, 110:15,
110:25, 111:4,
114:18, 114:22,
130:4, 130:8,
130:10, 137:17,
139:2, 139:23,
141:16, 141:17,
141:23, 142:20,
143:13, 143:20,
151:4, 160:15
**victims'** [3] - 74:15,
130:6, 130:10
**video** [18] - 11:16,
38:16, 41:4, 65:7,
117:12, 117:14,
117:15, 117:18,
119:6, 121:3, 121:5,
121:7, 121:10,
122:17, 127:18,
132:18, 132:21,
134:10
**videoed** [2] - 12:7,
143:2
**videos** [48] - 11:19,
12:13, 12:14, 38:10,
41:12, 41:19, 45:8,
45:16, 46:6, 73:3,
84:9, 84:24, 92:16,
92:21, 117:4, 117:6,
119:1, 119:3,
120:20, 120:22,
121:1, 121:8,
122:12, 122:13,
122:15, 122:19,
127:10, 127:12,
130:9, 130:12,
130:22, 130:25,
132:2, 132:19,
132:25, 134:11,
134:18, 134:23,
135:13, 135:25,
136:1, 136:19,
137:16, 140:24,
141:3, 142:4,
143:18, 143:19
**videotaping** [1] -
20:10

**view** [3] - 66:18, 102:7,
141:18
**viewed** [5] - 85:22,
91:2, 141:15, 146:20
**vile** [2] - 20:21, 72:20
**vindicated** [1] - 40:25
**violate** [1] - 89:25
**violated** [5] - 22:1,
22:2, 39:6, 60:19,
85:12
**violation** [7] - 58:8,
116:3, 120:6, 130:2,
133:9, 149:23,
149:25
**Violence** [1] - 1:14
**violent** [2] - 19:25,
112:2
**violently** [1] - 90:21
**Virginia** [12] - 54:23,
60:16, 63:8, 70:15,
125:14, 126:22,
126:24, 128:15,
128:17, 129:25,
154:14, 158:9
**visas** [1] - 88:12
**visible** [4] - 19:10,
24:20, 127:16, 136:8
**visions** [1] - 22:9
**visit** [7] - 27:18, 49:13,
63:7, 64:10, 64:13,
128:11, 133:24
**visited** [1] - 64:9
**visiting** [1] - 69:5
**visits** [2] - 64:15,
64:19
**visual** [1] - 62:17
**Vita** [1] - 54:22
**vividly** [1] - 34:1
**vodka** [2] - 62:14,
64:11
**vodkas** [1] - 70:11
**void** [1] - 53:5
**vomit** [2] - 86:16,
90:24
**vomited** [7] - 56:2,
56:3, 118:14, 122:9,
123:12, 123:14,
123:18
**vomiting** [4] - 90:22,
91:8, 114:17, 145:4
**vs** [1] - 1:5
**vulnerability** [1] - 65:2
**vulnerable** [8] - 20:14,
24:21, 25:4, 79:25,
80:11, 83:5, 92:22,
144:18
**vulva** [4] - 116:1,
118:3, 119:25,
121:20

# W

**Wagner** [1] - 2:9
**WAGNER** [1] - 1:13
**wait** [2] - 7:17, 58:22
**waited** [3] - 30:2, 87:4, 88:12
**waiting** [2] - 3:25, 137:4
**waive** [5] - 104:2, 152:19, 154:20, 155:7, 155:17
**waiver** [1] - 154:20
**waiving** [1] - 155:22
**wake** [3] - 67:10, 88:1, 143:1
**waking** [1] - 140:17
**walk** [2] - 57:14, 61:11
**walked** [8] - 34:5, 37:3, 55:8, 63:22, 84:6, 88:19, 126:18, 127:1
**walks** [1] - 87:3
**wants** [5] - 98:13, 104:15, 156:25, 157:1
**war** [1] - 81:13
**warn** [2] - 149:18, 150:24
**washed** [1] - 56:3
**washing** [2] - 54:23, 63:23
**Washington** [12] - 1:15, 1:19, 1:24, 34:9, 61:4, 61:7, 109:7, 125:14, 125:17, 126:17, 128:12, 161:13
**watched** [1] - 101:18
**watching** [2] - 34:7, 37:3
**waves** [1] - 67:7
**ways** [2] - 89:18, 117:12
**weak** [2] - 68:20, 80:1
**wearing** [5] - 34:2, 56:5, 128:20, 129:1, 134:6
**wears** [1] - 21:15
**weasel** [1] - 43:6
**website** [1] - 27:24
**Wednesday** [2] - 1:4, 117:1
**week** [2] - 66:1, 86:24
**week-long** [1] - 66:1
**weekend** [3] - 62:9, 69:4, 69:21
**weekends** [2] - 86:19, 86:21
**weekly** [1] - 111:21

**weeks** [4] - 39:10, 55:12, 86:9, 92:2
**weigh** [1] - 62:19
**weighing** [1] - 140:2
**weight** [1] - 62:17
**weird** [2] - 85:8, 137:1
**welcome** [1] - 27:12
**well-being** [4] - 23:4, 48:6, 65:5, 90:21
**well-established** [1] - 61:17
**well-rounded** [1] - 41:4
**what-ifs** [1] - 19:22
**WhatsApp** [1] - 70:13
**whiskey** [1] - 69:8
**White** [1] - 110:3
**whole** [7] - 8:21, 17:21, 31:5, 67:22, 76:16, 98:22, 99:13
**wholeheartedly** [1] - 108:5
**whore** [1] - 27:24
**widely** [1] - 48:10
**wife** [1] - 81:12
**wildest** [1] - 18:22
**willing** [4] - 74:19, 74:20, 75:4, 75:5
**willingness** [1] - 108:6
**wine** [34] - 34:2, 34:12, 34:16, 34:20, 35:7, 35:15, 35:18, 35:20, 35:22, 35:23, 35:25, 36:4, 36:7, 36:8, 36:10, 36:11, 36:14, 38:2, 63:15, 64:11, 115:4, 115:7, 116:20, 122:6, 123:11, 125:15, 126:18, 126:19, 126:25, 127:2, 127:4, 133:16, 142:25
**wines** [2] - 35:21
**wise** [1] - 118:20
**wish** [6] - 16:5, 16:22, 16:23, 81:2, 102:11, 160:15
**wishes** [1] - 83:23
**wit** [2] - 12:4, 129:25
**withdraw** [1] - 10:23
**withdrawal** [1] - 82:16
**withdrawing** [2] - 10:20, 31:3
**witness** [4] - 7:14, 16:24, 67:16, 112:1
**Witness-1** [3] - 116:11, 116:25, 118:19
**witnessed** [1] - 114:17

**woke** [10] - 36:22, 38:1, 55:24, 56:5, 63:16, 64:16, 69:15, 69:16, 72:15, 74:4
**wolf** [1] - 82:2
**woman** [14] - 18:9, 22:3, 41:22, 42:15, 44:17, 46:9, 53:7, 55:7, 64:25, 69:1, 80:8, 91:16, 91:21, 92:10
**women** [78] - 17:15, 20:10, 20:14, 20:15, 21:7, 31:8, 32:21, 32:25, 38:7, 40:22, 41:12, 42:3, 42:5, 42:25, 43:25, 46:18, 58:2, 70:14, 70:23, 72:16, 73:2, 73:11, 75:3, 75:10, 75:14, 75:16, 75:21, 84:21, 84:24, 86:7, 88:9, 88:11, 88:20, 89:9, 89:10, 89:24, 90:11, 90:12, 90:13, 90:14, 90:21, 91:21, 92:1, 92:6, 92:13, 92:16, 92:20, 92:22, 92:25, 93:24, 94:6, 94:9, 94:10, 94:11, 95:2, 95:7, 95:10, 95:14, 95:22, 97:10, 97:21, 101:12, 101:20, 102:2, 102:16, 112:8, 130:12, 130:15, 142:20, 142:23, 143:17, 143:19, 144:18, 144:22, 145:13, 146:18
**wonder** [1] - 53:8
**wondered** [1] - 87:25
**wonderful** [1] - 70:24
**wondering** [1] - 137:7
**words** [15] - 11:23, 11:24, 11:25, 15:2, 29:18, 31:12, 40:10, 90:18, 95:19, 96:2, 105:10, 105:17, 105:21, 108:2
**wore** [1] - 34:1
**worker** [1] - 78:4
**workers** [1] - 57:14
**workplace** [2] - 19:20, 57:12
**world** [7] - 17:21, 17:23, 32:14, 51:6, 51:10, 60:19, 89:21
**worried** [1] - 24:25
**worry** [1] - 94:11

**worse** [5] - 56:13, 74:24, 75:2, 75:3, 78:11
**worst** [5] - 57:6, 66:13, 67:3, 69:15, 84:22
**worth** [2] - 18:14, 110:8
**wound** [1] - 159:22
**wrap** [2] - 30:5, 41:2
**wrist** [1] - 99:7
**writ** [1] - 155:25
**write** [1] - 56:20
**writing** [2] - 62:7, 96:15
**written** [7] - 2:19, 2:20, 2:24, 3:1, 3:16, 33:7
**wrongdoing** [2] - 145:9, 145:15
**wrote** [5] - 33:10, 112:15, 138:15, 138:19, 138:25

# Y

**year** [9] - 22:25, 30:12, 32:20, 70:21, 81:18, 81:22, 99:1, 109:5, 112:22
**years** [78] - 6:5, 6:8, 6:12, 8:5, 9:20, 18:3, 22:13, 28:9, 30:2, 31:1, 31:6, 31:9, 31:15, 31:18, 31:20, 32:3, 42:4, 44:10, 47:22, 48:1, 48:18, 52:5, 56:24, 58:5, 60:6, 60:21, 61:1, 61:8, 62:4, 63:4, 65:2, 65:22, 66:22, 67:21, 71:8, 72:9, 72:13, 74:9, 83:16, 86:4, 86:5, 86:6, 90:11, 92:2, 94:4, 94:6, 94:16, 97:1, 99:1, 99:2, 99:3, 99:10, 99:11, 100:3, 100:4, 100:7, 100:22, 100:24, 101:9, 101:13, 106:6, 106:13, 107:12, 108:25, 109:4, 138:4, 139:3, 141:21, 144:15, 144:16, 144:22, 147:4, 147:5, 147:6, 147:7, 147:12
**young** [2] - 24:3, 142:23
**younger** [2] - 112:15, 138:15
**yourself** [3] - 2:4,

35:24

# Z

**zero** [2] - 110:11, 110:12