1

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )   MJ No. 20-261
                                )   CR No. 21-380
                                )   Washington, D.C.
     vs.                        )   January 4, 2021
                                )   1:13 p.m.
BRIAN JEFFREY RAYMOND,          )
                                )
        Defendant.              )
_____)


                    TRANSCRIPT OF
   AUDIO-RECORDED INITIAL APPEARANCE/DETENTION HEARING VIA ZOOM
            BEFORE THE HONORABLE G. MICHAEL HARVEY
            UNITED STATES DISTRICT MAGISTRATE JUDGE

APPEARANCES:

For the Government:        April Nicole Russo
                           U.S. ATTORNEY'S OFFICE
                           Appellate Division
                           555 Fourth Street, NW
                           Washington, D.C. 20001
                           (202) 252-1717
                           Email: april.russo@usdoj.gov

                           Jamie Brinkmeyer Perry
                           U.S. DEPARTMENT OF JUSTICE
                           Human Rights
                           and Special Prosecutions
                           1301 New York Ave, NW
                           12th Floor
                           Washington, D.C. 20530
                           202-307-3262
                           Email: jamie.perry@usdoj.gov
```

APPEARANCES CONTINUED:

For the Defendant:          Emily A. Voshell
                            Courtney Roberts Forrest
                            KAISER DILLON PLLC
                            1099 14th Street, N.W.
                            8th Floor West
                            Washington, D.C. 20005
                            (202) 640-2850
                            Email:
                            evoshell@kaiserdillon.com
                            Email: cforrest@kaiserlaw.com


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            U.S. Courthouse
                            333 Constitution Avenue, NW
                            Room 6503
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | COURTROOM DEPUTY:  This is Case 20-MJ-261, |
| 3 | the United States of America versus Brian Raymond. |
| 4 | This is scheduled to be an Initial Appearance by |
| 5 | video. |
| 6 | Will the parties please -- this matter is |
| 7 | currently under seal. |
| 8 | Will the parties please introduce themselves to |
| 9 | the Court, beginning with the government. |
| 10 | MS. RUSSO:  Your Honor, appearing this morning is |
| 11 | April Russo and Jamie Perry on behalf of the United States. |
| 12 | (Unintelligible.) |
| 13 | THE MAGISTRATE:  Okay. |
| 14 | MS. VOSHELL:  Good afternoon, Your Honor. |
| 15 | Emily Voshell and Courtney Forrest on behalf of Mr. Raymond, |
| 16 | who's appearing virtually by video (unintelligible). |
| 17 | THE MAGISTRATE:  Any objection to unsealing this |
| 18 | matter, Counsel? |
| 19 | MS. VOSHELL:  No, Your Honor. |
| 20 | THE MAGISTRATE:  The matter will be unsealed. |
| 21 | Mr. Raymond, can you hear me? |
| 22 | This is Judge Harvey. |
| 23 | THE DEFENDANT:  Yes, Your Honor, I can. |
| 24 | THE MAGISTRATE:  Sir, can you -- Mr. Tran, did you |
| 25 | swear in the defendant? |

```
 1                COURTROOM DEPUTY:  Not yet, Your Honor.
 2                (Defendant is placed under oath.)
 3                THE MAGISTRATE:  Sir, can you please state your
 4   name for the record.
 5                THE DEFENDANT:  Brian Raymond.
 6                THE MAGISTRATE:  Mr. Raymond, how old are you?
 7                THE DEFENDANT:  44.
 8                THE MAGISTRATE:  How far did you get in school?
 9                THE DEFENDANT:  I graduated (unintelligible).
10                THE MAGISTRATE:  Have you taken any drugs,
11   alcohol, or medicine in the past 24 hours that would make it
12   difficult for you to understand what's happening here today?
13                THE DEFENDANT:  No, I have not.
14                THE MAGISTRATE:  Mr. Raymond, you're here for
15   purposes of an Initial Appearance on a criminal complaint.
16                This is a new complaint.  (Unintelligible)
17   different from that which you were having an Initial
18   Appearance on some time ago.
19                This is a new criminal complaint.  I'm here to
20   tell you the charges you potentially face, the
21   (unintelligible) if you're found guilty of those charges.
22                I will (unintelligible) your rights and make sure
23   you have counsel in this case as I do in the other case.
24                We're going to have a discussion about
25   (unintelligible) conditions of release here.
```

1     And it's my understanding that (unintelligible)
2  objecting to your detention in this case, given what's
3  happening in other case.
4     In any event, that's the purpose of this
5  proceeding, all right?
6     THE DEFENDANT:  I understand.
7     THE MAGISTRATE:  Mr. Raymond, you know we're
8  proceeding by telephone, by Zoom.
9     (unintelligible) of the pandemic (unintelligible)
10 be in front of me in my courtroom having this proceeding
11 remote.  But I can only do so with your permission.
12    Do you agree to me proceeding remotely by Zoom
13 here today?
14    THE DEFENDANT:  Yes, I agree.
15    THE MAGISTRATE:  Okay.
16    Mr. Raymond, you're here in this case, because,
17 as you know, you're charged by criminal complaint with three
18 counts.
19    The first is sexual abuse (unintelligible)
20 United States, in violation of 18 U.S.C. Sections 2242(2)
21 (unintelligible).  If you're found guilty of that charge,
22 you could face up to life in jail and (unintelligible)
23 a fine of $250,000 or both.  In addition, the Court could
24 impose a term of supervised release of not less than five
25 years and up to life, following the term of incarceration.

1         The second count is (unintelligible) is sexual
2    crime (unintelligible) or contact in the special maritime
3    (unintelligible) for the jurisdiction of the United States,
4    again, also in violation of 18 U.S.C. Section 2242(a)(2) as
5    well.  That charge carries with it three years in jail, a
6    fine of $250,000 or both.  In addition, the Court could
7    impose a term of supervised release of not less than five
8    years or up to life, following a term of incarceration.
9         Finally, sir, you're charged (unintelligible) with
10   coercion and enticement, the special maritime and
11   territorial jurisdiction for the United States, in violation
12   of U.S.C. Section 2422(a).  That charge carries
13   (unintelligible) 20 years in jail, a fine of $250,000 or
14   both.  The Court can give -- impose, apparently, supervised
15   release of not less than five years and up to life after
16   (unintelligible) period of incarceration.
17        Mr. Raymond, just like in the other case, you also
18   (unintelligible) to this case, you have a right to remain
19   silent.  Anything you say can be used against you.
20        Do you understand that right?
21        THE DEFENDANT:  Yes, I do.
22        THE MAGISTRATE:  You also have the right to
23   counsel.  If you can't afford to hire you own counsel, the
24   Court will appoint an attorney to represent you free of
25   charge if you're eligible.  Do you understand that right?

```
1              THE DEFENDANT:  Yes, I do.
2              THE MAGISTRATE:  Ms. Voshell, are you retained
3    counsel in this case or are you CJA counsel?
4              MS. VOSHELL:  (Unintelligible) order.
5              THE MAGISTRATE:  Okay.  So you will be
6    representing him in this case; is that correct?
7              MS. VOSHELL:  Yes.
8              Myself, Ms. Forrest, and Jonathan Jeffress, who is
9    not present today (unintelligible) other case as well.
10             THE MAGISTRATE:  Okay.
11             Mr. Raymond, again, if at any time you find that
12   you cannot afford private counsel, the Court will appoint
13   counsel to represent you.
14             Do you understand that, sir?
15             THE DEFENDANT:  Yes, I understand.
16             THE MAGISTRATE:  Mr. Raymond, you also have the
17   right to a preliminary hearing, a preliminary hearing
18   (unintelligible) the three charges, that you actually
19   committed this crime, and this crime's occurrence.  We'll
20   set the date for your preliminary hearing here in a few
21   minutes.
22             Does the government have a request with respect to
23   Mr. Raymond's release at this (unintelligible)?
24             MS. RUSSO:  No, Your Honor.
25             We'll be requesting (unintelligible).
```

```
 1              And at this time, we do not (unintelligible)
 2   tomorrow if any (unintelligible).
 3              THE MAGISTRATE:  Okay.
 4              MS. VOSHELL:  Mr. Raymond (unintelligible).
 5              THE MAGISTRATE:  Okay.
 6              Well, then based upon those representations,
 7   I will grant the government's request to order Mr. Raymond
 8   be detained in this case.  That is without prejudice to him
 9   seeking his release if circumstances were to change in the
10   future (unintelligible).
11              Oh, you'll have a preliminary hearing in this
12   case.  We'll go ahead and set a date for it.
13              Government.
14              MS. RUSSO:  Yes, Your Honor.
15              Defense counsel (unintelligible) of January 20th.
16   That (unintelligible) proposed (unintelligible).
17              THE MAGISTRATE:  Okay.  (Unintelligible).
18              So we're a few days beyond 14 days.
19              So, Counsel, do you waive having your preliminary
20   hearing in this matter within 14 days?
21              MS. VOSHELL:  Yes, Your Honor.
22              THE MAGISTRATE:  You are requesting a preliminary
23   hearing be scheduled at the same date and time as the other
24   case on the 20th?
25              MS. VOSHELL:  Yes, Your Honor.
```

```
 1            THE MAGISTRATE:  Is there a time?
 2            MS. RUSSO:  (Unintelligible) 1:00, Your Honor.
 3            COURTROOM DEPUTY:  I'm sorry?
 4            THE MAGISTRATE:  Mr. Tran?
 5            You tell me when that's scheduled.
 6            Is that correct, Mr. Tran?
 7            COURTROOM DEPUTY:  I'm sorry, Your Honor, can I
 8   get the date again?
 9            THE MAGISTRATE:  The 20th at 11:00 a.m., is there
10   anything scheduled?
11            I do see it on the calendar.
12            So we'll schedule --
13            COURTROOM DEPUTY:  Yes.
14            THE MAGISTRATE:  -- (unintelligible) at 11:00 a.m.
15   on January 20th for a preliminary hearing.
16            Okay.  Government, is there any anything further
17   we need to do here today?
18            MS. RUSSO:  Your Honor, (unintelligible) on
19   Thursday (unintelligible) jail.  (Unintelligible) the
20   defendant's (unintelligible) victims and then
21   (unintelligible) California (unintelligible).
22            THE MAGISTRATE:  All right.  So how many counts
23   does he face right now?  How many charges does he face?
24            MS. RUSSO:  (unintelligible) Your Honor
25   (unintelligible) in D.C.
```

```
 1              And then there are several counts (unintelligible)
 2   four.
 3              And then finally, Your Honor, one count
 4   (unintelligible).
 5              THE MAGISTRATE:  Okay.
 6              Ms. Voshell, did you understand all of that?
 7              MS. VOSHELL:  Yes, Judge.
 8              THE MAGISTRATE:  All right.
 9              And anything further -- anything further the
10   defense is requesting here today?
11              MS. VOSHELL:  (Unintelligible.)
12              THE MAGISTRATE:  All right then.
13              Mr. Raymond, we'll see you back here on the 20th,
14   assuming you haven't been indicted before then.
15              The parties are excused.
16              MS. RUSSO:  Thank you, Your Honor.
17              (Proceedings concluded at 1:24 p.m.)
18
19
20
21
22
23
24
25
```

CERTIFICATE

    I do hereby certify that the foregoing is a true, correct, and complete transcript of the audio-recorded proceedings in this matter, audio recorded on January 4, 2021, and transcribed from the audio recording to the best of my ability, and that said transcript has been compared with the audio recording.

Date:__November 26, 2024____  _____

                                          William P. Zaremba, RMR, CRR

| | | | | | |
|---|---|---|---|---|---|
| **COURTROOM DEPUTY: [5]** 3/2 4/1 9/3 9/7 9/13 | **555 [1]** 1/14 | be [8] 3/14 4/20 5/16 6/19 7/5 7/25 8/8 8/23 | **CRR [1]** 11/11 | **G** | |
| | **6** | **because [1]** 5/16 | **currently [1]** 3/7 | **get [2]** 4/8 9/8 | |
| | **640-2850 [1]** 2/5 | **been [2]** 10/14 11/6 | **D** | **give [1]** 6/14 | |
| **MS. RUSSO: [7]** 3/10 7/24 8/14 9/2 9/18 9/24 10/16 | **6503 [1]** 2/11 | **before [2]** 1/10 10/14 | **D.C [6]** 1/5 1/15 1/20 2/4 2/11 9/25 | **given [1]** 5/2 | |
| | **8** | **beginning [1]** 3/9 | | **go [1]** 8/12 | |
| | **8th [1]** 2/4 | **behalf [2]** 3/11 3/15 | **date [5]** 7/20 8/12 8/23 9/8 11/10 | **go ahead [1]** 8/12 | |
| **MS. VOSHELL: [9]** 3/14 3/19 7/4 7/7 8/4 8/21 8/25 10/7 10/11 | **A** | **best [1]** 11/5 | | **going [1]** 4/24 | |
| | **a.m [2]** 9/9 9/14 | **beyond [1]** 8/18 | **days [3]** 8/18 8/18 8/20 | **Good [1]** 3/14 | |
| **THE DEFENDANT: [10]** 3/23 4/5 4/7 4/9 4/13 5/6 5/14 6/21 7/1 7/15 | **ability [1]** 11/6 | **both [3]** 5/23 6/6 6/14 | **defendant [4]** 1/7 2/2 3/25 4/2 | **government [5]** 1/13 3/9 7/22 8/13 9/16 | |
| | **about [1]** 4/24 | **BRIAN [3]** 1/6 3/3 4/5 | | **government's [1]** 8/7 | |
| | **abuse [1]** 5/19 | **Brinkmeyer [1]** 1/17 | **defendant's [1]** 9/20 | **graduated [1]** 4/9 | |
| | **actually [1]** 7/18 | **C** | **defense [2]** 8/15 10/10 | **grant [1]** 8/7 | |
| **THE MAGISTRATE: [28]** | **addition [2]** 5/23 6/6 | **calendar [1]** 9/11 | **DEPARTMENT [1]** 1/17 | **guilty [2]** 4/21 5/21 | |
| | **afford [2]** 6/23 7/12 | **California [1]** 9/21 | **detained [1]** 8/8 | **H** | |
| **$** | **after [1]** 6/15 | **can [8]** 3/21 3/23 3/24 4/3 5/11 6/14 6/19 9/7 | **detention [2]** 1/10 5/2 | **happening [2]** 4/12 5/3 | |
| **$250,000 [3]** 5/23 6/6 6/13 | **afternoon [1]** 3/14 | | **did [3]** 3/24 4/8 10/6 | **HARVEY [2]** 1/10 3/22 | |
| | **again [3]** 6/4 7/11 9/8 | **can't [1]** 6/23 | **did you [1]** 4/8 | **has [1]** 11/6 | |
| **1** | **against [1]** 6/19 | **cannot [1]** 7/12 | **different [1]** 4/17 | **have [9]** 4/10 4/13 4/23 4/24 6/18 6/22 7/16 7/22 8/11 | |
| **1099 [1]** 2/3 | **ago [1]** 4/18 | **carries [2]** 6/5 6/12 | **difficult [1]** 4/12 | | |
| **11:00 [2]** 9/9 9/14 | **agree [2]** 5/12 5/14 | **case [14]** | **DILLON [1]** 2/3 | **haven't [1]** 10/14 | |
| **12th [1]** 1/19 | **ahead [1]** 8/12 | **CERTIFICATE [1]** 10/18 | **discussion [1]** 4/24 | **having [3]** 4/17 5/10 8/19 | |
| **1301 [1]** 1/19 | **aided [1]** 2/13 | **Certified [1]** 2/9 | **DISTRICT [3]** 1/1 1/1 1/11 | | |
| **14 [2]** 8/18 8/20 | **alcohol [1]** 4/11 | **certify [1]** 11/2 | | **he [2]** 9/23 9/23 | |
| **14th [1]** 2/3 | **all [5]** 5/5 9/22 10/6 10/8 10/12 | **cforrest [1]** 2/6 | **Division [1]** 1/14 | **hear [1]** 3/21 | |
| **1717 [1]** 1/15 | | **change [1]** 8/9 | **do [13]** | **hearing [8]** 1/10 7/17 7/17 7/20 8/11 8/20 8/23 9/15 | |
| **18 [1]** 6/4 | **All right [1]** 10/12 | **charge [4]** 5/21 6/5 6/12 6/25 | **Do you [1]** 5/12 | | |
| **18 U.S.C [1]** 5/20 | **also [4]** 6/4 6/17 6/22 7/16 | | **Do you understand [2]** 6/25 7/14 | **here [10]** 4/12 4/14 4/19 4/25 5/13 5/16 7/20 9/17 10/10 10/13 | |
| **1:00 [1]** 9/2 | | **charged [2]** 5/17 6/9 | | | |
| **1:13 [1]** 1/6 | **AMERICA [2]** 1/3 3/3 | **charges [4]** 4/20 4/21 7/18 9/23 | **do you waive [1]** 8/19 | | |
| **1:24 [1]** 10/17 | **any [6]** 3/17 4/10 5/4 7/11 8/2 9/16 | | **does [3]** 7/22 9/23 9/23 | **hereby [1]** 11/2 | |
| | | **circumstances [1]** 8/9 | **drugs [1]** 4/10 | **him [2]** 7/6 8/8 | |
| **2** | **anything [5]** 6/19 9/10 9/16 10/9 10/9 | **CJA [1]** 7/3 | **E** | **hire [1]** 6/23 | |
| **20 [1]** 6/13 | | **coercion [1]** 6/10 | **eligible [1]** 6/25 | **his [1]** 8/9 | |
| **20-261 [1]** 1/4 | **apparently [1]** 6/14 | **COLUMBIA [1]** 1/1 | **Email [4]** 1/16 1/21 2/5 2/6 | **Honor [15]** | |
| **20-MJ-261 [1]** 3/2 | **APPEARANCE [4]** 1/10 3/4 4/15 4/18 | **committed [1]** 7/19 | | **HONORABLE [1]** 1/10 | |
| **20001 [2]** 1/15 2/11 | | **compared [1]** 11/6 | **Emily [2]** 2/2 3/15 | **hours [1]** 4/11 | |
| **20005 [1]** 2/4 | **APPEARANCE/DETENTION [1]** 1/10 | **complaint [4]** 4/15 4/16 4/19 5/17 | **Emily Voshell [1]** 3/15 | **how [4]** 4/6 4/8 9/22 9/23 | |
| **202 [3]** 1/15 2/5 2/12 | | | **enticement [1]** 6/10 | | |
| **202-307-3262 [1]** 1/20 | **APPEARANCES [2]** 1/12 1/21 | **complete [1]** 11/3 | **event [1]** 5/4 | **Human [1]** 1/18 | |
| **2021 [2]** 1/5 11/5 | | **computer [1]** 2/13 | **evoshell [1]** 2/6 | **I** | |
| **2024 [1]** 11/10 | **appearing [2]** 3/10 3/16 | **computer-aided [1]** 2/13 | **excused [1]** 10/15 | **I can [2]** 3/23 5/11 | |
| **20530 [1]** 1/20 | | **concluded [1]** 10/17 | **F** | **I will [2]** 4/22 8/7 | |
| **20th [5]** 8/15 8/24 9/9 9/15 10/13 | **Appellate [1]** 1/14 | **conditions [1]** 4/25 | **face [4]** 4/20 5/22 9/23 9/23 | **I'm [3]** 4/19 9/3 9/7 | |
| | **appoint [2]** 6/24 7/12 | **Constitution [1]** 2/10 | | **I'm sorry [2]** 9/3 9/7 | |
| **21-380 [1]** 1/4 | **April [2]** 1/13 3/11 | **contact [1]** 6/2 | **far [1]** 4/8 | **impose [3]** 5/24 6/7 6/14 | |
| **2242 [2]** 5/20 6/4 | **april.russo [1]** 1/16 | **CONTINUED [1]** 2/1 | **few [2]** 7/20 8/18 | | |
| **24 [1]** 4/11 | **are [6]** 4/6 7/2 7/3 8/22 10/1 10/15 | **correct [3]** 7/6 9/6 11/3 | **finally [2]** 6/9 10/3 | **incarceration [3]** 5/25 6/8 6/16 | |
| **2422 [1]** 6/12 | | **could [3]** 5/22 5/23 6/6 | **find [1]** 7/11 | | |
| **252-1717 [1]** 1/15 | **as [5]** 4/23 5/17 6/4 7/9 8/23 | **counsel [10]** 3/18 4/23 6/23 6/23 7/3 7/3 7/12 7/13 8/15 8/19 | **fine [3]** 5/23 6/6 6/13 | **indicted [1]** 10/14 | |
| **26 [1]** 11/10 | | | **first [1]** 5/19 | **INITIAL [4]** 1/10 3/4 4/15 4/17 | |
| **261 [2]** 1/4 3/2 | **as you [1]** 5/17 | | **five [3]** 5/24 6/7 6/15 | | |
| **2850 [1]** 2/5 | **assuming [1]** 10/14 | **count [2]** 6/1 10/3 | **Floor [2]** 1/19 2/4 | **introduce [1]** 3/8 | |
| **3** | **attorney [1]** 6/24 | **counts [3]** 5/18 9/22 10/1 | **following [2]** 5/25 6/8 | **is [20]** | |
| **3249 [1]** 2/12 | **ATTORNEY'S [1]** 1/13 | **COURT [9]** 1/1 2/8 2/9 3/9 5/23 6/6 6/14 6/24 7/12 | **foregoing [1]** 11/2 | **is there [2]** 9/1 9/16 | |
| **3262 [1]** 1/20 | **audio [5]** 1/10 11/3 11/4 11/5 11/7 | | **Forrest [3]** 2/2 3/15 7/8 | **it [4]** 4/11 6/5 8/12 9/11 | |
| **333 [1]** 2/10 | | | **found [2]** 4/21 5/21 | **it's [1]** 5/1 | |
| **354-3249 [1]** 2/12 | **audio-recorded [2]** 1/10 11/3 | **Courthouse [1]** 2/10 | **four [1]** 10/2 | **J** | |
| **380 [1]** 1/4 | | **Courtney [2]** 2/2 3/15 | **Fourth [1]** 1/14 | **jail [4]** 5/22 6/5 6/13 9/19 | |
| **4** | **Ave [1]** 1/19 | **courtroom [1]** 5/10 | **free [1]** 6/24 | | |
| **44 [1]** 4/7 | **Avenue [1]** 2/10 | **CR [1]** 1/4 | **front [1]** 5/10 | **Jamie [2]** 1/17 3/11 | |
| | **B** | **crime [2]** 6/2 7/19 | **further [3]** 9/16 10/9 10/9 | **jamie.perry [1]** 1/21 | |
| | **back [1]** 10/13 | **crime's [1]** 7/19 | **future [1]** 8/10 | **January [4]** 1/5 8/15 | |
| | **based [1]** 8/6 | **criminal [3]** 4/15 4/19 | | | |

**J**
January... [2]  9/15 11/4
January 20th [1]  8/15
Jeffress [1]  7/8
JEFFREY [1]  1/6
Jonathan [1]  7/8
JUDGE [3]  1/11 3/22 10/7
jurisdiction [2]  6/3 6/11
just [1]  6/17
JUSTICE [1]  1/17

**K**
KAISER [1]  2/3
kaiserdillon.com [1]  2/6
kaiserlaw.com [1]  2/6
know [2]  5/7 5/17

**L**
less [3]  5/24 6/7 6/15
life [4]  5/22 5/25 6/8 6/15
like [1]  6/17

**M**
MAGISTRATE [1]  1/11
make [2]  4/11 4/22
many [2]  9/22 9/23
maritime [2]  6/2 6/10
matter [5]  3/6 3/18 3/20 8/20 11/4
me [4]  3/21 5/10 5/12 9/5
mechanical [1]  2/13
medicine [1]  4/11
Merit [1]  2/8
MICHAEL [1]  1/10
minutes [1]  7/21
MJ [2]  1/4 3/2
morning [1]  3/10
Mr. [16]
Mr. Raymond [12]
Mr. Raymond's [1]  7/23
Mr. Tran [3]  3/24 9/4 9/6
Ms. [3]  7/2 7/8 10/6
Ms. Forrest [1]  7/8
Ms. Voshell [2]  7/2 10/6
my [3]  5/1 5/10 11/6
Myself [1]  7/8

**N**
N.W [1]  2/3
name [1]  4/4
need [1]  9/17
new [3]  1/19 4/16 4/19
Nicole [1]  1/13
No [5]  1/4 1/4 3/19 4/13 7/24
not [7]  4/1 4/13 5/24 6/7 6/15 7/9 8/1
November [1]  11/10
now [1]  9/23
NW [3]  1/14 1/19 2/10

**O**
oath [1]  4/2
objecting [1]  5/2
objection [1]  3/17
occurrence [1]  7/19
OFFICE [1]  1/13
Official [1]  2/9
Oh [1]  8/11
Okay [9]  3/13 5/15 7/5 7/10 8/3 8/5 8/17 9/16 10/5
old [1]  4/6
one [1]  10/3
only [1]  5/11
order [2]  7/4 8/7
other [5]  4/23 5/3 6/17 7/9 8/23
own [1]  6/23

**P**
p.m [2]  1/6 10/17
pandemic [1]  5/9
parties [3]  3/6 3/8 10/15
past [1]  4/11
period [1]  6/16
permission [1]  5/11
Perry [2]  1/17 3/11
placed [1]  4/2
Plaintiff [1]  1/4
please [3]  3/6 3/8 4/3
PLLC [1]  2/3
potentially [1]  4/20
prejudice [1]  8/8
preliminary [7]  7/17 7/17 7/20 8/11 8/19 8/22 9/15
present [1]  7/9
private [1]  7/12
proceeding [4]  5/5 5/8 5/10 5/12
proceedings [3]  2/13 10/17 11/4
produced [1]  2/13
proposed [1]  8/16
Prosecutions [1]  1/18
purpose [1]  5/4
purposes [1]  4/15

**R**
RAYMOND [15]
Raymond's [1]  7/23
Realtime [1]  2/9
record [1]  4/4
recorded [4]  1/10 2/13 11/3 11/4
recording [2]  11/5 11/7
Registered [1]  2/8
release [6]  4/25 5/24 6/7 6/15 7/23 8/9
remain [1]  6/18
remote [1]  5/11
remotely [1]  5/12
Reporter [4]  2/8 2/8 2/9 2/9
represent [2]  6/24 7/13
representations [1]  8/6

representing [1]  7/6
request [2]  7/22 8/7
requesting [3]  7/25 8/22 10/10
respect [1]  7/22
retained [1]  7/2
right [10]  5/5 6/18 6/20 6/22 6/25 7/17 9/22 9/23 10/8 10/12
rights [2]  1/18 4/22
RMR [1]  11/11
Roberts [1]  2/2
Room [1]  2/11
Russo [2]  1/13 3/11

**S**
said [1]  11/6
same [1]  8/23
say [1]  6/19
schedule [1]  9/12
scheduled [4]  3/4 8/23 9/5 9/10
school [1]  4/8
seal [1]  3/7
second [1]  6/1
Section [2]  6/4 6/12
Sections [1]  5/20
see [2]  9/11 10/13
seeking [1]  8/9
set [2]  7/20 8/12
several [1]  10/1
sexual [2]  5/19 6/1
silent [1]  6/19
sir [4]  3/24 4/3 6/9 7/14
so [6]  5/11 7/5 8/18 8/19 9/12 9/22
some [1]  4/18
sorry [2]  9/3 9/7
special [3]  1/18 6/2 6/10
state [1]  4/3
STATES [8]  1/1 1/3 1/11 3/3 3/11 5/20 6/3 6/11
stenography [1]  2/13
Street [2]  1/14 2/3
supervised [3]  5/24 6/7 6/14
sure [1]  4/22
swear [1]  3/25

**T**
taken [1]  4/10
telephone [1]  5/8
tell [2]  4/20 9/5
term [4]  5/24 5/25 6/7 6/8
territorial [1]  6/11
than [3]  5/24 6/7 6/15
Thank [1]  10/16
Thank you [1]  10/16
that [18]
that's [2]  5/4 9/5
themselves [1]  3/8
then [6]  8/6 9/20 10/1 10/3 10/12 10/14
there [4]  9/1 9/9 9/16 10/1

this [24]
those [2]  4/21 8/6
three [3]  5/17 6/5 7/18
Thursday [1]  9/19
time [5]  4/18 7/11 8/1 8/23 9/1
today [5]  4/12 5/13 7/9 9/17 10/10
tomorrow [1]  8/2
Tran [3]  3/24 9/4 9/6
transcribed [1]  11/5
transcript [4]  1/9 2/13 11/3 11/6
transcription [1]  2/13
true [1]  11/2

**U**
U.S [3]  1/13 1/17 2/10
U.S.C [3]  5/20 6/4 6/12
under [2]  3/7 4/2
understand [7]  4/12 5/6 6/20 6/25 7/14 7/15 10/6
understanding [1]  5/1
unintelligible [46]
UNITED [8]  1/1 1/3 1/11 3/3 3/11 5/20 6/3 6/11
United States [1]  5/20
unsealed [1]  3/20
unsealing [1]  3/17
up [4]  5/22 5/25 6/8 6/15
upon [1]  8/6
usdoj.gov [2]  1/16 1/21
used [1]  6/19

**V**
versus [1]  3/3
VIA [1]  1/10
victims [1]  9/20
video [2]  3/5 3/16
violation [3]  5/20 6/4 6/11
virtually [1]  3/16
Voshell [4]  2/2 3/15 7/2 10/6
vs [1]  1/5

**W**
waive [1]  8/19
Washington [5]  1/5 1/15 1/20 2/4 2/11
we [2]  8/1 9/17
we'll [5]  7/19 7/25 8/12 9/12 10/13
we're [3]  4/24 5/7 8/18
well [3]  6/5 7/9 8/6
were [2]  4/17 8/9
West [1]  2/4
what's [2]  4/12 5/2
when [1]  9/5
which [1]  4/17
who [1]  7/8
who's [1]  3/16
who's appearing [1]  3/16

will [8]  3/6 3/8 3/20 4/22 6/24 7/5 7/12 8/7
William [2]  2/8 11/11
within [1]  8/20
without [1]  8/8
would [1]  4/11

**Y**
years [5]  5/25 6/5 6/8 6/13 6/15
Yes [11]  3/23 5/14 6/21 7/1 7/7 7/15 8/14 8/21 8/25 9/13 10/7
yet [1]  4/1
York [1]  1/19
you [42]
you know [1]  5/7
you'll [1]  8/11
you're [7]  4/14 4/21 5/16 5/17 5/21 6/9 6/25
your [21]
Your Honor [13]

**Z**
Zaremba [2]  2/8 11/11
ZOOM [3]  1/10 5/8 5/12